UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POMPANO BEACH POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>                Defendants. | Case No. 1:22-cv-08228-JSR |

## STIPULATION AND [PROPOSED] ORDER

Lead Plaintiff Steamship Trade Association-International Longshoremen's Association Pension Fund ("STA-ILA" or "Lead Plaintiff") and Defendants Olo Inc., Noah Glass, and Peter J. Benevides (together, "Defendants") by and through their counsel of record jointly stipulate as follows:

**WHEREAS**, on September 26, 2022, Plaintiff Pompano Beach Police and Firefighters' Retirement System filed a putative class action complaint (the "Complaint") (ECF. No. 1.) against Defendants;

**WHEREAS**, Defendants have agreed to accept service and waive formal service of process of the Complaint;

**WHEREAS**, on December 16, 2022, the Court appointed STA-ILA as Lead Plaintiff and Scott+Scott Attorneys at Law LLP as Lead Counsel and directed the parties to meet and confer regarding a schedule for the filing of an Amended Complaint and any motions to dismiss;

**WHEREAS,** the parties have now met and conferred regarding the schedule;

**NOW, THEREFORE,** the undersigned parties, through their attorneys and subject to the Court's approval, stipulate and agree to the following:

2

1. Lead Plaintiff shall file its Amended Complaint no later than January 13, 2023.

2. Defendants shall file any motions to dismiss no later than February 3, 2023.

3. Plaintiffs shall file any oppositions to any motions to dismiss no later than February 24, 2023.

4. Defendants shall file any replies in support of any motions to dismiss no later than March 1, 2023.

5. The Court will hold oral argument on any motions to dismiss on March 10, 2023 at 4:00 PM.

Dated: December 21, 2022                                 Respectfully submitted,

*/s/ Amanda Lawrence*                                    */s/ Deborah S. Birnbach*
**SCOTT+SCOTT ATTORNEYS**                                **GOODWIN PROCTER LLP**
**AT LAW LLP**                                           Deborah S. Birnbach
Amanda Lawrence                                          Jennifer B. Luz
Jeffrey P. Jacobson                                      100 Northern Avenue
The Helmsley Building                                    Boston, MA 02210
230 Park Avenue, 17th Floor                              (617) 570-1000
New York, NY 10169                                       dbirnbach@goodwinlaw.com
(212) 223-6444                                           jluz@goodwinlaw.com
alawrence@scott-scott.com
jjacobson@scott-scott.com                                *Counsel for Defendants*

*Counsel for Lead Plaintiff*

2

**SO ORDERED**

Dated: New York, New York
      December \_\_\_, 2022

_____
JED S. RAKOFF
UNITED STATES DISTRICT JUDGE