# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POMPANO BEACH POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>Defendants. | No. 1:22-cv-08228-JSR<br><br>**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**<br><br>CLASS ACTION |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that lead plaintiff movant Pompano Beach Police and Firefighters' Retirement System ("Pompano Beach P&F") hereby respectfully moves this Court for an Order permitting the withdrawal of appearance of attorney Steven B. Singer in the above-captioned action. On December 21, 2022, this Court appointed Steamship Trade Association-International Longshoremen's Association Pension Fund as Lead Plaintiff and Scott+Scott Attorneys at Law LLP as Lead Counsel. ECF No. 30. Pompano Beach P&F has no further role in this case, other than as a putative class member, and consents to the withdrawal of Mr. Singer. Accordingly, Mr. Singer requests that his withdrawal as counsel be granted and that he be removed from this action's electronic case filing (ECF) service list.

Dated: December 21, 2022

Respectfully Submitted,

**SAXENA WHITE P.A.**

By: */s/ Steven B. Singer*
Steven B. Singer
David L. Wales
Rachel A. Avan

                              10 Bank Street
                              White Plains, NY 10606
                              Tel: (914) 437-8551
                              Fax: (888) 216-2220
                              ssinger@saxenawhite.com
                              dwales@saxenawhite.com
                              ravan@saxenawhite.com

**SAXENA WHITE P.A.**
Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Pompano Beach Police & Firefighters' Retirement System*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

*/s/ Steven B. Singer*
Steven B. Singer
