**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| POMPANO BEACH POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>Defendants. | No. 1:22-cv-08228-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**<br><br><u>CLASS ACTION</u> |

Upon consideration of the Motion for Leave to Withdraw as Counsel Pursuant to Local Civil Rule 1.4, and for good cause shown, it is HEREBY ORDERED THAT Steven B. Singer of Saxena White P.A. is hereby withdrawn as counsel of record in the above-captioned action. The Clerk of the Court is directed to remove Steven B. Singer from the docket as well as the ECF service list.

**IT IS SO ORDERED**

DATED: _____    _____
                                            HON. JED S. RAKOFF
                                            UNITED STATES DISTRICT JUDGE