**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OLO INC., NOAH GLASS, and PETER J. BENEVIDES, <br><br> Defendants. | Case No. 1:22-cv-08228-JSR |

**DECLARATION OF JENNIFER B. LUZ IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION**
**COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**

I, Jennifer B. Luz, declare as follows:

1.      I am a partner of the law firm of Goodwin Procter LLP, counsel to Defendants Olo Inc. ("Olo"), Noah Glass, and Peter J. Benevides (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws.

2.      Attached as Exhibit A for the Court's convenience is a chart that summarizes the risk disclosures that are cited on pages 2-6, 20-22, and 24 of the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws (the "MTD Brief"). The disclosures summarized in Exhibit A appeared in Olo's Securities SEC filings or other documents incorporated by

reference in Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws ("AC").  Excerpts of the documents referenced in Exhibit A are attached as Exhibits C-F, H-J, L-Q, T, and U.

3.      Attached as Exhibit B for the Court's convenience is a chart that summarizes the AC's alleged false and misleading statements and the applicable bases for dismissal as set forth in the MTD Brief at 17-23.

4.      Attached as Exhibit C is a true and correct copy of excerpts of Olo's Q2 2021 press release, entitled "Olo Announces Second Quarter 2021 Financial Results," dated August 10, 2021, as referenced at AC ¶ 61.

5.      Attached as Exhibit D is a true and correct copy of excerpts of the transcript of Olo's Q2 2021 Earnings Call, dated August 10, 2021, as referenced at AC ¶¶ 39, 62, 85, 121.

6.      Attached as Exhibit E is a true and correct copy of excerpts of Olo's Q2 2021 Form 10-Q, filed with the SEC on August 10, 2021, as referenced at AC ¶¶ 6, 58, 61.

7.      Attached as Exhibit F is a true and correct copy of excerpts of the transcript of the Olo-Wisely Acquisition Conference Call, dated October 21, 2021, as referenced at AC ¶ 64.

8.      Attached as Exhibit G is a true and correct copy of excerpts of Olo's press release, entitled "Olo to Acquire Wisely, a Leading Consumer Intelligence and Engagement Platform for Restaurants," dated October 21, 2021, as referenced at AC ¶ 63.

9.      Attached as Exhibit H is a true and correct copy of excerpts of Olo's Q3 2021 press release, entitled "Olo Announces Third Quarter 2021 Financial Results," dated November 9, 2021, as referenced at AC ¶¶ 65, 66, 91.

10.     Attached as Exhibit I is a true and correct copy of excerpts of the transcript of Olo's Q3 2021 Earnings Call, dated November 9, 2021, as referenced at AC ¶¶ 65, 66, 67, 68, 91.

11.     Attached as Exhibit J is a true and correct copy of excerpts of Olo's Q3 2021 Form 10-Q, filed with the SEC on November 9, 2021, as referenced at AC ¶¶ 6, 58, 65.

12.     Attached as Exhibit K is a true and correct copy of excerpts of the transcript of a presentation by Olo at the ICR Conference 2022, dated January 10, 2022, as referenced at AC ¶¶ 69, 70.

13.     Attached as Exhibit L is a true and correct copy of excerpts of Olo's Q4 2021 and Full Year 2021 press release, entitled "Olo Announces Fourth Quarter and Full Year 2021 Financial Results," dated February 23, 2022, as referenced at AC ¶ 71.

14.     Attached as Exhibit M is a true and correct copy of excerpts of the transcript of Olo's Q4 2021 and Full Year 2021 Earnings Call, dated February 23, 2022, as referenced at AC ¶¶ 17, 72, 93, 94, 95, 96, 119.

15.     Attached as Exhibit N is a true and correct copy of excerpts of Olo's 2021 Form 10-K, filed with the SEC on February 25, 2022, as referenced at AC ¶¶ 58, 71, 119.

16.     Attached as Exhibit O is a true and correct copy of excerpts of Olo's Q1 2022 press release, entitled "Olo Announces First Quarter 2022 Financial Results," dated May 10, 2022, as referenced at AC ¶¶ 59, 73, 74.

17.     Attached as Exhibit P is a true and correct copy of excerpts of the transcript of Olo's Q1 2022 Earnings Call, dated May 10, 2022, as referenced at AC ¶¶ 73, 75, 76, 97.

18.     Attached as Exhibit Q is a true and correct copy of excerpts of Olo's Q1 2022 Form 10-Q, filed with the SEC on May 10, 2022, as referenced at AC ¶¶ 58, 73, 74.

19. Attached as Exhibit R is a true and correct copy of excerpts of the transcript of a presentation by Olo at the J.P. Morgan Global Technology, Media & Communications Conference, dated May 23, 2022, as referenced at AC ¶¶ 42, 77, 78, 79, 98, 108.

20. Attached as Exhibit S is a true and correct copy of excerpts of the transcript of a presentation by Olo at the William Blair Growth Stock Conference, dated June 6, 2022, as referenced at AC ¶¶ 80, 81, 82, 99, 100, 101.

21. Attached as Exhibit T is a true and correct copy of excerpts of the transcript of Olo's Q2 2022 Earnings Call, dated August 11, 2022, as referenced at AC ¶¶ 44 & n.11, 47, 104, 105, 106.

22. Attached as Exhibit U is a true and correct copy of excerpts of Olo's Q2 2022 Form 10-Q, filed with the SEC on August 11, 2022, as referenced at AC ¶¶ 58, 92, 103.

23. Attached as Exhibit V for the Court's convenience is a chart that summarizes (i) Noah Glass's holdings in Olo securities at the beginning and end of the Class Period and (ii) Noah Glass's sales of Olo securities during the Class Period, as described in the MTD Brief at 8-10 and referenced at AC ¶¶ 111, 112, 113, 114. The information contained in Exhibit V is compiled from Olo's SEC filings attached as Exhibit X.

24. Attached as Exhibit W for the Court's convenience is a chart that summarizes (i) Peter Benevides's holdings in Olo securities at the beginning and end of the Class Period and (ii) Peter Benevides's sales of Olo securities during the Class Period, as described in the MTD Brief at 8-10 and referenced at AC ¶¶ 111, 115. The information contained in Exhibit W is compiled from Olo's SEC filings attached as Exhibit Y.

25. Attached as Exhibit X are true and correct copies of Forms 3 and 4 filed with the SEC for Noah Glass during the Class Period and during the five months preceding the

Class Period and excerpts of Olo's Schedule 14A Proxy Statement, filed with the SEC on April 26, 2022, which concern Noah Glass's holdings and sales of Olo securities as referenced at AC ¶¶ 111, 112, 113, 114.

26.    Attached as Exhibit Y are true and correct copies of Forms 3 and 4 filed with the SEC for Peter Benevides during the Class Period and during the five months preceding the Class Period and excerpts of Olo's Schedule 14A Proxy Statement, filed with the SEC on April 26, 2022, which concern Peter Benevides's holdings and sales of Olo securities as referenced at AC ¶¶ 111, 115.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2023                                Respectfully submitted,

                                                       /s/ *Jennifer B. Luz*

                                                       GOODWIN PROCTER LLP
                                                       100 Northern Avenue
                                                       Boston, MA 02210
                                                       Tel.: 617.570.1000
                                                       Fax: 617.523.1231
                                                       JLuz@goodwinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer B. Luz, hereby certify that a copy of the foregoing Declaration of Jennifer B. Luz in Support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws and accompanying documents, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 3, 2023.

Dated: February 3, 2023                                    */s/ Jennifer B. Luz*