# Exhibit A

## Excerpts of Risk Disclosures from Olo's SEC Filings[1]

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| This Annual Report on Form 10-K contains express or implied forward-looking statements that are based on our management's belief and assumptions and on information currently available to our management. All statements other than statements of historical facts contained in this Annual Report on Form 10-K, including statements regarding our future results of operations or financial condition, business strategy and plans and objectives of management for future operations, are forward-looking statements. In some cases, you can identify forward-looking statements because they contain words such as "anticipate," "believe," "contemplate," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "will," or "would" or the negative of these words or other similar terms or expressions.<br><br>These forward-looking statements include, but are not limited to, statements concerning the following:<br><br>• **our expectations regarding our revenue, expenses, and other operating results, including overall transaction volumes, average revenue per unit, or ARPU, ending active locations and dollar-based net revenue retention, or NRR**;<br>• the durability of the growth we have experienced in the near term due to COVID-19 and the associated government-imposed restrictions on consumer preferences for digital ordering and customer adoption of multi-modules as COVID-19 associated restrictions continue to abate;<br>• **our ability to acquire new customers and successfully retain existing customers**;<br>• our ability to develop and release new products and services; | 2021 Form 10-K, Ex. N at pmbl. (Form referenced at AC ¶¶ 58, 71, 119.) |

---

[1] For the Court's convenience, this exhibit compiles the disclosures that are cited in the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws (the "AC"), all of which appeared in Olo's SEC filings or documents incorporated by reference in the AC. *See Francisco v. Abengoa, S.A.*, 481 F. Supp. 3d 179, 197 (S.D.N.Y. 2020) (court may take judicial notice of SEC filings on a motion to dismiss). The disclosure language among these filings varies in certain respects.

[2] Unless otherwise noted, text that is underlined and bolded represents emphasis added. Text that is italicized and bolded, or only bolded represents emphasis in the original.

[3] All exhibits are attached to the Declaration of Jennifer B. Luz In Support of Defendant's Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws, filed contemporaneously herewith.

| Disclosures Related to Forward-Looking Statements | |
|---|---|
| <ul><li>our ability to develop and release successful enhancements, features, and modifications to our existing products and services;</li><li>**our ability to increase usage of our platform and upsell and cross sell additional modules**;</li><li>our ability to attain or sustain our profitability;</li><li>the effects of COVID-19 and the associated global economic uncertainty or other public health crises;</li><li>future investments in our business, our anticipated capital expenditures, and our estimates regarding our capital requirements;</li><li>**the loss or decline in revenue from any of our largest customers and our resulting financial condition**;</li><li>our ability to compete effectively with existing competitors and new market entrants;</li><li>the costs and success of our sales and marketing efforts, and our ability to promote our brand;</li><li>our reliance on key personnel and our ability to identify, recruit, and retain skilled personnel;</li><li>our ability to effectively manage our growth, including any international expansion;</li><li>our ability to realize the anticipated benefits of past or future investments, strategic transactions, or acquisitions, and risk that the integration of these acquisitions may disrupt our business and management;</li><li>our ability to protect our intellectual property rights and any costs associated therewith;</li><li>the growth rates of the markets in which we compete;</li><li>our expectations regarding the period during which we qualify as an emerging growth company under the Jumpstart Our Business Startups Act of 2012, or the JOBS Act, or a smaller reporting company as defined in the Securities Exchange Act of 1934, as amended; and</li><li>other risks and uncertainties, including those listed under the caption "Risk Factors."</li></ul><br>**You should not rely on forward-looking statements as predictions of future events.** We have based the forward-looking statements contained in this Annual Report on Form 10-K primarily on our current expectations and projections about future events and trends that we believe may affect our business, financial condition and operating results. **The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors described in the section titled "Risk Factors" and elsewhere in this Annual Report on Form 10-K.** Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time, and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Annual Report on Form 10-K. The results, events and circumstances reflected in the forward-looking statements may not be achieved or occur, and actual results, events, or circumstances could differ materially from those described in the forward-looking statements. | |

| Disclosures Related to Forward-Looking Statements | |
|---|---|
| In addition, **statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject**. These statements are based on information available to us as of the date of this Annual Report on Form 10-K. While we believe that information provides a reasonable basis for these statements, that information may be limited or incomplete. Our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely on these statements.<br><br>The forward-looking statements made in this Annual Report on Form 10-K relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Annual Report on Form 10-K to reflect events or circumstances after the date of this Annual Report on Form 10-K or to reflect new information or the occurrence of unanticipated events, except as required by law. **We may not actually achieve the plans, intentions, or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements**. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures, or investments. | |
| This Quarterly Report on Form 10-Q contains express or implied forward-looking statements that are based on our management's belief and assumptions and on information currently available to our management. All statements other than statements of historical facts contained in this Quarterly Report on Form 10-Q, including statements regarding our future results of operations or financial condition, business strategy and plans and objectives of management for future operations, are forward-looking statements. In some cases, you can identify forward-looking statements because they contain words such as "anticipate," "believe," "contemplate," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "will," or "would" or the negative of these words or other similar terms or expressions.<br><br>These forward-looking statements include, but are not limited to, statements concerning the following:<br><br>• **our expectations regarding our revenue, expenses, and other operating results, including overall transaction volumes, average revenue per unit, or ARPU, ending active locations and dollar-based net revenue retention, or NRR;**<br>• the durability of the growth we have experienced in the near term due to COVID-19 and the associated government-imposed restrictions on consumer preferences for digital ordering and customer adoption of multi-modules as COVID-19 associated restrictions continue to abate;<br>• **our ability to acquire new customers and successfully retain existing customers**; | Q2 2021 Form 10-Q, Ex. E at pmbl. (Form referenced at AC ¶¶ 6, 58, 61);<br><br>*See also*<br>Q3 2021 Form 10-Q, Ex. J at pmbl. (Form referenced at AC ¶¶ 6, 58, 65);<br><br>Q1 2022 Form 10-Q, Ex. Q at pmbl. (Form referenced at AC ¶¶ 58, 73, 74);<br><br>Q2 2022 Form 10-Q, Ex. U at pmbl. |

| **Disclosures Related to Forward-Looking Statements** | |
|---|---|
| <ul><li>our ability to develop and release new products and services;</li><li>our ability to develop and release successful enhancements, features, and modifications to our existing products and services;</li><li>**our ability to increase usage of our platform and upsell and cross sell additional modules**;</li><li>our ability to attain or sustain our profitability;</li><li>the effects of COVID-19 and the associated global economic uncertainty or other public health crises;</li><li>future investments in our business, our anticipated capital expenditures, and our estimates regarding our capital requirements;</li><li>**the loss or decline in revenue from any of our largest customers and our resulting financial condition**;</li><li>our ability to compete effectively with existing competitors and new market entrants;</li><li>the costs and success of our sales and marketing efforts, and our ability to promote our brand;</li><li>our reliance on key personnel and our ability to identify, recruit, and retain skilled personnel;</li><li>our ability to effectively manage our growth, including any international expansion;</li><li>our ability to realize the anticipated benefits of past or future investments, strategic transactions, or acquisitions, and risk that the integration of these acquisitions may disrupt our business and management;</li><li>our ability to protect our intellectual property rights and any costs associated therewith;</li><li>the growth rates of the markets in which we compete;</li><li>our expectations regarding the period during which we qualify as an emerging growth company under the Jumpstart Our Business Startups Act of 2012, or the JOBS Act, or a smaller reporting company as defined in the Securities Exchange Act of 1934, as amended; and</li><li>other risks and uncertainties, including those listed under the caption "Risk Factors."</li></ul><br>**You should not rely on forward-looking statements as predictions of future events**. We have based the forward-looking statements contained in this Quarterly Report on Form 10-Q primarily on our current expectations and projections about future events and trends that we believe may affect our business, financial condition and operating results. **The outcome of the events described in these forward-looking statements is subject to risks, uncertainties and other factors described in the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q**. Moreover, we operate in a very competitive and rapidly changing environment. New risks and uncertainties emerge from time to time, and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Quarterly Report on Form 10- Q. The results, events and circumstances reflected in the forward-looking statements may not be achieved or occur, and | (Form referenced at AC ¶¶ 58, 92, 103). |

4

| Disclosures Related to Forward-Looking Statements | |
|---|---|
| actual results, events or circumstances could differ materially from those described in the forward-looking statements.<br><br>**In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject**. These statements are based on information available to us as of the date of this Quarterly Report on Form 10-Q. While we believe that information provides a reasonable basis for these statements, that information may be limited or incomplete. Our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely on these statements.<br><br>The forward-looking statements made in this Quarterly Report on Form 10-Q relate only to events as of the date on which the statements are made. We undertake no obligation to update any forward-looking statements made in this Quarterly Report on Form 10-Q to reflect events or circumstances after the date of this Quarterly Report on Form 10-Q or to reflect new information or the occurrence of unanticipated events, except as required by law. **We may not actually achieve the plans, intentions, or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements**. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures, or investments. | |
| The outlook provided above **constitutes forward-looking information within the meaning of applicable securities laws and is based on a number of assumptions and subject to a number of risks. Actual results could vary materially as a result of numerous factors, including certain risk factors, many of which are beyond Olo's control**. See the cautionary note regarding "Forward-Looking Statements" below. Fluctuations in Olo's operating results may be particularly pronounced in the current economic environment due to the uncertainty caused by, and the unprecedented nature of, the ongoing COVID-19 pandemic, the severity, duration, and ultimate impact of which is difficult to predict at this time. While Olo has benefited from the acceleration of demand for off-premise dining during the COVID-19 pandemic, Olo's business and financial results could be materially adversely affected in the future if these trends do not continue. The situation regarding COVID-19 remains uncertain and could change rapidly, and Olo will continue to evaluate its potential impact on its business.<br><br>. . . | Q2 2021 Press Release, Ex. C (Press Release referenced at AC ¶ 61);<br><br>Q3 2021 Press Release, Ex. H (Press Release referenced at AC ¶ 65, 66, 91); |

| Disclosures Related to Forward-Looking Statements | |
|---|---|
| **Forward-Looking Statements**<br><br>**Statements we make in this press release may include statements which are not historical facts and are considered forward-looking** within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act, **which are usually identified by the use of words such as "anticipates," "believes," "estimates," "expects," "intends," "may," "plans," "projects," "outlook", "seeks," "should," "will," and variations of such words or similar expressions.**<br><br>**We intend these forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act and Section 21E of the Securities Exchange Act and are making this statement for purposes of complying with those safe harbor provisions. These statements include, but are not limited to, statements regarding** the ongoing importance of digital experiences to the restaurant industry, the future performance of Olo and its market opportunity, including expected financial results for the third quarter and fiscal year 2021, our business strategy, our ability to sustain our profitability, **customer adoption of our products and expectations for capturing market share and our delivery of new products or product features**, and expectations regarding the impact of the COVID-19 pandemic on our business and industry. **Accordingly, actual results could differ materially or such uncertainties could cause adverse effects on our results.**<br><br>**Forward-looking statements are based upon various estimates and assumptions, as well as information known to Olo as of the date of this press release, and are subject to risks and uncertainties**, including but not limited to: the impact and duration of the COVID-19 pandemic on our business and economic conditions; the impact, severity and duration of safety measures put in place to mitigate the impact of the COVID-19 pandemic; our focus on the long-term and our investments in sustainable, profitable growth; our ability to develop and release new products and services, and develop and release successful enhancements, features, and modifications to our existing products and services; the impact of new and existing laws and regulations; our strategic relationships with third parties; our reliance on a limited number of delivery service providers and aggregators; our ability to generate revenue from our product offerings and the effects of fluctuations in our level of client spend retention; competition; changes in the amount and mix of transactions facilitated through our platform in a period; changes in our level of investment in sales and marketing, research and development, and general and administrative expenses, and our hiring plans; future changes to our pricing model; changes in management; and other general market, political, economic, and business conditions. **Actual results could differ materially from those predicted or implied, and** | Q4 2021 Press Release, Ex. L (Press Release referenced at AC ¶ 71);<br><br>Q1 2022 Press Release, Ex. O (Press Release referenced at AC ¶¶ 59, 73, 74). |

| Disclosures Related to Forward-Looking Statements | |
|---|---|
| **reported results should not be considered as an indication of future performance. Additionally, these forward-looking statements, particularly our guidance, involve risks, uncertainties and assumptions, including those related to the impacts of the COVID-19 pandemic on our customers' spending decisions** and consumer ordering behavior as COVID-19 associated restrictions and the impact of federal fiscal stimulus abates. Significant variation from the assumptions underlying our forward-looking statements could cause our actual results to vary, and the impact could be significant.<br><br>**Additional risks and uncertainties that could affect our financial results are included under the caption "Risk Factors" in our Quarterly Report on Form 10-Q** for the quarterly period ended March 31, 2021 filed with the SEC on May 12, 2021, our Quarterly Report on Form 10-Q for quarterly period ended June 30, 2021 that will be filed following this earnings release, and our subsequent SEC filings, which are available on the Investor Relations page of our website at investors.olo.com and on the SEC website at www.sec.gov. **Undue reliance should not be placed on the forward-looking statements in this press release.** All forward-looking statements contained herein are based on information available to us as of the date hereof, and we do not assume any obligation to update these statements as a result of new information or future events. | |
| During our call today, **some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made. These forward-looking statements include, but are not limited to, statements regarding our future performance and our market opportunity, including our expected financial results for the third quarter and fiscal year 2021**. Expectations regarding future operating expenses, **impacts and expected results from changes in our relationship with our customers, our market opportunity and market trends**, expectations regarding the impact of the COVID-19 pandemic and seasonality on our business and industry, predictions on consumer ordering volumes, our ability to sustain our profitability, customer adoption of products and expectations for capturing market share and our delivery of new products or product features.<br><br>We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today. **These statements are subject to risks, uncertainties and assumptions**. Should any of these risks or uncertainties materialize or should any of these assumptions prove to be incorrect, **actual company results could differ materially from these forward-looking statements**. A discussion of the risks and uncertainties related to our business is contained in our quarterly report on Form 10-Q for the quarter ended March 31, 2021, filed with the SEC on May 12, 2021, and our quarterly report on Form 10-Q for the quarter ended June 30, | Q2 2021 Earnings Call, Ex. D at 4 (Call referenced at AC ¶¶ 39, 62, 85, 121). |

| Disclosures Related to Forward-Looking Statements | |
|---|---|
| 2021, that will be filed with the SEC following this earnings call, and our remarks during today's discussion should be considered to incorporate this information by reference. | |
| Today's call, the accompanying presentation and **some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made**. We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today. **These statements are subject to risks, uncertainties and assumptions. A discussion of the risks and uncertainties related to our business is contained in our SEC filings, and our remarks today during the discussion should be considered to incorporate this information by reference**. | Wisely Acquisition Call (Oct. 21, 2021), Ex. F at 4 (Call referenced at AC ¶ 64.) |
| During our call today, **some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date statements are made. These forward-looking statements include, but are not limited to, statements regarding our expectations of our business, future financial results and guidance and strategy**. **Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those described in our forward-looking statements, and such risks are described in our risk factors included in our SEC filings**, including our quarterly report on Form 10-Q for the quarter ended September 30, 2021, that will be filed with the SEC following this earnings call. **You should not rely on forward-looking statements as predictions of future events.** We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today. | Q3 2021 Earnings Call, Ex. I at 4 (Call referenced at AC ¶¶ 65, 66, 67, 68, 91); *See also* Q4 2021 Earnings Call, Ex. M at 4 (Call referenced at AC ¶¶ 17, 72, 93, 94, 95, 96, 119); Q1 2022 Earnings Call, Ex. P at 4 (Call referenced at AC ¶¶ 73, 75, 76, 97); |

| Disclosures Related to Forward-Looking Statements | |
|---|---|
| | Q2 2022 Earnings Call, Ex. T at 4 (Call referenced at AC ¶¶ 44 n.11, 104, 105, 107). |
| **Disclosures Relating to Overall Risks** | |
| Our business operations are subject to numerous risks, factors and uncertainties, including those outside of our control, that could cause our actual results to be harmed, including risks regarding the following: . . . .<br><br>**Operational Risks**<br><br>• Our rapid growth may not be sustainable and depends on our ability to attract new customers, retain revenue from existing customers, and increase sales to both new and existing customers. . . .<br><br>**Commercial Risks**<br><br>• Our sales cycles can be long and unpredictable, and our sales efforts require considerable investment of time and expense. If our sales cycle lengthens or we invest substantial resources pursuing unsuccessful sales opportunities, our operating results and growth would be harmed.<br><br>• Our business depends on customers increasing their use of our platform, and any loss of customers or decline in their use of our platform could materially and adversely affect our business, results of operations, and financial condition. . . .<br><br>• We currently generate significant revenue from our largest restaurant customers, and the loss or decline in revenue from any of these customers could harm our business, results of operations, and financial condition. . . . | 2021 Form 10-K, Ex. N at pmbl. (Form referenced at AC ¶¶ 58, 71, 119);<br><br>*See also* Q2 2021 Form 10-Q, Ex. E at pbml. (Form referenced at AC ¶¶ 6, 58, 61);<br><br>Q3 2021 Form 10-Q, Ex. J at pmbl. (Form referenced at AC ¶¶ 6, 58, 65). |

| **Disclosures Relating to Overall Risks** | |
|---|---|
| Investing in our securities involves a high degree of risk. In addition to the other information in this Quarterly Report on Form 10-Q, including our consolidated financial statements and the related notes and "Management's Discussion and Analysis of Results of Operations and Financial Condition," you should carefully consider the factors described in the section entitled "Risk Factors" in our Form 10-K for the year ended December 31, 2021, filed with the SEC on February 25, 2022. Other than as disclosed below, there have been no material changes to our risk factors as previously disclosed in our Form 10-K for the year ended December 31, 2021, filed with the SEC on February 25, 2022. | Q1 2022 Form 10-Q, Ex. Q at 43 (Form referenced at AC ¶¶ 58, 73, 74); <br><br> Q2 2022 Form 10-Q, Ex. U at 48 (Form referenced at AC ¶¶ 58, 92, 103). |
| **Disclosures Relating to Operational Risks** | |
| ***Our rapid growth may not be sustainable and depends on our ability to attract new customers, retain revenue from existing customers, and increase sales to both new and existing customers***. <br><br> We principally generate subscription revenue from our Ordering, Switchboard, Kiosk, Virtual Brands, Marketing Automation, Sentiment, CDP, and Host modules and transaction revenue from our Rails, Dispatch, Virtual Brands, and Olo Pay modules. We also derive transactional revenue from other products, including Network, which allows brands to take orders from non-marketplace digital channels (e.g., Google Food Ordering, which enables restaurants to fulfill orders directly through Google search results and Maps pages).**While the number of customers using our platform, the number of modules that each customer uses, and the volume of transactions on our platform have grown rapidly in recent years, there can be no assurance that we will be able to retain these customers or acquire new customers, deploy additional modules to these customers, or continue to increase the volume of transactions on our platform.** Our costs associated with subscription renewals and additional module deployments are substantially lower than costs associated with generating revenue from new customers. **Therefore, if we are unable to retain or increase revenue from existing customers, even if such losses are offset by an increase in new customers or an increase in other revenues, our operating results could be adversely impacted.** <br><br> You should not rely on our revenue or other operating and liquidity metrics for any previous quarterly or annual period as an indication of our revenue or revenue growth or other operating and liquidity metrics or their growth in future periods. | 2021 Form 10-K, Ex. N at 16 (Form referenced at AC ¶¶ 58, 71, 119); <br><br> *See also* Q2 2021 Form 10-Q, Ex. E at 47 (Form referenced at AC ¶¶ 6, 58, 61); <br><br> Q3 2021 Form 10-Q, Ex. J at 48 (Form referenced at AC ¶¶ 6, 58, 65); <br><br> Q2 2022 Form 10-Q, Ex. U at 49 (Form referenced at AC ¶¶ 58, 92, 103). |

| Disclosures Relating to Operational Risks | |
|---|---|
| **We may also fail to** attract new customers, increase the volume of transactions on our platform, **retain or increase revenue from existing customers**, or increase sales of our modules to both new and existing customers as a result of a number of factors, including:<br><br>• reductions in our current or potential customers' spending levels;<br>• reduction in the number of transactions using our modules due to the abatement of the effects of COVID-19, including the continued widespread rollout of the COVID-19 vaccine and guest acceptance of indoor dining;<br>• actions taken to contain the COVID-19 pandemic, including restrictions that could impact our customers;<br>• the labor shortage facing the restaurant industry;<br>• the absence of ongoing U.S. federal government stimulus directed at consumers;<br>• competitive factors affecting the software as a service, or SaaS, or restaurant brand software applications markets, including the introduction of competing platforms, discount pricing, and other strategies that may be implemented by our competitors;<br>• **our ability to execute on our growth strategy and operating plans**;<br>• **a decline in our customers' level of satisfaction with our platform and customers' usage of our platform**;<br>• the ability of our customers to switch to a competitor, as the difficulty and cost involved with switching may not be significant;<br>• changes in our relationships with third parties, including our delivery service provider, or DSP, ordering aggregator, or aggregator, customer loyalty, and payment processor partners;<br>• failure to maintain compatibility with third party systems or failure to integrate with new systems;<br>• the timeliness and success of new modules we may develop;<br>• concerns relating to actual or perceived security breaches;<br>• the frequency and severity of any system outages; and<br>• technological changes or problems. | 2021 Form 10-K, Ex. N at 16-17 (Form referenced at AC ¶¶ 58, 71, 119);<br><br>*See also*<br>Q2 2021 Form 10-Q, Ex. E at 48 (Form referenced at AC ¶¶ 6, 58, 61);<br><br>Q3 2021 Form 10-Q, Ex. J at 49 (Form referenced at AC ¶¶ 6, 58, 65);<br><br>Q2 2022 Form 10-Q, Ex. U at 49 (Form referenced at AC ¶¶ 58, 92, 103). |
| Disclosures Relating to Commercial Risks | |
| *Our sales cycles can be long and unpredictable, and our sales efforts require considerable investment of time and expense. If our sales cycle lengthens or we invest substantial resources pursuing unsuccessful sales opportunities, our operating results and growth would be harmed.*<br><br>**We have historically incurred significant costs and experienced long sales cycles when selling to customers**. In the restaurant brand market segment, the decision to adopt our modules may require the approval of multiple | 2021 Form 10-K, Ex. N at 20 (Form referenced at AC ¶¶ 58, 71, 119); |

11

| | |
|---|---|
| technical and business decision makers, including security, compliance, operations, finance and treasury, marketing, and IT. In addition, **while restaurant brand customers may more quickly deploy our modules on a limited basis, before they will commit to deploying our modules at scale, they often require extensive education about our modules and significant customer support time or pilot programs, engage in protracted pricing negotiations, and seek to secure development resources**. In addition, sales cycles for restaurant brand customers in general and larger restaurant brands in particular are inherently complex and unpredictable. These complex and resource intensive sales efforts could place additional strain on our development and engineering resources. Further, **even after our customers contract to use our platform, they may require extensive integration or deployment resources from us before they become active customers, which have at times extended to multiple quarterly periods following the execution of the agreement**. **Because we generally only generate transaction revenue after our platform is deployed, if we are unable to deploy our platform with our customers in a timely manner, our results of operations and financial condition may be harmed.** Finally, **our customers may choose to develop their own solutions that do not include any or all of our modules**. They also may demand reductions in pricing as their usage of our modules increases, which could have an adverse impact on our gross margin. If we are unable to increase the revenue that we derive from these customers, then our business, results of operations and financial condition may be adversely affected. | *See also* Q2 2021 Form 10-Q, Ex. E at 50 (Form referenced at AC ¶¶ 6, 58, 61); <br><br> Q3 2021 Form 10-Q, Ex. J at 52 (Form referenced at AC ¶¶ 6, 58, 65); <br><br> Q2 2022 Form 10-Q, Ex. U at 50 (Form referenced at AC ¶¶ 58, 92, 103). |
| *Our business depends on customers increasing their use of our platform, and any loss of customers or decline in their use of our platform could materially and adversely affect our business, results of operations, and financial condition.* <br><br> **Our ability to grow and generate incremental revenue depends, in part, on our ability to maintain and grow our relationships with existing customers, to have them increase their deployment and use of our platform and modules, and to increase or maintain transaction volume on our platform**. **Although our customers generally have multi-year contracts with us, they generally have the right to elect not to renew by providing at least 90 days' written notice prior to the expiration date of the contract. In addition, if our customers do not increase their use of our platform or adopt and deploy additional modules, or if they reduce the number of locations using our platform, then our revenue may decline and our results of operations may be harmed. Customers may not renew their contracts with us or reduce their use of our platform for any number of reasons, including** if they are not satisfied with our platform or modules, the value proposition of our platform or our ability to meet their needs and expectations, security or platform reliability issues, or **if they decide to build their own solution internally** or if they decide to temporarily or permanently close their restaurants in a location then affected by the COVID-19 pandemic. Additionally, consumers may change their purchasing habits or reduce | 2021 Form 10-K, Ex. N at 20-21 (Form referenced at AC ¶¶ 58, 71, 119); <br><br> *See also* Q2 2021 Form 10-Q, Ex. E at 51 (Form referenced at AC ¶¶ 6, 58, 61); <br><br> Q3 2021 Form 10-Q, Ex. J at 53 (Form referenced at AC ¶¶ 6, 58, 65). |

| | |
|---|---|
| their orders from our current customers, which could harm their business and reduce their use of our platform. **We cannot accurately predict our customers' usage levels and the loss of customers or reductions in the number of locations that use our platform or their usage levels of our modules may each have a negative impact on our business, results of operations, and financial condition and may cause our expansion rate to decline**. If a significant number of customers cease using, or reduce their usage of our platform, then we may be required to spend significantly more on sales and marketing than we currently plan to spend in order to maintain or increase revenue from our customers. Such additional sales and marketing expenditures could adversely affect our business, results of operations, and financial condition. | |
| *We currently generate significant revenue from our largest restaurant customers, and the loss or decline in revenue from any of these customers could harm our business, results of operations, and financial condition.*<br><br>For the year ended December 31, 2021, **our 10 largest restaurant customers generated an aggregate of approximately 19% of our revenue**. Although these customers enter into long-term contracts with us, **they may reduce or terminate their usage of our platform or decide not to renew their agreements with us.**<br><br>**We have lost in the past, and we may lose in the future, one or more of our largest restaurant customers**. **While no such losses have been material to date, in the event that any of our largest restaurant customers do not continue to use our platform, use fewer of our modules, use our modules in a more limited capacity, or not at all, or if the volume of transactions processed on our platform declines, our business, results of operations, and financial condition could be adversely affected**. | 2021 Form 10-K, Ex. N at 21, (Form referenced at AC ¶¶ 58, 71, 119);<br><br>*See also*<br>Q2 2021 Form 10-Q, Ex. E at 57 (Form referenced at AC ¶¶ 6, 58, 61);<br><br>Q3 2021 Form 10-Q, Ex. J at 59 (Form referenced at AC ¶¶ 6, 58, 65);<br><br>Q2 2022 Form 10-Q, Ex. U at 50 (Form referenced at AC ¶¶ 58, 92, 103). |

| Disclosure Relating to Financial Risks | |
|---|---|
| *We expect fluctuations in our financial results, making it difficult to project future results, and if we fail to meet the expectations of securities analysts or investors with respect to our results of operations, our stock price and the value of your investment could decline.*<br><br>Our results of operations have fluctuated in the past and are expected to fluctuate in the future due to a variety of factors, many of which are outside of our control. As a result, our past results may not be indicative of our future performance. In addition to the other risks described herein, factors that may affect our results of operations include the following:<br><br>• **fluctuations in demand for or pricing of our platform, or any of our modules**;<br>• **fluctuations in usage of our platform, or any of our modules**, including due to the potential lack of durability of the growth we have experienced in the near term due to the impact of COVID-19 and the associated measures to contain the spread of COVID-19 on consumer preferences for digital ordering and customer adoption of multi-modules as COVID-19 associated restrictions continue to abate;<br>• our ability to attract new customers;<br>• **our ability to retain our existing customers**;<br>• the timing of our customer purchases and deployments;<br>• customer expansion rates and the pricing and quantity of subscriptions renewed and transactions processed through our platform;<br>• timing and amount of our investments to expand the capacity of our third-party cloud infrastructure providers;<br>• the investment in new modules relative to investments in our existing infrastructure and platform;<br>• fluctuations or delays in purchasing decisions in anticipation of new modules or enhancements by us or our competitors;<br>• changes in customers' budgets and in the timing of their budget cycles and purchasing decisions;<br>• our ability to control costs, including our operating expenses;<br>• the amount and timing of payment for operating expenses, particularly research and development and sales and marketing expenses, including sales commissions;<br>• the amount and timing of non-cash expenses, including stock-based compensation, goodwill impairments, and other non-cash charges; | 2021 Form 10-K, Ex. N at 23, (Form referenced at AC ¶¶ 58, 71, 119);<br><br>*See also*<br>Q2 2021 Form 10-Q, Ex. E at 50 (Form referenced at AC ¶¶ 6, 58, 61);<br><br>Q3 2021 Form 10-Q, Ex. J at 52 (Form referenced at AC ¶¶ 6, 58, 65);<br><br>Q2 2022 Form 10-Q, Ex. U at 56 (Form referenced at AC ¶¶ 58, 92, 103). |

| | |
|---|---|
| <ul><li>the amount and timing of costs associated with recruiting, training and integrating new employees, and retaining and motivating existing employees;</li><li>the effects of acquisitions and their integration;</li><li>general economic conditions, both domestically and internationally, as well as economic conditions specifically affecting industries in which our customers participate;</li><li>health epidemics or pandemics, such as the COVID-19 pandemic;</li><li>the impact of new accounting pronouncements;</li><li>changes in regulatory or legal environments that may cause us to incur, among other elements, expenses associated with compliance;</li><li>changes in the competitive dynamics of our market, including consolidation among competitors or customers; and</li><li>significant security breaches of, technical difficulties with, or interruptions to, the delivery and use of our modules and platform capabilities or third-party applications or point of sale or management systems with which our platform integrates.</li></ul> | |
| **Disclosure Relating to Reliance on Third Parties** | |
| ***Our Rails module currently relies on a limited number of aggregators.*** <br><br> Our Rails module integrates with a limited number of digital ordering aggregators to fulfill third-party ordering transactions on our platform. These aggregators could decide to create new software that is incompatible with our platform, enter into agreements that are exclusive or on terms that are more favorable than those we offer directly with our customers or potential customers, or enter into agreements directly with our competitors or potential future competitors of ours that are exclusive or on terms that are more favorable than those we offer to our customers. Certain of these aggregators may be, or may be perceived to be, in competition with us with respect to some of our offerings and, as a result, may be less incentivized to continue to partner with us. . . . <br><br> **<u>In the event that any of the largest digital ordering aggregators do not integrate with our platform, or create software that is incompatible or competes with our platform by directly integrating with one of our customers, our ability to generate transactional revenue using our Rails module will decline, which could harm our business and results of operations</u>**. If we or one or more of these aggregators that represents a significant volume of our Rails transactions overall terminate our partnership, it could have an adverse effect on our business, financial condition, and results of operations. | 2021 Form 10-K, Ex. N at 28-29 (Form referenced at AC ¶¶ 58, 71, 119); <br><br> *See also* Q2 2021 Form 10-Q, Ex. E at 53 (Form referenced at AC ¶¶ 6, 58, 61); <br><br> Q3 2021 Form 10-Q, Ex. J at 55 (Form referenced at AC ¶¶ 6, 58, 65). |

16