# Exhibit B

## Alleged Misleading Statements and Omissions

| AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity | Forward-looking | Puffery | Opinion |
| **Statements Alleged to Relate to Subway** | | | | | | |
| 93 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. M | As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment. | ✓ | ✓ | ✓ | ✓ |
| 94 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. M | Throughout 2022, we believe the main drivers of revenue growth will be ARPU expansion as well as increasing the number of active locations on the platform. Related to ARPU, we expect year-over-year growth to be around 10% as order volumes continue to grow and brands adopt additional product modules. | ✓ | ✓ | ✓ | ✓ |
| 95 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. M | We're confident that these investments will unlock future growth opportunities for Olo in 2023 and beyond.  To summarize, we delivered another strong quarter of operational and financial performance. | ✓ | ✓ | ✓ | ✓ |

---

[1] This column includes the allegedly false and/or misleading statements identified in the Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws (the "AC"). All emphases from the AC have been omitted.

[2] For the Court's convenience, this column identifies the reasons why each alleged false and/or misleading statement is not actionable, as set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the AC at 17-23; 22 n.19 (listing statements that are forward-looking); 22 n.20 (listing statements that are puffery); 23 (listing statements that are opinions).

| AC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-looking | Puffery | Opinion |
|---|---|---|---|---|---|---|
| 96 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. M | So our expectation for 2022 is to add a similar amount of net new locations to the platform, coupled with full year growth of ARPU of around 10%. . . . And for 2022, again, we're targeting a similar number of net adds as we achieved in 2021. | ✓ | ✓ | ✓ | ✓ |
| 97 | Q1 2022 Earnings Call (May 10, 2022), Ex. P | Diego [Panama, Olo's Chief Revenue Officer] will support Olo's relationships with its restaurant brands, champion their success, drive our sales and marketing initiatives, and importantly, drive Olo's next chapter of execution and growth as we realize our 100x scale opportunity. | ✓ | ✓ | ✓ | |
| 98 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. R | So I think what we've communicated is we feel pretty confident in being able to deliver high growth we define as 30% year-on-year growth. Noah articulated earlier, the 100x opportunity in front of us. And when we look at all those different avenues, more locations, more transactions per location and more revenue per transaction, there's just a lot of levers that we can pull in order to maintain that growth rate. | ✓ | ✓ | ✓ | ✓ |
| 99 | William Blair Growth Stock Conference (June 6, 2022), Ex. S | Our solution set that meets the needs of a digital restaurant, robust network, and highly efficient go-to-market give us confidence that we have long runway for growth ahead of us. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants representing a total addressable market of more than $15 billion. First, through continuing to focus on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations. | ✓ | ✓ | ✓ | ✓ |

| AC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-looking | Puffery | Opinion |
|---|---|---|---|---|---|---|
| 100 | William Blair Growth Stock Conference (June 6, 2022), Ex. S | Altogether, these three levers result in Olo's near-term 100x revenue growth opportunity in U.S. enterprise restaurants, more locations, more orders per location, and more revenue per order. | ✓ | ✓ | ✓ | |
| 101 | William Blair Growth Stock Conference (June 6, 2022), Ex. S | To summarize, we continue to deliver revenue growth and profitability as we take meaningful strides towards driving digital hospitality. Our position is strong as we have a long runway for growth through adding more locations, cross selling our robust and comprehensive product suite, and through expanded use cases of the Olo platform. | ✓ | ✓ | ✓ | |
| | | **Statements Related to Active Locations** | | | | |
| 61 | Q2 2021 Press Release (Aug. 10, 2021), Ex. C; Q2 2021 Form 10-Q (Aug. 10, 2021), Ex. E | Olo's ending active locations increased 30% year-over-year to approximately 74,000 locations. | ✓ | | | |
| 62 | Q2 2021 Earnings Call (Aug. 10, 2021), Ex. D | In terms of key metrics, we ended the quarter with approximately 74,000 active locations on the platform, a 30% increase year-over-year and a 7% increase sequentially. | ✓ | | | |
| 63 | Wisely Acquisition Press Release (Oct. 21, 2021), Ex. G | . . . Olo's approximately 74,000 restaurant locations. | ✓ | | | |
| 64 | Wisely Acquisition Call (Oct. 21, 2021), Ex. F | I think the big takeaway here is a lot of upside when you think about the 75,000 – 74,000 restaurant locations on the platform today. | ✓ | ✓ | ✓ | ✓ |

| AC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-looking | Puffery | Opinion |
|---|---|---|---|---|---|---|
| 66 | Q3 2021 Press Release (Nov. 9, 2021), Ex. H; Q3 2021 Form 10-Q (Nov. 9, 2021), Ex. J | [Olo] define[s] active locations as a unique restaurant location that is utilizing one or more modules in a given quarterly period. | ✓ | | | |
| 67 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. I | Platform revenue in the third quarter was $36.1 million, up 38% year-over-year, primarily due to an increase in active locations coming on to the platform and further increases in ARPU due to continued multiproduct adoption, multi-partner adoption and increased transaction volumes. | ✓ | | | |
| 68 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. I | As we look ahead, we see a lot of opportunity for growth and a lot of different levers to pull to get there. I think in the most simplest form, continuing to add more active locations to the platform. | ✓ | ✓ | ✓ | ✓ |
| 69 | ICR Conference (Jan. 10, 2022), Ex. K | Today we are a proud partner to over 500 restaurant brands representing 76,000 individual restaurant locations to enable consumers to order ahead, pay ahead and get their food faster for takeout, delivery and more. | ✓ | | | |
| 70 | ICR Conference (Jan. 10, 2022), Ex. K | We also contract directly, or always contract directly, with brand headquarters to long-term exclusive contracts and secure all locations within the brand, ensuring end consumer experience is consistent, regardless of which location within a brand the end consumer interacts with. | ✓ | | ✓ | |
| 71 | Q4 2021 Press Release (Feb. 23, 2022), Ex. L | [Olo's e]nding active locations increased 23% year-over-year to approximately 79,000. | ✓ | | | |

4

| AC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-looking | Puffery | Opinion |
|---|---|---|---|---|---|---|
| 71 | 2021 Form 10-K (Feb. 25, 2022), Ex. N | Active customer locations increased to approximately 79,000 as of December 31, 2021 from approximately 64,000 as of December 31, 2020 . . . . | ✔ | | | |
| 72 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. M | We ended the year with our platform connecting approximately 79,000 active restaurant locations and more than 500 restaurant brands to more than 200 technology partners and more than 85 million consumers, who have ordered over the platform this past year. | ✔ | | | |
| 74 | Q1 2022 Press Release (May 10, 2022), Ex. O; Q1 2022 Form 10-Q (May 10, 2022), Ex. Q | [Olo's e]nding active locations increased 19% year-over-year to approximately 82,000. | ✔ | | | |
| 75 | Q1 2022 Earnings Call (May 10, 2022), Ex. P | Our ending active location counts increased 19% year-to-year to approximately 82,000, and we surpassed more than 600 restaurant brands utilizing our platform. | ✔ | | | |
| 76 | Q1 2022 Earnings Call (May 10, 2022), Ex. P | [W]e always sell to the brand, and then we're adopted across the entire location base, whether those are corporate owned or franchise owned. | ✔ | | ✔ | |
| 77 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. R | So we sell into one brand decision maker and then we['']re adopted by all of the restaurant locations within that brand, the corporate-owned locations, the franchise locations, the mix of the 2, however, they're set up in their organizational structure. And then brands are always going live really all at the same time to create that consistent experience everywhere. So yes, we are deployed in all locations. | ✔ | | ✔ | |

| AC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-looking | Puffery | Opinion |
|---|---|---|---|---|---|---|
| 78 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. R | We're now operating with 600 restaurant brands in our customer portfolio, and they represent 82,000 individual restaurants across the US and Canada. | ✓ | | | |
| 79 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. R | I really believe that we've demonstrated that we can start a relationship with even the largest restaurant brands out there with a single module and maybe that's a convenient way for them to fortify their internal efforts, prove ourselves out and then expand into a larger deployment. | ✓ | | ✓ | ✓ |
| 80 | William Blair Growth Stock Conference (June 6, 2022), Ex. S | As of March 21, we are a proud partner to over 600 restaurant brands representing approximately 82,000 individual restaurant locations . . . . | ✓ | | | |
| 81 | William Blair Growth Stock Conference (June 6, 2022), Ex. S | Unlike other enterprise software businesses where the sales teams works to add a single location or division and expand to others, Olo enters into relationships at the brand's corporate level and secures exclusivity across all company owned and franchisee locations. And this enables us to deploy our modules across all existing and new brand locations without any additional sales and marketing costs and upsell new offerings to the brand itself rather than each individual location. | ✓ | | ✓ | |
| 82 | William Blair Growth Stock Conference (June 6, 2022), Ex. S | Since 2018, we have increased total active restaurant locations from 35,000 to 82,000 representing a compound annual growth rate north of 30 percent demonstrating our ability to empower enterprise restaurant brands in a total addressable market of roughly 300,000 locations. | ✓ | | | |