# Exhibit I

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO
# FQ3 2021 Earnings Call Transcripts

## Tuesday, November 09, 2021 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2021- | | | -FQ4 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.02 | 0.03 | ▲50.00 | 0.02 | 0.10 | 0.11 |
| **Revenue (mm)** | 36.33 | 37.39 | ▲2.92 | 37.03 | 145.33 | 185.31 |

Currency: USD
Consensus as of  Nov-08-2021 3:17 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2021** | 0.01 | 0.03 | ▲1 200.00 % |
| **FQ2 2021** | 0.01 | 0.03 | ▲2 200.00 % |
| **FQ3 2021** | 0.02 | 0.03 | ▲3 50.00 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon. My name is Erica, and I will be your conference operator today. At this time, I would like to welcome everyone to the Olo Third Quarter 2021 Earnings Conference Call. [Operator Instructions] After the speaker remarks, there will be a question-and-answer session.

I'll now turn the call over to Olo's VP of Investor Relations, Ms. Stephanie Daukus. Please go ahead.

**Stephanie Daukus**

Thank you. Good afternoon, everyone, and welcome to Olo's Third Quarter 2021 Earnings Conference Call. Joining me today are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

During our call today, some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date statements are made. These forward-looking statements include, but are not limited to, statements regarding our expectations of our business, future financial results and guidance and strategy. Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those described in our forward-looking statements, and such risks are described in our risk factors included in our SEC filings, including our quarterly report on Form 10-Q for the quarter ended September 30, 2021, that will be filed with the SEC following this earnings call. You should not rely on forward-looking statements as predictions of future events. We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today.

Also, during this call, we'll present both GAAP and non-GAAP financial measures. Reconciliations to the most directly comparable GAAP financial measures are available in our earnings release, which we issued a short while ago. This earnings release is available on the Investor Relations page of our website and is included as exhibit in the Form 8-K furnished to the SEC.

Finally, in terms of our prepared remarks or in response to questions, we may offer incremental metrics. Please be advised that this additional detail may be onetime in nature, and we may or may not provide an update in the future on these metrics. I encourage you to visit our Investor Relations website at investors.olo.com to access our earnings release, periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Herbert Glass**
*Founder, CEO & Director*

Thank you, Stephanie. Hi, everyone. Thank you for spending time with us today. In the third quarter, Olo's strong revenue growth and profitability momentum continued as we took meaningful strides toward our revision of digital entirety, touching, adding value to and driving revenue from every restaurant transaction. We drove digital transactions across every service model, takeout, delivery, drive-thru and on-premise, while announcing new tools to enable brands to both realize the promise of digital hospitality and improve key facets of their businesses as truly customer-centric and data-informed enterprises through the recent acquisition of Wisely.

Our platform supported year-over-year growth in transaction volume. We increased our product portfolio and use cases. We added new and expanded existing restaurant relationships, and we grew our technology partner ecosystem. This quarter, our ending active location count increased 26% year-over-year to approximately 76,000 locations. Notably, we also celebrated the milestone of welcoming our 500th restaurant brand, further increasing the critical mass of Olo's exclusive restaurant network of marquee and must-have restaurants. I'm excited and honored that so many restaurant brands have selected Olo as their on-demand platform and digital transformation partner.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Finally, I'm pleased to share an update in connection with our Olo for Good initiative. We launched Olo for Good earlier this year and joined the Pledge 1% movement committing to donate 1% of our time, equity and product to doing good. As part of that, we committed to donating 1% of Olo shares over 10 years to our independent donor advised fund managed by the Tides Foundation.

I'm thrilled to share that recently, the Tides Foundation has granted $4.9 million in total from our donor advised fund to the following 9 organizations: Black Girls Code, Clean Air Task Force, Emma's Torch, Feeding America, FoodCorps, Girls Who Code, Giving Kitchen, the Let's Empower Employment Initiative and Natural Resources Defense Council. These grant recipients are organizations that align with our Olo for Good pillars, advancing all aspects of diversity, equity and inclusion, providing relief and support for the restaurant industry and the frontline workers, ending childhood hunger and increasing access to food and protecting natural resources and reducing waste and emissions. We expect to have an annual grant cycle going forward, and I'm optimistic and enthusiastic about our ability to use Olo as a platform for social impact and positive change for our communities.

To summarize, I am extremely proud of our third quarter results and our ability to enable restaurants during this period. As on-premise transactions increase in the wake of restaurant reopenings and restaurants struggled to staff their dining rooms, Olo will continue to be a force multiplier for restaurants, enabling them to do more with less, allowing technology to step in where possible and supporting restaurants to thrive and benefit from the restaurant industry's digital transformation.

And now I'd like to turn things over to Peter Benevides, Olo's CFO, to share more details on Olo's third quarter performance. Peter?

**Peter J. Benevides**
*Chief Financial Officer*

Thanks, Noah. Today, I'll review our third quarter fiscal 2021 results in detail and provide guidance for the fourth quarter and full year fiscal 2021. Total revenue in the third quarter was $37.4 million, up 36% year-over-year. Platform revenue in the third quarter was $36.1 million, up 38% year-over-year, primarily due to an increase in active locations coming on to the platform and further increases in ARPU due to continued multiproduct adoption, multi-partner adoption and increased transaction volumes.

In terms of key metrics, we ended the quarter with approximately 76,000 active locations on the platform, a 26% increase year-over-year and a 3% increase sequentially. As Noah mentioned, this included deploying a number of new brands such as CKE and Dave's Hot Chicken, amongst others.

ARPU for the third quarter was approximately $484, representing an 8% increase year-over-year and roughly flat quarter-to-quarter. Year-over-year growth in ARPU was the result of further increases in multiproduct and multi-partner adoption and increased transaction volumes.

Specific to transaction volumes, we were pleased with the continued durability of digital orders in the third quarter. Despite seasonality effects we typically see in the third quarter, continued return to in-person dining and transitory labor challenges, digital order improved durable with volumes exceeding expectations.

Lastly, net revenue retention remained strong, in excess of 120% for the third quarter as we successfully upsold to existing clients, such as Bojangles and Denny's, which Noah mentioned earlier. While we have observed strong upsells throughout this year, we have also experienced new customers subscribing to more than one product from the onset of their relationship with Olo. While this drives higher ARPU, it leaves less room for net revenue retention expansion. That said, we anticipate strong gross retention, continued product development and increased transaction volumes, factors supporting strong net revenue retention over the long term.

For the remainder of the financial metrics disclosed, unless otherwise noted, I will be referencing non-GAAP financial measures. Gross profit for the third quarter was $30.2 million, representing a gross margin of 81% compared to a gross margin of 83% a year ago. Platform gross margin for the third quarter was 84%. This compares to platform gross margin of 87% a year ago. As expected, the year-over-year

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Brad Reback from Stifel.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. Maybe for Peter, starting off, ARPU flattened quarter-over-quarter versus being down last quarter. Should we take this as sort of a point of stability, especially with Wisely being added and the opportunity for growth to reaccelerate there?

**Peter J. Benevides**
*Chief Financial Officer*

Brad, thanks for the question. Yes, I think that's a great takeaway. We were really pleased with ARPU performance this past quarter. It was in line with our expectations and, in fact, exceeded our expectations, I think, due to the durability of digital ordering that we covered during our prepared remarks. And that obviously contributed to the outperformance on the quarter. So as we look ahead, we see more stability in growth in ARPU as a result of the durability of digital ordering as well as the Wisely suite of products that we have now to sell into our existing customer base.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

That's great. And then I'm not sure if for you, Peter or Noah. But as we think about the last 6 quarters, it's been a bit of a wild ride. As we look forward, what should we think of as the durable growth rate of the business?

**Peter J. Benevides**
*Chief Financial Officer*

Yes, I can take that one, Brad. This is Peter again. Yes. As we look ahead, we see a lot of opportunity for growth and a lot of different levers to pull to get there. I think in the most simplest form, continuing to add more active locations to the platform. We've shared over previous quarters, the momentum that we've started to gain in terms of the QSR segment. Again, that is the segment of the industry that really excites us from a location standpoint as well as the amount of transactions that are processed within that segment of the restaurant industry, which obviously bodes well for our transactional SaaS model.

In terms of ARPU, a lot of levers to pull there in terms of future multiproduct adoption, multi-partner adoption and growth in transaction volumes. To date for this past quarter, according to NPD, digital transactions accounted for about 16% of overall industry transactions. So a lot of opportunity for growth ahead in digital ordering, and we're excited about that path forward.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. Congratulations.

**Operator**

Our next question comes from Brent Bracelin from Piper Sandler.

**Clarke Jeffries**
*Piper Sandler & Co., Research Division*

This is Clarke Jeffries, on for Brent. First question is, I think discussions of supply chain issues have really permeated to areas of the economy far beyond I think most have anticipated. And I appreciate the color on the product behavior changes that restaurants are making to respond to labor shortages. I was

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.