# Exhibit K

C Corrected Transcript

FACTSET:**call**street

10-Jan-2022

# Olo, Inc. (OLO)

**ICR Conference**

Total Pages: 7

Copyright © 2001-2022 FactSet CallStreet, LLC

Olo, Inc. *(OLO)*
ICR Conference

# CORPORATE PARTICIPANTS

**Noah H. Glass**
*Founder, Chief Executive Officer & Director, Olo, Inc.*

**Peter Benevides**
*Chief Financial Officer, Olo, Inc.*

# MANAGEMENT DISCUSSION SECTION

## Noah H. Glass
*Founder, Chief Executive Officer & Director, Olo, Inc.*

Good afternoon. I'm Noah Glass, the Founder and CEO of Olo. And today, I'm joined by Peter Benevides, our CFO. We're excited to be here at our first ICR Conference as a publicly-traded company. I look forward to diving into business trends and areas of investment today. As we are now publicly-traded, we have to include this obligatory legal statement about forward-looking statements and non-GAAP financial measures. So, please feel free to read in your spare time.

First, I'd like to take a moment to introduce the company for those of you who may be hearing our story for the first time. Olo is a leading Software-as-a-Service or SaaS platform for on-demand commerce. We help restaurant brands manage their digital programs and the customer relationships, as the industry embraces massive digital transformation which, as you'll hear about today, is still in the very early innings.

Today, we're a proud partner to over 500 restaurant brands, representing 76,000 individual restaurant locations to enable consumers to order ahead, pay ahead, and get their food faster for takeout, delivery and more. Most recently, we've added capabilities and tools to help restaurants build and deepen their digital relationships with consumers which you'll hear about more shortly. We're now processing over 2 million orders per day and we're proud to be the industry's enterprise-grade commerce platform. Our mission has always been the same: to help our restaurant customers thrive by best meeting the needs of the on-demand consumer.

Today, we're here to talk about our belief at Olo, that the industry is headed toward digital entirety, our ambition to touch, add value to and derive revenue from every restaurant transaction. Olo's role is to be a supportive partner as concepts move toward running the majority of their digital sales. Today, we are living in a world where some concepts are already at 100% of sales running through Olo, and we're poised to help every brand in every service model embrace this new reality.

Let's take a look at how all of this is possible, first, through the lens of this past year. And for those of you who joined our presentation last year or in previous ICR Conferences, you'll recall, it's become a favorite tradition of ours to reflect on industry progress as we transition to a New Year and make our predictions for the year ahead.

In 2021, the industry made significant progress toward digital entirety. I'd like to take a moment to reflect on some of the key trends that we saw, and then we'll look at how that's paving the way for 2022. First, a bit of background on Olo's journey through the last year. In March 2021, we launched our IPO, and our decision to go public was deeply rooted in the belief that our customers were reaching a tipping point in the importance of on-demand commerce in their operations.



# Olo, Inc. *(OLO)*
ICR Conference

 Corrected Transcript
10-Jan-2022

And quantitatively speaking, our commitment to customer success is best reflected in the amount of investments we've made over the years and improving our platform and suite of products. Since 2018 alone, we've invested over $100 million in R&D. Our emphasis on innovation in creating a flexible open SaaS platform has resulted in a suite of products and partnerships that has created a truly differentiated platform that would be extremely difficult to replicate.

The benefits of working with Olo's open SaaS platform means that our customers have the flexibility to choose the set of partners necessary to build their personalized on-brand digital commerce engine. Additionally, our platform provides our customers with lower total cost of ownership, faster time to market, and platform innovations such as dispatch and rails which would not be possible on a standalone basis.

And our incentives are aligned with that of our customers, meaning we win when our customers win. Our transactional SaaS model, which consists of both subscription and transaction revenue streams, means that when our customers succeed, Olo succeeds. We also contract directly or always contract directly with brand headquarters to long-term exclusive contracts and secure all locations within the brand, ensuring end consumer experience is consistent regardless of which location within a brand the end consumer interacts with.

And in terms of investment highlights, Olo is a SaaS category leader in a massive industry, over $800 billion and growing. We've established a marquee customer base that has allowed us to work with some of the best minds in the industry in developing platform-level innovation to create a truly differentiated offering.

We also have a powerful business model, which combines the best of SaaS, the predictability associated with subscription fees, and the transactional revenue upside as the restaurant industry's digital transformation continues. We also have a very attractive operating model, reflecting high growth, strong gross margins, efficient revenue acquisition, and proven profitability.

Also as the first scaler in the space, Olo has established significant barriers to competition, evidenced by deep technology, customer and partnership moats, a virtuous multi-sided a network that is extremely difficult to replicate. And it's still very, very early. We have multiple vectors of growth ahead, including adding more locations to the platform, as well as increasing the amount of revenue we earn on a per location basis through further innovation, increased multiproduct adoption, and growth in transaction volumes.

With that, I'll turn things back over to Noah. Thank you.

## Noah H. Glass
*Founder, Chief Executive Officer & Director, Olo, Inc.*

Thanks, Peter. We're excited for all that is to come this year to help our customers be the winners of the digital shift. As you heard today, our team is working tirelessly to help our brands maximize highly profitable digital transactions and preserve their brand equity along the way.

On behalf of all of Team Olo, we appreciate your time today. If you have any questions, please feel free to contact us at olo.com. Thank you and stay safe.