# Exhibit M

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO
# FQ4 2021 Earnings Call Transcripts
## Wednesday, February 23, 2022 10:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.02 | 0.02 | ●0.00 | 0.02 | 0.11 | 0.12 | ▲9.09 | 0.11 |
| Revenue (mm) | 39.10 | 38.91 | ▼(0.49 %) | 44.02 | 148.68 | 144.45 | ▼(2.84 %) | 191.08 |

Currency: USD
Consensus as of Feb-21-2022 12:47 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2021 | 0.01 | 0.03 | ▲①200.00 % |
| FQ2 2021 | 0.01 | 0.03 | ▲②200.00 % |
| FQ3 2021 | 0.02 | 0.03 | ▲③50.00 % |
| FQ4 2021 | 0.02 | 0.02 | ●④0.00 % |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Greetings. Welcome to the Olo Inc. Q4 2021 Earnings Conference Call. [Operator Instructions] Please note, this conference is being recorded.

I will now turn the conference over to your host, Stephanie Daukus, Vice President of Investor Relations. You may begin.

**Stephanie Daukus**

Thank you. Good afternoon, everyone, and welcome to Olo's Fourth Quarter 2021 Earnings Conference Call. Joining me today are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

During our call today, some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made. These forward-looking statements include, but are not limited to, statements regarding our expectations of our business, future financial results, total addressable markets and growth opportunity and guidance and strategy.

Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those described in our forward-looking statements and such risks are described in our earnings press release and our risk factors included in our SEC filings, including our annual report on Form 10-K for the year ended December 31, 2021. You should not rely on our forward-looking statements as predictions of future events. We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today.

Also during this call, we'll present both GAAP and non-GAAP financial measures. Reconciliations to the most directly comparable GAAP financial measures are available in our earnings release, which we issued a short while ago. This earnings release is available on the Investor Relations page of our website and is included as an exhibit in the Form 8-K furnished to the SEC.

Finally, in terms of our prepared remarks or in response to your questions, we may offer incremental metrics. Please be advised that this additional detail may be onetime in nature, and we may or may not provide an update in the future on these metrics. I encourage you to visit our Investor Relations website at investors.olo.com to access our earnings release, investor presentation, periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Herbert Glass**
*Founder, CEO & Director*

Thank you, Stephanie. Hi, everyone. Thank you for spending time with us today.

2021 was a great year for Olo. We grew annual revenues by more than 50%, expanded ARPU by 16% to more than $2,000 per year, surpassed more than $20 billion in gross merchandise value for the year, successfully completed our IPO and closed our first strategic acquisition. We ended the year with our platform connecting approximately 79,000 active restaurant locations and more than 500 restaurant brands to more than 200 technology partners and more than 85 million consumers, who have ordered over the platform this past year.

Last year, our flexible open SaaS platform helped restaurants manage through the uncertainties of the lasting COVID-19 pandemic, including location closings and reopenings, staffing shortages and the transition to increased reliance on digital transactions by enabling digital ordering, delivery, contactless handoff, QR codes and virtual brands. In short, our technology enabled restaurants to adapt to do more with less.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment.

Currently, the Olo platform offers brands the following differentiated and mission-critical solutions: ordering, network, switchboard, kiosk and virtual brand modules, which provide on-demand digital commerce and channel optimization solutions; Dispatch and Rails modules, which provide delivery enablement; optimized front-of-house operations needs through our host module, which streamlines reservations and table management; and customer engagement through our marketing automation, sentiment and customer data platform or CDP modules.

And today, we announced general availability of Olo Pay, which will create uniform brand experiences, improving the restaurant operator and consumer experience. Just as restaurants have fragmented point-of-sale systems, they also have fragmented payment processors. And these payment processors are horizontal solutions that are not purpose-built for restaurants nor built for digital transactions. Historically, Olo has served as the gateway into existing payment processors. And these processors have led to suboptimal experiences for the consumer, manifesting in an elevated level of fraud, chargebacks and a lack of tools for brands to fight those chargebacks.

Olo Pay's fully integrated vertical payment solution goes beyond core credit card processing functionality and will benefit both the operator and the consumer by offering advance fraud prevention that results in improved authorization rates for valid transactions by supporting and allowing credit cards on file to be used at any of the brands' participating locations for the consumer, enabling Apple Pay and Google Pay, and through simplifying the ordering interface for a faster checkout. All of these features will grow and protect Restaurant Brands' digital business through increased basket conversion.

Our vision for Olo Pay extends beyond the existing capabilities. Our ambition is to bring a much better user experience and optimized basket conversion of a seamless payment solution to the restaurant industry through our Olo Pay solution in borderless form which we plan to make available later this year.

One example of this experience is Shop Pay, which is an accelerated checkout that lets customers save their payments and delivery information. This can save customers time when they check out, especially if they've already opted into Shop Pay elsewhere, providing security for all merchants offering Shop Pay and enabling them to offer improved user experience, manifested in a dramatically higher basket conversion rate of 1.72x according to Shopify studies.

We believe that removing the friction typically associated with online ordering account creation, log in and checkout is beneficial for users and for restaurants, leading to higher basket conversion and more orders. With a network of 79,000 restaurants and 85 million consumers, Olo has achieved the critical mass to unlock Shop Pay-like capabilities in the form of our borderless Olo Pay offering. We have conviction that this two-sided payment network is a win for consumers, a win for restaurants and a win for Olo.

Our historical success in bringing to market platform-level innovations like Dispatch and Rails by creating 2-sided networks gives us both the experience and the confidence that we can do the same with the launch of borderless Olo Pay. Restaurant brands are telling us they want to operate as one digital business. They are pulling us into payments and on-premise opportunities. And in order to accelerate the restaurant's ability to operate as one business, we must unlock on-premise solutions. That is why I'm excited to announce that Olo has signed a definitive agreement to acquire Omnivore.

Omnivore powers restaurants to connect to apps and technologies that streamline operations, improve efficiency, enhance consumer experiences and increase profitability by allowing restaurant technology partners to inject and extract data from multiple point of sales through one integration, unlocking the potential of restaurants' point-of-sale systems through these technologies.

Omnivore enables restaurant technology partners to focus on their core products rather than POS integrations. Olo plus Omnivore will allow our restaurant brands to: One, insert and extract back-of-house data through faster, easier 2-way connections with technology partners via their developer-friendly POS API, further unifying disparate data and simplifying data review; Two, increase data extraction from the

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Regarding our full year cash flows, operating cash flow was $16.3 million compared to $20.8 million a year ago. Free cash flow was $14.4 million compared to $19.5 million a year ago.

I'll wrap up by providing our guidance for the first quarter and full year 2022. For the first quarter, we expect revenue in the range of $41.5 million to $42 million, and non-GAAP operating income in the range of $600,000 to $1 million. For the fiscal year 2022, we expect revenue in the range of $194 million to $196 million, and non-GAAP operating income in the range of $7.4 million to $9 million.

In terms of our guidance for the year, we remain prudent in our approach to forecasting given evolving industry dynamics. Specifically, anticipated factors that may impact our forecast include the residual impacts from COVID-19 and transitory impacts due to continued industry labor challenges. That said, we believe COVID-19-related challenges will be lapped beginning in the second quarter of this year and that revenue growth rate and net revenue retention will begin to reaccelerate.

Throughout 2022, we believe the main drivers of revenue growth will be ARPU expansion as well as increasing the number of active locations on the platform. Related to ARPU, we expect year-over-year growth to be around 10% as order volumes continue to grow and brands adopt additional product modules. While we are making Olo Pay commercially available to all brands on the Olo platform, we are still early in the sales and deployment process, and at this point, do not expect Olo Pay to be a material driver of growth for 2022.

As we previously noted, the use cases and adaptations of the Olo platform throughout the past year has emboldened a broader vision for Olo, one in which we can touch, add value to and derive revenue from all industry transactions on and off-premise and what we refer to as digital entirety. Fulfilling this vision requires some near-term investments in the platform to capitalize on the opportunities our customers are pulling us into. And as we've seen first with Dispatch, and subsequently with Rails, customer-led opportunities have been great growth drivers for the company. Much of this investment is expected to occur in the first half of the year, and as we progress throughout the year, we expect to return to more normalized levels of profitability.

More specifically, incremental investments in R&D in 2022 are threefold. First, our acquisition of Omnivore, which will unlock a faster path to the development of solutions to address our on-premise opportunity, will decrease profitability by a couple of million dollars this year. Secondly, we are increasing our investment in Olo Pay to more quickly bring borderless capabilities to market while also setting the stage for processing card-present transactions. And lastly, we're increasing our investment in customer engagement in front-of-house solutions to tie it all together, a suite of digital ordering solutions to address both off-premise and on-premise ordering, underpinned by a best-in-class customer engagement suite and a seamless payment experience.

We're confident that these investments will unlock future growth opportunities for Olo in 2023 and beyond.

To summarize, we delivered another strong quarter of operational and financial performance. We are delivering on our mission and believe Olo's position at the center of the digital restaurant experience will continue to drive an attractive combination of strong revenue growth and profitability.
I'd now like to turn it over to the operator to begin the Q&A session. Operator?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So our expectation for 2022 is to add a similar amount of net new locations to the platform, coupled with full year growth of ARPU of around 10%. In terms of how we think about the active locations quarter-to-quarter, I would estimate a pretty even distribution quarter-to-quarter, although noting that there can be changes quarter-to-quarter depending on a number of factors. So we tend to think about things on a full year perspective. And for 2022, again, we're targeting a similar number of net adds as we achieved in 2021.

**Operator**

Our next question comes from the line of Brad Reback with Stifel.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Noah, there was a lot of talk in 4Q around restaurants needing to throttle digital orders because of headcount issues. What type of impact did you guys see from that? And has that continued here in 1Q?

**Noah Herbert Glass**
*Founder, CEO & Director*

Brad, thanks for the question. I really feel like our platform is designed for exactly this sort of challenge for restaurants. And I think in the past, I have commented on helping restaurants to do more with less and being a force multiplier for them. And I think that's what restaurants are seeing about digital broadly and about Olo specifically and all of the different solution suites. We've broken it now into 5 different solution suites. I think we talk a lot about ordering and Dispatch and Rails.

And we're more than just a 3-trick pony. We have 12 different products now across 5 product suites and order management and delivery and customer engagement and front-of-house management and payments. And all of these things in their own way are helping restaurant brands to do more with the labor that they have and to focus their hospitality really on delivering excellent consumer experiences informed by all the data that's being thrown off by these digital interactions with customers.

So I think that is part of Olo's mandate, something that we've historically done over our entire lifespan as a company. And that, especially in times of a labor crunch, a labor shortage is really being felt by restaurants and helping them to manage both their off-premise experiences and their on-premise experiences and ultimately deliver hospitality to the consumer.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it. And then switching gears a bit. The digital entirety strategy, it seems extremely forward-looking in clearly where the market is going. That being said, it's pretty broad. So as you think about go-to-market and your current resources, your salespeople, et cetera, where do you think they are in that learning curve? And how long do you think it takes to get them fully up to speed on selling the vision?

**Noah Herbert Glass**
*Founder, CEO & Director*

Well, I think this is a great segue from your last question. I mean this is where we are being pulled into the on-premise opportunities from our customers saying to us, we want the same digitally enriched experience for our consumers on-premise that we have off-premise. It's now one business. We don't want to have 2 different systems to manage, off-premise customers versus on-premise customers. We want it to be one system, one platform. We want that to be a digitally informed platform that has customer centricity at its core.

So that's really the thing that's pulling us into the 4 walls of the restaurant. And I think that is something that we've talked about seeing glimpses of before in kiosk ordering, in QR code ordering. But imagining how restaurants can guide consumers there and ultimately create higher hospitality experiences for consumers while also requiring less labor from the restaurant is, I think, where you see a win for the operator and a win for the consumer.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.