# Exhibit P

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO
# FQ1 2022 Earnings Call Transcripts

## Tuesday, May 10, 2022 9:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ1 2022- | | | -FQ2 2022- | -FY 2022- | -FY 2023- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.00 | 0.01 | - | 0.01 | 0.04 | 0.10 |
| **Revenue (mm)** | 41.66 | 42.76 | ▲2.64 | 45.46 | 193.79 | 250.07 |

Currency: USD
Consensus as of  Mar-21-2022 2:31 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

- ▲ Positive EPS Normalized surprise
- ▼ Negative EPS Normalized surprise
- ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2021** | 0.01 | 0.03 | ▲200.00 % |
| **FQ3 2021** | 0.02 | 0.03 | ▲50.00 % |
| **FQ4 2021** | 0.02 | 0.02 | ●0.00 % |
| **FQ1 2022** | 0.00 | 0.01 | - |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon. My name is Ariel, and I will be your conference operator today. At this time, I would like to welcome everyone to the Olo First Quarter 2022 Earnings Conference Call. [Operator Instructions] As a reminder, the conference is being recorded.

I would now like to turn the conference over to Olo's VP of Investor Relations, Ms. Stephanie Daukus. Please go ahead.

**Stephanie Daukus**

Thank you. Good afternoon, everyone, and welcome to Olo's First Quarter 2022 Earnings Conference Call. Joining me today are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

During our call today, some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made. These forward-looking statements include, but are not limited to, statements regarding our expectations of our business, future financial results, total addressable markets and growth opportunity and guidance and strategy.

Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those described in our forward-looking statements and such risks are described in our earnings press release and our risk factors included in our SEC filings, including our annual report on Form 10-K for the year ended December 31, 2021. You should not rely on our forward-looking statements as predictions of future events. We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today.

Also during this call, we'll present both GAAP and non-GAAP financial measures. Reconciliations to the most directly comparable GAAP financial measures are available in our earnings release, which we issued a short while ago. This earnings release is available on the Investor Relations page of our website and is included as an exhibit in the Form 8-K furnished to the SEC.

Finally, in terms of our prepared remarks or in response to your questions, we may offer incremental metrics. Please be advised that this additional detail may be onetime in nature, and we may or may not provide an update in the future on these metrics. I encourage you to visit our Investor Relations website at investors.olo.com to access our earnings release, investor presentation, periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Herbert Glass**
*Founder, CEO & Director*

Thank you, Stephanie. Hi, everyone. Thank you for spending time with us today.

In the first quarter, Olo's revenue and profitability momentum continued. We grew revenue 18% year-over-year as our platform supported continued growth in active locations coming on to the platform and transaction volumes. Our ending active location counts increased 19% year-over-year to approximately 82,000, and we surpassed more than 600 restaurant brands utilizing our platform.

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**OLO INC.  FQ1 2022 EARNINGS CALL  |  MAY 10, 2022**

hospitality rights.

That said, we are committed to remaining true to our core tenets, while continuing to execute on our ambition to enable digital hospitality at scale. These core tenets are open and integrated with more than 300 technology partners, vertical and purpose-built for restaurants, focused on enabling digital hospitality, innovative and relentlessly focused on providing adaptive tools to enable restaurants to expand their digital programs, increase efficiency, drive revenue and delight their guests.

We observe in technology-dependent industry, the platforms that are extensible, secure and reliable are the platforms of choice. And I believe now more than ever that restaurants must have a full stack offering in order to thrive in our digital world, and Olo answers that call.

And finally, as I typically do on earnings calls, I'd like to provide 2 corporate updates. First, I'm thrilled to welcome Diego Panama to the Olo executive team as Chief Revenue Officer. Diego is a seasoned public company executive with a proven track record of successfully scaling SaaS companies, bringing deep and relevant domain knowledge as well as go-to-market experience on a global scale. He's worked at some of the most innovative tech companies, including LiveRamp and previously Microsoft on digital transformation for enterprise scale customers.

Importantly, Diego has a great understanding of data applications and how enterprise brands can use data as a strategic lever in their business, an integral part of our restaurant customer strategy as they look to increase digital hospitality for all of their guests by leveraging guests and operational data.

Diego will support Olo's relationships with its restaurant brands, champion their success, drive our sales and marketing initiatives and importantly, drive Olo's next chapter of execution and growth as we realize our 100x scale opportunity.

Diego will assume the role of Chief Revenue Officer at the beginning of July as our current Chief Customer Officer, Marty Hahnfeld, plans to retire. Marty has been a key leader in Olo's efforts toward digital entirety and in our growth throughout the industry. On behalf of the entire leadership team, I'd like to congratulate Marty on his retirement and thank him for his dedication and significant impact to Olo and its customers throughout his tenure.

And second, I'm pleased to share an update in connection with our Olo for Good initiative. As a reminder, we launched Olo for Good in 2021 and joined the Pledge 1% movement, committing to donate 1% of our time, equity and product to doing good. As part of that, we committed to donating 1% of Olo shares over 10 years to our independent donor-advised fund managed by Tides Foundation. Last year, we recommended Tides Foundation make grants to 9 nonprofit organizations.

This quarter, in our second round of grant recommendations, we advised Tides Foundation to grant $2.1 million in total from our donor-advised fund to the following 9 organizations: American Forests, Appalachian Trail Conservancy, Emma's Torch, Giving Kitchen, Heart of Dinner, The LEE Initiative or Let's Empower Employment initiative, The Okra Project, Partnership with Native Americans and World Central Kitchen.

Grant recipients are nonprofits focused on diversity, equity and inclusion, ending childhood hunger and increasing access to food, supporting the restaurant industry's frontline workers and protecting natural resources and reducing waste and emissions. We continue to be enthusiastic about our ability to use Olo as a platform for social impact and positive change for our communities. We love to do well and do good in parallel.

And now I'd like to turn things over to Peter Benevides, Olo's CFO, to share more details on Olo's first quarter performance. Peter?

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**spglobal.com/marketintelligence**

**OLO INC.  FQ1 2022 EARNINGS CALL   |   MAY 10, 2022**

---

dashboard and the Olo dashboard.

That goes away with Olo Pay. With Olo Pay, they can manage refunds. They can manage chargebacks. They can manage all things payments within the Olo dashboard. So it becomes a single platform to manage the digital ordering business. And we think that has great advantages for helping operators simplify operations and then also through the network effect of the Olo platform and our partnership with Stripe and the Stripe radar product, in particular, and Olo Shield, which is our own proprietary fraud prevention solution, we have the ability to fight fraud against -- across all of the restaurant transactions that we can see within Olo and that Stripe can see across their network. So that's part of the advantage of Olo Pay.

I just -- I want to be clear that Olo Pay is not just credit card transactions, it is also Apple Pay. It is also Google Pay. It is not there for in competition with Apple Pay or in competition with Google Pay. And it also doesn't require that the brand has to completely rip and replace whatever processor or processors their operators are using inside of the restaurant. It's purely about the digital ordering experience, making that a seamless experience for the consumer and also simplifying things on the operator side.

**Clarke  Jeffries**
*Piper Sandler & Co., Research Division*

Appreciate it. It sounds like it's building on the integration benefits of even something like the marketing automation platform, helping the operators have a simpler stack. A follow-up question about the expansion into convenience stores. It seems like a meaningful expansion in terms of 55,000 potential locations. Wondering if you could just maybe dig into how the friction points are different for those businesses compared to normal enterprise restaurant brands, how they operate? Are they owned and operated by similar franchisee partners? And are they sort of businesses that could adopt all of the modules available for Olo?

**Noah Herbert Glass**
*Founder, CEO & Director*

So I think with C-stores, the only module I can think that does not make sense for C-stores that we offer is probably our reservations platform. It may make sense at some point, but I don't really see that. I think everything else that we offer from digital ordering, delivery, marketing automation, et cetera, these have resonance for anyone who is doing takeout and delivery of made-to-order food. And that's specifically how we're working with C-store operators is on that prepared food to the extent that a restaurant and a C-store looks similar, it's that they're taking orders, they're preparing those orders, custom-made, fresh, just in time and then handing off that order to a guest who's coming in or to a courier who's coming in to collect the order on the guests behalf.

From a go-to-market perspective, very similar to go-to-market motion where we're selling into the brand and just like with enterprise restaurants, we always sell to the brand, and then we're adopted across the entire location base, whether those are corporate owned or franchise owned. I guess some different point-of-sale integrations in the C-store point of sale space, we're no stranger to that. We've done well over 2 dozen, perhaps well over 3 dozen points-of-sale integrations. And we do have many point of sales that are instead of Olo integrating to them, now integrating into Olo. So I think with that exception, a very familiar setting for us, just a new opportunity of we estimate to be 55,000 additional locations in our TAM looking at the U.S. enterprise C-Store segment.

**Operator**

[Operator Instructions] Our next question comes from Brad Reback of Stifel.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.