# Exhibit R

## *Olo Inc at JPMorgan Global Technology, Media & Communications Conference - Final*

FD (Fair Disclosure) Wire

May 23, 2022 Monday

Copyright 2022  ASC Services II Media, LLC
All Rights Reserved

Copyright 2022 CCBN, Inc.

**Length:** 6051 words

## Body

Corporate Participants

* Noah Herbert Glass

Olo Inc. - Founder, CEO & Director

* Peter J. Benevides

Olo Inc. - CFO

Conference Call Participants

* Maya Rae Kilcullen

JPMorgan Chase & Co, Research Division - Research Analyst

Presentation

MAYA RAE KILCULLEN, RESEARCH ANALYST, JPMORGAN CHASE & CO, RESEARCH DIVISION: Good afternoon, everyone. Thank you for joining us. My name is Maya Kilcullen, and I work on the software team here at JPMorgan. And this afternoon, I am joined Olo, CEO, Noah Glass; and CFO, Peter Benevides. If the 2 if you could just take a few minutes to introduce yourself and then for those who aren't familiar or maybe a brief overview of Olo.

NOAH HERBERT GLASS, FOUNDER, CEO & DIRECTOR, OLO INC.: Okay. I'll start. First, thanks for having us. I'm Noah Glass. I'm the Founder and CEO of Olo. Next week, I will be celebrating my 17-year anniversary having founded Olo in June of 2005. I will, I guess, introduce the company and then let Peter introduce himself. So Olo is an open SaaS platform for enterprise restaurants. And really, what we enable is for restaurant brands to harness first-party data to unlock digital hospitality. And digital hospitality, when we say that term, it really means utilizing that first-party data to provide guests with a memorable and personalized experience and to really ultimately make every guest at the restaurant feel like a regular.

And we do that across 5 different software solutions, digital ordering, delivery, customer engagement, front of house and also payments. We're now operating with 600 restaurant brands in our customer portfolio, and they represent 82,000 individual restaurants across the U.S. and Canada.

PETER J. BENEVIDES, CFO, OLO INC.: Peter Benevides, CFO, I haven't been here for 17 years, but I've been with the company for a little over 7 years, and thank you for having us.

Questions and Answers

Olo Inc at JPMorgan Global Technology, Media & Communications Conference - Final

We're able to add Grubhub last year. I think it's really just an exciting thing for us to be able to make good on the promise of a single API for all of the different ordering channels, direct and indirect to co-mingle orders in 1 single stream, simplifying things for operators and fundamentally enabling restaurants to really fish where all the fish are biting across every meaningful demand channel in the ecosystem.

MAYA RAE KILCULLEN: And touching on DoorDash. So I believe at the time of the IPO, about 20% of revenue came from DoorDash. Can you just touch on the contribution from that partner as well as anything you can comment on Grubhub?

PETER J. BENEVIDES: Yes, happy to. So since the IPO, even predating the IPO. Our focus is always around what can we do to add more value to our customers and increasing the number of marketplaces that are on the Olo platform as well as increasing the number of delivery service providers within our dispatch network are ways in which we can increase the value that we provide to our customers. And the reason for that is every time we add an incremental marketplace or add an incremental delivery service provider that helps to drive transaction volumes, which helps to drive value to our customers.

A byproduct of that is we're therefore able to more diversify our revenue stream across our partners. So if you look at how that has trended since the IPO, I think today, DoorDash is somewhere in the mid- to low teens as a percent which is, again, indicative of the success that we're having in diversifying the number of partners that we have on our platform and the value that we're providing to our customers.

MAYA RAE KILCULLEN: Great. And so just backing up a little bit more broadly, when Olo signs on a large enterprise, are all of the franchises also obligated to come on to the platform? And what does that process look like?

NOAH HERBERT GLASS: Yes, they are. I think this is something that's really differentiated about our go-to-market model is that we sell into restaurant brands. We're never selling into individual restaurants or individual operator groups or franchisees. We're always selling into the brand. Because this is guest-facing technology. It has to be uniform across the brand. Consumers think about brands as a uniform entity. So they want to be consistent everywhere.

So we sell into one brand decision maker and then were adopted by all of the restaurant locations within that brand, the corporate-owned locations, the franchise locations, the mix of the 2, however, they're set up in their organizational structure. And then brands are always going live really all at the same time to create that consistent experience everywhere. So yes, we are deployed in all locations.

And another note is that as brands are adding new locations, expanding their ecosystem of restaurants and growing their footprint Olo is going into those locations as well without any additional sales and marketing spend. I think that's one of the reasons why we have such an efficient go-to-market and if you look at sales and marketing as a percentage of revenue, Olo is always top of the class.

MAYA RAE KILCULLEN: I can imagine it varies significantly depending on the size of the brand, but what is typically the time line for -- between the sale to full go live?

PETER J. BENEVIDES: Yes. So in terms of deployment timing, it really depends not necessarily by size, but really the brand's willingness to move at the pace in which Olo can move. We have examples of brands that are north of 2,000 locations for a brand that have been deployed in under 90 days and then we have examples where maybe it's 50 locations per brand, where it's taken a bit longer.

So one of the benefits of having done this for so long and having created a library of POS integrations and payment integrations as we've seen it all, which means that we can move as quick as a brand wants to move, and that's generally how -- sort of how it plays out.

MAYA RAE KILCULLEN: Great. So talking a little bit on competition. Can you just give an overview of the competitive landscape? Who do you see as your main competitor?

NOAH HERBERT GLASS: Yes. I think that this is maybe broadly misunderstood by people who think that we might compete against some of our partners. We do not compete against the delivery marketplaces. We really don't compete meaningfully against point-of-sale systems. I'd say who we most compete with are restaurant brands choosing to build in-house, and

Olo Inc at JPMorgan Global Technology, Media & Communications Conference - Final

In addition, what we announced on our Q4 earnings call in February, is that we're doing something even bigger with Olo Pay. We're doing something called borderless Olo Pay. And with borderless Olo Pay, the consumer is able to store their payment credentials at the Olo platform level, not just at the individual brand level.

And that means that across the entire Olo ecosystem, they can have that one click checkout experience where they can store those details about payments or other personal details, delivery address, car make, model, color and have a much more efficient experience of checking out, and it can enable the brands to then harness that first-party data about the customer, which is so important in such a new currency in this space by making checkout a better experience for all.

And I think again, from a platform-level innovation two-sided network perspective, having 82,000 restaurants on one side and 85 million consumers on the other side, we think we can create a really powerful 2-sided network for payments that's a win for consumers and restaurants alike.

PETER J. BENEVIDES: Yes. And from a financial opportunity standpoint, the opportunity is massive. What we've disclosed as part of our quarterly earnings presentation materials is a ForEx revenue per order opportunity as compared to what we charge for in the core platform today. And when you apply that against the $20 billion of GMV that we processed over the platform this past year, it's a massive opportunity.

That said, we haven't reflected any of this in our numbers for this year, given that we just announced the commercial availability back in February, and it's still probably maybe a quarter early in terms of seeing how that transpires into both bookings and revenue. But I think the overarching opportunity is massive.

MAYA RAE KILCULLEN: Great. I think I saw a hand over here if we can grab a mic.

UNIDENTIFIED ANALYST: Noah, just building on the competition side. I wonder if you can give a bit more commentary on what the kind of your market share? Like how do you define the market? What is your market share today? But more importantly, how do you think about that market in the way it looks kind of, say, 3 years out or 5 years out? Because on the one hand, it's getting more and more complicated to do what you do at Olo.

On the other hand, I think restaurant brands understand better than ever that this data that they're capturing or that you're capturing is critical. So there's a battle to do it internally because they want to capture the data. So where is your share? Where is the market going? And then how do you balance kind of the restaurant need against you doing it for them?

NOAH HERBERT GLASS: Yes. I think I'll jump in on that last point and maybe quibble with it a bit. There's no difference in the data that the restaurant has access to, whether they're doing it through Olo or doing it in-house. They're getting that first-party data about the guests. I would argue, in fact, they're getting more guests first-party data, if they're doing it through the platform and have access to things like Olo Pay in borderless format.

I do think when we imagine sort of the market opportunity in the near term, and this is perhaps a way of answering our market share, we think that we have a 100x near-term opportunity in U.S. enterprise restaurants. So the way that, that breaks down is there is a 4x opportunity in scaling the number of restaurant locations that Olo is active in. There is a 6.25x opportunity in the number of orders that we touch per restaurant location from where it currently is to 100% digital. And then as Peter mentioned, there's a 4x opportunity in the revenue that we generate per order through Olo Pay.

So if you think about that, there is a 4x location opportunity. There is a 25x ARPU opportunity. But it means that we're at 1% of the opportunity for U.S. enterprise restaurants. And we think that we are the vertical SaaS leader and typically vertical SaaS leaders have a winner-takes-most kind of opportunity, and that's the opportunity that we're pursuing.

I guess one more thing on the large restaurant brands. I really believe that we've demonstrated that we can start a relationship with even the largest restaurant brands out there with a single module and maybe that's a convenient way for them to fortify their internal efforts, prove ourselves out and then expand into a larger deployment. So this is true of brands like TGI Fridays, brands like BJ's Brewhouse, in both cases, we started with our Dispatch platform. They had built a homegrown digital ordering implementation and Dispatch helped them to offer delivery to their guests through their direct channel.

Olo Inc at JPMorgan Global Technology, Media & Communications Conference - Final

keep them and still use Olo Pay. Olo Pay is meant to give the digital ordering experience, that uniformity of using one payment checkout experience across all of the digital ordering transactions. So it's swapping in what today is Olo acting as a gateway into oftentimes a fragmented in-restaurant credit card payment platform to instead it being done through the Olo Pay merchant account.

So because of that, it means that it's a relatively light lift. We're selling in the same way that we do with our ordering platform into the brand on behalf of all franchisees not sending hardware or making store visits. We're doing this purely in the digital ordering realm, where everything is shifting from existing legacy credit card processor through a gateway into Olo Pay as processor.

MAYA RAE KILCULLEN: So as we're starting or have seen already a large return to in-person dining, can you just talk about the near-term impact of that return to in-person? And then what is some of the time line that you see -- to start to see tailwinds from more adoption of QR ordering and kiosk ordering?

PETER J. BENEVIDES: Yes. So in terms of digital ordering, I think the term that we've used is durable. We've been pleased with the durability of digital ordering. And the reason for that is these aren't trends that have emerged as a result of COVID, these were trends since day 1, have been happening, which is the growth in digital ordering, the growth in same-store sales digitally.

So I think today, we've been -- last quarter, I think, the MPD stats were around 16% of transactions were digital, this is Q4 of last year. Q1 of this year, it's around 15% digital. So a slight decline, 1%, but maintaining its durability. In terms of how or timing around how we think the 15% will trend over time, I think you're starting to see some really great signs in things like QR code ordering and other forms in which consumers are ordering digitally, start to emerge.

So for the first time, I think this past quarter, we actually saw 1% of digital transactions were on-premise. This is something that I know that doesn't sound like a lot, but for years had been 0. So you're starting to see some inclination of the consumer adoption of digital on-premise, and we're pretty confident that, that's just going to continue to grow over time.

MAYA RAE KILCULLEN: And so what do you see as the durable growth rate for the business?

PETER J. BENEVIDES: So I think what we've communicated is we feel pretty confident in being able to deliver high growth we define as 30% year-on-year growth. Noah articulated earlier, the 100x opportunity in front of us. And when we look at all those different avenues, more locations, more transactions per location and more revenue per transaction, there's just a lot of levers that we can pull in order to maintain that growth rate.

MAYA RAE KILCULLEN: Great. Last call for any questions from the audience.

NOAH HERBERT GLASS: Can I make one point while we wait for a question. I just -- I think it's really, really important if you leave here with one thing that we separate the idea of digital and delivery. I think people conflate those things all the time. And I think some of the -- what happens when there's a return to in-restaurant dining questions are maybe part of that.

For even the highest part of COVID, delivery was the minority of digital transactions, takeout was the majority of digital transactions. That's always been true on the Olo platform. And it's true of the way that consumers use restaurants. Consumers use restaurants as a surrogate for the home kitchen. That is what restaurants are for. The majority of restaurant transactions are for taking the food from the restaurant and consuming it somewhere else, and that has always been where Olo's core business is.

Now we're seeing it going into the restaurant as well. But I think this is an important point to make. And I think also understanding that consumers, even during a recession, if we had a recession, and we've seen this in 2008, '09, they have to eat 3 times a day or more. They don't magically start cooking, consumers go to restaurants, they get food at restaurants, and they trade down from the high-end restaurants to the lower-cost restaurants.

And that is something that has been a tailwind for our business in past recessions as it's been a benefit to our restaurant customers, picking up order volume. Now we have restaurants that represent -- or overall, the restaurant industry is at an all-