# Exhibit S

C Corrected Transcript

06-Jun-2022

# Olo, Inc. (OLO)

**William Blair Growth Stock Conference**

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 11
Copyright © 2001-2022 FactSet CallStreet, LLC

# Olo, Inc. *(OLO)*
William Blair Growth Stock Conference

 Corrected Transcript
06-Jun-2022

provide digital hospitality. We define that as harnessing the power of first-party data to enable personalized and memorable guest experiences that make every guest feel like a regular.

As of March 31, we're a proud partner to over 600 restaurant brands, representing approximately 82,000 individual restaurant locations to enable roughly 85 million guests to order ahead, pay ahead, and get their food faster for take-out, delivery, and more. Our platform processes more than 2 million orders per day, representing more than $20 billion in gross merchandise value or GMV in 2021 alone.

Olo enables restaurants to operate as one business and to manage all ordering modes, whether on-premise or off-premise such as take-out, delivery, and drive thru. I often hear people express the thought that a restaurant is divided into two parts: one, on-premise dining where you sit down at a table; and the other, off-premise dining where you do take-out, get delivery, or drive thru.

And many restaurant technology solutions are the same. They're disparate solutions for each part of the restaurant but restaurant operators have told us that isn't how they want to operate. They want to operate as one business, a digital business that enables digital hospitality and Olo can be the single platform for restaurants by enabling all guest touchpoints on- and off-premise.

While restaurants want to operate as one business, the truth is only 15% of all restaurant orders are digital today. We believe that Olo has the ability to touch, add value to, and derive revenue from every order, a concept I called digital entirety whereby the industry moves from 15% of orders being digital to 100% of the industry's 57 billion orders being digital. This will improve restaurant operations and restaurant brands will then be able to provide the best service possible to the guest.

Through our 5 suites of solutions and 12 distinct modules, the Olo platform offers solutions for every guest touchpoint, from drive thru, delivery and take-out to on-premise. We also have a modern, fully integrated payment solution, Olo Pay, which became generally available earlier this year. And importantly, Olo enables restaurants to further strengthen and enhance their guest relationships. Owning commission-free, direct ordering channels to keep guests on brand and own the guest data is essential and our engagement solutions strengthen our customers' ability to become thriving direct-to- consumer brands in the digital space and to deploy tools to measure and grow guest lifetime value.

Our proprietary solutions are only one part of the Olo network, a network that connects approximately 82,000 active restaurant locations and more than 600 restaurant brands to more than 300 technology partners and the more than 85 million guests who ordered over the Olo platform in 2021. Our network of restaurant brands, partners, and guests creates a flywheel in which adding a new brand to our restaurant network benefits all Olo partners and adding a new technology partner to our partner network benefits all Olo brands.

Our solutions and powerful network have led Olo to be a leading SaaS provider for enterprise restaurant brands. We've also found success in our highly efficient one-to-many go-to-market model. Unlike other enterprise software businesses where the sales team works to add a single location or a division and expand to others, Olo enters into relationships at the brand's corporate level and secures exclusivity across all company-owned and franchisee locations. And this enables us to deploy our modules across all existing and new brand locations without any additional sales and marketing costs and upsell new offerings to the brand itself rather than each individual location. This maintains a consistent guest experience with the brand given Olo's role as a guest-facing technology.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Olo, Inc. *(OLO)*
William Blair Growth Stock Conference

 Corrected Transcript
06-Jun-2022

Notably, as of December 31, 2021, on average, restaurant brands utilize 2.7 Olo modules per location as compared to 2.4 as of the end of the year for 2020 and 2.0 as of the end of the year of 2019. We now have 12 distinct modules that restaurant brands can adopt, and we believe this provides insight into how much room for growth we have within our existing customer base.

Our solution set that meets the needs of the digital restaurant, robust network, and highly efficient go-to-market give us confidence that we have a long runway for growth ahead of us. We believe that we have a 100x growth opportunity in US enterprise restaurants, representing a total addressable market of more than $15 billion.

First, through continuing to focus on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations. Second, by driving the digital transformation from 15% of orders being digital to 100% of orders being digital, we have an opportunity to capture and process 6.25x more orders per location as our technology simplifies restaurant operations by capturing all orders in one single stream and supercharges restaurant marketing, allowing brands to better understand and engage their guests, increasing the guest lifetime value. And, third, Olo Pay enables Olo to generate 4x more revenue per order than we capture today by also acting as the payment processor for digital orders.

Through higher conversion rates, improved authorization rates, and streamlined reporting, Olo Pay creates ROI-positive transactions for brands, reducing chargebacks, overhead, fraud, and G&A costs. Altogether, these three levers result in Olo's near-term 100x revenue growth opportunity in US enterprise restaurants, more locations, more orders per location, and more revenue per order.

And now, on to financials, for those of you new to Olo, here's a quick summary of our financial model. We define our business model as a transactional SaaS model. It includes both a subscription and transaction-based revenue streams that increase as the transaction volumes grow.

Our platform allows our restaurant customers the ability to provide great experiences to their guests and to increase revenue. As our restaurant brands increase digital sales, our transactional SaaS model allows Olo to share in their success.

The subscription element of our transactional SaaS model includes both a fixed fee component as well as a usage-based component that increases as transaction volumes grow. We also charge subscription fees for Olo's engagement and front-of-house solutions.

Additionally, we charge per transaction fees for certain ordering and delivery enablement products as well as for Olo Pay. Combined subscription and transaction fees charged on a per location basis is defined as ARPU, or average revenue per unit.

In the first quarter, our revenue and profitability momentum continued. We grew revenue 18% year-over-year as our platform supported continued growth in both active locations coming onto the platform and transaction volumes. Our ending active location count increased 19% year-over-year to approximately 82,000 locations and we surpassed more than 600 restaurant brands utilizing our platform.

Since 2018, we've increased total active restaurant locations from 35,000 to 82,000, representing a compound annual growth rate north of 30%, demonstrating our ability to empower enterprise restaurant brands in a total addressable market of roughly 300,000 locations.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Olo, Inc. *(OLO)*
William Blair Growth Stock Conference

 Corrected Transcript
06-Jun-2022

---

Since 2018, we have increased average revenue per unit or ARPU from $935 to $2,019, representing a compound annual growth rate of almost 30%. As I mentioned earlier, as of year-end, on average, brands utilize 2.7 Olo modules per location and we see a lot of momentum ahead in ARPU as customers continue to expand their adoption of multiple modules.

Since 2018, we've increased annual revenues from $31.8 million to almost $150 million as of 2021, representing a compound annual growth rate of 67%. Last year, total revenue grew more than 50% due to an increase in active locations coming onto the platform, further multi-product and multi-partner adoption, and the durability of digital order volume.

As a software company, we have the ability to leverage our economics, scale, and technology in order to generate gross profit growth and yield strong gross margins. We've increased gross profits from $21.4 million in 2018 to $122.4 million in 2021, representing a compound annual growth rate of almost 80%.

As I noted earlier, we have a highly efficient go-to-market strategy, which enables scalable operating leverage. Olo has a unique mix of high revenue growth and profitability which we believe reflects the power associated with our high leverage, success-based pricing model.

We have a history of growing with our customers as they increase their annual spending with Olo over time. This chart illustrates the total revenue generated with any given cohort over the years presented. Last year, we observed significant expansion across all of our cohorts, even from brands that have been customers of Olo's prior to 2018.

Olo is a SaaS category leader with a powerful business model leading to high growth, strong profit margins and profitability. Olo has many vectors to drive long-term growth, including adding new customers and selling existing and new products to our existing customer base.

You can see our guidance on this slide which we provided on the first quarter earnings call. We remain incredibly excited about the market opportunity ahead. Now, that we've lapped the residual impacts of the COVID-19 pandemic, we anticipate a reacceleration of revenue growth as implied in our second quarter and full year guidance.

Additionally, while we're encouraged by the overall excitement from our customers regarding the commercial availability of Olo Pay, we have not factored any meaningful revenue contribution into our guidance.

To summarize, we continue to deliver revenue growth and profitability as we take meaningful strides towards driving digital hospitality. Our position is strong as we have a long runway for growth through adding more locations, cross-selling our robust and comprehensive product suite, and through expanded use cases of the Olo platform. Thank you all for joining.

---