# Exhibit V

**EXHIBIT V**

**Noah Glass Equity Owned At Start Of Class Period Versus End of Class Period[1]**

| Equity Category | Shares Owned and Awards Vested as of Aug. 10, 2021 | Shares Owned and Awards Vested as of Aug. 11, 2022 |
|---|---|---|
| Class B Common Stock | 964,563[2] | 975,900[3] |
| Class A Common Stock (vested RSUs) | 0 | 11,109[4] |
| Class B Stock Option (expiration 2/11/2023) | 1,076,865[5] | 777,996[6] |
| Class B Stock Option (expiration 1/11/2026) | 5,809,070[7] | 5,809,070[8] |
| Class B Stock Option (expiration 1/11/2026) | 1,547,867[9] | 1,547,867[10] |
| Class B Stock Option (expiration 1/20/2030) | 155,952[11] | 259,919[12] |
| Class B Stock Option (expiration 1/31/2031) | 130,900[13] | 355,300[14] |
| Class A Stock Option (expiration 1/18/2032) | 0 | 37,412[15] |
| TOTAL | 9,685,217 Start of Class Period | 9,774,573 End of Class Period |
| | | 0.92% Increase in Holdings During Class Period |

**Noah Glass Percentage of Equity Sold During Class Period**

| Sale Date | Amount of Shares | Shares Owned and Awards Vested as of Sale | Sale Amount as Percentage of Shares Owned + Awards Vested |
|---|---|---|---|
| 9/15/21 | 95,844 | 9,721,245[16] | **0.99%** |
| 10/1, 10/4/21 | 95,844 | 9,644,101[17] | **0.99%** |
| 11/5, 11/8/21 | 95,844 | 9,575,621[18] | **1.00%** |

---

[1] The start of the class period is August 10, 2021. AC ¶ 1. The end of the class period is August 11, 2022. *Id.* The information in this Exhibit is calculated from the Form 3 dated March 16, 2021, Forms 4 with various dates as set forth in the footnotes below, and the Proxy Statement filed on Schedule 14A dated April 26, 2022, assembled in Exhibit X, which the Court may consider because they are public records filed with the SEC and/or because they are incorporated into the AC (¶¶ 111-14). *Francisco v. Abengoa, S.A.*, 481 F. Supp. 3d 179, 197 (S.D.N.Y. 2020); Memorandum of Law in Support of Defendant's Motion to Dismiss the AC at 8-10.

[2] Mar. 16, 2021 Form 3, Table II & nn. 1, 2. Mr. Glass did not convert/sell any Class B stock between March 16, 2021 and the start of the class period. *See* Forms 4.

[3] Apr. 26, 2022 Proxy at 43 & n. 9. Mr. Glass did not convert/sell any Class B stock between March 31, 2022 and the end of the class period. *See* Forms 4.

[4] Jan. 21, 2022 Form 4, Table I & n. 1 (149,648 restricted stock units vesting in 1/16 increments on March 5, 2022 and June 5, 2022 for a total of 18,706 shares); Mar. 9, 2022 Form 4, Table I (reducing Class A shares by 3,871 to cover tax withholding obligations associated with vesting of restricted stock units); Jun. 8, 2022 Form 4, Table I (reducing Class A shares by 3,726 to cover tax withholding obligations associated with vesting of restricted stock units).

[5] Mar. 16, 2021 Form 3, Table II & nn. 1, 2, 4 (fully vested). Mr. Glass did not exercise/sell any shares from this stock option grant between March 16, 2021 and the start of the class period. *See* Forms 4.

[6] Jan. 10, 2022 Form 4, Table II (showing stock options with 2/11/2023 expiration date reduced to 777,996 following exercise of 200,000). Mr. Glass did not exercise/sell any additional shares from this stock option grant between January 10, 2022 and the end of the class period. *See* Forms 4.

[7] Mar. 16, 2021 Form 3, Table II & nn. 1, 2, 4 (fully vested). Mr. Glass did not exercise/sell any shares from this stock option grant between March 16, 2021 and the start of the class period. *See* Forms 4.

[8] Apr. 26, 2022 Proxy at 34 (showing 59,891 and 5,749,179 fully vested options with 1/11/2026 expiration date as of December 31, 2021). Mr. Glass did not exercise/sell any shares from this stock option grant between December 31, 2021 and the end of the class period. *See* Forms 4.

[9] Mar. 22, 2021 Form 4, Table II & nn. 1-3 (fully vested performance-based stock options). Mr. Glass did not exercise/sell any shares from this stock option grant between March 22, 2021 and the start of the class period. *See* Forms 4.

[10] Apr. 26, 2022 Proxy at 34 (showing 1,547,867 fully vested options with 1/11/2026 expiration date as of December 31, 2021). Mr. Glass did not exercise/sell any shares from this stock option grant between December 31, 2021 and the end of the class period. *See* Forms 4.

[11] Mar. 16, 2021 Form 3, Table II & nn. 1, 2, 5 (415,871 stock option grant 1/4 vested as of January 15, 2021 (103,968 shares) and the remaining 3/4 vesting in additional 1/36 increments of 8,664 monthly for a total of 155,952 shares vested at the start of the class period).

[12] Mar. 16, 2021 Form 3, Table II & nn. 1, 2, 5 (415,871 stock option grant 1/2 vested as of January 15, 2022 (207,935 shares) and the remaining 1/2 vesting in additional increments of 8,664 monthly for a total of 259,919 shares vested at the end of the class period); *see also* Apr. 26, 2022 Proxy at 43 & n. 9 (total of 8,676,723 shares of vested Class B stock options as of May 30, 2022).

[13] Mar. 16, 2021 Form 3, Table II & nn. 1, 2, 6 (897,600 stock option grant 1/16 vested as of April 1, 2021 (56,100 shares) and the remaining 15/16 vesting in additional 1/45 increments of 18,700 monthly for a total of 130,900 shares vested at the start of the class period).

[14] Mar. 16, 2021 Form 3, Table II & nn. 1, 2, 6 (897,600 stock option grant 1/4 vested as of January 1, 2022 (224,400 shares) and the remaining 3/4 vesting in additional increments of 18,700 monthly for a total of 355,300 shares vested at the end of the class period); *see also* Apr. 26, 2022 Proxy at 43 & n. 9 (total of 8,676,723 shares of vested Class B stock options as of May 30, 2022).

[15] Jan. 21, 2022 Form 4, Table II & n. 2 (299,295 stock option grant vesting in 1/48 increments (6,326 shares) monthly starting February 19, 2022 for a total of 37,412 shares vested at the end of the class period); *see also* Apr. 26, 2022 Proxy at 43 & n. 9 (24,941 shares of vested Class A stock options as of May 30, 2022).

[16] Mar. 16, 2021 Form 3, Table II & nn. 1-6 (964,563 Class B shares + 1,076,865 stock options expiring 2/11/2023 fully vested + 5,809,070 stock options expiring 1/11/2026 fully vested + 173,280 stock options expiring 1/20/2030 vested (*see* note 11 for vesting calculations) + 149,600 stock options expiring 1/31/2031 vested (*see* note 13 for vesting calculations)); Mar. 22, 2021 Form 4, Table II & nn. 1-3 (1,547,867 stock options fully vested). Mr. Glass did not convert, exercise or sell any stock from the start of the class period until September 15. 2021. *See* Forms 4.

[17] September 15, 2021 total less 95,844 shares sold on September 15, 2021, plus additional vesting of 18,700 stock options on October 1, 2021 (*see* note 13).

[18] October 4, 2021 total less 95,844 shares sold on October 1 and 4, 2021, plus additional vesting of 8,664 stock options on October 15 (*see* note 11) and 18,700 stock options on November 1, 2021 (*see* note 13).