# Exhibit W

**EXHIBIT W**

**Peter Benevides Equity Owned At Start Of Class Period Versus End of Class Period[1]**

| Equity Category | Shares Owned and Awards Vested as of Aug. 10, 2021 | Shares Owned and Awards Vested as of Aug. 11, 2022 |
|---|---|---|
| Class A Common Stock (inc. vested RSUs) | 0 | 86,085[2] |
| Class B Stock Option (expiration 6/10/2025) | 228,497[3] | 97,969[4] |
| Class B Stock Option (expiration 4/25/2026) | 273,938[5] | 273,938[6] |
| Class B Stock Option (expiration 2/5/2028) | 114,218[7] | 127,500[8] |
| Class B Stock Option (expiration 1/20/2030) | 125,588[9] | 209,312[10] |
| Class B Stock Option (expiration 1/31/2031) | 30,618[11] | 83,105[12] |
| Class A Stock Option (expiration 1/18/2032) | 0 | 19,109[13] |
| **TOTAL** | **772,859 Start of Class Period Holdings Total** | **897,018 End of Class Period Holdings Total** |
| | | **16.1% Increase in Holdings During Class Period** |

**Peter Benevides Percentage of Equity Sold During Class Period**

| Sale Date | Amount of Shares | Shares Owned and Awards Vested as of Sale | Sale Amount as Percentage of Shares Owned + Awards Vested |
|---|---|---|---|
| 9/14, 9/15/21 | 18,000 | 793,843[14] | **2.27%** |
| 10/28, 10/29/21 | 18,000 | 789,850[15] | **2.28%** |
| 11/22, 11/23/21 | 14,528 | 785,857[16] | **1.85%** |

[1] The start of the class period is August 10, 2021.  AC ¶ 1.  The end of the class period is August 11, 2022.  *Id.*  The information in this Exhibit is calculated from the Form 3 dated March 16, 2021, Forms 4 with various dates as set forth in the footnotes below, and the Proxy Statement filed on Schedule 14A dated April 26, 2022, assembled in Exhibit Y, which the Court may consider because they are public records filed with the SEC and/or because they are incorporated into the AC (¶¶ 111-12, 115). *Francisco v. Abengoa, S.A.*, 481 F. Supp. 3d 179, 197 (S.D.N.Y. 2020); Memorandum of Law in Support of Defendant's Motion to Dismiss the AC at 8-10.

[2] Jan. 4, 2022 Form 4, Table I, Table II & n. 1 (exercising 14,000 Class B stock options and converting them into Class A common stock); Jan. 13, 2022 Form 4 Table I, Table II & n. 1 (exercising 66,000 Class B stock options and converting them into Class A common stock); Jan. 21, 2022 Form 4, Table I & n. 1 (76,435 restricted stock units vesting in 1/16 increments on March 5, 2022 and June 5, 2022 for a total of 9,554 shares); Mar. 9, 2022 Form 4, Table I (reducing Class A shares by 1,767 to cover tax withholding obligations associated with vesting of restricted stock units); Jun. 8, 2022 Form 4, Table I (reducing Class A shares by 1,702 to cover tax withholding obligations associated with vesting of restricted stock units).

[3] Mar. 16, 2021 Form 3, Table II & nn. 1-3 (fully vested).  Mr. Benevides did not exercise/sell any shares from this stock option grant between March 16, 2021 and the start of the class period.  *See* Forms 4.

[4] Jan. 13, 2022 Form 4, Table II (showing stock options with 6/10/2025 expiration date reduced to 97,969 following exercise of 66,000).  Mr. Benevides did not exercise/sell any additional shares from this stock option grant between January 13, 2022 and the end of the class period.  *See* Forms 4.

[5] Mar. 16, 2021 Form 3, Table II & nn. 1-3 (fully vested).  Mr. Benevides did not exercise/sell any shares from this stock option grant between March 16, 2021 and the start of the class period.  *See* Forms 4.

[6] Apr. 26, 2022 Proxy at 34 (showing 273,938 fully vested option with 4/25/2026 expiration date as of December 31, 2021).  Mr. Benevides did not exercise/sell any shares from this stock option grant between December 31, 2021 and the end of the class period.  *See* Forms 4.

[7] Mar. 16, 2021 Form 3, Table II & nn. 2-4 (127,500 stock options 3/4 vested as of January 1, 2021 (98,281) and the remaining 1/4 vesting in additional 1/36 increments of 2,656 monthly for a total of 114,218 shares vested at the start of the class period).

[8] Mar. 16, 2021 Form 3, Table II & nn. 2-4 (127,500 stock options fully vested as of January 1, 2022).  Mr. Benevides did not exercise/sell any shares from this stock option grant during the class period.  *See* Forms 4.

[9] Mar. 16, 2021 Form 3, Table II & nn. 2, 3, 5 (334,900 stock option grant 1/4 vested as of January 15, 2021 (83,725 shares) and the remaining 3/4 vesting in additional 1/36 increments of 6,977 monthly for a total of 125,588 shares vested at the start of the class period).

[10] Mar. 16, 2021 Form 3, Table II & nn. 2, 3, 5 (334,900 stock option grant 1/2 vested as of January 15, 2022 (167,450 shares) and the remaining 1/2 vesting in additional increments of 6,977 monthly for a total of 209,312 shares vested at the end of the class period); *see also* Apr. 26, 2022 Proxy at 45 & n. 17 (total of 764,736 shares of vested Class B stock options as of May 30, 2022).

[11] Mar. 16, 2021 Form 3, Table II & nn. 2, 3, 6 (209,950 stock option grant 1/16 vested as of April 1, 2021 (13,122 shares) and the remaining 15/16 vesting in additional 1/45 increments of 4,374 monthly for a total of 30,618 shares vested at the start of the class period).

[12] Mar. 16, 2021 Form 3, Table II & nn. 2, 3, 6 (209,950 stock option grant 1/4 vested as of January 1, 2022 (52,488 shares) and the remaining 3/4 vesting in additional increments of 4,374 monthly for a total of 83,105 shares vested at the end of the class period); *see also* Apr. 26, 2022 Proxy at 45 & n. 17 (total of 764,736 shares of vested Class B stock options as of May 30, 2022).

[13] Jan. 21, 2022 Form 4, Table II & n. 2 (152,870 stock option grant vesting in 1/48 increments (3,185 shares) monthly starting February 19, 2022 for a total of 19,109 shares vested at the end of the class period); *see also* Apr. 26, 2022 Proxy at 43 & n. 17 (12,739 shares of vested Class A stock options as of May 30, 2022).

[14] Mar. 16, 2021 Form 3, Table II & nn. 1-6 (228,497 stock options expiring 6/10/2025 fully vested + 273,938 stock options expiring 4/25/2026 fully vested + 116,875 stock options expiring 2/5/2028 vested (*see* note 7 for vesting calculations) + 139,541 stock options expiring 1/20/2030 vested (*see* note 9 for vesting calculations) + 34,992 stock options expiring 1/31/2031 vested (*see* note 11 for vesting calculations). Mr. Benevides did not convert, exercise or sell any stock from the start of the class period until September 15. 2021. *See* Forms 4.

[15] September 15, 2021 total less 18,000 shares sold on September 14-15, 2021, plus additional vesting of 2,656 stock options on October 1, 2021 (*see* note 7), 6,977 stock options October 15, 2021 (*see* note 9), and 4,374 stock options on October 1, 2021 (*see* note 11).

[16] October 29, 2021 total less 18,000 shares sold on October 28-29, 2021, plus additional vesting of 2,656 stock options on November 1, 2021 (*see* note 7), 6,977 stock options November 15, 2021 (*see* note 9), and 4,374 stock options on November 1, 2021 (*see* note 11).