# Exhibit Y

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Benevides Peter J. <br><br> (Last)  (First)  (Middle) <br> C/O OLO INC. <br> ONE WORLD TRADE CENTER, 82ND FLOOR <br><br> (Street) <br> NEW YORK  NY    10007 <br><br> (City)  (State)  (Zip) | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 03/16/2021 | 3. Issuer Name **and** Ticker or Trading Symbol <br> Olo Inc. [ OLO ] |
|---|---|---|

| 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ___ Director    ___ 10% Owner <br> _X_ Officer (give title below)   ___ Other (specify below) <br><br> Chief Financial Officer | 5. If Amendment, Date of Original Filed (Month/Day/Year) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |
|---|---|

**Table I - Non-Derivative Securities Beneficially Owned**

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| | | | |

**Table II - Derivative Securities Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| Stock Option (Right to Buy) | (1) | 06/10/2025 | Class B Common Stock (2)(3) | 228,497 | 0.16 | D | |
| Stock Option (Right to Buy) | (1) | 04/25/2026 | Class B Common Stock (2)(3) | 273,938 | 1.67 | D | |
| Stock Option (Right to Buy) | (4) | 02/05/2028 | Class B Common Stock (2)(3) | 127,500 | 1.67 | D | |
| Stock Option (Right to Buy) | (5) | 01/20/2030 | Class B Common Stock (2)(3) | 334,900 | 2.74 | D | |
| Stock Option (Right to Buy) | (6) | 01/31/2031 | Class B Common Stock (2)(3) | 209,950 | 9.72 | D | |

**Explanation of Responses:**

1. Immediately exercisable.

2. Following the closing of the Issuer's initial public offering (the "IPO"), each share of Class B Common Stock will be convertible at any time at the option of the Reporting Person into one share of Class A Common Stock, and has no expiration date. After the closing of the Issuer's IPO, on any transfer of shares of Class B Common Stock, each such transferred share will automatically convert into one share of Class A Common Stock, except for certain "Permitted Transfers" described in the Issuer's amended and restated certificate of incorporation.

3. Each share of Class B Common Stock held by the Reporting Person will automatically convert into one share of Class A Common Stock, upon the following: (1) the sale or transfer of such share of Class B Common Stock; (2) the death of the Reporting Person; and (3) on the final conversion date, defined as the earlier of (a) the trading day immediately following the seventh anniversary of the IPO, (b) the last trading day of the fiscal quarter immediately following the date upon which the then outstanding shares of Class B common stock first represent less than 10% of the aggregate number of the then outstanding shares of Class A common stock and Class B common stock, or (c) the date specified by a vote of the holders of a majority of the outstanding shares of Class B common stock, voting as a single class.

4. One-fourth of the shares underlying the option vested and became exercisable on January 1, 2019; the remainder shall vest and become exercisable in 36 equal monthly installments on the 1st day of each calendar month beginning on February 1, 2019, subject to the Reporting Person's continued service with the Issuer through each such vesting date.

5. One-fourth of the shares underlying the option vested and became exercisable on January 15, 2021; the remainder shall vest and become exercisable in 36 equal monthly installments on the 15th day of each calendar month beginning on February 15, 2021, subject to the Reporting Person's continued service with the Issuer through each such vesting date.

6. One-sixteenth of the shares underlying the option shall vest and become exercisable on April 1, 2021; the remaining shares shall vest in 45 equal monthly installments on the 1st day of each calendar month beginning on May 1, 2021, subject to the Reporting Person's continued service with the Issuer through each such vesting date.

**Remarks:**

Exhibit List - Exhibit 24 - Power of Attorney No Table I securities beneficially owned

/s/ Shashi Khiani, Attorney-in-Fact       03/16/2021

** Signature of Reporting Person   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Benevides Peter J. | Olo Inc. [ OLO ] | Director / 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 09/14/2021 | X Officer (give title below) / Other (specify below) |
| C/O OLO INC. ONE WORLD TRADE CENTER, 82ND FLOOR | | Chief Financial Officer |
| (Street) NEW YORK  NY  10007 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person / Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 09/14/2021 | | C | | 9,000 | A | (1) | 9,000 | D | |
| Class A Common Stock | 09/14/2021 | | S(2) | | 7,300 | D | $33(3) | 1,700 | D | |
| Class A Common Stock | 09/14/2021 | | S(2) | | 1,700 | D | $33.88(4) | 0 | D | |
| Class A Common Stock | 09/15/2021 | | C | | 9,000 | A | (1) | 9,000 | D | |
| Class A Common Stock | 09/15/2021 | | S(2) | | 5,101 | D | $31.73(5) | 3,899 | D | |
| Class A Common Stock | 09/15/2021 | | S(2) | | 3,899 | D | $32.73(6) | 0 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $0.16 | 09/14/2021 | | M | | 9,000 | | (7) | 06/10/2025 | Class B Common Stock | 9,000 | $0.00 | 219,497 | D | |
| Class B Common Stock | (1) | 09/14/2021 | | M | | 9,000 | | (1) | (1) | Class A Common Stock | 9,000 | $0.16 | 9,000 | D | |
| Class B Common Stock | (1) | 09/14/2021 | | C | | | 9,000 | (1) | (1) | Class A Common Stock | 9,000 | $0.00 | 0 | D | |
| Stock Option (Right to Buy) | $0.16 | 09/15/2021 | | M | | 9,000 | | (7) | 06/10/2025 | Class B Common Stock | 9,000 | $0.00 | 210,497 | D | |
| Class B Common Stock | (1) | 09/15/2021 | | M | | 9,000 | | (1) | (1) | Class A Common Stock | 9,000 | $0.16 | 9,000 | D | |
| Class B Common Stock | (1) | 09/15/2021 | | C | | | 9,000 | (1) | (1) | Class A Common Stock | 9,000 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock held by the Reporting Person will automatically convert into one share of Class A Common Stock, upon the following: (1) the sale or transfer of such share of Class B Common Stock; (2) the death of the Reporting Person; and (3) on the final conversion date, defined as the earlier of (a) the trading day immediately following the seventh anniversary of the Initial Public Offering, (b) the last trading day of the fiscal quarter immediately following the date upon which the then outstanding shares of Class B common stock first represent less than 10% of the aggregate number of the then outstanding shares of Class A common stock and Class B common stock, or (c) the date specified by a vote of the holders of a majority of the outstanding shares of Class B common stock, voting as a single class.

2. Shares sold pursuant to a Rule 10b5-1 trading plan.

3. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $32.50 to $33.47 inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth in footnotes (3), (4), (5) and (6).

4. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $33.51 to $34.20 inclusive.

5. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $31.24 to $32.21 inclusive.

6. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $32.24 to $33.215 inclusive.

7. Immediately exercisable.

**Remarks:**

/s/ Jennifer Wong, Attorney-in-Fact     09/16/2021

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

/s/ Jennifer Wong, Attorney-in-Fact     09/16/2021

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* Benevides Peter J. | 2. Issuer Name **and** Ticker or Trading Symbol Olo Inc. [ OLO ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle) C/O OLO INC. ONE WORLD TRADE CENTER, 82ND FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 10/28/2021 | Director ___ 10% Owner ___ X Officer (give title below) ___ Other (specify below) ___ Chief Financial Officer |
| (Street) NEW YORK          NY          10007 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)          (State)          (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 10/28/2021 | | C | | 9,000 | A | (1) | 9,000 | D | |
| Class A Common Stock | 10/28/2021 | | S(2) | | 6,070 | D | $26.76(3) | 2,930 | D | |
| Class A Common Stock | 10/28/2021 | | S(2) | | 2,930 | D | $27.43(4) | 0 | D | |
| Class A Common Stock | 10/29/2021 | | C | | 9,000 | A | (1) | 9,000 | D | |
| Class A Common Stock | 10/29/2021 | | S(2) | | 9,000 | D | $26.97(5) | 0 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $0.16 | 10/28/2021 | | M | | | 9,000 | (6) | 06/10/2025 | Class B Common Stock | 9,000 | $0.00 | 201,497 | D | |
| Class B Common Stock | (1) | 10/28/2021 | | M | | 9,000 | | (1) | (1) | Class A Common Stock | 9,000 | $0.16 | 9,000 | D | |
| Class B Common Stock | (1) | 10/28/2021 | | C | | | 9,000 | (1) | (1) | Class A Common Stock | 9,000 | $0.00 | 0 | D | |
| Stock Option (Right to Buy) | $0.16 | 10/29/2021 | | M | | | 9,000 | (6) | 06/10/2025 | Class B Common Stock | 9,000 | $0.00 | 192,497 | D | |
| Class B Common Stock | (1) | 10/29/2021 | | M | | 9,000 | | (1) | (1) | Class A Common Stock | 9,000 | $0.16 | 9,000 | D | |
| Class B Common Stock | (1) | 10/29/2021 | | C | | | 9,000 | (1) | (1) | Class A Common Stock | 9,000 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock held by the Reporting Person will automatically convert into one share of Class A Common Stock, upon the following: (1) the sale or transfer of such share of Class B Common Stock; (2) the death of the Reporting Person; and (3) on the final conversion date, defined as the earlier of (a) the trading day immediately following the seventh anniversary of the Initial Public Offering, (b) the last trading day of the fiscal quarter immediately following the date upon which the then outstanding shares of Class B common stock first represent less than 10% of the aggregate number of the then outstanding shares of Class A common stock and Class B common stock, or (c) the date specified by a vote of the holders of a majority of the outstanding shares of Class B common stock, voting as a single class.

2. Shares sold pursuant to a Rule 10b5-1 trading plan.

3. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $26.20 to $27.10, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth in footnotes (3), (4), and (5).

4. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $27.21 to $27.70, inclusive.

5. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $26.42 to $27.23, inclusive.

6. Immediately exercisable.

**Remarks:**

/s/ Jennifer Wong, Attorney-in-Fact          11/01/2021

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Benevides Peter J. | Olo Inc. [ OLO ] | |

1. Name and Address of Reporting Person*: **Benevides Peter J.**
(Last) (First) (Middle)
C/O OLO INC.
ONE WORLD TRADE CENTER, 82ND FLOOR
(Street)
NEW YORK   NY   10007
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol: **Olo Inc. [ OLO ]**
3. Date of Earliest Transaction (Month/Day/Year): **11/22/2021**
4. If Amendment, Date of Original Filed (Month/Day/Year):

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director        10% Owner
X Officer (give title below)    Other (specify below)
**Chief Financial Officer**

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 11/22/2021 | | C | | 9,000 | A | (1) | 9,000 | D | |
| Class A Common Stock | 11/22/2021 | | S(2) | | 7,700 | D | $25.59(3) | 1,300 | D | |
| Class A Common Stock | 11/22/2021 | | S(2) | | 1,300 | D | $26.17(4) | 0 | D | |
| Class A Common Stock | 11/23/2021 | | C | | 5,528 | A | (1) | 5,528 | D | |
| Class A Common Stock | 11/23/2021 | | S(2) | | 5,528 | D | $25.3(5) | 0 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $0.16 | 11/22/2021 | | M | | | 9,000 | (6) | 06/10/2025 | Class B Common Stock | 9,000 | $0.00 | 183,497 | D | |
| Class B Common Stock | (1) | 11/22/2021 | | M | | 9,000 | | (1) | (1) | Class A Common Stock | 9,000 | $0.16 | 9,000 | D | |
| Class B Common Stock | (1) | 11/22/2021 | | C | | | 9,000 | (1) | (1) | Class A Common Stock | 9,000 | $0.00 | 0 | D | |
| Stock Option (Right to Buy) | $0.16 | 11/23/2021 | | M | | | 5,528 | (6) | 06/10/2025 | Class B Common Stock | 5,528 | $0.00 | 177,969 | D | |
| Class B Common Stock | (1) | 11/23/2021 | | M | | 5,528 | | (1) | (1) | Class A Common Stock | 5,528 | $0.16 | 5,528 | D | |
| Class B Common Stock | (1) | 11/23/2021 | | C | | | 5,528 | (1) | (1) | Class A Common Stock | 5,528 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock held by the Reporting Person will automatically convert into one share of Class A Common Stock, upon the following: (1) the sale or transfer of such share of Class B Common Stock; (2) the death of the Reporting Person; and (3) on the final conversion date, defined as the earlier of (a) the trading day immediately following the seventh anniversary of the Initial Public Offering, (b) the last trading day of the fiscal quarter immediately following the date upon which the then outstanding shares of Class B common stock first represent less than 10% of the aggregate number of the then outstanding shares of Class A common stock and Class B common stock, or (c) the date specified by a vote of the holders of a majority of the outstanding shares of Class B common stock, voting as a single class.

2. Shares sold pursuant to a Rule 10b5-1 trading plan.

3. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $25.02 to $26.00, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth in footnotes (3), (4), and (5).

4. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $26.02 to $26.32, inclusive.

5. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $25.01 to $25.64, inclusive.

6. Immediately exercisable.

**Remarks:**

/s/ Jennifer Wong, Attorney-in-Fact    11/24/2021

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] <br> Benevides Peter J. <br><br> (Last)  (First)  (Middle) <br> C/O OLO INC. <br> ONE WORLD TRADE CENTER, 82ND FLOOR <br><br> (Street) <br> NEW YORK  NY  10007 <br><br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> Olo Inc. [ OLO ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/30/2021 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> Director  10% Owner <br> X  Officer (give title below)  Other (specify below) <br> Chief Financial Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X  Form filed by One Reporting Person <br>  Form filed by More than One Reporting Person |
|---|---|---|

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 12/30/2021 | | C | | 14,000 | A | (1) | 14,000 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $0.16 | 12/30/2021 | | M | | | 14,000 | (2) | 06/10/2025 | Class B Common Stock | 14,000 | $0.00 | 163,969 | D | |
| Class B Common Stock | (1) | 12/30/2021 | | M | | 14,000 | | (1) | (1) | Class A Common Stock | 14,000 | $0.16 | 14,000 | D | |
| Class B Common Stock | (1) | 12/30/2021 | | C | | | 14,000 | (1) | (1) | Class A Common Stock | 14,000 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock held by the Reporting Person will automatically convert into one share of Class A Common Stock, upon the following: (1) the sale or transfer of such share of Class B Common Stock; (2) the death of the Reporting Person; and (3) on the final conversion date, defined as the earlier of (a) the trading day immediately following the seventh anniversary of the Initial Public Offering, (b) the last trading day of the fiscal quarter immediately following the date upon which the then outstanding shares of Class B common stock first represent less than 10% of the aggregate number of the then outstanding shares of Class A common stock and Class B common stock, or (c) the date specified by a vote of the holders of a majority of the outstanding shares of Class B common stock, voting as a single class.

2. Immediately exercisable.

**Remarks:**

| | |
|---|---|
| /s/ Jennifer Wong, Attorney-in-Fact | 01/04/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] Benevides Peter J. | 2. Issuer Name **and** Ticker or Trading Symbol Olo Inc. [ OLO ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle) C/O OLO INC. ONE WORLD TRADE CENTER, 82ND FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 01/11/2022 | Director    10% Owner X Officer (give title below)    Other (specify below) **Chief Financial Officer** |
| (Street) NEW YORK    NY    10007 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 01/11/2022 | | C | | 66,000 | A | (1) | 80,000 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $0.16 | 01/11/2022 | | M | | | 66,000 | (2) | 06/10/2025 | Class B Common Stock | 66,000 | $0.00 | 97,969 | D | |
| Class B Common Stock | (1) | 01/11/2022 | | M | | 66,000 | | (1) | (1) | Class A Common Stock | 66,000 | $0.16 | 66,000 | D | |
| Class B Common Stock | (1) | 01/11/2022 | | C | | | 66,000 | (1) | (1) | Class A Common Stock | 66,000 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. Each share of Class B Common Stock held by the Reporting Person will automatically convert into one share of Class A Common Stock, upon the following: (1) the sale or transfer of such share of Class B Common Stock; (2) the death of the Reporting Person; and (3) on the final conversion date, defined as the earlier of (a) the trading day immediately following the seventh anniversary of the Initial Public Offering, (b) the last trading day of the fiscal quarter immediately following the date upon which the then outstanding shares of Class B common stock first represent less than 10% of the aggregate number of the then outstanding shares of Class A common stock and Class B common stock, or (c) the date specified by a vote of the holders of a majority of the outstanding shares of Class B common stock, voting as a single class.

2. Immediately exercisable.

**Remarks:**

| /s/ Jennifer Wong, Attorney-in-Fact | 01/13/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* Benevides Peter J. | 2. Issuer Name **and** Ticker or Trading Symbol Olo Inc. [ OLO ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle) C/O OLO INC. ONE WORLD TRADE CENTER, 82ND FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 01/19/2022 | Director ___ 10% Owner ___ X Officer (give title below) ___ Other (specify below) Chief Financial Officer |
| (Street) NEW YORK    NY    10007 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 01/19/2022 | | A | | 76,435[1] | A | $0.00 | 156,435 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $15.75 | 01/19/2022 | | A | | 152,870 | | [2] | 01/18/2032 | Class A Common Stock | 152,870 | $0.00 | 152,870 | D | |

**Explanation of Responses:**

1. These shares are represented by restricted stock units (the "RSUs"). Each RSU represents a contingent right to receive one share of Class A Common Stock of the Issuer. The RSUs will vest in equal quarterly installments over four years on each March 5, June 5, September 5 and December 5 of a given calendar year, subject to the Reporting Person's continuous service with the Issuer as of each such vesting date.

2. These options shall vest and become exercisable in a series of forty-eight (48) successive equal monthly installments beginning on February 19, 2022, subject to the Reporting Person's continuous service with the Issuer as of each such vesting date.

**Remarks:**

| /s/ Jennifer Wong, Attorney-in-Fact | 01/21/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

1. Name and Address of Reporting Person*
Benevides Peter J.

| (Last) | (First) | (Middle) |

C/O OLO INC.

ONE WORLD TRADE CENTER, 82ND FLOOR

(Street)

| NEW YORK | NY | 10007 |

| (City) | (State) | (Zip) |

2. Issuer Name **and** Ticker or Trading Symbol
Olo Inc. [ OLO ]

3. Date of Earliest Transaction (Month/Day/Year)
03/07/2022

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

|  | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Financial Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

X  Form filed by One Reporting Person

☐  Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/07/2022 | | S[(1)] | | 1,767 | D | $11.9774[(2)] | 154,668 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares required to be sold by the reporting person to cover tax withholding obligations in connection with the vesting and settlement of restricted stock units, and does not represent a discretionary trade by the reporting person.

2. The price reported in Column 4 is a weighted average price. The shares were sold in multiple transactions at prices ranging from $11.81 to $12.08. Full information regarding the number of shares sold at each separate price can be furnished to the SEC staff upon request.

**Remarks:**

| /s/ Jennifer C. Wong, Attorney-in-Fact | 03/09/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Benevides Peter J. | Olo Inc. [ OLO ] | |

1. Name and Address of Reporting Person*

Benevides Peter J.

(Last)   (First)   (Middle)

C/O OLO INC.

ONE WORLD TRADE CENTER, 82ND FLOOR

(Street)

NEW YORK   NY   10007

(City)   (State)   (Zip)

2. Issuer Name **and** Ticker or Trading Symbol

Olo Inc. [ OLO ]

3. Date of Earliest Transaction (Month/Day/Year)
06/06/2022

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

|  | Director |  | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) |  | Other (specify below) |

Chief Financial Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/06/2022 | | S[(1)] | | 1,702 | D | $10.8692[(2)] | 152,966 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares required to be sold by the reporting person to cover tax withholding obligations in connection with the vesting and settlement of restricted stock units, and does not represent a discretionary trade by the reporting person.

2. The price reported in Column 4 is a weighted average price. The shares were sold in multiple transactions at prices ranging from $10.6701 to $11.02. Full information regarding the number of shares sold at each separate price can be furnished to the SEC staff upon request.

**Remarks:**

/s/ Jennifer C. Wong, Attorney-in-Fact    06/08/2022

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

DEF 14A 1 d333869ddef14a.htm DEF 14A

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# SCHEDULE 14A
### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934
### (Amendment No.)

Filed by the Registrant  ☒

Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material Pursuant to § 240.14a-12

# OLO INC.
### (Name of Registrant as Specified In Its Charter)

### (Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒    No fee required.

☐    Fee paid previously with preliminary materials.

☐    Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

Table of Contents

**Executive Compensation**

we granted equity incentive awards under the terms of our 2021 Equity Incentive Plan. The terms of the stock options granted to our named executive officers are set forth in the section titled "Outstanding Equity Awards as of December 31, 2021."

### Health and Welfare and Retirement Benefits; Perquisites

All of our current named executive officers are eligible to participate in our employee benefit plans, including our medical, dental, vision, disability, and life insurance plans, in each case on the same basis as all of our other employees. We generally do not provide perquisites or personal benefits to our named executive officers, except in limited circumstances.

### 401(k) Plan

We maintain a 401(k) plan that provides eligible U.S. employees with an opportunity to save for retirement on a tax advantaged basis. Eligible employees are able to defer eligible compensation up to certain Internal Revenue Code, as amended (the "Code") limits, which are updated annually. Contributions are allocated to each participant's individual account and are then invested in selected investment alternatives according to the participants' directions. Employees are immediately and fully vested in their own contributions. The 401(k) plan is intended to be qualified under Section 401(a) of the Code, with the related trust intended to be tax exempt under Section 501(a) of the Code. As a tax-qualified retirement plan, contributions to the 401(k) plan are deductible by us when made, and contributions and earnings on those amounts are not taxable to the employees until withdrawn or distributed from the 401(k) plan.

We recently announced a 401(k) match for eligible U.S. employees starting January 1, 2022. We will match the first 3% contributed by eligible employees at 100% or dollar-for-dollar, and the next 2% contributed at 50%, subject to annual contribution limits set forth in the Code.

## Outstanding Equity Awards as of December 31, 2021

The following table sets forth certain information regarding outstanding equity awards granted to our named executive officers that remain outstanding as of December 31, 2021.

| Name | Grant Date | Option Awards[1] | | | |
| | | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date |
|---|---|---|---|---|---|
| Noah H. Glass | 02/12/2013[2] | 977,996 | — | 0.16 | 02/11/2023 |
| | 01/12/2016[2] | 59,891 | — | 1.67 | 01/11/2026 |
| | 01/12/2016[2] | 5,749,179 | — | 1.67 | 01/11/2026 |
| | 01/12/2016[2] | 1,547,867 | — | 1.67 | 01/11/2026 |
| | 01/21/2020[3] | 199,257 | 216,614 | 2.74 | 01/20/2030 |
| | 02/01/2021[4] | 205,700 | 691,900 | 9.72 | 01/31/2031 |
| Peter Benevides | 06/11/2015[2] | 163,969 | — | 0.16 | 06/10/2025 |
| | 04/26/2016[2] | 273,938 | — | 1.67 | 04/25/2026 |
| | 02/06/2018[5] | 124,831 | 2,669 | 1.67 | 02/05/2028 |
| | 01/21/2020[3] | 160,463 | 174,437 | 2.74 | 01/20/2030 |
| | 02/01/2021[4] | 48,112 | 161,838 | 9.72 | 01/31/2031 |
| Marty Hahnfeld | 09/10/2013[2] | 440,536 | — | 0.16 | 09/09/2023 |
| | 01/12/2016[2] | 1,219,358 | — | 1.67 | 01/11/2026 |
| | 01/21/2020[3] | 111,180 | 120,870 | 2.74 | 01/20/2030 |
| | 02/01/2021[4] | 39,542 | 133,008 | 9.72 | 01/31/2031 |

(1)    All option awards listed in this table were granted pursuant to our 2005 Plan and 2015 Plan.

(2)    The shares subject to this stock option are fully vested.

**34**                                      olo

Table of Contents

**Executive Compensation**

(3)    25% of the shares underlying this option vested on January 15, 2021, with the remaining shares vesting in 36 equal monthly installments thereafter, provided that in each case the named executive officer remains continuously employed with us through each applicable vesting date. This option is also subject to accelerated vesting in connection with a change in control for named executive officers as described more fully under the section below entitled "Employment Arrangements."

(4)    6.25% of the shares underlying this option vested on April 1, 2021, with the remaining shares vesting in 45 equal monthly installments thereafter, provided that in each case the named executive officer remains continuously employed with us through each applicable vesting date.

(5)    25% of the shares underlying this option vested on January 1, 2019, with the remaining shares vesting in 36 equal monthly installments thereafter, provided that Mr. Benevides remains continuously employed with us through each applicable vesting date.

## Employment Arrangements

Each of our named executive officers is an at-will employee. Except as set forth below, we have not entered into any employment agreements or offer letters with our named executive officers.

### Noah H. Glass

On January 1, 2021, we entered into an employment agreement with Noah H. Glass, our Founder and Chief Executive Officer.

Mr. Glass' employment agreement provides for an annual base salary of $443,000. Mr. Glass is eligible for an annual target bonus of eighty percent (80%) of Mr. Glass' then-current annual salary. The actual amount of any bonus, and Mr. Glass' entitlement to the bonus, will be subject to our discretion subject and based on our and Mr. Glass' achievement of objectives and milestones as set forth in our Executive Bonus Plan.

Mr. Glass is entitled to receive severance and change in control benefits. Upon termination of Mr. Glass' employment by us without cause or by him for good reason, each as defined in his employment agreement, Mr. Glass would be entitled to receive the following severance benefits:

- payment of Mr. Glass' then-current base salary from the date of his termination of employment until twelve (12) months thereafter (payable in equal installments in accordance with our regular schedule);
- payment of a portion of Mr. Glass' annual target bonus, which is calculated based on our and Mr. Glass' achievement of objectives and milestones as set forth in our Executive Bonus Plan, pro-rated for the period of employment during the applicable year (payable on the date we make the first severance payment); and
- payment of the monthly premium we were paying for Mr. Glass and his eligible dependents with respect to our health insurance plan (as of the day of his separation from employment), if he timely elects benefits pursuant to Consolidated Omnibus Reconciliation Act of 1985 as amended ("COBRA"), from the date of his termination of employment until the earlier of: (1) twelve (12) months, (2) the time Mr. Glass accepts employment with another employer that provides comparable benefits, or (3) or the date Mr. Glass ceases to be eligible for COBRA continuation coverage for any reason, including plan termination.

Upon termination of Mr. Glass' employment by us without cause or by him for good reason, each as defined in his employment agreement, within either three (3) months prior to or eighteen (18) months following a change of control as defined in our 2015 Plan, Mr. Glass would be entitled to receive the following severance benefits:

- a lump sum payment of an amount equivalent to eighteen (18) months of Mr. Glass' then-current base salary (payable within sixty (60) days following his separation from employment);
- payment of a portion of Mr. Glass' annual target bonus, which is calculated based on our and Mr. Glass' achievement of objectives and milestones as set forth in our Executive Bonus Plan, pro-rated for the period of employment during the applicable year (payable on the date we pay the severance);
- payment of the monthly premium we were paying for Mr. Glass and his eligible dependents with respect to our health insurance plan (as of the day of his separation from employment), if he timely elects benefits pursuant to COBRA, from the date of his termination of employment until the earlier of: (1) eighteen (18) months, (2) the time

**2022 Proxy Statement**      **35**

Table of Contents

# Security Ownership of Certain Beneficial Owners and Management

## Ownership of Securities

The following table sets forth certain information regarding the ownership of our common stock as of March 31, 2022 by:

- each of our named executive officers;

- each of our directors;

- all of our executive officers and directors as a group; and

- each person or entity known by us to be beneficial owners of more than five percent of our Class A common stock or Class B common stock.

We have determined beneficial ownership in accordance with the rules and regulations of the SEC, and the information is not necessarily indicative of beneficial ownership for any other purpose. Except as indicated by the footnotes below, we believe, based on information furnished to us, that the persons and entities named in the table below have sole voting and sole investment power with respect to all shares that they beneficially own, subject to applicable community property laws.

Applicable percentage ownership is based on 89,660,186 shares of Class A common stock and 70,126,888 shares of Class B common stock outstanding as of March 31, 2022. In computing the number of shares beneficially owned by a person and the percentage ownership of such person, we deemed to be outstanding all shares subject to options held by the person that are currently exercisable, or exercisable or would vest based on service-based vesting conditions within 60 days of March 31, 2022. However, except as described above, we did not deem such shares outstanding for the purpose of computing the percentage ownership of any other person.

Unless otherwise indicated, the address for each beneficial owner listed in the table below is c/o Olo Inc., 285 Fulton Street, One World Trade Center, 82nd Floor New York, New York 10007.

**42**



Table of Contents

**Security Ownership of Certain Beneficial Owners and Management**

| Beneficial Owner | Class A Common Stock Number of Shares | % | Class B Common Stock Number of Shares | % | % of Total Voting Power[†] |
|---|---|---|---|---|---|
| **5% Stockholders:** | | | | | |
| Entities associated with The Raine Group[1] | 409,426 | * | 32,220,439 | 45.9% | 40.8% |
| Entities associated with Raqtinda Investments[2] | — | — | 13,157,966 | 18.8% | 16.6% |
| Entities associated with Staley Capital[3] | — | — | 4,769,723 | 6.8% | 6.0% |
| Entities associated with RRE Ventures[4] | — | — | 3,584,141 | 5.1% | 4.5% |
| Entities associated with Wellington Management[5] | 8,864,153 | 9.9% | — | — | 1.1% |
| Entities associated with Brown Capital Management[6] | 6,477,014 | 7.2% | — | — | * |
| Entities associated with Allspring[7] | 6,331,383 | 7.1% | — | — | * |
| The Vanguard Group[8] | 4,797,527 | 5.4% | — | — | * |
| **Directors and Named Executive Officers:** | | | | | |
| Noah H. Glass[9] | 30,423 | * | 13,257,218 | 18.9% | 16.8% |
| David Cancel[10] | — | — | — | — | — |
| Brandon Gardner[1][11] | 428,476 | * | 32,220,439 | 45.9% | 40.8% |
| David Frankel[2] | 910 | * | 13,157,966 | 18.8% | 16.6% |
| Daniel Meyer[12] | 793,062 | * | — | — | * |
| Russell Jones[13] | 13,050 | * | 195,313 | * | * |
| Colin Neville[1][14] | 431,426 | * | 32,220,439 | 45.9% | 40.8% |
| Linda Rottenberg[15] | 3,231 | * | 1,104,915 | 1.6% | 1.4% |
| Zuhairah Washington[16] | — | * | 152,847 | * | * |
| Peter Benevides[17] | 95,749 | * | 764,736 | 1.1% | 1.0% |
| Marty Hahnfeld[18] | 576,145 | * | 1,381,106 | 2.0% | 1.8% |
| All executive officers and directors as a group (13 persons)[19] | 1,979,361 | 2.2% | 62,761,760 | 89.5% | 79.6% |

\*      Less than one percent.

†      Percentage of total voting power represents voting power with respect to all shares of our Class A and Class B common stock, as a single class. The holders of our Class B common stock are entitled to ten votes per share, and holders of our Class A common stock are entitled to one vote per share.

(1)     Consists of 32,220,439 shares of Class B common stock held by RPII Order LLC and 409,426 shares of Class A Common Stock held by Raine Associates II LP. RPII Order LLC, Raine Partners II LP, and Raine Capital LLC have shared voting and dispositive power over 32,220,439 shares of Class B common stock. Raine Associates II LP, Raine Management LLC, The Raine Group LLC, and Raine Holdings LLC have shared voting and dispositive power over 32,629,865 shares of Class A and Class B common stock. The sole member of RPII Order LLC is Raine Partners II LP, a private equity-fund managed by Raine Capital LLC, an SEC-registered Investment Advisor and subsidiary of The Raine Group LLC. The Investment Committee members of Raine Partners II LP who share voting and dispositive power with respect to such shares are Jeffrey A. Sine, Joseph Ravitch, Brandon W. Gardner, John Salter, and Deborah Mei. The address of RPII Order LLC is 65 East 55th Street, 24th Floor, New York, NY 10022. The information reported is based on a Schedule 13G filed with the SEC on February 9, 2022 and a Form 4 filed with the SEC on November 10, 2021.

(2)     Consists of 13,157,966 shares of Class B common stock held by Raqtinda Investments LLC. Raqtinda Investments LLC has shared voting and dispositive power over 13,157,966 shares of Class B common stock. David Frankel has sole voting power with respect to 8,884 shares of Class B common stock and, along with Peter Rosenberg, has shared voting and dispositive power over 13,157,966 shares of Class B common stock. Raqtinda Investments LLC is managed by Peter Rosenberg and David Frankel. The Raqtinda Trust is the member of Raqtinda Investments LLC. Peter Rosenberg and Tracey Nicole Frankel are trustees of the Raqtinda Trust and David Frankel is the Grantor of the Raqtinda Trust. The address of Raqtinda Investments LLC is c/o Stonehage Fleming US LLC, One Liberty Place,

Table of Contents

**Security Ownership of Certain Beneficial Owners and Management**

1700 Market Street, Suite 3010, Philadelphia, PA 19103. The information reported is based on a Schedule 13G filed with the SEC on January 27, 2022.

(3)  Consists of (a) 3,667,758 shares of Class B common stock held by Staley Capital Fund I, LP and (b) 1,101,965 shares of Class B common stock held by Staley Capital Olo Fund LLC. Staley Capital Partners LLC is the general partner of Staley Capital Fund I, L.P. Warren C. Smith, Jr. and Amit Basak are the managers of Staley Capital Partners LLC and have shared voting and investment power over the shares held by Staley Capital Fund I, L.P. Staley Capital Management, LLC is the sole manager of Staley Capital Olo Fund LLC. Warren C. Smith, Jr. is the sole manager of Staley Capital Management, LLC and has sole voting and investment power over the shares held by Staley Capital Olo Fund LLC. Messrs. Smith and Basak disclaim beneficial ownership of any shares held by Staley Capital Fund I, L.P. and Staley Capital Olo Fund LLC except to the extent of their respective proportionate pecuniary interests therein. The address of each of these entities is 20 William Street, Suite 270, Wellesley, MA 02481.

(4)  Consists of 3,584,141 shares of Class B common stock held by RRE Ventures IV, L.P. RRE Ventures IV, LP, RRE Ventures GP IV, LLC, James D. Robinson IV, Stuart J. Ellman and William D. Porteous have shared voting and dispositive power over 3,584,141 shares of Class B common stock. The sole general partner of RRE Ventures IV, L.P. is RRE Ventures GP IV, LLC. The managing members and officers of RRE Ventures GP, IV LLC are James D. Robinson IV, Stuart J. Ellman, and William D. Porteous. The address of RRE Ventures IV, L.P. is 150 East 59th Street, 17th Floor, New York, NY 10022. The information reported is based on a Schedule 13G filed with the SEC on February 25, 2022 and a Form 4 filed with the SEC on March 2, 2022.

(5)  Consists of (a) 7,624,986 shares of Class A common stock held by Wellington Management Group LLP, as parent holding company of certain holding companies and the Wellington Investment Advisers, covering securities owned of record by clients of the Wellington Investment Advisers and (b) 1,239,167 shares of Class A common stock held by Wellington Hadley Harbor Master Investors (Cayman) III L.P. Wellington Management Group LLP, Wellington Group Holdings LLP and Wellington Investment Advisors Holdings LLP have shared voting power with respect to 6,755,510 shares of Class A common stock and shared dispositive power with respect to 7,624,969 shares of Class A common stock. Wellington Management Company LLP has shared voting power over 6,736,852 shares of Class A common stock and shared dispositive power over 7,472,353 shares of Class A common stock. Wellington Hadley Harbor Master Investors (Cayman) III L.P. has shared voting and dispositive power over 1,239,167 shares of Class A common stock. Wellington Investment Advisors Holdings LLP controls directly, or indirectly through Wellington Management Global Holdings, Ltd., the Wellington Investment Advisers. Wellington Investment Advisors Holdings LLP is owned by Wellington Group Holdings LLP. Wellington Group Holdings LLP is owned by Wellington Management Group LLP. The business address of Wellington Management is c/o Wellington Management Company, 280 Congress St, Boston, MA 02210. The information reported is based on Schedule 13Gs filed with the SEC on February 4, 2022.

(6)  Consists of 6,477,014 shares of Class A common stock held by Brown Capital Management, LLC, including 3,532,932 shares beneficially owned by The Brown Capital Management Small Company Fund, a registered investment company, which is managed by Brown Capital Management, LLC. Brown Capital Management, LLC has sole voting power with respect to 4,096,515 shares of Class A common stock and sole dispositive power with respect to 6,477,014 shares of Class A common stock. The Brown Capital Management Small Company Fund has sole voting and dispositive power with respect to 3,532,932 shares of Class A common stock. The business address of Brown Capital Management, LLC is c/o Brown Capital Management, LLC, 1201 N. Calvert Street, Baltimore, MD 21202. The information reported is based on Schedule 13Gs filed with the SEC on February 10, 2022.

(7)  Consists of 6,331,383 shares of Class A common stock held by entities affiliated with Allspring Global Investments Holdings, LLC ("Allspring"). Allspring has sole voting power with respect to 5,493,087 shares of Class A common stock and sole dispositive power over 6,331,383 shares of Class A common stock. The business address of Allspring is 525 Market St, 10th Fl, San Francisco, CA 94105. The information reported is based on a Schedule 13G filed with the SEC on February 9, 2022.

(8)  Consists of 4,797,527 shares of Class A common stock held by The Vanguard Group, a registered investment advisor ("Vanguard"). Vanguard has shared voting power over 13,740 shares of Class A common stock, sole dispositive power over 4,752,308 shares of Class A common stock and shared dispositive power over 45,219 shares of Class A common stock. The business address of Vanguard is 100 Vanguard Blvd, Malvern, PA 19355. The information reported is based on a Schedule 13G filed with the SEC on February 10, 2022.

(9)  Consists of (a) 5,482 shares of Class A common stock and 975,900 shares of Class B common stock held directly by Mr. Glass, (b) 24,941 shares of Class A common stock issuable upon the exercise of options held by Mr. Glass

**44**                                    olo

Table of Contents

**Security Ownership of Certain Beneficial Owners and Management**

within 60 days of March 31, 2022, (c) 8,676,723 shares of Class B common stock issuable upon the exercise of options held by Mr. Glass within 60 days of March 31, 2022, and (d) 3,604,595 shares of Class B common stock held by the Glass Family Trust (the "Trust"). Mr. Glass is a trustee and beneficiary of the Trust.

(10)  Mr. Cancel was appointed to our board of directors on March 25, 2022 and did not own any shares of Class A or Class B common stock as of December 31, 2021.

(11)  Consists of 19,050 shares of Class A common stock held directly and 6,000 shares of Class A common stock held by a family member of Mr. Gardner.

(12)  Consists of (a) 1,017 shares of Class A common stock held directly by Mr. Meyer, (b) 6,000 shares of Class A Common stock held by the child of Mr. Meyer, (c) 437,775 shares of Class A common stock held by the Daniel H. Meyer Investment Trust d/t/d 5/15/92 of which Mr. Meyer is the grantor, trustee and beneficiary, and (d) 348,270 shares of Class A common stock held by the DHM 2012 Gift Trust of which Mr. Meyer's spouse is a co-trustee and beneficiary.

(13)  Consists of (a) 13,050 shares of Class A common stock held directly and (b) 195,313 shares of Class B common stock issuable upon the exercise of options held by Mr. Jones within 60 days of March 31, 2022.

(14)  Consists of 22,000 shares of Class A common stock held directly by Mr. Neville.

(15)  Consists of (a) 1,231 shares of Class A common stock held by Ms. Rottenberg, (b) 2,000 shares of Class A common stock held by her spouse, and (c) 1,104,915 shares of Class B common stock issuable upon the exercise of options held by Ms. Rottenberg within 60 days of March 31, 2022.

(16)  Consists of 152,847 shares of Class B common stock issuable upon the exercise of options held by Ms. Washington within 60 days of March 31, 2022.

(17)  Consists of (a) 83,010 shares of Class A common stock held directly, (b) 12,739 shares of Class A common stock issuable upon the exercise of options held by Mr. Benevides within 60 days of March 31, 2022, and (c) 764,736 shares of Class B common stock issuable upon the exercise of options held by Mr. Benevides within 60 days of March 31, 2022.

(18)  Consists of (a) 570,266 shares of Class A common stock and 7,533 shares of Class B common stock held directly, (b) 5,879 shares of Class A common stock issuable upon the exercise of options held by Mr. Hahnfeld within 60 days of March 31, 2022, and (b) 1,373,573 shares of Class B common stock issuable upon the exercise of options held by Mr. Hahnfeld within 60 days of March 31, 2022.

(19)  Consists of (a) 1,922,672 shares of Class A common stock and 50,012,021 shares of Class B common stock, (b) 56,689 shares of Class A common stock issuable upon the exercise of options within 60 days of March 31, 2022, and (c) 12,749,739 shares of Class B common stock issuable upon the exercise of options within 60 days of March 31, 2022.

## Delinquent Section 16(a) Reports

Section 16(a) of the Exchange Act requires our directors and executive officers, and persons who own more than ten percent of a registered class of our equity securities, to file with the SEC initial reports of ownership and reports of changes in ownership of our common stock and other equity securities. Officers, directors, and greater than ten percent stockholders are required by SEC regulation to furnish us with copies of all Section 16(a) forms they file.

To our knowledge, based on a review of the copies of such reports filed on the SEC's EDGAR system and written representations that no other reports were required, during the fiscal year ended December 31, 2021, all Section 16(a) filing requirements applicable to our officers, directors, and greater than ten percent beneficial owners were complied with; except that four reports, covering an aggregate of eight transactions, were filed late by Nithya B. Das, Deanne Rhynard, and Wellington Hadley Harbor Master Investors (Cayman) III L.P.