UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>    Defendants. | Civil Action No. 1:22-cv-08228-JSR<br><br>CLASS ACTION<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern Districts of New York, I, Brendan Blake, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendants Olo Inc., Noah Glass, and Peter J. Benevides in the above-captioned action.

I am in good standing of the bars of the State of New York and the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an Affidavit pursuant to Local Rule 1.3.

Dated: April 14, 2023                                      Respectfully submitted,

                                                            */s/ Brendan Blake*
Brendan Blake
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1292
Fax: (617) 830-9326
Email: BBlake@goodwinlaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel of record.

*/s/ Brendan Blake*
Brendan Blake