UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>Defendants. | Civil Action No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

### AFFIDAVIT OF BRENDAN BLAKE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brendan Blake, declare that the following facts are true under penalties of perjury:

1. I am a member in good standing of the bars of the State of New York and the Commonwealth of Massachusetts, as demonstrated by the Certificates of Good Standing annexed hereto as **Exhibit 1**.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending or previous disciplinary proceedings against me in any state or federal court.

*Brendan Blake*

On this **13** of April, 2023, before me, the undersigned notary public, personally appeared Brendan Blake, proved to me through satisfactory evidence of identification, which was **Personally Known**, to be the person who signed the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge or belief.

_____
Notary Public

Commission expires: 9/14/2023

*[Notary seal: ALLISON H. TROUVE, MY COMMISSION EXPIRES SEPTEMBER 14, 2023, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]*

2

# EXHIBIT 1



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Brendan Robert Blake

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 16, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 12, 2023.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00113833

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 14, 2022**, said Court being the highest Court of Record in said Commonwealth:

## Brendan Robert Blake

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twelfth** day of **April** in the year of our Lord **two thousand and twenty-three.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.