UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>   Defendants. | Civil Action No. 1:22-cv-08228-JSR<br><br><u>CLASS ACTION</u> |

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Brendan Blake of Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210 dated April 14, 2023, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c), Brendan Blake is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendants Olo Inc., Noah Glass, and Peter J. Benevides in the above-captioned matter.

Dated: _____

                           _____
                           The Honorable Jed S. Rakoff
                           United States District Judge