UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>      Defendants. | Case No. 1:22-cv-08228-JSR<br><br>**[PROPOSED] CIVIL CASE MANAGEMENT PLAN (JUDGE RAKOFF)** |

  **This Court requires that this case shall be ready for trial on October 10, 2023.**

  After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

A. The case is to be tried to a jury.

B. Defendants' Answer must be filed on or before 14 days after the filing of the Court's full opinion on Defendants' motion to dismiss.

C. Joinder of additional parties must be accomplished on or before 30 days after the filing of the Court's full opinion on Defendants' motion to dismiss.

D. Amended pleadings may be filed without leave of Court until 30 days after the filing of the Court's full opinion on Defendants' motion to dismiss.

E. Discovery (in addition to the disclosures required by Fed. R. Civ. P. 26(a)):

  1. <u>Initial Disclosures</u>. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be served on or before May 5, 2023.

  2. <u>Documents</u>. First request for production of documents, if any, must be served on or before May 12, 2023. Further document requests may be served as required, but no document request may be served later than July 21, 2023. Lead Plaintiff shall complete its production of documents for class certification by June 5, 2023, and documents shall be produced on a rolling basis.

3. <u>Interrogatories</u>. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served no later than July 21, 2023. No other interrogatories are permitted except upon prior express permission of Judge Rakoff. No Rule 33.3(a) interrogatories need be served with respect to disclosures automatically required by Fed. R. Civ. P. 26(a).

4. <u>Experts</u>. Every party-proponent of a claim (including any counterclaim, crossclaim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by July 25, 2023, and shall disclose the type of any such expert by July 18, 2023. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by August 8, 2023, and shall disclose the type of any such expert by August 1, 2023. Rebuttal expert reports shall be submitted by August 15, 2023. No expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures except upon prior express permission of the Court, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence. All experts may be deposed, but such depositions must occur within the time limit for all depositions set forth below.

5. <u>Depositions</u>. All depositions (including any expert depositions, see item 4 above) must be completed by August 22, 2023. Unless counsel agree otherwise or the Court so orders, depositions shall not commence until all parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) or until four weeks from the date of this Order, whichever is earlier. Depositions shall proceed concurrently, with no party having priority, and no deposition shall extend beyond one business day without prior leave of the Court. Fact depositions shall be completed by July 25, 2023 and expert depositions shall be completed by August 22, 2023.

6. <u>Requests to Admit</u>. Requests to Admit, if any, must be served by July 21, 2023.

7. All discovery is to be completed by August 22, 2023. Interim deadlines for items 1–6 above may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date set forth in this paragraph. The discovery completion date may be adjourned only upon a showing to the Court of extraordinary circumstances, and may not be extended on consent.

F. Class Certification.

1. <u>Experts</u>. Initial class certification expert reports are due by June 5, 2023; rebuttal expert reports are due by June 26, 2023; and reply expert reports are due by July 17, 2023.

      2.     Motions. The motion for class certification shall be filed by June 5, 2023; any opposition papers shall be filed by June 26, 2023; and reply papers shall be filed by July 17, 2023.

      3.     The Court will hold oral argument on the class certification motion on _____ in Courtroom 14B, 500 Pearl Street.

G.    Post-discovery summary judgment motions in the form prescribed by the Court's Individual Rules of Practice may be brought on without further consultation with the Court provided that a Notice of any such motion, in the form specified in the Court's Individual Rules of Practice, is filed no later than one week following the close-of-discovery date (item E-7 above) and provided that the moving papers are served by August 29, 2023, answering papers by September 19, 2023, and reply papers by October 3, 2023. Each party must file its respective papers with the Clerk of the Court on the same date that such papers are served. Additionally, on the same date that any papers are served and filed, counsel filing and serving the papers must arrange to deliver courtesy non-electronic hard copies to the Courthouse for delivery to Chambers.

H.    A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held on _____, at which time the Court shall set a firm trial date. The timing and other requirements for the Joint Pretrial Order and/or other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.

I.     All motions and applications shall be governed by Judge Rakoff's Individual Rules of Practice. Counsel shall promptly familiarize themselves with all of the Court's Individual Rules, as well as with the Local Rules for the United States District Court for the Southern District of New York.

SO ORDERED.

_____
JED S. RAKOFF U.S.D.J.

DATED:  New York, New York

_____