# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>   v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>                                        Defendants | Case No. 1:22-cv-08228-JSR<br><br>Class Action |

**EXPERT REPORT**

**OF**

**MICAH S. OFFICER, Ph.D.**

**June 5, 2023**

## TABLE OF CONTENTS

I. INTRODUCTION AND SUMMARY OF OPINIONS ...................................................1

II. QUALIFICATIONS, COMPENSATION, AND MATERIALS.................................3
    A. Qualifications ........................................................................................................3
    B. Compensation........................................................................................................5
    C. Materials Reviewed ..............................................................................................5

III. BACKGROUND ON OLO ....................................................................................5

IV. EVENT STUDY METHODOLOGY .....................................................................6
    A. Value of a Share ...................................................................................................6
    B. Event Study Overview..........................................................................................7
    C. Market Model Regression Analysis in Event Studies...........................................9
    D. Market Model for Olo ........................................................................................13
        i) Time Period for Model Estimation ........................................................13
        ii) Independent Variables/Indexes Used in Regression ...............................14
        iii) Intraday Market Model .........................................................................16
        iv) Reliability of Event Study Results ........................................................19

V. OVERVIEW OF MARKET EFFICIENCY ...........................................................20

VI. MARKET EFFICIENCY FOR OLO COMMON STOCK .....................................22
    A. The *Cammer* Indicators for Market Efficiency...................................................22
        i) Weekly Trading Volume .......................................................................22
        ii) Analyst Coverage .................................................................................24
        iii) Market Maker(s) ...................................................................................26
        iv) Form S-3 Eligibility ..............................................................................26
        v) Cause-and-Effect Relationship .............................................................28
        vi) Summary of the Cammer factors ...........................................................31
    B. The *Krogman* Indicators for Market Efficiency .................................................31
        i) Market Capitalization............................................................................32
        ii) Bid-Ask Spread ....................................................................................32
        iii) Public Float..........................................................................................33
        iv) Summary of the Krogman factors .........................................................34
    C. The *Winstar* Indicator for Market Efficiency .................................................34
    D. The *Polymedica* Indicators for Market Efficiency .............................................35
        i) Autocorrelation ....................................................................................35
        ii) Short Interest .......................................................................................37
        iii) Summary of the Polymedica factors......................................................40

**VII. COMMON CLASS-WIDE DAMAGES METHODOLOGY** .......................................... **40**

    **A. Using Event Studies to Analyze Information from (at Least Partially) Corrective Disclosures** .......................................................................................................... **44**

        **i)**   **Confounding Information** ............................................................ **44**

        **ii)**   **Economic Correspondence** ......................................................... **46**

        **iii)**  **Direct and Foreseeable Consequences** ...................................... **47**

        **iv)**  **Length of the Event Window** .................................................... **48**

        **v)**   **Truth-on-the-Market** ................................................................ **49**

    **B. Measuring Artificial Inflation** .............................................................................. **51**

    **C. How the Methodology for Calculating Class-Wide Damages Would Be Applied in This Case** ...................................................................................................... **51**

## I.  INTRODUCTION AND SUMMARY OF OPINIONS

1.      I am a Professor of Finance at Loyola Marymount University in Los Angeles, California and I have been retained by Court-appointed Counsel, Scott+Scott Attorneys at Law LLP ("Counsel"), in this litigation to opine on whether the Class A common stock of Olo Inc. ("Olo" or the "Company") traded in an efficient market from August 10, 2021 through August 11, 2022, inclusive (the "Class Period").[1,2]  I have also been asked by Counsel to opine on whether the calculation of damages on a class-wide basis is subject to a common methodology for all class members in connection with their claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act").

2.      I summarize my opinions in the subparagraphs below and provide detailed explanations and bases for these opinions in the sections that follow:

> a)  Based on my experience and expertise, and the findings summarized in **Table 1** below (which are discussed in detail in the sections that follow), I conclude that the market for Olo's common stock was informationally efficient during the Class Period.  **Table 1** summarizes my findings for the market efficiency factors analyzed.  These factors are generally used by economic experts for evaluating market efficiency in securities cases and have been accepted by courts as indicators of an efficient market.

---

[1]      *See* Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws, January 13, 2023 (the "Complaint"), ¶1.  The Class consists of "all persons and entities that purchased, or otherwise acquired, the securities of Olo during the Class Period (August 10, 2021 to August 11, 2022, inclusive), seeking to pursue remedies under the Exchange Act (the "Class"). Excluded from the Class are Defendants; the officers and directors of the Company, at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which any of the Defendants have or had a controlling interest." Complaint, ¶131.

[2]      During the Class Period, Olo also had Class B common stock for which there was no public market (*i.e.*, those shares were not traded).  *See* Olo's Form 10-K filed with the SEC on February 25, 2022, p.46.  I further discuss Olo's Class B common stock in Section III. below.  In this Report, unless otherwise stated, the phrase "Olo common stock" (or "Olo common shares") refers to Olo's Class A common stock.

TABLE 1
SUMMARY OF MARKET EFFICIENCY FINDINGS

*Cammer factors*[3]

| Factor | Name | Results | Supports Efficiency |
|---|---|---|---|
| 1 | Average Weekly Trading Volume | 11.1% of shares/out | Yes |
| 2 | Analyst Coverage | Adequate Coverage | Yes |
| | News Coverage | Thousands of News Stories | Yes |
| 3 | Market Makers | Designated Market Maker | Yes |
| 4 | SEC Form S-3 | Meet public float requirement of > $75 million | Yes |
| 5 | Cause-and-Effect Relationship | | |
| | - Market Model (Adjusted R-Squared) | 29.06% | Yes |
| | - Analysis of News Days | | |
| |     Earnings Announcements | Statistically Significant in 1-3 out of 4 dates | Yes |
| | - Correlation Between Returns and Volume | Statistically Significant | Yes |

*Krogman factors*[4]

| Factor | Name | Results | Supports Efficiency |
|---|---|---|---|
| 1 | Market Capitalization | $1.17 billion | Yes |
| 2 | Bid-Ask Spread | 0.11% | Yes |
| 3 | Public Float (Percent of Class A Shares Outstanding) | 96.8% | Yes |
| | Public Float (Market Capitalization) | $1.14 billion | Yes |

*Winstar factor*[5]

| Factor | Name | Results | Supports Efficiency |
|---|---|---|---|
| 1 | Institutional Ownership (Percent of Classes A & B Shares) | 57.57% | Yes |

*PolyMedica factors*[6]

| Factor | Name | Results | Supports Efficiency |
|---|---|---|---|
| 1 | Persistent and Systematic Autocorrelation | None | Yes |
| 2 | Short Interest (Percent of Shares Outstanding) | 8.47% | Yes |
| 3 | Put-call parity violations | Almost none | Yes |

b) Damages under Section 10(b) of the Exchange Act caused by the alleged Class Period omissions and misrepresentations in this Action are measurable on a class-wide basis for purchasers of Olo common stock using a common methodology. For investors in Olo common stock, damages can be calculated using an out-of-pocket measure, which will reflect the change in the artificial

---

[3]    *See Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87 (D.N.J. 1989) ("*Cammer*").

[4]    *See Krogman v. Sterritt*, 202 F.R.D. 467, 477-78 (N.D. Tex. 2001) ("*Krogman*").

[5]    *See In re Winstar Commc'ns Sec. Litig.*, 290 F.R.D. 437, 449 n.16 (S.D.N.Y. 2013) ("*Winstar*").

[6]    *See In re PolyMedica Corp. Sec. Litig.*, 432 F.3d 1, 18 (1st Cir. 2005) ("*PolyMedica*").

inflation (defined as the price less the true value) from the date of purchase to the date of sale of Olo common stock.[7,8]

3.　　I have reviewed the Complaint and assume the Plaintiff's allegations are true for purposes of this Report.  I have made no independent investigation of the issues of liability and loss causation in this case, as neither is required for the opinions expressed in this Report.

4.　　I reserve the right to amend this Report to reflect new information available to me from information provided by other experts in the litigation, documents provided by Counsel, future rulings from the Court in this Action, or trial proceedings.

## II.  QUALIFICATIONS, COMPENSATION, AND MATERIALS

### A.  Qualifications

5.　　I have been a full-time collegiate professor since 2002.  I am currently a Professor of Finance at Loyola Marymount University in Los Angeles, California.  I have also taught at the University of Southern California (USC) and the University of California at Los Angeles (UCLA).  At these institutions, I have taught classes at the graduate and undergraduate levels, both introductory classes in finance that cover the basic building blocks of financial theory and application as well as more specific courses focused on one or two particular topics (such as mergers and acquisitions, dividend policy, and capital structure).

6.　　I received a Bachelor of Commerce degree in finance and economics from the University of Auckland (New Zealand) in 1996.  I received an M.S. in applied economics in 1999

---

[7]　　Artificial inflation is generally defined as the difference between the actual share price and the "true value" of the share on each day in a Class Period, where the "true" value of the security is the value that reflects the information that is alleged to have been omitted and/or misrepresented.

[8]　　For damaged shares held through the end of the Class Period, the Private Securities Litigation Reform Act of 1995 ("PSLRA") places an upper limit on the maximum amount of recoverable damages, which is the difference between the purchase price paid and the mean trading price of the security for the 90-day period beginning on the day on which the information correcting the misrepresentations or omissions was fully disclosed.  A rolling average mean price is used for sales made within the 90-day period.  15 U.S.C. § 78u-4(e)(1).

and a Ph.D. in finance in 2002, both from the William E. Simon Graduate School of Business Administration at the University of Rochester.

7.    I am a frequent contributor to, and referee for, the leading professional academic finance journals, specializing in the publication of research in the areas of capital markets, financial institutions, corporate finance, corporate governance, and the economics of organizations.  I serve as an ad hoc reviewer for many prominent finance and economic journals, including the *Journal of Financial Economics*, the *Journal of Finance*, the *Review of Financial Studies*, the *Journal of Financial and Quantitative Analysis*, and the *Journal of Corporate Finance*.

8.    Since 2003, I have published over 25 articles in prominent peer-reviewed finance journals, including articles about broad topics of interest to the finance community such as mergers and acquisitions, dividend policy, executive compensation, pension plans, insurance, and bank lending.  All of these articles contained quantitative analyses of large datasets of financial and/or economic data, and each of these articles has been cited by economists, financial researchers, and others in many countries.

9.    I have also performed analyses of large financial and/or economic datasets as a retained consultant and expert in litigation matters and in the context of a number of different industries.  The clients in my consulting engagements have been both Plaintiffs and Defendants. My expertise has been sought for data analysis (especially of large data sets or complicated statistical analyses), writing expert reports, and guiding investigations in promising directions, and my opinions have been accepted (and have never been excluded) by Federal courts in the United States.

10.    As detailed in my CV, attached to this Report as **Exhibit 1**, I have spoken on finance topics at professional conferences on at least 50 occasions.  In addition, I have delivered speeches about broad issues in finance and economics at numerous universities around the world.

**B. Compensation**

11.     My compensation is based on the number of hours worked on this assignment, as well as out-of-pocket expenses.  My hourly rate is $700.  To assist me, I used employees of Forensic Economics, Inc. who worked under my supervision and at my direction for this assignment.  Forensic Economics, Inc.'s hourly rates for those employees range from $200 to $650.  My compensation is neither deferred nor delayed, and is not contingent upon the outcome of this matter.

**C. Materials Reviewed**

12.     For the assignment in this Action, I have reviewed numerous documents.  Attached as **Exhibit 2** is a comprehensive list of materials I relied upon in connection with this Report.  I have attempted to cite in the text of this Report the specific documents and information on which I have relied in reaching my opinions.

### III.  BACKGROUND ON OLO

13.     In its 10-K for fiscal year 2022, Olo describes its business as follows:

> We are focused on enabling digital ordering, through the deployment of our white label e-commerce websites and applications and tools for digital Order Management. Our platform also provides Delivery Enablement solutions, as well as Customer Engagement and Front-of-House solutions. Our platform combines these solutions to provide restaurants with a holistic view of their digital business and enable them to own and manage their relationships with their customers.[9]

14.     Olo was incorporated in 2005 in Delaware and is headquartered in New York City.[10]  On March 19, 2021, Olo completed an initial public offering ("IPO") and issued 20,700,000 shares of Class A common stock.[11]  Olo Class A common stock began trading on the New York Stock Exchange ("NYSE") on March 17, 2021 under the ticker symbol "OLO."[12]  Prior

---

[9]      *See* Olo's Form 10-K filed with the SEC on February 25, 2022, p.77.

[10]     *See* Olo's Form 10-K filed with the SEC on February 25, 2022, pp.14, 77.

[11]     *See* Olo's Form 10-K filed with the SEC on February 25, 2022, p.77.

[12]     *See* Olo's Form 10-K filed with the SEC on February 25, 2022, p.46.

to the IPO, 124,012,926 outstanding shares of then existing common stock were converted into Class B common stock effective March 5, 2021. Each Class B common stock is entitled to 10 votes per share and is entitled to convert to one share of Class A common stock at any time at the option of the holder.[13] Class B common stock is *not* listed on a stock exchange.[14]

15.    At the beginning of the Class Period (on August 10, 2021), Olo had 27,641,224 shares of Class A common stock and 120,062,679 shares of Class B common stock outstanding.[15] At the end of the Class Period (on August 11, 2022), Olo had 102,296,240 shares of Class A common stock and 59,363,960 shares of Class B common stock outstanding.[16]

## IV.  EVENT STUDY METHODOLOGY

### A.  Value of a Share

16.    As a general proposition, modern finance theory holds that the market price of a share equals the value today (also known as the present value) of the market consensus of expected future profits (or cash flows) available to shareholders, divided by the number of shares outstanding.

17.    At any point in time, investors may learn of new information that changes the market's expectation of a company's future cash flows (or the discount rate at which future cash flow expectations are discounted to present value). Some investors may believe that a share (based on its underlying fundamentals, including expectations of future cash flows) is overvalued and some may believe that it is undervalued. The trading behavior of each group of investors will cause the market price to go up or down depending on how many investors believe the share is

---

[13]    *See* Olo's Form 10-K filed with the SEC on February 25, 2022, p.94.

[14]    *See* Olo's Form 10-K filed with the SEC on February 25, 2022, p.46.

[15]    *See* Olo's Form 10-Q filed with the SEC on August 10, 2021, cover page.

[16]    *See* Olo's Form 10-Q filed with the SEC on August 11, 2022, cover page.

undervalued versus overvalued.  This process continues until equilibrium is reached and is then repeated throughout the trading day.

18.     When the market receives new information, a new equilibrium is reached, and the public share price changes accordingly.  One of the most useful financial economic tools used to understand how the market incorporates any new information into the valuation of a company's shares is what is known as an "event study."[17]

**B. Event Study Overview**

19.     Since the publication of Fama, Fisher, Jensen, and Roll (1969),[18] financial economists have used the event study methodology as an empirical tool to measure the effect on market prices of new information relevant to a company's equity valuation.  New information may include, for example, earnings reports, dividend changes, stock splits, regulatory rulings, acquisition bids, asset sales, company press releases, ratings agency actions, and media and analyst reports, amongst other things.  The metric used to measure the effect on a company's share price from an event is called a "return," which is the percentage change in the market price of a company's shares over a specific time period, such as one trading day ("daily returns").

20.     When significant new information about a company is disclosed to the market, an event study analysis is used to measure the component of the security's price change (*i.e.*, stock return) on a given day that is attributable to new company-specific information as opposed to price changes caused by general market and/or industry movements.

21.     In addition, an event study analysis allows the researcher to assess the probability or likelihood that a security's price movement is caused by new information disclosed on a

---

[17]     *See* Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5), December 1991, pp.1575-1617.  Robert Jennings and Laura Starks, "Information Content and the Speed of Stock Price Adjustments," *Journal of Accounting Research* 23(1), Spring 1985, 336- 350.

[18]     *See* Eugene F. Fama, Lawrence Fisher, Michael C. Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10(1), February 1969, pp.1-21.

particular date rather than simply due to chance or other, unrelated volatility.  The relevant measure is called "statistical significance," and reflects the probability that the return would have occurred anyway (*i.e.*, without the information disclosure) given the historical statistical distribution of that stock's daily returns.

22.     Economists commonly employ a threshold of 1% or 5% for the probability that a security's return on a given day is attributable to chance (or ordinary volatility in the stock's returns).  Using those thresholds, when an economist opines that a security's return on a given day is "statistically significant"[19] what they mean is that there is less than (or equal to) a 1% or 5% probability that the return on a given day is attributable to chance given the historical statistical distribution of that stock's daily returns.   In other words, with 99% or 95% probability (respectively) the daily return on that day to that stock is a meaningful reflection of the valuation change implied by the market's assessment of the information released, and is not simply within the bounds of the stock's ordinary daily (or market related) volatility.

23.     The event study methodology has been widely used, and moreover is, in my experience, generally required in U.S. courts in the context of securities litigation, to assess the effect on market prices from disclosures that revealed false, misleading, or omitted information.[20]

24.     The event study method as applied in securities litigation combines a statistical analysis of the price movements in the stock being analyzed with a thorough analysis of the information obtained from all disclosures that are relevant to the allegations, especially including disclosures that correct prior disclosure failures.[21]  Event studies are most useful and reliable when

---

[19]     Or, more precisely, "statistically significantly different from zero."

[20]     An event study analysis is, in my opinion, superior to fundamental analysis of the price impact of information because event study analysis reflects the market consensus about the effect of information on a stock's price, as opposed to a single analyst's fundamental valuation of said information.

[21]     *See* Mark Mitchell and Jeffrey Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49,

the stock being studied trades in what economists call an (informationally) *efficient market*, a concept that I will return to shortly.

## C. Market Model Regression Analysis in Event Studies

25.     Once a disclosure has been identified as a potential event related to the alleged wrongdoing, an event study analysis can measure the portion of the return on the event date that can be attributed to the disclosure.[22]  The portion of the return that is attributable to the disclosure is called the excess (or abnormal) return, which I explain more fully below.

26.     Market models are empirical models that follow the theoretical Capital Asset Pricing Model ("CAPM") from the finance literature.[23]  The essential insight from the CAPM is that the "normal" returns on a given stock are related to the returns to the overall stock market. The sensitivity of the returns for a given stock to overall stock market returns is referred to as the stock's "beta," which I discuss more fully below.

27.     A market model describes the normal relation between the return on the company's security and the return on a broad-based market index, such as the S&P 500 Index or the NASDAQ composite index, and also often an industry index.[24]  A market model uses linear regression

---

February 1994, 545-590; and David Tabak and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by Roman L. Weil, Michael Wagner, and Peter Frank, Wiley, 2001.

[22]     *See* David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by Roman L. Weil, Michael J. Wagner and Peter B. Frank, Wiley, 2001, 19.2-3.

[23] The capital asset pricing model ("CAPM") is a model that describes the relationship between the risks of an asset and its expected return.  *See*, *for example*, G. William Schwert, "Using Financial Data to Measure Effects of Regulation," *The Journal of Law and Economics* 24(1), 1981, pp.121-158.

[24]     An industry index is composed of stocks of companies that are similar to the company of interest (*i.e.*, in the same industry). Sometimes one could also add an index of stocks of companies from which the company of interest derives its revenues (*i.e.*, customers). The indices that are used in a market model are also called "independent variables."

analysis.[25]  The company's return is regressed against the returns of the market index and industry index(es) (if applicable) to estimate the normal relation (the "betas") between the returns to the index variables and the company's returns.[26]  In essence, the indexes in the market model can "explain," or account for some measurable portion of, the company's stock return.  This is done to isolate company-specific factors affecting the stock's return from share price movements that are attributable to market and industry-wide factors.

28.    Figure 1 below shows, graphically, a hypothetical example of a market model regression based on the S&P 500 Index.  The red line is a result of a regression analysis and represents the predicted (or expected) returns to the company's stock (on the vertical axis) given returns to the overall stock market (on the horizontal axis).  This shows the expected relationship, or beta, between the daily movement in the company's share price and that of the general market.

---

[25]    *See* John Y. Campbell, Andrew W. Lo and A. Craig MacKinlay, The Econometrics of Financial Markets, Princeton University Press, 1997, p.155.  "A **regression line** is a straight line that describes how a response variable *y* changes as an explanatory variable *x* changes.  We often use a regression line to **predict** the value of *y* for a given value of *x*."  *See* David S. Moore and George P. McCabe, Introduction to the Practice of Statistics, Fourth Edition, W. H. Freeman and Company, 2003, p.135 (emphasis in original).

[26]    The return on the industry index is generally measured "net-of-market" to minimize the effects of a statistical phenomenon called multicollinearity, in which two or more independent variables in a multiple regression model are highly correlated.  Net-of-market means that the return on the market index is subtracted from the return on the industry index before running the regression.

Figure 1
Market Model Regression Based on the S&P 500 Index



29.    The regression analysis yields a generalized equation:

Company Return = α + (β * Market Return)

30.    The slope of the regression line (the red line in Figure 1) is the beta (β).  This "market" beta (as it is known, to distinguish it from an industry beta, for example) indicates the expected return in a company's stock caused by a given (*e.g.*, 1%) overall stock market return. The α is the constant term of the equation, representing the value of the regression line where the market return is zero.

31.    In practice, a market model is estimated for the company of interest (*e.g.*, a corporate defendant) using data on its historical daily stock returns and the daily returns to a market (and often also an industry) index. The market model is then typically used by an economist to predict the expected (or normal) return to a company's stock given a particular market (and possibly an industry) return on a given day.

11

32.    For a market model including an industry index, predicted returns are equal to the intercept term from the regression plus: (i) the market beta multiplied by the return on the market; and (ii) the industry beta multiplied by the return on an industry index net-of-market. The predicted return represents an estimate of a company's expected (or normal) return based on the returns for the market and industry index on a given day.

33.    After calculating predicted (or normal) returns, excess (or abnormal) returns are calculated on each day by subtracting the predicted return from the company's actual stock return on each day. This represents the company-specific portion of the return on a given day. In other words, this excess (or abnormal) return represents the return on a company's stock after removing the expected (or normal) effect of market (and possibly also industry) returns on that stock return.

34.    Event studies are also used to assess the probability that an excess return was the result of new information disclosed in an event and not simply due to random price movements (*i.e.*, due to chance). As described above, a statistically significant excess return at significance level of 1% or 5% means that the excess return would be due to chance only 1% or 5% of the time. Significance levels in statistics are closely related to confidence intervals. For instance, a 1% significance level is equivalent to a 99% confidence interval and a 5% significance level is equivalent to a 95% confidence interval.[27]

35.    The statistical significance for each daily excess return is measured by a t-statistic, which is calculated as a day's excess return divided by the standard error of the regression:

$$\text{t-statistic} = \text{Excess Return} \div \text{Standard Error of Regression}$$

36.    The standard error is related to the normal volatility of the price of the company's shares, which is one of the parameters obtained from a market model regression.

---

[27]    *See* David S. Moore and George P. McCabe, <u>Introduction to the Practice of Statistics</u>, Fourth Edition, W. H. Freeman and Company, 2003, pp.442-452.

37.    In the field of financial economics, a t-statistic greater in magnitude than 1.96 in absolute value (either positive or negative) is associated with a p-value of less than 5% and interpreted as implying that the excess return is significant at the 5% significance level; a t-statistic greater than 2.58 in absolute value is associated with a p-value of less than 1% and interpreted as implying that the excess return is significant at the 1% significance level.[28]  In this Report, I use the 5% level of significance for my analyses and consider excess returns with a t-statistic greater than 1.96 in absolute value as statistically significant.

38.    Statistical significance can also be depicted graphically.  In Figure 1 above, the dashed green lines represent a band of plus and minus 1.96 times the standard error of the regression away from the regression line (*i.e.*, the confidence interval).  The red diamonds indicate excess returns that are statistically significant because they are outside of (or on) the dashed lines.  This means that those excess returns have t-statistics greater than or equal to 1.96 (in absolute value).

**D.  Market Model for Olo**

*i)    Time Period for Model Estimation*

39.    In the context of securities litigation, a market model regression is often estimated using stock returns during a time period prior to the beginning of a class period or prior to the corrective disclosure(s) that corrected the alleged misrepresentations and omissions to estimate the parameters of the market model during a period in which the company's returns are not affected by the alleged wrongdoing.  Sometimes if the class period is long or the market situation changes over time, one could also use rolling estimation periods of six-month or one-year immediately prior to each date during the class period instead of using a single fixed estimation period.  This allows the analyst to always use the period closest to the event study date as an estimation period.

---

[28]    *See* David R. Anderson, Dennis J. Sweeney, and Thomas A. Williams, Statistics For Business and Economics, Ninth Edition, South-Western, 2005, Appendix B, Table 2, pp.929-931.

40.     In Olo's case, there are less than five months of public trading for Olo common stock from its IPO to the beginning of the Class Period.  The alleged corrective disclosure occurred immediately after the end of the Class Period.  Because of this, I chose to estimate the market model over the Class Period, as using only data from *before* the Class Period would involve regressions with too few observations.  I then use the parameters from this estimation to perform event study analyses of event dates during the Class Period.

ii)  *Independent Variables/Indexes Used in Regression*

41.     In its Form 10-K for fiscal year 2022, Olo compares the cumulative total return of its common stock since its IPO with the cumulative total returns of the S&P 500 Index and the S&P 500 Information Technology Sector Index.[29]  For this reason, I used the S&P 500 Total Return Index (Bloomberg identifier: SPTR) as a proxy for the market (the "Market Index").[30]  As a proxy for the industry, I used the S&P 500 Information Technology Sector Total Return Index (Bloomberg identifier: SPTRINFT) (the "Industry Index").[31]

42.     In addition, I use dummy variables to control and adjust for atypical variations in the stock returns due to disclosures of significant information.[32]  A dummy variable takes the value of one on the date on which significant information is disclosed and zero on all other dates.  I use

---

[29]     *See* Olo's Form 10-K filed with the SEC on February 24, 2023, p.50.

[30]     According to Bloomberg, the S&P 500 Total Return Index "includes 500 leading companies and captures approximately 80% coverage of available market capitalization."  Olo was not a member of the S&P 500 Total Return Index.  Source: Bloomberg.

[31]     The S&P 500 Information Technology Sector Index is comprised of companies included in the S&P 500 Index that are classified as members of the Global Industry Classification Standard (GICS) information technology sector.  *See* https://www.spglobal.com/spdji/en/indices/equity/sp-500-information-technology-sector/#overview.  Olo was not a member of this Industry Index. Source: Bloomberg.

[32]     "It is common for researchers to include a dummy variable in a regression to account for something that applies only to a single observation. For example, in time-series analyses, an occasional study includes a dummy variable that is one only in a single unusual year, such as the year of a major strike or a major policy event."  *See* William H. Green, Econometric Analysis, 7th Edition, International Edition, Pearson Education Limited, 2012, p.191.

dummy variables for the four dates on which Olo reported its quarterly earnings during the one-year-long Class Period.[33]  Academic research has shown that there is a large amount of information released on quarterly earnings announcement dates,[34] and thus the stock price might be affected by disclosures of unexpected firm-specific material information which may unduly influence the relationship between Olo's returns and market and/or industry returns.

43.    The use of dummy (or indicator) variables to reduce the influence of periods containing large amounts of firm-specific information on the results of a market model is a widely used and generally accepted econometric technique employed in the academic finance literature.[35] This technique is also consistent with methods courts have relied upon to certify classes in securities litigation.[36]

---

[33]    If the earnings results are released after the market closed, I use the following trading day as the price response day.  I identify earnings announcements and time stamps from Business Wire articles obtained via Factiva.  All four earnings announcements by Olo during the Class Period are released after the close of regular stock market trading in the U.S. (at 4:00 pm Eastern time), therefore I include dummy variables on the next trading days (August 11, 2021; November 10, 2021; February 24, 2022; and May 11, 2022).

[34]    *See* S.P. Kothari & Charles Wasley, "Commemorating the 50-Year Anniversary of Ball and Brown (1968): The Evolution of Capital Market Research over the Past 50 Years," *Journal of Accounting Research* 57(5), 2019, 1119-1123.

[35]    For example, *see* Nihat Aktas, Eric de Bodt, & Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance* 13, 2007, 129-145, 131; Ekkehart Boehmer, Jim Musumeci, & Annette B. Poulsen, "Event-study Methodology under Conditions of Event-Induced Variance," *Journal of Financial Economics* 30, 1991, 253-272, 254; G. E. P. Box & G. C. Tiao, "Intervention Analysis with Applications to Economic and Environmental Problems," *Journal of the American Statistical Association* 70, 1975, 70-79, 71; David F. Larcker, Lawrence A. Gordon & George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis* 15, 1980, 267-287, 272; Paul H. Malatesta, "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," *Journal of Financial and Quantitative Analysis* 21, 1986, 27-38, 27-28.

[36]    For example, *see In re Groupon, Inc. Sec. Litig.*, 2015 WL 1043321 (N.D. Ill. 2015), at *7: "Dr. Feinstein explained that dummy variables are widely used during a control period to extract atypical days.  Consistent with other experts, he used dummy variables to control for potentially abnormal returns related to earnings announcements.  Accordingly, he used dummy variables during the control period for all earnings-related trading dates, including the event days." (citations omitted).

44.     In Figure 2 below, I show the coefficients, t-statistics, standard error, and adjusted R-squared statistics from the market model regression used for my event study analyses:

FIGURE 2
MARKET MODEL REGRESSION FOR OLO DAILY RETURN

| Variable | Coefficient | t-statistic |
|---|---|---|
| Intercept | -0.0036 | *-1.53* |
| Market Index [1] | 1.4057 | *6.03* |
| Industry Index [2] | 1.1597 | *2.59* |
| Dummy Variable - August 11, 2021 | -0.0377 | *-1.01* |
| Dummy Variable - November 10, 2021 | 0.0076 | *0.20* |
| Dummy Variable - February 24, 2022 | -0.0176 | *-0.46* |
| Dummy Variable - May 11, 2022 | 0.1346 | *3.58* |
| | | |
| Estimation Period (August 10, 2021 - August 11, 2022) | No. of Obs. | 254 |
| Adjusted R-Squared | | 29.06% |
| Standard Error | | 3.71% |

Notes:
[1] S&P 500 Total Return Index (SPTR) from prior day close price to current day close price.
[2] S&P 500 Information Technology Sector Total Return Index (SPTRINFT) from prior day close price to current day close price.

45.     **Exhibit 3** contains daily data for Olo's shares, including trading volume, closing prices, and returns, as well as the Market Index and Industry Index returns, predicted returns, excess returns, t-statistics, p-values, and excess price changes for each trading day during the Class Period through August 15, 2022.[37]

*iii)  Intraday Market Model*

46.     Daily stock returns are measured by calculating the percent change from one trading day's closing price for the stock (generally measured at 4:00 pm Eastern time) to the next trading day's closing price for that stock.  I will label this the "Close to Close" stock return.

47.     However, in the U.S., the opening price the next trading day for a stock is often not the same as the closing price from the prior trading day.  Investors and market participants continue

---

[37]     The methodology utilized to calculate excess returns and their statistical significance is described in Section IV. C.

to analyze information after the regular market (*i.e.*, that described in the paragraph above) closes, which explains the difference between closing price and the next day's opening price.

48.    The academic finance literature recognizes that there may be different determinants of stock returns during regular stock market trading than in overnight (or weekend) hours (the latter of which affect the opening stock price in the next trading session), and decomposes a Close to Close stock return (defined above) into two components:[38]

> a)  Close to Open stock return (the percent change in a stock's price from the closing price on the prior trading day to the opening price on the next trading day); and

> b)  Open to Close stock return (the percent change in a stock's price from the opening price on a trading day to the closing price on that same trading day).[39]

49.    For reasons discussed below in Section VI. A. v)b).., I decompose Olo's daily returns (which are used as the dependent variable in Figure 2 above) into these two components and analyze the market's reaction to Olo's earnings releases using all three return types (daily returns (Figure 2) and the two components: Close to Open returns (Figure 3) and Open to Close returns (Figure 4), respectively.  In this analysis I rely on market models utilizing returns to the market and industry indices that are consistent with the component windows.

50.    Figure 2 above presents the market model based on daily Close to Close returns. For the market models explaining (i) Close to Open returns; and (ii) Open to Close returns, I use the same estimation period and market model specifications, including the market index, industry

---

[38]    *See* Lawrence Harris, "A Transaction Data Study of Weekly and Intradaily Patterns in Stock Returns," *Journal of Financial Economics* 16, 1986, 99-117; Richard J. Rogalski, "New Findings Regarding Day-of-the-Week Returns over Trading and Non-Trading Periods: A Note," *Journal of Finance* 39(5), 1984, 1603-1614.

[39]    The compounded return produced from a) and b) is the (Close to Close) daily return to the stock (which is the traditional dependent variable in a market model). This is the reason that I use the word "components" in this paragraph.

index, and dummy variables, to be consistent with the daily return market model presented in Figure 2.

51.    I compute the returns to Olo common stock used in (i) above (Close to Open returns) and in (ii) above (Open to Close returns) as well as returns to the market and industry indices.[40]  In Figure 3 and Figure 4 below, I present the coefficients, t-statistics, standard errors, and adjusted R-squared statistics from the close to open market model regression and the open to close market model regression, respectively.

---

[40]    Because the opening price is not available, or is nearly the same as the prior day's closing price for the "total return" versions of the market and industry indexes, I use the "price return" versions of the same indices for the market and industry index to compute their daily closing to opening and opening to closing returns.  Specifically, for the intraday return I use the closing and opening prices of the S&P 500 Index (Bloomberg identifier: SPX) for the market index and the S&P 500 Information Technology Sector Index (Bloomberg identifier: S5INFT) for the industry index.  "S&P Dow Jones Indices calculates multiple return types which vary based on the treatment of regular cash dividends. . . . Price Return (PR) versions are calculated without adjustments for regular cash dividends. Gross Total Return (TR) versions reinvest regular cash dividends at the close on the ex-date without consideration for withholding taxes."  *See* S&P U.S. Indices Methodology, April 2023, p.19. (https://www.spglobal.com/spdji/en/documents/methodologies/methodology-sp-us-indices.pdf).  The daily return of the "total return" version index is slightly higher than the "price return" version (because of the payment of dividends).  During the Class Period, on average the daily "total return" is higher than the daily "price return" by 0.006% for the market index and 0.004% for the industry index. I note that Olo itself did not pay dividends to its common stockholders during the Class Period (and still does not as of the date of this Report).

FIGURE 3
MARKET MODEL REGRESSION FOR OLO DAILY CLOSE TO OPEN RETURN

| Variable | Coefficient | t-statistic |
|---|---|---|
| Intercept | -0.0016 | -1.78 |
| Market Index [1] | 2.3235 | 3.35 |
| Industry Index [2] | 0.0554 | 0.07 |
| Dummy Variable - August 11, 2021 | -0.0523 | -3.68 |
| Dummy Variable - November 10, 2021 | 0.0182 | 1.28 |
| Dummy Variable - February 24, 2022 | -0.0970 | -6.60 |
| Dummy Variable - May 11, 2022 | -0.0704 | -4.64 |
| | | |
| Estimation Period (August 10, 2021 - August 11, 2022) | No. of Obs. | 254 |
| Adjusted R-Squared | | 51.56% |
| Standard Error | | 1.42% |

Notes:
[1] S&P 500 Index (SPX) return from prior day close price to current day open price.
[2] S&P 500 Information Technology Sector Index (S5INFT) return from prior day close price to current day close price.

FIGURE 4
MARKET MODEL REGRESSION FOR OLO DAILY OPEN TO CLOSE RETURN

| Variable | Coefficient | t-statistic |
|---|---|---|
| Intercept | -0.0017 | -0.74 |
| Market Index [1] | 1.9090 | 7.52 |
| Industry Index [2] | -0.0921 | -0.31 |
| Dummy Variable - August 11, 2021 | 0.0104 | 0.29 |
| Dummy Variable - November 10, 2021 | -0.0162 | -0.45 |
| Dummy Variable - February 24, 2022 | 0.1247 | 3.37 |
| Dummy Variable - May 11, 2022 | 0.2085 | 5.73 |
| | | |
| Estimation Period (August 10, 2021 - August 11, 2022) | No. of Obs. | 254 |
| Adjusted R-Squared | | 32.78% |
| Standard Error | | 3.61% |

Notes:
[1] S&P 500 Index (SPX) return from daily open price to close price.
[2] S&P 500 Information Technology Sector Index (S5INFT) return from daily open price to close price.

*iv)* *Reliability of Event Study Results*

52.    The reliability of event study results for a given company depends on how "informationally efficient" the trading in the market is for that company's shares. No single factor can determine whether a market for a stock is or is not efficient. In my experience, that

determination is generally based on a comprehensive review of the economic evidence.  In the next section, I discuss the issue of market efficiency in greater detail.

## V.  OVERVIEW OF MARKET EFFICIENCY

53.     As stated earlier, event studies are most useful and reliable when the stock being studied trades in what economists call an (informationally) *efficient market*.[41]  The Efficient Market Hypothesis ("EMH") is an important theory in the development of financial economics, and economists generally refer to three forms (or levels) of market efficiency:

   a)  Weak-form – information about past prices is fully reflected in current stock prices;

   b)  Semi-strong form – ***all publicly available information*** is fully reflected in current stock prices; and

   c)  Strong-form – ***all information, public and non-public***, is fully reflected in current stock prices.[42]

54.     If a security trades in a semi-strong efficient market, that generally means that the price of the security reflects all relevant, ***publicly available*** information. In litigation, courts in the United States have accepted the semi-strong form of the EMH.[43]

55.     The indicators that economists use – including me in preparing this Report – to assess market efficiency are designed to capture: i) how easily (or quickly) information flows from public knowledge to incorporation into the price of the security; ii) how costly it is to trade the security (*i.e.*, transaction costs); or iii) how competitive the market is in terms of buying and selling the firm's securities.

---

[41]     "The SSEMH [Semi-Strong Efficient Market Hypothesis] is a theory of *informational* efficiency and must be distinguished from theories of *fundamental* efficiency."  *See* Brief of Financial Economists as *Amici Curiae* in Support of Respondent for the Supreme Court of the United States, *Amgen, Inc., et al. v. Connecticut Retirement Plans and Trust Funds*, p.7.

[42]     *See* Edwin J. Elton, Martin J. Gruber, Stephen J. Brown, and William N. Goetzmann, Modern Portfolio Theory and Investment Analysis, 6th ed., John Wiley & Sons, Inc., 2003, p.402.

[43]     *See Basic Inc. v. Levinson*, 485 U.S. 224, 246 (1988) ("*Basic*").

56.     In securities litigation, courts have approved many of the indicators that economists use to assess market efficiency.   The court in *Cammer* listed five indicators that the court considered important in assessing whether the market for a security satisfies the semi-strong form of the EMH.[44]   Those five indicators are: i) "average weekly trading volume during the class period"; ii) number of analysts producing information and opinions about the firm during the class period; iii) number of intermediaries making a market in the firm's stock during the class period; iv) whether the company qualified to "file an S-3 Registration Statement in connection with public offerings"; and v) "empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."[45]

57.     Other courts have given credence to additional indicators of the efficiency of a firm's common stock.   For example, in the Fifth Circuit, the court suggested the consideration of three additional indicators: i) the market capitalization of the firm's common stock; ii) the bid-ask spread; and iii) the float of the common stock.[46]   In the Second Circuit, the court suggested the consideration of holdings of institutional investors.[47]   In the First Circuit, the court suggested the consideration of: i) autocorrelation in returns to the firm's common stock; ii) constraints on short selling the firm's shares (*i.e.*, selling shares prior to purchasing them); and iii) put-call parity.[48]

58.     The U.S. Supreme Court in *Halliburton II* gave weight to the notion that "(e)conomists broadly agree that stock prices in developed markets generally do respond to information."[49]   While no single indicator can determine in a binary fashion whether a market for

---

[44]     *See Cammer*, 711 F. Supp. At 1286-87.

[45]     *Id*.

[46]     *See Krogman*, 202 F.R.D. at 477-78.

[47]     *See* Winstar, at 449 n.16.

[48]     *See PolyMedica*, 432 F.3d at 18.

[49]     *See* Brief of Financial Economists as *Amici Curiae* in Support of Respondents for the Supreme Court of the United States, *Halliburton Co. v. Erica P. John Fund, Inc.*, February 5, 2014, p.12.

a stock is or is not efficient, in my experience the most useful evidence is generally based on a comprehensive review and ranking of the "relative" efficiency of a firm's stock.  Because stocks in a developed market (such as the market for the trading of common stocks in the U.S.) are generally considered to be informationally efficient, economists can compare the indicators of efficiency for a given stock with the same measures calculated for (virtually) all stocks traded in a liquid market, such as the NYSE or Nasdaq.

59.    Such a ranking of efficiency (comparing a specific stock to the universe of stocks in a well-developed market, such as the NYSE or Nasdaq) provides the basis for an assessment of the "relative" degree of efficiency of that stock.[50]  As discussed in an often-cited book on the econometrics of financial markets, the authors note that "relative" efficiency is a useful concept.[51]  Therefore, my analysis of the efficiency of the market for Olo's common stock involves a comparison of Olo to the population of stocks listed on the NYSE or Nasdaq.

## VI.  MARKET EFFICIENCY FOR OLO COMMON STOCK

### A.  The *Cammer* Indicators for Market Efficiency

60.    In *Cammer*, the court articulated five indicators that a security trades in an efficient market.[52]  I consider each of these five factors below.

### *i)    Weekly Trading Volume*

61.    The first indicator of an efficient market in *Cammer* references the average trading volume per week for the firm's common stock.  Trading volume is viewed as an indicator of market efficiency because high trading volume implies that the market for the firm's stock is liquid.[53]  The

---

[50]    The U.S. Supreme Court has endorsed the concept of "relative" efficiency: "market efficiency is a matter of degree," *see Halliburton Co. v. Erica P. John Fund, Inc.* 134 S. Ct. 2398, 2410 (2014) ("*Halliburton II*").

[51]    *See* John Y. Campbell, Andrew W. Lo, and A Craig MacKinlay, <u>The Econometrics of Financial Markets</u>, Princeton University Press, 1997, p.24.

[52]    *See* paragraph 56.

[53]    It is through this trading that market prices reflect information, the essential construct of the efficient markets hypothesis.

court in *Cammer* states a benchmark of weekly trading volume of one percent of the firm's shares outstanding: volume exceeding that benchmark would justify a "substantial presumption" of efficiency in the market for that firm's stock.

62.    The average weekly trading volume for Olo common stock was 7.1 million shares during the Class Period.  The average weekly trading volume as a percent of shares outstanding over the Class Period was 11.12%.  *See* **Exhibit 4**.

63.    In a recently published paper about indicators of market efficiency, Bhole, Surana and Torchio (2020) ranked all the stocks listed on the NYSE and NASDAQ exchanges ("NYSE/Nasdaq Universe") from best to worst using court-supported indicators.[54]  This allows for the benchmarking of Olo common stock relative to the stocks in the NYSE/Nasdaq Universe. The weekly turnover of Olo common shares during the Class Period is between the 90th and 95th percentiles of the universe of NYSE/NASDAQ stocks during 2016-2018, implying that the turnover of Olo stock is greater than volume as a percent of shares outstanding for at least 90% of stocks that trade in well-developed markets (such as the NYSE or Nasdaq).[55]

64.    In my opinion, the Company's weekly trading volume provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.  In addition, Olo's trading volume easily exceeds the benchmark of weekly volume greater than 2% of shares outstanding that has been considered to justify "a strong presumption" that the market for a security is efficient.[56]

---

[54]    *See* Bharat Bhole, Sunita Surana, and Frank Torchio, "Benchmarking Market Efficiency Indicators for Securities Litigation," *University of Illinois Online Law Review* 96, 2020, 96-116 ("BST 2020"). "Best" implies the strongest presumption of market efficiency while "worst" implies the weakest presumption of market efficiency.

[55]    *See* BST 2020, Table 1 (p.102).  For comparison to BST 2020, Table 1, I calculate daily average turnover for Olo common stock of 2.22% as the average weekly trading volume as a percent of shares outstanding of 11.12% divided by 5.

[56]    *See Cammer*, 711 F. Supp. At 1286 (citing Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud*, § 8.6 (Aug. 1988)).

ii)  *Analyst Coverage*

65.     The second indicator of an efficient market in *Cammer* references the number of securities analysts that provide reports, analysis, and opinion on the firm's stock.  Such reports issued by external equity analysts both disseminate available information to the investing public **and** add additional detail with the analysis by, and recommendations of, the analyst.  The court in *Cammer* stated that it would be "persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the Class Period."[57]  The greater the number of analysts following a firm's stock, the more likely it is that value-relevant information about the firm is available to and "relied upon by investors."[58]

66.     According to Bloomberg data, there were six sell-side equity analysts providing Buy/Sell/Hold recommendations for Olo common stock during the Class Period.[59]  Further, between five and six analysts (with an average of six) were part of the Refinitiv I/B/E/S consensus EPS estimate during the Class Period for the then current fiscal year.  *See* **Exhibit 4**.  Approximately 90 analyst reports were issued during the Class Period by firms including: J.P. Morgan, Piper Sandler, RBC Capital Markets, Truist Securities, and William Blair.[60, 61]  I have

---

[57]     *See Cammer* 711 F. Supp. at 1286 (footnote omitted).

[58]     *See In re Xcelera.com Sec. Litig.*, 430 F.3d 503, 514 (1st Cir. 2005).

[59]     The Investor Relations section of Olo's corporate website also listed coverage by six analysts during the Class Period (J.P. Morgan, Piper Sandler, RBC Capital Markets, Stifel, Truist Securities, and William Blair).  The historical archive of Olo's corporate website is obtained from Wayback Machine for snapshots as of 9/24/2021, 1/17/2022, 5/22/2022, and 8/10/2022.  I note as of 11/3/2022 (after the end of the Class Period), Goldman Sachs was added to Olo's analyst coverage in addition to the six analysts listed above.  *See* https://web.archive.org/web/20220101000000*/https://investors.olo.com/stock-information/default.aspx

[60]     Based on reports provided by Counsel, or those available on either the Refinitiv Eikon or S&P Capital IQ databases.  Using the Refinitiv Eikon database, I searched for analyst reports using the search term "Olo" with "Primary Company" checked.  Using the S&P Capital IQ database, I searched for analyst reports using the ticker symbol "Olo" with "Primary Symbol Only" checked.

[61]     The number of analyst reports also includes reports by quantitative firms and other analysts such as: Avise Analytics, BuySellSignals Research, GlobalData, Hedder, Marktfeld, PriceTarget Research, S&P Global Compustat, Validea, ValuEngine, Inc., and Wright Reports.

reviewed many of these reports and they generally provide analyses and recommendations that would be of interest to investors.

67.     I benchmark analyst coverage for Olo to the stocks in the NYSE/Nasdaq Universe (as discussed earlier).  On average, analyst coverage for the Company (based on Refinifiv I/B/E/S data) was between the 25th and 50th percentile of the stocks in the NYSE/Nasdaq Universe from 2016 to 2018, suggesting that analyst coverage for Olo common stock is greater than coverage for at least 25% of stocks that trade in the NYSE/Nasdaq Universe.[62]

68.     Consequently, analyst coverage of Olo common stock provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.

### Media Coverage

69.     During the one-year-long Class Period, there were over 1,300 news articles about Olo, including news that appeared in leading financial and trade publications, such as Bloomberg News, Bloomberg First Word, Business Wire, Dow Jones Newswires, Investor's Business Daily, PR Newswire, Reuters News, and Theflyonthewall.com.[63]  According to the SEC Edgar database, additional information about Olo common stock was distributed through over 40 SEC filings during the Class Period.  These filings include, among others, Current Reports on Form 8-K, Quarterly (Form 10-Q) and Annual (Form 10-K) Reports, and Proxy Statements.

70.     Consequently, media coverage of Olo provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.

---

[62]     *See* BST 2020 at Table 2, p.104.  What was earlier known as Thomson Reuters I/B/E/S is now known as Refinitiv I/B/E/S.

[63]     Based on searches in Bloomberg and Factiva for the period August 10, 2021 to August 11, 2022.  For Factiva, I searched (in May 2023) for the company "Olo Inc." and included all sources in English in the search.  The number of Factiva articles was 307.  For Bloomberg, I searched (in May 2023) using the ticker symbol "OLO" and searched for all sources with "medium" relevance. The number of Bloomberg articles was 1,001.

### iii)  Market Maker(s)

71.    The third indicator of an efficient market in *Cammer* references the presence of intermediaries making a market in a firm's common stock.[64]  Throughout the Class Period, Olo common stock was listed on the NYSE with the ticker symbol "OLO."[65]  The NYSE assigns a single Designated Market Maker ("DMM," as opposed to multiple market makers for Nasdaq-listed shares) to each common stock to provide liquidity to traders in that stock by standing ready to trade with them if no other market participants will.[66] This enables economically efficient trading and thus is an indicator of an efficient market in a firm's common stock.

72.    In my opinion, this third *Cammer* indicator provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.

### iv)  Form S-3 Eligibility

73.    The fourth indicator of an efficient market in *Cammer* references the eligibility of the company to file a Form S-3 with the SEC.[67]  According to *Cammer*: "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document. . . . It is this aspect of the Form S-3 requirements that calls into play the efficient market hypothesis."[68]

74.    At the time of the *Cammer* decision in 1989, a Form S-3 registration statement required firms to file periodic reports with the SEC for the three years prior and to have $150 million of stock held by non-affiliates (or $100 million of stock held by non-affiliates coupled with annual trading volume of 3 million shares per year).[69]

---

[64]    *See Cammer*, 711 F. Supp. at 1286-87.

[65]    *See* Olo's Form 10-K filed with the SEC on February 24, 2023, p.49.

[66]    *See* https://www.nyse.com/market-model (last accessed May 22, 2023)

[67]    *See Cammer*, 711 F. Supp. at 1287.

[68]    *See Cammer*, 711 F. Supp. at 1285 and n.33.

[69]    *See Cammer*, 711 F. Supp. at 1271.

75.     In the more than three decades since that decision, the SEC has changed the requirements for filing a Form S-3.  Among the current requirements for filing a Form S-3 registration statement are that a company has filed reports under the Exchange Act for 12 calendar months[70] and has an aggregate market value of common equity held by non-affiliates of $75 million or more.[71] Further, to file a Form S-3 registration statement, a company has to be organized under the laws of the United States or its territories.[72]

76.     The value of Olo common stock held by non-affiliates during the Class Period (*i.e.*, the public float) ranged between $775.9 million and $1,658.5 million, far exceeding the $75 million threshold requirement.  *See* **Exhibit 4**.  Olo was also organized and operated under the laws of the United States during the Class Period, satisfying the organizational requirement.  In addition, Olo filed a Form S-3ASR during the Class Period.[73]

77.     Olo's substantial public float, which met the requirement for filing Form S-3ASR, supports my opinion that Olo common stock traded in an efficient market during the Class Period.

---

[70]     Companies are not eligible to file a form S-3 with the SEC at any point during the first 12 months after their IPO. Olo completed its IPO on March 19, 2021, and therefore would not have been eligible to file form S-3 before March 20, 2022.  As discussed below, Olo filed form S-3ASR very soon after that date (on April 1, 2022). The "eligibility to file form S-3" criteria that is used in *Cammer* to assess market efficiency simply did not apply to Olo prior to March 20, 2022.

[71]     *See* SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933," General Instructions, updated January 2022, pp.2-4.

[72]     *See* SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933," General Instructions, updated January 2022, p.2.

[73]     *See* Olo Form S-3ASR filed with the SEC on April 1, 2022.  Firms can file an S-3ASR (ASR stands for automatic shelf registration) with the SEC if they are a "well known seasoned issuer." Olo qualified as a "well known seasoned issuer" because immediately prior to its shelf registration filing, it had greater than $700 million in publicly traded equity held by non-affiliates. *See* "Form S-3, Registration Statement under the Securities Act of 1933," updated January 2022, pp.5-6; 17 CFR §230.405.  The fact that Olo met this enhanced standard for filing an S-3ASR (and, therefore, was a "well known seasoned issuer") is, in my opinion, another factor strongly suggestive of a finding of market efficiency for Olo stock.

<u>*v)*</u>   <u>*Cause-and-Effect Relationship*</u>

78.    The fifth indicator of an efficient market in *Cammer* references a "cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."[74]  Financial economists use a variety of statistical tests to provide evidence of the existence of a cause-and-effect relationship consistent with market efficiency.[75]

<u>*a)*</u>   <u>*Reaction to Market-wide and Industry-wide Information*</u>

79.    The daily return market model discussed earlier in this Report (paragraphs 39 – 45) documents the "normal" relationship between the returns to Olo's common stock and the returns to a broad market index (the S&P 500 Index in this case) and the returns to an index representing stocks of companies in the same industry as Olo (the S&P 500 Information Technology Sector Total Return Index (SPTRINFT) in this case).  This market model for Olo shows that the daily returns to Olo's common stock have a strong relationship to movements in the general stock market, as well as movements in the industry (information technology) in which Olo operates.

80.    A measure known as the adjusted R-squared can be used to assess how well the variation in the independent variables (returns to the market index and the industry index) explain the variation in the day-to-day stock returns to Olo's common stock.[76]  In the market model for Olo, the adjusted R-squared is 29.1%, indicating that Olo's common stock price reacted to new market and industry information over the estimation period.[77]

---

[74]      *See Cammer*, 711 F. Supp. At 1287.

[75]      *See* Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5), December 1991, 1575-1617, p.1602.

[76]      For a discussion of R-squared and how it relates to market efficiency, *see*, *for example*, Sudipto Dasgupta, Jie Gan, and Ning Gao, "Transparency, Price Informativeness, and Stock Return Synchronicity: Theory and Evidence," *Journal of Financial and Quantitative Analysis*, 45(5), Oct. 2010, 1189-1220 at 1189-90.

[77]      If the market model regression is run without any dummy variables, the adjusted R-squared is 26.2%.

b)  *Event Study of "News" Days*

81.     In research that I coauthored in 2022,[78] I argue that this specific test of market efficiency is the most subjective of those used by economic experts in securities litigation.  To avoid such subjectivity, I chose an objective measure of "news."  In this test I focus on earnings announcements, which are some of the most important news events for a company soon after its IPO (which is the case for Olo and this Class Period). Since the Plaintiff alleges a one-year Class Period in this case, the Class Period will contain four quarterly earnings announcements.

82.     As I reviewed the market reaction to Olo's four quarterly earnings announcements in the Class Period, I noticed that in reaction to all four earnings announcements the market price of Olo's Class A common shares moved in a different direction in overnight trade than it did in trading during regular market hours on the next trading day.[79]  *See* **Exhibit 5**.  In other words, and using the terminology introduced in paragraph 48 above, the sign of the raw Close to Open return was exactly the opposite of the sign of the Open to Close return.  This pattern of overnight to regular-session price reversals led me to the decomposition of the daily returns to Olo's stock into its two components, as described in paragraphs 46 – 51 earlier in this Report.

83.     The coefficients on the four dummy variables in the market model regressions (Figures 2, 3, and 4) capture the effect of earnings "news" on the daily returns to Olo common stock and its components (*i.e.*, the returns to Olo common stock in the overnight market or in the regular market session the next trading day)  after controlling for the influence of market and industry returns on Olo's common stock.  I call these "earnings response coefficients."

84.     As can be seen in the regression output above (Figures 2, 3, and 4), all three regressions display statistically significant evidence (measured by the significance of the earnings

---

[78]     Narinder Walia and Micah Officer, "Evaluating Market Efficiency Arguments in Class Certification," *Law360 Expert Analysis – Corporate*, April 4, 2022.

[79]     All of Olo's earnings announcements in the Class Period took place after the market closed the day before.

response coefficients) that Olo's stock price reacted to earnings news on at least one (and often more) of the earnings announcement days in the Class Period.

85.     Specifically, in the Close to Close (*i.e.*, daily) return regression (Figure 2) one out of four earnings response coefficients is statistically significantly different than zero at the 1% level, in the Close to Open regression (Figure 3) three out of four earnings response coefficients are statistically significantly different than zero at the 1% level, and in the Open to Close regression (Figure 4) two out of four earnings response coefficients are statistically significantly different than zero at the 1% level.

86.     Given the fact that between one and three of the earnings response coefficients in Figures 2, 3, and 4 are statistically significant, when considered as a unified body of evidence, these regressions exhibit significant evidence that ". . . when the market received new information, it 'generally affect[ed]' the price."[80]

### c)    *Correlation Between Price Changes and Trading Volume*

87.     A strong empirical correlation between absolute stock returns and trading volume has been a facet of U.S. stock markets for many decades.[81] Economists interpret this as implying that new, value-relevant information about a company will be **both** priced into stock prices **and** cause greater than normal trading volume when investors have heterogeneous beliefs about the implications of that information for the firm in question.

88.     I calculate the correlation between reported trading volume in Olo common stock and absolute stock-price changes using both Olo's absolute returns and absolute excess returns. An "absolute return" means that the sign (or direction) of the return is ignored and only the magnitude of the return is taken into account.  Both Olo's absolute returns and absolute excess

---

[80]     *See In re: Petrobras Sec. Litig.*, 312 F.R.D. 354, 370 (S.D.N.Y. 2016).

[81]     For a survey of the literature, *see* Jonathan M. Karpoff, "The Relation Between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis* 22(1), March 1987, 109-126.

returns are regressed on (the natural log of) Olo's trading volume on a daily basis over the Class Period.

89.     Consistent with an efficient market, I find a strong, positive relationship between daily volume and the absolute value of the returns to Olo's common stock in both tests described in the prior paragraph. The t-statistics of 3.09 (absolute returns) and 2.76 (absolute excess returns), respectively, indicate that these two estimated coefficients are positive at the 1% significance level. *See* **Exhibit 6**.

90.     These results analyzing the correlation between price changes and trading volume provide support for my opinion that Olo common stock traded in an efficient market during the Class Period.

91.     All of the tests discussed above – (1) Olo's stock price reacting to market and industry information; (2) Olo's statistically significant price reactions to earnings announcements; and (3) a strong correlation between Olo's absolute returns and trading volume – provide robust support for my opinion that the fifth *Cammer* factor leads to the conclusion that Olo's common stock traded in an efficient market during the Class Period.

### *vi)    Summary of the Cammer factors*

92.     Olo's stock clearly meets the suggested thresholds from the academic literature and legal precedents for ***all*** the *Cammer* factors. This evidence is strongly supportive of a conclusion that Olo's common stock traded in an efficient market during the Class Period.

## B.  The *Krogman* Indicators for Market Efficiency

93.     I also analyze three additional indicators of market efficiency that have been accepted by the courts in opinions after *Cammer*: Specifically, from the *Krogman* opinion.[82]

---

[82]     *See* paragraph 57.

### i)   *Market Capitalization*

94.     A large equity market capitalization (price of the shares multiplied by the number of shares outstanding) is an indicator of market efficiency because large firms likely have more shareholders that have a greater incentive to collect and analyze information about the firm.[83] During the Class Period, Olo's market capitalization of Class A shares ranged from approximately $811.2 million to approximately $1,716.4 million, with an average of $1,173.5 million. *See* **Exhibit 4**.

95.     Olo's average market capitalization was between the 50th and 75th percentile of the stocks in the NYSE/Nasdaq Universe between 2016 and 2018, meaning that Olo's market capitalization was larger than at least 50% of stocks that trade in well-developed markets (such as the NYSE or Nasdaq).[84]

96.     In my opinion, Olo's market capitalization provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.

### ii)   *Bid-Ask Spread*

97.     Bid-ask spreads are one component of the cost of trading financial securities, as they provide an estimate of the instantaneous cost of a trade in a given stock. Specially, the "bid" is the highest price that a buyer (or DMM) is prepared to pay to buy the stock and the "ask" is the lowest price that a seller (or DMM) is prepared to accept to sell the stock.

98.     Given that a trader would be on the opposite side of either of those trades, the "ask" is the price that a trader could expect to pay to buy a share of stock at a point in time and the "bid" is the price that a trader could expect to receive when selling that same share of stock at the same point in time. At any one point in time, the ask is always higher than the bid. The bid-ask spread is, therefore, the immediate loss (expressed as a percent of the midpoint of the bid and ask prices,

---

[83]     *See Krogman*, 202 F.R.D. at 478.

[84]     *See* BST 2020 at Table 5, p.107.

and in absolute value terms) that a trader would incur if they bought and sold a share of stock simultaneously.

99.    The (percent) bid-ask spread is an indicator of market efficiency because the lower the bid-ask spread, the lower the costs of trading (because the bid-ask spread is the cost to the trader of an instantaneous round-trip trade). Lower costs of trading reduce impediments to trade, and therefore make it more likely that as new, value-relevant information enters the market that information is reflected in the price of the stock.

100.    The average bid-ask spread for Olo common stock during the Class Period was 0.11%. *See* **Exhibit 4**.

101.    Olo's average bid-ask spread is between the 25th and 50th percentiles for stocks in the NYSE/Nasdaq Universe for this measure of efficiency, suggesting that Olo's average bid-ask spread was lower (*i.e.*, lower costs of trading) than at least 50% of the stocks within the universe.[85]

102.    Based on this evidence, Olo's average bid-ask spread provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.

### *iii) Public Float*

103.    In *Krogman*, the court used the size of the public float (*i.e.*, shares **not** owned by insiders) as an indicator of market efficiency.[86] The public float is defined here using only Class A shares, because the concept of a public float is shares that are available for the public to trade. The public float is defined as 100% minus the proportion of Class A shares held by insiders.

104.    The percentage of shares held by insiders is reported by firms in their proxy statements accompanying annual meetings. Given that Olo's IPO was in March 2021, and the Class Period runs from August 10, 2021, through August 11, 2022, there is only one annual shareholder meeting in the Class Period: That for the 2021 fiscal year, for which the definitive

---

[85]    *See* BST 2020 at Table 3, p.105.

[86]    *See Krogman*, 202 F.R.D. at 478.

proxy was filed with the SEC by Olo on April 26, 2022.[87] In that proxy statement, directors and named executives are described as owning 1.9 million Class A shares.[88]  On average, 1.9 million Class A shares represents 3.2% of Olo's Class A common shares outstanding over the Class Period. Therefore, the public float (*i.e.*, shares outstanding minus shares held by insiders) was on average 96.8% of the Company's Class A shares outstanding over the Class Period.  *See* **Exhibit 4**.

105.    Given that such a substantial percentage of Olo's Class A common shares were available for trading by outside investors (and ***not*** owned by insiders), the public float of Olo common stock provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.

### *iv)* *Summary of the Krogman factors*

106.    Olo's stock clearly meets the suggested thresholds from the academic literature and legal precedents for ***all*** the *Krogman* factors. This evidence is strongly supportive of a conclusion that Olo's common stock traded in an efficient market during the Class Period.

## C. The *Winstar* Indicator for Market Efficiency

107.    I also analyze an additional indicator for market efficiency from the *Winstar* opinion – institutional investor holdings.[89]  A study by Barber et al. (1994) concludes that, in isolation, institutional holdings can be a valid indicator of market efficiency.[90]  Thomas and Cotter (2000) also argue that the level of institutional investors' ownership in a company's stock is an indicator market efficiency.[91]

---

[87]    *See* Olo's Form DEF 14A filed with the SEC on April 26, 2022.

[88]    *Ibid*, pp.42-45.

[89]    *See Winstar*, 290 F.R.D. at 449 n.16.

[90]    *See* Brad M. Barber, Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law* 19, Winter 1994, 285-312, p.302.

[91]    *See* Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems* 63(3), Summer 2000, 105-122, p.106.

108.    According to data from S&P Capital IQ, institutional investors[92] held an average of approximately 57.6% of the Company's Class A and Class B shares outstanding during the Class Period. *See* **Exhibit 4**. Institutional investors generally have significant experience in evaluating investments and assessing the effect of new information on the future prospects of a traded company's stock, and generally have a fiduciary duty to their own investors to make prudent, well-researched decisions about which companies to invest in.

109.    The average institutional ownership of Olo common stock as a percent of shares outstanding is between the 25th and 50th percentile of the stocks in the NYSE/Nasdaq Universe between 2016 and 2018 , implying that the proportion of institutional ownership of Olo's common stock is greater than over 25% of stocks that trade in the NYSE/Nasdaq Universe. This, again, provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.[93]

## D.  The *Polymedica* Indicators for Market Efficiency

110.    In addition to the factors discussed above, the court in *PolyMedica* considered several other factors as evidence of market inefficiency.[94]  I analyze these factors below.

### i)  *Autocorrelation*

111.    I conducted statistical tests to determine whether the returns to Olo's common shares exhibited "autocorrelation." Autocorrelation has been studied in the financial economics literature and accepted by the courts as being associated with tests of market efficiency.

112.    Autocorrelation in a stock's returns means that tomorrow's stock price movement (or return) can be systematically predicted with a degree of statistical confidence based solely on

---

[92]    S&P Capital IQ defines their source of institutional investor holdings as follows: Institutions shares held include ". . .  positions from 13F filings plus data aggregated from the mutual funds of non-13F filers. Excludes any positions held by non-US mutual funds managed by 13F filers."  Source: S&P Capital IQ.

[93]    *See* BST 2020 at Table 4, p.106.

[94]    *See* paragraph 57.

the price movement today.[95]  This ability to predict stock price movements may be a consequence of one of two problems.  First, the market may systematically overreact to new information, allowing investors to earn arbitrage profits by buying on days with bad news (or selling short on the days with good news) because there is a predictable reversal the next day (negative autocorrelation).  Second, the market may underreact to new, value relevant information, taking excessive time to incorporate new information in the stock's price.  Systematic underreaction to value relevant news would allow investors to earn arbitrage profits by buying on a day with good news and selling short on days with bad news (positive autocorrelation).

113.    The presence of statistically significant autocorrelation over short subperiods may also mean that there were instances in which there were consecutive days on which important news was disseminated.  Under these circumstances, statistically significant autocorrelation would not indicate that an arbitrage opportunity existed, but rather is caused by consecutive news days.

114.    To test for autocorrelation, I first performed a regression analysis over the Class Period of Olo common stock's daily returns on the returns from the previous day.  I find a positive coefficient of 0.13 with a t-statistic of 2.16, which is statistically significant at the 5% level. *See* **Exhibit 7**.  I also performed a regression analysis of Olo's daily common stock excess returns on the excess return from the previous day over the Class Period, and found a coefficient of 0.161 with a t-statistic of 2.61, which is also statistically significant at the 5% level.  *See* **Exhibit 7**.

115.    Next, I examine whether the positive and statistically significant coefficient is persistent and systematic or caused by a few ***outlier*** observations.  If I eliminate returns/excess

---

[95]     The lack of autocorrelation corresponds to the theory of random walk.  "The term 'random walk' is usually used loosely in the finance literature to characterize a price series where all subsequent price changes represent random departures from previous prices.  Thus, changes in price will be unrelated to past price changes."  *See* Burton G. Malkiel, "Efficient Market Hypothesis," in The New Palgrave: A Dictionary of Economics, Volume 2, E to J, ed. by John Eatwell, Murray Milgate and Peter Newman, The Macmillan Press Limited, 1998, pp.120-123.  *See also Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491, 506-07 (S.D. Tex. 2004); *In re Polymedica Corp. Sec. Litig.*, 453 F. Supp.2d 260, 276-77 (D. Mass 2006).

returns on August 25, 2021, May 12, 2022, and August 3, 2022, I observe the positive coefficient becomes statistically *insignificant* at the 5% level.[96]  This shows that there was no persistent or systematic autocorrelation during the Class Period and the initially observed results were simply caused by returns/excess returns on three dates (with extreme returns) and do not hold after removing those observations.  The lack of persistent and systematic autocorrelation in Olo common stock returns provides support for my opinion that Olo common stock traded in an efficient market during the Class Period.

### ii)    *Short Interest*

116.    The presence of short sellers is another indication of investor activity.  Investor activity is a key component of a well-functioning efficient market, and active short selling allows investors with negative views of the company's stock to trade on those opinions by selling the shares without buying them first (and thereby potentially profiting from a *decline* in the stock).  The level of short interest for Olo common stock during the Class Period averaged 6.5 million shares, which is 8.47% of the Company's common shares outstanding.  *See* **Exhibit 4**.

117.    The average short interest in Olo common stock as a percent of shares outstanding is between the 75th and 90th percentiles for securities in the NYSE/Nasdaq Universe during 2016-2018 for this measure of efficiency, meaning that the average short interest Olo common stock as a percent of shares outstanding was higher than 75% of the stocks within the universe.[97]

118.    In summary, high short (but not extreme) interest is an indication that short sellers are not constrained in expressing their negative opinions about the company through short selling.

---

[96]    The coefficients are 0.021 with a t-statistic of 0.32 for raw returns and 0.002 with a t-statistic of 0.02 for excess returns.  *See* **Exhibit 7**.  Because returns/excess returns on these three days are the lagged returns/excess returns for the following trading day, I eliminate six observations that include returns/excess returns on August 25, 2021, May 12, 2022, and August 3, 2022 in either the dependent variable or the lagged independent variable.  I note that the returns/excess returns on these three days ranged between 13% and 18%.

[97]    *See* BST 2020 at Table 6, p.107.

Therefore, high short interest as a percent of shares outstanding supports my opinion that Olo common stock traded in an efficient market during the Class Period.

### iii) Put-Call Parity

119.    Arbitrageurs can potentially profit from mispricing in a common stock by trading in combinations of call and put options on the stock **and** the stock itself.[98,99] In an efficient market, the various call and put options of a stock will be priced relative to one another (and relative to the stock itself) in such a way so that there would be no profit from arbitraging these securities (options, shares) against one another.

120.    Economists refer to this condition as put-call parity. Put-call parity is a theoretical relation between call and put option prices and stock prices that should hold because a portfolio can be constructed consisting of puts and calls plus risk-free bonds such that the return to that portfolio replicates the payoff from purchasing the common stock.  In finance, two things with the same payoffs (in this case, the aforementioned portfolio on the one hand and the common stock on the other) should sell for the same price.  Economists refer to this as a no-arbitrage condition.

121.    An American-style option (unlike European-style) can be exercised at any time during its life.  For American-style options (such as Olo's) on non-dividend paying stocks,[100] the put-call parity relation implies the following upper and lower bound on the prices of the put and call options such that:

---

[98]    A call option gives the holder the right, but not the obligation, to purchase the underlying security at a specific price (the "exercise price") on or before a specific date (the "expiration date"). A put option gives the holder the right, but not the obligation, to sell the underlying security at the exercise price on or before the expiration date.

[99]    *See*, Richard B. Evans, Christopher C. Geczy, David K. Musto, and Adam V. Reed, "Failure Is an Option: Impediments to Short Selling and Options Prices," *The Review of Financial Studies* 22, May 2009, 1955-1980, Sections 1.3 and 3.2.1.

[100]    Because Olo has never declared or paid cash dividends on its common stock, the present value of dividends, ordinarily a part of the put-call parity equation, is zero.

$$S - X \leq C - P \leq S - Xe^{-rt},$$

where S denotes the current price of Olo's common stock, X denotes the exercise (or "strike") price of the option, C is the call option price, P is the put option price, r is the risk-free interest rate, and t is the time to expiration of the options.[101]

122.    I ran an empirical test to determine whether Olo's common stock and exchange-traded options frequently violated the put-call parity relation during the Class Period. I obtained daily bid and ask prices for Olo's put and call options from IVolatility.[102] The IVolatility database includes daily open interest, volume, expiration date, exercise price, and bid and ask prices for exchange traded put and call options.[103]

123.    Risk-free interest rates are an important component of the equation in paragraph 121. I use the U.S. Treasury constant maturity rate with the closest maturity to the number of days to the expiration of the option.[104]

124.    I also evaluated the quality of the data from IVolatility by looking for observations for which (i) the bid price was greater than the ask price for the call option, put option, or common stock, and (ii) both the ask price and the bid price for the call option or the put option were zero for a given pair of options.[105] No observations were excluded based on these rules.

---

[101]    *See*, for example, John C. Hull, Options, Futures, and Other Derivatives, Sixth Edition, Prentice Hall, 2006, p. 215.

[102]    Available at http://www.ivolatility.com.

[103]    Open interest is the number of outstanding option contracts at a given point in time. In general, equity option contracts represent 100 shares of the underlying equity and option prices are quoted on a per-underlying share basis.

[104]    Interest rate data is obtained from the Federal Reserve Board database available at https://www.federalreserve.gov/datadownload/Download.aspx?rel=H15&series=bf17364827e38 702b42a58cf8eaa3f78&filetype=csv&label=include&layout=seriescolumn&from=01/01/1999&t o=06/01/2023. The following cut-offs are used in assigning interest rates to time to maturity: 1 to 60 days: 1-month rate; 61 to 136 days: 3-month rate; 137 to 273 days: 6-month rate; and 274 to 547 days: 1-year rate. I converted the interest rates to fit a continuous compounding equation (which the equation in paragraph 121 is) using the following formula: 2 * ln(1+r/2), where r is the interest rate based on semiannual compounding.

[105]    If either (i) or (ii) were met I would exclude that observation from the analysis.

125.    I tested both the upper and lower bounds of the equation in paragraph 121 using pairs of options with the same strike price and maturity, and with valid bid and ask prices on days on which bid and ask quotes for Olo's common stock were available.  Because these bounds come from a no arbitrage condition (see paragraph 121), the lower bound is tested using the *ask* price for call options and the *bid* prices for put options and the price of the stock.  The upper bound is tested using the *bid* price for call options and the *ask* prices for put options and the price of the stock.[106]

126.    The percent put-call parity violation is calculated as a percent of the midpoint of the bid-ask of Olo's common stock,[107] and I look for violations with rounded percent violations above a minimum threshold of 0.01%.  The results showed one violation of put-call parity out of the 11,849 option pairs (0.01%) during the Class Period.  This indicates that Olo's stock exhibited strong adherence to the put-call parity no-arbitrage condition, and hence market efficiency, during the Class Period.

### iv)    *Summary of the Polymedica factors*

127.    Olo's stock clearly meets the suggested thresholds from the academic literature and legal precedents for **all** the *Polymedica* factors.  This evidence is strongly supportive of a conclusion that Olo's common stock traded in an efficient market during the Class Period.

### VII.  COMMON CLASS-WIDE DAMAGES METHODOLOGY

128.    As discussed earlier in this Report, damages under Section 10(b) of the Exchange Act and SEC Rule 10b-5 are generally based on an out-of-pocket measure – the difference between

---

[106]    The lower bound is violated if $S^{bid} > C^{ask} - P^{bid} + D + X$; the upper bound is violated if $S^{ask} < C^{bid} - P^{ask} + Xe^{-rt}$.

[107]    The percent violation was calculated in relation to the bid-ask midpoint of Olo's common stock, specifically as the absolute value of: $\{\min[0, S^{ask} - (C^{bid} - P^{ask} + Xe^{-rt})] + \max[0, S^{bid} - (C^{ask} - P^{bid} + D + X)]\} / S^{bidask}$ (rounded to the nearest 0.01%).

the artificial inflation on the date of purchase and the artificial inflation on the date of sale.[108] Artificial inflation is defined as the difference between the actual share price and the "true" value of the share on each day in a class period, where the "true" value of the security is the value that reflects the information that the defendant(s) failed to disclose or misrepresented according to the complaint and the assumptions provided to the expert. In this Report, I am not providing an opinion as to the amount of damages in this matter.

129.    Damages experts often provide economic evidence to assist the finder of fact in determining whether or not certain misrepresented (or omitted) information is (or would have been) material, and the amount of losses caused when such information is revealed to the market. In general, losses that result from disclosure failures are revealed through "curative" or "corrective" disclosures that eventually bring an alleged disclosure failure and/or its economic effects to light.

130.    It is my understanding that, for Section 10(b) claims, plaintiffs are ultimately required to show a sufficient connection between the alleged misconduct and financial losses suffered by investors when the truth is revealed in a (at least partially) corrective disclosure. I refer to this as economic evidence of loss causation.[109]

131.    Damages experts typically primarily rely on event study analysis (described earlier in this Report) as the basis for their opinions concerning the magnitudes (and materiality) of the losses suffered by investors as a result of the Defendant's (of Defendants') alleged misconduct. The focus of event studies in securities litigation is predominantly on dates when information that corrects prior disclosure failures makes it into the market through (at least partially) corrective disclosures.

---

[108]    Damages are also limited by the 90-day look-back provision of the PSLRA. *See* paragraph 137 in this Report.

[109]    Although such evidence is generally not required prior to class certification.

132.    Negative price reactions from (at least partially) corrective disclosures can provide economic evidence of materiality and loss causation.[110]  The stock price change caused by a corrective disclosure is generally the best estimate of the change in the amount of artificial inflation present in the security on the date of the disclosure because the corrective disclosure removes artificial inflation from the market price of the stock in an efficient market.[111]

133.    As discussed earlier in this Report, for a statement that **omits** material information (as opposed to an affirmative misstatement, a statement containing misleading information for which such information was unanticipated or unexpected by the market), it is recognized and understood by scholars that a researcher would **not** expect to observe a price reaction on the day of the announcement that omitted the information in question.  By definition, an omission of material information means that critical, value relevant information **is not** disclosed to the market. An event study is designed to quantify the effect of **disclosed** information (and **not** undisclosed information).[112]

134.    Consequently, an event study is **not** used to assess disclosures that omit material information.[113]  The omitted information can still, however, result in a significant negative price reaction when it is ultimately disclosed.  Therefore, omitted information can cause the price of a security to be artificially inflated, and the amount of this artificial inflation can be captured by an

---

[110]    Mark Mitchell and Jeffrey Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49, February 1994, 545-590; and David Tabak and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 in <u>Litigation Services Handbook: The Role of the Financial Expert</u>, Third Edition, ed. by Roman L. Weil, Michael Wagner, and Peter Frank, Wiley, 2001.

[111]    The concept of market efficiency was also described earlier in this Report. *See* the discussion starting with paragraph 53.

[112]    David Tabak and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 in <u>Litigation Services Handbook: The Role of the Financial Expert</u>, Third Edition, ed. by Roman L. Weil, Michael Wagner, and Peter Frank, Wiley, 2001(emphasis added).

[113]    Frank Torchio, "Proper Event Study Analysis in Securities Litigation," *The Journal of Corporation Law* 35(1), Fall 2009, 159-168.

event study focused on the (at least partially) corrective disclosure that ultimately corrects the omission.

135.    As mentioned in the first paragraph of this section, damages in 10b-5 matters are usually measured as the out-of-pocket losses to an investor:

> [M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the Plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation.[114]

136.    For this matter, I will use this definition of out-of-pocket measure of losses as limited by the *Dura Pharms. Inc. v. Broudo*, 544 U.S. 336 (2005) decision.[115]  The Supreme Court decision in *Dura* states:

> . . . damages to which an investor is entitled are the actual price declines that occurred in response to corrective disclosures that occurred while the investor was holding the stock.  The investor is not compensated for the effects of any market- or nonfraud-related factors that lowered the value of her investment on days other than those with corrective disclosures.[116]

137.    The PSLRA places a limit on recoverable damages for shares purchased during the class period and sold or retained after the final partial corrective disclosure.  The PSLRA limit is

---

[114]    *See* Nicholas I. Crew, Kevin L. Gold, and Marnie A. Moore, "Federal Securities Acts and Areas of Expert Analysis," chapter 18 in Litigation Services Handbook: The Role of the Financial Expert, 4th edition, edited by Roman L. Weil, Peter B. Frank, Christian W. Hughes, and Michael J. Wagner, John Wiley & Sons (2007), p.18.6 (internal citations omitted).

[115]    *Dura* places a limitation on the damages a claimant can recover. Many scholars argue that *Dura* limits any recoverable damages to the dollar decline measured on the removal of any alleged inflation on partial corrective disclosure dates.  In addition, based on *Dura*, a claimant can only recover damages resulting from the purchase of a security if the securities purchased were not sold until after the alleged corrective disclosure (*i.e.*, although the measure of artificial inflation could, in certain circumstances, change daily and an economic loss due to that changing artificial inflation could be measured for transactions occurring before alleged corrective disclosures, such losses would not be considered legally recoverable).

[116]    David Tabak, "Inflation and Damages in a Post-*Dura* World," NERA Economic Consulting White Paper, September 25, 2007, p.9, internal citations omitted.

to be no greater than the difference between the price paid for the security and the average trading price over the 90 days subsequent to the final corrective disclosure (the "lookback period").[117]

## A. Using Event Studies to Analyze Information from (at Least Partially) Corrective Disclosures

138.    The first step in performing this part of the event study analysis is to identify disclosures that informed investors of the alleged misconduct and the ***direct and foreseeable economic effects of these corrective disclosures***.  Then the results of the event study analysis are used to (a) determine whether the identified disclosures resulted in statistically significant stock price declines and (b) quantify the per-share losses caused by the revelation of alleged disclosure failures.

139.    There are several important factors that should be considered when identifying which disclosures are relevant in securities litigation:

### i)    *Confounding Information*

140.    Confounding information refers to other information that affects the valuation of a stock and that enters the market around the same time as a corrective disclosure but is unrelated to the alleged disclosure failure or its foreseeable economic consequences.  Such news can also have an effect on the firm's stock price, but that effect needs to be disaggregated from the effect of the news in the disclosure (or another disclosure at the same time) that does correct an earlier misstatement or omission.

---

[117]    "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."  15 U.S.C. §78u-4(e) (1).

"[I]f the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period described in paragraph (1), the Plaintiffs' damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."  15 U.S.C. §78u-4(e) (2).

141.    The multi-factor market model is designed to "net out" from the subject company's stock returns the effects of simultaneous movements in market and industry indices so that the excess return should be largely free of any "confounding" macroeconomic and industry-specific news on that day.[118] If the analyst believes that confounding information outside of market-wide and industry-specific sources may still be present, there are several analyses that may help assess the potential magnitude of any confounding information.

142.    First, one should attempt to determine whether or not the confounding information is sufficiently material, *i.e.*, whether it would be expected to significantly change the subject firm's stock price when it is disclosed.  If it is found to be immaterial, then such confounding information should not affect the conclusion of an event study analysis.  Often, a researcher can analyze contemporaneous commentary by analysts and the media to help gauge the importance to investors of the information related to the disclosure failure relative to potentially confounding information. Sometimes the confounding information has economic implications that can be potentially measured or quantified independently from its effect on the subject company's stock returns.

143.    Second, one should determine if the confounding information was previously disclosed in full (or in part) to the market.  If this information has already been disclosed and fully incorporated into stock prices, then such potentially confounding information is unlikely to have been the cause of any stock-price changes measured on the day of the corrective disclosure.

144.    Third, if confounding information is disclosed at a different time of day than the corrective disclosure, intraday price movements can sometimes be used to differentiate the price responses to each piece of information.

---

[118]    This presumes that the subject company's disclosure did not substantially affect the stock prices of other firms in the industry.  If the company's disclosure was of such importance that it affected the prices for substantially all firms in its industry, then the industry return should not be used in the multi-factor market model: To do so would artificially mask the true effect of the information on the company's stock price.  This is sometimes referred to as a "contagion effect."

145.    Fourth, fundamental financial analysis (such as discounted cash flow or comparable companies analysis) can be used to differentiate the price responses to each piece of information.

146.    Although this is not meant to be an exhaustive list, the aforementioned techniques are some of the ways that researchers can attempt to deal with value-relevant and potentially timely confounding information.  If confounding information is present and material, then the researcher must attempt to exclude the effect of the confounding news so that it is not included in the quantification of investor losses and artificial inflation.

### ii)    Economic Correspondence

147.    As discussed above, losses that result from disclosure failures are revealed through the release of "corrective" information that eventually brings the alleged disclosure failure and/or its economic effects to light.  If the new information disclosed is sufficiently economically equivalent to the information alleged to have been previously misrepresented and/or omitted, then the information is said to (at least partially) correct the previous misrepresentation and/or omission.[119]

148.    Corrective disclosures can be initiated by the issuers of the securities in dispute in the case, or from various other sources (securities analysts, rating agencies, news media, regulators, whistleblowers, activist shareholders, etc.).  Under the efficient market hypothesis discussed earlier in this Report, the market will generally react quickly to the release of **new, value relevant** information.

149.    However, measuring the effect of a disclosure of **complex** information will sometimes require the consideration of subsequent, related, or follow-on disclosures, such as reports or statements by expert analysts and additional media reports.

---

[119]    Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review* 37, June 1990, 883-924, at 894.

150.    I refer to the concept of "economic correspondence" as the extent to which disclosures of information later in time connect to (or correspond with) the alleged earlier misrepresentations (or omitted information) or the reasonably foreseeable economic consequences thereof (*i.e.*, the alleged disclosure failure).  Economic correspondence means that the economic content and substance of the information disclosed accords with the economic content and substance (and the foreseeable economic effects) of the misrepresentations and misconduct alleged by the plaintiffs in securities litigation.

151.    In securities litigation, it is rare to find language in a corrective disclosure that is **identical** to the language in the alleged misrepresentations.  A cursory comparison of the language in a corrective disclosure to that in a complaint may suggest that the corrective disclosure "over-corrects" or "under-corrects" the disclosure failure at issue.

152.    Whether the information in a disclosure over-corrects or under-corrects, however, cannot be determined by merely comparing a literal reading of the language from a corrective disclosure with the language describing the disclosure failures or alleged misrepresentations in a complaint.  Rather, the answer requires an analysis of how investors, analysts, the media, and others translate the language of a disclosure into financial consequences for the company.  That is, it requires consideration as to how the market processes information from a disclosure and forms a consensus of the consequences from that disclosure.

### iii)  Direct and Foreseeable Consequences

153.    Direct and foreseeable economic consequences refer to whether the ultimate effects or consequences of a corrective disclosure correcting an alleged misrepresentation could have been reasonably anticipated or predictable.  The literature discusses the concept of foreseeability within the fundamentals of loss causation for financial expert witnesses.[120]  There are some judges'

---

[120]    *See* Joshi, Madrid, Mulholland, "Causation Issues and Expert Testimony, The

opinions that allude to acceptance of foreseeability regarding consequential damages as a basis for losses from disclosure failures.[121]

154.    One common example of foreseeable consequences in securities litigation concerns the loss of management credibility due to the disclosure failure.[122]  Generally, top executives at publicly traded corporations are sophisticated and knowledgeable.  Therefore, top executives could anticipate that if they fail to disclose important and relevant information to investors and the disclosure failure is later discovered, the market could well reduce the firm's stock price because of perceived lack of credibility stemming from the disclosure failure (in addition to the direct effect of the true financial information hidden by the disclosure failure).

155.    Put another way, the revelation that management withheld information, when discovered, can have significant negative effects on the stock in excess of the direct effect from the revelation of the previously undisclosed information. In my view, this approach is appropriate and proper to answer the question of what losses were caused by the disclosure failures in securities cases.

### iv)    Length of the Event Window

156.    The length of the event window used to measure the full effect of new information on a company's stock price is often an important consideration.  It is common to use windows of

---

Fundamentals of Causation," Litigation Services Handbook: The Role of the Financial Expert, 5th Ed., ed. by Roman L. Weil, Daniel G. Lentz, and David P. Hoffman, p.3.4.

[121] *Garnatz v. Stifel, Nicolaus & Co*., 559 F.2d 1357, 1361 (8th Cir. 1977); *DCD Programs v. Leighton*, 90 F.3d 1442, 1449 (9th Cir. 1996); and *The Ambassador Hotel Co., Ltd. v. Wei-Chuan Inv.*, 189 F. 3d 1017, 1030 (9th Cir. 1999).

[122]    Some argue that damages should not include any losses attributable to impaired management credibility that results from the disclosure failures.  This is based on a legal theory that a drop in share price value stemming from diminished management credibility, even if directly caused by the disclosure failures, is a form of collateral damage and should not be included in a damage award to harmed shareholders. *See* Frederick Dunbar and Arun Sen, "Counterfactual Keys to Causation and Damages in Shareholder Class Actions," *Wisconsin Law Review*, 2009, 199-242; Bradford Cornell and James Rutten, "Collateral Damage and Securities Litigation," *Utah Law Review* 3, 2009, 717-747.

one or two trading days depending on the information that is being disclosed and **when** it is disclosed (*i.e.*, before the market open or after the market close).  But a window of more than two days can also be appropriate in certain circumstances.  The determination of the appropriate length of an event window used to measure the full effect of new information on a company's stock price is dependent on case-specific circumstances such as the complexity of the disclosure, the extent of its distribution and dissemination among the investing public, whether or not the Defendants are denying or otherwise influencing the market's interpretations of the information, as well as the degree to which additional information from securities analysts and other commentators is forthcoming in subsequent hours or days.

157.    If a particular material disclosure continues to generate analyst commentary and additional news stories beyond the first event day and excess returns (or cumulative excess returns) are statistically significant in active trading, then the researcher should consider lengthening the event window to include the effects of this continued market response.  Otherwise, improperly excluding a day with a significant negative excess return can understate damages and improperly excluding a day with a significant positive excess return can overstate damages.

  *v)*  *Truth-on-the-Market*

158.    "Truth-on-the-market" means that information identified in a disclosure (that potentially corrects the alleged misrepresentation(s)) has already been fully disclosed and, therefore, is already in the total mix of publicly available information and likely already incorporated into the market price of the company's stock.[123]  If the information that corrects the misrepresentations and/or omissions has already been fully disclosed so that the market price has

---

[123] *See* Daniel Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer* 38, November 1982, p.6: ". . . a particular piece of information may appear to be important to investors when in fact it is not.  ***This could be true because the information is stale (previously available and therefore embedded in the market price)*** or because the information was not credible and was therefore disregarded by the market." (emphasis added).

already adjusted to this news, then the same news cannot be argued to later be the cause of any stock-price changes, all else held equal.

159.    An economic analysis of truth-on-the-market requires that "new" information must be analyzed, not only the specific language and economic content, but in the economic context of the disclosure.[124]  The economic context is comprised of the relevant facts and circumstances that surround the disclosure, which allows the researcher to assess the likely interpretation of that disclosure by the market.

160.    There are cases in which subsequent (corrective) disclosures by a company appear to contain ostensibly the same information as prior (corrective) disclosures. There are a myriad of subtle ways in which information disclosed later in time may be ***accretive*** to the public information set, and, therefore, the market price of the security reacts (positively or negatively) to what appeared to be redundant information. Appropriately considered, the market price reaction to information can be *prima facie* evidence of new information being released to the market.  While the content of two disclosures (one earlier in time, one later in time) may appear similar, the economic context may not be if there is an appropriately examined price reaction to the later disclosure.

161.    Similarly, it may be incorrect to conclude that a prior disclosure of a potential risk exposure (or factor) constitutes "truth-on-the-market" when a later disclosure still causes the stock price to react because the true degree of economic exposure to that risk factor was withheld from the market by managers. Economic analysis of truth-on-the-market requires an analysis of the content, context, and source of disclosures so the researcher may correctly determine the interpretation by the market of the disclosure.

---

[124]    Lucy Chang, "The Truth-on-the-Market Defense and its Relevance in SEC Enforcement Actions," *Law and Contemporary Problems* 76(3/4), 2013, 341-365, at 348-349.

## B. Measuring Artificial Inflation

162.    In general, losses per share caused by disclosures correcting alleged misrepresentations and/or omissions are translated into ***artificial inflation*** on a per share basis for each day of a class period.  Thus, artificial inflation is computed by starting with the losses measured from the declines in the stock price in reaction to each identified corrective disclosure.[125] As discussed earlier, corrective disclosures are relevant disclosures that (at least partially) reveal the disclosure failures to the market.  Artificial inflation for each day is then determined by working backward from the dates of the measured losses from identified corrective disclosures to the beginning of the class period.[126]

## C. How the Methodology for Calculating Class-Wide Damages Would Be Applied in This Case

163.    If a class is certified by the court in this matter, I could, if requested, calculate damages on a class-wide basis by applying the principles and methodologies discussed above.

164.    A primary aspect of that analysis would be analyzing Defendants' alleged misstatements and/or omissions, as well as any public disclosures that ultimately apprised the market of facts that were previously misstated or concealed.

165.    Plaintiff alleges the Defendants misrepresented the number of restaurant locations they were providing services to in Olo's active locations category and failed to make a timely disclosure of the fact that its relationship with Subway (its largest customer) was ending (at the customer's behest).[127]

---

[125]    These corrective disclosures generally occur toward the end of a class period in most 10b-5 cases.

[126]    Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review* 37, June 1990, 883-924; David Tabak and Chudozie Okongwu, "Inflation Methodologies in Securities Fraud Cases: Theory and Practice," NERA White Paper, July 2002; David Tabak, "Loss Causation And Damages in Shareholder Class Actions: When It Takes Two Steps To Tango," NERA White Paper, May 2004; David Tabak, "Inflation and Damages in a Post-*Dura* World," NERA White Paper, September 2007.

[127]    Complaint, ¶¶11,15.

166.    Specifically, Plaintiff alleges:

(i) "Olo prematurely included individual restaurant locations in its active locations count before those locations had actually begun utilizing *any* of Olo's products. . . . Olo had a policy of including *all* individual restaurant locations in its active locations count after the new brand client signed with Olo, but before many of the individual brand locations were ever truly 'active.'" [128]

(ii) "Olo failed to remove inactive locations from the Company's active locations count . . . On multiple occasions, individual locations, which continued to be counted in Olo's active locations category, turned *off* their Olo products and therefore were not truly "active," but were included in the count nonetheless."[129]

(iii) "(N)ot all brand locations joined Olo's platform, despite Defendant Glass' misstatement that 'we [Olo] sell into one brand decision maker and then we[']re adopted by *all* of the restaurant locations within that brand . . .' In truth, individual locations often opted not to use Olo's technology." [130]

(iv) "Defendants also misled the public by failing to disclose that Subway would be ending its relationship with Olo while still continuing to include in Olo's active locations count Subway locations that would imminently cease using Olo's services. Without Subway, the Company's largest client, it became highly unlikely if not impossible for Olo to meet the lofty goals and guidance it announced." [131]

167.    Plaintiff alleges that these previous false or misleading public statements by Defendants were corrected coincident with their earnings release after the close of trading on Monday, August 11, 2022.

168.    If I were requested to estimate damages in this case, I would use an event study analysis of the corrective disclosure to determine whether the information disclosed in the corrective disclosure did alert the market to previously undisclosed (or misrepresented) new, value relevant (*i.e.*, material) information concerning Olo common stock.

---

[128]    Complaint, ¶12. Emphasis in original.
[129]    Complaint, ¶13. Emphasis in original.
[130]    Complaint, ¶14. Emphasis in original.
[131]    Complaint, ¶15.

169.    I would then address loss causation: Did the new information in the corrective disclosure have sufficient economic correspondence with, or connection to, the information that Plaintiff alleges to have been misrepresented and/or omitted by the Defendants in the Class Period, and did this corrective disclosure result in economic losses suffered by investors?[132]

170.    After assessing loss causation, I would then calculate artificial inflation per share during the Class Period, as well as class-wide damages per share (again, assuming the Plaintiff will prevail on liability issues at trial) based on the per-share inflation and applying the PSLRA limitations discussed earlier.

171.    It is my opinion that such an analysis, applying the principles and methodologies discussed above, can be reliably executed on a class-wide basis using the same methodology for all putative class members, who are purchasers of Olo common stock during the Class Period. Based on the artificial inflation ribbon that I would create (measuring artificial inflation for every day in the Class Period), one can then calculate the out-of-pocket losses for any and all Class members by, generally speaking, comparing the artificial inflation at purchase to the artificial inflation at sale, controlling for price and PSLRA limitations.

172.    The precise formula for calculating out-of-pocket losses (*i.e.*, damages) for each transaction by a Class member purchased during the Class Period would be as follows:

1)    For each share purchased during the Class Period and sold prior to the only corrective disclosure alleged by the Plaintiff, damages are zero.

2)    For each share purchased during the Class Period, and sold after the corrective disclosure alleged by Plaintiff, damages are equal to the lesser of (but not less than zero): a) artificial inflation at purchase; or b) purchase price minus the PSLRA price, where the PSLRA price is the rolling average price on the sale date if sold during the 90-day lookback period or, if the share is still held as of 90 days after the end of the Class Period, the average price during the 90-day lookback period.

---

[132] As with all damages analyses in securities cases, I would assume that Plaintiff is able to prove at trial that its allegations are true. In other words, such analysis would be conducted assuming that the Plaintiff's allegations are correct.

173.    While the specific inputs of this formula may differ between Class Members conditional on whether, and when, they purchased and sold their Olo common stock, the methodology (the essential element of which is measuring artificial inflation) is common to the Class and would be applied consistently across the putative class. There are no individual issues that need to be taken account of for individual Class Members. Importantly, artificial inflation (the key aspect of the damages methodology) would be measured in ***exactly the same way*** for the entire Class, with the specifics of damage calculations for Class Members only differing by which day they bought and sold or still held their Olo common stock.

I certify that, to the best of my knowledge and belief:

– the statements of fact contained in this Report are true and correct;

– the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions and conclusions;

– I have no present or prospective interest in the parties to this case, and I have no personal interest or bias with respect to the parties involved; and

– my compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this Report.

I declare, under penalty of perjury, that the foregoing is true and correct.

June 5, 2023
Date

Micah S. Officer

**List of Exhibits**

| | |
|---|---|
| **1** | Micah S. Officer Resume |
| **2** | Materials Relied Upon |
| **3** | Daily Trading Statistics for Olo Common Stock |
| **4** | Market Efficiency Statistics for Olo Common Stock |
| **5** | Olo Common Stock Returns on Earnings Dates |
| **6** | Regression Results of Absolute Value of Olo Common Stock Returns on Trading Volume |
| **7** | Results of Tests for Autocorrelation in Daily Olo Common Stock Returns |

**Exhibit 1**

# Micah S. Officer

7524 Westlawn Ave
Los Angeles, CA 90045

Phone: (310) 801-6716
email: micah@officer-consulting.com

*Education*

**University of Rochester, Rochester, NY**

Ph.D. (Finance), William E. Simon Graduate School of Business Administration, 2002

*Dissertation*: Contractual features of merger agreements
*Committee*: Gregg A. Jarrell, G. William Schwert (Chair), Clifford W. Smith, Jr.

M.S. (Applied Economics), William E. Simon Graduate School of Business Administration, 1999

**University of Auckland, Auckland, New Zealand**

Bachelor of Commerce (Finance and Economics), 1996

*Academic Appointments*

**Loyola Marymount University, College of Business Administration**

*Professor (with tenure)*, Finance, May 2011 – Present
*Associate Professor (without tenure)*, Finance, May 2009 – May 2011

**University of California Los Angeles, Anderson School of Management**

*Visiting Professor*, Finance, April 2014 – June 2014

**University of Southern California, Marshall School of Business**

*Assistant Professor*, Finance and Business Economics, July 2001 – May 2009

**University of Rochester, William E. Simon Graduate School of Business Administration**

*Lecturer*, Corporate Finance, 1999 – 2000

*Teaching*

**Loyola Marymount University, College of Business Administration**

*Executive MBA* (all courses: introduction and advanced finance); *Mergers and acquisitions* (MBA and undergraduate); *Corporate financial policies and strategies* (MBA); *Introduction to corporate finance* (undergraduate); *Valuation and financial modeling in Excel* (undergraduate)

**University of California Los Angeles (UCLA), Anderson School of Management**

*Mergers and acquisitions* (Full-time and fully-employed MBA)

**University of Southern California, Marshall School of Business**

*Executive MBA* (all courses: introduction and advanced finance); *Corporate financial policies and strategies* (MBA and undergraduate); *Introduction to corporate finance* (undergraduate); consulted with various external clients (including Allergan, East-West Bank, and Pelican Products) teaching short-course, non-degree finance courses to executives (typically day-long seminars)

**University of Rochester, William E. Simon Graduate School of Business Administration**

*Corporate financial policies and strategies* (MBA)

*Expert depositions and testimony*

Expert Witness, Entwistle & Cappucci LLP, 2023 – present

- ❖ In RE Pattern Energy Group Inc. Securities Litigation, U.S. District Court 1:20-cv-00275
- ❖ *Securities litigation* concerning material omissions in proxy documents filed by the Defendants
- ❖ Filed one expert report
- ❖ Subject to deposition (April 3, 2023)

Expert Witness, Grant & Eisenhofer, 2022 – present

- ❖ Schwab Capital Trust, et al. v. Celgene Corporation, et al., U.S. District Court 2:20-cv-3754
- ❖ *Securities litigation* concerning material continuing omissions by the Defendants
- ❖ Filed two expert reports
- ❖ Subject to deposition (March 29, 2023)

Expert Witness, Wolf Popper LLP, 2022

- ❖ Valelley, et al. v. Merrill Lynch; U.S. District Court 1:19-cv-07988
- ❖ Litigation concerning *breach of contract* for retirement savings accounts
- ❖ Filed two expert reports
- ❖ Subject to deposition (April 13, 2022)

Expert Witness, Robbins Geller Rudman & Dowd LLP, Robbins Arroyo LLP, and Robbins LLP, 2017 – present

- ❖ B&R Supermarket, Inc., et al. v. Visa, Inc., et al.; U.S. District Court 1:17-cv-02738
- ❖ *Antitrust litigation* concerning collusion in the U.S. consumer payment card market
- ❖ Filed six expert reports
- ❖ Subject to deposition (three times: March 4, 2022, September 28, 2018, and April 5, 2017)

Expert Consultant, Robins Kaplan LLP and Scott + Scott LLP, 2008 – 2014

- ❖ Kirk Dahl, et al. v. Bain Capital Partners LLC, et al.; U.S. District Court 1:07-cv-12388
- ❖ *Antitrust litigation* concerning collusion by financial sponsors in the U.S. market for acquisitions
- ❖ Filed four expert reports

Senior Consultant, Charles River Associates. *Various litigation assignments*, 2009 – 2016

External Consultant, Andersen Consulting, *Financial Engineering and Value Creation in the eEconomy*, 2000

*External service and awards*

Board member, *Dogswell* (a medium-sized pet-food company that was a portfolio firm of TSG Consumer Partners), 2013 – 2014

Associate Editor, *Journal of Financial Economics* (March 2006 – June 2021)

Ad Hoc Referee for *Journal of Financial Economics*, *Journal of Finance*, *Review of Financial Studies*, *Journal of Financial and Quantitative Analysis*, *Journal of Corporate Finance*, *Journal of Banking and Finance*, *Journal of Financial Intermediation*, *Journal of Financial Markets*, *Financial Management*, *Journal of Law and Economics*, *European Economic Review*, and *Journal of Accounting and Economics*

Fama/DFA Prize for Capital Markets and Asset Pricing (First Place, 2008)

Superior Teaching Award, University of Rochester, 1999 and 2000

Olin Fellowship, University of Rochester, 1997, 1999 – 2000

Simon Graduate School of Business Administration Fellowship, 1996 and 1998

*Publications*

1. Termination fees in mergers and acquisitions. *Journal of Financial Economics* 69 (2003), pp.431-467

   - ❖ **Reprinted in Corporate Takeovers: Modern Empirical Developments, Elsevier Academic Press, edited by Espen Eckbo**

2. Collars and renegotiation in mergers and acquisitions. *Journal of Finance* 59 (2004), pp.2719-2743

3. The market pricing of implicit options in merger collars. *Journal of Business* 79 (2006), pp.115-136

4. The price of corporate liquidity: Acquisition discounts for unlisted targets. *Journal of Financial Economics* 83 (2007), pp.571-598

5. Are performance based arbitrage effects detectable? Evidence from merger arbitrage. *Journal of Corporate Finance* 13 (2007), pp.793-812

6. Inter-firm linkages and the wealth effects of financial distress along the supply chain (with M. Hertzel, Z. Li, and K. Rodgers). *Journal of Financial Economics* 87 (2008), pp.374-387

> ❖ **Winner of the Fama-DFA Prize for the Best Paper Published in the J***ournal of Financial Economics* **in the Areas of Capital Markets and Asset Pricing (First place, 2008)**

7. Target-firm information asymmetry and acquirer returns (with A. Poulsen and M. Stegemoller). *Review of Finance* 13 (2009), pp.467-493

8. The variability of IPO initial returns (with M. Lowry and G. W. Schwert). *Journal of Finance* 65 (2010), pp.425-465

> ❖ **Lead article**

9. Club deals in leveraged buyouts (with O. Ozbas and B. Sensoy). *Journal of Financial Economics* 98 (2010), pp.214-240

10. Overinvestment, corporate governance, and dividend initiations. *Journal of Corporate Finance* 17 (2011), pp.710-724

11. Directors' and officers' legal liability insurance and acquisition outcomes (with C. Lin and H. Zou). *Journal of Financial Economics* 102 (2011), pp .507-525

12. Industry contagion in loan spreads (with M. Hertzel). *Journal of Financial Economics* 103 (2012), pp.493-506

13. Acquisitions driven by stock overvaluation: are they good deals? (with F. Fu and L. Lin). *Journal of Financial Economics* 109 (2013), pp.24-39

14. Directors' and officers' liability insurance and loan spreads (with C. Lin, R. Wang, and H. Zou). *Journal of Financial Economics* 110 (2013), pp.37-60

15. Does freezing a defined benefit pension plan affect firm risk? (with H. Choy and J. Lin). *Journal of Accounting and Economics* 57 (2014), pp.1-21

> ❖ **Lead article**

16. The totality of change-in-control payments (with D. Offenberg). *Journal of Corporate Finance* 29 (2014), pp.75-87

17. Method of payment and risk mitigation in cross-border mergers and acquisitions (with P. Huang and R. Powell). *Journal of Corporate Finance* 40 (2016), pp.216-234

18. Managerial risk-taking incentives and merger decisions (with C. Lin and B. Shen). *Journal of Financial and Quantitative Analysis* 53 (2017), pp.643-680

19. Intellectual property rights and cross-border mergers and acquisitions (with A. Alimov). *Journal of Corporate Finance* 45 (2017), pp.360-377

20. The effect of cultural similarity on mergers and acquisitions: Evidence from corporate social responsibility (with F. Bereskin, S. Byun, and J. Oh). *Journal of Financial and Quantitative Analysis* 53 (2018), pp.1995-2039

21. Large wealth creation in mergers and acquisitions (with E. Fich and T. Nguyen). *Financial Management* 47 (2018), pp.953-991

22. Is skin in the game a game changer? Evidence from mandatory changes of D&O insurance policies (with C. Lin, T. Schmid, and H. Zou). *Journal of Accounting and Economics* 68 (2019)

23. The relation between equity misvaluation and stock payment in mergers is spurious (with E. de Bodt and J. Cousin). Forthcoming, *Critical Finance Review* (2020)

24. The Oscar goes to…: High-tech firms' acquisitions in response to rivals' technology breakthroughs (with I. Chen, P. Hsu, and Y. Wang). *Research Policy* 49 (2020)

25. Rethinking measures of M&A deal premiums (with G. Eaton and T. Liu). *Journal of Financial and Quantitative Analysis* 56 (2021), pp.1097-1126

26. Peer selection and valuation in mergers and acquisitions (with G. Eaton, F. Guo, and T. Liu). *Journal of Financial Economics* 146 (2021), pp.230-255

27. Financial constraints, ownership dilution, and the method of payment in M&A transactions (with E. de Bodt and J. Cousin). *Journal of Corporate Finance* 75 (2022)

May 2023

*Invited presentations*

**2023:** Wayne State University (virtual), University of Ottawa (in person), University of California Riverside (in person)

**2022:** University of Missouri (in person), Hong Kong Baptist University (virtual), University of New South Wales (in person), Deakin University (in person), University of Melbourne (in person), University of Ottawa (in person)

**2021:** Clemson (virtual), University Paris Dauphine (virtual), University of Oklahoma (virtual), Yonsei University (virtual)

**2020:** Skema Business School (virtual)

**2019:** George Washington University, University of Melbourne, Deakin University, Monash University, Securities and Exchange Commission, University of Ottawa

**2018:** University of California Riverside, University of Nevada Las Vegas

**2017:** University of Ottawa, University of Queensland, University of New South Wales, University of San Diego

**2016:** Baylor University, Washington State University, University of Houston, University of Amsterdam, Norwegian School of Economics, Yuan Ze University, National Taiwan University, University of Pittsburgh

**2015:** University of Arizona, University of Hong Kong, Sabanci University, Koc University, Bilkent University

**2014:** Queen's University, University of Delaware, City University London, University of Alabama

**2013:** Chinese University of Hong Kong, University of Melbourne, Texas Christian University

**2012:** University of New South Wales, University of Hong Kong

**2011:** National University of Singapore, Singapore Management University, University of Melbourne, Cal State (Fullerton)

**2010:** Drexel University, Loyola Marymount University, University of South Florida

**2009:** Chapman University, Loyola Marymount University, University of California Riverside

**2008:** Cal State (Fullerton), Fordham University, Washington University in St Louis

**2007:** Boston College, Cal State (Fullerton), Claremont McKenna College, College of William and Mary, University of Alberta, University of Kentucky

**2006:** Arizona State University, Penn State University, University of Arizona, University of Georgia

**2005:** Arizona State University, Texas Tech University

**2004:** University of Arizona

**2003:** University of Auckland

**2002:** Arizona State University, Claremont McKenna College, UCLA (Fred Weston Conference), University of Washington

**2001:** Boston College, Emory University, University of North Carolina, University of Notre Dame, University of Oregon, University of Pittsburgh, University of Southern California

**Conferences:**

**Presenter**    *American Finance Association meetings*, 2013 (San Diego), 2017 (Chicago), 2020 (San Diego)
*Western Finance Association meetings*, 2003 (Cabo San Lucas)
*European Finance Association meetings*, 2003 (Glasgow), 2009 (Bergen), 2011 (Stockholm), 2018 (Warsaw)
*Financial Management Association meetings*, 2019 (New Orleans)
*Financial Research Association meetings*, 2018 (Las Vegas)
*Frontiers of Finance meetings*, 2006 (Bonaire)
*Asian Financial Management Association meetings*, 2006 (New Zealand), 2008 (Yokohama, Japan)
*China International Conference in Finance*, 2006 (Xi'an, China), 2008 (Dalian, China)
*University of Oregon Conference on Corporate Finance*, 2006 (Eugene)
*13th Mitsui Symposium at University of Michigan*, 2007 (Ann Arbor)
*2nd Singapore International Conference on Finance*, 2008 (Singapore)
*ISCTE Business School Annual Finance Conference*, 2009 (Portugal)
*City University of Hong Kong Finance Conference*, 2009, 2010, 2011, 2012, 2018
*European Center for Corporate Control Studies Workshop*, 2012, 2014, 2016, 2018 (France)
*Claremont McKenna College Southern California Finance Conference,* 2014
*Telfer Annual Conference on Accounting and Finance*, 2016 (Ottawa)

May 2023

*Telfer MBA Conference on Mergers and Acquisitions*, 2017 (Ottawa)
*Midwest Finance Association meetings*, 2018
*Cass Mergers and Acquisitions Research Centre Conference,* 2020, 2022, 2023 (London)

**Discussant**   *American Finance Association meetings*, 2005 (Philadelphia), 2006 (Boston), 2008 (New Orleans), 2009 (San Francisco), 2010 (Atlanta), 2012 (Chicago), 2014 (Philadelphia), 2016 (San Francisco), 2021 (virtual)
*Western Finance Association meetings*, 2008 (Hawaii), 2009 (San Diego)
*European Finance Association meetings*, 2002 (Berlin), 2012 (Copenhagen), 2013 (Cambridge), 2014 (Lugano), 2015 (Vienna), 2017 (Mannheim), 2019 (Lisbon)
*Financial Management Association meetings*, 2010 (New York)
*15th Annual FEA Conference*, 2004 (Los Angeles)
*Financial Research Association meetings*, 2004, 2017 (Las Vegas)
*Financial Management Association European meetings*, 2005 (Siena)
*Asian Financial Management Association meetings*, 2006 (New Zealand), 2008 (Yokohama, Japan)
*China International Conference in Finance*, 2006 (Xi'an, China), 2008 (Dalian, China)
*ISCTE Business School Annual Finance Conference*, 2009 (Portugal)
*3rd Singapore International Conference on Finance*, 2009 (Singapore)
*City University of Hong Kong Finance Conference*, 2009, 2010, 2011, 2012, 2018 (Hong Kong)
*Washington University 7th Annual Conference on Corporate Finance*, 2010 (St Louis)
*Drexel University 5th Annual Conference on Corporate Governance*, 2012 (Philadelphia)
*Cass Mergers and Acquisitions Research Centre Conference,* 2018, 2019 (London)

# Exhibit 2
# Materials Relied Upon

## Olo Inc. News, Disclosures and Analyst Reports

Olo Inc. filings with the U.S. Securities and Exchange Commission (SEC).
Analyst reports on Olo Inc. during the Class Period provided by Counsel.
Count of news articles of Olo Inc. during the Class Period, searched through Bloomberg and Factiva.
List of analyst reports on Olo Inc. during the Class Period, available through S&P Capital IQ and
Refinitiv Eikon Databases.

## Court Documents

Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws, January 13,
2023.
Brief of Financial Economists as Amici Curiae in Support of Respondent for the Supreme Court of the
United States, *Amgen, Inc., et al. v. Connecticut Retirement Plans and Trust Funds*.
Brief of Financial Economists as Amici Curiae in Support of Respondents for the Supreme Court of the
United States, *Halliburton Co. v. Erica P. John Fund, Inc.*, February 5, 2014.
*Basic Inc. v. Levinson*, 485 U.S. 224 (1988).
*Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).
*DCD Programs v. Michael W. Leighton, et al.*, 90 F.3d 1442 (9th Cir. 1996).
*Garnatz v. Stifel, Nicolaus & Co.*, 559 F.2d 1357 (8th Cir. 1977).
*Halliburton Co. v. Erica P. John Fund, Inc.* 134 S. Ct. 2398 (U.S. Supreme Court 2014).
*In re Groupon, Inc. Sec. Litig.*, 2015 WL 1043321 (N.D. Ill. 2015).
*In re: Petrobras Sec. Litig.*, 312 F.R.D. 354 (S.D.N.Y. 2016).
*In re PolyMedica Corp. Sec. Litig.*, 432 F.3d 1 (1st Cir. 2005).
*In Re Polymedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260.
*In Re Winstar Comm. Sec. Litig.*, 290 F.R.D. 437 (S.D.N.Y. 2013).
*In re Xcelera.com Securities Litigation*, 430 F.3d 503 (1st Cir. 2005).
*Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. TX. 2001).
*Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491 (S.D. TX. 2004).
*The Ambassador Hotel Company, Ltd. v. Wei-Chuan Investment, et al.*, 189 F. 3d 1017 (9th Cir. 1999).
*Waggoner v. Barclays PLC*, 875 F.3d, 79 (2nd Cir. 2017).

## Research Articles and Books

Nihat Aktas, Eric de Bodt, & Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation
Period," *Journal of Corporate Finance* 13, 2007, 129-145.
David R. Anderson, Dennis J. Sweeney, and Thomas A. Williams, Statistics For Business and
Economics, Ninth Edition, South-Western, 2005.
Brad M. Barber, Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators
of Common Stocks' Efficiency," *The Journal of Corporation Law* 19, Winter 1994, 285-312.
Bharat Bhole, Sunita Surana, and Frank Torchio, "Benchmarking Market Efficiency Indicators for
Securities Litigation," *University of Illinois Law Review Online* 96, 2020.
Ekkehart Boehmer, Jim Musumeci, & Annette B. Poulsen, "Event-study Methodology under Conditions
of Event-Induced Variance," *Journal of Financial Economics* 30, 1991, 253-272.
G. E. P. Box & G. C. Tiao, "Intervention Analysis with Applications to Economic and Environmental
Problems," *Journal of the American Statistical Association* 70, 1975, 70-79.
John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, The Econometrics of Financial Markets,
Princeton University Press, 1997.
Lucy Chang, "The Truth-on-the-Market Defense and its Relevance in SEC Enforcement Actions," *Law
and Contemporary Problems* 76(3/4), 2013, 341-365.

## Exhibit 2
## Materials Relied Upon

Bradford Cornell and James Rutten, "Collateral Damage and Securities Litigation," *Utah Law Review* 3, 2009, 717-747.

Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review* 37, June 1990, 883-924.

Nicholas I. Crew, Kevin L. Gold, and Marnie A. Moore, "Federal Securities Acts and Areas of Expert Analysis," chapter 18 in Litigation Services Handbook: The Role of the Financial Expert, 4th edition, edited by Roman L. Weil, Peter B. Frank, Christian W. Hughes, and Michael J. Wagner, John Wiley & Sons (2007).

Sudipto Dasgupta, Jie Gan, and Ning Gao, "Transparency, Price Informativeness, and Stock Return Synchronicity: Theory and Evidence," *Journal of Financial and Quantitative Analysis*, 45(5), Oct. 2010, 1189-1220.

Frederick Dunbar and Arun Sen, "Counterfactual Keys to Causation and Damages in Shareholder Class Actions," *Wisconsin Law Review*, 2009, 199-242.

Edwin J. Elton, Martin J. Gruber, Stephen J. Brown, and William N. Goetzmann, Modern Portfolio Theory and Investment Analysis, 6th ed., John Wiley & Sons, Inc., 2003.

Richard B. Evans, Christopher C. Geczy, David K. Musto, and Adam V. Reed, "Failure Is an Option: Impediments to Short Selling and Options Prices," *The Review of Financial Studies* 22, May 2009, 1955-1980.

Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5), December 1991, 1575-1617.

Eugene F. Fama, Lawrence Fisher, Michael C. Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10(1), 1969, 1-21.

Daniel Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer* 38, November 1982.

William H. Green, Econometric Analysis, 7th Edition, International Edition, Pearson Education Limited, 2012.

Lawrence Harris, "A Transaction Data Study of Weekly and Intradaily Patterns in Stock Returns," *Journal of Financial Economics* 16, 1986, 99-117.

John C. Hull, Options, Futures, and Other Derivatives, Fifth Edition, Prentice Hall, 2002.

Robert Jennings and Laura Starks, "Information Content and the Speed of Stock Price Adjustments," *Journal of Accounting Research* 23(1), Spring 1985, 336- 350.

Joshi, Madrid, Mulholland, "Causation Issues and Expert Testimony, The Fundamentals of Causation," Litigation Services Handbook: The Role of the Financial Expert, 5th Ed., ed. by Roman L. Weil, Daniel G. Lentz, and David P. Hoffman.

Jonathan M. Karpoff, "The Relation Between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis* 22(1), 1987, 109-126.

S.P. Kothari & Charles Wasley, "Commemorating the 50-Year Anniversary of Ball and Brown (1968): The Evolution of Capital Market Research over the Past 50 Years," *Journal of Accounting Research* 57(5), 2019, 1119-1123.

David F. Larcker, Lawrence A. Gordon & George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis* 15, 1980, 267-287.

Paul H. Malatesta, "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," *Journal of Financial and Quantitative Analysis* 21, 1986, 27-38.

Burton G. Malkiel, "Efficient Market Hypothesis," in The New Palgrave: A Dictionary of Economics, Volume 2, E to J, ed. by John Eatwell, Murray Milgate and Peter Newman, The Macmillan Press Limited, 1998.

**Exhibit 2**
**Materials Relied Upon**

Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49(2), February 1994, 545-590.

David S. Moore and George P. McCabe, Introduction to the Practice of Statistics, Fourth Edition, W. H. Freeman and Company, 2003.

Richard J. Rogalski, "New Findings Regarding Day-of-the-Week Returns over Trading and Non-Trading Periods: A Note," *Journal of Finance* 39(5), 1984, 1603-1614.

G. William Schwert, "Using Financial Data to Measure Effects of Regulation," *The Journal of Law and Economics* 24(1), 1981, 121-158.

David Tabak, "Inflation and Damages in a Post-*Dura* World," NERA Economic Consulting White Paper, September 25, 2007

David Tabak, "Loss Causation And Damages in Shareholder Class Actions: When It Takes Two Steps To Tango," NERA White Paper, May 2004.

David Tabak and Chudozie Okongwu, "Inflation Methodologies in Securities Fraud Cases: Theory and Practice," NERA White Paper, July 2002.

David Tabak and Fredrick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by Roman L. Weil, Michael J. Wagner and Peter B. Frank, Wiley, USA, 2001.

Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems* 63(3), Summer 2000, 105-122.

Frank Torchio, "Proper Event Study Analysis in Securities Litigation," *The Journal of Corporation Law* 35(1), 2009, 159-168.

Narinder Walia and Micah Officer, "Evaluating Market Efficiency Arguments in Class Certification," *Law360 Expert Analysis - Corporate*, April 4, 2022.

## Data

Price and volume data for Olo Inc. common stock, March 2021 – December 2022.  Source: Bloomberg.

Miscellaneous stock return index data, March 2021 – December 2022, (Bloomberg identifiers in parentheses): the S&P 500 Total Return Index (SPTR), the S&P 500 Information Technology Sector Total Return Index (SPTRINFT), the S&P 500 Index (SPX), the S&P 500 Information Technology Sector Index (S5INFT).  Source: Bloomberg.

Short interest in Olo Inc. common stock, August 2021 – August 2022.  Source: Bloomberg.

Bid and ask quotes for Olo Inc. common stock, August 2021 – August 2022.  Source: Bloomberg.

Total analyst recommendations for Olo Inc., August 2021 – August 2022.  Source: Bloomberg.

Number of analysts providing consensus I/B/E/S estimates for Olo Inc., August 2021 – August 2022. Source: S&P Capital IQ.

Quarterly institutional holdings in Olo Inc. common stock, June 2021 – September 2022.  Source: Refinitiv Eikon.

Daily option data for Olo Inc., August 2021 – August 2022.  Source: Ivolatility.

Interest rate data is obtained from the Federal Reserve Board database available at https://www.federalreserve.gov/datadownload/Download.aspx?rel=H15&series=bf17364827e38 702b42a58cf8eaa3f78&filetype=csv&label=include&layout=seriescolumn&from=01/01/1999&to=06/01/2023.

Date and time stamps of press releases for earnings for Olo Inc., August 2021 – August 2022, from *Business Newswire* on Factiva.

**Exhibit 2**
**Materials Relied Upon**

**Miscellaneous**

https://www.spglobal.com/spdji/en/indices/equity/sp-500-information-technology-sector/#overview.

https://web.archive.org/web/20220101000000*/https://investors.olo.com/stock-information/default.aspx.

https://www.nyse.com/market-model.

https://www.sec.gov/edgar/searchedgar/companysearch.html.

Miscellaneous information regarding Olo Inc., certain market and industry indexes from Bloomberg.

S&P U.S. Indices Methodology, April 2023
(https://www.spglobal.com/spdji/en/documents/methodologies/methodology-sp-us-indices.pdf).

S&P Capital IQ definition for institutional investor holdings data.

SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933," General Instructions, updated January 2022.

15 U.S.C. § 78u-4(e) (1).

15 U.S.C. § 78u-4(e) (2).


All other specific materials and information otherwise described in the Report and Exhibits.

**Exhibit 3**
**Daily Trading Statistics for Olo Common Stock**
**August 10, 2021 – August 15, 2022**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Olo Common Stock | | | Market | Industry | Predicted | Excess | | | Excess Price |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-stat | p-value | Change |
| 8/10/2021 | 767,248 | $37.40 | -1.60% | 0.10% | -0.73% | -1.18% | -0.43% | -0.11 | 90.87% | -$0.16 |
| 8/11/2021 | 902,056 | $35.89 | -4.04% | 0.25% | 0.03% | -0.27% | -3.77% | -1.02 | 31.08% | -$1.41 |
| 8/12/2021 | 360,720 | $37.13 | 3.46% | 0.32% | 0.59% | 0.40% | 3.05% | 0.82 | 41.17% | $1.10 |
| 8/13/2021 | 173,280 | $36.74 | -1.05% | 0.16% | 0.54% | 0.31% | -1.36% | -0.37 | 71.38% | -$0.51 |
| 8/16/2021 | 322,497 | $35.30 | -3.92% | 0.26% | 0.44% | 0.22% | -4.13% | -1.11 | 26.62% | -$1.52 |
| 8/17/2021 | 286,525 | $33.80 | -4.25% | -0.70% | -0.87% | -1.54% | -2.71% | -0.73 | 46.64% | -$0.96 |
| 8/18/2021 | 210,195 | $34.04 | 0.71% | -1.06% | -1.35% | -2.18% | 2.89% | 0.78 | 43.63% | $0.98 |
| 8/19/2021 | 231,544 | $33.90 | -0.41% | 0.13% | 0.99% | 0.82% | -1.23% | -0.33 | 73.97% | -$0.42 |
| 8/20/2021 | 214,098 | $33.99 | 0.27% | 0.82% | 1.30% | 1.35% | -1.08% | -0.29 | 77.06% | -$0.37 |
| 8/23/2021 | 256,938 | $36.41 | 7.12% | 0.86% | 1.27% | 1.33% | 5.79% | 1.56 | 12.00% | $1.97 |
| 8/24/2021 | 784,973 | $38.38 | 5.41% | 0.15% | -0.13% | -0.47% | 5.88% | 1.58 | 11.44% | $2.14 |
| 8/25/2021 | 1,687,027 | $45.16 | 17.67% | 0.22% | -0.05% | -0.37% | 18.03% | 4.86 | 0.00% ** | $6.92 |
| 8/26/2021 | 929,475 | $46.56 | 3.10% | -0.58% | -0.62% | -1.22% | 4.32% | 1.17 | 24.51% | $1.95 |
| 8/27/2021 | 954,447 | $45.07 | -3.20% | 0.88% | 0.97% | 0.98% | -4.18% | -1.13 | 26.10% | -$1.95 |
| 8/30/2021 | 740,762 | $40.66 | -9.78% | 0.44% | 1.09% | 1.01% | -10.80% | -2.91 | 0.39% ** | -$4.87 |
| 8/31/2021 | 1,034,624 | $38.39 | -5.58% | -0.12% | -0.56% | -1.04% | -4.54% | -1.22 | 22.23% | -$1.85 |
| 9/1/2021 | 1,023,622 | $36.99 | -3.65% | 0.04% | 0.03% | -0.31% | -3.33% | -0.90 | 36.99% | -$1.28 |
| 9/2/2021 | 1,008,983 | $37.05 | 0.16% | 0.30% | -0.05% | -0.34% | 0.51% | 0.14 | 89.16% | $0.19 |
| 9/3/2021 | 885,594 | $37.05 | 0.00% | -0.03% | 0.38% | 0.08% | -0.08% | -0.02 | 98.33% | -$0.03 |
| 9/7/2021 | 905,959 | $36.84 | -0.57% | -0.34% | 0.03% | -0.41% | -0.16% | -0.04 | 96.61% | -$0.06 |
| 9/8/2021 | 7,424,966 | $35.25 | -4.32% | -0.13% | -0.41% | -0.86% | -3.45% | -0.93 | 35.29% | -$1.27 |
| 9/9/2021 | 3,134,284 | $35.14 | -0.31% | -0.45% | -0.42% | -0.95% | 0.64% | 0.17 | 86.28% | $0.23 |
| 9/10/2021 | 1,381,612 | $32.99 | -6.12% | -0.77% | -0.98% | -1.69% | -4.43% | -1.19 | 23.38% | -$1.56 |
| 9/13/2021 | 1,672,373 | $33.89 | 2.73% | 0.23% | 0.04% | -0.26% | 2.99% | 0.81 | 42.10% | $0.99 |
| 9/14/2021 | 918,479 | $33.46 | -1.27% | -0.55% | -0.13% | -0.65% | -0.62% | -0.17 | 86.79% | -$0.21 |
| 9/15/2021 | 1,613,799 | $33.06 | -1.20% | 0.85% | 0.89% | 0.88% | -2.08% | -0.56 | 57.65% | -$0.69 |
| 9/16/2021 | 1,372,897 | $34.23 | 3.54% | -0.15% | 0.06% | -0.32% | 3.86% | 1.04 | 29.89% | $1.28 |
| 9/17/2021 | 1,261,972 | $34.94 | 2.07% | -0.91% | -1.52% | -2.34% | 4.42% | 1.19 | 23.50% | $1.51 |
| 9/20/2021 | 1,522,486 | $33.08 | -5.32% | -1.70% | -1.86% | -2.93% | -2.39% | -0.64 | 52.02% | -$0.83 |
| 9/21/2021 | 750,120 | $33.43 | 1.06% | -0.08% | 0.05% | -0.32% | 1.38% | 0.37 | 71.00% | $0.46 |
| 9/22/2021 | 500,826 | $33.99 | 1.68% | 0.95% | 1.40% | 1.49% | 0.18% | 0.05 | 96.11% | $0.06 |
| 9/23/2021 | 464,749 | $34.02 | 0.09% | 1.22% | 1.35% | 1.50% | -1.41% | -0.38 | 70.35% | -$0.48 |
| 9/24/2021 | 1,292,508 | $33.15 | -2.56% | 0.15% | 0.07% | -0.25% | -2.31% | -0.62 | 53.41% | -$0.79 |
| 9/27/2021 | 1,437,239 | $32.01 | -3.44% | -0.28% | -1.01% | -1.59% | -1.85% | -0.50 | 61.94% | -$0.61 |
| 9/28/2021 | 1,032,401 | $31.56 | -1.41% | -2.03% | -2.98% | -4.32% | 2.91% | 0.79 | 43.29% | $0.93 |
| 9/29/2021 | 1,022,840 | $30.17 | -4.40% | 0.17% | -0.10% | -0.44% | -3.97% | -1.07 | 28.60% | -$1.25 |
| 9/30/2021 | 1,857,424 | $30.03 | -0.46% | -1.18% | -0.68% | -1.44% | 0.97% | 0.26 | 79.31% | $0.29 |
| 10/1/2021 | 969,476 | $29.71 | -1.07% | 1.15% | 1.44% | 1.59% | -2.66% | -0.72 | 47.49% | -$0.80 |
| 10/4/2021 | 1,454,634 | $28.09 | -5.45% | -1.29% | -2.35% | -3.40% | -2.05% | -0.55 | 58.10% | -$0.61 |
| 10/5/2021 | 1,168,375 | $28.52 | 1.53% | 1.06% | 1.46% | 1.59% | -0.06% | -0.02 | 98.66% | -$0.02 |
| 10/6/2021 | 784,771 | $28.35 | -0.60% | 0.41% | 0.69% | 0.54% | -1.13% | -0.31 | 76.04% | -$0.32 |
| 10/7/2021 | 662,458 | $29.31 | 3.39% | 0.85% | 0.92% | 0.92% | 2.47% | 0.67 | 50.66% | $0.70 |
| 10/8/2021 | 1,086,351 | $28.25 | -3.62% | -0.19% | -0.38% | -0.85% | -2.77% | -0.75 | 45.65% | -$0.81 |
| 10/11/2021 | 1,333,691 | $27.06 | -4.21% | -0.69% | -0.53% | -1.14% | -3.07% | -0.83 | 40.89% | -$0.87 |
| 10/12/2021 | 706,117 | $27.28 | 0.81% | -0.24% | -0.51% | -1.01% | 1.82% | 0.49 | 62.36% | $0.49 |
| 10/13/2021 | 719,443 | $28.55 | 4.66% | 0.30% | 0.57% | 0.38% | 4.28% | 1.15 | 25.02% | $1.17 |
| 10/14/2021 | 496,226 | $28.20 | -1.23% | 1.72% | 2.28% | 2.71% | -3.94% | -1.06 | 28.99% | -$1.12 |
| 10/15/2021 | 491,704 | $27.94 | -0.92% | 0.75% | 0.79% | 0.74% | -1.66% | -0.45 | 65.44% | -$0.47 |
| 10/18/2021 | 623,789 | $27.41 | -1.90% | 0.34% | 0.85% | 0.71% | -2.60% | -0.70 | 48.33% | -$0.73 |
| 10/19/2021 | 1,720,170 | $26.77 | -2.33% | 0.74% | 0.97% | 0.95% | -3.28% | -0.89 | 37.70% | -$0.90 |
| 10/20/2021 | 1,506,247 | $26.23 | -2.02% | 0.37% | -0.29% | -0.60% | -1.41% | -0.38 | 70.34% | -$0.38 |
| 10/21/2021 | 1,322,558 | $27.04 | 3.09% | 0.31% | 0.41% | 0.19% | 2.90% | 0.78 | 43.51% | $0.76 |

**Exhibit 3**
**Daily Trading Statistics for Olo Common Stock**
**August 10, 2021 – August 15, 2022**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Olo Common Stock | | | Market | Industry | Predicted | Excess | | | Excess Price |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-stat | p-value | Change |
| 10/22/2021 | 1,068,031 | $27.52 | 1.78% | -0.11% | -0.33% | -0.77% | 2.55% | 0.69 | 49.32% | $0.69 |
| 10/25/2021 | 1,326,404 | $27.46 | -0.22% | 0.48% | 0.33% | 0.14% | -0.36% | -0.10 | 92.31% | -$0.10 |
| 10/26/2021 | 4,080,590 | $25.95 | -5.50% | 0.18% | 0.32% | 0.06% | -5.56% | -1.50 | 13.53% | -$1.53 |
| 10/27/2021 | 1,356,467 | $26.42 | 1.81% | -0.50% | -0.19% | -0.70% | 2.51% | 0.68 | 49.87% | $0.65 |
| 10/28/2021 | 926,170 | $26.75 | 1.25% | 0.99% | 1.06% | 1.11% | 0.14% | 0.04 | 97.06% | $0.04 |
| 10/29/2021 | 1,004,721 | $27.22 | 1.76% | 0.21% | 0.45% | 0.21% | 1.55% | 0.42 | 67.66% | $0.41 |
| 11/1/2021 | 1,178,465 | $28.26 | 3.82% | 0.18% | -0.08% | -0.41% | 4.23% | 1.14 | 25.59% | $1.15 |
| 11/2/2021 | 1,745,104 | $27.61 | -2.30% | 0.37% | 0.82% | 0.68% | -2.98% | -0.80 | 42.33% | -$0.84 |
| 11/3/2021 | 695,652 | $28.01 | 1.45% | 0.65% | 0.60% | 0.49% | 0.95% | 0.26 | 79.72% | $0.26 |
| 11/4/2021 | 639,744 | $27.93 | -0.29% | 0.43% | 1.55% | 1.54% | -1.83% | -0.49 | 62.28% | -$0.51 |
| 11/5/2021 | 554,822 | $27.94 | 0.04% | 0.38% | 0.46% | 0.27% | -0.24% | -0.06 | 94.95% | -$0.07 |
| 11/8/2021 | 2,187,415 | $30.07 | 7.62% | 0.09% | 0.58% | 0.33% | 7.29% | 1.97 | 5.05% | $2.04 |
| 11/9/2021 | 1,790,153 | $29.95 | -0.40% | -0.34% | -0.42% | -0.93% | 0.53% | 0.14 | 88.70% | $0.16 |
| 11/10/2021 | 2,323,416 | $29.43 | -1.74% | -0.80% | -1.67% | -2.49% | 0.76% | 0.20 | 83.87% | $0.23 |
| 11/11/2021 | 1,701,524 | $29.50 | 0.24% | 0.06% | 0.53% | 0.27% | -0.03% | -0.01 | 99.39% | -$0.01 |
| 11/12/2021 | 1,965,621 | $29.50 | 0.00% | 0.73% | 1.19% | 1.20% | -1.20% | -0.32 | 74.73% | -$0.35 |
| 11/15/2021 | 1,589,540 | $28.83 | -2.27% | 0.00% | -0.11% | -0.49% | -1.78% | -0.48 | 63.21% | -$0.52 |
| 11/16/2021 | 1,111,673 | $29.29 | 1.60% | 0.39% | 1.07% | 0.98% | 0.61% | 0.17 | 86.87% | $0.18 |
| 11/17/2021 | 1,736,336 | $27.98 | -4.47% | -0.24% | -0.35% | -0.83% | -3.64% | -0.98 | 32.69% | -$1.07 |
| 11/18/2021 | 1,241,787 | $27.88 | -0.36% | 0.35% | 1.03% | 0.91% | -1.27% | -0.34 | 73.21% | -$0.36 |
| 11/19/2021 | 1,927,101 | $27.00 | -3.16% | -0.14% | 0.77% | 0.49% | -3.65% | -0.98 | 32.61% | -$1.02 |
| 11/22/2021 | 2,215,982 | $25.88 | -4.15% | -0.31% | -1.14% | -1.76% | -2.39% | -0.64 | 52.09% | -$0.64 |
| 11/23/2021 | 1,945,927 | $24.88 | -3.86% | 0.17% | -0.21% | -0.56% | -3.31% | -0.89 | 37.37% | -$0.86 |
| 11/24/2021 | 1,058,354 | $25.45 | 2.29% | 0.23% | 0.71% | 0.52% | 1.77% | 0.48 | 63.39% | $0.44 |
| 11/26/2021 | 695,825 | $25.18 | -1.06% | -2.27% | -2.60% | -3.93% | 2.87% | 0.77 | 43.95% | $0.73 |
| 11/29/2021 | 1,089,963 | $25.37 | 0.75% | 1.33% | 2.64% | 3.03% | -2.27% | -0.61 | 54.07% | -$0.57 |
| 11/30/2021 | 2,391,262 | $24.56 | -3.19% | -1.88% | -0.96% | -1.93% | -1.26% | -0.34 | 73.43% | -$0.32 |
| 12/1/2021 | 1,881,812 | $23.42 | -4.64% | -1.17% | -1.25% | -2.10% | -2.55% | -0.69 | 49.32% | -$0.63 |
| 12/2/2021 | 1,337,170 | $25.05 | 6.96% | 1.44% | 0.85% | 0.97% | 5.99% | 1.61 | 10.80% | $1.40 |
| 12/3/2021 | 2,174,280 | $24.55 | -2.00% | -0.84% | -1.65% | -2.48% | 0.48% | 0.13 | 89.63% | $0.12 |
| 12/6/2021 | 1,565,040 | $25.54 | 4.03% | 1.18% | 0.97% | 1.06% | 2.97% | 0.80 | 42.35% | $0.73 |
| 12/7/2021 | 1,228,936 | $26.73 | 4.66% | 2.07% | 3.51% | 4.22% | 0.44% | 0.12 | 90.55% | $0.11 |
| 12/8/2021 | 1,014,540 | $26.64 | -0.34% | 0.31% | 0.45% | 0.23% | -0.57% | -0.15 | 87.78% | -$0.05 |
| 12/9/2021 | 2,294,394 | $24.09 | -9.57% | -0.71% | -1.09% | -1.80% | -7.77% | -2.10 | 3.72% * | -$2.07 |
| 12/10/2021 | 1,984,365 | $23.59 | -2.08% | 0.96% | 2.07% | 2.28% | -4.35% | -1.17 | 24.17% | -$1.05 |
| 12/13/2021 | 2,053,521 | $22.89 | -2.97% | -0.91% | -1.62% | -2.46% | -0.50% | -0.14 | 89.22% | -$0.12 |
| 12/14/2021 | 2,626,684 | $22.15 | -3.23% | -0.73% | -1.64% | -2.44% | -0.79% | -0.21 | 83.06% | -$0.18 |
| 12/15/2021 | 2,156,172 | $22.65 | 2.26% | 1.64% | 2.75% | 3.24% | -0.98% | -0.26 | 79.22% | -$0.22 |
| 12/16/2021 | 1,757,491 | $21.75 | -3.97% | -0.87% | -2.86% | -3.89% | -0.08% | -0.02 | 98.29% | -$0.02 |
| 12/17/2021 | 3,639,213 | $21.82 | 0.32% | -1.02% | -0.64% | -1.36% | 1.68% | 0.45 | 65.12% | $0.37 |
| 12/20/2021 | 1,576,667 | $21.46 | -1.65% | -1.14% | -1.23% | -2.06% | 0.41% | 0.11 | 91.15% | $0.09 |
| 12/21/2021 | 1,454,770 | $22.17 | 3.31% | 1.79% | 2.62% | 3.12% | 0.19% | 0.05 | 95.85% | $0.04 |
| 12/22/2021 | 1,037,004 | $21.68 | -2.21% | 1.03% | 1.33% | 1.43% | -3.64% | -0.98 | 32.70% | -$0.81 |
| 12/23/2021 | 1,669,228 | $22.42 | 3.41% | 0.62% | 0.56% | 0.45% | 2.97% | 0.80 | 42.50% | $0.64 |
| 12/27/2021 | 825,230 | $21.64 | -3.48% | 1.39% | 2.18% | 2.51% | -5.99% | -1.61 | 10.77% | -$1.34 |
| 12/28/2021 | 929,805 | $21.30 | -1.57% | -0.10% | -0.59% | -1.07% | -0.50% | -0.14 | 89.26% | -$0.11 |
| 12/29/2021 | 788,286 | $20.82 | -2.25% | 0.14% | 0.07% | -0.24% | -2.01% | -0.54 | 58.80% | -$0.43 |
| 12/30/2021 | 1,058,775 | $21.32 | 2.40% | -0.29% | -0.68% | -1.22% | 3.62% | 0.97 | 33.05% | $0.75 |
| 12/31/2021 | 564,184 | $20.81 | -2.39% | -0.26% | -0.49% | -0.99% | -1.40% | -0.38 | 70.54% | -$0.30 |
| 1/3/2022 | 1,301,041 | $21.21 | 1.92% | 0.64% | 1.02% | 0.99% | 0.94% | 0.25 | 80.08% | $0.20 |
| 1/4/2022 | 1,682,680 | $20.84 | -1.74% | -0.06% | -1.13% | -1.68% | -0.06% | -0.02 | 98.69% | -$0.01 |
| 1/5/2022 | 1,854,110 | $18.90 | -9.31% | -1.93% | -3.13% | -4.46% | -4.84% | -1.31 | 19.29% | -$1.01 |

**Exhibit 3**
**Daily Trading Statistics for Olo Common Stock**
**August 10, 2021 – August 15, 2022**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Olo Common Stock | | | Market | Industry | Predicted | Excess | | | Excess Price |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-stat | p-value | Change |
| 1/6/2022 | 1,596,948 | $18.95 | 0.26% | -0.09% | -0.47% | -0.93% | 1.19% | 0.32 | 74.78% | $0.23 |
| 1/7/2022 | 798,268 | $18.75 | -1.06% | -0.39% | -1.01% | -1.62% | 0.57% | 0.15 | 87.83% | $0.11 |
| 1/10/2022 | 1,809,540 | $18.77 | 0.11% | -0.14% | 0.10% | -0.28% | 0.38% | 0.10 | 91.78% | $0.07 |
| 1/11/2022 | 1,830,814 | $19.19 | 2.24% | 0.92% | 1.21% | 1.27% | 0.97% | 0.26 | 79.44% | $0.18 |
| 1/12/2022 | 1,127,660 | $18.46 | -3.80% | 0.28% | 0.44% | 0.22% | -4.02% | -1.08 | 27.91% | -$0.77 |
| 1/13/2022 | 725,626 | $17.53 | -5.04% | -1.41% | -2.65% | -3.78% | -1.26% | -0.34 | 73.52% | -$0.23 |
| 1/14/2022 | 2,035,585 | $17.28 | -1.43% | 0.08% | 0.89% | 0.69% | -2.12% | -0.57 | 56.92% | -$0.37 |
| 1/18/2022 | 1,061,568 | $16.35 | -5.38% | -1.84% | -2.49% | -3.69% | -1.69% | -0.45 | 64.97% | -$0.29 |
| 1/19/2022 | 1,200,129 | $15.75 | -3.67% | -0.97% | -1.37% | -2.19% | -1.48% | -0.40 | 69.04% | -$0.24 |
| 1/20/2022 | 1,019,212 | $15.49 | -1.65% | -1.10% | -1.33% | -2.17% | 0.52% | 0.14 | 88.84% | $0.08 |
| 1/21/2022 | 1,386,717 | $15.09 | -2.58% | -1.89% | -1.93% | -3.07% | 0.48% | 0.13 | 89.65% | $0.07 |
| 1/24/2022 | 1,406,319 | $15.47 | 2.52% | 0.28% | 0.33% | 0.09% | 2.42% | 0.65 | 51.41% | $0.37 |
| 1/25/2022 | 1,355,754 | $14.89 | -3.75% | -1.22% | -2.34% | -3.37% | -0.38% | -0.10 | 91.84% | -$0.06 |
| 1/26/2022 | 1,444,102 | $15.20 | 2.08% | -0.15% | 0.72% | 0.44% | 1.64% | 0.44 | 65.86% | $0.24 |
| 1/27/2022 | 1,082,434 | $15.12 | -0.53% | -0.53% | -0.69% | -1.29% | 0.77% | 0.21 | 83.67% | $0.12 |
| 1/28/2022 | 1,086,147 | $16.10 | 6.48% | 2.45% | 4.35% | 5.28% | 1.20% | 0.32 | 74.71% | $0.18 |
| 1/31/2022 | 1,304,848 | $17.55 | 9.01% | 1.89% | 2.68% | 3.22% | 5.79% | 1.56 | 12.00% | $0.93 |
| 2/1/2022 | 1,103,855 | $18.15 | 3.42% | 0.69% | 0.24% | 0.09% | 3.33% | 0.90 | 36.99% | $0.58 |
| 2/2/2022 | 901,890 | $17.09 | -5.84% | 0.94% | 0.81% | 0.82% | -6.66% | -1.79 | 7.41% | -$1.21 |
| 2/3/2022 | 709,831 | $16.42 | -3.92% | -2.43% | -3.07% | -4.51% | 0.59% | 0.16 | 87.29% | $0.10 |
| 2/4/2022 | 613,896 | $17.43 | 6.15% | 0.53% | 0.52% | 0.37% | 5.78% | 1.56 | 12.08% | $0.95 |
| 2/7/2022 | 765,205 | $17.43 | 0.00% | -0.37% | -0.66% | -1.21% | 1.21% | 0.33 | 74.40% | $0.21 |
| 2/8/2022 | 527,287 | $17.85 | 2.41% | 0.84% | 1.28% | 1.33% | 1.08% | 0.29 | 77.06% | $0.19 |
| 2/9/2022 | 735,859 | $18.13 | 1.57% | 1.46% | 2.31% | 2.68% | -1.11% | -0.30 | 76.55% | -$0.20 |
| 2/10/2022 | 1,867,516 | $18.20 | 0.39% | -1.80% | -2.73% | -3.97% | 4.36% | 1.17 | 24.13% | $0.79 |
| 2/11/2022 | 1,013,886 | $16.83 | -7.53% | -1.89% | -3.00% | -4.31% | -3.22% | -0.87 | 38.67% | -$0.59 |
| 2/14/2022 | 1,093,307 | $17.34 | 3.03% | -0.38% | -0.03% | -0.49% | 3.52% | 0.95 | 34.36% | $0.59 |
| 2/15/2022 | 1,216,365 | $18.29 | 5.48% | 1.59% | 2.73% | 3.20% | 2.28% | 0.61 | 54.02% | $0.39 |
| 2/16/2022 | 924,560 | $17.49 | -4.37% | 0.10% | -0.13% | -0.49% | -3.89% | -1.05 | 29.58% | -$0.71 |
| 2/17/2022 | 1,116,683 | $17.00 | -2.80% | -2.11% | -3.06% | -4.43% | 1.63% | 0.44 | 66.15% | $0.28 |
| 2/18/2022 | 3,283,046 | $16.35 | -3.82% | -0.70% | -1.10% | -1.81% | -2.02% | -0.54 | 58.71% | -$0.34 |
| 2/22/2022 | 2,230,347 | $14.99 | -8.32% | -1.01% | -0.88% | -1.63% | -6.69% | -1.80 | 7.26% | -$1.09 |
| 2/23/2022 | 1,524,185 | $13.60 | -9.27% | -1.84% | -2.56% | -3.78% | -5.49% | -1.48 | 14.04% | -$0.82 |
| 2/24/2022 | 3,358,392 | $13.91 | 2.28% | 1.50% | 3.47% | 4.04% | -1.76% | -0.47 | 63.64% | -$0.24 |
| 2/25/2022 | 3,022,332 | $14.08 | 1.22% | 2.25% | 1.37% | 1.78% | -0.56% | -0.15 | 88.00% | -$0.08 |
| 2/28/2022 | 3,441,022 | $14.61 | 3.76% | -0.23% | -0.16% | -0.60% | 4.37% | 1.18 | 24.03% | $0.61 |
| 3/1/2022 | 3,367,119 | $14.11 | -3.42% | -1.54% | -1.99% | -3.05% | -0.37% | -0.10 | 92.08% | -$0.05 |
| 3/2/2022 | 2,572,299 | $14.12 | 0.07% | 1.87% | 2.20% | 2.65% | -2.58% | -0.69 | 48.80% | -$0.36 |
| 3/3/2022 | 2,176,804 | $13.19 | -6.59% | -0.51% | -1.24% | -1.93% | -4.66% | -1.26 | 21.04% | -$0.66 |
| 3/4/2022 | 1,429,880 | $12.36 | -6.29% | -0.79% | -1.78% | -2.62% | -3.67% | -0.99 | 32.35% | -$0.48 |
| 3/7/2022 | 1,395,837 | $12.03 | -2.67% | -2.95% | -3.70% | -5.37% | 2.70% | 0.73 | 46.68% | $0.33 |
| 3/8/2022 | 1,618,650 | $12.43 | 3.33% | -0.72% | -0.42% | -1.03% | 4.35% | 1.17 | 24.17% | $0.52 |
| 3/9/2022 | 974,687 | $13.27 | 6.76% | 2.59% | 3.98% | 4.89% | 1.86% | 0.50 | 61.59% | $0.23 |
| 3/10/2022 | 978,273 | $12.96 | -2.34% | -0.42% | -1.75% | -2.49% | 0.15% | 0.04 | 96.73% | $0.02 |
| 3/11/2022 | 843,140 | $12.30 | -5.09% | -1.29% | -1.80% | -2.77% | -2.33% | -0.63 | 53.12% | -$0.30 |
| 3/14/2022 | 1,634,749 | $11.58 | -5.85% | -0.72% | -1.89% | -2.73% | -3.12% | -0.84 | 40.09% | -$0.38 |
| 3/15/2022 | 1,316,596 | $11.96 | 3.28% | 2.14% | 3.43% | 4.15% | -0.86% | -0.23 | 81.61% | -$0.10 |
| 3/16/2022 | 1,430,089 | $12.47 | 4.26% | 2.24% | 3.32% | 4.04% | 0.22% | 0.06 | 95.26% | $0.03 |
| 3/17/2022 | 2,796,611 | $12.80 | 2.65% | 1.24% | 0.69% | 0.74% | 1.90% | 0.51 | 60.88% | $0.24 |
| 3/18/2022 | 2,193,745 | $13.42 | 4.84% | 1.17% | 2.19% | 2.46% | 2.38% | 0.64 | 52.19% | $0.30 |
| 3/21/2022 | 2,035,563 | $13.05 | -2.76% | -0.04% | -0.16% | -0.55% | -2.20% | -0.59 | 55.29% | -$0.30 |
| 3/22/2022 | 2,224,030 | $13.59 | 4.14% | 1.13% | 1.42% | 1.57% | 2.57% | 0.69 | 48.90% | $0.34 |

**Exhibit 3**
**Daily Trading Statistics for Olo Common Stock**
**August 10, 2021 – August 15, 2022**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Olo Common Stock | | | Market | Industry | Predicted | Excess | | | Excess Price |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-stat | p-value | Change |
| 3/23/2022 | 1,127,115 | $13.25 | -2.50% | -1.22% | -1.50% | -2.40% | -0.10% | -0.03 | 97.89% | -$0.01 |
| 3/24/2022 | 1,179,308 | $13.16 | -0.68% | 1.44% | 2.71% | 3.14% | -3.81% | -1.03 | 30.49% | -$0.51 |
| 3/25/2022 | 1,399,398 | $12.52 | -4.86% | 0.51% | -0.09% | -0.34% | -4.52% | -1.22 | 22.40% | -$0.60 |
| 3/28/2022 | 900,779 | $12.63 | 0.88% | 0.71% | 1.23% | 1.24% | -0.36% | -0.10 | 92.22% | -$0.05 |
| 3/29/2022 | 1,168,983 | $13.56 | 7.36% | 1.23% | 2.06% | 2.33% | 5.03% | 1.36 | 17.65% | $0.64 |
| 3/30/2022 | 1,135,719 | $13.23 | -2.43% | -0.62% | -1.36% | -2.09% | -0.34% | -0.09 | 92.67% | -$0.05 |
| 3/31/2022 | 1,078,268 | $13.25 | 0.15% | -1.56% | -1.59% | -2.59% | 2.74% | 0.74 | 46.07% | $0.36 |
| 4/1/2022 | 1,235,792 | $13.79 | 4.08% | 0.34% | -0.17% | -0.47% | 4.54% | 1.22 | 22.19% | $0.60 |
| 4/4/2022 | 1,351,627 | $13.99 | 1.45% | 0.81% | 1.91% | 2.06% | -0.61% | -0.16 | 87.04% | -$0.08 |
| 4/5/2022 | 1,420,227 | $13.72 | -1.93% | -1.24% | -2.18% | -3.19% | 1.26% | 0.34 | 73.47% | $0.18 |
| 4/6/2022 | 1,531,697 | $13.14 | -4.23% | -0.97% | -2.55% | -3.55% | -0.68% | -0.18 | 85.55% | -$0.09 |
| 4/7/2022 | 1,532,966 | $12.58 | -4.26% | 0.44% | 0.24% | 0.03% | -4.29% | -1.16 | 24.87% | -$0.56 |
| 4/8/2022 | 749,049 | $12.22 | -2.86% | -0.26% | -1.43% | -2.08% | -0.78% | -0.21 | 83.44% | -$0.10 |
| 4/11/2022 | 1,553,736 | $12.08 | -1.15% | -1.69% | -2.60% | -3.80% | 2.65% | 0.71 | 47.57% | $0.32 |
| 4/12/2022 | 1,072,714 | $11.84 | -1.99% | -0.34% | -0.35% | -0.85% | -1.13% | -0.31 | 76.01% | -$0.14 |
| 4/13/2022 | 857,258 | $12.06 | 1.86% | 1.14% | 1.60% | 1.77% | 0.09% | 0.02 | 98.16% | $0.01 |
| 4/14/2022 | 1,796,376 | $11.78 | -2.32% | -1.21% | -2.45% | -3.50% | 1.17% | 0.32 | 75.20% | $0.14 |
| 4/18/2022 | 1,694,003 | $11.24 | -4.58% | -0.02% | 0.32% | 0.01% | -4.59% | -1.24 | 21.72% | -$0.54 |
| 4/19/2022 | 1,075,583 | $11.85 | 5.43% | 1.61% | 1.84% | 2.17% | 3.26% | 0.88 | 38.07% | $0.37 |
| 4/20/2022 | 994,059 | $11.40 | -3.80% | -0.06% | -0.13% | -0.53% | -3.27% | -0.88 | 37.91% | -$0.39 |
| 4/21/2022 | 1,295,875 | $10.70 | -6.14% | -1.47% | -1.73% | -2.72% | -3.42% | -0.92 | 35.81% | -$0.39 |
| 4/22/2022 | 1,231,109 | $10.21 | -4.58% | -2.77% | -2.79% | -4.28% | -0.30% | -0.08 | 93.62% | -$0.03 |
| 4/25/2022 | 1,779,438 | $11.03 | 8.03% | 0.57% | 1.44% | 1.45% | 6.58% | 1.77 | 7.73% | $0.67 |
| 4/26/2022 | 1,772,270 | $10.62 | -3.72% | -2.81% | -3.71% | -5.36% | 1.64% | 0.44 | 65.91% | $0.18 |
| 4/27/2022 | 2,251,871 | $10.67 | 0.47% | 0.21% | 1.36% | 1.27% | -0.80% | -0.21 | 83.02% | -$0.08 |
| 4/28/2022 | 1,165,947 | $11.23 | 5.25% | 2.48% | 4.04% | 4.93% | 0.32% | 0.09 | 93.23% | $0.03 |
| 4/29/2022 | 1,268,201 | $10.69 | -4.81% | -3.62% | -4.14% | -6.05% | 1.24% | 0.33 | 73.90% | $0.14 |
| 5/2/2022 | 1,252,395 | $10.96 | 2.53% | 0.57% | 1.56% | 1.59% | 0.93% | 0.25 | 80.13% | $0.10 |
| 5/3/2022 | 1,088,040 | $10.81 | -1.37% | 0.48% | 0.18% | -0.03% | -1.34% | -0.36 | 71.90% | -$0.15 |
| 5/4/2022 | 1,801,580 | $11.14 | 3.05% | 2.99% | 3.51% | 4.45% | -1.40% | -0.38 | 70.71% | -$0.15 |
| 5/5/2022 | 1,459,856 | $10.69 | -4.04% | -3.55% | -4.91% | -6.93% | 2.89% | 0.78 | 43.65% | $0.32 |
| 5/6/2022 | 2,076,546 | $10.38 | -2.90% | -0.55% | -0.75% | -1.36% | -1.54% | -0.41 | 67.87% | -$0.16 |
| 5/9/2022 | 2,746,379 | $9.48 | -8.67% | -3.20% | -3.92% | -5.69% | -2.98% | -0.80 | 42.32% | -$0.31 |
| 5/10/2022 | 2,668,702 | $8.90 | -6.12% | 0.25% | 1.58% | 1.53% | -7.65% | -2.06 | 4.04% * | -$0.72 |
| 5/11/2022 | 4,301,314 | $9.69 | 8.88% | -1.64% | -3.30% | -4.59% | 13.46% | 3.63 | 0.03% ** | $1.20 |
| 5/12/2022 | 2,996,554 | $11.21 | 15.69% | -0.09% | -1.13% | -1.70% | 17.38% | 4.68 | 0.00% ** | $1.68 |
| 5/13/2022 | 2,125,370 | $11.77 | 5.00% | 2.40% | 3.45% | 4.23% | 0.77% | 0.21 | 83.62% | $0.09 |
| 5/16/2022 | 1,324,577 | $10.83 | -7.99% | -0.39% | -0.91% | -1.51% | -6.48% | -1.75 | 8.22% | -$0.76 |
| 5/17/2022 | 1,977,024 | $11.14 | 2.86% | 2.02% | 2.91% | 3.51% | -0.65% | -0.18 | 86.06% | -$0.07 |
| 5/18/2022 | 1,365,680 | $10.79 | -3.14% | -4.02% | -4.69% | -6.79% | 3.65% | 0.98 | 32.66% | $0.41 |
| 5/19/2022 | 1,546,683 | $10.90 | 1.02% | -0.57% | -1.07% | -1.74% | 2.76% | 0.74 | 45.79% | $0.30 |
| 5/20/2022 | 1,618,777 | $11.15 | 2.29% | 0.02% | 0.14% | -0.20% | 2.49% | 0.67 | 50.28% | $0.27 |
| 5/23/2022 | 960,548 | $11.12 | -0.27% | 1.87% | 2.37% | 2.85% | -3.11% | -0.84 | 40.21% | -$0.35 |
| 5/24/2022 | 971,825 | $10.21 | -8.18% | -0.81% | -1.57% | -2.37% | -5.81% | -1.57 | 11.87% | -$0.65 |
| 5/25/2022 | 940,051 | $10.59 | 3.72% | 0.95% | 1.21% | 1.28% | 2.44% | 0.66 | 51.09% | $0.25 |
| 5/26/2022 | 1,057,586 | $10.72 | 1.23% | 1.99% | 2.45% | 2.97% | -1.74% | -0.47 | 63.88% | -$0.18 |
| 5/27/2022 | 1,173,416 | $11.44 | 6.72% | 2.49% | 3.44% | 4.25% | 2.47% | 0.67 | 50.66% | $0.26 |
| 5/31/2022 | 1,334,795 | $10.65 | -6.91% | -0.62% | -0.70% | -1.33% | -5.58% | -1.50 | 13.40% | -$0.64 |
| 6/1/2022 | 1,069,904 | $10.60 | -0.47% | -0.74% | -0.32% | -0.92% | 0.45% | 0.12 | 90.43% | $0.05 |
| 6/2/2022 | 936,372 | $11.43 | 7.83% | 1.86% | 2.44% | 2.93% | 4.90% | 1.32 | 18.75% | $0.52 |
| 6/3/2022 | 635,224 | $10.74 | -6.04% | -1.63% | -2.48% | -3.63% | -2.41% | -0.65 | 51.75% | -$0.27 |
| 6/6/2022 | 1,491,935 | $10.78 | 0.37% | 0.31% | 0.04% | -0.23% | 0.61% | 0.16 | 87.04% | $0.07 |

**Exhibit 3**
**Daily Trading Statistics for Olo Common Stock**
**August 10, 2021 – August 15, 2022**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Olo Common Stock | | | Market | Industry | Predicted | Excess | | | Excess Price |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-stat | p-value | Change |
| 6/7/2022 | 1,154,357 | $11.09 | 2.88% | 0.96% | 1.22% | 1.29% | 1.59% | 0.43 | 66.93% | $0.17 |
| 6/8/2022 | 1,095,276 | $11.08 | -0.09% | -1.08% | -1.11% | -1.91% | 1.82% | 0.49 | 62.39% | $0.20 |
| 6/9/2022 | 1,547,843 | $10.62 | -4.15% | -2.37% | -2.72% | -4.09% | -0.06% | -0.02 | 98.74% | -$0.01 |
| 6/10/2022 | 852,747 | $10.02 | -5.65% | -2.91% | -3.89% | -5.59% | -0.06% | -0.02 | 98.62% | -$0.01 |
| 6/13/2022 | 2,751,095 | $9.50 | -5.19% | -3.88% | -4.47% | -6.49% | 1.31% | 0.35 | 72.53% | $0.13 |
| 6/14/2022 | 1,233,056 | $9.17 | -3.47% | -0.34% | 0.63% | 0.28% | -3.76% | -1.01 | 31.21% | -$0.36 |
| 6/15/2022 | 1,490,831 | $9.49 | 3.49% | 1.46% | 2.17% | 2.52% | 0.97% | 0.26 | 79.34% | $0.09 |
| 6/16/2022 | 1,325,712 | $9.19 | -3.16% | -3.24% | -4.11% | -5.93% | 2.77% | 0.75 | 45.68% | $0.26 |
| 6/17/2022 | 3,633,665 | $10.04 | 9.25% | 0.22% | 0.99% | 0.84% | 8.41% | 2.27 | 2.43% * | $0.77 |
| 6/21/2022 | 1,483,368 | $9.57 | -4.68% | 2.45% | 2.56% | 3.21% | -7.89% | -2.13 | 3.45% * | -$0.79 |
| 6/22/2022 | 1,651,139 | $9.41 | -1.67% | -0.13% | -0.41% | -0.87% | -0.80% | -0.22 | 82.85% | -$0.08 |
| 6/23/2022 | 1,384,421 | $10.01 | 6.38% | 0.96% | 1.44% | 1.54% | 4.83% | 1.30 | 19.40% | $0.45 |
| 6/24/2022 | 12,962,348 | $10.09 | 0.80% | 3.06% | 3.57% | 4.54% | -3.74% | -1.01 | 31.50% | -$0.37 |
| 6/27/2022 | 1,536,882 | $10.62 | 5.25% | -0.29% | -0.63% | -1.17% | 6.42% | 1.73 | 8.48% | $0.65 |
| 6/28/2022 | 1,417,837 | $10.31 | -2.92% | -2.01% | -3.01% | -4.34% | 1.42% | 0.38 | 70.17% | $0.15 |
| 6/29/2022 | 1,570,179 | $10.08 | -2.23% | -0.06% | 0.20% | -0.14% | -2.09% | -0.56 | 57.33% | -$0.22 |
| 6/30/2022 | 1,303,221 | $9.87 | -2.08% | -0.86% | -1.33% | -2.11% | 0.03% | 0.01 | 99.41% | $0.00 |
| 7/1/2022 | 851,803 | $10.48 | 6.18% | 1.06% | 0.25% | 0.19% | 5.99% | 1.61 | 10.77% | $0.59 |
| 7/5/2022 | 816,305 | $11.07 | 5.63% | 0.18% | 1.26% | 1.14% | 4.49% | 1.21 | 22.78% | $0.47 |
| 7/6/2022 | 680,650 | $11.01 | -0.54% | 0.36% | 0.88% | 0.75% | -1.30% | -0.35 | 72.71% | -$0.14 |
| 7/7/2022 | 563,254 | $11.35 | 3.09% | 1.51% | 2.07% | 2.41% | 0.68% | 0.18 | 85.56% | $0.07 |
| 7/8/2022 | 508,392 | $11.25 | -0.88% | -0.08% | 0.08% | -0.29% | -0.59% | -0.16 | 87.38% | -$0.07 |
| 7/11/2022 | 653,190 | $10.69 | -4.98% | -1.15% | -1.42% | -2.29% | -2.69% | -0.73 | 46.88% | -$0.30 |
| 7/12/2022 | 655,793 | $10.50 | -1.78% | -0.92% | -1.34% | -2.14% | 0.36% | 0.10 | 92.28% | $0.04 |
| 7/13/2022 | 575,963 | $10.28 | -2.10% | -0.44% | -0.21% | -0.71% | -1.38% | -0.37 | 71.02% | -$0.14 |
| 7/14/2022 | 581,048 | $9.90 | -3.70% | -0.29% | 0.93% | 0.64% | -4.34% | -1.17 | 24.33% | -$0.45 |
| 7/15/2022 | 639,204 | $10.18 | 2.83% | 1.92% | 1.76% | 2.15% | 0.68% | 0.18 | 85.55% | $0.07 |
| 7/18/2022 | 1,060,154 | $10.69 | 5.01% | -0.84% | -1.03% | -1.76% | 6.77% | 1.82 | 6.94% | $0.69 |
| 7/19/2022 | 672,370 | $11.00 | 2.90% | 2.77% | 3.07% | 3.89% | -0.99% | -0.27 | 79.05% | -$0.11 |
| 7/20/2022 | 1,094,638 | $12.26 | 11.45% | 0.59% | 1.56% | 1.59% | 9.86% | 2.66 | 0.84% ** | $1.08 |
| 7/21/2022 | 781,555 | $12.12 | -1.14% | 1.00% | 1.41% | 1.52% | -2.66% | -0.72 | 47.45% | -$0.33 |
| 7/22/2022 | 1,312,826 | $11.87 | -2.06% | -0.93% | -1.38% | -2.19% | 0.13% | 0.03 | 97.27% | $0.02 |
| 7/25/2022 | 897,257 | $11.80 | -0.59% | 0.13% | -0.61% | -1.04% | 0.45% | 0.12 | 90.39% | $0.05 |
| 7/26/2022 | 2,782,243 | $10.50 | -11.02% | -1.15% | -1.58% | -2.48% | -8.54% | -2.30 | 2.22% * | -$1.01 |
| 7/27/2022 | 2,276,763 | $10.60 | 0.95% | 2.62% | 4.29% | 5.26% | -4.31% | -1.16 | 24.64% | -$0.45 |
| 7/28/2022 | 860,942 | $10.68 | 0.75% | 1.23% | 1.43% | 1.60% | -0.85% | -0.23 | 81.93% | -$0.09 |
| 7/29/2022 | 768,777 | $10.71 | 0.28% | 1.43% | 1.56% | 1.80% | -1.52% | -0.41 | 68.27% | -$0.16 |
| 8/1/2022 | 3,574,944 | $11.00 | 2.71% | -0.28% | -0.20% | -0.67% | 3.37% | 0.91 | 36.42% | $0.36 |
| 8/2/2022 | 1,385,556 | $11.79 | 7.18% | -0.67% | -0.69% | -1.33% | 8.51% | 2.29 | 2.27% * | $0.94 |
| 8/3/2022 | 1,796,902 | $13.71 | 16.28% | 1.57% | 2.69% | 3.15% | 13.14% | 3.54 | 0.05% ** | $1.55 |
| 8/4/2022 | 1,389,473 | $14.05 | 2.48% | -0.07% | 0.43% | 0.12% | 2.36% | 0.64 | 52.58% | $0.32 |
| 8/5/2022 | 2,644,021 | $13.46 | -4.20% | -0.15% | -0.20% | -0.63% | -3.57% | -0.96 | 33.74% | -$0.50 |
| 8/8/2022 | 2,588,211 | $13.23 | -1.71% | -0.12% | -0.88% | -1.41% | -0.30% | -0.08 | 93.58% | -$0.04 |
| 8/9/2022 | 866,211 | $12.53 | -5.29% | -0.42% | -0.99% | -1.61% | -3.68% | -0.99 | 32.19% | -$0.49 |
| 8/10/2022 | 1,684,378 | $13.23 | 5.59% | 2.13% | 2.78% | 3.38% | 2.20% | 0.59 | 55.35% | $0.28 |
| 8/11/2022 | 1,215,379 | $12.99 | -1.81% | -0.04% | -0.48% | -0.92% | -0.89% | -0.24 | 81.08% | -$0.12 |
| 8/12/2022 | 11,582,335 | $8.26 | -36.41% | 1.75% | 2.08% | 2.48% | -38.89% | -10.48 | 0.00% ** | -$5.05 |
| 8/15/2022 | 4,334,543 | $8.40 | 1.69% | 0.40% | 0.63% | 0.47% | 1.23% | 0.33 | 74.06% | $0.10 |

**Notes:**
[1] U.S. trading day.  Source: Bloomberg.
[2] Reported daily U.S. composite trading volume for Olo Class A common stock.  Source: Bloomberg.

**Exhibit 3**
**Daily Trading Statistics for Olo Common Stock**
**August 10, 2021 – August 15, 2022**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Olo Common Stock | | | Market | Industry | Predicted | Excess | | | Excess Price |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-stat | p-value | Change |

[3]  Closing price for Olo Class A US composite share.  Source: Bloomberg.

[4]  = {[3] / previous trading day's [3]} - 1.

[5]  Market return equals the return on the S&P 500 Total Return Index (Bloomberg ticker "SPTR").

[6]  Industry return equals the return on the S&P Information Technology Sector Total Return Index (Bloomberg ticker "SPTRINFT").

[7]  = intercept + market beta x [5] + industry beta (net of market) x ( [6] - [5]).  The market model is estimated for Olo return [4] regressed on market return [5] and net-of-market industry return ([6]-[5]) over the Class Period (8/10/2021 - 8/11/2022) with dummy variables on 8/11/2021, 11/10/2021, 2/24/2022, and 5/11/2022.

[8]  = [4] - [7].

[9]  = [8] / the standard error of Olo's market model described in note [7] above.

[10] Two-sided p-value associated with t-statistic in [9].  * and ** denote statistical significance at the 5% and 1% level, respectively.

[11]  = prior [3] x [8].

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |
| 8/10/2021 | 767,248 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $37.40 | $1,033,781,778 | $961,873,845 | 0.03% | 47.59% | 1,373,752 | 4.97% |
| 8/11/2021 | 902,056 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $35.89 | $992,043,529 | $923,038,831 | 0.03% | 47.59% | 1,373,752 | 4.97% |
| 8/12/2021 | 360,720 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $37.13 | $1,026,318,647 | $954,929,836 | 0.11% | 47.59% | 1,373,752 | 4.97% |
| 8/13/2021 | 173,280 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $36.74 | $1,015,538,570 | $944,899,600 | 0.03% | 47.59% | 1,943,279 | 7.03% |
| 8/16/2021 | 322,497 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $35.30 | $975,735,207 | $907,864,886 | 0.93% | 47.59% | 1,943,279 | 7.03% |
| 8/17/2021 | 286,525 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.80 | $934,273,371 | $869,287,058 | 0.03% | 47.59% | 1,943,279 | 7.03% |
| 8/18/2021 | 210,195 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $34.04 | $940,907,265 | $875,459,510 | 0.26% | 47.59% | 1,943,279 | 7.03% |
| 8/19/2021 | 231,544 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.90 | $937,037,494 | $871,858,913 | 0.03% | 47.59% | 1,943,279 | 7.03% |
| 8/20/2021 | 214,098 | 1,264,859 | 4.58% | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.99 | $939,525,204 | $874,173,582 | 0.21% | 47.59% | 1,943,279 | 7.03% |
| 8/23/2021 | 256,938 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $36.41 | $1,006,416,966 | $936,412,478 | 0.19% | 47.59% | 1,943,279 | 7.03% |
| 8/24/2021 | 784,973 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $38.38 | $1,060,870,177 | $987,078,026 | 0.21% | 47.59% | 1,943,279 | 7.03% |
| 8/25/2021 | 1,687,027 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $45.16 | $1,248,277,676 | $1,161,449,808 | 0.73% | 47.59% | 1,943,279 | 7.03% |
| 8/26/2021 | 929,475 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $46.56 | $1,286,975,389 | $1,197,455,781 | 0.39% | 47.59% | 1,943,279 | 7.03% |
| 8/27/2021 | 954,447 | 4,612,860 | 16.69% | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $45.07 | $1,245,789,966 | $1,159,135,139 | 0.87% | 47.59% | 1,943,279 | 7.03% |
| 8/30/2021 | 740,762 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $40.66 | $1,123,892,168 | $1,045,716,324 | 0.10% | 47.59% | 1,943,279 | 7.03% |
| 8/31/2021 | 1,034,624 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $38.39 | $1,061,146,589 | $987,335,211 | 0.16% | 47.59% | 2,526,835 | 9.14% |
| 9/1/2021 | 1,023,622 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $36.99 | $1,022,448,876 | $951,329,238 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/2/2021 | 1,008,983 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $37.05 | $1,024,107,349 | $952,872,352 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/3/2021 | 885,594 | 4,693,585 | 16.98% | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $37.05 | $1,024,107,349 | $952,872,352 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/7/2021 | 905,959 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $36.84 | $1,018,302,692 | $947,471,456 | 1.36% | 47.59% | 2,526,835 | 9.14% |
| 9/8/2021 | 7,424,966 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $35.25 | $974,353,146 | $906,578,958 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/9/2021 | 3,134,284 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $35.14 | $971,312,611 | $903,749,917 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/10/2021 | 1,381,612 | 12,846,821 | 46.48% | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $32.99 | $911,883,980 | $848,455,030 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/13/2021 | 1,672,373 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.89 | $936,761,081 | $871,601,727 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/14/2021 | 918,479 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.46 | $924,875,355 | $860,542,750 | 0.03% | 47.59% | 2,526,835 | 9.14% |
| 9/15/2021 | 1,613,799 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.06 | $913,818,865 | $850,255,329 | 0.18% | 47.59% | 1,834,687 | 6.64% |
| 9/16/2021 | 1,372,897 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $34.23 | $946,159,098 | $880,346,035 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/17/2021 | 1,261,972 | 6,839,520 | 24.74% | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $34.94 | $965,784,367 | $898,606,201 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/20/2021 | 1,522,486 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.08 | $914,371,690 | $850,769,700 | 0.06% | 47.59% | 1,834,687 | 6.64% |
| 9/21/2021 | 750,120 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.43 | $924,046,118 | $859,771,193 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/22/2021 | 500,826 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.99 | $939,525,204 | $874,173,582 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/23/2021 | 464,749 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $34.02 | $940,354,440 | $874,945,139 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/24/2021 | 1,292,508 | 4,530,689 | 16.39% | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $33.15 | $916,306,576 | $852,569,999 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/27/2021 | 1,437,239 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $32.01 | $884,795,580 | $823,250,850 | 0.19% | 47.59% | 1,834,687 | 6.64% |
| 9/28/2021 | 1,032,401 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $31.56 | $872,357,029 | $811,677,501 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/29/2021 | 1,022,840 | -- | -- | 6 | 6 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $30.17 | $833,935,728 | $775,928,714 | 0.03% | 47.59% | 1,834,687 | 6.64% |
| 9/30/2021 | 1,857,424 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $30.03 | $1,509,610,923 | $1,451,873,083 | 0.03% | 53.90% | 1,343,463 | 2.67% |
| 10/1/2021 | 969,476 | 6,319,380 | 12.57% | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $29.71 | $1,493,524,493 | $1,436,401,908 | 0.27% | 53.90% | 1,343,463 | 2.67% |
| 10/4/2021 | 1,454,634 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.09 | $1,412,086,940 | $1,358,079,084 | 0.14% | 53.90% | 1,343,463 | 2.67% |
| 10/5/2021 | 1,168,375 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.52 | $1,433,703,081 | $1,378,868,475 | 0.04% | 53.90% | 1,343,463 | 2.67% |
| 10/6/2021 | 784,771 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.35 | $1,425,157,165 | $1,370,649,414 | 0.18% | 53.90% | 1,343,463 | 2.67% |
| 10/7/2021 | 662,458 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $29.31 | $1,473,416,455 | $1,417,062,939 | 0.03% | 53.90% | 1,343,463 | 2.67% |
| 10/8/2021 | 1,086,351 | 5,156,589 | 10.26% | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.25 | $1,420,130,156 | $1,365,814,672 | 0.04% | 53.90% | 1,343,463 | 2.67% |
| 10/11/2021 | 1,333,691 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.06 | $1,360,308,744 | $1,308,281,239 | 0.11% | 53.90% | 1,343,463 | 2.67% |

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |
| 10/12/2021 | 706,117 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.28 | $1,371,368,164 | $1,318,917,672 | 0.22% | 53.90% | 1,343,463 | 2.67% |
| 10/13/2021 | 719,443 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.55 | $1,435,211,184 | $1,380,318,898 | 0.17% | 53.90% | 1,343,463 | 2.67% |
| 10/14/2021 | 496,226 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.20 | $1,417,616,651 | $1,363,397,300 | 0.04% | 53.90% | 1,343,463 | 2.67% |
| 10/15/2021 | 491,704 | 3,747,181 | 7.45% | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.94 | $1,404,546,426 | $1,350,826,971 | 0.04% | 53.90% | 2,135,001 | 4.25% |
| 10/18/2021 | 623,789 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.41 | $1,377,903,277 | $1,325,202,837 | 0.18% | 53.90% | 2,135,001 | 4.25% |
| 10/19/2021 | 1,720,170 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $26.77 | $1,345,730,416 | $1,294,260,487 | 0.07% | 53.90% | 2,135,001 | 4.25% |
| 10/20/2021 | 1,506,247 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $26.23 | $1,318,584,566 | $1,268,152,879 | 0.04% | 53.90% | 2,135,001 | 4.25% |
| 10/21/2021 | 1,322,558 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.04 | $1,359,303,342 | $1,307,314,291 | 0.04% | 53.90% | 2,135,001 | 4.25% |
| 10/22/2021 | 1,068,031 | 6,240,795 | 12.41% | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.52 | $1,383,432,987 | $1,330,521,053 | 0.04% | 53.90% | 2,135,001 | 4.25% |
| 10/25/2021 | 1,326,404 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.46 | $1,380,416,781 | $1,327,620,208 | 0.04% | 53.90% | 2,135,001 | 4.25% |
| 10/26/2021 | 4,080,590 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $25.95 | $1,304,508,939 | $1,254,615,601 | 0.04% | 53.90% | 2,135,001 | 4.25% |
| 10/27/2021 | 1,356,467 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $26.42 | $1,328,135,883 | $1,277,338,889 | 0.11% | 53.90% | 2,135,001 | 4.25% |
| 10/28/2021 | 926,170 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $26.75 | $1,344,725,015 | $1,293,293,539 | 0.04% | 53.90% | 2,135,001 | 4.25% |
| 10/29/2021 | 1,004,721 | 8,694,352 | 17.30% | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.22 | $1,368,351,959 | $1,316,016,827 | 0.11% | 53.90% | 2,249,813 | 4.48% |
| 11/1/2021 | 1,178,465 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.26 | $1,420,632,856 | $1,366,298,146 | 0.07% | 53.90% | 2,249,813 | 4.48% |
| 11/2/2021 | 1,745,104 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.61 | $1,387,957,295 | $1,334,872,321 | 0.07% | 53.90% | 2,249,813 | 4.48% |
| 11/3/2021 | 695,652 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $28.01 | $1,408,065,333 | $1,354,211,290 | 0.04% | 53.90% | 2,249,813 | 4.48% |
| 11/4/2021 | 639,744 | -- | -- | 6 | 6 | 50,270,094 | 1,922,672 | 48,347,422 | 96.18% | $27.93 | $1,404,043,725 | $1,350,343,496 | 0.21% | 53.90% | 2,249,813 | 4.48% |
| 11/5/2021 | 554,822 | 4,813,787 | 8.43% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $27.94 | $1,594,779,327 | $1,541,059,869 | 0.14% | 53.90% | 2,249,813 | 3.94% |
| 11/8/2021 | 2,187,415 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $30.07 | $1,716,356,990 | $1,658,542,243 | 0.03% | 53.90% | 2,249,813 | 3.94% |
| 11/9/2021 | 1,790,153 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $29.95 | $1,709,507,544 | $1,651,923,518 | 0.17% | 53.90% | 2,249,813 | 3.94% |
| 11/10/2021 | 2,323,416 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $29.43 | $1,679,826,612 | $1,623,242,375 | 0.03% | 53.90% | 2,249,813 | 3.94% |
| 11/11/2021 | 1,701,524 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $29.50 | $1,683,822,122 | $1,627,103,298 | 0.03% | 53.90% | 2,249,813 | 3.94% |
| 11/12/2021 | 1,965,621 | 9,968,129 | 17.46% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $29.50 | $1,683,822,122 | $1,627,103,298 | 0.03% | 53.90% | 2,249,813 | 3.94% |
| 11/15/2021 | 1,589,540 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $28.83 | $1,645,579,382 | $1,590,148,749 | 0.03% | 53.90% | 1,894,732 | 3.32% |
| 11/16/2021 | 1,111,673 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $29.29 | $1,671,835,592 | $1,615,520,529 | 0.03% | 53.90% | 1,894,732 | 3.32% |
| 11/17/2021 | 1,736,336 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $27.98 | $1,597,062,474 | $1,543,266,111 | 0.11% | 53.90% | 1,894,732 | 3.32% |
| 11/18/2021 | 1,241,787 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $27.88 | $1,591,354,602 | $1,537,750,507 | 0.04% | 53.90% | 1,894,732 | 3.32% |
| 11/19/2021 | 1,927,101 | 7,606,437 | 13.33% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $27.00 | $1,541,125,332 | $1,489,213,188 | 0.11% | 53.90% | 1,894,732 | 3.32% |
| 11/22/2021 | 2,215,982 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $25.88 | $1,477,197,170 | $1,427,438,419 | 0.04% | 53.90% | 1,894,732 | 3.32% |
| 11/23/2021 | 1,945,927 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $24.88 | $1,420,118,454 | $1,372,282,375 | 0.04% | 53.90% | 1,894,732 | 3.32% |
| 11/24/2021 | 1,058,354 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $25.45 | $1,452,653,322 | $1,403,721,320 | 0.20% | 53.90% | 1,894,732 | 3.32% |
| 11/26/2021 | 695,825 | 5,916,088 | 10.36% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $25.18 | $1,437,242,069 | $1,388,829,188 | 0.28% | 53.90% | 1,894,732 | 3.32% |
| 11/29/2021 | 1,089,963 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $25.37 | $1,448,087,025 | $1,399,308,836 | 0.04% | 53.90% | 1,894,732 | 3.32% |
| 11/30/2021 | 2,391,262 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $24.56 | $1,401,853,265 | $1,354,632,441 | 0.04% | 53.90% | 2,323,704 | 4.07% |
| 12/1/2021 | 1,881,812 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $23.42 | $1,336,783,529 | $1,291,754,550 | 0.04% | 53.90% | 2,323,704 | 4.07% |
| 12/2/2021 | 1,337,170 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $25.05 | $1,429,821,836 | $1,381,658,902 | 0.16% | 53.90% | 2,323,704 | 4.07% |
| 12/3/2021 | 2,174,280 | 8,874,487 | 15.55% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $24.55 | $1,401,282,478 | $1,354,080,880 | 0.04% | 53.90% | 2,323,704 | 4.07% |
| 12/6/2021 | 1,565,040 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $25.54 | $1,457,790,407 | $1,408,685,364 | 0.04% | 53.90% | 2,323,704 | 4.07% |
| 12/7/2021 | 1,228,936 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $26.73 | $1,525,714,079 | $1,474,321,056 | 0.07% | 53.90% | 2,323,704 | 4.07% |
| 12/8/2021 | 1,014,540 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $26.64 | $1,520,576,994 | $1,469,357,012 | 0.04% | 53.90% | 2,323,704 | 4.07% |
| 12/9/2021 | 2,294,394 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $24.09 | $1,375,026,268 | $1,328,709,100 | 0.04% | 53.90% | 2,323,704 | 4.07% |
| 12/10/2021 | 1,984,365 | 8,087,275 | 14.17% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $23.59 | $1,346,486,910 | $1,301,131,078 | 0.04% | 53.90% | 2,323,704 | 4.07% |
| 12/13/2021 | 2,053,521 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $22.89 | $1,306,531,809 | $1,262,521,847 | 0.09% | 53.90% | 2,323,704 | 4.07% |

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |
| 12/14/2021 | 2,626,684 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $22.15 | $1,264,293,559 | $1,221,706,375 | 0.05% | 53.90% | 2,323,704 | 4.07% |
| 12/15/2021 | 2,156,172 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $22.65 | $1,292,832,917 | $1,249,284,397 | 0.04% | 53.90% | 3,472,152 | 6.08% |
| 12/16/2021 | 1,757,491 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $21.75 | $1,241,462,073 | $1,199,643,957 | 0.14% | 53.90% | 3,472,152 | 6.08% |
| 12/17/2021 | 3,639,213 | 12,233,081 | 21.43% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $21.82 | $1,245,457,583 | $1,203,504,880 | 0.05% | 53.90% | 3,472,152 | 6.08% |
| 12/20/2021 | 1,576,667 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $21.46 | $1,224,909,245 | $1,183,648,704 | 0.05% | 53.90% | 3,472,152 | 6.08% |
| 12/21/2021 | 1,454,770 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $22.17 | $1,265,435,134 | $1,222,809,495 | 0.05% | 53.90% | 3,472,152 | 6.08% |
| 12/22/2021 | 1,037,004 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $21.68 | $1,237,466,563 | $1,195,783,034 | 0.05% | 53.90% | 3,472,152 | 6.08% |
| 12/23/2021 | 1,669,228 | 5,737,669 | 10.05% | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $22.42 | $1,279,704,813 | $1,236,598,506 | 0.13% | 53.90% | 3,472,152 | 6.08% |
| 12/27/2021 | 825,230 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $21.64 | $1,235,183,414 | $1,193,576,792 | 0.14% | 53.90% | 3,472,152 | 6.08% |
| 12/28/2021 | 929,805 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $21.30 | $1,215,776,651 | $1,174,823,737 | 0.09% | 53.90% | 3,472,152 | 6.08% |
| 12/29/2021 | 788,286 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $20.82 | $1,188,378,867 | $1,148,348,836 | 0.10% | 53.90% | 3,472,152 | 6.08% |
| 12/30/2021 | 1,058,775 | -- | -- | 6 | 6 | 57,078,716 | 1,922,672 | 55,156,044 | 96.63% | $21.32 | $1,216,918,225 | $1,175,926,858 | 0.09% | 53.90% | 3,472,152 | 6.08% |
| 12/31/2021 | 564,184 | 4,166,280 | 5.30% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $20.81 | $1,634,636,529 | $1,594,625,725 | 0.05% | 62.25% | 5,625,036 | 7.16% |
| 1/3/2022 | 1,301,041 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $21.21 | $1,666,056,741 | $1,625,276,868 | 0.05% | 62.25% | 5,625,036 | 7.16% |
| 1/4/2022 | 1,682,680 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $20.84 | $1,636,993,045 | $1,596,924,561 | 0.05% | 62.25% | 5,625,036 | 7.16% |
| 1/5/2022 | 1,854,110 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.90 | $1,484,605,017 | $1,448,266,516 | 0.05% | 62.25% | 5,625,036 | 7.16% |
| 1/6/2022 | 1,596,948 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.95 | $1,488,532,544 | $1,452,097,909 | 0.05% | 62.25% | 5,625,036 | 7.16% |
| 1/7/2022 | 798,268 | 7,233,047 | 9.21% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.75 | $1,472,822,438 | $1,436,772,338 | 0.05% | 62.25% | 5,625,036 | 7.16% |
| 1/10/2022 | 1,809,540 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.77 | $1,474,393,448 | $1,438,304,895 | 0.16% | 62.25% | 5,625,036 | 7.16% |
| 1/11/2022 | 1,830,814 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $19.19 | $1,507,384,471 | $1,470,488,595 | 0.21% | 62.25% | 5,625,036 | 7.16% |
| 1/12/2022 | 1,127,660 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.46 | $1,450,042,784 | $1,414,550,259 | 0.05% | 62.25% | 5,625,036 | 7.16% |
| 1/13/2022 | 725,626 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.53 | $1,376,990,791 | $1,343,286,351 | 0.11% | 62.25% | 5,625,036 | 7.16% |
| 1/14/2022 | 2,035,585 | 7,529,225 | 9.59% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.28 | $1,357,353,158 | $1,324,129,386 | 0.06% | 62.25% | 5,846,217 | 7.44% |
| 1/18/2022 | 1,061,568 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $16.35 | $1,284,301,166 | $1,252,865,478 | 0.06% | 62.25% | 5,846,217 | 7.44% |
| 1/19/2022 | 1,200,129 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $15.75 | $1,237,170,848 | $1,206,888,764 | 0.06% | 62.25% | 5,846,217 | 7.44% |
| 1/20/2022 | 1,019,212 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $15.49 | $1,216,747,710 | $1,186,965,520 | 0.06% | 62.25% | 5,846,217 | 7.44% |
| 1/21/2022 | 1,386,717 | 4,667,626 | 5.94% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $15.09 | $1,185,327,498 | $1,156,314,377 | 0.07% | 62.25% | 5,846,217 | 7.44% |
| 1/24/2022 | 1,406,319 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $15.47 | $1,215,176,699 | $1,185,432,963 | 0.13% | 62.25% | 5,846,217 | 7.44% |
| 1/25/2022 | 1,355,754 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $14.89 | $1,169,617,392 | $1,140,988,806 | 0.07% | 62.25% | 5,846,217 | 7.44% |
| 1/26/2022 | 1,444,102 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $15.20 | $1,193,968,056 | $1,164,743,442 | 0.20% | 62.25% | 5,846,217 | 7.44% |
| 1/27/2022 | 1,082,434 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $15.12 | $1,187,684,014 | $1,158,613,213 | 0.07% | 62.25% | 5,846,217 | 7.44% |
| 1/28/2022 | 1,086,147 | 6,374,756 | 8.12% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $16.10 | $1,264,663,533 | $1,233,708,514 | 0.25% | 62.25% | 5,846,217 | 7.44% |
| 1/31/2022 | 1,304,848 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.55 | $1,378,561,802 | $1,344,818,908 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/1/2022 | 1,103,855 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.15 | $1,425,692,120 | $1,390,795,623 | 0.22% | 62.25% | 6,449,800 | 8.21% |
| 2/2/2022 | 901,890 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.09 | $1,342,428,558 | $1,309,570,093 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/3/2022 | 709,831 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $16.42 | $1,289,799,703 | $1,258,229,428 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/4/2022 | 613,896 | 4,634,320 | 5.90% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.43 | $1,369,135,738 | $1,335,623,565 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/7/2022 | 765,205 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.43 | $1,369,135,738 | $1,335,623,565 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/8/2022 | 527,287 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.85 | $1,402,126,961 | $1,367,807,265 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/9/2022 | 735,859 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.13 | $1,424,121,109 | $1,389,263,066 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/10/2022 | 1,867,516 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.20 | $1,429,619,646 | $1,394,627,016 | 0.05% | 62.25% | 6,449,800 | 8.21% |
| 2/11/2022 | 1,013,886 | 4,909,753 | 6.25% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $16.83 | $1,322,005,420 | $1,289,646,850 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/14/2022 | 1,093,307 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.34 | $1,362,066,190 | $1,328,727,058 | 0.06% | 62.25% | 6,449,800 | 8.21% |
| 2/15/2022 | 1,216,365 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $18.29 | $1,436,639,194 | $1,401,523,523 | 0.05% | 62.25% | 6,006,921 | 7.65% |

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |
| 2/16/2022 | 924,560 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.49 | $1,373,848,770 | $1,340,221,236 | 0.11% | 62.25% | 6,006,921 | 7.65% |
| 2/17/2022 | 1,116,683 | -- | -- | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $17.00 | $1,335,359,010 | $1,302,673,586 | 0.06% | 62.25% | 6,006,921 | 7.65% |
| 2/18/2022 | 3,283,046 | 7,633,961 | 9.56% | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $16.35 | $1,305,181,080 | $1,273,745,393 | 0.06% | 62.25% | 6,006,921 | 7.52% |
| 2/22/2022 | 2,230,347 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $14.99 | $1,196,615,559 | $1,167,794,706 | 0.07% | 62.25% | 6,006,921 | 7.52% |
| 2/23/2022 | 1,524,185 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.60 | $1,085,655,210 | $1,059,506,871 | 0.07% | 62.25% | 6,006,921 | 7.52% |
| 2/24/2022 | 3,358,392 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.91 | $1,110,401,763 | $1,083,657,395 | 0.07% | 62.25% | 6,006,921 | 7.52% |
| 2/25/2022 | 3,022,332 | 10,135,256 | 12.70% | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $14.08 | $1,123,972,453 | $1,096,901,231 | 0.07% | 62.25% | 6,006,921 | 7.52% |
| 2/28/2022 | 3,441,022 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $14.61 | $1,166,281,075 | $1,138,190,837 | 0.07% | 62.25% | 6,432,124 | 8.06% |
| 3/1/2022 | 3,367,119 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $14.11 | $1,126,367,281 | $1,099,238,379 | 0.07% | 62.25% | 6,432,124 | 8.06% |
| 3/2/2022 | 2,572,299 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $14.12 | $1,127,165,557 | $1,100,017,428 | 0.07% | 62.25% | 6,432,124 | 8.06% |
| 3/3/2022 | 2,176,804 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.19 | $1,052,925,899 | $1,027,565,855 | 0.30% | 62.25% | 6,432,124 | 8.06% |
| 3/4/2022 | 1,429,880 | 12,987,124 | 16.27% | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.36 | $986,669,000 | $962,904,774 | 0.08% | 62.25% | 6,432,124 | 8.06% |
| 3/7/2022 | 1,395,837 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.03 | $960,325,896 | $937,196,152 | 0.17% | 62.25% | 6,432,124 | 8.06% |
| 3/8/2022 | 1,618,650 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.43 | $992,256,931 | $968,358,118 | 0.16% | 62.25% | 6,432,124 | 8.06% |
| 3/9/2022 | 974,687 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.27 | $1,059,312,106 | $1,033,798,249 | 0.15% | 62.25% | 6,432,124 | 8.06% |
| 3/10/2022 | 978,273 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.96 | $1,034,565,553 | $1,009,647,724 | 0.23% | 62.25% | 6,432,124 | 8.06% |
| 3/11/2022 | 843,140 | 5,810,587 | 7.28% | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.30 | $981,879,345 | $958,230,479 | 0.16% | 62.25% | 6,432,124 | 8.06% |
| 3/14/2022 | 1,634,749 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $11.58 | $924,403,481 | $902,138,939 | 0.09% | 62.25% | 6,432,124 | 8.06% |
| 3/15/2022 | 1,316,596 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $11.96 | $954,737,964 | $931,742,807 | 0.08% | 62.25% | 8,515,999 | 10.67% |
| 3/16/2022 | 1,430,089 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.47 | $995,450,035 | $971,474,315 | 0.16% | 62.25% | 8,515,999 | 10.67% |
| 3/17/2022 | 2,796,611 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.80 | $1,021,793,139 | $997,182,938 | 0.08% | 62.25% | 8,515,999 | 10.67% |
| 3/18/2022 | 2,193,745 | 9,371,790 | 11.74% | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.42 | $1,071,286,244 | $1,045,483,986 | 0.07% | 62.25% | 8,515,999 | 10.67% |
| 3/21/2022 | 2,035,563 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.05 | $1,041,750,036 | $1,016,659,167 | 0.23% | 62.25% | 8,515,999 | 10.67% |
| 3/22/2022 | 2,224,030 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.59 | $1,084,836,953 | $1,058,727,822 | 0.15% | 62.25% | 8,515,999 | 10.67% |
| 3/23/2022 | 1,127,115 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.25 | $1,057,715,554 | $1,032,240,150 | 0.08% | 62.25% | 8,515,999 | 10.67% |
| 3/24/2022 | 1,179,308 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.16 | $1,050,531,071 | $1,025,228,708 | 0.23% | 62.25% | 8,515,999 | 10.67% |
| 3/25/2022 | 1,399,398 | 7,965,414 | 9.98% | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.52 | $999,441,414 | $975,369,561 | 0.16% | 62.25% | 8,515,999 | 10.67% |
| 3/28/2022 | 900,779 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $12.63 | $1,008,222,449 | $983,939,102 | 0.16% | 62.25% | 8,515,999 | 10.67% |
| 3/29/2022 | 1,168,983 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.56 | $1,082,462,107 | $1,056,390,675 | 0.07% | 62.25% | 8,515,999 | 10.67% |
| 3/30/2022 | 1,135,719 | -- | -- | 6 | 6 | 79,827,589 | 1,922,672 | 77,904,917 | 97.59% | $13.23 | $1,056,119,002 | $1,030,682,052 | 0.15% | 62.25% | 8,515,999 | 10.67% |
| 3/31/2022 | 1,078,268 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $13.25 | $1,187,997,465 | $1,162,522,061 | 0.08% | 57.42% | 7,557,817 | 8.43% |
| 4/1/2022 | 1,235,792 | 5,519,541 | 6.16% | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $13.79 | $1,236,413,965 | $1,209,900,318 | 0.07% | 57.42% | 7,557,817 | 8.43% |
| 4/4/2022 | 1,351,627 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $13.99 | $1,254,346,002 | $1,227,447,821 | 0.07% | 57.42% | 7,557,817 | 8.43% |
| 4/5/2022 | 1,420,227 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $13.72 | $1,230,137,752 | $1,203,758,692 | 0.07% | 57.42% | 7,557,817 | 8.43% |
| 4/6/2022 | 1,531,697 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $13.14 | $1,178,134,844 | $1,152,870,934 | 0.08% | 57.42% | 7,557,817 | 8.43% |
| 4/7/2022 | 1,532,966 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $12.58 | $1,127,925,140 | $1,103,737,926 | 0.08% | 57.42% | 7,557,817 | 8.43% |
| 4/8/2022 | 749,049 | 6,585,566 | 7.35% | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $12.22 | $1,095,647,473 | $1,072,152,421 | 0.08% | 57.42% | 7,557,817 | 8.43% |
| 4/11/2022 | 1,553,736 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $12.08 | $1,083,095,047 | $1,059,869,169 | 0.08% | 57.42% | 7,557,817 | 8.43% |
| 4/12/2022 | 1,072,714 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.84 | $1,061,576,602 | $1,038,812,166 | 0.08% | 57.42% | 7,557,817 | 8.43% |
| 4/13/2022 | 857,258 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $12.06 | $1,081,301,843 | $1,058,114,419 | 0.08% | 57.42% | 7,557,817 | 8.43% |
| 4/14/2022 | 1,796,376 | 5,280,084 | 5.89% | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.78 | $1,056,196,991 | $1,033,547,915 | 0.08% | 57.42% | 8,151,449 | 9.09% |
| 4/18/2022 | 1,694,003 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.24 | $1,007,780,491 | $986,169,657 | 0.09% | 57.42% | 8,151,449 | 9.09% |
| 4/19/2022 | 1,075,583 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.85 | $1,062,473,204 | $1,039,689,541 | 0.08% | 57.42% | 8,151,449 | 9.09% |
| 4/20/2022 | 994,059 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.40 | $1,022,126,120 | $1,000,207,660 | 0.09% | 57.42% | 8,151,449 | 9.09% |

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |
| 4/21/2022 | 1,295,875 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.70 | $959,363,990 | $938,791,400 | 0.09% | 57.42% | 8,151,449 | 9.09% |
| 4/22/2022 | 1,231,109 | 6,290,629 | 7.02% | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.21 | $915,430,499 | $895,800,018 | 0.10% | 57.42% | 8,151,449 | 9.09% |
| 4/25/2022 | 1,779,438 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.03 | $988,951,852 | $967,744,779 | 0.09% | 57.42% | 8,151,449 | 9.09% |
| 4/26/2022 | 1,772,270 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.62 | $952,191,175 | $931,772,399 | 0.09% | 57.42% | 8,151,449 | 9.09% |
| 4/27/2022 | 2,251,871 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.67 | $956,674,185 | $936,159,274 | 0.09% | 57.42% | 8,151,449 | 9.09% |
| 4/28/2022 | 1,165,947 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.23 | $1,006,883,889 | $985,292,282 | 0.09% | 57.42% | 8,151,449 | 9.09% |
| 4/29/2022 | 1,268,201 | 8,237,727 | 9.19% | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.69 | $958,467,388 | $937,914,025 | 0.09% | 57.42% | 9,117,213 | 10.17% |
| 5/2/2022 | 1,252,395 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.96 | $982,675,639 | $961,603,153 | 0.09% | 57.42% | 9,117,213 | 10.17% |
| 5/3/2022 | 1,088,040 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.81 | $969,226,611 | $948,442,526 | 0.09% | 57.42% | 9,117,213 | 10.17% |
| 5/4/2022 | 1,801,580 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $11.14 | $998,814,472 | $977,395,906 | 0.09% | 57.42% | 9,117,213 | 10.17% |
| 5/5/2022 | 1,459,856 | -- | -- | 6 | 6 | 89,660,186 | 1,922,672 | 87,737,514 | 97.86% | $10.69 | $958,467,388 | $937,914,025 | 0.28% | 57.42% | 9,117,213 | 10.17% |
| 5/6/2022 | 2,076,546 | 7,678,417 | 8.42% | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.38 | $946,090,830 | $926,133,494 | 0.10% | 57.42% | 9,117,213 | 10.00% |
| 5/9/2022 | 2,746,379 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.48 | $864,059,833 | $845,832,902 | 0.11% | 57.42% | 9,117,213 | 10.00% |
| 5/10/2022 | 2,668,702 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $8.90 | $811,195,413 | $794,083,632 | 0.11% | 57.42% | 9,117,213 | 10.00% |
| 5/11/2022 | 4,301,314 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.69 | $883,200,399 | $864,569,707 | 0.10% | 57.42% | 9,117,213 | 10.00% |
| 5/12/2022 | 2,996,554 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.21 | $1,021,741,638 | $1,000,188,485 | 0.18% | 57.42% | 9,117,213 | 10.00% |
| 5/13/2022 | 2,125,370 | 14,838,319 | 16.28% | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.77 | $1,072,783,147 | $1,050,153,298 | 0.08% | 57.42% | 12,633,550 | 13.86% |
| 5/16/2022 | 1,324,577 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.83 | $987,106,328 | $966,283,790 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/17/2022 | 1,977,024 | -- | -- | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.14 | $1,015,361,449 | $993,942,883 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/18/2022 | 1,365,680 | -- | -- | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.79 | $983,460,506 | $962,714,875 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/19/2022 | 1,546,683 | -- | -- | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.90 | $993,486,517 | $972,529,392 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/20/2022 | 1,618,777 | 7,832,741 | 8.59% | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.15 | $1,016,272,905 | $994,835,112 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/23/2022 | 960,548 | -- | -- | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.12 | $1,013,538,538 | $992,158,426 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/24/2022 | 971,825 | -- | -- | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.21 | $930,596,086 | $910,965,605 | 0.10% | 57.42% | 12,633,550 | 13.86% |
| 5/25/2022 | 940,051 | -- | -- | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.59 | $965,231,396 | $944,870,299 | 0.19% | 57.42% | 12,633,550 | 13.86% |
| 5/26/2022 | 1,057,586 | -- | -- | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.72 | $977,080,317 | $956,469,274 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/27/2022 | 1,173,416 | 5,103,426 | 5.60% | 6 | 5 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.44 | $1,042,705,115 | $1,020,709,747 | 0.09% | 57.42% | 12,633,550 | 13.86% |
| 5/31/2022 | 1,334,795 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.65 | $970,700,129 | $950,223,672 | 0.09% | 57.42% | 11,572,120 | 12.70% |
| 6/1/2022 | 1,069,904 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.60 | $966,142,851 | $945,762,528 | 0.09% | 57.42% | 11,572,120 | 12.70% |
| 6/2/2022 | 936,372 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.43 | $1,041,793,659 | $1,019,817,518 | 0.18% | 57.42% | 11,572,120 | 12.70% |
| 6/3/2022 | 635,224 | 3,976,295 | 4.36% | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.74 | $978,903,228 | $958,253,731 | 0.09% | 57.42% | 11,572,120 | 12.70% |
| 6/6/2022 | 1,491,935 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.78 | $982,549,051 | $961,822,646 | 0.09% | 57.42% | 11,572,120 | 12.70% |
| 6/7/2022 | 1,154,357 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.09 | $1,010,804,172 | $989,481,739 | 0.09% | 57.42% | 11,572,120 | 12.70% |
| 6/8/2022 | 1,095,276 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $11.08 | $1,009,892,716 | $988,589,510 | 0.09% | 57.42% | 11,572,120 | 12.70% |
| 6/9/2022 | 1,547,843 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.62 | $967,965,762 | $947,546,986 | 0.09% | 57.42% | 11,572,120 | 12.70% |
| 6/10/2022 | 852,747 | 6,142,158 | 6.74% | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.02 | $913,278,431 | $894,013,258 | 0.20% | 57.42% | 11,572,120 | 12.70% |
| 6/13/2022 | 2,751,095 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.50 | $865,882,744 | $847,617,360 | 0.11% | 57.42% | 11,572,120 | 12.70% |
| 6/14/2022 | 1,233,056 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.17 | $835,804,712 | $818,173,810 | 0.22% | 57.42% | 11,572,120 | 12.70% |
| 6/15/2022 | 1,490,831 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.49 | $864,971,288 | $846,725,131 | 0.11% | 57.42% | 11,205,595 | 12.29% |
| 6/16/2022 | 1,325,712 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.19 | $837,627,623 | $819,958,267 | 0.11% | 57.42% | 11,205,595 | 12.29% |
| 6/17/2022 | 3,633,665 | 10,434,359 | 11.45% | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.04 | $915,101,342 | $895,797,715 | 0.10% | 57.42% | 11,205,595 | 12.29% |
| 6/21/2022 | 1,483,368 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.57 | $872,262,933 | $853,862,962 | 0.10% | 57.42% | 11,205,595 | 12.29% |
| 6/22/2022 | 1,651,139 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $9.41 | $857,679,644 | $839,587,301 | 0.11% | 57.42% | 11,205,595 | 12.29% |
| 6/23/2022 | 1,384,421 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.01 | $912,366,976 | $893,121,029 | 0.10% | 57.42% | 11,205,595 | 12.29% |

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |
| 6/24/2022 | 12,962,348 | 17,481,276 | 19.18% | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.09 | $919,658,620 | $900,258,859 | 0.20% | 57.42% | 11,205,595 | 12.29% |
| 6/27/2022 | 1,536,882 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.62 | $967,965,762 | $947,546,986 | 0.09% | 57.42% | 11,205,595 | 12.29% |
| 6/28/2022 | 1,417,837 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.31 | $939,710,641 | $919,887,893 | 0.19% | 57.42% | 11,205,595 | 12.29% |
| 6/29/2022 | 1,570,179 | -- | -- | 6 | 6 | 91,145,552 | 1,922,672 | 89,222,880 | 97.89% | $10.08 | $918,747,164 | $899,366,630 | 0.10% | 57.42% | 11,205,595 | 12.29% |
| 6/30/2022 | 1,303,221 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $9.87 | $963,759,002 | $944,782,230 | 0.10% | 67.98% | 13,589,738 | 13.92% |
| 7/1/2022 | 851,803 | 6,679,922 | 6.84% | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.48 | $1,023,322,629 | $1,003,173,026 | 0.10% | 67.98% | 13,589,738 | 13.92% |
| 7/5/2022 | 816,305 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.07 | $1,080,933,349 | $1,059,649,370 | 0.09% | 67.98% | 13,589,738 | 13.92% |
| 7/6/2022 | 680,650 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.01 | $1,075,074,632 | $1,053,906,013 | 0.09% | 67.98% | 13,589,738 | 13.92% |
| 7/7/2022 | 563,254 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.35 | $1,108,274,030 | $1,086,451,703 | 0.09% | 67.98% | 13,589,738 | 13.92% |
| 7/8/2022 | 508,392 | 2,568,601 | 2.63% | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.25 | $1,098,509,501 | $1,076,879,441 | 0.09% | 67.98% | 13,589,738 | 13.92% |
| 7/11/2022 | 653,190 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.69 | $1,043,828,139 | $1,023,274,776 | 0.09% | 67.98% | 13,589,738 | 13.92% |
| 7/12/2022 | 655,793 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.50 | $1,025,275,535 | $1,005,087,479 | 0.10% | 67.98% | 13,589,738 | 13.92% |
| 7/13/2022 | 575,963 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.28 | $1,003,793,571 | $984,028,503 | 0.10% | 67.98% | 13,589,738 | 13.92% |
| 7/14/2022 | 581,048 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $9.90 | $966,688,361 | $947,653,908 | 0.10% | 67.98% | 13,589,738 | 13.92% |
| 7/15/2022 | 639,204 | 3,105,198 | 3.18% | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.18 | $994,029,042 | $974,456,241 | 0.10% | 67.98% | 13,609,222 | 13.94% |

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |
| 7/18/2022 | 1,060,154 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.69 | $1,043,828,139 | $1,023,274,776 | 0.09% | 67.98% | 13,609,222 | 13.94% |
| 7/19/2022 | 672,370 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.00 | $1,074,098,179 | $1,052,948,787 | 0.18% | 67.98% | 13,609,222 | 13.94% |
| 7/20/2022 | 1,094,638 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $12.26 | $1,197,131,243 | $1,173,559,284 | 0.16% | 67.98% | 13,609,222 | 13.94% |
| 7/21/2022 | 781,555 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $12.12 | $1,183,460,903 | $1,160,158,118 | 0.08% | 67.98% | 13,609,222 | 13.94% |
| 7/22/2022 | 1,312,826 | 4,921,543 | 5.04% | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.87 | $1,159,049,580 | $1,136,227,464 | 0.08% | 67.98% | 13,609,222 | 13.94% |
| 7/25/2022 | 897,257 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.80 | $1,152,214,410 | $1,129,526,881 | 0.17% | 67.98% | 13,609,222 | 13.94% |
| 7/26/2022 | 2,782,243 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.50 | $1,025,275,535 | $1,005,087,479 | 0.10% | 67.98% | 13,609,222 | 13.94% |
| 7/27/2022 | 2,276,763 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.60 | $1,035,040,063 | $1,014,659,740 | 0.09% | 67.98% | 13,609,222 | 13.94% |
| 7/28/2022 | 860,942 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.68 | $1,042,851,687 | $1,022,317,550 | 0.09% | 67.98% | 13,609,222 | 13.94% |
| 7/29/2022 | 768,777 | 7,585,982 | 7.77% | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $10.71 | $1,045,781,045 | $1,025,189,228 | 0.19% | 67.98% | 14,014,912 | 14.35% |
| 8/1/2022 | 3,574,944 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.00 | $1,074,098,179 | $1,052,948,787 | 0.09% | 67.98% | 14,014,912 | 14.35% |
| 8/2/2022 | 1,385,556 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $11.79 | $1,151,237,957 | $1,128,569,654 | 0.08% | 67.98% | 14,014,912 | 14.35% |
| 8/3/2022 | 1,796,902 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $13.71 | $1,338,716,912 | $1,312,357,079 | 0.07% | 67.98% | 14,014,912 | 14.35% |
| 8/4/2022 | 1,389,473 | -- | -- | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $14.05 | $1,371,916,310 | $1,344,902,769 | 0.14% | 67.98% | 14,014,912 | 14.35% |
| 8/5/2022 | 2,644,021 | 10,790,896 | 11.05% | 6 | 6 | 97,645,289 | 1,922,672 | 95,722,617 | 98.03% | $13.46 | $1,314,305,590 | $1,288,426,425 | 0.07% | 67.98% | 14,014,912 | 14.35% |
| 8/8/2022 | 2,588,211 | -- | -- | 6 | 6 | 102,296,240 | 1,922,672 | 100,373,568 | 98.12% | $13.23 | $1,353,379,255 | $1,327,942,305 | 0.08% | 67.98% | 14,014,912 | 13.70% |
| 8/9/2022 | 866,211 | -- | -- | 6 | 6 | 102,296,240 | 1,922,672 | 100,373,568 | 98.12% | $12.53 | $1,281,771,887 | $1,257,680,807 | 0.08% | 67.98% | 14,014,912 | 13.70% |
| 8/10/2022 | 1,684,378 | -- | -- | 6 | 6 | 102,296,240 | 1,922,672 | 100,373,568 | 98.12% | $13.23 | $1,353,379,255 | $1,327,942,305 | 0.08% | 67.98% | 14,014,912 | 13.70% |
| 8/11/2022 | 1,215,379 | -- | -- | 6 | 6 | 102,296,240 | 1,922,672 | 100,373,568 | 98.12% | $12.99 | $1,328,828,158 | $1,303,852,648 | 0.31% | 67.98% | 14,014,912 | 13.70% |

**Class Period (August 10, 2021 - August 11, 2022)**

| | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 371,212,886 | 362,655,403 | | | | | | | | | | | | | | |
| Maximum | 12,962,348 | 17,481,276 | 46.48% | 6 | 6 | 102,296,240 | 1,922,672 | 100,373,568 | 98.12% | $46.57 | $1,716,356,990 | $1,658,542,243 | 1.36% | 67.98% | 14,014,912 | 14.35% |
| Average | 1,461,468 | 7,110,890 | 11.12% | 6 | 6 | 70,625,357 | 1,922,672 | 68,702,685 | 96.78% | $19.51 | $1,173,527,326 | $1,136,015,995 | 0.11% | 57.57% | 6,542,721 | 8.47% |
| Median | 1,280,355 | 6,374,756 | 9.56% | 6 | 6 | 78,550,530 | 1,922,672 | 76,627,858 | 97.55% | $16.23 | $1,109,337,897 | $1,080,268,418 | 0.09% | 57.42% | 6,006,921 | 8.06% |
| Minimum | 173,280 | 1,264,859 | 2.63% | 6 | 5 | 27,641,224 | 1,922,672 | 25,718,552 | 93.04% | $8.90 | $811,195,413 | $775,928,714 | 0.03% | 47.59% | 1,343,463 | 2.67% |

**Notes:**

[1] US trading date.

[2] Reported daily US composite volume for Olo Class A common stock.  Source: Bloomberg.

[3] Weekly volume is sum of volume in [2] during the week.  The first and last weeks of the Class Period are excluded because they are partial weeks.

[4] = [3] / [7].  The first and last weeks of the Class Period are excluded because they are partial weeks.

[5] Number of analysts making recommendations for the security.  For days on which data are not available, the last available data are used.  Source: Bloomberg.

[6] Number of analysts providing EPS estimates for current fiscal year for the security.  Source: Refinitiv IBES estimates via S&P Capital IQ.  Refinitiv IBES estimates were earlier known as Thomson IBES estimates.

[7] The number of Class A shares outstanding.  Source: Olo SEC filings.

[8] The number of insider holdings is equal to Class A shares held by directors and executive officers.  Source: Olo SEC Form DEF14A filed April 26, 2022.

[9] = [7] - [8].

[10] = [9] / [7].

[11] Closing price for Olo Class A US composite share.  Source: Bloomberg.

[12] = [7] x [11].

[13] = [9] x [11].

[14] Bid-Ask Spread.  Ask price minus bid price, divided by the mid-point of bid-ask prices.  Source: Bloomberg.

**Exhibit 4**
**Market Efficiency Statistics for Olo Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Volume / Shares Outstanding | Analyst Coverage (Bloomberg) | Analyst Coverage (IBES) | Shares Outstanding | Insider Holdings | Public Float | Public Ownership | Closing Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Institutional Ownership | Short Interest | Short Interest as Percent of Shares Outstanding |

[15] Institutional ownership of Class A and Class B shares as a percent of all Olo Class A and Class B shares outstanding.  Source: S&P Capital IQ.

[16] Short interest for Olo Class A common stock. Source: Bloomberg.

[17] = [16] / [7].

**Exhibit 5**
**Olo Common Stock Returns on Earnings Dates**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] |
|---|---|---|---|---|---|---|---|
| Earnings Announcement Date | Earnings Response Date | Prior Day Close Price | Open Price | Close Price | Close to Open Return | Open to Close Return | Close to Close Return |
| 8/10/2021 | 8/11/2021 | $37.40 | $35.49 | $35.89 | -5.11% | 1.13% | -4.04% |
| 11/9/2021 | 11/10/2021 | $29.95 | $30.23 | $29.43 | 0.93% | -2.65% | -1.74% |
| 2/23/2022 | 2/24/2022 | $13.60 | $11.75 | $13.91 | -13.60% | 18.38% | 2.28% |
| 5/10/2022 | 5/11/2022 | $8.90 | $8.20 | $9.69 | -7.87% | 18.17% | 8.88% |

**Note:**

[1] Dates when Olo released earnings results.  Date and time stamp of each earnings announcement is from Business Wire articles obtained via Factiva.

[2] Earnings response date is same as earnings announcement date if the earnings is released before market closed, or the following trading day if it is released after market closed.

[3] Close price of Olo common stock on date in [1].  Source: Bloomberg.

[4] Open price of Olo common stock on date in [2].  Source: Bloomberg.

[5] Close price of Olo common stock on date in [2].  Source: Bloomberg.

[6] = [4] / [3] - 1.

[7] = [5] / [4] - 1.

[8] = [5] / [3] - 1.

**Exhibit 6**
**Regression Results of Absolute Value of Olo Common Stock Returns on Trading Volume**

| Date Range | Variable | Coefficient | t-statistic | P-Value | Observations | Adjusted R-Squared |
|---|---|---|---|---|---|---|
| **Class Period:** | | | | | | |
| August 10, 2021 - August 11, 2022 | Return | 0.009 | 3.09 | 0.22% | 254 | 3.28% |
| August 10, 2021 - August 11, 2022 | Excess Return | 0.008 | 2.76 | 0.62% | 254 | 2.54% |

**Note:**

Absolute value of daily returns / excess returns are regressed on natural log of daily volume. *See* Exhibit 3 for daily returns / excess returns and volume data.

**Exhibit 7**
**Results of Tests for Autocorrelation in Daily Olo Common Stock Returns**

| Date Range | Variable | Coefficient | t-statistic | P-Value | Observations | Adjusted R-Squared |
|---|---|---|---|---|---|---|
| **Class Period:** | | | | | | |
| August 10, 2021 - August 11, 2022 | Return | 0.134 | 2.16 | 3.15% | 254 | 1.43% |
| August 10, 2021 - August 11, 2022 | Excess Return | 0.161 | 2.61 | 0.95% | 254 | 2.25% |
| | | | | | | |
| **Class Period*:** | | | | | | |
| August 10, 2021 - August 11, 2022 | Return | 0.021 | 0.32 | 74.91% | 248 | -0.36% |
| August 10, 2021 - August 11, 2022 | Excess Return | 0.002 | 0.02 | 98.16% | 248 | -0.41% |

**Note:**
Daily returns / excess returns are regressed on 1-day lagged daily returns / excess returns.  See Exhibit 3 for daily returns and excess returns.
* I exclude three outlier return/excess returns on 8/25/2021, 5/12/2022, and 8/3/2022.  Returns/excess returns on 8/25/2021, 5/12/2022, and 8/3/2022 are lagged returns/excess returns for 8/26/2021, 5/13/2022, and 8/4/2022, respectively.  Therefore, six observations that include the returns/excess returns on 8/25/2021, 5/12/2022, and 8/3/2022 in either the dependent variable or the lagged independent variable are excluded.