# EXHIBIT B



# FIRM RESUME

www.scott-scott.com



Scott+Scott specializes in the investigation and prosecution of complex actions across the globe – recovering billions for its clients. The Firm has extensive experience litigating securities fraud, antitrust, consumer and other complex cases and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional, and multinational clients in the United States, United Kingdom, and European courts, offering a one-stop shop for international recoupment.



# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997. The Firm has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust and other commercial actions in both the United States and Europe. Today, the Firm is comprised of more than 135 team members, including more than 100 attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, N.Y. and San Diego, C.A., with additional U.S. offices located in Connecticut, Virginia, Ohio, and Arizona. The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott has extensive experience litigating cases on behalf of our institutional and individual clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous securities, antitrust, and consumer class actions, as well derivative and other complex proceedings, in both state and federal courts. The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance. They have been regular speakers on CLE panels as well as at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments. Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives. The Firm's vast experience in structured debt financial litigation has also enabled us to provide clients with in-depth monitoring of their structured finance products, which often come with substantial undisclosed risks due to investors' limited ability to assess what they are acquiring. The Firm also has experience evaluating and monitoring for our clients' debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives.



# SECURITIES AND CORPORATE GOVERNANCE

Scott+Scott has extensive experience litigating claims for violations of the federal securities laws on behalf of our municipal, institutional, and individual investor clients, serving as lead counsel in numerous securities class actions brought under the Securities Act of 1933, the Securities Exchange Act of 1934, and other statutes.

Scott+Scott recognizes that, particularly since the passage of the Private Securities Litigation Reform Act of 1995, bringing successful claims for violations of the federal securities laws requires not only significant litigation experience, but also the ability to bear the skills of its in-house investigators and financial analysts (and often outside consultants) to build a case that can survive both early-stage motions to dismiss and later stage motions for summary judgment. Our philosophy is also based on our view that efforts to negotiate a successful settlement are typically built on the quality of pre-filing investigation diligence, and our willingness to litigate deep into discovery and, if necessary, through summary judgment and trial.

Our securities litigators have experience practicing in state and federal courts across the country. The Firm's attorneys have regularly retained and worked with leading accounting experts, damages experts, and relevant industry experts to build their clients' cases against defendants involved in virtually every type of industry, from pharmaceuticals to dot.coms, from retailers to manufacturers, and from investment banks to accounting firms. The Firm has also submitted *amicus curiae* briefs to the United States Supreme Court on behalf of its clients on important securities laws issues, including in support of the plaintiffs in *California Public Emps.' Ret. Sys. ANZ Securities, Inc.*, 137 S. Ct. 2042 (2017) and *Cyan Inc. v. Beaver County Emp. Ret. Fund*, 138 S. Ct. 1061 (2018).

When appropriate, Scott+Scott prosecutes actions on a class or individual basis. Through our commitment to the best interests of those the Firm represents, Scott+Scott has successfully obtained exceptional monetary results and precedent-setting corporate governance reforms on behalf of investors.



# SECURITIES CASE EXAMPLES

**Securities class actions where Scott+Scott currently serves as lead or co-lead counsel include**:

• *In re Lyft, Inc., Secs. Litig.*, No. CGC-19-575293 (Cal. Super. Ct. San Francisco Cnty.)

• *Okla. Firefighters Pens. vs. Newell Brands Inc.*, No. L-003492-18 (N.J. Sup. Ct. Hudson Cnty.)

• *Erie Cnty. Empl. Ret. Sys. v. NN, Inc.*, No. 656462/2019 (N.Y. Supr. Ct. N.Y. Cnty.)

• *In re DouYu Int'l Hold'gs Ltd. Sec. Litig.*, No. 651703/2020 (N.Y. Supr. Ct. N.Y. Cnty.)

• *In re Cloudera, Inc. Secs. Litig.*, No. 19CV348674 (Cal. Super. Ct. Santa Clara Cnty.)

• *Evergreen Cap. Mgmt. LLC v. BONY Mellon Tr. Co.*, No. 20ST-CV-26290 (Cal. Super., LA Cnty.)

• *In re Infinity Q Divers. Alpha Fund Sec. Lit.*, No. 651295/2021 (N.Y. Supr. Ct. N.Y. Cnty.)

• *Okla. Police Pension Fund & Ret. Sys. v. Jagged Peak Energy, Inc.*, No. 2017 CV 31757 (Colo. Dist. Ct., Denver Cnty.)

• *In re Teekay Offshore Partners, L.P. Common Unitholders Litig.*, No. 1:19-cv-6483 (S.D.N.Y.)

• *In re Micro Focus Int'l PLC Secs. Litig.*, No. 18CIV01549 (Cal. Super. San Mateo Cnty.)

• *In re Slack Techs., Inc. S'holder Litig.*, No. 19CIV05370 (Cal. Super. San Mateo Cnty.)

• *Mancour v. SmileDirectClub, Inc.*, No.: 19-1169-IV (Tenn. Chancery Ct, Davidson Cnty.)

• *Huang v. PPDAI Grp, Inc.*, No. 654482/2018 (N.Y. Supr. Ct. N.Y. Cnty.)

• *Boston Ret. Sys. v. Uber Tech., Inc.,* No. 3:20-cv-08610 (N.D. Cal.)

• *Robert Charles Class A, L.P. v. JPMorganChase & Co.*, No. 1:18-cv-11115 (S.D.N.Y.)

• *Garnett v. Wang [In re RLX Tech., Inc.],* No. 21-cv-5125 (S.D.N.Y.)

• *Marechal v. Acadia Pharm. Inc.*, No. 3:21-cv-762 (S.D. Cal.)

• *Gupta v. Athenex, Inc.*, No. 21-cv-337 (W.D.N.Y.)

• *Abadilla v. Precigen, Inc.*, No. 5:20-cv-06936 (N.D. Cal.)

• *Kanugonda v. Funko, Inc.*, No. 2:18-cv-00812 (W.D. Wash.)

• *Corwin v. ViewRay, Inc.*, No. 1:19-cv-2115 (N.D. Ohio)



• *Mo-Kan Iron Workers Pension Fund v. Teligent, Inc.*, No. 1:19-cv-03354 (S.D.N.Y.)

• *Silverberg v. DryShips Inc.*, No. 2:17-cv-04547 (E.D.N.Y.)

• *Robinson v. Diana Containerships Inc.*, No. 2:17-cv-06160 (E.D.N.Y.).

**Securities class actions which have been resolved where Scott+Scott served as lead or co-lead counsel include:**

• *Alaska Elec. Pension Fund v. Pharmacia Corp.*, No. 03-cv-01519 (D.N.J.) ($164 million settlement);

• *In re LendingClub Corp.S'holder Litig.,* No. CIV 537300 (Cal. Super. Ct, San Mateo Cnty.) (part of $125 global settlement)

• *In re Priceline.com, Inc. Sec. Litig.*, No. 00-cv-01884 (D. Conn.) ($80 million settlement);

• *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y.) ($75 million settlement);

• *Cornwell v. Credit Suisse Grp.*, No. 08-cv-03758 (S.D.N.Y.) ($70 million settlement);

• *Policemen's Annuity & Benefit Fund of Chi. v. Bank of Am., N.A.*, No. 12-cv-02865 (S.D.N.Y.) ($69 million settlement);

• *In re SanDisk LLC Sec. Litig.*, No. 15-cv-01455 (N.D. Cal.) ($50 million settlement);

• *Weston v. RCS Cap. Corp.*, No. 14-cv-10136 (S.D.N.Y.) ($31 million settlement);

• *In re Greensky Sec. Litig.,* No. 1:18 Civ. 11071 (S.D.N.Y.) ($27.5M settlement)

• *In re Wash. Mut. Mortg.-Backed Sec. Lit.*, No. 2:09-cv-00037 (W.D. Wash.) ($26 million recovery)

• *ATRS v Insulet Corp.*, No. 15-12345 (D. Mass.) ($19.5 million settlement);

• *In re King Digit. Ent. PLC S'holder Litig.*, No. CGC-15-544770 (Cal. Sup. Ct. San Francisco Cnty.) ($18.5 million settlement)

• *In re Evoqua Water Corp. Sec. Litig.,* No. 1:18-cv-10320 (S.D.N.Y) ($16.65 million settlement);

• *In re Conn's, Inc. Secs. Litig.*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement)

• *Collins v. Oilsands Quest Inc.*, No. 11 Civ. 1288 (S.D.N.Y.) ($10.235 million settlement)

• *Kaplan v. S.A.C. Cap. Advisors, L.P.*, No. 1:12cv-9350 (S.D.N.Y.) ($10 million settlement)



• *Rosenberg v. Cliffs Natural Res. Inc.*, No. CV 14 828140 (Ct. Common Pleas Cuyahoga Cnty. Ohio) ($10 million settlement)

• *In re Endochoice Holdings, Inc., Sec. Litig.,* No. 2016 CV 277772 (Ga. Sup. Ct. Fulton Cnty.) ($8.5 million settlement)

• *In re Netshoes Secs. Litig.*, No. 157435/2018 (N.Y. Sup. Ct. N.Y. Cnty.) ($8 million settlement)

• *City of Omaha Police & Fire Ret. Sys. v. LHC Grp, Inc.*, No. 6:12-CV-01609 (W.D. La.) ($7.85 million settlement)

• *In re Pac. Coast Oil Trust Secs. Litig.*, No. BC550418 (Cal. Sup. Ct. Los Angeles Cnty.) ($7.6 million settlement)

• *In re Pacific Biosci. of C.A., Inc. Sec. Litig.* (Cal. Sup. Ct. San Mateo Cnty.) ($7.6 million recovery)

• *Plymouth Cnty. Contributory Ret. Sys. v. Adamas Pharms., Inc.*, No. RG19018715 (Cal. Sup. Ct. Alameda Cnty.) ($7.5M settlement)

• *St. Lucie Cnty. Fire Dist. Firefighters' Pens. Trust v. Southwestern Energy Co.*, No. 2016-70651 (Tex. Dist. Ct. Harris Cnty.) ($7 million settlement)



# SHAREHOLDER DERIVATIVE CASE EXAMPLES

**Shareholder derivative actions where Scott+Scott currently serves in a leadership role include**:

• *In re Facebook Derivative Litig.*, Consol. No. 2018-0307 (Del. Ch.)

**Representative shareholder derivative actions litigated by Scott+Scott which have been successfully resolved include**:

• *Irving Firemen's Relief & Ret. Fund v. Page*, C.A. No. 2019-0355-Sg (Del. Ch. 2020) ($310 million in funding for corporate governance reform programs over 10 years);

• *In re DaVita Healthcare Partners Deriv. Litig.*, No. 13-cv-01308 (D. Colo.) (corporate governance reforms valued at $100 million);

• *Buffalo Grove Police Pension Fund v. Diefenderfer*, No. 19-cv-00062 (E.D. Pa.) (claims vs. Navient Corp. officers & directors settled for corporate governance reforms valued at $139 million);

• *Tharp v. Acacia Commc'ns, Inc.*, No 1:17-cv-11504 (D. Mass.) (claims vs. company and corporate officers & directors settled for corporate governance reforms valued at $57-$71 million);

• *N. Miami Beach Gen. Emps. Ret. Fund v. Parkinson*, No. 10-cv-06514 (N.D. Ill.)(corporate governance reforms valued between $50 and $60 million);

• *In re Marvell Tech. Grp. Ltd. Deriv. Litig.*, No. 06-cv-03894 (N.D. Cal.) ($54.9 million settlement and corporate governance reforms);

•*Rudi v. Wexner*, No. 2:20-cv-3068 (S.D. Ohio) ($90 million in funding for corporate governance reform programs over at least 5 years); and

•*In re Universal Health Servs., Inc. Derivative Litig.*, No. 2:17-cv-02187 (E.D. Pa.) (Settled for corporate governance reforms conservatively valued at $110 million).



# ACCOLADES

**U.S. News & World Report "Best Law Firms"**

The Firm is currently ranked by U.S. News & World Report as a "Best Law Firm" in commercial litigation in the New York region.

**American Antitrust Institute**

The 2018 Antitrust Annual Report recognized *In re Foreign Currency Benchmark Rates Antitrust Litigation* as the #1 settlement of 2018, as well as ranking the Firm #1 nationally for aggregate settlements: 2013-2018.

**Global Competition Review**

At the 6th Annual Global Competition Review ("GCR") Awards, Scott+Scott won for Litigation of the Year – Cartel Prosecution, which recognized the Firm's efforts in the foreign exchange settlements in the United States, a landmark case in which major banks conspired to manipulate prices paid in the $5.3 trillion-per-day foreign exchange market and have thus far settled for more than $2 billion.

**Law 360 Glass Ceiling Report**

Scott+Scott is recognized as one of the top law firms in the nation for female attorneys by the legal publication Law360.  The Glass Ceiling Report honors firms that "are demonstrating that the industry's gender diversity goals can turn into a measurable result, and boost the number of women at all levels of a law firm."[1,2]  This selection highlights the importance Scott+Scott places on diversity and inclusion within the Firm.

**Center for Constitutional Rights**

Scott+Scott was the recipient of the 2010 Center for Constitutional Rights' Pro Bono Social Change Award for its representation of the Vulcan Society, an association of African-American firefighters, in challenging the racially discriminatory hiring practices of the New York City Fire Department.

[1] https://www.law360.com/articles/1310926
[2] https://www.law360.com/articles/1162859/the-best-law-firms-for-female-attorneys.

     



# WORLD-CLASS ATTORNEYS

We pride ourselves on the caliber of legal talent on our team.  In addition to some of the best and brightest rising stars, we have attorneys who have served with distinction in the U.S. Department of Justice, been admitted to the U.S. Supreme Court, served in OAGs at the state level, argued before the UK's CAT and High Courts, and received virtually every accolade offered in our profession.





# ADMISSIONS

**U.S. Admissions:** United States Supreme Court; United States Courts of Appeal for the First, Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; United States District Courts for the Districts of California (Northern, Southern, Eastern, and Central), Colorado, Connecticut, Florida (Northern), Illinois (Northern), Massachusetts, Michigan (Eastern), Missouri (Eastern), New Jersey, New York (Southern, Eastern, and Western), Ohio (Northern and Southern), Pennsylvania (Eastern and Western), Texas (Northern, Western, and Southern), Wisconsin (Eastern and Western), and the District of Columbia; and the courts of the States of Arizona, California, Connecticut, Delaware, Florida, Maryland, Pennsylvania, Massachusetts, Nebraska, New Jersey, New York, Ohio, West Virginia, Wisconsin, Texas, and the District of Columbia.



# ATTORNEY BIOGRAPHIES

## DAVID R. SCOTT

**PRACTICE EMPHASIS**

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

**ADMISSIONS**

States of New York, Pennsylvania, and Connecticut; United States Tax Court; United States Courts of Appeal: Second, Third, and Fifth Circuits; United States District Courts: Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado

**EDUCATION**

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989); St. Lawrence University (B.A., cum laude, 1986)

**HIGHLIGHTS**

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, California, Connecticut, Virginia, Arizona, and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters.  He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels.  Among other cases, Mr. Scott served as co-lead counsel in *Dahl v Bain Cap. Partners*, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently agreed to settle for $590.5 million.  He was lead counsel in *Red Lion Med. Safety v. Ohmeda*, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda, one of the leading manufacturers of medical anesthesia equipment in the United States, excluded



independent service organizations from the market for servicing its equipment.  The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work.  He has been elected to Who's Who Legal: Competition 2015- 2020, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world.  He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015.  In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds.  For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors.  He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement.  This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360.  He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.



# DARYL F. SCOTT

**PRACTICE EMPHASIS**

Daryl F. Scott specializes in complex securities litigation.

**ADMISSIONS**

State of Virginia

**EDUCATION**

Georgetown University Law Center (Masters in Taxation, 1986); Creighton University School of Law (J.D., 1984); Vanderbilt University (B.A. Economics, 1981)

**HIGHLIGHTS**

Mr. Scott is a partner across all offices and involved in complex securities litigation at Scott+Scott. In addition to his work with the firm, Mr. Scott has specialized in private foundation and ERISA law.  He was also formerly an executive officer of a private equity firm that held a majority interest in a number of significant corporations.  Mr. Scott is admitted to the Supreme Court of Virginia and is member of the Virginia and Connecticut Bar Associations.



# AMANDA LAWRENCE

**PRACTICE EMPHASIS**

Amanda F. Lawrence is actively engaged in the Firm's complex securities, corporate governance, consumer, and antitrust litigation.

**ADMISSIONS**

States of Connecticut and Massachusetts; United States Courts of Appeal: First and Ninth Circuits; United States District Courts: Southern District of New York, Connecticut, and Massachusetts

**EDUCATION**

Yale Law School (J.D., 2002); Dartmouth College (B.A., *cum laude*, 1998)

**HIGHLIGHTS**

Ms. Lawrence is a partner in our Connecticut office.  In the antitrust realm, Ms. Lawrence served as co-lead counsel in the matter, *In re: GSE Bonds Antitrust Litigation*, No. 1:19-cv-01704-JSR (S.D.N.Y.) which alleged manipulation of the prices in the $550 billion government sponsored entities bond market by some of the largest banks in the world.  The case settled for  $386.5 million as well as requiring injunctive relief.  Ms. Lawrence was also intricately involved in the "ISDAFix case" – *Alaska Electrical Pension Fund v. Bank of America*, 1:14-cv-07126-JMF-OTW (S.D.N.Y).  That case has to date achieved over $504.5 million in recovery from large financial institutions for investors.  Currently, Ms. Lawrence also works on *In Re Cattle Antitrust Litig.,* 0:22-md-03031-JRT-JFD (D. Minn.) and In re European Governments Bonds Antitrust Litig., 1:19-cv-2601 (S.D.N.Y.), two large international antitrust actions.

In her securities practice, Ms. Lawrence has worked on numerous Exchange Act and 1933 Act cases that have resulted in substantial settlements.  For example, she currently serves as co-lead counsel in *In re: Micro Focus International PLC Securities Litigation*, No. 18-cv-01549 (Cal. Super. Ct. San Mateo Cnty.), a California 1933 Act case with a pending settlement amount of $107.5 million.  Other securities cases Ms. Lawrence has worked on include: *Police and Fire Retirement System of the City of Detroit v. Crane*, No. 13-cv-00945-VC (N.D. Cal.) ($5.1 million securities class action settlement); *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million); *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.) ($26 million securities class action settlement); *In re Fireeye, Inc. Securities Litigation*, No. 14-cv-266866 (Cal. Super. Ct. Santa Clara Cnty.); *St. Lucie Cnty. Fire Dist. Firefighters' Pension Trust v. Southwestern Energy Co.*, No. 4:16-cv-569 (S.D. Tex.); *In re LendingClub Corp. Shareholder Litig.*, No. CIV537300 (Cal. Super. Ct San Mateo Cnty.); and



*In re TETRA Technologies, Inc. Securities Litig.*, No. 4: 07-cv-00965 (S.D. Tex.) ($8.25 million securities class action settlement).

In addition to antitrust and securities matters, Ms. Lawrence has also worked on consumer cases that have resulted in significant settlements for the affected classes.  For example, Ms. Lawrence helped achieve a settlement in the *The United States v. The City of New York*, No. 07-CV-2067 (E.D.N.Y.) that awarded back pay and lost fringe benefits to a class of African American and Hispanic firefighters in New York City, as well as a settlement in In re *Prudential Life Insurance Co. of America SGLI/VGLI Contract Litig.*, No. 11-02208 (D. Mass.) that brought a $39 million settlement on behalf of families of deceased servicemen and women against Prudential.

Ms. Lawrence has taught Trial Practice at the University of Connecticut School of Law and is very actively involved in her community, particularly in recreational organizations and events.

A five-time NCAA National Champion cyclist who raced throughout the United States, Europe, Bermuda, and Pakistan, Ms. Lawrence is now an avid endurance athlete.  Ms. Lawrence has competed in dozens of marathons, including the New York Marathon and the Boston Marathon, and in 18 full-distance ironman competitions – five of which were at the Ironman World Championships in Kona, Hawaii.

# DEBORAH CLARK-WEINTRAUB

**PRACTICE EMPHASIS**

Deborah Clark-Weintraub has extensive experience in all types of class action litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeal: First, Second, Sixth, Seventh and Eighth Circuits; United States District Courts: Southern and Eastern Districts of New York, Eastern District of Michigan and Eastern District of Wisconsin

**EDUCATION**

Hofstra Law School, Hempstead, NY (J.D., with distinction, 1986); St. John's University, Queens, NY (B.A., *summa cum laude*, 1981)

**HIGHLIGHTS**

Ms. Weintraub is a partner in the firm's New York office and focuses her practice on securities litigation.

Ms. Weintraub has represented investors in numerous cases that have resulted in substantial recoveries, including *In re Oxford Health Plans, Inc. Securities Litigation*, MDL No. 1222 (S.D.N.Y.) ($300 million settlement); *In re CVS Corporation Securities Litigation*, No. 01-11464 (D. Mass.) ($110 million settlement); *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA*, No. 1:12-cv-2865 (S.D.N.Y.) ($69 million settlement); *In re SanDisk LLC Securities Litigation*, No. 3:15-cv-01455-VC (N.D. Cal.) ($50 million settlement); *Weston v. RCS Capital Corp.*, No. 1:14-cv-10136 (S.D.N.Y.) ($31 million settlement); and *In re Conn's, Inc. Securities Litigation*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement), among others.

Ms. Weintraub has also obtained substantial recoveries in consumer litigation, including *Young v. Wells Fargo & Co.*, No. 4:08-cv-00507-RP-CFB (S.D. Iowa) ($25.7 million settlement).

Ms. Weintraub is currently representing investors in several ongoing securities class action cases, including *Oklahoma Firefighters Pension and Ret. Sys. v. Newell Brands, Inc.*, No. HUD-L-003492-18 (N.J. Super. Ct.); *In re Lyft, Inc. Securities Litigation*, No. CGC-19-575293 (Cal. Super. Ct.); *Erie County Emps. Ret. Sys. v. NN, Inc.*, No. 656462/2019 (N.Y. Sup. Ct.); *In re JPMorgan Precious Metals Spoofing Litigation*, No. 1:18-cv-10356-GHW (S.D.N.Y.); *In re Merrill, BOFA, and Morgan Stanley Spoofing Litigation*, No. 19-cv-6002 (LJL) (S.D.N.Y.); and *City of Warren Police & Fire Ret. Sys. v. CVS Health Corp.*, No. PC-2019-5658 (R.I. Super. Ct.).



Ms. Weintraub is the co-author of *Gender Bias and the Treatment of Women as Advocates,* Women in Law (1998), and the *Dissenting Introduction* defending the merits of securities class action litigation contained in the 1994 monograph *Securities Class Actions: Abuses and Remedies*, published by the National Legal Center for the Public Interest.

While in law school, Ms. Weintraub was a member and research editor of the *Hofstra Law Review*. Following her graduation from Hofstra Law School, Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge for the Eastern District of New York (1986-1987).

Super Lawyers 2019 - 2021



# JOHN T. JASNOCH

**PRACTICE EMPHASIS**

John Jasnoch's practice areas include securities and antitrust class actions, shareholder derivative actions, consumer protection, commercial contracts, intellectual property, and other complex, high stakes litigation.

**ADMISSIONS**

State Supreme Courts: California; United States District Courts: Southern, Central, and Northern Districts of California; United States Court of Appeal: Ninth Circuit

**EDUCATION**

University of Nebraska, College of Law (J.D., 2011); Creighton University (B.A., Political Science and International Relations, *cum laude*, 2007)

**HIGHLIGHTS**

John Jasnoch is a partner in the San Diego office.  He represents clients in complex litigations in state and federal courts across the county.  John has been counsel of record in numerous successful cases where Scott+Scott served in a leadership capacity, including:  *In re LendingClub Corp. Shareholder Litigation*, No. CIV537300 (Cal. Super. Ct. San Mateo Cty) ($125 million federal and state joint settlement); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770, (Cal. Super. Ct. San Francisco Cty.) ($18.5 million settlement); *In re FireEye, Inc. Securities Litigation*, No. 1:14-cv-266866 (Cal. Super. Ct. Santa Clara Cty.) ($10.3 million settlement); *In re Pacific Coast Oil Trust Securities Litigation*, No. BC550418 (Cal. Super. Ct. Los Angeles Cty.) ($7.6 million settlement); and *In re MobileIron, Inc., Shareholder Litigation*, No. 1-15-284001 (Cal. Super. Ct. Santa Clara Cty) ($7.5 million settlement).  John currently represents plaintiffs in a number of high profile cases, including *In re Lyft, Inc. Securities Litigation*, No. CGC 19-575293 (Cal. Super Ct. San Francisco Cty); *In re Uber Technologies Inc. Securities Litigation*, No. CGC 19-579544 (Cal. Super Ct. San Francisco Cty); *In re Slack Technologies, Inc. Shareholder Litigation*, No. 19-cv-5370 (Cal. Super Ct. San Mateo Cty); and *In re Google Assistant Privacy Litigation*, No. 19-cv-04286 (N.D. Cal.).

In 2015, Mr. Jasnoch was a member of the trial team in *Scorpio Music S.A. v. Victor Willis*, a landmark copyright jury trial concerning the copyright ownership of hit songs by The Village People.  In that suit, Scott+Scott client and Village People lyricist Victor Willis obtained a declaratory judgment confirming his copyright termination and giving him a 50% copyright interest in "YMCA" and other classic Village People compositions.  No. 11-cv-1557 (S.D. Cal.).



In 2020, Mr. Jasnoch was named as one of SuperLawyers' "Rising Stars" for Securities Litigation in the San Diego Area.

In his free time, John enjoys attending sporting events, trivia contests, fun runs, and other adventures with his wife Jennifer, sons James and Julius, and dog Jack.

SCOTT
+
SCOTT

# MICHAEL BURNETT

## PRACTICE EMPHASIS

Michael G. Burnett practices complex securities litigation at the firm, where he consults with institutional clients on corporate fraud in the securities markets as well as corporate governance issues.

## ADMISSIONS

State of Nebraska; United States District Courts: District of Nebraska

## EDUCATION

Creighton University School of Law (J.D., 1984); Creighton University (B.A. Finance, 1981)

## HIGHLIGHTS

In addition to his work with the firm, Mr. Burnett has specialized in intellectual property and related law.  His representations include: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.) ($2 billion settlement); *Alaska Electrical Pension Fund v. Bank of America Corporation*, No. 14-cv-7126 (S.D.N.Y) ($325 million settlement); *Dahl v. Bain Capital Partners*, No. 07-cv-12388 (D. Mass.) ($590.5 million settlement).

Michael is also a member of the Nebraska Bar Association.

## PERSONAL LIFE

Mike and his wife, Mary, are lifelong residents of Nebraska.  The entire Burnett family (7 in all) share a special bond with Creighton University.  Mike played collegiate golf on the Creighton Division 1 golf team. Mary is a graduate of Creighton University and the University of Nebraska Medical School and was until recently a practicing anesthesiologist.  Mike and Mary have five children.  Three children are graduates of Creighton and two are attending the University.  Two dogs (Tyson and Luna) round out the Burnett family.



# THOMAS LAUGHLIN

**PRACTICE EMPHASIS**

Thomas Laughlin's practice focuses on securities class action, shareholder derivative, ERISA, and other complex commercial litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeal: Second, Third, Ninth, and Eleventh Circuits; United States District Courts: Southern and Eastern Districts of New York, Northern District of Florida, District of Columbia, and Eastern District of Michigan

**EDUCATION**

New York University School of Law (J.D., *cum laude*, 2005); Yale University (B.A. History, *cum laude*, 2001)

**HIGHLIGHTS**

Mr. Laughlin is a partner in the New York office and focuses on securities class action, shareholder derivative, ERISA, and other complex commercial litigation.  After graduating from law school, Mr. Laughlin clerked for the Honorable Irma E. Gonzalez, United States District Court Judge for the Southern District of California.

While at Scott+Scott, Mr. Laughlin has worked on several cases that have achieved notable victories, including *Cornwell v. Credit Suisse*, No. 08-3758 (S.D.N.Y.) (securities settlement of $70 million), *In re SanDisk LLC Securities Litigation*, No. 3:15-CV-01455-VC (N.D. Cal.) (securities settlement of $50 million); *Weston v. RCS Capital Corp.*, No. 1:14-cv-10136-GBD (S.D.N.Y.) (securities settlement of $31 million); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770 (Cal. Super. Ct. San Francisco Cnty.) (securities settlement of $18.5 million); and *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million).

Mr. Laughlin also has significant appellate experience, having represented clients in connection with several appellate victories, including *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Ret. Sys. v. Parkinson*, 727 F.3d 719 (7th Cir. 2013); *Pfeil v. State Street Bank and Trust Co.*, 671 F.3d 585 (6th Cir. 2012); *and King v. VeriFone Holdings, Inc.*, 12 A.3d 1140 (Del. Sup. 2011).

In 2014, Mr. Laughlin was co-chair of a 13-day bench trial in *Bankers' Bank Northeast v. Berry, Dunn, McNeil & Parker, LLC*, No. 12-cv-00127 (D. Me.).  He represented a consortium of 10 community banks asserting negligence and professional malpractice claims against the former officers and



directors of a bank and its auditor in connection with an $18 million loan made to that bank in September 2008. Among other things, Mr. Laughlin conducted the cross-examination of all three witnesses from the defendant's auditing firm and the direct examination of plaintiff's auditing expert. The parties to the action succeeded in resolving the action after trial.

Mr. Laughlin has also been named a Super Lawyer for 2021.



# HAL CUNNINGHAM

**PRACTICE EMPHASIS**

Hal Cunningham's practice focuses on complex antitrust and consumer litigation, primarily in the financial services industry.

**ADMISSIONS**

State of California; United States District Courts for the Northern, Central, and Southern Districts of California

**EDUCATION**

University of San Diego School of Law (J.D., 2005); Murray State (B.S., Biological Chemistry, 1997)

**HIGHLIGHTS**

Mr. Cunningham is a partner in the firm's San Diego office and currently represents class plaintiffs in *Alaska Electrical Pension Fund v. Bank of America Corp.*, No. 1:14-cv-07126 (S.D.N.Y.), an action challenging collusion in the setting of ISDAfix, a global benchmark used to value interest rate derivatives, and *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07789 (S.D.N.Y.).  Mr. Cunningham serves a prominent role in the prosecution of these cases, working with the firm's financial industry experts and economists and supervising firm attorneys on discovery matters.

Mr. Cunningham's practice also includes complex securities litigation, achieving notable results, including *In re Washington Mutual Mortgage Backed Securities Litigation*, No. C09-0037 (W.D. Wash.) and *In re Cardinal Health, Inc. Securities Litigation*, No. 2:04-cv-00575 (S.D. Ohio).

Before entering the practice of law, Mr. Cunningham worked in drug development and holds a Regulatory Affairs Certification.  Outside of the office, Mr. Cunningham enjoys cycling and tennis.



# JOSEPH A. PETTIGREW

**PRACTICE EMPHASIS**

Joseph A. Pettigrew's practice areas include securities, shareholder derivative litigation, consumer, and other complex litigation.

**ADMISSIONS**

States of California and Maryland; United States District Courts: Central, Northern, and Southern Districts of California, District of Maryland; United States Supreme Court

**EDUCATION**

University of San Diego School of Law (J.D., 2004); Carleton College (B.A., Art History, *cum laude*, 1998)

**HIGHLIGHTS**

Mr. Pettigrew is *of counsel* who works across multiple Scott+Scott offices.   His work includes the following cases: *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.); *In re Tile Shop Holdings, Inc. Stockholder Deriv. Litigation*, C.A. No. 10884-VCG (Del. Ch.); *Rudi v. Wexner*, No. 20-cv-3068 (S.D. Ohio)and *In re TikTok, Inc. Consumer Privacy Litig.*, 20-cv-04699 (N.D. Ill.), MDL No. 2948.

# JEFFREY P. JACOBSON

**PRACTICE EMPHASIS**

Jeffrey P. Jacobson specializes in complex securities and commoditites litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeal: Second Circuit; United States District Courts: Southern, Eastern, and Western Districts of New York

**EDUCATION**

George Washington University Law School (J.D., High Honors, Order of the Coif, 2017); The George Washington University (B.A., Journalism & Political Science, *summa cum laude*, Distinguished Scholar, 2013)

**HIGHLIGHTS**

Jeff is a litigation associate in our New York office where he specializes in securities litigation in both federal and state court. Jeff represents pension funds and individuals in their civil suits prosecuting publicly traded companies and their principals for securities fraud and malfeasance. Jeff also represents institutional and individual investors in commodities fraud cases against corporate traders that manipulate the commodities markets.

Jeff was named a Super Lawyers Rising Star by Thompson Reuters in 2021, 2022, and 2023.

Several of Jeff's recent settlements include:

*In re Micro Focus Int'l PLC Secs. Litig.*, No. 18CIV01549 (Cal. Super. San Mateo Cnty.) ($107.5M settlement pending); *In re JPMorgan Precious Metals Spoofing Litig.,* No. 1:18-cv-10356 (S.D.N.Y.) ($60M settlement); *In re Greensky Sec. Litig.*, No. 1:18 Civ. 11071 (S.D.N.Y.) ($27.5M settlement); *Abadilla v. Precigen, Inc.*, No. 5:20-cv-06936 (N.D. Cal.) ($13M settlement pending); *In re Vaxart, Inc. Sec. Litig.*, No. 3:20-cv-05949 (N.D. Cal.) ($12.015M settlement); *Erie County Emps. Ret. Sys. v. NN, Inc.*, No. 656462/2019 (N.Y. Sup. Ct.) ($9.5M settlement); *In re Netshoes Secs. Litig.*, No. 157435/2018 (N.Y. Sup. Ct. N.Y. Cnty.) ($8 million settlement); *Plymouth Cnty. Contributory Ret. Sys. v. Adamas Pharms., Inc.,* No. RG19018715 (Cal. Sup. Ct. Alameda Cnty.) ($7.5M settlement); and *Mo-Kan Iron Workers Pension Fund v. Teligent, Inc.*, No. 1:19-cv-03354 (S.D.N.Y.) ($6M settlement).

Prior to joining Scott+Scott, Jeff was a litigation associate at a major international law firm where he represented clients in securities cases, bankruptcy proceedings, and antitrust matters, and advised clients on employment matters.



# JONATHAN ZIMMERMAN

**PRACTICE EMPHASIS**

Jonathan Zimmerman's practice primarily focuses on identifying, investigating and initiating complex federal securities class actions on behalf of individual and institutional shareholders.  He is also involved in multiple shareholder derivative actions and other complex commercial matters.

**ADMISSIONS**

States of New Jersey and Pennsylvania; United States District Courts: District of New Jersey and Eastern District of Pennsylvania

**EDUCATION**

Temple University, Beasley School of Law (J.D., 2016); McGill University, Desautels School of Management (Bachelor of Commerce, 2009)

**REPRESENTATIVE CASES**

- *In re SanDisk LLC Securities Litigation*, No. 3:15-CV-01455-VC (N.D. Cal.) (part of the team that recovered $50 million in class action alleging violations of the Securities Exchange Act of 1934)

- *City of Birmingham Relief and Retirement System v. Hastings*, No. 5:18-cv-02107-BL (N.D. Cal.)

**HIGHLIGHTS**

Mr. Zimmerman is an associate in the New York office where he focuses on federal securities and shareholder derivative litigation.  He is the Former Staff Editor of Temple's *International and Comparative Law Journal* and Recipient of Best Paper Award in Advanced Financial Regulations for his work entitled *Corporate Diversions: Short-Term Tax Savings at the Expense of Shareholder Rights* (Spring 2015).

Mr. Zimmerman is a former two-time All-Canadian collegiate lacrosse player and co-captain of McGill University's men's varsity team.



# MARC J. GRECO

**PRACTICE EMPHASIS:**

Mr. Greco is an associate in the Firm's New York office, where he primarily represents clients in securities litigation matters.

**ADMISSIONS:**

United States District Courts: Southern District of New York and the Eastern District of New York

**EDUCATION:**

William & Mary Law School (J.D., 2018); Boston University (B.A., 2015)

**HIGHLIGHTS:**

Prior to joining the Firm, Mr. Greco spent over four years as an associate at two leading defense firms, where he represented clients in all manner of complex civil litigation and arbitration, as well as criminal investigations and regulatory enforcement actions.  The practice areas in which he worked ranged from antitrust, unfair competition, and securities to consumer protection, intellectual property, and contracts.

During law school, Mr. Greco served as the Senior Articles Editor of the *William & Mary Law Review,* and also as a judicial intern to the Honorable Paul E. Davison of the U.S. District Court for the Southern District of New York.



# MOLLIE CHADWICK

**PRACTICE EMPHASIS**

Mollie Chadwick is a litigation associate in Scott+Scott's San Diego office specializing in securities litigation in both federal and state court.  Currently, she is working on cryptocurrency class actions.

**ADMISSIONS**

State of California

**EDUCATION**

Whittier Law School (J.D., 2017); University of California, Santa Cruz (B.A., Politics & Legal Studies, 2011, Women's Water Polo 2007-2011, Captain 2009-2011)

**HIGHLIGHTS**

Mollie is an associate in our San Diego office where she focuses on federal securities litigation.

Prior to joining Scott+Scott, Mollie was an associate at a California plaintiff's employment law firm where she represented clients in wrongful termination, discrimination, and wage and hour cases.



# RHIANA SWARTZ

## PRACTICE EMPHASIS

Rhiana Swartz's practice primarily focuses on case development including identifying, investigating, and initiating complex federal and state securities class actions on behalf of institutional and individual investors.  She also litigates these matters, with a focus on leadership issues.  Ms. Swartz is also involved in shareholder derivative actions and other complex commercial matters.

## ADMISSIONS

State of New York; United States Courts of Appeal: Second Circuit; United States District Courts: Southern and Eastern Districts of New York, District of Colorado

## EDUCATION

Brooklyn Law School (J.D., *magna cum laude*); Swarthmore College (B.A.)

## HIGHLIGHTS

Prior to joining Scott+Scott, Ms. Swartz was Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, Office of the Corporation Counsel, where she defended federal civil rights cases from initial receipt of complaint through trial verdict.

Ms. Swartz also spent more than four years as an associate at Sullivan & Cromwell LLP in New York, representing major financial institutions in civil and regulatory matters involving securities, antitrust, corporate governance, and employment law issues.

Ms. Swartz clerked for the Honorable Joan M. Azrack in the Eastern District of New York.

## REPRESENTATIVE CASES

Ms. Swartz has helped secure Scott+Scott's leadership in many federal and state class actions, including:  *Corwin v. ViewRay, Inc.*, No. 1:19-cv-02115 (N.D. Ohio); *In re Weight Watchers Int'l, Inc. Sec. Litigation*, No. 1:19-cv-02005 (S.D.N.Y.); *Mustafin v. GreenSky, Inc.*, No. 1:18-cv-11071 (S.D.N.Y.); *In re Evoqua Water Techs. Corp. Sec. Litigation*, No. 1:18-cv-10320 (S.D.N.Y.); *Kanugonda v. Funko, Inc.*, No. 2:18-cv-00812 (W.D. Wash.); *Silverberg v. DryShips Inc.*, No. 2:17-cv-04547 (E.D.N.Y.); *Robinson v. Diana Containerships Inc.*, No. 2:17-cv-06160 (E.D.N.Y.); and *In re Altice USA, Inc. Sec. Litigation*, Index No. 711788/2018 (NY Sup. Ct. Queens Cty.).

# ALYSSA SCHNEIDER

**Admissions:**

State of Connecticut; Admitted and Qualified Attorney and Counsellor of the Supreme Court of the United States

**Education:**

University of Massachusetts School of Law Dartmouth (J.D., 2008); College of Wales School of Law, London (Summer Study Abroad, 2006); Sotheby's Institute of Art Summer Program in New York, Art Law & History (Certificate of Completion, 2015); Miami University, Oxford, OH (B.S., Human Resource Management, 2002)

**HIGHLIGHTS:**

- National Mediator, certified via the OH Supreme Court and American Mediation Association

- Certified Advocate, The Climate Reality Project, dedicated to expanding environmental law for combatting climate change

- Compliance Inspector, in accordance with the DOJ, for local county Board of Elections

- Volunteered for the Lawyers Committee for Cultural Heritage Preservation

**BIO:**

Alyssa A. Schneider is an attorney in the Scott+Scott's San Diego office, where she focuses on complex antitrust and securities litigations and class actions.  Ms. Schneider dedicates pro bono services in estate and elder planning and participates in advocacy trainings with civil rights organizations.  She has been a passionate volunteer for the arts, studying Holocaust Art Restitution in law school and thereafter, providing pro bono nonprofit guidance to small and large art institutions.

Prior to joining Scott+Scott, Ms. Schneider practiced in the electronic discovery arena for high profile clients and government investigations.  She was also a licensed educator, with a focus on Special Education and English as a Second Language.

Outside of the office, Ms. Schneider is an avid exerciser, a proponent of self-care, and enjoys listening to music, reading classic lit and autobiographies, and watching old movies.



# MINGZHAO XU

**PRACTICE EMPHASIS**

Ms. Xu is a staff attorney in Scott+Scott's California office where she focuses on complex antitrust litigation and class actions.

**ADMISSIONS**

State of California; United States District Courts: Southern District of California

**EDUCATION**

University of Iowa, College of Law (J.D., 2009); University of California, Davis (B.A., Asian American Studies)

**BIO**

She is also a fiction writer and speaks Cantonese/Mandarin.

# NNENNA SANKEY

**PRACTICE EMPHASIS:**

Nnenna Sankey is an attorney in Scott+Scott's California office where she focuses on complex antitrust litigation and class actions.

**EDUCATION:**

University of San Francisco, School of Law (J.D., 2012); University of California, Santa Barbara (B.A., Sociology and Black Studies)

She holds a Public Interest Law Certificate with Honors and is also the first recipient of the Molla/Ndubaku Humanitarian Award from UCSB.

**ADMISSIONS:**

Ms. Sankey is admitted to practice in the State of California and in several federal courts.

