**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>  v. <br><br> OLO INC., NOAH GLASS, and PETER J. BENEVIDES, <br><br> Defendants. | Case No. 1:22-cv-08228-JSR <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF KATHERINE G. MCKENNEY IN OPPOSITION TO**
**<u>PLAINTIFF'S MOTION FOR CLASS CERTIFICATION</u>**

I, Katherine G. McKenney, declare as follows:

1.      I serve as counsel at the law firm of Goodwin Procter LLP, counsel to Defendants Olo Inc. ("Olo"), Noah Glass, and Peter J. Benevides (collectively, "Defendants"). I respectfully submit this Declaration in opposition to Plaintiff's Motion for Class Certification, ECF No. 57.

2.      Attached as Exhibit A is a true and correct copy of an Investment Advisory Agreement between Brown Capital Management, Inc. and the Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund dated November 5, 2010, which document was produced by Plaintiff with starting Bates number STA-ILA_00003547. This document is being filed under seal pursuant to the Court's order dated June 23, 2023, ECF No. 63 (the "Sealing Order").

3.      Attached as Exhibit B is a true and correct copy of a letter and attached portfolio

review from Brown Capital Management, LLC ("Brown Capital") to the STA-ILA of Baltimore Benefits Fund dated January 11, 2022, which documents were produced by Plaintiff with starting Bates numbers STA-ILA_00003609 and STA-ILA_00003601[1], respectively. These documents are being filed under seal pursuant to the Sealing Order. With Plaintiff's consent, Defendants are filing on the public docket an excerpt of this exhibit that redacts all information other than Plaintiff's purchases of Olo stock.

4.      Attached as Exhibit C is a true and correct copy of a letter and attached portfolio review from Brown Capital to the STA-ILA of Baltimore Benefits Fund dated April 11, 2022, which documents were produced by Plaintiff with starting Bates numbers STA-ILA_00003622 and STA-ILA_00003615, respectively. These documents are being filed under seal pursuant to the Sealing Order. With Plaintiff's consent, Defendants are filing on the public docket an excerpt of this exhibit that redacts all information other than Plaintiff's purchases of Olo stock.

5.      Attached as Exhibit D is a true and correct copy of a letter and attached portfolio review from Brown Capital to the STA-ILA of Baltimore Benefits Fund dated July 11, 2022, which documents were produced by Plaintiff with starting Bates numbers STA-ILA_00003637 and STA-ILA_00003628, respectively. These documents are being filed under seal pursuant to the Sealing Order. With Plaintiff's consent, Defendants are filing on the public docket an excerpt of this exhibit that redacts all information other than Plaintiff's purchases of Olo stock.

6.      Attached as Exhibit E is a true and correct copy of a letter and attached portfolio review from Brown Capital to the STA-ILA of Baltimore Benefits Fund dated October 10, 2022, which documents were produced by Plaintiff with starting Bates numbers STA-ILA_00003654

---

[1] When producing Exhibits B through G, Plaintiff produced each portfolio review statement first, followed by the accompanying cover letter.  For ease of presentation, Defendants have reordered the documents so that the cover letters come first.

and STA-ILA_00003644, respectively. These documents are being filed under seal pursuant to the Sealing Order. With Plaintiff's consent, Defendants are filing on the public docket an excerpt of this exhibit that redacts all information other than Plaintiff's purchases and sale of Olo stock.

7.    Attached as Exhibit F is a true and correct copy a letter and attached portfolio review from Brown Capital to the STA-ILA of Baltimore Benefits Fund dated January 12, 2023, which documents were produced by Plaintiff with starting Bates numbers STA-ILA_00003668 and STA-ILA_00003660, respectively. These documents are being filed under seal pursuant to the Sealing Order. With Plaintiff's consent, Defendants are filing on the public docket an excerpt of this exhibit that redacts all information other than Plaintiff's purchases of Olo stock.

8.    Attached as Exhibit G is a true and correct copy a letter and attached portfolio review from Brown Capital to the STA-ILA of Baltimore Benefits Fund dated April 12, 2023, which document was produced by Brown Capital with starting Bates number BCM-0840. This document is being filed under seal pursuant to the Sealing Order.[2] With Plaintiff's consent, Defendants are filing on the public docket an excerpt of this exhibit that redacts all information other than Plaintiff's purchases of Olo stock.

9.    Attached as Exhibit H is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Brown Capital, by and through its designee Kempton Marcus Ingersol, taken on June 20, 2023. This document is being filed under seal pursuant to the Sealing Order.

10.    Attached as Exhibit I is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Plaintiff, by and through its designee Richard Krueger, taken on June 7, 2023. This document is being filed under seal pursuant to the Sealing Order.

---

[2] While Exhibit G produced by Brown Capital does not include a marking identifying it as "CONFIDENTIAL," Plaintiff has requested confidential treatment of this document.

11.     Attached as Exhibit J is a true and correct copy of excerpts from the transcript of the deposition of Dr. Micah S. Officer, taken on June 14, 2023.

12.     Attached as Exhibit K, for the convenience of the parties and the Court, is a demonstrative chart comparing passages from certain publicly available reports authored by Frank Torchio (attached as Exhibits AA and AB to this Declaration) and the report of Dr. Micah S. Officer in this case (attached as Exhibit A to Plaintiff's Motion at ECF No. 59-1).

13.     Attached as Exhibit L is a true and correct copy of a Tegus transcript regarding Olo Inc. for an interview conducted on April 4, 2022, which document was produced by Brown Capital with starting Bates number BCM-1056. This document is being filed under seal pursuant to the Sealing Order.[3]

14.     Attached as Exhibit M is a true and correct copy of a Tegus transcript regarding Olo Inc. for an interview conducted on April 18, 2022, which document was produced by Brown Capital with starting Bates number BCM-1071. This document is being filed under seal pursuant to the Sealing Order.

15.     Attached as Exhibit N is a true and correct copy of a document titled "Olo Follow-up, AJF and KI, 11/05/21," which document was produced by Brown Capital with starting Bates number BCM-0709 and introduced as Exhibit 14 at the Rule 30(b)(6) deposition of Brown Capital on June 20, 2023. This document is being filed under seal pursuant to the Sealing Order.

16.     Attached as Exhibit O is a true and correct copy of a Tegus transcript regarding Olo Inc. for an interview conducted on June 15, 2022, which document was produced by Brown

---

[3] While Exhibits L through P and AC produced by Brown Capital do not include a marking identifying them as "CONFIDENTIAL," Brown Capital has requested confidential treatment of these exhibits.

Capital with starting Bates number BCM-1086. This document is being filed under seal pursuant to the Sealing Order.

17.    Attached as Exhibit P is a true and correct copy of a document titled "Small Company Candidate: Olo Inc.," dated October 15, 2021, which document was produced by Brown Capital with starting Bates number BCM-0735 and introduced as Exhibit 11 at the Rule 30(b)(6) deposition of Brown Capital on June 20, 2023. This document is being filed under seal pursuant to the Sealing Order.

18.    Attached as Exhibit Q is a true and correct copy of Olo's Form 10-Q filed with the U.S. Securities and Exchange Commission ("SEC") on August 11, 2022.

19.    Attached as Exhibit R is a true and correct copy of Olo's Form 8-K filed with the SEC on August 11, 2022.

20.    Attached as Exhibit S is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of Olo's Q2 2022 earnings call on August 11, 2022.

21.    Attached as Exhibit T is a true and correct copy of a report by Piper Sandler dated August 11, 2022, titled "Olo, Inc. (OLO): Lowering to Neutral as Growth Headwinds Intensify; 2H Growth Could Fall to 15."

22.    Attached as Exhibit U is a true and correct copy of a report by Stifel, dated August 11, 2022, titled "Olo, Inc. (OLO): No More Footlongs, Downgrading to Hold; TP to $9."

23.    Attached as Exhibit V is a true and correct copy of a report by RBC Capital Markets, LLC, dated August 11, 2022, titled "Olo, Inc.: Q2/22 First Glance: Mixed quarter coupled with reduced outlook."

24.    Attached as Exhibit W is a true and correct copy of a report by J.P. Morgan, dated

August 11, 2022, titled "Olo, Inc.: 2Q22: Unit Economics Strong Amid Guidance Drop."

25.     Attached as Exhibit X is a true and correct copy of a report by Truist, dated August 11, 2022, titled "Olo, Inc. (OLO): Disappointing 2Q; Macro Factors Impact Rev Outlook; Shares Off ~30% AH; Maintain Buy."

26.     Attached as Exhibit Y is a true and correct copy of a report by RBC Capital Markets, LLC, dated August 12, 2022, titled "Olo, Inc.: Difficult macros negatively impact guidance; Q2/22 review."

27.     Attached as Exhibit Z is a true and correct copy of a report by William Blair, dated August 12, 2022, titled "Olo, Inc. (OLO): Location Growth Impacted by Subway Loss and Elongating Sales and Deployment Timelines; No Major Changes to Thesis."

28.     Attached as Exhibit AA is a true and correct copy of the Expert Report of Frank C. Torchio, which document was filed on May 28, 2021, in *In Re BofI Holding Inc. Securities Litigation*, No. 3:15-cv-02324 (S.D. Cal. 2021) (ECF No. 205-3), and introduced as Exhibit 4 at the deposition of Dr. Micah S. Officer on June 14, 2023.

29.     Attached as Exhibit AB is a true and correct copy of excerpts of the Expert Reply Report of Frank C. Torchio, which document was filed on July 23, 2021, in *In Re BofI Holding Inc. Securities Litigation*, No. 3:15-cv-02324 (S.D. Cal. 2021) (ECF No. 226-3).

30.     Attached as Exhibit AC is a true and correct copy of a document titled "Brown Capital: Small Company Strategy," which document was produced by Plaintiff with starting Bates number STA-ILA_00000069 and introduced as Exhibit 3 at the Rule 30(b)(6) deposition of Brown Capital on June 20, 2023. This document is being filed under seal pursuant to the Sealing Order.

-7-

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    June 26, 2023        Respectfully submitted,
          Boston, Massachusetts

                               /s/ *Katherine G. McKenney*
                               Katherine G. McKenney
                               GOODWIN PROCTER LLP
                               100 Northern Avenue
                               Boston, MA 02210
                               Tel.: 617.570.1953
                               KMcKenney@goodwinlaw.com

-7-