# EXHIBIT B – REDACTED EXCERPT
# (FULL DOCUMENT FILED UNDER SEAL)

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
### *Steamship Trade Association of Baltimore*
### *International Longshoremen's Association*
### *Pension Fund*
*From 10-01-2021 To 12-31-2021*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 11-12-2021 | 11-16-2021 | 1,316.000 | OLO Inc | 29.56 | 38,903.99 |
| 11-15-2021 | 11-17-2021 | 2,011.000 | OLO Inc | 28.88 | 58,074.26 |
| 11-16-2021 | 11-18-2021 | 804.000 | OLO Inc | 29.04 | 23,344.38 |
| 11-17-2021 | 11-19-2021 | 2,514.000 | OLO Inc | 28.48 | 71,588.41 |
| 11-18-2021 | 11-22-2021 | 1,742.000 | OLO Inc | 27.87 | 48,548.67 |
| 11-19-2021 | 11-23-2021 | 1,819.000 | OLO Inc | 27.08 | 49,254.70 |
| 11-22-2021 | 11-24-2021 | 1,340.000 | OLO Inc | 25.82 | 34,598.53 |
| 11-23-2021 | 11-26-2021 | 2,421.000 | OLO Inc | 25.11 | 60,801.24 |
| 11-24-2021 | 11-29-2021 | 111.000 | OLO Inc | 24.98 | 2,772.78 |
| 11-26-2021 | 11-30-2021 | 775.000 | OLO Inc | 25.36 | 19,651.21 |
| 11-29-2021 | 12-01-2021 | 726.000 | OLO Inc | 25.29 | 18,360.18 |
| 11-30-2021 | 12-02-2021 | 1,501.000 | OLO Inc | 24.61 | 36,939.76 |
| 12-01-2021 | 12-03-2021 | 1,065.000 | OLO Inc | 24.04 | 25,601.22 |
| 12-02-2021 | 12-06-2021 | 678.000 | OLO Inc | 24.22 | 16,423.06 |
| 12-03-2021 | 12-07-2021 | 967.000 | OLO Inc | 24.13 | 23,331.78 |
| 12-06-2021 | 12-08-2021 | 967.000 | OLO Inc | 25.34 | 24,503.39 |
| 12-07-2021 | 12-09-2021 | 412.000 | OLO Inc | 26.94 | 11,098.09 |
| 12-08-2021 | 12-10-2021 | 556.000 | OLO Inc | 26.94 | 14,978.36 |
| 12-09-2021 | 12-13-2021 | 1,627.000 | OLO Inc | 24.15 | 39,287.01 |
| 12-10-2021 | 12-14-2021 | 1,144.000 | OLO Inc | 23.75 | 27,171.49 |
| 12-13-2021 | 12-15-2021 | 287.000 | OLO Inc | 23.13 | 6,639.54 |

CONFIDENTIAL

STA-ILA_00003606