# EXHIBIT C – REDACTED EXCERPT
# (FULL DOCUMENT FILED UNDER SEAL)

## BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
### Steamship Trade Association of Baltimore
### International Longshoremen's Association
### Pension Fund
From 01-01-2022 To 03-31-2022

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 01-04-2022 | 01-06-2022 | 331.000 | OLO Inc | 20.81 | 6,888.77 |
| 01-05-2022 | 01-07-2022 | 694.000 | OLO Inc | 20.36 | 14,129.70 |
| 01-10-2022 | 01-12-2022 | 2,524.000 | OLO Inc | 18.44 | 46,533.98 |
| 01-11-2022 | 01-13-2022 | 1,369.000 | OLO Inc | 19.14 | 26,199.65 |
| 01-25-2022 | 01-27-2022 | 813.000 | OLO Inc | 15.10 | 12,275.73 |
| 01-26-2022 | 01-28-2022 | 274.000 | OLO Inc | 15.73 | 4,310.38 |
| 01-27-2022 | 01-31-2022 | 1,092.000 | OLO Inc | 15.31 | 16,715.79 |
| 01-28-2022 | 02-01-2022 | 1,185.000 | OLO Inc | 15.81 | 18,740.42 |
| 01-31-2022 | 02-02-2022 | 2,150.000 | OLO Inc | 17.31 | 37,213.71 |
| 02-01-2022 | 02-03-2022 | 950.000 | OLO Inc | 17.53 | 16,658.16 |
| 02-25-2022 | 03-01-2022 | 786.000 | OLO Inc | 13.65 | 10,730.47 |
| 02-28-2022 | 03-02-2022 | 1,572.000 | OLO Inc | 14.39 | 22,620.14 |
| 03-01-2022 | 03-03-2022 | 1,830.000 | OLO Inc | 14.29 | 26,142.10 |
| 03-02-2022 | 03-04-2022 | 1,448.000 | OLO Inc | 13.98 | 20,246.66 |
| 03-03-2022 | 03-07-2022 | 2,620.000 | OLO Inc | 13.20 | 34,580.86 |

2

CONFIDENTIAL

STA-ILA_00003620