# EXHIBIT D – REDACTED EXCERPT
# (FULL DOCUMENT FILED UNDER SEAL)

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
### Steamship Trade Association of Baltimore
### International Longshoremen's Association
### Pension Fund
From 04-01-2022 To 06-30-2022

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 05-05-2022 | 05-09-2022 | 305.000 | OLO Inc | 10.65 | 3,249.71 |
| 05-06-2022 | 05-10-2022 | 1,829.000 | OLO Inc | 10.45 | 19,117.81 |
| 05-09-2022 | 05-11-2022 | 2,502.000 | OLO Inc | 9.72 | 24,320.69 |
| 05-10-2022 | 05-12-2022 | 2,438.000 | OLO Inc | 8.97 | 21,872.03 |
| 05-11-2022 | 05-13-2022 | 1,768.000 | OLO Inc | 9.61 | 16,983.94 |
| 05-12-2022 | 05-16-2022 | 156.000 | OLO Inc | 10.85 | 1,692.23 |
| 06-23-2022 | 06-27-2022 | 294.000 | OLO Inc | 9.93 | 2,919.04 |
| 06-24-2022 | 06-28-2022 | 5,323.000 | OLO Inc | 10.19 | 54,247.76 |
| 06-27-2022 | 06-29-2022 | 794.000 | OLO Inc | 10.58 | 8,399.81 |
| 06-28-2022 | 06-30-2022 | 727.000 | OLO Inc | 10.42 | 7,576.79 |

CONFIDENTIAL

STA-ILA_00003633

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
### *Steamship Trade Association of Baltimore*
### *International Longshoremen's Association*
### *Pension Fund*
*From 04-01-2022 To 06-30-2022*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 06-29-2022 | 07-01-2022 | 959.000 | OLO Inc | 10.08 | 9,670.08 |
| 06-30-2022 | 07-05-2022 | 1,056.000 | OLO Inc | 9.87 | 10,425.89 |

3

CONFIDENTIAL

STA-ILA_00003634