# EXHIBIT E – REDACTED EXCERPT
# (FULL DOCUMENT FILED UNDER SEAL)

BROWN CAPITAL MANAGEMENT
PURCHASE AND SALE
*Steamship Trade Association of Baltimore*
*International Longshoremen's Association*
*Pension Fund*
*From 07-01-2022 To 09-30-2022*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|

**PURCHASES**



STA-ILA_00003648

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
### Steamship Trade Association of Baltimore
### International Longshoremen's Association
### Pension Fund
From 07-01-2022 To 09-30-2022

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 07-15-2022 | 07-19-2022 | 31.000 | OLO Inc | 10.16 | 315.06 |
| 07-18-2022 | 07-20-2022 | 546.000 | OLO Inc | 10.65 | 5,813.21 |
| 07-19-2022 | 07-21-2022 | 388.000 | OLO Inc | 10.95 | 4,249.88 |
| 07-21-2022 | 07-25-2022 | 626.000 | OLO Inc | 12.21 | 7,643.77 |
| 07-22-2022 | 07-26-2022 | 3,431.000 | OLO Inc | 11.89 | 40,809.00 |
| 07-25-2022 | 07-27-2022 | 891.000 | OLO Inc | 11.85 | 10,559.42 |
| 07-26-2022 | 07-28-2022 | 1,687.000 | OLO Inc | 10.67 | 17,999.78 |
| 07-27-2022 | 07-29-2022 | 1,687.000 | OLO Inc | 10.66 | 17,988.31 |
| 08-01-2022 | 08-03-2022 | 235.000 | OLO Inc | 10.83 | 2,544.42 |
| 08-02-2022 | 08-04-2022 | 280.000 | OLO Inc | 11.23 | 3,143.22 |

2

CONFIDENTIAL

STA-ILA_00003649

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
**Steamship Trade Association of Baltimore**
**International Longshoremen's Association**
**Pension Fund**
*From 07-01-2022 To 09-30-2022*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|



**SALES**



3

CONFIDENTIAL

STA-ILA_00003650

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
### *Steamship Trade Association of Baltimore*
### *International Longshoremen's Association*
### *Pension Fund*
From 07-01-2022 To 09-30-2022

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|

4

CONFIDENTIAL

STA-ILA_00003651

**BROWN CAPITAL MANAGEMENT**
## PURCHASE AND SALE
*Steamship Trade Association of Baltimore*
*International Longshoremen's Association*
*Pension Fund*
*From 07-01-2022 To 09-30-2022*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 08-24-2022 | 08-26-2022 | 22,872.000 | OLO Inc | 8.18 | 187,191.57 |

5

CONFIDENTIAL

STA-ILA_00003652