# EXHIBIT F – REDACTED EXCERPT
# (FULL DOCUMENT FILED UNDER SEAL)

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
**Steamship Trade Association of Baltimore**
**International Longshoremen's Association**
**Pension Fund**
*From 10-01-2022 To 12-31-2022*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 11-17-2022 | 11-21-2022 | 1,129.000 | OLO Inc | 7.74 | 8,734.28 |
| 11-18-2022 | 11-22-2022 | 1,473.000 | OLO Inc | 7.62 | 11,227.65 |
| 11-21-2022 | 11-23-2022 | 860.000 | OLO Inc | 7.48 | 6,429.96 |
| 12-22-2022 | 12-27-2022 | 13,721.000 | OLO Inc | 6.29 | 86,298.23 |
| 12-30-2022 | 01-04-2023 | 4.000 | OLO Inc | 6.23 | 24.93 |

2

CONFIDENTIAL

STA-ILA_00003665