# EXHIBIT G – REDACTED EXCERPT
# (FULL DOCUMENT FILED UNDER SEAL)

BROWN CAPITAL MANAGEMENT
## PURCHASE AND SALE
*Steamship Trade Association of Baltimore*
*International Longshoremen's Association*
*Pension Fund*
*From 01-01-2023 To 03-31-2023*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| 01-03-2023 | 01-05-2023 | 14.000 | OLO Inc | 6.59 | 92.32 |
| 01-04-2023 | 01-06-2023 | 13.000 | OLO Inc | 6.87 | 89.34 |
| 01-05-2023 | 01-09-2023 | 19.000 | OLO Inc | 6.58 | 124.99 |
| 01-06-2023 | 01-10-2023 | 12.000 | OLO Inc | 6.74 | 80.93 |
| 03-28-2023 | 03-30-2023 | 155.000 | OLO Inc | 7.44 | 1,153.39 |
| 03-29-2023 | 03-31-2023 | 255.000 | OLO Inc | 7.67 | 1,955.67 |
| 03-30-2023 | 04-03-2023 | 221.000 | OLO Inc | 7.90 | 1,746.59 |
| 03-31-2023 | 04-04-2023 | 316.000 | OLO Inc | 8.17 | 2,582.23 |

BCM-0853