# EXHIBIT R

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

———————————————

# FORM 8-K

———————————————

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**
**Date of Report (Date of earliest event reported): August 11, 2022**

# Olo Inc.

**(Exact name of registrant as specified in its charter)**

| | | |
|---|---|---|
| **Delaware** | **001-40213** | **20-2971562** |
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |
| **285 Fulton Street**<br>**One World Trade Center**<br>**82nd Floor**<br>**New York, NY** | | **10007** |
| **(Address of Principal Executive Offices)** | | **(Zip Code)** |

**(212) 260-0895**
**Registrant's telephone number, including area code**

**Not Applicable**
**(Former name or former address, if changed since last report.)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.001 par value per share | OLO | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

<strong>INFORMATION TO BE INCLUDED IN THE REPORT</strong>

**Item 2.02. Results of Operations and Financial Condition.**

On August 11, 2022, Olo Inc. issued a press release announcing its financial results for the quarter ended June 30, 2022. A copy of the press release is furnished as Exhibit 99.1 to this Form 8-K.

Information in this Form 8-K and Exhibit 99.1 attached hereto is intended to be furnished and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any filing pursuant to the Securities Act of 1933, as amended, or the Exchange Act whether made before or after the date hereof, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| 99.1 | Press Release issued by Olo Inc. on August 11, 2022 |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Olo Inc.

Dated: August 11, 2022

By: /s/ Noah H. Glass

Noah H. Glass
*Chief Executive Officer (Principal Executive Officer)*

**Exhibit 99.1**

**Olo Announces Second Quarter 2022 Financial Results**

*Second Quarter Revenue Grew 27% Year-over-Year on Continued Growth in New Brands, Increased Module Adoption, and Increased Transaction Volume*

New York, New York - August 11, 2022 - Olo Inc. (NYSE:OLO), a leading open SaaS platform for restaurants that enables hospitality at every touchpoint, today announced financial results for the second quarter ended June 30, 2022.

"We delivered solid second quarter results. We generated $45.6 million in total revenue, a 27% increase year-over-year, as our platform supported continued growth in new brands, increased module adoption within our existing customer base, and increased transaction volume," said Noah Glass, Olo's Founder and CEO.

"We're encouraged by the underlying trends in our business in support of Olo's 100x revenue opportunity as we remain highly focused on helping our brands to thrive and gain share through the industry's digital transformation," concluded Mr. Glass.

*Second Quarter Financial and Other Highlights*

- Total revenue increased 27% year-over-year to $45.6 million.
- Platform revenue increased 29% year-over-year to $44.5 million.
- Gross profit increased 10% year-over-year to $31.4 million, and was 69% of total revenue.
- Non-GAAP gross profit increased 15% year-over-year to $34.0 million, and was 75% of total revenue.
- Operating loss was $11.9 million.
- Non-GAAP operating income was $2.0 million.
- Net loss was $11.7 million or $0.07 per share, compared to a net loss of $2.4 million or $0.02 per share a year ago.
- Non-GAAP net income was $2.2 million or $0.01 per share, compared to non-GAAP net income of $6.5 million or $0.04 per share a year ago.
- Cash, cash equivalents and short- and long-term investments totaled $464.7 million as of June 30, 2022.
- Average revenue per unit (ARPU) increased 12% year-over-year, and increased 5% sequentially to approximately $544.
- Ending active locations increased 11% year-over-year to approximately 82,000.
- Dollar-based net revenue retention (NRR) was approximately 106%.

A reconciliation of GAAP to non-GAAP financial measures is provided at the end of this press release. An explanation of these measures is also included below under the heading "Non-GAAP Financial Measures and Other Metrics."

*Second Quarter and Recent Business Highlights*

- Olo deployed a number of leading brands onto the platform across all service-models, including quick service, fast-casual, fine dining, virtual brands, as well as welcomed a number of convenience stores. Notably, Freddy's Frozen Custard & Steakburgers, a fast casual restaurant with hundreds of locations, deployed Olo's full stack of digital ordering solutions, including Ordering, Dispatch, Rails, Network, and Olo Pay. Freddy's represents one of Olo's newest and largest customers to adopt Olo Pay.

- Olo expanded relationships within its existing customer base, increasing product adoption across several Olo product suites. Brands such as California Fish Grill, CiCis Pizza, and Duck Donuts expanded their usage of Ordering solutions, Twin Peaks and Whataburger expanded their usage of Delivery Enablement solutions, O'Charley's Restaurant + Bar and Sprinkles adopted Guest Engagement solutions, and On the Border and Smokey Bones adopted Front-of-House solutions.

- Olo hosted its first Quarterly Release Event, showcasing features that empower brands to grow by delivering the best hospitality to their guests. The release included highlights related to Borderless Olo Pay, Sync listings management, scheduled menu changes and more, which may be viewed at https://www.olo.com/quarterly-release.

- Olo earned Best Feature Set and Best Relationship from the TrustRadius Best of Summer Awards. Olo is honored to support restaurant brands and looks forward to delivering on the high expectations brands set for the Company.

- Olo furthered its commitment to being an open platform by growing its diverse technology partner network through completion of its first Ordering module integration with QSR Automations, a market leader in Kitchen Display Systems, or KDS. KDS integrations enable Olo customers to see and optimize all orders, whether on- or off-premise, providing a 360-degree view of all orders in production. This information will allow Olo to provide brands with operational decision-making abilities by including capacity management features that quote and throttle orders based on the real-time kitchen activity levels, ultimately creating a more integrated technology solution for restaurants, and expanding the Company's vertical offerings throughout the restaurant value chain.

- Olo is committed to building a diverse and inclusive culture that promotes growth and equity for underrepresented groups while supporting and celebrating all voices and perspectives. Olo has updated its DEI website with gender and ethnicity metrics as of June 30, 2022, and remains on track to have its team be composed of 42% women and 18% underrepresented ethnicities by 2024. Olo also furthered its commitment to equity through adoption of a new Equitable Access to Healthcare policy and other actions aimed at supporting its LGBTQ+ employee population.

*Financial Outlook*

As of August 11, 2022, Olo is issuing the following outlook for the third quarter of 2022 and fiscal year 2022:

For the third quarter of 2022, Olo expects to report:

- Revenue in the range of $46.5 million to $47.0 million; and
- Non-GAAP operating income in the range of $1.8 million to $2.2 million.

For the fiscal year 2022, Olo expects to report:

- Revenue in the range of $183.0 million to $184.0 million; and
- Non-GAAP operating income in the range of $7.6 million to $8.4 million.

The outlook provided above constitutes forward-looking information within the meaning of applicable securities laws and is based on a number of assumptions and subject to a number of risks. Actual results could vary materially as a result of numerous factors, including certain risk factors, many of which are beyond Olo's control. See the cautionary note regarding "Forward-Looking Statements" below. Fluctuations in Olo's operating results may be particularly pronounced in the current macroeconomic environment, which has been characterized by rising inflation and interest rates, lower consumer confidence, uncertainty caused by the ongoing COVID-19 pandemic, volatility in part due to the war in Ukraine, and the risk of a global recession, the severity, duration, and ultimate impact of which is difficult to predict at this time. While Olo has benefited from the acceleration of demand for off-premise dining during the COVID-19 pandemic, Olo's business and financial results could be materially adversely affected in the future if off-premise dining declines.

**Webcast and Conference Call Information**

Olo will host a conference call today, August 11, 2022, at 5:00 p.m. Eastern Time to discuss the Company's financial results and financial outlook. A live webcast of this conference call will be available on the "Investor Relations" page of the Company's website (investors.olo.com), and a replay will be available on the website as well.

**Available Information**

Olo announces material information to the public about the Company, its products and services, and other matters through a variety of means, including filings with the SEC, press releases, public conference calls, webcasts, the "Investor Relations" page of the Company's website (investors.olo.com), and the Company's Twitter account @Olo, in order to achieve broad, non-exclusionary distribution of information to the public and for complying with its disclosure obligations under Regulation FD.

**About Olo**

Olo is a leading open SaaS platform for restaurants that enables hospitality at every touchpoint. Millions of orders per day run on Olo's on-demand commerce engine, providing restaurants a single source to understand and serve every guest from every channel, whether direct or third-party. With integrations to over 300 technology partners, Olo customers can build personalized guest experiences in and outside of their four walls, utilizing one of the largest and most flexible restaurant tech ecosystems on the market. Over 600 restaurant brands trust Olo to grow their digital ordering and delivery programs, increase operational efficiency, and make every guest feel like a regular. Learn more at olo.com.

**Contacts**

*Media*
Olo@icrinc.com

*Investor Relations*
InvestorRelations@olo.com
646.389.2754

**Non-GAAP Financial Measures and Other Metrics**

*Non-GAAP Financial Measures*

In this press release, we refer to non-GAAP financial measures that are derived on the basis of methodologies other than in accordance with United States generally accepted accounting principles, or GAAP. We use non-GAAP financial measures, as described below, in conjunction with financial measures prepared in accordance with GAAP for planning purposes, including in the preparation of our annual operating budget, as a measure of our core operating results and the effectiveness of our business strategy, and in evaluating our financial performance. These measures provide consistency and comparability with past financial performance as measured by such non-GAAP figures, facilitate period-to-period comparisons of core operating results, and assist shareholders in better evaluating us by presenting period-over-period operating results without the effect of certain charges or benefits that may not be consistent or comparable across periods.

A reconciliation of these non-GAAP measures has been provided in the financial statement tables included in this press release and investors are encouraged to review the reconciliation. Our use of non-GAAP financial measures has limitations as an analytical tool, and these measures should not be considered in isolation or as a substitute for analysis of our GAAP financial results. Because our non-GAAP financial measures are not calculated in accordance with GAAP, they may not necessarily be comparable to similarly titled measures employed by other companies.

The following are the non-GAAP financial measures referenced in this press release and presented in the tables below: non-GAAP gross profit/margin (and as a percentage of revenue), non-GAAP operating expenses (total and each line item, and total and each non-GAAP operating expense item as a percentage of revenue), non-GAAP operating income (and as a percentage of revenue), non-GAAP net income (and as a percentage of revenue and on a per share basis), and free cash flow.

We adjust our GAAP financial measures for the following items to calculate one or more of our non-GAAP financial measures (other than free cash flow): stock-based compensation expense (non-cash expense calculated by companies using a variety of valuation methodologies and subjective assumptions) and related payroll tax expense, equity expense related to charitable contributions (non-cash expense), intangible and internal-use software amortization (non-cash expense), change in fair value of warrants, other non-cash charges, severance related to the departure of our Chief Customer Officer, transaction costs incurred within one year of the related acquisition, and related income tax impacts.

Reconciliation of non-GAAP operating income guidance to the most directly comparable GAAP measures is not available without unreasonable efforts on a forward-looking basis due to the high variability, complexity, and low visibility with respect to the charges excluded from these non-GAAP measures; in particular, the measures and effects of stock-based compensation expense and related payroll tax expense specific to equity compensation awards that are directly impacted by unpredictable fluctuations in our stock price. We expect the variability of the above charges to have a significant, and potentially unpredictable, impact on our future GAAP financial results.

Management believes that it is useful to exclude certain non-cash charges and non-core operational charges from non-GAAP operating income because (i) the amount of such expenses in any specific period may not directly correlate to the underlying performance of our business operations; and (ii) such expenses can vary significantly between periods. For 2022, payroll tax expenses related to equity compensation awards were added to our calculation of non-GAAP operating income. We have historically excluded stock-based compensation expense from non-GAAP operating income, and management believes that excluding the related payroll tax expense is important and consistent, as such payroll tax expenses are directly impacted by unpredictable fluctuations in our stock price. Prior period amounts have been revised to conform with the current year presentation.

Free cash flow represents net cash provided by or used in operating activities, reduced by purchases of property and equipment and capitalization of internal-use software. Free cash flow is a measure used by management to understand and evaluate our liquidity and to generate future operating plans. Free cash flow excludes items that we do not consider to be indicative of our liquidity. The reduction of capital expenditures facilitates comparisons of our liquidity on a period-to-period basis. We believe providing free cash flow provides useful information to investors and others in understanding and evaluating the strength of our liquidity and future ability to generate cash that can be used for strategic opportunities or investing in our business from the perspective of our management and Board of Directors.

In addition, we also use the following key performance indicators to help us evaluate our business, identify trends affecting the business, formulate business plans, and make strategic decisions.

*Active Locations*: We define an active location as a unique restaurant location that is utilizing one or more of our modules at the end of a quarterly period. We believe that active location count is an important metric that demonstrates the growth and scale of our overall business and reflects our ability to attract, engage, and monetize our customers and thereby drive revenue, as well as provides a base to expand usage of our modules.

*Average revenue per unit (ARPU)*: We calculate ARPU by dividing the total platform revenue in a given period by the average active locations in that same period. We believe ARPU is an important metric that measures monetization of our platform and demonstrates our ability to grow within our customer base through the development of products that our customers value.

*Dollar-based net revenue retention (NRR)*: We calculate NRR as of a period-end by starting with the revenue, defined as platform revenue, from the cohort of all active customers as of 12 months prior to such period-end, or the prior period revenue. We then calculate the platform revenue from these same customers as of the current period-end, or the current period revenue. Current period revenue includes any expansion and is net of contraction or attrition over the last 12 months, but excludes platform revenue from new customers in the current period. We then divide the total current period revenue by the total prior period revenue to arrive at the point-in-time dollar-based NRR. We believe that NRR is an important metric demonstrating our ability to retain our customers and expand their use of our modules over time, proving the stability of our revenue base and the long-term value of our customer relationships.

## Forward-Looking Statements

Statements we make in this press release include statements that are considered forward-looking within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act, which may be identified by the use of words such as "anticipates," "believes," "continue," "estimates," "expects," "intends," "may," "plans," "projects," "outlook," "seeks," "should," "will," and similar terms or the negative of such terms. All statements other than statements of historical fact are forward-looking statements for purposes of this release.

We intend these forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act and Section 21E of the Securities Exchange Act and are making this statement for purposes of complying with those safe harbor provisions. These statements include, but are not limited to, our financial guidance for the third quarter of 2022 and the full year 2022, our future performance and growth and market opportunities, including new products and continued module adoption (such as with respect to Olo Pay and Sync), our business strategy, our ability to sustain our profitability, customer adoption of our products and expectations for capturing market share and our delivery of new products or product features, and expectations regarding the impact of macroeconomic conditions and the ongoing COVID-19 pandemic on our business and industry. Accordingly, actual results could differ materially or such uncertainties could cause adverse effects on our results.

Forward-looking statements are based upon various estimates and assumptions, as well as information known to us as of the date of this press release, and are subject to risks and uncertainties, including but not limited to: the impact and duration of the ongoing COVID-19 pandemic on our business; the business of our customers and economic conditions, including rising inflation, labor shortages, increasing interest rates, and any reductions in consumer spending on dining due to the general economic climate; our focus on the long-term and our investments in sustainable, profitable growth; our ability to acquire new customers and successfully retain existing customers; impact of competitors, price competition, or the ability of our customers to replace some of our products with their own internal platforms; our ability to develop and release new products and services, and develop and release successful enhancements, features, and modifications to our existing products and services; the impact of new and existing laws and regulations on our business; changes to our strategic relationships with third parties; our reliance on a limited number of delivery service providers and aggregators; our ability to generate revenue from our product offerings and the effects of fluctuations in our level of client spend retention; competition; changes in the amount and mix of transactions facilitated through our platform; changes in our level of investment in sales and marketing, research and development, and general and administrative expenses, and our hiring plans; future changes to our pricing model; changes in management; and other general market, political, economic, and business conditions. Actual results could differ materially from those predicted or implied, and reported results should not be considered an indication of future performance. Additionally, these forward-looking statements, particularly our guidance, involve risks, uncertainties, and assumptions, including those related to our customers' spending decisions and consumer ordering behavior particularly as COVID-19 associated restrictions continue to abate.

Significant variations from the assumptions underlying our forward-looking statements could cause our actual results to vary, and the impact could be significant.

Additional risks and uncertainties that could affect our financial results and forward-looking statements are included under the caption "Risk Factors" in our Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2022 that will be filed following this earnings release, our Annual Report on Form 10-K for the year ended December 31, 2021, and our other SEC filings, which are available on the "Investor Relations" page of our website at investors.olo.com and on the SEC website at www.sec.gov. Undue reliance should not be placed on the forward-looking statements in this press release. All forward-looking statements contained herein are based on information available to us as of the date hereof, and we do not assume any obligation to update these statements as a result of new information or future events.

**OLO INC.**
**Condensed Consolidated Balance Sheets (Unaudited)**
**(in thousands, except share and per share amounts)**

| | | As of June 30, 2022 | | As of December 31, 2021 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | $ | 386,670 | $ | 514,445 |
| Short-term investments | | 73,535 | | — |
| Accounts receivable, net of allowances of $656 and $657, respectively | | 41,649 | | 42,319 |
| Contract assets | | 435 | | 568 |
| Deferred contract costs | | 2,642 | | 2,567 |
| Prepaid expenses and other current assets | | 8,281 | | 5,718 |
| Total current assets | | 513,212 | | 565,617 |
| Property and equipment, net | | 8,992 | | 3,304 |
| Intangible assets, net | | 23,678 | | 19,635 |
| Goodwill | | 207,540 | | 162,956 |
| Contract assets, noncurrent | | 619 | | 387 |
| Deferred contract costs, noncurrent | | 4,003 | | 3,616 |
| Operating lease right-of-use assets | | 17,347 | | — |
| Long-term investments | | 4,476 | | — |
| Other assets, noncurrent | | 395 | | 361 |
| Total assets | $ | 780,262 | $ | 755,876 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 2,098 | $ | 2,184 |
| Accrued expenses and other current liabilities | | 44,689 | | 45,395 |
| Unearned revenue | | 3,231 | | 1,190 |
| Operating lease liabilities, current | | 2,630 | | — |
| Total current liabilities | | 52,648 | | 48,769 |
| Unearned revenue, noncurrent | | 1,618 | | 3,014 |
| Operating lease liabilities, noncurrent | | 17,009 | | — |
| Other liabilities, noncurrent | | 69 | | 2,343 |
| Total liabilities | | 71,344 | | 54,126 |
| **Stockholders' equity:** | | | | |
| Class A common stock, $0.001 par value; 1,700,000,000 shares authorized at June 30, 2022 and December 31, 2021; 97,645,289 and 78,550,530 shares issued and outstanding at June 30, 2022 and December 31, 2021, respectively. Class B common stock, $0.001 par value; 185,000,000 shares authorized at June 30, 2022 and December 31, 2021; 63,554,232 and 79,149,659 shares issued and outstanding at June 30, 2022 and December 31, 2021, respectively. | | 161 | | 158 |
| Preferred stock, $0.001 par value; 20,000,000 shares authorized at June 30, 2022 and December 31, 2021. | | — | | — |
| Additional paid-in capital | | 843,764 | | 813,166 |
| Accumulated deficit | | (134,756) | | (111,574) |
| Accumulated other comprehensive loss | | (251) | | — |
| Total stockholders' equity | | 708,918 | | 701,750 |
| Total liabilities and stockholders' equity | $ | 780,262 | $ | 755,876 |

**OLO INC.**
**Condensed Consolidated Statements of Operations (Unaudited)**
**(in thousands, except share and per share amounts)**

| | | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2022 | 2021 | | 2022 | | 2021 |
| Revenue: | | | | | | | |
| Platform | $ | 44,538 | $ 34,526 | $ | 86,004 | $ | 69,449 |
| Professional services and other | | 1,063 | 1,370 | | 2,353 | | 2,570 |
| Total revenue | | 45,601 | 35,896 | | 88,357 | | 72,019 |
| Cost of revenue: | | | | | | | |
| Platform | | 12,749 | 6,180 | | 23,773 | | 11,787 |
| Professional services and other | | 1,419 | 1,183 | | 3,197 | | 2,426 |
| Total cost of revenue | | 14,168 | 7,363 | | 26,970 | | 14,213 |
| Gross profit | | 31,433 | 28,533 | | 61,387 | | 57,806 |
| Operating expenses: | | | | | | | |
| Research and development | | 17,233 | 13,931 | | 34,058 | | 28,387 |
| General and administrative | | 17,235 | 13,310 | | 35,196 | | 31,764 |
| Sales and marketing | | 8,897 | 3,701 | | 16,967 | | 7,537 |
| Total operating expenses | | 43,365 | 30,942 | | 86,221 | | 67,688 |
| Loss from operations | | (11,932) | (2,409) | | (24,834) | | (9,882) |
| Other income (expenses), net: | | | | | | | |
| Interest income | | 533 | — | | 585 | | — |
| Interest expense | | (46) | — | | (46) | | — |
| Other income (expense) | | 7 | 10 | | 13 | | (8) |
| Change in fair value of warrant liability | | — | — | | — | | (18,930) |
| Total other income (expenses), net | | 494 | 10 | | 552 | | (18,938) |
| Loss before income taxes | | (11,438) | (2,399) | | (24,282) | | (28,820) |
| Provision (benefit) for income taxes | | 235 | 38 | | (1,100) | | 74 |
| Net loss | $ | (11,673) | $ (2,437) | $ | (23,182) | $ | (28,894) |
| Accretion of redeemable convertible preferred stock to redemption value | | — | — | | — | | (14) |
| Net loss attributable to Class A and Class B common stockholders | $ | (11,673) | $ (2,437) | $ | (23,182) | $ | (28,908) |
| Net loss per share attributable to Class A and Class B common stockholders: | | | | | | | |
| Basic | $ | (0.07) | $ (0.02) | $ | (0.15) | $ | (0.30) |
| Diluted | $ | (0.07) | $ (0.02) | $ | (0.15) | $ | (0.30) |
| Weighted-average Class A and Class B common shares outstanding: | | | | | | | |
| Basic and diluted | | 160,429,125 | 147,510,963 | | 159,813,053 | | 95,690,520 |

**OLO INC.**
**Condensed Consolidated Statements of Cash Flows (Unaudited)**
**(in thousands)**

| | Six Months Ended June 30, 2022 | Six Months Ended June 30, 2021 |
|---|---|---|
| **Operating activities** | | |
| Net loss | $ (23,182) | $ (28,894) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | |
| Depreciation and amortization | 2,624 | 527 |
| Stock-based compensation | 23,185 | 13,550 |
| Stock-based compensation in connection with vesting of Stock Appreciation Rights | — | 2,847 |
| Charitable donation of Class A common stock | — | 5,125 |
| Bad debt expense | 276 | 238 |
| Change in fair value of warrants | — | 18,930 |
| Non-cash lease expense | 1,125 | — |
| Deferred income tax benefit | (1,421) | — |
| Impairment of internal-use software | 475 | — |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 911 | 5,701 |
| Contract assets | (99) | (537) |
| Prepaid expenses and other current assets | (2,016) | (4,848) |
| Deferred contract costs | (462) | (330) |
| Accounts payable | (286) | (7,225) |
| Accrued expenses and other current liabilities | (1,103) | 9,726 |
| Operating lease liabilities | (1,248) | — |
| Unearned revenue | 561 | 663 |
| Other liabilities, noncurrent | (36) | (2) |
| Other non-cash loss, net | (174) | — |
| Net cash (used in) provided by operating activities | (870) | 15,471 |
| **Investing activities** | | |
| Purchases of property and equipment | (409) | (271) |
| Capitalized internal-use software | (5,125) | (389) |
| Acquisitions, net of cash acquired | (49,308) | — |
| Purchases of investments | (82,394) | — |
| Sales and maturities of investments | 4,306 | — |
| Net cash used in investing activities | (132,930) | (660) |
| **Financing activities** | | |
| Proceeds from issuance of common stock upon initial public offering, net of underwriting discounts | — | 485,541 |
| Cash received for employee payroll tax withholdings | 3,033 | 18,691 |
| Cash paid for employee payroll tax withholdings | (2,866) | (18,691) |
| Proceeds from exercise of warrants | — | 392 |
| Payment of deferred finance costs | — | (136) |
| Payment of deferred offering costs | (420) | (4,118) |
| Proceeds from exercise of stock options and purchases under employee stock purchase plan | 6,278 | 2,990 |
| Net cash provided by financing activities | 6,025 | 484,669 |
| Net (decrease) increase in cash and cash equivalents | (127,775) | 499,480 |
| Cash and cash equivalents, beginning of period | 514,445 | 75,756 |
| Cash and cash equivalents, end of period | $ 386,670 | $ 575,236 |

**OLO INC.**
**Reconciliation of GAAP to Non-GAAP Results (Unaudited)**
**(in thousands, except percentages)**

| | Three Months Ended June 30, 2022 | Three Months Ended June 30, 2021 | Six Months Ended June 30, 2022 | Six Months Ended June 30, 2021 |
|---|---|---|---|---|
| **Gross profit and gross margin reconciliation:** | | | | |
| Platform gross profit, GAAP | $ 31,789 | $ 28,346 | $ 62,231 | $ 57,662 |
| Plus: Stock-based compensation expense and related payroll tax expense (1) | 1,454 | 744 | 3,006 | 1,180 |
| Plus: Amortization | 968 | 138 | 1,596 | 275 |
| Platform gross profit, non-GAAP | 34,211 | 29,228 | 66,833 | 59,117 |
| Services gross profit, GAAP | (356) | 187 | (844) | 144 |
| Plus: Stock-based compensation expense and related payroll tax expense (1) | 190 | 131 | 449 | 246 |
| Services gross profit, non-GAAP | (166) | 318 | (395) | 390 |
| Total gross profit, GAAP | 31,433 | 28,533 | 61,387 | 57,806 |
| Total gross profit, non-GAAP | 34,045 | 29,546 | 66,438 | 59,507 |
| Platform gross margin, GAAP | 71 % | 82 % | 72 % | 83 % |
| Platform gross margin, non-GAAP | 77 % | 85 % | 78 % | 85 % |
| Services gross margin, GAAP | (33)% | 14 % | (36)% | 6 % |
| Services gross margin, non-GAAP | (16)% | 23 % | (17)% | 15 % |
| Total gross margin, GAAP | 69 % | 79 % | 69 % | 80 % |
| Total gross margin, non-GAAP | 75 % | 82 % | 75 % | 83 % |
| **Sales and marketing reconciliation:** | | | | |
| Sales and marketing, GAAP | 8,897 | 3,701 | 16,967 | 7,537 |
| Less: Stock-based compensation expense and related payroll tax expense (1) | 1,375 | 536 | 2,995 | 924 |
| Less: Amortization | 355 | — | 656 | — |
| Less: Transaction costs | — | — | 79 | — |
| Sales and marketing, non-GAAP | 7,167 | 3,165 | 13,237 | 6,613 |
| Sales and marketing as % total revenue, GAAP | 20 % | 10 % | 19 % | 10 % |
| Sales and marketing as % total revenue, non-GAAP | 16 % | 9 % | 15 % | 9 % |
| **Research and development reconciliation:** | | | | |
| Research and development, GAAP | 17,233 | 13,931 | 34,058 | 28,387 |
| Less: Stock-based compensation expense and related payroll tax expense (1) | 3,460 | 2,873 | 7,011 | 6,325 |
| Less: Impairment of internal-use software | — | — | 475 | — |
| Research and development, non-GAAP | 13,773 | 11,058 | 26,572 | 22,062 |
| Research and development as % total revenue, GAAP | 38 % | 39 % | 39 % | 39 % |
| Research and development as % total revenue, non-GAAP | 30 % | 31 % | 30 % | 31 % |
| **General and administrative reconciliation:** | | | | |
| General and administrative, GAAP | 17,235 | 13,310 | 35,196 | 31,764 |
| Less: Charitable donation of Class A common stock | — | — | — | 5,125 |
| Less: Stock-based compensation expense and related payroll tax expense (1) | 5,161 | 4,485 | 10,257 | 8,343 |
| Less: Amortization | 42 | — | 73 | — |
| Less: Severance costs (2) | 555 | — | 555 | — |
| Less: Transaction costs | 351 | — | 1,407 | — |
| General and administrative, non-GAAP | 11,126 | 8,825 | 22,904 | 18,296 |
| General and administrative as % total revenue, GAAP | 38 % | 37 % | 40 % | 44 % |
| General and administrative as % total revenue, non-GAAP | 24 % | 25 % | 26 % | 25 % |

(1) For 2022, payroll tax expenses related to equity compensation awards were added to our calculation of non-GAAP operating income. We have historically excluded stock-based compensation expense from non-GAAP operating income, and management believes that excluding the related payroll tax expense is important and consistent, as such payroll tax expenses are directly impacted by unpredictable fluctuations in our stock price. Prior period amounts have been revised to conform with the current year presentation.

(2) Includes costs related to the departure of our Chief Customer Officer.

**OLO INC.**
**Reconciliation of GAAP to Non-GAAP Results (Unaudited)**
**(in thousands, except percentages and share and per share amounts)**

| | | Three Months Ended June 30, 2022 | | Three Months Ended June 30, 2021 | | Six Months Ended June 30, 2022 | | Six Months Ended June 30, 2021 |
|---|---|---|---|---|---|---|---|---|
| **Operating income (loss) reconciliation:** | | | | | | | | |
| Operating loss, GAAP | $ | (11,932) | $ | (2,409) | $ | (24,834) | $ | (9,882) |
| Plus: Stock-based compensation expense and related payroll tax expense [1] | | 11,640 | | 8,769 | | 23,718 | | 17,018 |
| Plus: Charitable donation of Class A common stock | | — | | — | | — | | 5,125 |
| Plus: Impairment of internal-use software | | — | | — | | 475 | | — |
| Plus: Amortization | | 1,365 | | 138 | | 2,325 | | 275 |
| Plus: Severance costs [2] | | 555 | | — | | 555 | | — |
| Plus: Transaction costs | | 351 | | — | | 1,486 | | — |
| Operating income, non-GAAP | | 1,979 | | 6,498 | | 3,725 | | 12,536 |
| Operating margin, GAAP | | (26)% | | (7)% | | (28)% | | (14)% |
| Operating margin, non-GAAP | | 4 % | | 18 % | | 4 % | | 17 % |
| **Net income (loss) reconciliation:** | | | | | | | | |
| Net loss, GAAP | | (11,673) | | (2,437) | | (23,182) | | (28,894) |
| Plus: Stock-based compensation expense and related payroll tax expense [1] | | 11,640 | | 8,769 | | 23,718 | | 17,018 |
| Plus: Charitable donation of Class A common stock | | — | | — | | — | | 5,125 |
| Plus: Impairment of internal-use software | | — | | — | | 475 | | — |
| Plus: Amortization | | 1,365 | | 138 | | 2,325 | | 275 |
| Plus: Change in fair value of warrant liability | | — | | — | | — | | 18,930 |
| Plus: Severance costs [2] | | 555 | | — | | 555 | | — |
| Plus: Transaction costs | | 351 | | — | | 1,486 | | — |
| Less: Transaction-related deferred income tax benefit | | — | | — | | (1,421) | | — |
| Net income, non-GAAP | | 2,238 | | 6,470 | | 3,956 | | 12,454 |
| Fully diluted net loss per share attributable to Class A and Class B common stockholders, GAAP | $ | (0.07) | $ | (0.02) | $ | (0.15) | $ | (0.30) |
| Fully diluted weighted average Class A and Class B common shares outstanding, GAAP | | 160,429,125 | | 147,510,963 | | 159,813,053 | | 95,690,520 |
| Fully diluted net income per share attributable to Class A and Class B common stockholders, non-GAAP | $ | 0.01 | $ | 0.04 | $ | 0.02 | $ | 0.07 |
| Fully diluted Class A and Class B common shares outstanding, non-GAAP | | 181,859,483 | | 183,574,622 | | 182,704,378 | | 173,540,967 |

(1) For 2022, payroll tax expenses related to equity compensation awards were added to our calculation of non-GAAP operating income. We have historically excluded stock-based compensation expense from non-GAAP operating income, and management believes that excluding the related payroll tax expense is important and consistent, as such payroll tax expenses are directly impacted by unpredictable fluctuations in our stock price. Prior period amounts have been revised to conform with the current year presentation.

(2) Includes costs related to the departure of our Chief Customer Officer.

**OLO INC.**
**Non-GAAP Free Cash Flow (Unaudited)**
**(in thousands)**

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2022 | | 2021 |
| Net cash provided by (used in) operating activities | $ | 19 | $ | 11,262 | $ | (870) | $ | 15,471 |
| Purchase of property and equipment | | (333) | | (165) | | (409) | | (271) |
| Capitalization of internal-use software | | (2,663) | | (317) | | (5,125) | | (389) |
| Non-GAAP free cash flow | $ | (2,977) | $ | 10,780 | $ | (6,404) | $ | 14,811 |