# EXHIBIT T

# PIPER | SANDLER

COMPANY NOTE
August 11, 2022

## Olo, Inc. (OLO)                                                    Neutral

### Lowering to Neutral as Growth Headwinds Intensify; 2H Growth Could Fall to 15%

### CONCLUSION

The $12.5M reduction to full-year guidance because of deployment delays and elongating sales cycles coupled with expected loss of 15K Subway locations entering next year suggests the near-term operating risks for OLO have increased. The revised 2H outlook implies that organic growth could moderate to an estimated 15% (vs. 59% growth last year). Despite lowering our revenue estimates last month, we are reducing our 2022 forecast by another $11M and lowering 2023 by $34M. We are lowering our rating to Neutral and reduce our PT to $9 from $13 on lower estimates with limited visibility into the timing of a reacceleration. That said, OLO maintains an excellent track record of profitable growth and has a strong balance sheet with $460M in net cash and investment (roughly $2.53 per share in cash).

*OLO is attending the Piper Sandler Growth Frontiers Conference in Nashville (Sept. 12-14). Please contact your institutional sales rep for details.*

- **Reports mixed Q2 results.** Revenue of $45.6M on an estimated 18% organic growth rate (27% as reported) was slightly below the mid-point of guidance of $45.8M and Street consensus. The bigger downside surprise was the location count that ended flat q/q at 82K locations. New location additions were offset by an unexpected reduction of 2.5K Subway locations, with another 12.5K Subway locations expected to move off the Rails platform in early 2023. Recall, Subway was a QSR milestone win during the pandemic. The decision by Subway was to replace Rails with a direct integration with third-party marketplaces.

- **Lowering 2H guidance.** Full-year revenue guidance was lowered at the mid-point by $12.5M to $183.5M (vs. $196M), which implies the 2H growth rate could moderate to 23% (vs. 27% this quarter) with organic growth falling to an estimated 15% after backing out Omnivore and Wisely acquisitions. Management outlined deployment delays and elongating sales cycles where new enterprise wins may not translate into revenue until early 2023 as the primary reason for the reduction in the 2H outlook. The Subway relationship that was noted to be a Rails only customer was not a meaningful contributor to the guide-down.

- **Lowering to Neutral on near-term headwinds to growth; PT to $9.** We are lowering our PT to $9 from $13 on lower estimates and eroding confidence in the timing of a reacceleration in the normalized post-pandemic growth rate. That said, OLO maintains an excellent track record of profitable growth and has a strong balance sheet with $460M in net cash and investments (roughly $2.53/share). These two factors suggest it can easily weather NT challenges that lie ahead.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION
Competition, management turnover, churn, digital order volatility.

### COMPANY DESCRIPTION
Vertical cloud platform with plans to digitize the trillion dollar food industry.

**PRICE: US$12.99**
**TARGET: US$9.00**
22x EV/CY27E FCF, discounted back 4 years by 15%. This assumes $455M net cash and 188M shares.

**Brent A. Bracelin**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8316, brent.bracelin@psc.com

**Clarke Jeffries**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8318, clarke.jeffries@psc.com

**Hannah Rudoff**
Research Analyst, Piper Sandler & Co.
503 275-8313, hannah.rudoff@psc.com

**Mauro Molina**
Research Analyst, Piper Sandler & Co.
713 546-7237, mauro.molina@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | Overweight | Neutral |
| Price Tgt | US$13.00 | US$9.00 |
| FY22E Rev (mil) | US$194.1 | US$183.3 |
| FY23E Rev (mil) | US$246.8 | US$212.6 |
| FY22E EPS | — | US$0.03 |
| FY23E EPS | US$0.03 | US$0.06 |
| 52-Week High / Low | US$49.00 / US$8.11 | |
| Shares Out (mil) | | 181.9 |
| Market Cap. (mil) | | US$2,362.4 |
| Avg Daily Vol (000) | | 1,623 |
| Div Yield | | 0.00% |
| Fiscal Year End | | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2021A | 36.1 | 35.9 | 37.4 | 40.0 | 149.4 | 15.8x | 0.03 | 0.04 | 0.03 | 0.02 | 0.12 | NM |
| 2022E | 42.8A | 45.6A | 46.7 | 48.2 | 183.3 | 12.9x | 0.01A | 0.01A | 0.01 | 0.00 | 0.03 | NM |
| 2023E | 49.8 | 51.6 | 54.1 | 57.2 | 212.6 | 11.1x | 0.01 | 0.01 | 0.02 | 0.02 | 0.06 | NM |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 6 - 7 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

COMPANY NOTE
August 11, 2022

## Key Performance Indicators

| | | | | | Fiscal Quarters | | | | | | | Prior | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Key Operating Metrics** | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | Trend | 4-Qtr Avg | 8-Qtr Avg |
| Total Revenue | $24.3 | $27.5 | $30.5 | $36.1 | $35.9 | $37.4 | $40.0 | $42.8 | $45.6 | | | |
| Revenue Growth (y/y) | 100.2% | 94.2% | 117.6% | 124.8% | 47.7% | 35.9% | 30.8% | 18.4% | 27.0% | | 33% | 71% |
| | | | | | | | | | | | | |
| Platform Revenue | $22.5 | $26.2 | $29.2 | $34.9 | $34.5 | $36.1 | $38.9 | $41.5 | $44.5 | | | |
| Platform Revenue Growth (y/y) | 102.3% | 125.1% | 131.5% | 135.8% | 53.3% | 37.7% | 33.1% | 18.7% | 29.0% | | 36% | 80% |
| | | | | | | | | | | | | |
| Ending Active Locations | 56,500 | 59,900 | 64,300 | 69,000 | 74,000 | 76,000 | 79,000 | 82,000 | 82,000 | | | |
| Active Locations Growth (y/y) | 43.8% | 66.4% | 51.7% | 42.9% | 31.0% | 26.9% | 22.9% | 18.8% | 10.8% | | 25% | 38% |
| Net Adds (q/q) | 8,200 | 3,400 | 4,400 | 4,700 | 5,000 | 2,000 | 3,000 | 3,000 | 0 | | 3,250 | 4,213 |

*Source: Company Reports, Piper Sandler*

## Valuation Summary

**Our Case**

| | Base CY27E | | Bull CY27E | Bear CY27E |
|---|---|---|---|---|
| Estimated Revenue (000s) | $448 | | $570 | $365 |
| Estimated FCF (000s) | $99 | | $137 | $66 |
| Estimated % FCF margin | 22.0% | | 24.0% | 18.0% |
| Discount rate | 15% | | 15% | 15% |
| Discount period by year | 4 | | 4 | 4 |
| Discounted FCF | $56 | | $78 | $38 |
| EV/FCF multiple | 22.0x | | 28.0x | 18.0x |
| Enterprise value | $1,240 | | $2,190 | $676 |
| Net cash (debt) | $455 | | $455 | $455 |
| FD share count (CY22E) | 188 | | 188 | 188 |
| Annual dilution | 2% | | 2% | 2% |
| **Share value** | **$9** | | **$14** | **$6** |
| **% upside** | **-5%** | | **49%** | **-36%** |
| *Implied EV/S (CY23E)* | *5.8x* | | *9.5x* | *3.3x* |
| *Implied EV/GP (CY23E)* | *8.2x* | | *12.5x* | *4.4x* |
| | | | | |
| *Current CY23 EV/S* | *5.9x* | | *5.5x* | *6.1x* |
| *Current CY23 EV/GP* | *8.3x* | | *8.2x* | *7.2x* |

*Sources: Piper Sandler Estimates; % upside based on after hours price*

**Comp Group - Commerce Software Peers**

| Ticker | 8/11/22 Price | 2022 Rev Growth | 2022 EV/S | 2023 EV/S | 2022 GM% | 2022 EV/GP | 2023 EV/GP |
|---|---|---|---|---|---|---|---|
| AVLR | $91.65 | 24% | 9.3x | 7.7x | 74% | 12.6x | 10.4x |
| GLBE | $26.85 | 59% | 10.8x | 7.8x | 38% | 28.4x | 20.2x |
| LSPD | $23.60 | 45% | 3.8x | 2.9x | 46% | 8.2x | 6.4x |
| HUBS | $384.09 | 30% | 11.6x | 9.3x | 82% | 14.1x | 11.3x |
| RSKD | $6.22 | 12% | 2.2x | 1.8x | 51% | 4.3x | 2.9x |
| SPT | $64.54 | 35% | 14.0x | 10.7x | 76% | 18.4x | 14.1x |
| AFRM | $36.97 | 43% | 7.5x | 5.4x | 38% | 20.0x | 16.2x |
| TOST | $18.15 | 102% | 3.8x | 3.0x | 16% | 24.2x | 17.5x |
| TWLO | $85.58 | 36% | 3.1x | 2.5x | 51% | 6.1x | 4.8x |
| **Average** | | **43%** | **7.3x** | **5.7x** | **52%** | **15.2x** | **11.5x** |
| | | | | | | | |
| **OLO** | **$9.45** | **23%** | **6.9x** | **5.9x** | **74%** | **9.3x** | **8.3x** |

*Sources: FactSet, Piper Sandler Estimates; OLO price based on after hours price*

**Brent Bracelin**
Managing Director | Senior Research Analyst
Cloud Applications & Analytics
Phone: 503-275-8316
Email: Brent.Bracelin@psc.com

| OLO: Olo Inc.<br>Income Statement | FY<br>2020 | 1Q21<br>MAR | 2Q21<br>JUN | 3Q21<br>SEP | 4Q21<br>DEC | FY<br>2021 | 1Q22<br>MAR | 2Q22<br>JUN | 3Q22E<br>SEP | 4Q22E<br>DEC | FY<br>2022E | 1Q23E<br>MAR | 2Q23E<br>JUN | 3Q23E<br>SEP | 4Q23E<br>DEC | FY<br>2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue Mix* | | | | | | | | | | | | | | | | |
| *Platform Revenue* | 94.3% | 96.7% | 96.2% | 96.5% | 97.4% | 96.7% | 97.0% | 97.7% | 97.6% | 96.7% | 97.2% | 96.8% | 96.7% | 96.7% | 96.7% | 96.7% |
| *Services Revenue* | 5.7% | 3.3% | 3.8% | 3.5% | 2.6% | 3.3% | 3.0% | 2.3% | 2.4% | 3.3% | 2.8% | 3.2% | 3.3% | 3.3% | 3.3% | 3.3% |
| | | | | | | | | | | | | | | | | |
| *% Y/Y Chg* | | | | | | | | | | | | | | | | |
| *Platform Revenue* | 105.6% | 135.8% | 53.3% | 37.7% | 33.1% | 55.7% | 18.7% | 29.0% | 26.4% | 19.8% | 23.4% | 16.2% | 11.9% | 14.6% | 18.5% | 15.3% |
| *Services Revenue* | 1.6% | (4.8%) | (23.2%) | (0.1%) | (20.0%) | (13.0%) | 7.5% | (22.4%) | (15.8%) | 53.0% | 2.7% | 24.0% | 59.9% | 63.6% | 18.8% | 38.5% |
| | | | | | | | | | | | | | | | | |
| Platform Revenue | $92.765 | $34.923 | $34.526 | $36.084 | $38.913 | $144.446 | $41.466 | $44.538 | $45.610 | $46.615 | $178.229 | $48.190 | $49.853 | $52.268 | $55.255 | $205.566 |
| Services Revenue | $5.659 | $1.200 | $1.370 | $1.306 | $1.046 | $4.922 | $1.290 | $1.063 | $1.100 | $1.600 | $5.053 | $1.600 | $1.700 | $1.800 | $1.900 | $7.000 |
| **Total Revenue** | **$98.424** | **$36.123** | **$35.896** | **$37.390** | **$39.959** | **$149.368** | **$42.756** | **$45.601** | **$46.710** | **$48.215** | **$183.282** | **$49.790** | **$51.553** | **$54.068** | **$57.155** | **$212.566** |
| *% Y/Y Chg* | 94.2% | 124.8% | 47.7% | 35.9% | 30.8% | 51.8% | 18.4% | 27.0% | 24.9% | 20.7% | 22.7% | 16.5% | 13.1% | 15.8% | 18.5% | 16.0% |
| *% Y/Y Chg - Platform* | 105.6% | 135.8% | 53.3% | 37.7% | 33.1% | 55.7% | 18.7% | 29.0% | 26.4% | 19.8% | 23.4% | 16.2% | 11.9% | 14.6% | 18.5% | 15.3% |
| | | | | | | | | | | | | | | | | |
| **Gross Profit (Non-GAAP)** | **$80.751** | **$29.961** | **$29.546** | **$30.242** | **$32.601** | **$122.350** | **$32.393** | **$34.045** | **$34.386** | **$34.516** | **$135.341** | **$36.045** | **$36.849** | **$38.275** | **$39.851** | **$151.021** |
| *% Gross Margin* | 82.0% | 82.9% | 82.3% | 80.9% | 81.6% | 81.9% | 75.8% | 74.7% | 73.6% | 71.6% | 73.8% | 72.4% | 71.5% | 70.8% | 69.7% | 71.0% |
| *% Y/Y Chg* | 127.4% | 151.4% | 46.1% | 31.7% | 27.1% | 51.5% | 8.1% | 15.2% | 13.7% | 5.9% | 10.6% | 11.3% | 8.2% | 11.3% | 15.5% | 11.6% |
| | | | | | | | | | | | | | | | | |
| *% Platform GM ex-Olo Pay* | 85.5% | 85.6% | 84.7% | 84.1% | 84.0% | 84.6% | 78.7% | 78.3% | 78.0% | 77.5% | 78.1% | 78.0% | 78.0% | 78.0% | 78.0% | 78.0% |
| *% Platform GM* | 85.5% | 85.6% | 84.7% | 84.1% | 84.0% | 84.6% | 78.7% | 76.8% | 75.8% | 74.6% | 76.4% | 75.0% | 74.1% | 73.4% | 72.3% | 73.6% |
| *% Services GM* | 25.6% | 6.0% | 23.2% | (8.4%) | (9.3%) | 3.7% | (17.8%) | (15.6%) | (18.2%) | (15.6%) | (16.7%) | (5.0%) | (5.0%) | (5.0%) | (5.0%) | (5.0%) |
| | | | | | | | | | | | | | | | | |
| Sales and Marketing | $8.169 | $3.448 | $3.165 | $4.216 | $4.581 | $15.410 | $6.070 | $7.167 | $7.200 | $7.500 | $27.937 | $7.500 | $7.600 | $7.600 | $8.000 | $30.700 |
| *% of Revenue* | 8.3% | 9.5% | 8.8% | 11.3% | 11.5% | 10.3% | 14.2% | 15.7% | 15.4% | 15.6% | 15.2% | 15.1% | 14.7% | 14.1% | 14.0% | 14.4% |
| | | | | | | | | | | | | | | | | |
| Research and Development | $31.410 | $11.004 | $11.058 | $11.915 | $12.860 | $46.837 | $12.799 | $13.773 | $14.000 | $14.650 | $55.222 | $14.650 | $14.750 | $15.000 | $15.500 | $59.900 |
| *% of Revenue* | 31.9% | 30.5% | 30.8% | 31.9% | 32.2% | 31.4% | 29.9% | 30.2% | 30.0% | 30.4% | 30.1% | 29.4% | 28.6% | 27.7% | 27.1% | 28.2% |
| | | | | | | | | | | | | | | | | |
| General and Adminstrative | $19.381 | $9.470 | $8.825 | $9.038 | $10.877 | $38.210 | $11.778 | $11.126 | $11.340 | $11.600 | $45.844 | $11.785 | $12.000 | $12.250 | $12.350 | $48.385 |
| *% of Revenue* | 19.7% | 26.2% | 24.6% | 24.2% | 27.2% | 25.6% | 27.5% | 24.4% | 24.3% | 24.1% | 25.0% | 23.7% | 23.3% | 22.7% | 21.6% | 22.8% |
| | | | | | | | | | | | | | | | | |
| Operating Expenses | $58.960 | $23.922 | $23.048 | $25.169 | $28.318 | $100.457 | $30.647 | $32.066 | $32.540 | $33.750 | $129.003 | $33.935 | $34.350 | $34.850 | $35.850 | $138.985 |
| *% Y/Y Chg* | 65.3% | 77.1% | 73.8% | 78.1% | 56.8% | 70.4% | 28.1% | 39.1% | 29.3% | 19.2% | 28.4% | 10.7% | 7.1% | 7.1% | 6.2% | 7.7% |
| **Operating Income (Non-GAAP)** | **$21.791** | **$6.039** | **$6.498** | **$5.073** | **$4.283** | **$21.893** | **$1.746** | **$1.979** | **$1.846** | **$0.766** | **$6.338** | **$2.110** | **$2.499** | **$3.425** | **$4.001** | **$12.036** |
| *% Operating Margin* | 22.1% | 16.7% | 18.1% | 13.6% | 10.7% | 14.7% | 4.1% | 4.3% | 4.0% | 1.6% | 3.5% | 4.2% | 4.8% | 6.3% | 7.0% | 5.7% |
| | | | | | | | | | | | | | | | | |
| Other non-operating income (expense), net | $0.129 | ($0.018) | $0.010 | $0.015 | ($0.100) | ($0.093) | ($0.058) | $0.024 | ($0.060) | ($0.060) | ($0.154) | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| Pre-tax income (losses) | $21.662 | $6.057 | $6.488 | $5.058 | $4.383 | $21.986 | $1.804 | $2.003 | $1.906 | $0.826 | $6.492 | $2.110 | $2.499 | $3.425 | $4.001 | $12.036 |
| Provision for (benefit from) income taxes | $0.207 | $0.086 | $0.018 | $0.036 | $0.230 | $0.370 | $0.086 | $0.235 | $0.20 | $0.25 | $0.771 | $0.12 | $0.32 | $0.27 | $0.34 | $1.041 |
| Tax Rate | 1.0% | 1.4% | 0.3% | 0.7% | 5.2% | 1.7% | 4.8% | 11.7% | 10.5% | 30.2% | 11.9% | 5.5% | 12.7% | 7.9% | 8.4% | 8.6% |
| **Net Income (Non-GAAP)** | **$21.455** | **$5.971** | **$6.470** | **$5.022** | **$4.153** | **$21.616** | **$1.718** | **$2.238** | **$1.706** | **$0.576** | **$5.721** | **$1.994** | **$2.182** | **$3.155** | **$3.664** | **$10.995** |
| *% Net Margin* | 21.8% | 16.5% | 18.0% | 13.4% | 10.4% | 14.5% | 4.0% | 4.9% | 3.7% | 1.2% | 3.1% | 4.0% | 4.2% | 5.8% | 6.4% | 5.2% |
| | | | | | | | | | | | | | | | | |
| **EPS (Non-GAAP)** | **$0.14** | **$0.03** | **$0.04** | **$0.03** | **$0.02** | **$0.12** | **$0.01** | **$0.01** | **$0.01** | **$0.00** | **$0.03** | **$0.01** | **$0.01** | **$0.02** | **$0.02** | **$0.06** |
| Basis Shares Outstanding | 118,597 | 41,856 | 147,511 | 148,453 | 154,591 | 123,823 | 159,190 | 160,429 | 161,429 | 162,429 | 160,869 | 163,429 | 164,429 | 165,429 | 166,429 | 164,929 |
| Diluted Shares Outstanding | 151,867 | 185,455 | 183,575 | 185,086 | 185,477 | 180,589 | 183,263 | 181,859 | 181,959 | 182,059 | 182,285 | 182,159 | 182,259 | 182,359 | 182,459 | 182,309 |

*Source: Company Reports, Piper Sandler Estimates*
*(figures in $ millions)*
Current disclosure information for this company can be found at:
www.pipersandler.com/researchdisclosures
*Last Updated: 8/11/2022*

| OLO: Olo Inc. Balance Sheet | FY 2020 | 1Q21 MAR | 2Q21 JUN | 3Q21 SEP | 4Q21 DEC | FY 2021 | 1Q22 MAR | 2Q22 JUN | 3Q22E SEP | 4Q22E DEC | FY 2022E | 1Q23E MAR | 2Q23E JUN | 3Q23E SEP | 4Q23E DEC | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $75.756 | $586.566 | $575.236 | $597.742 | $514.445 | $514.445 | $463.733 | $460.205 | $458.866 | $454.616 | $454.616 | $451.443 | $453.361 | $454.880 | $453.669 | $453.669 |
| Accounts receivable, net of allowance | $45.641 | $47.944 | $39.702 | $40.392 | $42.319 | $42.319 | $47.410 | $41.649 | $43.149 | $45.149 | $45.149 | $46.127 | $39.748 | $41.398 | $43.598 | $43.598 |
| Deferred contract costs | $1.830 | $2.047 | $2.113 | $2.175 | $2.567 | $2.567 | $2.551 | $2.642 | $2.919 | $3.353 | $3.353 | $3.397 | $3.462 | $3.767 | $4.244 | $4.244 |
| Other current assets | $2.017 | $3.349 | $7.273 | $5.669 | $6.286 | $6.286 | $10.237 | $8.716 | $8.531 | $8.348 | $8.348 | $8.700 | $7.875 | $7.672 | $7.471 | $7.471 |
| **Total Current Assets** | **$125.244** | **$639.906** | **$624.324** | **$645.978** | **$565.617** | **$565.617** | **$523.931** | **$513.212** | **$513.466** | **$511.466** | **$511.466** | **$509.666** | **$504.446** | **$507.716** | **$508.981** | **$508.981** |
| | | | | | | | | | | | | | | | | |
| Property and equipment, net | $2.241 | $2.206 | $2.485 | $2.843 | $3.304 | $3.304 | $5.873 | $8.992 | $9.092 | $9.192 | $9.192 | $9.592 | $9.992 | $10.392 | $10.792 | $10.792 |
| Deferred contract costs, noncurrent | $6.138 | $3.351 | $3.393 | $3.595 | $3.616 | $3.616 | $3.390 | $0.619 | $0.619 | $0.619 | $0.619 | $0.619 | $0.619 | $0.619 | $0.619 | $0.619 |
| Goodwill | $0.000 | $0.000 | $0.000 | $0.000 | $162.956 | $162.956 | $207.607 | $207.540 | $207.540 | $207.540 | $207.540 | $207.540 | $207.540 | $207.540 | $207.540 | $207.540 |
| Other assets | $0.801 | $0.908 | $1.067 | $1.500 | $20.383 | $20.383 | $43.510 | $49.899 | $51.802 | $52.679 | $52.679 | $54.178 | $54.470 | $54.855 | $55.214 | $55.214 |
| **Total Assets** | **$134.424** | **$646.371** | **$631.269** | **$653.916** | **$755.876** | **$755.876** | **$784.311** | **$780.262** | **$782.519** | **$781.496** | **$781.496** | **$781.595** | **$777.067** | **$781.122** | **$783.146** | **$783.146** |
| | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | $9.104 | $6.151 | $1.763 | $5.293 | $2.184 | $2.184 | $3.360 | $2.098 | $3.598 | $3.098 | $3.098 | $4.098 | $2.783 | $4.433 | $3.883 | $3.883 |
| Accrued expenses | $42.578 | $70.976 | $52.117 | $59.704 | $45.395 | $45.395 | $49.572 | $44.689 | $45.189 | $45.289 | $45.289 | $43.789 | $37.971 | $38.521 | $38.631 | $38.631 |
| Current deferred revenue | $0.585 | $1.016 | $0.626 | $1.372 | $1.190 | $1.190 | $3.924 | $3.231 | $3.200 | $3.400 | $3.400 | $3.600 | $3.900 | $4.000 | $4.200 | $4.200 |
| Warrant liability | $19.735 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $2.594 | $2.630 | $2.630 | $2.630 | $2.630 | $2.630 | $2.630 | $2.630 | $2.630 | $2.630 |
| **Total Current Liabilities** | **$72.002** | **$78.143** | **$54.506** | **$66.369** | **$48.769** | **$48.769** | **$59.450** | **$52.648** | **$54.617** | **$54.417** | **$54.417** | **$54.117** | **$47.285** | **$49.585** | **$49.345** | **$49.345** |
| | | | | | | | | | | | | | | | | |
| Line of credit | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| Long-term deferred revenue | $0.435 | $0.375 | $1.056 | $2.002 | $3.014 | $3.014 | $2.050 | $1.618 | $1.600 | $1.600 | $1.600 | $1.600 | $1.600 | $1.600 | $1.600 | $1.600 |
| Deferred rent | $2.402 | $2.344 | $2.287 | $2.229 | $2.171 | $2.171 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | ($0.059) | $0.398 | $0.398 | $0.398 | $0.398 |
| Other liabilities | $0.329 | $0.271 | $0.326 | $0.248 | $0.172 | $0.172 | $17.806 | $17.078 | $17.078 | $17.078 | $17.078 | $16.942 | $18.007 | $18.007 | $18.007 | $18.007 |
| **Total Liabilities** | **$75.168** | **$81.133** | **$58.175** | **$70.848** | **$54.126** | **$54.126** | **$79.306** | **$71.344** | **$73.295** | **$73.095** | **$73.095** | **$72.600** | **$67.290** | **$69.590** | **$69.350** | **$69.350** |
| | | | | | | | | | | | | | | | | |
| Preferred stock | $111.737 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| Common stock | $0.022 | $0.147 | $0.148 | $0.151 | $0.158 | $0.158 | $0.160 | $0.160 | $0.160 | $0.160 | $0.160 | $0.160 | $0.160 | $0.160 | $0.160 | $0.160 |
| Additional paid-in capital | $16.798 | $660.849 | $671.141 | $692.420 | $813.166 | $813.166 | $827.928 | $843.764 | $843.764 | $843.764 | $843.764 | $843.764 | $843.764 | $843.764 | $843.764 | $843.764 |
| Deferred offering costs | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| Accumulated deficit | ($69.301) | ($95.758) | ($98.195) | ($109.503) | ($111.574) | ($111.574) | ($123.083) | ($135.007) | ($134.700) | ($135.524) | ($135.524) | ($134.929) | ($134.147) | ($132.392) | ($130.128) | ($130.128) |
| **Total Shareholders' Equity** | **$59.256** | **$565.238** | **$573.094** | **$583.068** | **$701.750** | **$701.750** | **$705.005** | **$708.918** | **$709.224** | **$708.400** | **$708.400** | **$708.995** | **$709.777** | **$711.532** | **$713.796** | **$713.796** |
| **Total Liabilities & Shareholders' Equity** | **$134.424** | **$646.371** | **$631.269** | **$653.916** | **$755.876** | **$755.876** | **$784.311** | **$780.262** | **$782.519** | **$781.495** | **$781.495** | **$781.594** | **$777.066** | **$781.122** | **$783.146** | **$783.146** |

*Source: Company Reports, Piper Sandler Estimates*

*(figures in $ millions)*

| OLO: Olo Inc.<br>Statement of Cash Flows | FY<br>2020 | 1Q21<br>MAR | 2Q21<br>JUN | 3Q21<br>SEP | 4Q21<br>DEC | FY<br>2021 | 1Q22<br>MAR | 2Q22<br>JUN | 3Q22E<br>SEP | 4Q22E<br>DEC | FY<br>2022E | 1Q23E<br>MAR | 2Q23E<br>JUN | 3Q23E<br>SEP | 4Q23E<br>DEC | FY<br>2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | $3.064 | ($26.457) | ($2.437) | ($11.308) | ($2.071) | ($42.273) | ($11.509) | ($11.673) | ($11.644) | ($12.774) | ($47.599) | ($11.356) | ($11.168) | ($10.195) | ($9.686) | ($42.405) |
| | | | | | | | | | | | | | | | | |
| Depreciation & Amortization | $0.674 | $0.260 | $0.267 | $0.273 | $0.815 | $1.615 | $1.109 | $1.515 | $0.412 | $0.440 | $3.476 | $0.353 | $0.383 | $0.412 | $0.440 | $1.588 |
| Stock-based compensation | $2.087 | $8.249 | $8.148 | $21.257 | ($4.927) | $32.727 | $11.708 | $11.477 | $11.500 | $11.500 | $46.185 | $11.500 | $11.500 | $11.500 | $11.500 | $46.000 |
| Other non-cash expenses | $16.621 | $24.143 | $0.150 | ($5.363) | $8.575 | $27.505 | ($0.146) | $0.455 | $0.450 | $0.450 | $1.209 | $0.450 | $0.450 | $0.450 | $0.450 | $1.800 |
| | | | | | | | | | | | | | | | | |
| Changes in assets and liabilities: | | | | | | | | | | | | | | | | |
| Accounts receivable, net | ($31.525) | ($2.390) | $8.091 | ($0.735) | ($1.232) | $3.734 | ($4.888) | $5.799 | ($1.500) | ($2.000) | ($2.589) | ($0.978) | $6.379 | ($1.650) | ($2.200) | $1.551 |
| Deferred contract costs | ($6.847) | ($0.222) | ($0.108) | ($0.264) | ($0.413) | ($1.007) | ($0.040) | ($0.059) | ($0.277) | ($0.434) | ($0.810) | ($0.044) | ($0.065) | ($0.305) | ($0.477) | ($0.891) |
| Other assets | ($1.071) | ($1.104) | ($4.281) | $1.231 | $1.221 | ($2.933) | ($3.515) | $1.499 | $0.369 | $0.366 | ($1.280) | ($0.703) | $1.649 | $0.406 | $0.403 | $1.755 |
| Accounts payable | $2.701 | ($6.772) | ($0.453) | $3.504 | ($3.099) | ($6.820) | $0.909 | ($1.195) | $1.500 | ($0.500) | $0.714 | $1.000 | ($1.315) | $1.650 | ($0.550) | $0.785 |
| Accrued expenses | $23.325 | $8.524 | $1.202 | $0.624 | ($8.747) | $1.603 | $4.186 | ($5.289) | $0.500 | $0.100 | ($0.503) | ($1.500) | ($5.818) | $0.550 | $0.110 | ($6.658) |
| Deferred revenue | ($0.336) | $0.371 | $0.292 | $1.691 | ($0.095) | $2.259 | $1.687 | ($1.126) | ($0.049) | $0.200 | $0.712 | $0.200 | $0.300 | $0.100 | $0.200 | $0.800 |
| Other liabilities | $12.365 | ($0.393) | $0.391 | ($0.172) | $0.017 | ($0.157) | ($0.390) | $1.384 | $0.000 | $0.000 | $0.994 | ($0.195) | $1.522 | $0.000 | $0.000 | $1.327 |
| **Cash flow from operations** | **$21.057** | **$4.209** | **$11.262** | **$10.738** | **($9.956)** | **$16.253** | **($0.889)** | **$0.019** | **$1.261** | **($2.651)** | **$0.509** | **($1.272)** | **$3.818** | **$2.919** | **$0.190** | **$5.654** |
| | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | ($0.690) | ($0.178) | ($0.482) | ($0.535) | ($0.650) | ($1.845) | ($0.076) | ($0.333) | ($0.100) | ($0.100) | ($0.609) | ($0.400) | ($0.400) | ($0.400) | ($0.400) | ($1.600) |
| Costs of internally developed software | ($0.583) | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | ($2.462) | ($2.663) | ($2.500) | ($1.500) | ($9.125) | ($1.500) | ($1.500) | ($1.000) | ($1.000) | ($5.000) |
| Acquisition, net | $0.000 | $0.000 | $0.000 | $0.000 | ($75.227) | ($75.227) | ($49.308) | $0.000 | $0.000 | $0.000 | ($49.308) | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| Other | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | ($78.088) | $0.000 | $0.000 | ($78.088) | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| **Cash flow from investing** | **($1.273)** | **($0.178)** | **($0.482)** | **($0.535)** | **($75.877)** | **($77.072)** | **($51.846)** | **($81.084)** | **($2.600)** | **($1.600)** | **($59.042)** | **($1.900)** | **($1.900)** | **($1.400)** | **($1.400)** | **($6.600)** |
| | | | | | | | | | | | | | | | | |
| Payments of long-term liabilities | ($3.500) | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| Proceeds from issuance of equity | $48.973 | $485.541 | $0.000 | $0.000 | $0.000 | $485.541 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| Other | ($0.436) | $21.238 | ($22.11) | $12.303 | $2.536 | $13.967 | $2.023 | $6.025 | $0.000 | $0.000 | $8.048 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| **Cash flow from financing** | **$45.037** | **$506.779** | **($22.110)** | **$12.303** | **$2.536** | **$499.508** | **$2.023** | **$6.025** | **$0.000** | **$0.000** | **$8.048** | **$0.000** | **$0.000** | **$0.000** | **$0.000** | **$0.000** |
| | | | | | | | | | | | | | | | | |
| **Net Cash Flow** | **$64.821** | **$510.810** | **($11.330)** | **$22.506** | **($83.297)** | **$438.689** | **($50.712)** | **($77.063)** | **($1.339)** | **($4.251)** | **($50.485)** | **($3.172)** | **$1.918** | **$1.519** | **($1.210)** | **($0.946)** |
| | | | | | | | | | | | | | | | | |
| Beginning Cash and Cash Equivalents | $10.935 | $75.756 | $586.566 | $575.236 | $597.742 | $75.756 | $514.445 | $463.733 | $386.670 | $385.332 | $514.445 | $381.081 | $377.908 | $379.826 | $381.345 | $381.081 |
| Ending Cash and Cash Equivalents | $75.756 | $586.566 | $575.236 | $597.742 | $514.445 | $514.445 | $463.733 | $386.670 | $385.332 | $381.081 | $381.081 | $377.908 | $379.826 | $381.345 | $380.135 | $380.135 |
| | | | | | | | | | | | | | | | | |
| **Free Cash Flow** | **$19.784** | **$4.031** | **$10.780** | **$10.203** | **($10.606)** | **$14.408** | **($3.427)** | **($2.977)** | **($1.339)** | **($4.251)** | **($11.993)** | **($3.172)** | **$1.918** | **$1.519** | **($1.210)** | **($0.946)** |
| *% Free Cash Flow Margin* | *20.1%* | *11.2%* | *30.0%* | *27.3%* | *-26.5%* | *9.6%* | *-8.0%* | *-6.5%* | *-2.9%* | *-8.8%* | *-6.5%* | *-6.4%* | *3.7%* | *2.8%* | *-2.1%* | *-0.4%* |
| | | | | | | | | | | | | | | | | |
| *TTM Free Cash Flow* | *$19.784* | *$20.211* | *$35.694* | *$42.108* | *$14.408* | *$14.408* | *$6.950* | *-$6.807* | *-$18.349* | *-$11.993* | *-$11.993* | *-$11.739* | *-$6.844* | *-$3.987* | *-$0.946* | *-$0.946* |
| *% TTM FCF Margin* | *20.1%* | *17.1%* | *27.4%* | *30.1%* | *9.6%* | *9.6%* | *4.5%* | *-4.1%* | *-10.5%* | *-6.5%* | *-6.5%* | *-6.2%* | *-3.5%* | *-2.0%* | *-0.4%* | *-0.4%* |

*Source: Company Reports, Piper Sandler Estimates*
*(figures in $ millions)*

## IMPORTANT RESEARCH DISCLOSURES



**Rating and Price Target History for: Olo, Inc. (OLO) as of 08-11-2022**

| 04/12/21 I:OW:$35 | 08/11/21 OW:$39 | 01/12/22 OW:$33 | 02/23/22 OW:$20 | 05/10/22 OW:$14 | 07/18/22 OW:$13 |

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | | | IB Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Distribution of Ratings/IB Services**<br>**Piper Sandler** | | | | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 614 | 64.09 | 234 | 38.11 |
| HOLD [N] | 296 | 30.90 | 63 | 21.28 |
| SELL [UW] | 48 | 5.01 | 9 | 18.75 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analysts Brent A. Bracelin and Clarke Jeffries, primarily responsible for the preparation of this research report, attest to the following:

The views expressed in this report accurately reflect our personal views about the subject company and the subject security. In addition, no part of our compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 11 August 2022 23:19EDT.

## Research Disclosures

Piper Sandler has had a client relationship or has received compensation for investment banking services from Olo, Inc. within the past 12 months.

Piper Sandler will buy and sell the securities of Olo, Inc. on a principal basis.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 1st Floor, New Fetter Place East, 8-10 New Fetter Lane, London EC4A 1AZ. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2022 Piper Sandler. All rights reserved.