# EXHIBIT U

# STIFEL

**Olo Inc.**
OLO – NYSE

August 11, 2022

Americas - Enterprise Software

## HOLD
## RATING CHANGE

### Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | Buy | Hold |
| Target Price | $12.00 | $9.00 |
| FY23E EPS | $0.08 | $0.04 |
| FY24E EPS | — | $0.08 |

| | |
|---|---|
| Price ( 08/11/22 ): | $12.99 |
| 52-Week Range: | $49 - $8 |
| Market Cap.(mm): | $2,477.6 |
| Shr.O/S-Diluted (mm): | 190.7 |
| Enterprise Val. (mm): | $1,996.0 |
| Avg Daily Vol (3 Mo): | 1,622,705 |
| FYE | Dec |

| EPS | 2022E | 2023E | 2024E |
|---|---|---|---|
| Q1 | $0.01A | $0.01 | $0.02 |
| Q2 | $0.01A | $0.01 | $0.02 |
| Q3 | $0.01 | $0.01 | $0.02 |
| Q4 | $0.01 | $0.01 | $0.02 |
| | $0.04 | $0.04 | $0.08 |
| **P/E** | NM | NM | NM |

| Sales (CUR) | 2022E | 2023E | 2024E |
|---|---|---|---|
| Q1 | $42.8A | $52.7 | $57.0 |
| Q2 | $45.6A | $49.5 | $59.1 |
| Q3 | $46.3 | $52.2 | $60.9 |
| Q4 | $47.7 | $54.7 | $63.4 |
| | $182.4 | $209.0 | $240.4 |
| **EV/Sales** | 10.9x | 9.6x | 8.3x |

### Price Performance



# No More Footlongs, Downgrading to Hold; TP to $9

## Summary

Olo posted disappointing F2Q22 results as 2H guidance was ~$15M below sellside expectations (when excluding a few million dollars of Olo Pay revenue) driven by elongated sales cycles and slower than anticipated deployment schedules at existing customers. Additionally, management disclosed Subway (~15K locations) has begun the process of replacing Olo's Rails product with a homegrown solution (2.5k locations moved in 2Q with the remaining expected in 1Q23). We note the 2H guide does NOT stem from the Subway loss as management had already included Subway's departure in previous guidance (disclosed today).

Overall, while the restaurant industry will continue to move forward with digitization efforts, the pace of these transitions are unlikely to look anything like what the segment has experienced over the Covid years. We are uncertain how quickly the company will adjust to this new reality and downgrade the stock to Hold with a $9 TP (~5x EV/CY24 Revs).

## Key Points

| OLO Actuals Vs. Street | | 2Q22A | |
|---|---|---|---|
| **Income Statement** | **Actual** | **Street** | **Variance** |
| **Total Revenue** | **$45.6** | **$45.8** | **($0.2)** |
| Y/Y Growth | 27% | 28% | |
| Gross Margin (Non-GAAP) | 74.7% | 76.9% | (224.5) bps |
| EBITDA Margin (Non-GAAP) | 7.7% | 2.7% | 498.0 bps |
| Op. Margin (Non-GAAP) | 4.3% | 1.7% | 260.4 bps |
| **EPS (Non-GAAP)** | **$0.01** | **$0.00** | **$0.01** |
| **Cash Flow** | **Actual** | **Street** | **Variance** |
| CFFO | $0.0 | $8.9 | **($8.9)** |
| **FCF** | **($3.0)** | **$8.3** | **($11.3)** |

**A quick look at F2Q22:** Olo's top-line results disappointed as flat Q/Q location count was somewhat offset by increased ARPU to $544 (+5% Q/Q) that resulted from reduction in Subway Locations (Low ARPU customer) and existing customers expanding adoption of additional modules and early Olo Pay adoption. NRR on the quarter was 106% (111% net of Subway). The company added 3,000 gross active locations on the quarter. In addition, many of the newer large deals Olo signed happened late in 2Q, which based on the traditional deployment timeline, will lead to revenue not being recognized until 2023.

Gross margins continued to compress Q/Q ~110bps and ~760bps Y/Y as management attributed effects of acquisitions of Wisely (second full quarter) and Omnivore (first full quarter) and increased compensations costs as the primary reasons and to a lesser extent, processing costs associated with Olo Pay.

Looking forward we believe the next several quarters are going to be somewhat challenging for the company as Olo will need to pivot to a slower growth environment as restaurants, many of which are dealing with slowing demand, higher food costs and a tight labor market, likely move to de-emphasize some of their near-term digital modernization efforts. While we share management's view that this transition is inevitable, we think it will take longer. The good news

**Brad R. Reback**, CFA | (404) 869-8051 | rebackb@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 5 - 7 of this report.**

**Olo Inc.**

**OLO – NYSE**

Americas - Enterprise Software

is the company is profitable and has a sizable balance sheet to weather the storm. That said, these types of growth transitions are never easy and often require some core culture changes.



# Olo Inc.

**OLO – NYSE**

Rating Change

**August 11, 2022**                                                                                                                Americas - Enterprise Software

## Investment Thesis

*For more than fifteen years, Olo has been building a comprehensive on-demand commerce platform for the restaurant vertical. After achieving solid traction in the space with its Ordering module, Olo has introduced new modules like Dispatch and Rails that extend the value proposition of the platform for existing restaurant customers and open the door to new revenue streams. As we look to the future, we think Olo's ability to serve as a trusted partner to large-scale restaurants has provided a set of proof points that can be applied to adjacent markets like Convenience Stores and Catering. The continued penetration of its core markets, along with the emergence of new products and go-to-market areas, presents numerous opportunities for growth in the on-demand commerce space.*

**Valuation:** In after-hours trading ($9.50) shares are trading at ~5x our CY24E EV/total revenue estimate of $240.4mn, above other software companies with similar CY24E growth profiles. Our $9 target price is based on a ~5x CY24E EV/total revenue multiple.

## Management's Outlook

**F3Q22:**

- Management expects F3Q22 revenue to be in the range of $46.5mn-$47.0mn and non-GAAP operating income to be in the range of $1.8mn-$2.2mn.

**FY22:**

- Management updated FY22 guidance and expects revenue to be in the range of $183.0mn-$184.0mn and non-GAAP operating income to be in the range of $7.6mn-$8.4mn.
    - We note this represents a decrease from prior guidance of revenue: $195.0mn-$197.0mn and non-GAAP operating income of $7.6mn-$9.2mn guidance from past quarter

## Changes to Our Model

Olo Estimate Revisions

| ($ in millions, except EPS) | 2Q22A Actual | Previous | Variance¹ | 3Q22E New | Previous | Variance¹ | FY22E New | Previous | Variance¹ | FY23E New | Previous | Variance¹ | FY24E New | Previous | Variance¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue and EPS** | | | | | | | | | | | | | | | |
| Total Revenue | $45.6 | $45.7 | ($0.1) | $46.3 | $50.7 | ($4.3) | $182.4 | $196.4 | ($14.0) | $209.0 | $243.6 | ($34.6) | $240.4 | -- | -- |
| Y/Y Growth | 27.0% | 27.3% | (0.2%) | 24.0% | 35.5% | (9.3%) | 22.1% | 31.5% | (7.7%) | 14.6% | 24.0% | (16.6%) | 15.0% | -- | -- |
| Adjusted EBITDA | $3.5 | $1.3 | $2.2 | $2.5 | $3.5 | ($1.0) | $11.5 | $11.5 | ($0.1) | $12.3 | $16.7 | ($4.5) | $16.5 | -- | -- |
| Y/Y Growth | (43.1%) | (78.8%) | 62.7% | (53.6%) | (35.1%) | (40.0%) | (49.9%) | (49.5%) | (0.7%) | 7.0% | 44.9% | (36.4%) | 34.6% | -- | -- |
| Non-GAAP EPS | $0.01 | $0.00 | $0.0 | $0.01 | $0.02 | ($0.0) | $0.04 | $0.05 | ($0.0) | $0.04 | $0.08 | ($0.0) | $ 0.08 | -- | -- |
| Y/Y Growth | (66.7%) | (100.0%) | 100.0% | (66.7%) | (33.3%) | (100.0%) | (63.6%) | (54.5%) | (25.0%) | 0.0% | 60.0% | (100.0%) | 100.0% | -- | -- |
| **Margins** | | | | | | | | | | | | | | | |
| Total Gross Margin (Non-GAAP) | 74.7% | 76.0% | (1.3%) | 74.5% | 76.0% | (1.5%) | 74.9% | 75.9% | (1.1%) | 75.0% | 76.0% | (1.0%) | 74.0% | -- | -- |
| Adjusted EBITDA Margin (Non-GAAP) | 7.7% | 2.8% | 4.8% | 5.4% | 6.9% | (1.5%) | 6.3% | 5.9% | 0.4% | 5.9% | 6.9% | (1.0%) | 6.9% | -- | -- |
| Operating Margin (Non-GAAP) | 4.3% | 2.0% | 2.3% | 4.5% | 6.0% | (1.5%) | 4.4% | 4.7% | (0.2%) | 5.0% | 6.0% | (1.0%) | 6.0% | -- | -- |

Source: Company reports and Stifel estimates

¹ variance column figures do not refer to y/y growth but variance %.

## Target Price Methodology/Risks

Our target price of $9 is based on a ~5x EV/Revenue multiple, based on our CY24 revenue estimate of $240.4mn.

Risks to our target price include a failure of franchisees to embrace Olo's platform for their ordering and fulfillment needs, an encroachment on the company's opportunity in the enterprise restaurant space by aggregators and consumer marketplaces, and the decision to attempt to build certain Olo capabilities in-house at large restaurant groups.

## Company Description

Olo Inc. has built the leading SaaS platform for on-demand restaurant commerce. The company primarily targets enterprise-scale, multi-location restaurant brands with a platform that facilitates rich ordering and delivery experiences, and eases the revenue management process for restaurants. With off-premises consumption accounting for a substantial share of industry growth, restaurants are turning to solutions like Olo to build differentiated and highly effective customer experiences. The company currently serves over 600 brands and 82,000 unique restaurant locations.



# Olo Inc.
**OLO – NYSE**

Rating Change

**August 11, 2022**

Americas - Enterprise Software

**OLO Income Statement**

| $ in millions, except EPS | FY 2020 | Mar 21 | Jun 21 | Sept 21 | Dec 21 | FY 2021 | Mar 22 | Jun 22 | Sept 22E | Dec 22E | FY 2022E | Mar 23E | Jun 23E | Sept 23E | Dec 23E | FY 2023E | Mar 24E | Jun 24E | Sept 24E | Dec 24E | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | | | | | | |
| Platform revenue | 92.8 | 34.9 | 34.5 | 36.1 | 38.9 | 144.4 | 41.5 | 44.5 | 45.0 | 46.3 | 177.3 | 51.3 | 48.3 | 50.7 | 53.2 | 203.6 | 55.6 | 57.9 | 59.4 | 61.8 | 234.7 |
| Professional services and other revenue | 5.7 | 1.2 | 1.4 | 1.3 | 1.0 | 4.9 | 1.3 | 1.1 | 1.4 | 1.4 | 5.1 | 1.4 | 1.1 | 1.5 | 1.5 | 5.4 | 1.4 | 1.2 | 1.5 | 1.5 | 5.6 |
| **Total Revenue** | 98.4 | 36.1 | 35.9 | 37.4 | 40.0 | 149.4 | 42.8 | 45.6 | 46.3 | 47.7 | 182.4 | 52.7 | 49.5 | 52.2 | 54.7 | 209.0 | 57.0 | 59.1 | 60.9 | 63.4 | 240.4 |
| **Total Cost of Revenue (Non-GAAP)** | 17.671 | 6.2 | 6.4 | 7.1 | 7.4 | 27.1 | 10.4 | 11.6 | 11.8 | 12.1 | 45.8 | 13.2 | 12.4 | 13.0 | 13.7 | 52.2 | 14.8 | 15.4 | 15.8 | 16.5 | 62.5 |
| **Gross Profit (Non-GAAP)** | 80.753 | 30.0 | 29.5 | 30.2 | 32.6 | 122.3 | 32.4 | 34.0 | 34.5 | 35.7 | 136.6 | 39.5 | 37.1 | 39.1 | 41.0 | 156.7 | 42.2 | 43.7 | 45.1 | 46.9 | 177.9 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | | | |
| R&D (Non-GAAP) | 31.4 | 11.0 | 11.4 | 11.9 | 12.9 | 47.2 | 12.8 | 13.8 | 13.9 | 14.3 | 54.8 | 15.8 | 14.8 | 15.7 | 16.4 | 62.7 | 16.5 | 17.1 | 17.7 | 18.4 | 69.7 |
| S&M (Non-GAAP) | 8.2 | 3.4 | 3.2 | 4.2 | 4.6 | 15.4 | 6.1 | 7.2 | 6.5 | 6.7 | 26.4 | 7.4 | 6.9 | 7.3 | 7.7 | 29.3 | 8.0 | 8.3 | 8.5 | 8.9 | 33.7 |
| G&A (Non-GAAP) | 19.4 | 9.5 | 9.1 | 9.0 | 10.9 | 38.5 | 11.8 | 11.1 | 12.1 | 11.9 | 47.4 | 13.7 | 12.9 | 13.6 | 14.2 | 54.3 | 14.3 | 14.8 | 15.2 | 15.8 | 60.1 |
| Total Stock-comp | (5.4) | (8.2) | (8.1) | (7.9) | (8.5) | (32.7) | (12.1) | (11.6) | (11.6) | (11.9) | (47.2) | (13.2) | (12.4) | (13.0) | (13.7) | (52.2) | (14.3) | (14.8) | (15.2) | (15.8) | (60.1) |
| Total Amortization expense | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.5) | (0.6) | (0.5) | (0.2) | (0.2) | (1.5) | (0.3) | (0.2) | (0.2) | (0.2) | (1.0) | (0.4) | (0.3) | (0.3) | (0.3) | (1.2) |
| Other Non-GAAP add backs | 0.0 | (5.1) | 0.0 | (8.3) | (2.4) | (15.9) | (1.1) | (0.9) | 0.0 | 0.0 | (2.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Non-GAAP add backs | (5.5) | (13.5) | (8.3) | (16.3) | (11.0) | (49.1) | (13.8) | (13.1) | (11.8) | (12.1) | (50.8) | (13.5) | (12.6) | (13.3) | (13.9) | (53.3) | (14.6) | (15.1) | (15.5) | (16.1) | (61.3) |
| **Total Operating Expenses (GAAP)** | 63.7 | 36.7 | 30.9 | 40.5 | 38.3 | 146.5 | 42.9 | 43.4 | N/A | N/A | 86.2 | N/A | N/A | N/A | N/A | 0.0 | N/A | N/A | N/A | N/A | 0.0 |
| **Total Operating Expenses (Non-GAAP)** | 59.0 | 23.9 | 23.7 | 25.2 | 28.3 | 101.1 | 30.6 | 32.1 | 32.4 | 33.4 | 128.6 | 36.9 | 34.6 | 36.5 | 38.3 | 146.3 | 38.8 | 40.2 | 41.4 | 43.1 | 163.5 |
| **Operating Income (Non-GAAP)** | 21.8 | 6.0 | 5.9 | 5.1 | 4.3 | 21.3 | 1.7 | 2.0 | 2.1 | 2.2 | 8.1 | 2.6 | 2.5 | 2.6 | 2.7 | 10.4 | 3.4 | 3.5 | 3.7 | 3.8 | 14.4 |
| **Adjusted EBITDA** | 22.5 | 6.3 | 6.1 | 5.3 | 5.1 | 22.9 | 2.9 | 3.5 | 2.5 | 2.6 | 11.5 | 3.1 | 2.9 | 3.1 | 3.2 | 12.3 | 3.9 | 4.1 | 4.2 | 4.3 | 16.5 |
| Interest and Other Income (Non-GAAP) | (0.1) | (0.0) | 0.0 | (0.0) | 0.1 | 0.1 | (0.1) | (0.5) | 0.0 | 0.0 | (0.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income (Loss) before taxes (Non-GAAP) | 21.7 | 6.0 | 5.9 | 5.1 | 4.4 | 21.3 | 1.8 | 2.5 | 2.1 | 2.2 | 8.6 | 2.6 | 2.5 | 2.6 | 2.7 | 10.4 | 3.4 | 3.5 | 3.7 | 3.8 | 14.4 |
| Income tax expense (benefit) (Non-GAAP) | 0.2 | 0.036 | 0.038 | 0.036 | 0.2 | 0.3 | 0.1 | 0.2 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| **Net Income (Non-GAAP)** | 21.5 | 6.0 | 5.8 | 5.0 | 4.2 | 21.0 | 1.7 | 2.2 | 2.1 | 2.2 | 8.2 | 2.6 | 2.4 | 2.6 | 2.7 | 10.3 | 3.4 | 3.5 | 3.6 | 3.8 | 14.3 |
| **EPS (Non-GAAP, Diluted)** | $ 0.15 | 0.03 | 0.03 | 0.03 | 0.02 | $ 0.11 | 0.01 | 0.01 | 0.01 | 0.01 | $ 0.04 | 0.01 | 0.01 | 0.01 | 0.01 | $ 0.04 | 0.02 | 0.02 | 0.02 | 0.02 | $ 0.08 |
| Weighted-average shares outstanding (fully diluted Non-GAAP) | 152 | 185 | 184 | 185 | 185 | 185 | 183 | 182 | 185.7 | 186.0 | 184.2 | 186.8 | 187.3 | 187.8 | 188.4 | 187.6 | 189.1 | 189.7 | 190.2 | 190.7 | 189.9 |

**Margin Analysis**

| | FY 2020 | Mar 21 | Jun 21 | Sept 21 | Dec 21 | FY 2021 | Mar 22 | Jun 22 | Sept 22E | Dec 22E | FY 2022E | Mar 23E | Jun 23E | Sept 23E | Dec 23E | FY 2023E | Mar 24E | Jun 24E | Sept 24E | Dec 24E | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Mix** | | | | | | | | | | | | | | | | | | | | | |
| Platform Revenue as % of Total Revenue | 94.2% | 96.7% | 96.2% | 96.5% | 97.4% | 96.7% | 97.0% | 97.7% | 97.0% | 97.1% | 97.2% | 97.4% | 97.7% | 97.2% | 97.3% | 97.4% | 97.5% | 98.0% | 97.5% | 97.6% | 97.7% |
| Professional services and other Revenue as % of Total Revenue | 5.8% | 3.3% | 3.8% | 3.5% | 2.6% | 3.3% | 3.0% | 2.3% | 3.0% | 2.9% | 2.8% | 2.6% | 2.3% | 2.8% | 2.7% | 2.6% | 2.5% | 2.0% | 2.5% | 2.4% | 2.3% |
| **Margin Analysis** | | | | | | | | | | | | | | | | | | | | | |
| Total Cost of Revenue (Non-GAAP) | 18.0% | 17.1% | 17.7% | 19.1% | 18.4% | 18.1% | 24.2% | 25.3% | 25.5% | 25.3% | 25.1% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| Gross Margin (Non-GAAP) | 82.0% | 82.9% | 82.3% | 80.9% | 81.6% | 81.9% | 75.8% | 74.7% | 74.5% | 74.7% | 74.9% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 74.0% | 74.0% | 74.0% | 74.0% | 74.0% |
| R&D as % of Revenue (Non-GAAP) | 31.9% | 30.5% | 31.8% | 31.9% | 32.2% | 31.6% | 29.9% | 30.2% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 0.0% | 29.0% | 29.0% | 29.0% | 29.0% | 0.0% |
| S&M as % of Revenue (Non-GAAP) | 8.3% | 9.5% | 8.8% | 11.3% | 11.5% | 10.3% | 14.2% | 15.7% | 14.0% | 14.0% | 14.5% | 14.0% | 14.0% | 14.0% | 14.0% | 0.0% | 14.0% | 14.0% | 14.0% | 14.0% | 0.0% |
| G&A as % of Revenue (Non-GAAP) | 19.7% | 26.2% | 25.3% | 24.2% | 27.2% | 25.7% | 27.5% | 24.4% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 0.0% | 25.0% | 25.0% | 25.0% | 25.0% | 0.0% |
| Total Stock-comp as % of Revenue | (5.5%) | (22.8%) | (22.7%) | (21.0%) | (21.2%) | (21.9%) | (28.2%) | (25.5%) | 25.0% | 25.0% | (25.9%) | 25.0% | 25.0% | 25.0% | 25.0% | (25.0%) | 25.0% | 25.0% | 25.0% | 25.0% | (25.0%) |
| Total Amortization expense as % of Revenue | (0.1%) | (0.3%) | (0.4%) | (0.3%) | (0.3%) | (0.3%) | (1.3%) | (1.2%) | 0.4% | 0.4% | (0.8%) | 0.6% | 0.5% | 0.4% | 0.4% | (0.5%) | 0.6% | 0.5% | 0.4% | 0.4% | (0.5%) |
| Other Non-GAAP add backs as % of Revenue | 0.0% | (14.2%) | 0.0% | (22.3%) | (6.1%) | (10.6%) | (2.7%) | (2.0%) | 0.0% | 0.0% | (1.1%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Non-GAAP add backs as % of Revenue | (5.6%) | (37.3%) | (23.1%) | (43.6%) | (27.6%) | (32.9%) | (32.2%) | (28.7%) | (25.4%) | (25.4%) | (27.8%) | (25.6%) | (25.5%) | (25.4%) | (25.4%) | (25.5%) | (25.6%) | (25.5%) | (25.4%) | (25.4%) | (25.5%) |
| Operating Margin (Non-GAAP) | 22.1% | 16.7% | 16.4% | 13.6% | 10.7% | 14.2% | 4.1% | 4.3% | 4.5% | 4.7% | 4.4% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| Adjusted EBITDA Margin (Non-GAAP) | 22.8% | 17.4% | 17.1% | 14.3% | 12.8% | 15.3% | 6.7% | 7.7% | 5.4% | 5.5% | 6.3% | 5.9% | 5.9% | 5.9% | 5.8% | 5.9% | 6.9% | 6.9% | 6.9% | 6.8% | 6.9% |
| Tax Rate (Non-GAAP) | 0.9% | 0.6% | 0.6% | 0.7% | 5.2% | 1.6% | 4.8% | 9.5% | 1.0% | 1.0% | 4.2% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| Net Income Margin (Non-GAAP) | 21.8% | 16.6% | 16.3% | 13.4% | 10.4% | 14.1% | 4.0% | 4.9% | 4.5% | 4.7% | 4.5% | 4.9% | 4.9% | 4.9% | 4.9% | 4.9% | 5.9% | 5.9% | 5.9% | 5.9% | 5.9% |

**Y/Y Growth**

| | FY 2020 | Mar 21 | Jun 21 | Sept 21 | Dec 21 | FY 2021 | Mar 22 | Jun 22 | Sept 22E | Dec 22E | FY 2022E | Mar 23E | Jun 23E | Sept 23E | Dec 23E | FY 2023E | Mar 24E | Jun 24E | Sept 24E | Dec 24E | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Platform Revenue | 105.6% | 135.8% | 53.3% | 37.7% | 33.1% | 55.7% | 18.7% | 29.0% | 24.6% | 19.1% | 22.8% | 23.8% | 8.5% | 12.8% | 14.8% | 14.8% | 8.4% | 19.8% | 17.1% | 16.2% | 15.3% |
| Professional services and other revenue | 1.6% | (4.8%) | (23.2%) | (0.2%) | (20.0%) | (13.0%) | 7.5% | (22.4%) | 6.0% | 32.4% | 4.1% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Total Revenue | 94.2% | 124.8% | 47.7% | 35.9% | 30.8% | 51.8% | 18.4% | 27.0% | 24.0% | 19.4% | 22.1% | 23.2% | 8.5% | 12.6% | 14.5% | 14.6% | 8.3% | 19.5% | 16.7% | 15.9% | 15.0% |
| Total Cost of Revenue (Non-GAAP) | 16.4% | 48.5% | 55.8% | 57.4% | 50.0% | 53.2% | 68.2% | 82.0% | 65.3% | 64.1% | 69.2% | 27.1% | 7.0% | 10.4% | 13.2% | 14.0% | 12.6% | 24.2% | 21.4% | 20.5% | 19.6% |
| Gross Profit (Non-GAAP) | 127.4% | 151.4% | 46.1% | 31.7% | 27.1% | 51.4% | 8.1% | 15.2% | 14.2% | 9.4% | 11.7% | 21.9% | 9.0% | 13.4% | 15.0% | 14.7% | 6.8% | 17.9% | 15.2% | 14.4% | 13.5% |
| R&D (Non-GAAP) | 50.5% | 57.8% | 55.7% | 59.8% | 33.5% | 50.3% | 16.3% | 20.5% | 16.7% | 11.3% | 16.1% | 23.5% | 7.7% | 12.6% | 14.5% | 14.4% | 4.7% | 15.5% | 12.8% | 12.0% | 11.2% |
| S&M (Non-GAAP) | 33.2% | 54.3% | 81.6% | 122.9% | 99.1% | 88.6% | 76.0% | 126.4% | 53.9% | 45.9% | 71.4% | 21.5% | (3.4%) | 12.6% | 14.5% | 10.8% | 8.3% | 19.5% | 16.7% | 15.9% | 15.0% |
| G&A (Non-GAAP) | 123.7% | 120.2% | 117.5% | 88.8% | 77.7% | 98.4% | 24.4% | 22.6% | 33.3% | 14.1% | 23.2% | 16.3% | 15.6% | 12.6% | 14.5% | 14.7% | 4.1% | 14.9% | 12.2% | 11.4% | 10.6% |
| Operating Expense (Non-GAAP) | 65.3% | 77.1% | 78.5% | 78.1% | 56.8% | 71.4% | 28.1% | 35.5% | 28.9% | 18.0% | 27.2% | 20.3% | 8.0% | 12.6% | 14.5% | 13.8% | 5.2% | 16.0% | 13.4% | 12.6% | 11.7% |
| Total Stock-comp | (11.5%) | (769.2%) | (615.5%) | (473.3%) | (340.5%) | (508.2%) | (46.4%) | (42.9%) | (47.3%) | (41.0%) | (44.3%) | (9.0%) | (6.2%) | (12.6%) | (14.5%) | (10.6%) | (8.3%) | (19.5%) | (16.7%) | (15.9%) | (15.0%) |
| Amortization | (234.5%) | (422.7%) | (636.7%) | (254.0%) | (117.4%) | (282.1%) | (387.0%) | (316.0%) | (60.6%) | (76.7%) | (214.2%) | 38.9% | 55.0% | (11.2%) | (13.0%) | 31.6% | (8.3%) | (19.5%) | (16.7%) | (15.9%) | (14.4%) |
| Operating Income (Non-GAAP) | 13880.0% | 480.1% | (15.7%) | (42.5%) | (43.5%) | (2.4%) | (71.1%) | (66.3%) | (58.9%) | (47.6%) | (62.1%) | 50.8% | 25.0% | 25.1% | 29.7% | 29.7% | 29.9% | 43.4% | 40.1% | 39.1% | 38.0% |
| Adjusted EBITDA | 10812.9% | (538.3%) | (13.4%) | (40.6%) | (34.8%) | 1.9% | (54.7%) | (43.1%) | (53.6%) | (48.1%) | (49.9%) | 8.8% | (16.5%) | 24.2% | 19.9% | 7.0% | 26.6% | 39.7% | 36.5% | 35.9% | 34.6% |
| EPS (Non-GAAP) | | 400.0% | (40.0%) | (50.0%) | (60.0%) | (26.7%) | (66.7%) | (66.7%) | (66.7%) | (50.0%) | (63.6%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Source: Company reports and Stifel estimates



# Olo Inc.

**OLO – NYSE**

Rating Change

**August 11, 2022**

Americas - Enterprise Software

## Important Disclosures and Certifications

**I, Brad R. Reback, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Brad R. Reback, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.**

**Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportandDisclosures.**

**Olo Inc. (OLO) as of August 10, 2022 (in USD)**



| 04/12/2021 | 08/10/2021 | 02/23/2022 | 05/10/2022 |
| 27.92 | 37.40 | 13.60 | 8.90 |
| I:H:27.00 | B:41.00 | B:17.00 | B:12.00 |

*Represents the value(s) that changed.

Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for OLO go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=OLO**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Olo Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Olo Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

## Investment Rating System

Our investment rating system is defined as follows:

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy**[1] **-** We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 57% are rated Buy, 1% are rated Speculative Buy, 25% are rated Hold, 1% are rated Sell and 16% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 19%, 7%, 0% and 7% of the companies whose shares are rated Buy (includes Speculative Buy), Hold, Sell and Suspended respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 34%, 59%, 21%, 19% and 14% of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell and Suspended respectively.

The securities of the company or companies mentioned in this report may not be registered in certain states or other jurisdictions and as a result, the securities may not be eligible for sale in some states or jurisdictions. Additionally, the securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. The information contained



**Olo Inc.**

**OLO − NYSE**

Rating Change

**August 11, 2022**

Americas - Enterprise Software

herein is not an offer to sell or the solicitation of an offer to buy any security in any state or jurisdiction where such an offer or solicitation would be prohibited.

## Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to "**Stifel**" (collectively "Stifel") refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "**Stifel GMP**" and/or "**Stifel FirstEnergy**"; (iv) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.

**European Economic Area (EEA)**: This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility



**Olo Inc.**

**OLO – NYSE**

Rating Change

**August 11, 2022**

Americas - Enterprise Software

for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canada:** Stifel Canada is a member of IIROC and a participant of the TSX, and TSX Venture Exchange. All relevant disclosures required by regulatory rules (including IIROC) and Stifel Canada's recommendation statistics and research dissemination policies can be obtained at www.Stifel.com/Research or by calling Stifel Canada's Compliance Department. Stifel Canada will provide, upon request, a statement of its financial condition and a list of the names of its Directors and senior officers. Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Sector Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 11 August 2022 20:34EDT and disseminated at 11 August 2022 20:34EDT.

**Additional Information Is Available Upon Request**

© 2022 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.

