# EXHIBIT W

**J.P.Morgan**

North America Equity Research
12 August 2022

# Olo Inc.

## 2Q22: Unit Economics Strong Amid Guidance Drop

# Overweight

**OLO, OLO US**
Price (12 Aug 22):$8.26

▼**Price Target (Dec-23):$17.00**
Prior (Dec-22):$21.00

Olo posted in-line 2Q results with slight upside on the bottom line, driven by continuous module adoption and the early adoption of Olo Pay, bolstering ARPU. OLO saw ending active locations remain flat q/q, despite adding 3,000 new locations. Additionally, broader macro concerns around supply chains, inflation, and the labor market led OLO to cut top-line guidance by 7% at the high end. We remain encouraged by Olo's product roadmap, cross-selling focus, and overall TAM.

- **In-line results, upside on EPS:** OLO reported 2Q22 revenue/non-GAAP EPS of $45.6M/$0.01 compared to our estimate of $45.8M/$0.00 and Street's $45.8M/$0.00.

- **Positives: ARPU accelerates, operating margin turnaround, platform revenue.** 1) ARPU accelerated from $516 in 1Q to $544 in this quarter, growing 12% y/y, driven by continued strength in module expansion within existing customers and the early adoption of Olo Pay. 2) Non-GAAP operating margins expanded from 30.6% to 32.1% q/q from a decrease in G&A , as Olo has already absorbed the bulk of public company costs. 3) Platform revenue grew sequentially from $41.5M to $44.5M, up 29% y/y, driven by new logo growth, ARPU, and TPV.

- **Issues: Guidance reduction, elevated churn.** 1) Olo reduced FY22 top-line guidance by $12M at the midpoint, or ~6.3%, and the high end of its EBITDA outlook from $9.2M to $8.4M, citing structural labor challenges, inflationary margin pressure, supply chain challenges, and broader macro concerns. 2) Olo deployed ~3K new locations to its platform in 2Q, with average active locations accelerating q/q but ending active locations remaining flat, as a result of certain Subway moving from the rails module to direct marketplace integration.

- **Other: Launched borderless Olo Pay with three brands.** In the quarter, Olo launched their payments solution with borderless capabilities, enabling an accelerated checkout at participating restaurants in network. Early feedback has been encouraging, with 76% of guests saving their credit card information for future purchases and an increase in basket conversion rates.

- **We are establishing a December 2023 price target of $17.** Our price target is based on our 10-year DCF and FCFF per share analysis.

**Software - Large Cap / Mid & Small Cap**

**Douglas J Bruehl** AC
(1-212) 622-3740
douglas.bruehl@jpmchase.com

**Ella Smith**
(1-212) 622-2451
ella.smith@jpmchase.com

**Noah R Herman**
(1-212) 622-5415
noah.r.herman@jpmchase.com

**Raquel Betesh**
(1-212) 622-0223
raquel.betesh@jpmchase.com

J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

| | Prev | Cur |
|---|---|---|
| Revenue - 22E ($ mn) | 196 | 184 |
| Revenue - 23E ($ mn) | 264 | 242 |
| Adj. EPS - 23E ($) | 0.14 | 0.05 |
| Adj. EBITDA - 22E ($ mn) | 11 | 12 |
| Adj. EBITDA - 23E ($ mn) | 26 | 12 |

### Quarterly Forecasts (FYE Dec)

**Adj. EPS  ($)**

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.03 | 0.01A | 0.01 |
| Q2 | 0.03 | 0.01A | 0.01 |
| Q3 | 0.03 | 0.01 | 0.01 |
| Q4 | 0.02 | 0.01 | 0.01 |
| FY | 0.11 | 0.05 | 0.05 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 52 | 63 | 79 | | |
| Growth | 82 | 25 | 10 | | |
| Momentum | 82 | 77 | 3 | | |
| Quality | 60 | 74 | 70 | 97 | 97 |
| Low Vol | 77 | 81 | 86 | | |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

**North America Equity Research**
12 August 2022



## Price Performance



**— OLO Price ($)   — RTY (rebased)**

|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -38.8% | 21.5% | 34.1% | -63.8% |
| Rel | -26.8% | 7.5% | 19.1% | -51.6% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 185 |
| 52-week range ($) | 49.00-8.11 |
| Market cap ($ mn) | 1,529.18 |
| Exchange rate | 1.00 |
| Free float(%) | 96.6% |
| 3M - Avg daily vol (mn) | 1.60 |
| 3M - Avg daily val ($ mn) | 17.3 |
| Volatility (90 Day) | 113 |
| Index | RUSSELL 2000 |
| BBG BUY|HOLD|SELL | 6|0|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY21A | FY22E | FY23E | FY24E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 149 | 184 | 242 | 315 |
| Adj. EBIT | 21 | 8 | 9 | 22 |
| Adj. EBITDA | 23 | 12 | 12 | 26 |
| Adj. net income | 21 | 8 | 9 | 22 |
| Adj. EPS | 0.11 | 0.05 | 0.05 | 0.13 |
| BBG EPS | 0.11 | 0.04 | 0.09 | - |
| Cashflow from operations | 16 | 7 | 12 | 18 |
| FCFF | 14 | 5 | 10 | 15 |
| **Margins and Growth** | | | | |
| Revenue growth | 51.8% | 22.9% | 31.7% | 30.3% |
| EBIT margin | 14.2% | 4.4% | 3.8% | 7.0% |
| EBIT growth | (2.4%) | (62.3%) | 14.7% | 140.0% |
| EBITDA margin | 15.3% | 6.8% | 5.1% | 8.2% |
| EBITDA growth | 1.9% | (45.4%) | (1.1%) | 109.0% |
| Net margin | 14.1% | 4.4% | 3.7% | 6.9% |
| Adj. EPS growth | (36.5%) | (58.6%) | 15.4% | 138.4% |
| **Ratios** | | | | |
| Adj. tax rate | 1.6% | 4.1% | 0.6% | 1.0% |
| Interest cover | - | - | - | - |
| Net debt/Equity | NM | NM | NM | NM |
| Net debt/EBITDA | NM | NM | NM | NM |
| ROE | 6.5% | 1.2% | 1.3% | 3.2% |
| **Valuation** | | | | |
| FCFF yield | 0.9% | 0.4% | 0.8% | 1.1% |
| Dividend yield | - | - | - | - |
| EV/Revenue | 12.7 | 10.6 | 8.0 | 6.1 |
| EV/EBITDA | 82.6 | 155.2 | 156.2 | 74.2 |
| Adj. P/E | 72.7 | 175.6 | 152.1 | 63.8 |

## Summary Investment Thesis and Valuation

### Investment Thesis

Olo is a cloud-based commerce platform that enables on-demand digital ordering, delivery coordination, and marketplace order aggregation for restaurants. Olo focuses on the enterprise restaurant space, where brands have hundreds or even thousands of locations, and several prominent customers include Denny's, Subway, Five Guys, Wingstop, and Jimmy John's. Olo's revenue grew 59% in FY19, but its top line underwent significant acceleration amid COVID-19. With a fragmented competitive landscape that includes in-house development, point-of-sale solutions, and consumer marketplaces as well as a large head start with 500+ enterprise restaurant customers, Olo is well-positioned to continue capitalizing on the restaurant industry's secular shift to digital. Olo is under-penetrated into an addressable base of ~300,000 enterprise locations, and we believe that as a dominant vertical SaaS company, it could eventually reach 50%+ market share. These reasons underpin our Overweight rating and $17 December 2023 price target.

### Valuation

Our December 2023 price target of $17, down from our December 2022 PT of $21, is based on our 10-year DCF analysis using a terminal multiple of 25x EV/FCFF and a discount rate of 11.8%.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.32 | 0.32 |
| **Sect: Technology** | 0.30 | 0.13 |
| **Ind: Software & Serv** | 0.34 | 0.19 |
| **Macro:** | | |
| Economic Surprise | -0.41 | -0.23 |
| US 10yr Breakeven | -0.48 | -0.13 |
| US 10yr yield | -0.27 | -0.13 |
| **Quant Styles:** | | |
| LowVol | -0.14 | -0.28 |
| Quality | -0.09 | -0.22 |
| Size | -0.11 | -0.18 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact.

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

North America Equity Research
12 August 2022

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Olo Inc. *(Overweight; Price Target: $17.00)*

**Investment Thesis**
**The restaurant industry is in a secular shift to digital**

The first generation of restaurant evolution was the move to electronic cash registers, and the second generation was the move to smart cash registers that incorporated inventory management capabilities. That is when people began referring to these solutions as point-of-sale (POS) systems. However, over the past few years, we have seen a growing number of restaurant brands shift to digital ordering, either through webpages, mobile applications, or even in-store digital kiosks. Incisiv Research estimates that by 2025 roughly 54% of restaurant industry sales will be conducted digitally, up from just 19% in 2019. This is a trend that began prior to the pandemic, but was greatly accelerated because of the pandemic.

**Total addressable market accounts for 300,000 franchise locations and potentially $7B in spend**

Right now Olo has 500 brand restaurant customers and over 79,000 franchise locations active on its platform. But within its target market there are roughly 300,000 franchise locations, suggesting Olo is ~27% penetrated into the location opportunity. Given that Olo is the leading vertical software provider in its space, we believe 50%+ is an achievable penetration number over time.

**Leading provider of cloud-based on-demand commerce for restaurants**

The Olo platform provides restaurant brands with a configurable digital ordering solution that can be used via the brand website, mobile app, or even in-store digital kiosk. In addition to digital ordering, the Olo platform provides Dispatch, a portal to coordinate delivery either through in-restaurant delivery personnel or through third-party delivery service providers (DSPs) like DoorDash and Postmates. Lastly, the Rails solution unifies orders and communication coming in from all marketplaces like Uber Eats and DoorDash into a common system that is integrated into a restaurant's POS. Olo is the market leader with over 82,000 franchise locations on its platform as compared to the most direct competitors having less than 10,000 locations.

**The two-sided network**

Marketplaces like DoorDash and Uber Eats have millions of customers looking for choice in restaurants, while restaurants are looking for a growing number of customers that they can efficiently serve. Olo is positioned to be the hub that brings both sides together in a structure that makes it convenient and efficient for both sides. Now that Olo has over 500 brands and over 82,000 franchises, it comes to market from a position of strength when working with marketplaces. On the restaurant side, the hundreds of million orders processed shows an unprecedented scale that leaves restaurants feeling comfortable knowing that it can handle their needs across the entire U.S. geographic market.

**Three levers of additional future growth: SMB, international, and payments**

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

North America Equity Research
12 August 2022



Looking ahead, we believe there are three major opportunities for Olo to grow beyond what it is doing currently. First is an expansion down-market into the SMB segment for restaurants that have just begun the franchise or multi-location journey, and perhaps expansion into the more one-off restaurant locations. Olo estimates that there are approximately 400,000 additional locations in this segment. The second lever would be to expand internationally, with the most likely first step being expansion into other English-speaking regions where the restaurant industry most closely mirrors that in the U.S. Third is the payments opportunity with Olo Pay.

**Valuation**
Establishing a December 2022 price target to $17

Our price target is based on our 10-year discounted cash flow analysis, which utilizes a terminal EV/FCFF multiple of 25x and an 11.3% discount rate. Our DCF includes free cash flow growth assumptions in periods FY26E-FY33E, decelerating from 60% in FY26E to 21% in FY33E.

**Table 5: FCFF per share analysis**

|  | FY 2021 | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E | FY 2027E | FY 2028E | FY 2029E | FY 2030E | FY 2031E | FY 2032E | FY 2033E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FCFF | 14.4 | -0.4 | 8.9 | 13.1 | 21.6 | 34.6 | 51.9 | 70.6 | 91.8 | 117.5 | 146.9 | 180.6 | 218.6 |
| Growth | -29% | -103% | -2283% | 48% | 65% | 60% | 50% | 36% | 30% | 28% | 25% | 23% | 21% |
| Fully diluted shares | 184.9 | 172.6 | 164.5 | 166.1 | 166.7 | 170.1 | 173.5 | 175.2 | 177.0 | 178.7 | 180.5 | 182.3 | 184.1 |
| Y/Y change | 54% | -7% | -5% | 1% | 0% | 2% | 2% | 1% | 1% | 1% | 1% | 1% | 1% |
| Period |  |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Present value of FCFF |  |  |  | 11.8 | 17.3 | 24.8 | 33.2 | 40.4 | 47.0 | 53.7 | 60.1 | 66.1 | 71.5 |
| FCFF/Share |  |  |  | 0.08 | 0.13 | 0.20 | 0.30 | 0.40 | 0.52 | 0.66 | 0.81 | 0.99 | 1.19 |
| Present Value of FCFF/Share |  |  |  | 0.07 | 0.10 | 0.15 | 0.19 | 0.23 | 0.27 | 0.30 | 0.33 | 0.36 | 0.39 |

Source: Company data, J.P. Morgan estimates.

**Table 6: Terminal multiple scenarios**

| Terminal multiple scenarios |  |  |  |  |
|---|---|---|---|---|
| Terminal value | 9.9 | 10.8 | 11.7 | 12.7 |
| Last forecasted FCFF | 1.2 | 1.2 | 1.2 | 1.2 |
| Terminal EV/FCFF multiple | 21 | 23 | 25 | 27 |
| Total present value of FCFF | 2.4 | 2.4 | 2.4 | 2.4 |
| Terminal value | 9.9 | 10.8 | 11.7 | 12.7 |
| Total enterprise value | 12.3 | 13.2 | 14.1 | 15.1 |
| - debt | - | - | - | - |
| - CY23 excess cash | 2.9 | 2.9 | 2.9 | 2.9 |
| = Price per share | $ 15.13 | $ 16.07 | $ 17.01 | $ 17.95 |
| shares outstanding | 165.5 | 165.5 | 165.5 | 165.5 |

Source: Company data, J.P. Morgan estimates.

**Risks to Rating and Price Target**

**Transaction volumes under pressure as lingering effects of the pandemic continue**

2020 showed tremendous growth for Olo as restaurants of all types and sizes moved quickly to digital ordering and delivery to survive the pandemic. In fact, 52% of 2020 platform revenue was transactional, and even higher if you include the impact of transaction volumes on the subscription level chosen by franchises in the Ordering module. The expectation is that continued economic reopening could have an adverse impact on digital ordering as customers shift back to in-store ordering and dining. The question will be what the magnitude of that shift will be and whether additional new franchise locations are enough to offset the change in transaction volumes for existing franchises.

**Long-term competitive threats include consolidation in delivery/marketplace partners, a shift to in-house solutions, or POS expansion**

The position that Olo occupies is made attractive by the complexity faced by restaurant brands and franchises. The increasing number of delivery and marketplace partners that need to be integrated and managed by franchises makes the digital commerce platform from

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

North America Equity Research
12 August 2022

J.P.Morgan

Olo attractive. Consolidation in the delivery and marketplace segment would allow franchises to more easily integrate and directly disintermediate Olo. If the amount being paid to Olo gets high enough, that could motivate restaurant brands to once again explore developing in-house digital ordering platforms. Lastly, POS providers like Toast want to expand up the stack and offer the ordering and delivery solutions too. All of these are potential competitive threats.

J.P.Morgan

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

**North America Equity Research**
12 August 2022

J.P.Morgan

# Olo Inc.: Summary of Financials

| Income Statement - Annual | FY20A | FY21A | FY22E | FY23E | FY24E |
|---|---|---|---|---|---|
| **Revenue** | 98 | 149 | 184 | 242 | 315 |
| COGS | (18) | (27) | (44) | (60) | (76) |
| **Gross profit** | | | | | - |
| SG&A | (28) | (54) | (75) | (98) | (120) |
| **Adj. EBITDA** | 22 | 23 | 12 | 12 | 26 |
| D&A | (1) | (2) | (4) | (3) | (4) |
| **Adj. EBIT** | 22 | 21 | 8 | 9 | 22 |
| Net Interest | 0 | 0 | 0 | 0 | 0 |
| **Adj. PBT** | 22 | 21 | 8 | 9 | 22 |
| Tax | (0) | (0) | (0) | (0) | (0) |
| Minority Interest | - | - | - | - | - |
| **Adj. Net Income** | 21 | 21 | 8 | 9 | 22 |
| Reported EPS | 0.03 | (0.23) | (0.17) | (0.09) | (0.06) |
| **Adj. EPS** | 0.18 | 0.11 | 0.05 | 0.05 | 0.13 |
| **DPS** | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 120 | 185 | 173 | 165 | 167 |

| Balance Sheet & Cash Flow Statement | FY20A | FY21A | FY22E | FY23E | FY24E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 76 | 514 | 466 | 475 | 488 |
| Accounts receivable | 46 | 42 | 56 | 77 | 99 |
| Inventories | - | - | - | - | - |
| Other current assets | 52 | 51 | 68 | 89 | 115 |
| **Current assets** | 128 | 566 | 534 | 564 | 603 |
| PP&E | 2 | 3 | 9 | 9 | 10 |
| LT investments | - | - | - | - | - |
| Other non current assets | 4 | 187 | 255 | 257 | 260 |
| **Total assets** | 134 | 756 | 798 | 831 | 873 |
| | | | | | |
| Short term borrowings | - | - | - | - | - |
| Payables | 9 | 2 | 9 | 16 | 21 |
| Other short term liabilities | 63 | 47 | 60 | 97 | 142 |
| **Current liabilities** | 72 | 49 | 68 | 114 | 163 |
| Long-term debt | 0 | 0 | 0 | 0 | 0 |
| Other long term liabilities | 3 | 5 | 27 | 30 | 34 |
| **Total liabilities** | 187 | 54 | 96 | 144 | 196 |
| Shareholders' equity | (52) | 702 | 702 | 687 | 677 |
| Minority interests | - | - | - | - | - |
| **Total liabilities & equity** | 134 | 756 | 798 | 831 | 873 |
| **BVPS** | (0.44) | 3.80 | 4.07 | 4.17 | 4.05 |
| *y/y Growth* | - | (967.3%) | 7.2% | 2.6% | (3.0%) |
| Net debt/(cash) | (76) | (514) | (466) | (475) | (488) |
| | | | | | |
| **Cash flow from operating activities** | 22 | 16 | 7 | 12 | 18 |
| o/w Depreciation & amortization | 1 | 2 | 4 | 3 | 4 |
| o/w Changes in working capital | (1) | (3) | 9 | 25 | 24 |
| **Cash flow from investing activities** | (1) | (77) | (61) | (3) | (5) |
| o/w Capital expenditure | (0) | (2) | (1) | (2) | (3) |
| *as % of sales* | 0.4% | 1.2% | 0.8% | 0.9% | 0.9% |
| **Cash flow from financing activities** | 45 | 500 | 6 | 0 | 0 |
| o/w Dividends paid | - | - | - | - | - |
| o/w Net debt issued/(repaid) | - | - | - | - | - |
| **Net change in cash** | 65 | 439 | (48) | 9 | 13 |
| **Adj. Free cash flow to firm** | 21 | 14 | 5 | 10 | 15 |
| *y/y Growth* | 1048.2% | (32.1%) | (62.3%) | 87.7% | 45.8% |

| Income Statement - Quarterly | 1Q22A | 2Q22A | 3Q22E | 4Q22E |
|---|---|---|---|---|
| **Revenue** | 43A | 46A | 47 | 48 |
| COGS | (10)A | (12)A | (11) | (11) |
| **Gross profit** | | | | |
| SG&A | (18)A | (18)A | (19) | (20) |
| **Adj. EBITDA** | 3A | 3A | 3 | 3 |
| D&A | (1)A | (2)A | (1) | (1) |
| **Adj. EBIT** | 2A | 2A | 2 | 2 |
| Net Interest | 0A | 0A | 0 | 0 |
| **Adj. PBT** | 2A | 2A | 2 | 2 |
| Tax | (0)A | (0)A | (0) | (0) |
| Minority Interest | - | - | - | - |
| **Adj. Net Income** | 2A | 2A | 2 | 2 |
| Reported EPS | (0.06)A | (0.06)A | (0.02) | (0.02) |
| **Adj. EPS** | 0.01A | 0.01A | 0.01 | 0.01 |
| **DPS** | - | - | - | - |
| Payout ratio | - | - | - | - |
| Shares outstanding | 183A | 182A | 162 | 163 |

| Ratio Analysis | FY20A | FY21A | FY22E | FY23E | FY24E |
|---|---|---|---|---|---|
| Gross margin | - | - | - | - | - |
| EBITDA margin | 22.8% | 15.3% | 6.8% | 5.1% | 8.2% |
| EBIT margin | 22.1% | 14.2% | 4.4% | 3.8% | 7.0% |
| Net profit margin | 21.8% | 14.1% | 4.4% | 3.7% | 6.9% |
| | | | | | |
| ROE | (37.7%) | 6.5% | 1.2% | 1.3% | 3.2% |
| ROA | 25.6% | 4.7% | 1.0% | 1.1% | 2.5% |
| ROCE | (39.1%) | 6.4% | 1.1% | 1.3% | 3.2% |
| SG&A/Sales | 28.0% | 36.1% | 41.0% | 40.5% | 38.0% |
| Net debt/equity | 1.4 | NM | NM | NM | NM |
| | | | | | |
| P/E (x) | 46.1 | 72.7 | 175.6 | 152.1 | 63.8 |
| P/BV (x) | NM | 2.2 | 2.0 | 2.0 | 2.0 |
| EV/EBITDA (x) | 108.7 | 82.6 | 155.2 | 156.2 | 74.2 |
| Dividend Yield | - | - | - | - | - |
| | | | | | |
| Sales/Assets (x) | 1.2 | 0.3 | 0.2 | 0.3 | 0.4 |
| Interest cover (x) | - | - | - | - | - |
| Operating leverage | (14944.0%) | (4.6%) | (272.6%) | 46.3% | 462.4% |
| | | | | | |
| Revenue y/y Growth | 94.2% | 51.8% | 22.9% | 31.7% | 30.3% |
| EBITDA y/y Growth | 10679.4% | 1.9% | (45.4%) | (1.1%) | 109.0% |
| Tax rate | 0.9% | 1.6% | 4.1% | 0.6% | 1.0% |
| Adj. Net Income y/y Growth | (5979.7%) | (2.2%) | (61.4%) | 10.0% | 142.1% |
| EPS y/y Growth | - | (36.5%) | (58.6%) | 15.4% | 138.4% |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

**North America Equity Research**
12 August 2022



**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts who produce independent research unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Olo Inc..
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Olo Inc..
- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Olo Inc..
- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Olo Inc..
- **Non-Investment Banking Compensation Received:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Olo Inc..
- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Olo Inc., if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing  research.disclosure.inquiries@jpmorgan.com  with your request.



| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 12-Apr-21 | OW | 28.20 | 36 |
| 11-Aug-21 | OW | 37.40 | 45 |
| 23-Feb-22 | OW | 14.99 | 26 |
| 16-Jun-22 | OW | 9.49 | 21 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Apr 12, 2021. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

North America Equity Research
12 August 2022

J.P.Morgan

stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, https://www.jpmorganmarkets.com.

**Coverage Universe: Bruehl, Douglas J**: CS Disco (LAW), Cellebrite (CLBT), ForgeRock Inc. (FORG), Intapp (INTA), LegalZoom (LZ), N-able (NABL), Olo Inc. (OLO), Procore (PCOR)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2022**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 52% | 37% | 12% |
| IB clients** | 50% | 44% | 34% |
| JPMS Equity Research Coverage* | 51% | 37% | 12% |
| IB clients** | 72% | 65% | 52% |

**\*Please note that the percentages might not add to 100% because of rounding.**
**\*\*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.**
**For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.**

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at  http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website,  http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of  http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

**UK MIFID FICC research unbundling exemption:** UK clients should refer to UK MIFID Research Unbundling exemption for details of JPMorgan's implementation of the FICC research exemption and guidance on relevant FICC research categorisation.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

Any digital or crypto assets discussed in this research report are subject to a rapidly changing regulatory landscape. For relevant regulatory advisories on crypto assets, including bitcoin and ether, please see https://www.jpmorgan.com/disclosures/cryptoasset-disclosure.

**Exchange-Traded Funds (ETFs):** J.P. Morgan Securities LLC ("JPMS") acts as authorized participant for substantially all U.S.-listed ETFs. To the extent that any ETFs are mentioned in this report, JPMS may earn commissions and transaction-based compensation in connection with the distribution of those ETF shares and may earn fees for performing other trade-related services, such as securities lending to short sellers of the ETF shares. JPMS may also perform services for the ETFs themselves, including acting as a broker or dealer to the ETFs. In addition, affiliates of JPMS may perform services for the ETFs, including trust, custodial, administration, lending, index calculation and/or maintenance and other

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

North America Equity Research
12 August 2022

J.P.Morgan

services.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan SE ("JPM SE"), which is subject to prudential supervision by the European Central Bank ("ECB") in cooperation with BaFin and Deutsche Bundesbank in Germany. JPM SE is a company headquartered in Frankfurt with registered address at TaunusTurm, Taunustor 1, Frankfurt am Main, 60310, Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. Where the distribution of this material is a regulated activity in Hong Kong, the material is distributed in Hong Kong by or through J.P. Morgan Securities (Asia Pacific) Limited and/or J.P. Morgan Broking (Hong Kong) Limited. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: http://www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

North America Equity Research
12 August 2022

J.P.Morgan

2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is registered and supervised by the Otoritas Jasa Keuangan (OJK). **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Markets Conduct Act 2013). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 093/09/2021 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the

Douglas J Bruehl
(1-212) 622-3740
douglas.bruehl@jpmchase.com

**North America Equity Research**
12 August 2022

J.P.Morgan

jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

"Other Disclosures" last revised July 02, 2022.

**Copyright 2022 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed 12 Aug 2022 06:05 PM EDT                    Disseminated 12 Aug 2022 06:05 PM EDT