# EXHIBIT X


# TRUIST HH

# Truist Securities

Equity Research

August 11, 2022

**TMT: Application Software**

**Terry Tillman**
404-926-5362
Terry.Tillman@truist.com

**Joe Meares, CFA**
212-303-4135
Joseph.Meares@truist.com

Connor Passarella
212-326-6153
Connor.Passarella@truist.com

Robert Dee
404-836-4746
Robert.Dee@truist.com

| | |
|---|---|
| Stock Rating | **BUY** |
| | *Unchanged* |
| Price Target | **$16.00** |
| | ↓ *from* |
| | *$25.00* |

| | |
|---|---|
| TR to Target | 23.2% |
| Price (Aug. 11, 2022) | $12.99 |
| 52-Wk Range | $46.56-$8.90 |
| Market Cap ($M) | $2,363 |
| ADTV | 1,101,073 |
| Shares Out (M) | 182 |
| Short Interest Ratio/% Of Float | 16.0% |
| Enterprise Value ($M) | $1,903 |
| Cash & Equivalents ($M) | $460 |
| Total Debt ($M) | $0 |

9 Page Document

## Reasons for this report

✓ EPS Recap Report
✓ Updating Estimates and PT

# Olo Inc. (OLO)

## Disappointing 2Q; Macro Factors Impact Rev Outlook; Shares Off ~30% AH; Maintain Buy

A considerable amount to unpack with the 2Q report, inclusive of missing rev, ARPU, ending active locations & CF estimates. The biggest issue is related to $12 million '22 rev guidedown at mid point & related to two macro dynamics: elongated sales cycles & slower platform rollouts owing to issues at the operator level. These are transitory, in our opinion, & ability to win outsided market share among restaurant brands & monetize material new product cycles unaltered. With the shares off ~30% AH, we stick with a Buy rating owing to expectation for solid growth & profitability remaining in 2023.

**Price Target Commentary.** We are lowering our price target to $16 from $25 as a result of lower revenue expectations, uncertainty around macro conditions leading to longer sales cycles & slower platform rollouts, as well as attrition from Subway creating noise around the model drivers (active locations & ARPU).

**2Q22 Results.** Platform revenue increased 29% y/y to $44.5 million, roughly in-line with our estimate of $44.7 million. Service revenue came in at $1.1 million representing a decline of 22% y/y, lower than our estimate of $1.2 million. Total revenue grew 27% y/y to $45.6 million, slightly below our estimate of $45.9 million. Non-GAAP gross margin was 74.7% compared to our estimate of 76.4%. Non-GAAP operating margin was 4.3%, higher than our estimate of 1.3%. Non-GAAP net income was $2.2 million versus our estimate of $0.9 million. Operating cash flow in the quarter was flat versus our estimate of $15.3 million and free cash flow was ($3.0) million versus our estimate of $14.5 million. Cash, cash equivalents, and marketable securities at the end of the quarter was $460.2 million.

**Figure 1 - Financial Highlights**

**TRUIST HH**
**Truist Securities**

*($000s, except per share data)*
**2Q22**

| | Reported | Estimate | | Last Qtr. | Yr. Ago |
|---|---|---|---|---|---|
| **Platform Revenue** | $44,538 | $44,658 | | $41,466 | $34,526 |
| *Y/Y % Growth* | *29.0%* | *29.3%* | | *18.7%* | *53.3%* |
| *Q/Q % Growth* | *7.4%* | *7.7%* | | *6.6%* | *-1.1%* |
| **Service Revenue** | 1,063 | $1,213 | | 1,290 | 1,370 |
| *Y/Y % Growth* | *-22.4%* | *-11.5%* | | *7.5%* | *-23.3%* |
| *Q/Q % Growth* | *-17.6%* | *-6.0%* | | *23.3%* | *14.2%* |
| **Total Revenue** | $45,601 | $45,871 | | $42,756 | $35,896 |
| *Y/Y % Growth* | *27.0%* | *27.8%* | | *18.4%* | *47.7%* |
| *Q/Q % Growth* | *6.7%* | *7.3%* | | *7.0%* | *-0.6%* |
| **Gross Margin** | 74.7% | 76.4% | | 75.8% | 82.3% |
| **Non-GAAP Operating Margin** | 4.3% | 1.8% | | 4.1% | 16.4% |
| **Non-GAAP Net Income** | $2,238 | $857 | | $1,718 | $5,851 |
| **Operating Cash Flow** | $19 | $15,260 | | ($889) | $11,264 |
| **Free Cash Flow** | ($2,977) | $14,515 | | ($3,427) | $10,782 |

Source: Company reports, Truist Securities estimates

| Revenue ($M) | 2021A | 2022E | | | 2023E | | |
|---|---|---|---|---|---|---|---|
| FYE Dec | | New | Old | Cons | New | Old | Cons |
| Q1 | $36 | $43 | -- | -- | $52 | *$60* | -- |
| Q2 | $36 | $46 | -- | -- | $53 | *$61* | -- |
| Q3 | $37 | $47 | *$51* | -- | $57 | *$64* | -- |
| Q4 | $40 | $49 | *$57* | -- | $62 | *$67* | -- |
| Year | $149 | $183 | *$196* | $196 | $224 | *$252* | $249 |
| EV/Sales | 12.7x | 10.4x | | | 8.5x | | |

SEE PAGE 7 FOR REQUIRED DISCLOSURE INFORMATION

**Truist Securities**

**Commentary Around the Subway Roll-off & Macro Dynamics.** During the call, Olo announced that there has been a change in the company's relationship with sandwich vendor Subway. The chain deployed the Rails module 2020 to approximately 15,000 stores. As a result of certain Subway locations directly integrating with marketplaces, 2,500 active locations have rolled-off of Olo's platform as of the end of 2Q22.

It is typically not a good look for enterprise SaaS companies, or vertical SaaS companies for that matter, to have a large customer attrite. In the case of Subway and disclosure they could be fully leaving the Olo platform, we believe the actual impact to the business and revenue is much more manageable, considering: 1) Subway had only subscribed to the company's Rails marketplace integration capabilities, not the company's flagship Ordering product or other modules across the platform 2) overall ARPU should actually normalize at higher level post departure of Subway and 3) Subway is doing something unique and is trying to build and manage their own proprietary ordering and marketplace integration tech stack. That is not the norm and represents a much smaller part of the TAM versus adoption of commercial SaaS solutions, in our opinion. Additionally, the company had already accounted for Subway revenue to go away as we move into 2H22. We believe the reduced revenue in our model is associated with macro, as explained earlier. We believe this situation doesn't cloud Olo's strong market leadership in on-demand commerce in the enterprise part of the restaurant tech market.

Also important, the company discussed that the restaurant industry is facing macroeconomic challenges that are resulting in brand and operational pressures leading to elongating sales cycles as well as a slowdown in solution deployments. The company expects these trends to continue throughout the remainder of the year and therefore have factored in lower expectations for net new deployments and revenue in 2H22.

**Key Metrics.** Olo finished the quarter with approximately 82,000 active locations, representing an 11% y/y increase while being flat sequentially. ARPU increased 12% y/y and increased 5% sequentially to approximately $544 as the company is seeing further solution expansion into its existing customer base as well as an inorganic lift from the Subway locations roll-off. ARPU in the quarter was above our ARPU estimate of $539. Net revenue retention in the quarter was 106%, inclusive of a 500 basis point headwind as a result of the Subway churn.

**3Q22 & Updated FY22 Guidance; Model Revisions.** The company provided guidance for 3Q22 as well as updated its FY22 guidance, guiding both revenue and non-GAAP operating income lower than previously expected. For 3Q, total revenue is expected to be in the range of $46.5 - $47.0 million, with non-GAAP operating income expected to be in the range of $1.8 - $2.2 million.

For FY22, total revenue is expected to be in the range of $183 - $184 million, lower than the previous guidance of $195.0 - $197.0 million. Non-GAAP operating income was guided to the range of $7.6 - $8.4 million, representing an operating margin of 4.4% at the midpoint. This is slightly lower than the previous guidance of $7.6 - $9.2 million.

With regards to our model estimates, active locations and ARPU get noisy in FY23 as a result of the Subway location attrition. We have modeled the remaining 12,500 Subway locations exiting the platform in FY23. The location attrition as well as new product adoption from other brands leads to materially higher ARPU that year. We believe when analyzing these metrics, it is important to note that due to the Subway locations only using the Rails module, ARPU for these locations is about 1/3rd of the ARPU of an average location from a different brand on the Olo platform.

**Figure 2 - Financial Model Revisions**
*($000s, except per share data)*

TRUIST HH
**Truist Securities**

| | Before 3Q22E | After 3Q22E | Before FY22E | After FY22E | Before FY23E | After FY23E |
|---|---|---|---|---|---|---|
| Platform Revenue | $49,532 | $45,369 | $191,118 | $178,843 | $246,200 | $219,106 |
| *Y/Y % Growth* | *37.3%* | *25.7%* | *32.3%* | *23.8%* | *28.8%* | *22.5%* |
| *Q/Q % Growth* | | | | | | |
| Services Revenue | $1,310 | $1,148 | $5,122 | $4,649 | $5,465 | $4,791 |
| *Y/Y % Growth* | *0.3%* | *-12.1%* | *4.1%* | *-5.5%* | *6.7%* | *3.0%* |
| *Q/Q % Growth* | | | | | | |
| Total Revenue | $50,841 | $46,517 | $196,240 | $183,492 | $251,665 | $223,897 |
| *Y/Y % Growth* | *36.0%* | *24.4%* | *31.4%* | *22.8%* | *28.2%* | *22.0%* |
| *Q/Q % Growth* | | | | | | |
| Non-GAAP Gross Margin | 81.3% | 76.0% | 79.4% | 76.3% | 80.9% | 77.7% |
| Non-GAAP Operating Income | $2,850 | $2,013 | $8,475 | $8,042 | $16,892 | $13,337 |
| Non-GAAP Operating Margin | 5.6% | 4.3% | 4.3% | 4.4% | 6.7% | 6.0% |
| Non-GAAP EPS | $0.02 | $0.01 | $0.05 | $0.05 | $0.10 | $0.09 |
| Operating Cash Flow | $1,771 | $70 | $14,920 | $155 | $22,082 | $10,011 |
| Free Cash Flow | $1,016 | ($685) | $10,117 | ($6,899) | $19,007 | $6,936 |

Source: Company reports, Truist Securities estimates

**Valuation.** We maintain our Buy rating although we are lowering our price target to $16. We owe our lower price target to a reduced revenue outlook as well as uncertainty around a weakening macro environment and a large customer migrating off the platform creating noise amongst the model drivers. We still believe Olo represents an attractive secular growth story associated with digital hospitality adoption. Our price target of $16 is based on our DCF assumptions consisting of long-term revenue growth CAGR of 29% (from 34%), 27% terminal FCF margin (from 30%), 11x terminal FCF multiple, a terminal growth rate of 6%, and 10.0% WACC.

Truist Securities

**Figure 3 - Olo Valuation Analysis**

*($ in millions)*

|  | 2021 | 2022E | 2023E |
|---|---|---|---|
| Sales | $ 149.4 | $ 183.5 | $ 223.9 |
| *EV/Sales* | *12.9x* | *10.5x* | *8.6x* |
| Operating Cash Flow (OCF) | $ 16.3 | $ 0.2 | $ 10.0 |
| *EV/OCF* | *N/M* | *N/M* | *N/M* |
| Free Cash Flow (FCF) | $ 14.4 | $ (6.9) | $ 6.9 |
| *EV/FCF* | *N/M* | *N/M* | *N/M* |

Note: Enterprise Value (EV) based on closing stock price as of August 11, 2022

Source: Company reports, Truist Securities estimates

**TRUIST** ⊞
**Truist Securities**

## Olo Income Statement

*($000s, except per share data; fiscal year ends December)*

Terry Tillman
**Truist Securities**
Terry.Tillman@Truist.com | 404-926-5362

| | FYE 2018 | FYE 2019 | FYE 2020 | 1Q21 Mar-21 | 2Q21 Jun-21 | 3Q21 Sep-21 | 4Q21 Dec-21 | FYE 2021 | 1Q22 Mar-22 | 2Q22 Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | FYE 2022E | FYE 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| Platform Revenue | $28,319 | $45,120 | $92,764 | $34,923 | $34,526 | $36,084 | $38,913 | $144,446 | $41,466 | $44,538 | $45,369 | $47,470 | $178,843 | $219,106 |
| *Y/Y % Change* | | *59.3%* | *105.6%* | *135.8%* | *53.3%* | *37.7%* | *33.1%* | *55.7%* | *18.7%* | *29.0%* | *25.7%* | *22.0%* | *23.8%* | *22.5%* |
| *Q/Q % Change* | | | | *19.4%* | *-1.1%* | *4.5%* | *7.8%* | | *6.6%* | *7.4%* | *1.9%* | *4.6%* | | |
| Services Revenue | 3,480 | 5,571 | 5,660 | 1,200 | 1,370 | 1,306 | 1,046 | 4,922 | 1,290 | 1,063 | 1,148 | 1,148 | 4,649 | 4,791 |
| *Y/Y % Change* | | *60.1%* | *1.6%* | *-4.8%* | *-23.3%* | *-0.1%* | *-20.0%* | *-13.0%* | *7.5%* | *-22.4%* | *-12.1%* | *9.8%* | *-5.5%* | *3.0%* |
| *Q/Q % Change* | | | | *-8.2%* | *14.2%* | *-4.7%* | *-19.9%* | | *23.3%* | *-17.6%* | *8.0%* | *0.0%* | | |
| **Total Revenue** | 31,799 | $50,691 | $98,424 | $36,123 | $35,896 | $37,390 | $39,959 | $149,368 | $42,756 | $45,601 | $46,517 | $48,618 | $183,492 | $223,897 |
| *Y/Y % Change* | | *59.4%* | *94.2%* | *124.8%* | *47.7%* | *35.9%* | *30.8%* | *51.8%* | *18.4%* | *27.0%* | *24.4%* | *21.7%* | *22.8%* | *22.0%* |
| *Q/Q % Change* | | | | *18.3%* | *-0.6%* | *4.2%* | *6.9%* | | *7.0%* | *6.7%* | *2.0%* | *4.5%* | | |
| Cost of Platform Revenue | 8,312 | 11,559 | 13,462 | 5,034 | 5,298 | 5,732 | 6,215 | 22,279 | 8,844 | 10,327 | 10,208 | 9,494 | 38,873 | 46,012 |
| *Gross Margin* | *70.6%* | *74.4%* | *85.5%* | *85.6%* | *84.7%* | *84.1%* | *84.0%* | *84.6%* | *78.7%* | *76.8%* | *77.5%* | *80.0%* | *78.3%* | *79.0%* |
| Cost of Services Revenue | 2,061 | 3,619 | 4,211 | 1,128 | 1,052 | 1,642 | 1,143 | 4,965 | 1,519 | 1,229 | 947 | 947 | 4,642 | 4,000 |
| *Gross Margin* | *40.8%* | *35.0%* | *25.6%* | *6.0%* | *23.2%* | *-25.7%* | *-9.3%* | *-0.9%* | *-17.8%* | *-15.6%* | *17.5%* | *17.5%* | *0.1%* | *16.5%* |
| **Total Cost of Revenue** | 10,373 | 15,178 | 17,672 | 6,162 | 6,350 | 7,374 | 7,358 | 27,244 | 10,363 | 11,556 | 11,155 | 10,441 | 43,515 | 50,013 |
| **Gross Profit** | $21,426 | $35,513 | $80,752 | $29,961 | $29,546 | $30,242 | $32,601 | $122,124 | $32,393 | $34,045 | $35,362 | $38,177 | $139,977 | $173,885 |
| *Total Gross Margin* | *67.4%* | *70.1%* | *82.0%* | *82.9%* | *82.3%* | *80.9%* | *81.6%* | *81.8%* | *75.8%* | *74.7%* | *76.0%* | *78.5%* | *76.3%* | *77.7%* |
| Research and Development | 15,714 | 20,873 | 31,410 | 11,004 | 11,431 | 11,915 | 12,860 | 47,210 | 12,799 | 13,773 | 14,324 | 15,327 | 56,223 | 68,251 |
| *% of Revenue* | *49.4%* | *41.2%* | *31.9%* | *30.5%* | *31.8%* | *31.9%* | *32.2%* | *31.6%* | *29.9%* | *30.2%* | *30.8%* | *31.5%* | *30.6%* | *30.5%* |
| *Y/Y % Change* | | *32.8%* | *50.5%* | *57.8%* | *55.7%* | *59.8%* | *33.5%* | *50.3%* | *16.3%* | *20.5%* | *20.2%* | *19.2%* | *19.1%* | *21.4%* |
| *Q/Q % Change* | | | | *14.2%* | *3.9%* | *4.2%* | *7.9%* | | *-0.5%* | *7.6%* | *4.0%* | *7.0%* | | |
| Sales and Marketing | 3,884 | 6,131 | 8,169 | 3,448 | 3,165 | 4,216 | 4,581 | 15,410 | 6,070 | 7,167 | 7,454 | 8,050 | 28,741 | 36,713 |
| *% of Revenue* | *12.2%* | *12.1%* | *8.3%* | *9.5%* | *8.8%* | *11.3%* | *11.5%* | *10.3%* | *14.2%* | *15.7%* | *16.0%* | *16.6%* | *15.7%* | *16.4%* |
| *Y/Y % Change* | | *57.9%* | *33.2%* | *54.3%* | *81.6%* | *123.0%* | *99.1%* | *88.6%* | *76.0%* | *126.4%* | *76.8%* | *75.7%* | *86.5%* | *27.7%* |
| *Q/Q % Change* | | | | *49.9%* | *-8.2%* | *33.2%* | *8.7%* | | *32.5%* | *18.1%* | *4.0%* | *8.0%* | | |
| General and Administrative | 6,413 | 8,665 | 19,382 | 9,470 | 9,073 | 9,038 | 10,877 | 38,458 | 11,778 | 11,126 | 11,571 | 12,497 | 46,972 | 55,583 |
| *% of Revenue* | *20.2%* | *17.1%* | *19.7%* | *26.2%* | *25.3%* | *24.2%* | *27.2%* | *25.7%* | *27.5%* | *24.4%* | *24.9%* | *25.7%* | *25.6%* | *24.8%* |
| *Y/Y % Change* | | *35.1%* | *123.7%* | *120.2%* | *117.5%* | *88.8%* | *77.7%* | *98.4%* | *24.4%* | *22.6%* | *28.0%* | *14.9%* | *22.1%* | *18.3%* |
| *Q/Q % Change* | | | | *54.7%* | *-4.2%* | *-0.4%* | *20.3%* | | *8.3%* | *-5.5%* | *4.0%* | *8.0%* | | |
| Total Operating Expenses | 26,011 | 35,669 | 58,961 | 23,922 | 23,669 | 25,169 | 28,318 | 101,078 | 30,647 | 32,066 | 33,349 | 35,873 | 131,935 | 160,548 |
| **Non-GAAP Operating Income** | ($4,585) | ($156) | $21,791 | $6,039 | $5,877 | $5,073 | $4,283 | $21,046 | $1,746 | $1,979 | $2,013 | $2,304 | $8,042 | $13,337 |
| *Operating Margin* | *-14.4%* | *-0.3%* | *22.1%* | *16.7%* | *16.4%* | *13.6%* | *10.7%* | *14.1%* | *4.1%* | *4.3%* | *4.3%* | *4.7%* | *4.4%* | *6.0%* |
| Stock-Based Compensation | 4,196 | 4,826 | 5,380 | 8,249 | 8,148 | 7,867 | 8,463 | 32,727 | 12,078 | 11,640 | 11,000 | 11,100 | 45,818 | 45,400 |
| Other Non-Operating Items | - | 108 | 316 | 5,263 | 138 | 8,463 | 2,657 | 16,521 | 2,570 | 2,271 | 2,500 | 2,550 | 9,891 | 10,700 |
| GAAP Income from Operations | (8,781) | (5,090) | 16,095 | (7,473) | (2,409) | (11,257) | (6,837) | (28,202) | (12,902) | (11,932) | (11,487) | (11,346) | (47,667) | (42,763) |
| Other Income (Expense) Non-GAAP | (2,754) | (3,141) | (130) | (32) | 10 | (14) | 100 | 64 | 58 | 494 | 494 | 494 | 1,540 | 1,976 |
| Other Income (Expense) GAAP | (2,754) | (3,141) | (12,843) | (18,962) | 10 | (14) | 100 | (18,866) | 58 | 494 | 494 | 494 | 1,540 | 1,976 |
| Pre-Tax Income (Non-GAAP) | (1,831) | (3,297) | 21,662 | 6,007 | 5,887 | 5,059 | 4,383 | 21,110 | 1,804 | 2,473 | 2,507 | 2,798 | 9,582 | 15,313 |
| GAAP Pre-Tax Income | (11,535) | (8,231) | 3,252 | (26,435) | (2,399) | (11,271) | (6,737) | (47,068) | (12,844) | (11,438) | (10,993) | (10,852) | (46,127) | (40,787) |
| Taxes (Non-GAAP) | 17 | 27 | 189 | 36 | 36 | 37 | 230 | 339 | 86 | 235 | 40 | 40 | 401 | (800) |
| *Tax Rate* | *-0.9%* | *-0.8%* | *0.9%* | *0.6%* | *0.6%* | *0.7%* | *5.2%* | *1.6%* | *4.8%* | *9.5%* | *1.6%* | *1.4%* | *4.2%* | *-5.2%* |
| Taxes (GAAP Basis) | 17 | 27 | 189 | 36 | 36 | 37 | (4,666) | (4,557) | (1,335) | 235 | 40 | 40 | (1,020) | (800) |
| *Tax Rate* | *-0.1%* | *-0.3%* | *5.8%* | *-0.1%* | *-1.5%* | *-0.3%* | *69.3%* | *9.7%* | *10.4%* | *-2.1%* | *-0.4%* | *-0.4%* | *2.2%* | *2.0%* |
| **Non-GAAP Net Income** | ($1,848) | ($3,324) | $21,472 | $5,971 | $5,851 | $5,022 | $4,153 | $20,771 | $1,718 | $2,238 | $2,467 | $2,758 | $9,181 | $16,113 |
| *Net Margin* | *-5.8%* | *-6.6%* | *21.8%* | *16.5%* | *16.3%* | *13.4%* | *10.4%* | *13.9%* | *4.0%* | *4.9%* | *5.3%* | *5.7%* | *5.0%* | *7.2%* |
| GAAP Net Income | (11,552) | (8,258) | 3,063 | (26,471) | (2,435) | (11,308) | (2,071) | (42,285) | (11,509) | (11,673) | (11,033) | (10,892) | (45,107) | (39,987) |
| *Net Margin* | *-36.3%* | *-16.3%* | *3.1%* | *-73.3%* | *-6.8%* | *-30.2%* | *-5.2%* | *-28.3%* | *-26.9%* | *-25.6%* | *-23.7%* | *-22.4%* | *-24.6%* | *-17.9%* |
| Non-GAAP Basic Shares | | | 118.597 | 41.856 | 147.511 | 148.453 | 154.591 | 150.185 | 159.190 | 160.429 | 159.298 | 160.875 | 159.948 | 165.388 |
| Non-GAAP Diluted Shares | | | 144.553 | 185.455 | 183.575 | 185.086 | 185.477 | 184.898 | 183.263 | 181.859 | 182.223 | 182.497 | 182.461 | 184.421 |
| **Non-GAAP EPS - Diluted** | | | $0.15 | $0.03 | $0.03 | $0.03 | $0.02 | $0.11 | $0.01 | $0.01 | $0.01 | $0.02 | $0.05 | $0.09 |

Source: Company reports; Truist Securities estimates

Note: Our estimates reflect the adoption of the ASC 606 standard beginning 1Q18. Earlier periods have not been restated

**Truist Securities**

TRUIST ⊞⊞
**Truist Securities**

**Olo Balance Sheet**

**Terry Tillman**

*($000s, except per share data; fiscal year ends December)*

**Truist Securities**

Terry.Tillman@Truist.com | 404-926-5362

| | Dec-18 | Dec-19 | Dec-20 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Mar-22 | Jun-22 | Sep-22E | Dec-22E | Dec-23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | |
| Cash and Equivalents | $9,640 | $10,935 | $75,756 | $586,566 | $575,236 | $597,742 | $514,445 | $463,733 | $460,205 | 459,520 | $459,710 | $466,646 |
| Accounts Receivable | 7,664 | 14,730 | 45,667 | 47,944 | 39,702 | 40,392 | 42,319 | 47,410 | 41,649 | 52,564 | 57,855 | 79,689 |
| Deferred Offering Costs | - | - | 2,717 | - | - | 2,175 | 2,567 | 2,551 | 2,642 | 2,326 | 2,431 | 3,733 |
| Other Current Assets | 2,847 | 3,236 | 4,809 | 5,396 | 9,386 | 5,669 | 6,286 | 10,237 | 8,716 | 8,838 | 8,265 | 9,457 |
| Total Current Assets | 20,151 | 28,901 | 128,949 | 639,906 | 624,324 | 645,978 | 565,617 | 523,931 | 513,212 | 523,249 | 528,262 | 559,525 |
| Property and Equipment, Net | 503 | 1,531 | 2,241 | 2,206 | 2,485 | 2,843 | 3,304 | 5,873 | 8,992 | 9,365 | 9,727 | 11,211 |
| Deferred Offering Costs, Noncurrent | - | 290 | - | 3,351 | - | 3,595 | - | 3,390 | 4,003 | 4,003 | 4,003 | 4,003 |
| Other Noncurrent Assets | 1,836 | 2,424 | 3,894 | 908 | 4,460 | 1,500 | 186,955 | 251,117 | 254,055 | 254,055 | 254,055 | 254,055 |
| **Total Assets** | **$22,490** | **$33,146** | **$135,084** | **$646,371** | **$631,269** | **$653,916** | **$755,876** | **$784,311** | **$780,262** | **$790,671** | **$796,047** | **$828,794** |
| **Liabilities and Stockholders' Equity:** | | | | | | | | | | | | |
| Accounts Payable | 2,762 | 6,201 | 10,117 | 6,151 | 1,763 | 5,293 | 2,184 | 3,360 | 2,098 | 3,256 | 3,403 | 4,355 |
| Accrued Expenses | 7,039 | 12,858 | 39,934 | 70,976 | 52,117 | 59,704 | 45,395 | 49,572 | 44,689 | 53,495 | 55,911 | 71,551 |
| Unearned Revenue | 637 | 707 | 1,403 | 1,016 | 626 | 1,372 | 1,190 | 3,924 | 3,231 | 1,209 | 1,264 | 1,307 |
| Other Current Liabilities | - | - | - | - | - | - | - | 2,594 | 2,630 | 2,630 | 2,630 | 2,630 |
| Warrant Liability | 4,216 | 7,021 | 17,610 | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | 14,654 | 26,787 | 69,064 | 78,143 | 54,506 | 66,369 | 48,769 | 59,450 | 52,648 | 60,590 | 63,208 | 79,843 |
| Line of Credit | 3,500 | 3,500 | - | - | - | - | - | - | - | - | - | - |
| Unearned Revenue, Noncurrent | 950 | 759 | - | 375 | 1,056 | 2,002 | 3,014 | 2,050 | 1,618 | 1,618 | 1,618 | 1,618 |
| Deferred Rent | 292 | 1,767 | 2,372 | 2,344 | 2,287 | 2,229 | 2,171 | 17,680 | 17,009 | 17,009 | 17,009 | 17,009 |
| Other Noncurrent Liabilities | - | - | 1,637 | 271 | 326 | 248 | 172 | 126 | 69 | 69 | 69 | 69 |
| **Total Liabilities** | **$19,396** | **$32,813** | **$73,073** | **$81,133** | **$58,175** | **$70,848** | **$54,126** | **$79,306** | **$71,344** | **$79,286** | **$81,904** | **$98,539** |
| Preferred Stock | 61,567 | 61,901 | 112,040 | - | - | - | - | - | - | - | - | - |
| Shareholders' Equity | (58,473) | (61,568) | (50,029) | 565,238 | 573,094 | 583,068 | 701,750 | 705,005 | 708,918 | 711,385 | 714,143 | 730,256 |
| **Total Liabilities and Shareholders' Equity** | **$22,490** | **$33,146** | **$135,084** | **$646,371** | **$631,269** | **$653,916** | **$755,876** | **$784,311** | **$780,262** | **$790,671** | **$796,047** | **$828,794** |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unearned Revenue** | 1,587 | 1,466 | 1,403 | 1,391 | 1,682 | 3,374 | 4,204 | 5,974 | 4,849 | 2,827 | 2,882 | 2,925 |
| *Y/Y % Change* | | *-7.6%* | *-4.3%* | *-31.4%* | *-11.4%* | *104.9%* | *199.6%* | *329.5%* | *188.3%* | *-16.2%* | *-31.4%* | *1.5%* |
| *Q/Q % Change* | | *-8.1%* | *-14.8%* | *-0.9%* | *20.9%* | *100.6%* | *24.6%* | *42.1%* | *-18.8%* | *-41.7%* | *1.9%* | *-0.1%* |
| Total Cash and Investments | $9,640 | $10,935 | $75,756 | $586,566 | $575,236 | $597,742 | $514,445 | $463,733 | $460,205 | $459,520 | $459,710 | $466,646 |
| Total Debt | $3,500 | $3,500 | - | - | - | - | - | - | - | - | - | - |
| Net Cash | $6,140 | $7,435 | $75,756 | $586,566 | $575,236 | $597,742 | $514,445 | $463,733 | $460,205 | $459,520 | $459,710 | $466,646 |

Source: Company reports, Truist Securities estimates

**Truist Securities**

TRUIST ⊞
**Truist Securities**

**Olo Cash Flow Statement**

*($000s, except per share data; fiscal year ends December)*

**Terry Tillman**
**Truist Securities**
**Terry.Tillman@Truist.com | 404-926-5362**

| | FYE 2018 | FYE 2019 | FYE 2020 | 1Q21 Mar-21 | 2Q21 Jun-21 | 3Q21 Sep-21 | 4Q21 Dec-21 | FYE 2021 | 1Q22 Mar-22 | 2Q22 Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | FYE 2022E | FYE 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities:** | | | | | | | | | | | | | | |
| GAAP Net Income | ($11,552) | ($8,258) | $10,932 | ($26,457) | ($2,435) | ($11,308) | (2,071) | ($42,271) | ($11,509) | ($11,673) | ($11,033) | ($10,892) | ($45,107) | ($39,987) |
| Depreciation and Amortization | 171 | 364 | 606 | 260 | 267 | 273 | 815 | 1,615 | 1,109 | 1,515 | 2,882 | 2,953 | 8,459 | 12,291 |
| Working Capital Changes | 326 | 2,455 | (1,154) | (1,986) | 5,134 | 5,879 | (12,350) | (3,323) | (2,051) | (1,901) | (2,779) | (2,205) | (8,936) | (7,693) |
| Other Non-Operating Items | 6,877 | 7,862 | 10,385 | 32,392 | 8,298 | 15,894 | 3,648 | 60,232 | 11,562 | 12,078 | 11,000 | 11,100 | 45,740 | 45,400 |
| **Cash Flow From Oper. Activities** | **($4,178)** | **$2,423** | **$20,768** | **$4,209** | **$11,264** | **$10,738** | **(9,956)** | **$16,253** | **($889)** | **$19** | **$70** | **$955** | **$155** | **$10,011** |
| **Investing Activities:** | | | | | | | | | | | | | | |
| Capital Expenditures | (195) | (573) | (576) | (178) | (482) | (53) | (69) | (782) | (76) | (333) | (350) | (355) | (1,114) | (1,475) |
| Capitalization of Software Development | - | (779) | (873) | - | - | (482) | (581) | (1,063) | (2,462) | (2,663) | (405) | (410) | (5,940) | (1,600) |
| Other/Acquisitions | - | - | 176 | - | - | - | (75,227) | (75,227) | (49,308) | (78,088) | - | - | (127,396) | - |
| **Cash Flow From Invest. Activities** | **($195)** | **($1,352)** | **($1,273)** | **($178)** | **($482)** | **($535)** | **($75,877)** | **($77,072)** | **($51,846)** | **($81,084)** | **($755)** | **($765)** | **($134,450)** | **($3,075)** |
| *Free Cash Flow  (CFFO - Capex - Cap Software)* | *($4,373)* | *$1,071* | *$19,319* | *$4,031* | *$10,782* | *$10,203* | *($10,606)* | *$14,408* | *($3,427)* | *($2,977)* | *($685)* | *$190* | *($6,899)* | *$6,936* |
| **Financing Activities:** | | | | | | | | | | | | | | |
| Stock Issuance | 931 | 225 | 49,352 | 488,032 | (2,491) | - | 17,835 | 503,376 | 2,249 | 4,029 | - | - | 6,278 | - |
| Debt Issuance/Repayment | 3,500 | - | (3,500) | - | - | - | - | - | (226) | (194) | - | - | (420) | - |
| Other Financing Activities | - | - | - | 18,747 | (19,619) | 12,303 | (15,299) | (3,868) | - | 167 | - | - | 167 | - |
| **Cash Flow From Fin. Activities** | **$4,431** | **$225** | **$45,852** | **$506,779** | **($22,110)** | **$12,303** | **$2,536** | **$499,508** | **$2,023** | **$4,002** | **-** | **-** | **$6,025** | **-** |
| **Net Change in Cash** | **$58** | **$1,296** | **$65,348** | **$510,810** | **($11,328)** | **$22,506** | **($83,297)** | **$438,689** | **($50,712)** | **($77,063)** | **($685)** | **$190** | **($128,270)** | **$6,936** |

Source: Company reports, Truist Securities estimates

**Truist Securities**

## Company Description

Olo Inc. (OLO) was founded in 2005 and is headquartered in New York City. Olo is a leading provider of on-demand commerce solutions focused on large restaurant brands. The company is predominately focused in the U.S. and it's customers include a broad swath of leading fast casual, casual dining, family dining, coffee & snack and quick service restaurant operators. The company currently has three major product modules that have seen widespread adoption, including Ordering, Dispatch and Rails. Importantly the company sells directly to brands in order to enhance commerce, fulfillment and overall digital experiences for their customers and is not a marketplace for consumers. The company has achieved significant growth at scale, including managing unprecedented online order volumes amid the pandemic. Olo reports working with 400 brands, powering on-demand commerce across 64,000 restaurant sites and managing 1.8 million orders per day with $14.6 billion in gross merchandise value (GMV) managed through its platform in 2020. Olo highlights its independence from many different back/middle/front-office restaurant technology solutions, including POS, and benefits from broad and deep levels of integration with well over 100-plus technology partners.

## Investment Thesis

We believe Olo represents an attractive vertical SaaS company helping transform the $659 billion U.S. restaurant industry with a differentiated enterprise-scale on-demand commerce platform. We believe Olo is well positioned to gain significant share over time with both large as well as growth-oriented, enterprise restaurant brands. The company often becomes a strategic partner to restaurants, helping them better develop and maximize direct digital relationships with their customers. We believe the company can continue achieving strong growth at scale while benefiting from a highly efficient customer acquisition model that leads to above average long-term margins and cash flow. Olo, in our opinion, represents a sustained growth compounder with transactional SaaS benefits and numerous emerging catalysts that could significantly expand its TAM over time. We rate the shares Buy.

## Valuation and Risks

**Valuation.** We maintain our Buy rating and price target of $16. We owe our revenue outlook to uncertainty around a weakening macro environment. We believe Olo represents an attractive secular growth story associated with digital hospitality adoption. Our price target of $16 is based on our DCF assumptions consisting of long-term revenue growth CAGR of 29% (from 34%), 27% terminal FCF margin (from 30%), 11x terminal FCF multiple, a terminal growth rate of 6%, and 10.0% WACC.

**Catalysts:** existing customer revenue expansion, winning new enterprise deals and emerging opportunities (Olo Pay, c-stores, move down market, international and data products).

**Risks:** Restaurant industry exposure, volatility related to transaction revenue, material weakness identified in internal control over financial reporting process, increased competition and concentrated shareholder voting power.

## Companies Mentioned in This Note
Subway (Private)

## Analyst Certification

I, Terry Tillman , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

**Rating and Price Target History for: Olo Inc. (OLO-US) as of 08-11-2022**

| 04/12/21 | 05/11/21 | 06/17/21 | 08/10/21 | 11/09/21 | 02/23/22 |
|----------|----------|----------|----------|----------|----------|
| I:BUY:$34 | BUY:$36 | BUY:$42 | BUY:$44 | BUY:$45 | BUY:$25 |

Created by: BlueMatrix

## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 08/11/2022):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 518 | 70.00% | Buy | 77 | 14.86% |
| Hold | 219 | 29.59% | Hold | 42 | 19.18% |
| Sell | 3 | 0.41% | Sell | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2022. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070