# EXHIBIT Y

EQUITY RESEARCH



Capital Markets

RBC Capital Markets, LLC
**Matthew Hedberg** (Analyst)
(612) 313-1293, matthew.hedberg@rbccm.com
**Dan Bergstrom** (Analyst)
(612) 313-1254, dan.bergstrom@rbccm.com
**Matthew Swanson** (Analyst)
(612) 313-1237, matthew.swanson@rbccm.com
**Anushtha Mittal** (Associate)
(347) 637-0003, anushtha.mittal@rbccm.com
**Simran Biswal** (Associate)
(646) 618-6894, simran.biswal@rbccm.com
**Rishi Jaluria** (Analyst)
(415) 633-8798, rishi.jaluria@rbccm.com

August 12, 2022

# Olo Inc.

## Difficult macros negatively impact guidance; Q2/22 review

**Our view:** Olo reported a bad quarter and guide due to macro pressures as management expects headwinds to persist throughout the year, causing them to reduce CY/22 revenue expectations by 6%. Most of the macro pressures were on longer deal cycles and delayed implementations vs lost deals as we believe the company has the ability to capture these deals in CY/23, which could point to revenue acceleration next year. Additionally, Subway will churn out all ~15K Rails locations, which was already embedded in prior guidance. While shares will be in the penalty box, we see LT value at after-market levels.

### Key points:

**All you need to know:** In an un-Olo like quarter, the company reported essentially in-line revenue and better profitability, but CY/22 revenue guidance was cut by $12.5M, or about 6% due to elongated sales cycles and slower restaurant deployments due to macro pressures such as labor challenges, margin pressures on food costs, supply chain constraints and overall recession fears. The result is +23% revenue growth expectations vs prior assumptions of +31%. Management believes they took a healthy cut to their revenue forecast and noted sales cycles and deployments started to slow in early Q2 as they assume no improvements this year. Additionally, they added ~3K gross locations in the qtr but churned out ~2.5K Subway locations as total locations were flat q/q at 82K (difference in adds vs churn was due to rounding vs non-Subway churn). As for Subway, which was an existing Rails customer for ~15K locations, we were disappointed to learn they will directly integrate to third party marketplaces and thus churn the remaining ~12.5K locations, which will hurt locations under management in Q1/23. Management already eliminated Subway from their revenue forecast at the start of the year so there is no incremental revenue downtick to Subway (i.e. the full $12.5M reduction was due to macro pressures), which historically contributed just under $3M in annual revenue and had an ARPU one-third the corporate average. Management doesn't believe there is another "Subway" in their list of customers, but we believe investors will push on this expectation during the quarter. On the bright side, management offered numerous data points on Olo Pay adoption and now expects Pay to contribute a few million in revenue this year. Additionally, management still expects to generate $8M in operating income, down only slightly from their prior $8.4M forecast. While the stock was off significantly in the after-market, at $9.50, we note shares trade at 5.9x our lowered CY/23 revenue estimate. Maintain our OP rating but reduce our PT to $12 from $17 on lowered estimates.

**Key metrics:** Olo noted 82K locations, +11% y/y and +0% q/q, adding +3K organic locations that was offset by Subway churn vs. +3K Q1/22. ARPU was $544, +12% y/y and +5% q/q. NRR was 106%, which is down/q from 107%, but ex-Subway location churn, NRR would have been 111%.

## Outperform

NYSE: OLO; USD 9.50
**Price Target USD 12.00** ↓ 17.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☐ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 6.00 | 9.50 | 12.00 | 20.00 |
| | ↓ 37% | | ↑ 26% | ↑ 111% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 188.6 | Market Cap (MM): | 1,792 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,261,207 |

Priced after market close 19:45 ET, 11 August 2022.

### RBC Estimates

| FY Dec | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| **Revenue** | 98.4 | 149.4 | 183.0 | 227.0 |
| Prev. | | | 195.0 | 245.0 |
| **EPS, Adj Diluted** | 0.14 | 0.11 | 0.04 | 0.09 |
| **P/AEPS** | 67.9x | NM | NM | NM |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2021 | 36.1A | 35.9A | 37.4A | 40.0A |
| 2022 | 42.8A | 45.6A | 46.5E | 48.1E |
| Prev. | | 45.8E | 50.8E | 55.8E |
| 2023 | 51.2E | 54.2E | 57.8E | 63.8E |
| Prev. | 56.8E | 58.8E | 62.3E | 67.3E |
| **EPS, Adj Diluted** | | | | |
| 2021 | 0.03A | 0.03A | 0.03A | 0.02A |
| 2022 | 0.01A | 0.01A | 0.01E | 0.01E |
| Prev. | | 0.00E | | 0.02E |
| 2023 | 0.02E | 0.03E | 0.02E | 0.02E |
| Prev. | | 0.02E | | 0.04E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**Disseminated: Aug 12, 2022 01:24EDT; Produced: Aug 12, 2022 01:24EDT**
**For Required Conflicts Disclosures, see page 9**

**Capital Markets**
**RBC**

<span style="float:right">**Olo Inc.**</span>

Exhibit 1 - Results vs. RBC estimates

| Revenue, EPS, and Margins | Jun-22A actual | est. | Delta | Y/Y | Q/Q |
|---|---|---|---|---|---|
| **Platform revenue** | **44.5** | **44.5** | **0.0** | **29.0%** | **7.4%** |
| Services revenue | 1.1 | 1.3 | -0.2 | -22.4% | -17.6% |
| **Total revenue** | **45.6** | **45.8** | **-0.1** | **27.0%** | **6.7%** |
| Gross margin | 74.7% | 80.2% | -557 bps | -765 bps | -110 bps |
| Sales and marketing | 7.2 | 6.2 | 1.0 | 126.4% | 18.1% |
| as % of revenue | 15.7% | 13.5% | 222 bps | 690 bps | 152 bps |
| General and administration | 11.1 | 12.8 | -1.7 | 22.6% | -5.5% |
| as % of revenue | 24.4% | 28.0% | -360 bps | -88 bps | -315 bps |
| Research and development | 13.8 | 16.9 | -3.2 | 20.5% | 7.6% |
| as % of revenue | 30.2% | 37.0% | -680 bps | -164 bps | 27 bps |
| Operating income | 2.0 | 0.8 | 1.2 | -66.3% | 13.3% |
| Operating margin | 4.3% | 1.7% | 261 bps | -1204 bps | 25 bps |
| Other income | 0.5 | 0.0 | 0.5 | 4840.0% | 751.7% |
| Taxes | 0.2 | 0.0 | 0.2 | 518.4% | 173.3% |
| Tax rate | 9.5% | 0.6% | 888 bps | 886 bps | 474 bps |
| **EPS** | **$0.01** | **$0.00** | **$0.01** | **-61%** | **31%** |
| Shares | 181.9 | 183.8 | -1.9 | -1% | -1% |
| **Balance Sheet and Cash Flow** | | | | | |
| DSO | 82 | 100 | -17 | -17 | -18 |
| Deferred revenue | 4.8 | 4.1 | 0.8 | 188.3% | -18.8% |
| Bookings | 44.5 | 43.8 | 0.6 | 22.9% | -0.1% |
| CFO | -4.2 | 5.3 | -9.5 | -137.0% | -226.4% |
| CFO per share | ($0.02) | $0.03 | -$0.05 | -137.3% | -227.4% |
| CAPEX | 2.1 | -0.3 | 2.5 | -541.7% | -183.9% |
| Free cash flow | -2.0 | 4.9 | -7.0 | -118.9% | -368.5% |
| Free cash flow per share | ($0.01) | $0.03 | -$0.04 | -119.1% | -370.6% |

$ in million except per share data

Source: Company reports and RBC Capital Markets estimates

## Additional call back notes

- Longer sales cycles and implementation delays started to come about in the early part of Q2/22 and continued through July. During this time, sales cycles have been taking almost 30% longer than typical. Deployments have mainly been hurt by increased approval needs and lack of time/resources to do so with franchised locations. Brands have less control over deployment cycles at that point, and resources at the franchisee level have been impacted by current macro issues like: supply chain issues, employment issues, and inflated input costs.
- The current pipeline is a mix of corporate owned and franchisee owned locations. Management feels their pipeline is strong, and they are not expecting cancellations just more delays if anything. This could push more sales into CY/23.
- Management feels they took the appropriate levels of conservatism, not anticipating an improvement in macros, and feels good about their new forecast.
- Assuming CY/22 revenue comes in at the low end of the guidance range (which is what we are modeling) at $183 million, that is +$33.6 million in incremental y/y revenue and +23% y/y growth. For CY/23 we are modeling revenue of $227 million, or +$44 million

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**RBC Capital Markets**

**Olo Inc.**

- in incremental revenue (+31% y/y) and +24% y/y growth, so a slight acceleration in total revenue growth.
- To be clear, the entire $12.5 million reduction in CY/22 revenue guidance was due to macros vs Subway.
- Subway was not included in the CY/22 guide as management wanted to stay conservative with them as they thought churning off Rails was a possibility. In terms of sizing Subway, we believe they contributed just under $3 million in CY/21 revenue. Management believes Subway is a 1-of-1 customer with their internal capabilities. That said, management believes there is still potential for Subway to be a customer of other Olo products and they continue to be in contact about those opportunities.
- The expectation is that the remaining ~12.5K Subway locations will fully roll-off in Q1/23 and will hit the active locations metric then.
- Therefore we believe net location adds could be around 2K in both Q3 and Q4/22 with location adds going negative in Q1/23 due to Subway.
- We believe based on product momentum as well as a new CRO, the company has the potential to accelerate revenue in CY/23.
- Despite all the discussion of macros, it was good to see CY/22 operating income guidance move only $400,000 lower.

## Q3/22 guidance

- Total revenue is expected to be $46.5 million to $47.0 million, or $46.75 million at the midpoint.  This compares to RBC's prior estimate and prior consensus at $51.0 million.
- Operating income is expected to be $1.8 million to $2.2 million, or $2.0 million at the midpoint.  This compares to RBC's prior estimate at $2.0 million and prior consensus at $2.4 million.

## CY/22 guidance

- Total revenue is expected to be $183 million to $184 million, or $183.5 million at the midpoint, implying revenue growth of +23%.  This compares to previous guidance of $195 million to $197 million, or $196 million at the midpoint, RBC's prior estimate at $195.0 million and prior consensus at $195.6 million.
- Operating income is expected to be $7.6 million to $8.4 million, or $8.0 million at the midpoint.  This compares to previous guidance of $7.6 million to $9.2 million, or $8.4 million at the midpoint, RBC's prior estimate at $8.2 million and prior consensus at $8.4 million.

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**RBC Capital Markets**

Olo Inc.

## Exhibit 2 - Revised vs. prior estimates

| Revenue, EPS, and Margins | Jun-21A | Sep-21A | Dec-21A | Mar-22A | Jun-22A actual | Jun-22A est. | Sep-22E new | Sep-22E prior | 2022E new | 2022E prior | 2023E new | 2023E prior |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Platform revenue** | **34.5** | **36.1** | **38.9** | **41.5** | **44.5** | **44.5** | **45.3** | **49.5** | **178.2** | **190.0** | **222.2** | **240.0** |
| Services revenue | 1.4 | 1.3 | 1.0 | 1.3 | 1.1 | 1.3 | 1.2 | 1.3 | 4.8 | 5.0 | 4.8 | 5.0 |
| **Total revenue** | **35.9** | **37.4** | **40.0** | **42.8** | **45.6** | **45.8** | **46.5** | **50.8** | **183.0** | **195.0** | **227.0** | **245.0** |
| Gross margin | 82.3% | 80.9% | 81.6% | 75.8% | 74.7% | 80.2% | 76.9% | 80.5% | 76.1% | 79.5% | 79.3% | 81.2% |
| Sales and marketing | 3.2 | 4.2 | 4.6 | 6.1 | 7.2 | 6.2 | 7.7 | 6.8 | 28.8 | 26.4 | 36.0 | 36.3 |
| as % of revenue | 8.8% | 11.3% | 11.5% | 14.2% | 15.7% | 13.5% | 16.5% | 13.4% | 15.7% | 13.5% | 15.9% | 14.8% |
| General and administration | 9.1 | 9.0 | 10.9 | 11.8 | 11.1 | 12.8 | 11.9 | 13.4 | 47.0 | 52.3 | 57.6 | 58.1 |
| as % of revenue | 25.3% | 24.2% | 27.2% | 27.5% | 24.4% | 28.0% | 25.5% | 26.5% | 25.7% | 26.8% | 25.4% | 23.7% |
| Research and development | 11.4 | 11.9 | 12.9 | 12.8 | 13.8 | 16.9 | 14.4 | 18.5 | 55.9 | 68.3 | 69.8 | 87.2 |
| as % of revenue | 31.8% | 31.9% | 32.2% | 29.9% | 30.2% | 37.0% | 31.0% | 36.5% | 30.5% | 35.0% | 30.8% | 35.6% |
| Operating income | 5.9 | 5.1 | 4.3 | 1.7 | 2.0 | 0.8 | 1.8 | 2.1 | 7.6 | 8.2 | 16.5 | 17.5 |
| Operating margin | 16.4% | 13.6% | 10.7% | 4.1% | 4.3% | 1.7% | 3.9% | 4.1% | 4.2% | 4.2% | 7.3% | 7.1% |
| Other income | 0.0 | 0.0 | 0.1 | 0.1 | 0.5 | 0.0 | 0.0 | 0.0 | 0.6 | 0.1 | 0.0 | 0.0 |
| Taxes | 0.0 | 0.0 | 0.2 | 0.1 | 0.2 | 0.0 | 0.0 | 0.0 | 0.3 | 0.1 | 0.1 | 0.1 |
| Tax rate | 0.6% | 0.7% | 5.2% | 4.8% | 9.5% | 0.6% | 0.5% | 0.5% | 4.2% | 1.5% | 0.5% | 0.5% |
| **EPS** | **$0.03** | **$0.03** | **$0.02** | **$0.01** | **$0.01** | **$0.00** | **$0.01** | **$0.01** | **$0.04** | **$0.04** | **$0.09** | **$0.09** |
| Shares | 183.6 | 185.1 | 185.5 | 183.3 | 181.9 | 183.8 | 182.4 | 184.3 | 182.6 | 184.0 | 184.1 | 186.0 |
| **Balance Sheet and Cash Flow** | | | | | | | | | | | | |
| DSO | 100 | 97 | 95 | 100 | 82 | 100 | 97 | 97 | | | | |
| Deferred revenue | 1.7 | 3.4 | 4.2 | 6.0 | 4.8 | 4.1 | 4.6 | 4.4 | 4.9 | 4.6 | 4.9 | 4.7 |
| Bookings | 36.2 | 39.1 | 40.8 | 44.5 | 44.5 | 43.8 | 46.3 | 51.1 | 183.7 | 195.4 | 227.0 | 245.2 |
| CFO | 11.3 | 10.7 | -10.0 | 3.3 | -4.2 | 5.3 | 10.7 | 4.9 | 13.2 | 13.8 | 25.6 | 14.6 |
| CFO per share | $0.06 | $0.06 | ($0.05) | $0.02 | ($0.02) | $0.03 | $0.06 | $0.03 | $0.07 | $0.07 | $0.14 | $0.08 |
| CAPEX | -0.5 | -0.5 | -0.7 | -2.5 | 2.1 | -0.3 | -0.5 | -0.4 | -1.4 | -3.6 | -2.0 | -1.5 |
| Free cash flow | 10.8 | 10.2 | -10.6 | 0.8 | -2.0 | 4.9 | 10.2 | 4.5 | 11.8 | 10.2 | 23.6 | 13.1 |
| Free cash flow per share | $0.06 | $0.06 | ($0.06) | $0.00 | ($0.01) | $0.03 | $0.06 | $0.02 | $0.06 | $0.06 | $0.13 | $0.07 |

$ in million except per share data

Source: Company reports and RBC Capital Markets estimates

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.


**Capital Markets** — RBC

**Olo Inc.**

| Ticker: OLO ($M) unless noted | Mar-20 | Jun-20 | Sep-20 | Dec-20A | Mar-21 | Jun-21 | Sep-21 | Dec-21A | Mar-22 | Jun-22 | Sep-22E | Dec-22E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | | | |
| Platform revenue | 14.808 | 22.520 | 26.197 | 29.240 | 34.923 | 34.526 | 36.084 | 38.913 | 41.466 | 44.538 | 45.300 | 46.943 | 50.000 | 53.000 | 56.625 | 62.550 | 92.765 | 144.446 | 178.247 | 222.175 |
| Services revenue | 1.260 | 1.785 | 1.307 | 1.307 | 1.200 | 1.370 | 1.306 | 1.046 | 1.290 | 1.063 | 1.200 | 1.200 | 1.200 | 1.200 | 1.200 | 1.200 | 5.659 | 4.922 | 4.753 | 4.800 |
| Total revenue | 16.068 | 24.305 | 27.504 | 30.547 | 36.123 | 35.896 | 37.390 | 39.959 | 42.756 | 45.601 | 46.500 | 48.143 | 51.200 | 54.200 | 57.825 | 63.750 | 98.424 | 149.368 | 183.000 | 226.975 |
| Platform cost of revenue | 3.288 | 2.982 | 3.379 | 3.813 | 5.033 | 5.298 | 5.732 | 6.215 | 8.844 | 10.327 | 9.513 | 9.858 | 9.500 | 10.070 | 10.759 | 11.885 | 13.462 | 22.278 | 38.542 | 42.213 |
| Services cost of revenue | 0.860 | 1.095 | 1.164 | 1.092 | 1.128 | 1.052 | 1.416 | 1.143 | 1.519 | 1.229 | 1.236 | 1.236 | 1.188 | 1.188 | 1.188 | 1.188 | 4.211 | 4.739 | 5.220 | 4.752 |
| Total cost of revenue | 4.148 | 4.077 | 4.543 | 4.905 | 6.161 | 6.350 | 7.148 | 7.358 | 10.363 | 11.556 | 10.749 | 11.094 | 10.688 | 11.258 | 11.947 | 13.073 | 17.673 | 27.017 | 43.762 | 46.965 |
| Platform gross income | 11.520 | 19.538 | 22.818 | 25.427 | 29.890 | 29.228 | 30.352 | 32.698 | 32.622 | 34.211 | 35.787 | 37.085 | 40.500 | 42.930 | 45.866 | 50.666 | 79.303 | 122.168 | 139.705 | 179.962 |
| Services gross income | 0.400 | 0.690 | 0.143 | 0.215 | 0.072 | 0.318 | (0.110) | (0.097) | (0.229) | (0.166) | (0.036) | (0.036) | 0.012 | 0.012 | 0.012 | 0.012 | 1.448 | 0.183 | (0.467) | 0.048 |
| Gross income | 11.920 | 20.228 | 22.961 | 25.642 | 29.961 | 29.546 | 30.242 | 32.601 | 32.393 | 34.045 | 35.751 | 37.049 | 40.512 | 42.942 | 45.878 | 50.678 | 80.751 | 122.350 | 139.238 | 180.010 |
| Sales and marketing | 2.234 | 1.743 | 1.891 | 2.301 | 3.448 | 3.165 | 4.216 | 4.581 | 6.070 | 7.167 | 7.673 | 7.877 | 8.192 | 8.401 | 9.252 | 10.200 | 8.169 | 15.410 | 28.786 | 36.045 |
| Research and development | 6.974 | 7.343 | 7.457 | 9.636 | 11.004 | 11.431 | 11.915 | 12.860 | 12.799 | 13.773 | 14.415 | 14.876 | 15.872 | 16.260 | 17.926 | 19.763 | 31.410 | 47.210 | 55.863 | 69.820 |
| General and administrative | 4.301 | 4.172 | 4.786 | 6.122 | 9.470 | 9.073 | 9.038 | 10.877 | 11.778 | 11.126 | 11.858 | 12.228 | 13.056 | 13.550 | 14.745 | 16.256 | 19.381 | 38.458 | 46.990 | 57.608 |
| Operating expenses | 13.509 | 13.258 | 14.134 | 18.059 | 23.922 | 23.669 | 25.169 | 28.318 | 30.647 | 32.066 | 33.945 | 34.981 | 37.120 | 38.211 | 41.923 | 46.219 | 58.960 | 101.078 | 131.639 | 163.473 |
| Operating income | (1.590) | 6.970 | 8.827 | 7.584 | 6.039 | 5.878 | 5.073 | 4.283 | 1.747 | 1.979 | 1.806 | 2.068 | 3.392 | 4.731 | 3.955 | 4.459 | 21.791 | 21.273 | 7.600 | 16.535 |
| Other income | (0.035) | (0.104) | (0.003) | 0.013 | (0.032) | 0.010 | (0.015) | 0.100 | 0.058 | 0.494 | - | - | - | - | - | - | (0.129) | 0.063 | 0.552 | - |
| Pretax income | (1.625) | 6.866 | 8.824 | 7.597 | 6.007 | 5.888 | 5.058 | 4.383 | 1.805 | 2.473 | 1.806 | 2.068 | 3.392 | 4.731 | 3.955 | 4.459 | 21.662 | 21.336 | 8.152 | 16.537 |
| Taxes | 0.047 | 0.047 | 0.047 | 0.047 | 0.036 | 0.038 | 0.036 | 0.230 | 0.086 | 0.235 | 0.010 | 0.011 | 0.024 | 0.027 | 0.020 | 0.021 | 0.188 | 0.340 | 0.341 | 0.091 |
| Net income | (1.672) | 6.818 | 8.777 | 7.549 | 5.971 | 5.849 | 5.022 | 4.153 | 1.719 | 2.238 | 1.796 | 2.057 | 3.368 | 4.704 | 3.936 | 4.438 | 21.472 | 20.995 | 7.810 | 16.446 |
| Earnings per share | ($0.01) | $0.05 | $0.06 | $0.05 | $0.03 | $0.03 | $0.03 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.02 | $0.03 | $0.02 | $0.02 | $0.14 | $0.11 | $0.04 | $0.09 |
| Diluted shares outstanding | 146.504 | 149.246 | 153.194 | 158.439 | 185.455 | 183.575 | 185.086 | 185.477 | 183.263 | 181.859 | 182.359 | 182.859 | 183.359 | 183.859 | 184.359 | 184.859 | 151.846 | 184.898 | 182.585 | 184.109 |
| **KEY METRICS** | | | | | | | | | | | | | | | | | | | | |
| DSO | 144 | 170 | 146 | 134 | 119 | 100 | 97 | 95 | 100 | 82 | 97 | 95 | 100 | 82 | 97 | 95 | | | | |
| Cash | 29.436 | 55.901 | 60.205 | 75.756 | 586.566 | 575.236 | 597.742 | 514.445 | 463.733 | 460.205 | 475.591 | 481.908 | 489.253 | 509.994 | 517.641 | 521.236 | 75.756 | 514.445 | 481.908 | 521.236 |
| Deferred revenue | 1.890 | 1.365 | 1.129 | 1.020 | 1.391 | 1.682 | 3.374 | 4.204 | 5.974 | 4.849 | 4.600 | 4.907 | 5.083 | 4.860 | 4.862 | 4.928 | 1.020 | 4.204 | 4.907 | 4.928 |
| Billings | 16.492 | 23.781 | 27.267 | 30.439 | 36.494 | 36.187 | 39.082 | 40.789 | 44.526 | 44.476 | 46.251 | 48.450 | 51.376 | 53.977 | 57.828 | 63.816 | 97.978 | 152.552 | 183.703 | 226.996 |
| Cash flow from operations | 2.821 | (3.811) | 4.380 | 17.377 | 4.209 | 11.262 | 10.738 | (9.956) | 3.297 | (4.167) | 10.670 | 3.372 | 4.174 | 17.158 | 4.044 | 0.269 | 20.767 | 16.253 | 13.172 | 25.645 |
| Cash flow per share | $0.02 | ($0.03) | $0.03 | $0.11 | $0.02 | $0.06 | $0.06 | ($0.05) | $0.02 | ($0.02) | $0.06 | $0.02 | $0.02 | $0.09 | $0.02 | $0.00 | $0.13 | $0.09 | $0.07 | $0.14 |
| Capital expenditures | (0.069) | (0.039) | (0.129) | (0.163) | (0.178) | (0.482) | (0.535) | (0.650) | (2.538) | 2.129 | (0.500) | (0.500) | (0.500) | (0.500) | (0.500) | (0.500) | (0.400) | (1.845) | (1.409) | (2.000) |
| Free cash flow | 2.752 | (3.850) | 4.251 | 17.214 | 4.031 | 10.780 | 10.203 | (10.606) | 0.759 | (2.038) | 10.170 | 2.872 | 3.674 | 16.658 | 3.544 | (0.231) | 20.367 | 14.408 | 11.763 | 23.645 |
| Free cash flow per share | $0.02 | ($0.03) | $0.03 | $0.11 | $0.02 | $0.06 | $0.06 | ($0.06) | $0.00 | ($0.01) | $0.06 | $0.02 | $0.02 | $0.09 | $0.02 | ($0.00) | $0.13 | $0.08 | $0.06 | $0.13 |
| **PERCENT OF REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Platform revenue | 92.2% | 92.7% | 95.2% | 95.7% | 96.7% | 96.2% | 96.5% | 97.4% | 97.0% | 97.7% | 97.4% | 97.5% | 97.7% | 97.8% | 97.9% | 98.1% | 94.3% | 96.7% | 97.4% | 97.9% |
| Services revenue | 7.8% | 7.3% | 4.8% | 4.3% | 3.3% | 3.8% | 3.5% | 2.6% | 3.0% | 2.3% | 2.6% | 2.5% | 2.3% | 2.2% | 2.1% | 1.9% | 5.7% | 3.3% | 2.6% | 2.1% |
| Gross margin | 74.2% | 83.2% | 83.5% | 83.9% | 82.9% | 82.3% | 80.9% | 81.6% | 75.8% | 74.7% | 76.9% | 77.0% | 79.1% | 79.2% | 79.3% | 79.5% | 82.0% | 81.9% | 76.1% | 79.3% |
| Sales and marketing | 13.9% | 7.2% | 6.9% | 7.5% | 9.5% | 8.8% | 11.3% | 11.5% | 14.2% | 15.7% | 16.5% | 16.4% | 16.0% | 15.5% | 16.0% | 16.0% | 8.3% | 10.3% | 15.7% | 15.9% |
| Research and development | 43.4% | 30.2% | 27.1% | 31.5% | 30.5% | 31.8% | 31.9% | 32.2% | 29.9% | 30.2% | 31.0% | 30.9% | 31.0% | 30.0% | 31.0% | 31.0% | 31.9% | 31.6% | 30.5% | 30.8% |
| General and administrative | 26.8% | 17.2% | 17.4% | 20.0% | 26.2% | 25.3% | 24.2% | 27.2% | 27.5% | 24.4% | 25.5% | 25.4% | 25.5% | 25.0% | 25.5% | 25.5% | 19.7% | 25.7% | 25.7% | 25.4% |
| Operating margin | -9.9% | 28.7% | 32.1% | 24.8% | 16.7% | 16.4% | 13.6% | 10.7% | 4.1% | 4.3% | 3.9% | 4.3% | 6.6% | 8.7% | 6.8% | 7.0% | 22.1% | 14.2% | 4.2% | 7.3% |
| Taxes | -2.9% | 0.7% | 0.5% | 0.6% | 0.6% | 0.6% | 0.7% | 5.2% | 4.8% | 9.5% | 0.5% | 0.5% | 0.7% | 0.6% | 0.5% | 0.5% | 0.9% | 1.6% | 4.2% | 0.5% |
| Net margin | -10.4% | 28.1% | 31.9% | 24.7% | 16.5% | 16.3% | 13.4% | 10.4% | 4.0% | 4.9% | 3.9% | 4.3% | 6.6% | 8.7% | 6.8% | 7.0% | 21.8% | 14.1% | 4.3% | 7.2% |
| **GROWTH Y/Y** | | | | | | | | | | | | | | | | | | | | |
| Platform revenue | 52.4% | 102.3% | 125.1% | 131.5% | 135.8% | 53.3% | 37.7% | 33.1% | 18.7% | 29.0% | 25.5% | 20.6% | 20.6% | 19.0% | 25.0% | 33.2% | 105.6% | 55.7% | 23.4% | 24.6% |
| Services revenue | 97.9% | 77.5% | -48.2% | -7.0% | -4.8% | -23.2% | -0.1% | -20.0% | 7.5% | -22.4% | -8.1% | 14.7% | -7.0% | 12.9% | 0.0% | 0.0% | 1.6% | -13.0% | -3.4% | 1.0% |
| Total revenue | -97.5% | -96.9% | -96.5% | -96.5% | 124.8% | 47.7% | 35.9% | 30.8% | 18.4% | 27.0% | 24.4% | 20.5% | 19.7% | 18.9% | 24.4% | 32.4% | 31.2% | 51.8% | 22.5% | 24.0% |
| Gross income | 61.5% | 138.9% | 135.6% | 158.5% | 151.4% | 46.1% | 31.7% | 27.1% | 8.1% | 15.2% | 18.2% | 13.6% | 25.1% | 26.1% | 28.3% | 36.8% | 127.4% | 51.5% | 13.8% | 29.3% |
| Operating income | - | - | - | - | - | -15.7% | -42.5% | -43.5% | -71.1% | -66.3% | -64.4% | -51.7% | 94.2% | 139.1% | 119.0% | 115.6% | - | -2.4% | -64.3% | 117.6% |
| Net income | - | - | 1222.8% | - | - | -14.2% | -42.8% | -45.0% | -71.2% | -61.7% | -64.2% | -50.5% | 95.9% | 110.2% | 119.1% | 115.7% | - | -2.2% | -62.8% | 110.6% |
| Deferred revenue | -18.0% | -46.4% | -29.3% | -30.4% | -26.4% | 23.2% | 199.0% | 312.2% | 329.5% | 188.3% | 36.3% | 16.7% | -14.9% | 0.2% | 5.7% | 0.4% | -30.4% | 312.2% | 16.7% | 0.4% |
| Billings | 30.3% | 92.0% | 106.4% | 118.8% | 121.3% | 52.2% | 43.3% | 34.0% | 22.0% | 22.9% | 18.3% | 18.8% | 15.4% | 21.4% | 25.0% | 31.7% | - | 55.7% | 20.4% | 23.6% |
| **GROWTH Q/Q** | | | | | | | | | | | | | | | | | | | | |
| Platform revenue | 17.2% | 52.1% | 16.3% | 11.6% | 19.4% | -1.1% | 4.5% | 7.8% | 6.6% | 7.4% | 1.7% | 3.6% | 6.5% | 6.0% | 6.8% | 10.5% | | | | |
| Services revenue | -10.4% | 41.7% | -26.8% | 0.0% | -8.2% | 14.2% | -4.7% | -19.9% | 23.3% | -17.6% | 12.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | |
| Total revenue | -98.1% | 51.3% | 13.2% | 11.1% | 18.3% | -0.6% | 4.2% | 6.9% | 7.0% | 6.7% | 2.0% | 3.5% | 6.3% | 5.9% | 6.7% | 10.2% | | | | |
| Gross income | 20.2% | 69.7% | 13.5% | 11.7% | 16.8% | -1.4% | 2.4% | 7.8% | -0.6% | 5.1% | 5.0% | 3.6% | 9.3% | 6.0% | 6.8% | 10.5% | | | | |
| Operating income | - | - | 26.6% | -14.1% | -20.4% | -2.7% | -13.7% | -15.6% | -59.2% | 13.3% | -8.7% | 14.5% | 64.0% | 39.5% | -16.4% | 12.7% | | | | |
| Net income | - | - | 28.7% | -14.0% | -20.9% | -2.0% | -14.1% | -17.3% | -58.6% | 30.2% | -19.7% | 14.5% | 63.7% | 39.7% | -16.3% | 12.8% | | | | |
| Deferred revenue | 28.9% | -27.7% | -17.4% | -9.6% | 36.4% | 20.9% | 100.6% | 24.6% | 42.1% | -18.8% | -5.1% | 6.7% | 3.6% | -4.4% | 0.1% | 1.3% | | | | |
| Billings | 18.6% | 44.2% | 14.7% | 11.6% | 19.9% | -0.8% | 8.0% | 4.4% | 9.2% | -0.1% | 4.0% | 4.8% | 6.0% | 5.1% | 7.1% | 10.4% | | | | |

Source: Company Reports and RBC Capital Markets estimates

Matt Hedberg | 612-313-1293 | matthew.hedberg@rbccm.com

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**Capital
Markets**

**RBC**

# Key fundamental questions

|  | **Our view** |
|---|---|
| **What is the bull case scenario?** | In addition to expanding ARPU with existing customers, we think Olo has a large opportunity for additional greenfield share, both in the US and internationally. While it has had the most success with US large enterprise restaurants outside the top 15, with increased functionality and eventually international capabilities, we think its new customer pipeline and gross retention capabilities could remain elevated. Additionally, we think that growth could be supported by expansion into new verticals, the SMB market, and additional product offerings. Specifically, we are bullish on the ability for Olo Pay to open up new opportunities and likely provide a revenue boost in 2022 and beyond. We believe that adding a first-party loyalty offering to the platform (most likely via M&A) could also make a lot of sense. Finally, we believe that Olo could do more with ghost kitchens and expand into new verticals including grocery store meal prep, convenience stores, catering and more. |
| **What is the biggest competitive concern?** | Although this hasn't been a recent trend, we think the biggest competitive risk could come from Olo's larger customers opting for a DIY solution as a strategic measure to retain data ownership or for TCO reasons. This happened in 2019 when Chipotle took its platform in-house, causing a ~3,300-restaurant churn-out. We believe there are several things that Olo can do to limit the risk of churn, including expansion through new products like Olo Pay, adding loyalty, international expansion, and entering additional verticals. And to that point, we question whether the larger restaurants should even consider a DIY solution vs. leveraging best-of-breed technology like Olo. |
| **What are the headwinds and tailwinds from COVID-19?** | While the total spend at restaurants took a hit during COVID, restaurants accelerated digital transformation to accommodate changing consumer behavior toward off-premises dining. We think that Olo is well positioned to benefit longer term, as tailwinds should remain. The primary short-term risk is lower transactions vs 2020, but we think higher restaurant adds could help to offset this risk. |

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**RBC Capital Markets**

Olo Inc. at top right

Olo Inc.

# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

| | **Our view** |
|---|---|
| **What are the most material ESG issues facing this company?** | We think data privacy and security is a relevant ESG theme for the software industry as a whole. As the threat landscape continues to evolve and increasingly sophisticated breaches come to light, adequate security controls at all levels of the software lifecycle have become necessary to continue retaining and expanding the customer base. Olo has a "defense-in-depth" approach to security with in-house red team (offense) and blue team (defense). The company uses multiple vendors including CrowdStrike, Cloudflare, Sumo Logic, and Datadog, among others, with security spanning across employee security, secure development, production defenses, and incident response. Olo has PCI level 1, SOC1 Type II, and SOC2 compliance. |
| **Does the company integrate ESG considerations into its strategy?** | The three primary values of Olo are Family First, Drive, and Excelsior. The company launched the Olo for Good initiative in 2021 with a focus on diversity, equity, and inclusion, relief and support for the restaurant industry and front-line workers, increasing access to food, and ending childhood hunger. The initiative will include a donor-advised fund with a 1% equity donation as well as a commitment to donate 1% of product and 1% of employee time to social responsibility initiatives as part of the Pledge 1%. In terms of disclosures, the company recently released its diversity demographics as well as D&I strategy and goals, posted on its website. |
| **How do the company's products enable ESG-positive outcomes?** | Olo's software platform simplifies the complexity of restaurant operations. This typically results in a reduction in waste of time, money, and manpower and an increase in efficiency in day-to-day operations. With automation and integrations enabled through the platform, restaurant employees can instead focus on driving customer satisfaction on- and off-premises. |
| **What is diversity like at the board/ management level?** | **Management:** 29% female, 71% male. **Board of directors:** 22% female, 78% male. |

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**RBC Capital Markets**

Olo Inc.

## Target/Upside/Downside Scenarios

Olo Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

## Valuation

We calculate our base-case price target of $12 by applying a 7.5x (was 11.6x) multiple to our CY/23 revenue estimate. Our price target and multiple reflect peer multiple compression, as well as our revenue forecast reduction. At current levels, shares trade at a discount to +20% growing SaaS peers. Our price target supports our Outperform rating.

## Upside scenario

Our upside scenario of $20 is based on revenue growth of 28% in CY/22E and 29% in CY/23E, or 500 bps above our base case estimates. To reach this level of growth, we believe there would need to be some combination of higher cross-selling, better new customer additions, and a stable to better macro environment. We believe upside to revenue and margins could point to 13.5x CY/23E EV/S, or a premium to +20% peers.

## Downside scenario

Our downside scenario of $6 is based on revenue growth of 18% in CY/22E and 19% in CY/23E, or 500 bps below our base case estimates. To reach this level of growth, we believe there would need to be a fall-off in tech spending, less success expanding into new customers, and lower renewal and expansion rates. Additionally, with a less-attractive growth and margin profile, we believe the stock could receive a lower multiple. We believe downside to revenue and margins could point to 3x CY/23E EV/S, or a discount to +20% peers.

## Investment summary

**We believe Olo is well positioned to capitalize on a post-COVID push for off-premises dining and multi-channel ordering in a TAM that could be +$40B.**

We believe Olo's SaaS restaurant e-commerce platform is well positioned to benefit from a changing restaurant landscape as more customers utilize online ordering and off-premises dining options such as delivery, take-out, and drive-up, which accelerated during COVID. We believe Olo has a unique opportunity to help restaurants: 1) drive efficiencies and simplify restaurant operations through integrations with marketplaces, POS, and legacy systems; 2) utilize data to perform analytics on customers' buying patterns and customize offerings; and 3) reduce reliance on third-party marketplaces (e.g., UberEats, Doordash) for delivery and online ordering, and improve margins by eliminating/reducing large commissions paid to these marketplaces. While there remains a large, underpenetrated restaurant opportunity domestically, we believe that longer term, expansion into other verticals such as grocery chains and convenience stores as well as international markets could further expand its TAM.

## Potential growth catalysts

- Popularity of off-premises dining options accelerated by COVID.
- Increase in the complexity of restaurant operations given the backdrop of multi-channel ordering including online, phone, mobile apps, in-person, or through kiosks.
- Heavy reliance on marketplaces for delivery/ordering, which could drive the restaurants to consider other options.
- Increasing utilization of technology in the restaurant industry to drive efficiencies and stay competitive.
- International expansion, expansion into SMB restaurants, and expansion through new products around payment (Olo Pay), on-premises dining, and data analytics.

## Risks to rating and price target

- The risk a customer chooses to DIY vs leveraging Olo.
- Impact from COVID-19, given the impact on the restaurants.
- Reliance on partnerships with aggregators and DSPs, which could become competitive.
- Lower transaction fees, as in-person dining returns.
- Loss of large customer (one customer ~21% of revenues).
- Business is dependent on the ability to land new customers and retain and expand within the base.

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**Olo Inc.**

**Capital Markets**
**RBC**®

## Company description

Founded in 2005 and NYC-based, Olo powers restaurant brands' on-demand commerce operations, enabling digital ordering and delivery, while further strengthening and enhancing the restaurants' direct consumer relationships. Olo offers three core products, which include Ordering, Dispatch and Rails, while integrating with the restaurants' existing POS and legacy systems as well as third-party marketplace.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Olo Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.
**Ratings**
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**RBC** Capital Markets

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 30-Jun-2022 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 851 | 58.41 | 290 | 34.08 |
| HOLD [Sector Perform] | 560 | 38.44 | 169 | 30.18 |
| SELL [Underperform] | 46 | 3.16 | 6 | 13.04 |



Rating and price target history for: Olo Inc., OLO US as of 11-Aug-2022 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Olo Inc.**
### Valuation

We calculate our base-case price target of $12 by applying a 7.5x (was 11.6x) multiple to our CY/23 revenue estimate. Our price target and multiple reflect peer multiple compression, as well as our revenue forecast reduction. At current levels, shares trade at a discount to +20% growing SaaS peers. Our price target supports our Outperform rating.

August 12, 2022                **Matthew Hedberg** (612) 313-1293; matthew.hedberg@rbccm.com    10

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**Capital Markets**
**RBC**®

## Risks to rating and price target

- The risk a customer chooses to DIY vs leveraging Olo.
- Impact from COVID-19, given the impact on the restaurants.
- Reliance on partnerships with aggregators and DSPs, which could become competitive.
- Lower transaction fees, as in-person dining returns.
- Loss of large customer (one customer ~21% of revenues).
- Business is dependent on the ability to land new customers and retain and expand within the base.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Research Reports on the Firm's proprietary INSIGHT website, via email and via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch, Royal Bank of Canada, Singapore Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets'' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent

August 12, 2022                                    **Matthew Hedberg** (612) 313-1293; matthew.hedberg@rbccm.com        11

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.

**Capital Markets**
**RBC**®

**Olo Inc.**

permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

**® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2022 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2022 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2022**
**Copyright © Royal Bank of Canada 2022**
**All rights reserved**

Provided for the exclusive use of Adam Mazzone at ICR, LLC. on 12-Aug-2022 07:19 AM.