# EXHIBIT Z

Equity Research
**Technology, Media, and Communications | Restaurant and Hospitality Technology**

*William Blair*

August 12, 2022

# Olo Inc.

## Location Growth Impacted by Subway Loss and Elongating Sales and Deployment Timelines; No Major Changes to Thesis

**Stephen Sheldon, CFA, CPA** +1 312 364 5167
ssheldon@williamblair.com

**Patrick McIlwee, CFA** +1 312 364 8655
pmcilwee@williamblair.com

**Matthew Filek, CPA** +1 312 364 8861
mfilek@williamblair.com

**Summary.** Olo reported mixed second-quarter results, with a number of moving pieces. Second-quarter revenue of $46 million (up 27% year-over-year) was in line with our estimate and consensus. The performance was driven primarily by higher-than-expected ARPU (up 13%), as active locations fell roughly 2,500 short of our estimate (which we discuss more below). Adjusted operating income of $2.0 million (margin of 4%) was above our estimate of $0.8 million. Adjusted EPS of $0.01 were above our estimate and consensus for neutral adjusted EPS.

**Reduced 2022 Guidance**. Management provided lower-than-expected guidance for the third quarter mainly as a result of macroeconomic factors. This includes elongated sales cycles at the brand level, and slower deployment timelines at the operator level that are expected to push out the pace of activations (drag in 2022, but no major change to the multiyear outlook). For the third quarter, management expects revenue of roughly $47 million and non-GAAP operating income of $2 million at the midpoint (margin of 4%). For the full year, the guidance includes revenue of $183 million-$184 million (down roughly $13 million from prior guidance, and growth of 23% at the midpoint), or an estimated high-teens organically. For profit, management guided to adjusted operating income of $7.6 million-$8.4 million (down $0.4 million at the midpoint), which includes a couple million in profit drag from the Omnivore acquisition.

**Highlights From Commentary.** There a few important items to highlight. First, Olo deployed roughly 3,000 new locations during the quarter, but its location count was roughly flat sequentially given the loss of 2,500 Subway locations as a part of Subway's shift toward the use of internally developed, direct marketplace integrations. As a part of this initiative, the remaining 12,500 Subway locations using Rails are expected to roll off in the fourth quarter of 2022. Despite its location count with Olo, Subway only contributed around $3 million in revenue annually (the loss of which was already baked into full-year guidance) given that it is a one-module customer (ARPU was roughly one-third of Olo's platform average). Management stressed that this was a one-off decision by an enterprise with a unique tech stack and a historically internal-focused tech strategy, and we see little risk that other enterprises follow suit. Second, Olo's NRR would have been roughly 111% excluding the impact of Subway, which was encouraging following a step down in the first quarter (driven by a tough comparison in transactional revenue). Management expects modest NRR expansion through the remainder of the year. Third, Olo Pay is seeing continued interest, signing a few notable customers in the quarter (including Nando's Peri Peri). Olo's payment capabilities could be a source of significant ARPU expansion over time (providing for 4 times the revenue per transaction), and management noted that it had included a "few million" of Olo Pay revenue in its guidance for 2022. Despite the disappointing guide, our long-term investment thesis remains unchanged, and we continue to believe Olo has a significant runway for growth.

Olo provides cloud-based technology helping enterprise restaurants with digital ordering, delivery, customer engagement, and front-of-house solutions.

| | | Stock Rating: | | **Outperform** |

| Symbol: | OLO (NYSE) |
| Price: | $12.99 (52-Wk.: $8-$49) |
| Market Value (M): | $2,081 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.03 | $0.01 | $0.01 |
| | Q2 | $0.03 | $0.01 | $0.03 |
| | Q3 | $0.03 | $0.01 | $0.02 |
| | Q4 | $0.02 | $0.01 | $0.03 |
| | FY | $0.11 | $0.05 | $0.09 |
| Sales (M) | Q1 | $36.1 | $42.8 | $47.0 |
| | Q2 | $35.9 | $45.6 | $51.1 |
| | Q3 | $37.4 | $46.7 | $53.9 |
| | Q4 | $40.0 | $48.4 | $58.4 |
| | FY | $149.4 | $183.5 | $210.4 |
| **Valuation** | | | | |
| EV/Sales | | 13.3x | 10.8x | 9.4x |

**Trading Data (FactSet)**

| Shares Outstanding (M): | 160.2 |
| Float (M): | 87.5 |
| Avg. Daily Volume (90-day): | 1,576,526 |

**Financial Data (FactSet)**

| Book Value Per Share (MRQ): | $4.41 |
| Return on Equity (TTM): | (4.3)% |
| Enterprise Value (M): | $1,984 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 8 – 10. Analyst certification is on page 8.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Other Relevant Research**

- **Initiation Report (April 2021):** Leading E-commerce Platform for Enterprise Restaurants; Initiating Coverage With Outperform Rating

- **Wisely Acquisition (October 2021):** Announces Acquisition of Wisely to Expand Into Customer Intelligence and Engagement

- **William Blair Growth Stock Conference (June 2022):** Highlights From William Blair's 42nd Annual Growth Stock Conference

**Active Locations.** Olo reported roughly 82,000 active locations on its platform at the end of the second quarter (representing over 600 brands), representing growth of 11% year-over-year (down from 19% growth in the first quarter and 23% growth in the fourth quarter). Although the company added roughly 3,000 new locations during the quarter, its total location count was only up a few hundred locations sequentially given the loss of 2,500 Subway locations during the quarter. Excluding the Subway locations that transitioned off of Rails, locations grew roughly 15% year-over-year. Although management has lowered its expectations for the remainder of the year (given the dynamics discussed earlier), it still expects to add roughly 2,000 net new locations in the third and fourth quarter of 2022. The team also noted that even with no additional logo signings, it has multiple customers that are only partly deployed on Olo's platform, with the laggards representing several thousand locations that are expected to come online in the coming years. We continue to believe that Olo's growth in active locations reflects the ongoing digital transformation occurring in the restaurant industry, and we now estimate that Olo will have roughly 80,000 locations ending 2022 (representing growth of 1%, or 13% when adjusting for Subway locations) and over 84,000 ending 2023 (growth of 5%, or 13% when adjusting for lost Subway locations).

**Average Revenue Per Unit (ARPU).** Olo generated ARPU of $544 in the first quarter (up 13% year-over-year), which was about $15 above our estimate. We believe the subscription component continued to grow nicely in the quarter supported by continued module adoption. As a reminder, Olo now has 12 separate modules after the Wisely and Omnivore acquisitions, and noted that the average customer uses just under 3, so there is plenty of room for ARPU expansion. On this note, given that the Subway locations were only using one module, their departure drives a mix-shift toward higher grossing locations, which drove ARPU higher. This upward trend in ARPU should continue as the remaining Subway locations leave the platform in the fourth quarter of 2022 and first quarter of 2023. Looking ahead, we believe that Olo has plenty of room to continue driving ARPU uplift from: 1) a continued shift toward digital ordering relative to current levels of around 15% (should support more transactional revenue); 2) continued uptake of Olo's growing number of solutions; 3) the positive impact from Wisely (could support $200-$500 monthly uplift per location, relative to current annual ARPU of roughly $2,200); and 4) uplift from more traction with Olo Pay.

**Olo Pay.** The company officially launched Olo Pay in February of this year and already is seeing significant interest across its customer base, signing up Freddy's Frozen Custard & Steakburgers and Nando's Peri Peri during the quarter. Olo Pay is a payments platform designed to drive sales, reduce fraud, and simplify payment processing for its enterprise restaurant customers that could also lead to stronger basket conversion for consumers in the checkout process. Beyond core credit card processing, the payments platforms also provides: 1) advanced fraud prevention that improves authorization rates for valid transactions and uses risk-score-based screenings to reject suspect transactions; 2) borderless payments capabilities (launched this quarter), allowing consumers to efficiently check out with a single click (no account creation, password, or manual credit card entry is required) across any restaurant in the Olo Pay network; and 3) flexibility for consumers to use credit cards, Apple Pay, and Google Pay when checking out. During the quarter, 76% of the guests ordering through Olo Pay borderless payments are saving their cards (roughly double the traditional checkout process) leading to lower sales friction and improved basket conversion. Management believes that Olo Pay will support 4 times more revenue per transaction, which could be a significant growth driver as the company scales and adoption among the existing customer base starts to increase. While Olo Pay is only expected to contribute a few million in revenue during 2022 (could be a source of upside), we believe the long-term potential is significant to both revenue and profitability.

**Margin Trends and Areas of Investments.** Total adjusted gross margin of 75% declined by roughly 7 percentage points year-over-year, while platform gross margin of 77% declined by nearly 8 percentage points year-over-year and 2 percentage points sequentially. The contraction was driven by a few factors, including: 1) difficult comparisons in terms of digital sales and transactional activity, as the pandemic wanes; 2) the lower gross margin profile at Wisely and Omnivore (although there should be benefits of scale there over time, as the drag lessens); and 3) an increase in headcount and associated compensation costs to support the growth in active locations. Management continues to expect sales-and-marketing, R&D, and G&A expenses to increase as the company expands its salesforce and continues to invest in new platform capabilities. The company continues to drive investments focused on: 1) integrating Omnivore; 2) expanding Olo Pay's capabilities and rolling it out; and 3) investing in its customer engagement solutions (i.e., Wisely) to create strong "Digital Hospitality" capabilities. We continue to believe that Olo has some of the most attractive unit economics on our coverage list, and remain confident in the company's long-term profitability.

William Blair

**Estimate Changes.** We are slightly modifying our estimates to reflect the updated guidance and commentary from management. We now assume 23% revenue growth in 2022 (down from our prior estimate of 31%) and 15% in 2023 (down from 25%). We assume adjusted EBITDA of $10 million in 2022 (margin of 5.4%, and up $1 million from our prior estimate), and $19 million in 2023 (margin of 9.2%, down $1 million from our prior estimate). We now assume adjusted EPS of $0.05 in 2022 (up from $0.04) and adjusted EPS of $0.09 in 2023 (down from $0.10). We believe that management's guidance and our updated estimates leave room for upside over the next few years, especially if the company gets incremental traction with Olo Pay or Wisely, or sees the elongation of sales/deployment times move back toward normal levels.

**Stock Thoughts and Risks.** Shares are indicating down significantly aftermarket. Using an aftermarket price of $9.45, shares would trade at 7.6 times our 2022 revenue estimate (6.6 times on 2023) and 10 times our 2022 gross profit estimate (9 times on 2023).We note that this is below the fast-growth SaaS comp group that currently trades at 8 times 2022 revenue and 14 times 2022 gross profit. Despite somewhat disappointing guidance this quarter, we continue to believe Olo is well positioned to drive durable revenue growth over at least the next three to five years, especially considering its opportunity in areas like payments (Olo Pay), convenience stores, catering solutions, international expansion, and customer engagement/digital hospitality solutions. Given Olo's large TAM, along with some potential multiyear tailwinds that could drive higher demand for the platform, we believe it is likely that Olo's revenue growth will exceed the fast-growth SaaS peer group over time. In our view, this should allow the company's shares to at least appreciate in line with its gross profit growth, with the potential to close the valuation gap with the fast-growth comp group. With the long-term thesis still intact, we maintain an Outperform rating. Risks to consider include: 1) integration risk with its recent acquisitions, 2) execution on growth efforts, 3) some customer concentration, 4) tough comparisons over the next few quarters, and 5) potential for continued elevated investments to support multiyear growth initiatives.

**ESG Considerations.** There are several ESG considerations to take into account when investing in Olo. First, as a provider of online ordering solutions, the company obtains and has access to sensitive data on individual customers. Inherent to this issue, service providers such as Olo are at a high risk for a cyberattack on the data they obtain. To mitigate this risk, Olo is both PCI-DSS and SOC I/II compliant. As for environmental considerations, while we believe the company's cloud-based platform is more eco-friendly than on-premises solutions, investors of Olo must be aware of the energy used by its data centers. From a social and governance perspective, two of the seven people on Olo's executive management team are women, and 9 of the 10 members of its board of directors are independent. In addition, Olo is committed to building a diverse and inclusive culture that promotes growth and equity for underrepresented groups. Specifically, in August 2021, Olo released some longer-term targets with respect to diversity and inclusion. By the end of 2024, the company plans to have a workforce composed of 42% women and 18% underrepresented ethnicities.

|  | Olo, Inc. | | | | |
|  | Quarterly Comparison | | | | |
|  | 2Q22 | 2Q21 | % Growth | 2Q22E | % Variance |
| **Revenue:** | | | | | |
| Platform | $44.5 | $34.5 | 29% | $44.2 | 1% |
| Service | $1.1 | $1.4 | -22% | 1.5 | -27% |
| **Total Revenue** | **$45.6** | **$35.9** | **27%** | **$45.7** | **0%** |
| | | | | | |
| **Top-Line Metrics:** | | | | | |
| Ending Active Locations | 82,000 | 74,000 | 11% | 85,100 | -4% |
| Average Platform Revenue per Location | $544 | $485 | 12% | $529 | 3% |
| | | | | | |
| Adjusted Gross Profit | $34.0 | $29.5 | 15% | $34.8 | -2% |
| *Adjusted Gross Margin* | *74.7%* | *82.3%* | *-770 bps* | *76.3%* | *-160 bps* |
| | | | | | |
| **Adjusted Operating Income** | **$2.0** | **$5.9** | **-66%** | **$0.8** | **136%** |
| *Adjusted EBITDA Margin* | *4.3%* | *16.4%* | *-1200 bps* | *1.8%* | *250 bps* |
| | | | | | |
| Adjusted EPS | $0.01 | $0.03 | -61% | $0.00 | 166% |
| | | | | | |
| Free Cash Flow | -$3.0 | $10.8 | -128% | $0.00 | NA |

Source: Company documents and William Blair Equity Research

William Blair



Source: Company documents and William Blair Equity Research



Source: Company documents and William Blair Equity Research



Source: Company documents and William Blair Equity Research

William Blair



Note: Rounded to the nearest one-thousand
Source: Company documents and William Blair Equity Research





Source: Company documents and William Blair Equity Research



Source: Company documents and William Blair Equity Research

William Blair



Source: Company documents and William Blair Equity Research



Source: Company documents and William Blair Equity Research

William Blair



150 North Riverside
Chicago, Illinois 60606
www.williamblair.com

**Olo Inc. (OLO)**
Fiscal Year ends December 31

**Income Statement:**

| Fiscal Year<br>$ in millions (except for EPS) | 2018<br>2018 | 2019<br>2019 | 2020<br>2020 | 2021<br>1Q21 | 2021<br>2Q21 | 2021<br>3Q21 | 2021<br>4Q21 | 2021<br>2021 | 2022<br>1Q22 | 2022<br>2Q22 | 2022<br>3Q22E | 2022<br>4Q22E | 2022<br>2022E | 2023<br>2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Platform Revenue | 28.3 | 45.1 | 92.8 | 34.9 | 34.5 | 36.1 | 38.9 | 144.4 | 41.5 | 44.5 | 45.4 | 47.3 | 178.7 | 205.5 |
| Services Revenue | 3.5 | 5.6 | 5.7 | 1.2 | 1.4 | 1.3 | 1.0 | 4.9 | 1.3 | 1.1 | 1.4 | 1.1 | 4.8 | 4.9 |
| **Total Revenue** | **$31.8** | **$50.7** | **$98.4** | **$36.1** | **$35.9** | **$37.4** | **$40.0** | **$149.4** | **$42.8** | **$45.6** | **$46.7** | **$48.4** | **$183.5** | **$210.4** |
| | | | | | | | | | | | | | | |
| Platform Gross Profit | 20.0 | 33.6 | 79.3 | 29.9 | 29.2 | 30.4 | 32.7 | 122.2 | 32.6 | 34.2 | 35.2 | 36.7 | 138.7 | 165.2 |
| Services Gross Profit | 1.4 | 2.0 | 1.4 | 0.1 | 0.3 | (0.1) | (0.1) | 0.2 | (0.2) | (0.2) | (0.1) | (0.1) | (0.5) | (0.1) |
| Gross Profit | 21.4 | 35.5 | 80.8 | 30.0 | 29.5 | 30.2 | 32.6 | 122.4 | 32.4 | 34.0 | 35.1 | 36.6 | 138.2 | 165.1 |
| *Adjusted Gross Margin* | *67.4%* | *70.1%* | *82.0%* | *82.9%* | *82.3%* | *80.9%* | *81.6%* | *81.9%* | *75.8%* | *74.7%* | *75.1%* | *75.7%* | *75.3%* | *78.5%* |
| *GAAP Gross Margin* | *66.2%* | *69.9%* | *81.9%* | *82.4%* | *81.0%* | *79.5%* | *80.4%* | *80.8%* | *75.0%* | *74.0%* | *74.3%* | *74.9%* | *74.5%* | *77.8%* |
| | | | | | | | | | | | | | | |
| Sales & Marketing | 3.9 | 6.1 | 8.2 | 3.4 | 3.2 | 4.2 | 4.6 | 15.4 | 6.1 | 7.2 | 6.9 | 8.0 | 28.1 | 35.4 |
| *Adjusted % of revenue* | *12.2%* | *12.1%* | *8.3%* | *9.5%* | *8.8%* | *11.3%* | *11.5%* | *10.3%* | *14.2%* | *15.7%* | *14.8%* | *16.5%* | *15.3%* | *16.8%* |
| *GAAP % of revenue* | *13.5%* | *12.5%* | *8.7%* | *10.6%* | *10.3%* | *12.6%* | *13.2%* | *11.7%* | *18.0%* | *18.7%* | *17.7%* | *19.3%* | *18.5%* | *19.4%* |
| | | | | | | | | | | | | | | |
| Research & Development | 15.7 | 20.9 | 31.4 | 11.0 | 11.4 | 11.9 | 12.9 | 47.2 | 12.8 | 13.8 | 14.9 | 15.1 | 56.6 | 63.5 |
| *Adjusted % of revenue* | *49.4%* | *41.2%* | *31.9%* | *30.5%* | *31.8%* | *31.9%* | *32.2%* | *31.6%* | *29.9%* | *30.2%* | *31.9%* | *31.2%* | *30.8%* | *30.2%* |
| *GAAP % of revenue* | *53.8%* | *42.8%* | *33.4%* | *40.0%* | *38.8%* | *38.7%* | *39.1%* | *39.2%* | *38.2%* | *37.8%* | *39.3%* | *38.3%* | *38.4%* | *36.8%* |
| | | | | | | | | | | | | | | |
| General & Administrative | 6.4 | 8.7 | 19.4 | 9.5 | 9.1 | 9.0 | 10.9 | 38.5 | 11.8 | 11.1 | 11.3 | 11.1 | 45.3 | 49.0 |
| *Adjusted % of revenue* | *20.2%* | *17.1%* | *19.7%* | *26.2%* | *25.3%* | *24.2%* | *27.2%* | *25.7%* | *27.5%* | *24.4%* | *24.2%* | *23.0%* | *24.7%* | *23.3%* |
| *GAAP % of revenue* | *26.2%* | *24.0%* | *22.6%* | *36.9%* | *37.1%* | *34.6%* | *37.6%* | *36.6%* | *39.5%* | *35.7%* | *29.5%* | *27.8%* | *32.9%* | *29.1%* |
| | | | | | | | | | | | | | | |
| **Adjusted Operating Income** | **(4.6)** | **(0.2)** | **21.8** | **6.0** | **5.9** | **5.1** | **4.3** | **21.3** | **1.7** | **2.0** | **2.0** | **2.4** | **8.1** | **17.2** |
| *Adjusted Operating Margin* | *(14.4%)* | *(0.3%)* | *22.1%* | *16.7%* | *16.4%* | *13.6%* | *10.7%* | *14.2%* | *4.1%* | *4.3%* | *4.3%* | *5.0%* | *4.4%* | *8.2%* |
| *GAAP Operating Margin* | *(27.6%)* | *(10.0%)* | *16.4%* | *(6.5%)* | *(6.7%)* | *(7.8%)* | *(10.9%)* | *(8.1%)* | *(26.4%)* | *(23.3%)* | *(16.8%)* | *(15.0%)* | *(20.2%)* | *(11.7%)* |
| Other (income)/Expense | 0.1 | 0.2 | 0.1 | 0.0 | (0.0) | 0.0 | (0.1) | (0.1) | (0.1) | (0.5) | (0.5) | (0.5) | (1.5) | (2.0) |
| Pre-Tax Income | (4.7) | (0.3) | 21.7 | 6.0 | 5.9 | 5.1 | 4.4 | 21.4 | 1.8 | 2.5 | 2.5 | 2.9 | 9.7 | 19.1 |
| *Adjusted Pre-Tax Margin* | *(14.6%)* | *(0.7%)* | *22.0%* | *16.7%* | *16.4%* | *13.5%* | *11.0%* | *14.3%* | *4.2%* | *5.4%* | *5.3%* | *6.0%* | *5.3%* | *9.1%* |
| Income Taxes | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.2 | 0.3 | 0.1 | 0.2 | 0.2 | 0.3 | 0.8 | 1.8 |
| *Adjusted Income Tax Rate* | *(0.4%)* | *(7.8%)* | *0.9%* | *0.6%* | *0.6%* | *0.7%* | *5.2%* | *1.6%* | *4.8%* | *9.5%* | *9.5%* | *9.5%* | *8.6%* | *9.5%* |
| | | | | | | | | | | | | | | |
| Adjusted Net Income/Loss | (4.7) | (0.4) | 21.5 | 6.0 | 5.8 | 5.0 | 4.2 | 21.0 | 1.7 | 2.2 | 2.2 | 2.6 | 8.8 | 17.3 |
| *Adjusted Net Income Margin* | *(14.7%)* | *(0.7%)* | *21.8%* | *16.6%* | *16.3%* | *13.4%* | *10.4%* | *14.1%* | *4.0%* | *4.9%* | *4.8%* | *5.5%* | *4.8%* | *8.2%* |
| | | | | | | | | | | | | | | |
| **Adjusted EPS** | | | **$0.14** | **$0.03** | **$0.03** | **$0.03** | **$0.02** | **$0.11** | **$0.01** | **$0.01** | **$0.01** | **$0.01** | **$0.05** | **$0.09** |
| | | | | | | | | | | | | | | |
| GAAP EPS | | | $0.03 | ($0.63) | ($0.02) | ($0.08) | ($0.01) | ($0.74) | ($0.07) | ($0.07) | ($0.05) | ($0.04) | ($0.24) | ($0.15) |
| | | | | | | | | | | | | | | |
| Basic Shares | | | 118.6 | 41.9 | 147.5 | 148.5 | 154.6 | 123.1 | 159.2 | 160.4 | 161.4 | 162.4 | 160.9 | 165.0 |
| Diluted Shares | | | 151.9 | 185.5 | 183.6 | 185.1 | 185.5 | 184.9 | 183.3 | 181.9 | 182.8 | 183.7 | 182.9 | 186.0 |

| Year-Over-Year Growth: | 2018 | 2019 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 2021 | 1Q22 | 2Q22 | 3Q22E | 4Q22E | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | 59% | 94% | 125% | 48% | 36% | 31% | 52% | 18% | 27% | 25% | 21% | 23% | 15% |
| Adjusted Gross Profit | | 66% | 127% | 151% | 46% | 32% | 27% | 52% | 8% | 15% | 16% | 12% | 13% | 19% |
| Adjusted Operating Income | | N/A | N/A | 151% | 46% | 32% | 27% | 52% | 8% | 15% | 16% | 12% | 13% | 19% |
| Adjusted EBITDA | | N/A | N/A | (510%) | (15%) | (42%) | (36%) | 1% | (69%) | (58%) | (51%) | (39%) | (55%) | 93% |
| Adjusted EPS | | | | (383%) | (30%) | (53%) | (53%) | (18%) | (71%) | (61%) | (55%) | (36%) | (57%) | 92% |
| Diluted Shares | | | | 27% | 23% | 21% | 17% | 22% | (1%) | (1%) | (1%) | (1%) | (1%) | 2% |

| | 2018 | 2019 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 2021 | 1Q22 | 2Q22 | 3Q22E | 4Q22E | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adjusted EBITDA (WB Estimate)** | | **$0.1** | **$22.1** | **$6.2** | **$6.0** | **$5.2** | **$4.9** | **$22.3** | **$1.9** | **$2.5** | **$2.5** | **$3.0** | **$10.0** | **$19.3** |
| *Adjusted EBITDA Margin* | | *0.2%* | *22.5%* | *17.1%* | *16.7%* | *13.9%* | *12.3%* | *14.9%* | *4.4%* | *5.5%* | *5.5%* | *6.2%* | *5.4%* | *9.2%* |
| *Incremental Adjusted EBITDA Margin* | | | *46%* | *38%* | *(9%)* | *(38%)* | *(29%)* | *0%* | *(64%)* | *(36%)* | *(28%)* | *(23%)* | *(36%)* | *35%* |

**Stephen Sheldon, CFA +1 312 364 5167 (ssheldon@williamblair.com)**
**Patrick McIlwee, CFA +1 312 364 8655 (pmcilwee@williamblair.com)**
**Matthew Filek, CPA +1 312 364 8861 (mfilek@williamblair.com)**

**Please refer to the following link for important disclosures.**
https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=OLO

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Olo Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Olo Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Olo Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Stephen Sheldon attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 33336.70
S&P 500: 4207.27
NASDAQ: 12779.90





Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of August 11, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 74 | Outperform (Buy) | 17 |
| Market Perform (Hold) | 26 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner    Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Phillip Blee    +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.    +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**

**Myles R. Minter, Ph.D.    +1 617 235 7534**

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Medical Technology*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Life Science Tools and Diagnostics, Medical Technology*

**Matt Larew, Partner    +1 312 364 8242**
*Life Science Tools and Diagnostics, Healthcare Delivery*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner    +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia, CPA    +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA    +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Jake Roberge    +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**
**Mubasil Chaudhry, Editor    +44 20 7868 4453**