# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

STEAMSHIP TRADE              )
ASSOCIATION OF BALTIMORE -   )
INTERNATIONAL                )
LONGSHOREMEN'S ASSOCIATION   )
PENSION FUND, Individually   )
and on Behalf of All         )   Case No.
Others Similarly Situated,   )   1:22-cv-08228-JSR
          Plaintiff,         )
     -vs-                    )
OLO INC., NOAH GLASS, and    )
PETER BENEVIDES,             )
          Defendants.        )
_____)

CONFIDENTIAL
VIDEOTAPED
RULE 30(b)(6) DEPOSITION TAKEN REMOTELY VIA
VIDEOCONFERENCE OF
BROWN CAPITAL MANAGEMENT, LLC
BY AND THROUGH ITS DESIGNEE
KEMPTON MARCUS INGERSOLL
MCKENNON SHELTON & HENN LLP
401 EAST PRATT STREET, SUITE 2600
BALTIMORE, MARYLAND  21202
JUNE 20, 2023, 10:09 A.M.


REPORTED BY:
DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE
_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 64

1     Q.    I'll represent to you that aside from
2  some potentially undated materials in the notes
3  that we just reviewed, these appear to be among the
4  earliest materials in Brown Capital's production
5  specifically related to Olo.
6           Does the July 2021 time period
7  correspond to the time when Brown Capital was
8  conducting its preliminary research for a potential
9  investment in Olo?
10    A.    As I noted, I believe the first
11 document, the preliminary research memo was from
12 May of 2021, and our research lasted until November
13 of 2021 before the initial purchase --
14    Q.    Right.  Okay.
15    A.    -- so this is within that period.
16    Q.    What is this document, Mr. Ingersol?
17    A.    This looks like the -- Olo's historical
18 financials through 2020.
19    Q.    And are the financials then put into a
20 Brown Capital template?
21    A.    Yes.
22    Q.    Okay.  Who prepared this document?

Page 78

```
 1          Q.   Is this a standard part of Brown
 2    Capital's process, to conduct this type of market
 3    research based on other publicly available sources
 4    outside of the company?
 5          A.   Yes.
 6          Q.   Okay.  Are you aware of any additional
 7    examples of market research that Brown Capital
 8    conducted concerning Olo as a potential investment?
 9          A.   I'm not recalling specific documents.
10          Q.   And what was the information that Brown
11    Capital was -- was interested in, in compiling the
12    U.S. sales for restaurant chains in the
13    United States?
14          A.   To determine what were the largest
15    restaurant chains.
16          Q.   And how does that pertain to Brown
17    Capital's assessment of Olo as potential
18    investment?
19          A.   Many of Olo's customers are some of the
20    larger restaurant chains in the country.  We were
21    looking at which ones -- which companies make up
22    that list.
```

Page 177

 1          Q.   Does your monitoring research include
 2     reviewing the company's SEC filings?
 3          A.   Yes.
 4          Q.   Does it include reviewing analyst
 5     reports covering Olo?
 6          A.   Yes.
 7          Q.   Okay.  This slide also references at
 8     the -- on the right-hand column second bolded point
 9     down, "Any team member can recommend putting a
10     company on the Challenge List."
11               What's the Challenge List referenced
12     here?
13          A.   Oh, this is an internal list where if
14     we have concerns or questions about a company,
15     there could be a request from someone on the team
16     for additional work to be done on that company to
17     further our understanding.
18          Q.   Has Olo ever been on Brown Capital's
19     challenge list?
20          A.   No.
21          Q.   Okay.  Why not?
22               MS. LAWRENCE:  Object to form.