**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>Defendants. | Case No. 1:22-cv-08228-JSR |

**DECLARATION OF JENNIFER B. LUZ IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION**
**<u>COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS</u>**

I, Jennifer B. Luz, declare as follows:

1.      I am a partner of the law firm of Goodwin Procter LLP, counsel to Defendants Olo Inc. ("Olo"), Noah Glass, and Peter J. Benevides (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws ("SAC").

2.      Attached as Exhibit A for the Court's convenience is a chart that summarizes the risk disclosures that are cited on pages 5-7, 10, 13, and 21 of the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's SAC (the "MTD Brief"). The disclosures summarized in Exhibit A appeared in Olo's Securities SEC filings or other documents incorporated by reference in Plaintiff's SAC. Excerpts of the documents referenced in Exhibit A are attached as Exhibits D to P and R to W.

3.      Attached as Exhibit B for the Court's convenience is a chart that summarizes the SAC's alleged false and misleading statements and the applicable bases for dismissal as set forth in the MTD Brief at 8-21.

4.      Attached as Exhibit C for the Court's convenience is a chart that summarizes allegedly false and/or misleading statements included in the SAC that were previously dismissed in the Court's July 25, 2023 Motion to Dismiss Opinion (ECF No. 71).

5.      Attached as Exhibit D is a true and correct copy of excerpts of Olo's Amendment No. 2 to Form S-1 (S-1/A), filed with the SEC on March 15, 2021, as referenced at SAC ¶¶ 4, 8, 11, 13, 15, 18, 23, 35-36, 40, 42, 49, 54-59, 58 n.9, 63, 69, 76, 121-23, and 159.

6.      Attached as Exhibit E is a true and correct copy of excerpts of Olo's Final Prospectus, Form 424(b)(4), filed with the SEC on March 18, 2021, as referenced at SAC ¶¶ 4, 8, 11, 13, 15, 18, 23, 35-36, 40, 42, 49, 54-59, 58 n.9, 63, 69, 76, 121-23, and 159.

7.      Attached as Exhibit F is a true and correct copy of excerpts of Olo's Q1 2021 press release, entitled "Olo Announces First-Quarter 2021 Financial Results," dated May 11, 2021, as referenced at SAC ¶¶ 125-26.

8.      Attached as Exhibit G is a true and correct copy of excerpts of the transcript of Olo's Q1 2021 Earnings Call, dated May 11, 2021, as referenced at SAC ¶¶ 48, 51, 64, 125, and 160.

9.      Attached as Exhibit H is a true and correct copy of excerpts of Olo's Q1 2021 Form 10-Q, filed with the SEC on May 12, 2021, as referenced at SAC ¶¶ 9, 47-48, 93, and 125-26.

10.     Attached as Exhibit I is a true and correct copy of excerpts of Olo's Q2 2021 press release, entitled "Olo Announces Second Quarter 2021 Financial Results," dated August 10, 2021, as referenced at SAC ¶¶ 61 and 127.

11.     Attached as Exhibit J is a true and correct copy of excerpts of the transcript of Olo's Q2 2021 Earnings Call, dated August 10, 2021, as referenced at SAC ¶¶ 46, 61, 103, and 128-29.

12.     Attached as Exhibit K is a true and correct copy of excerpts of Olo's Q2 2021 Form 10-Q, filed with the SEC on August 10, 2021, as referenced at SAC ¶¶ 9, 47, 61, 93, and 127.

13.     Attached as Exhibit L is a true and correct copy of Olo's press release, entitled "Olo to Acquire Wisely, a Leading Consumer Intelligence and Engagement Platform for Restaurants," dated October 21, 2021, as referenced at SAC ¶¶ 130 and 185.

14.     Attached as Exhibit M is a true and correct copy of excerpts of the transcript of the Olo-Wisely Acquisition Conference Call, dated October 21, 2021, as referenced at SAC ¶¶ 131, 150, and 162.

15.     Attached as Exhibit N is a true and correct copy of excerpts of Olo's Q3 2021 press release, entitled "Olo Announces Third Quarter 2021 Financial Results," dated November 9, 2021, as referenced at SAC ¶¶ 71 and 132-33.

16.     Attached as Exhibit O is a true and correct copy of excerpts of the transcript of Olo's Q3 2021 Earnings Call, dated November 9, 2021, as referenced at SAC ¶¶ 71, 106, 132, 134, and 152.

17.     Attached as Exhibit P is a true and correct copy of excerpts of Olo's Q3 2021 Form 10-Q, filed with the SEC on November 9, 2021, as referenced at SAC ¶¶ 47, 93,  and 132.

18.     Attached as Exhibit Q is a true and correct copy of excerpts of the transcript of a presentation by Olo at the ICR Conference 2022, dated January 10, 2022, as referenced at SAC ¶¶ 49, 135-36, and 163.

19.     Attached as Exhibit R is a true and correct copy of excerpts of Olo's Q4 2021 and Full Year 2021 press release, entitled "Olo Announces Fourth Quarter and Full Year 2021 Financial Results," dated February 23, 2022, as referenced at SAC ¶¶ 51, 119 n.16, and 137.

20.     Attached as Exhibit S is a true and correct copy of excerpts of the transcript of Olo's Q4 2021 and Full Year 2021 Earnings Call, dated February 23, 2022, as referenced at SAC ¶¶ 23, 108, 138, 154-55, 162, and 187.

21.     Attached as Exhibit T is a true and correct copy of excerpts of Olo's 2021 Form 10-K, filed with the SEC on February 25, 2022, as referenced at SAC ¶¶ 21, 47, 93, 137, 165-69, and 187.

22.     Attached as Exhibit U is a true and correct copy of excerpts of Olo's Q1 2022 press release, entitled "Olo Announces First Quarter 2022 Financial Results," dated May 10, 2022, as referenced at SAC ¶¶ 119 n.16, and 139-40.

23.     Attached as Exhibit V is a true and correct copy of excerpts of the transcript of Olo's Q1 2022 Earnings Call, dated May 10, 2022, as referenced at SAC ¶¶ 49, 139, 141-42, and 155.

24.     Attached as Exhibit W is a true and correct copy of excerpts of Olo's Q1 2022 Form 10-Q, filed with the SEC on May 10, 2022, as referenced at SAC ¶¶ 47, 93, and 139-40.

25.     Attached as Exhibit X is a true and correct copy of excerpts of the transcript of a presentation by Olo at the J.P. Morgan Global Technology, Media & Communications Conference, dated May 23, 2022, as referenced at SAC ¶¶ 49-50, 143-45, 156, and 176.

26.     Attached as Exhibit Y is a true and correct copy of excerpts of the transcript of a presentation by Olo at the William Blair Growth Stock Conference, dated June 6, 2022, as referenced at SAC ¶¶ 49, 146, 155, and 162.

27.     Attached as Exhibit Z is a true and correct copy of excerpts of Olo's Q2 2022 press release, entitled "Olo Announces Second Quarter 2022 Financial Results," dated August 11, 2022, as referenced at SAC ¶¶ 26 and 170.

28.     Attached as Exhibit AA is a true and correct copy of excerpts of the transcript of Olo's Q2 2022 Earnings Call, dated August 11, 2022, as referenced at SAC ¶¶ 25-27, 48, 170-75, 171 n.17, and 196.

29.     Attached as Exhibit BB is a true and correct copy of excerpts of Olo's Q4 and FY 2022 press release, entitled "Olo Announces Fourth-Quarter and Full-Year 2022 Financial Results," dated February 22, 2023.

30.     Attached as Exhibit CC is a true and correct copy of a letter from Plaintiff's counsel, Amanda Lawrence of Scott + Scott, to Defendants' counsel, Jennifer B. Luz of Goodwin Procter, dated May 11, 2023.

31.     Attached as Exhibit DD is a true and correct copy of an email thread from Scott Lamb to Marty Hahnfeld, copying Juan George, Jake Stetson, Rachel Brown, and Devon Jeffers, entitled "Re: Fridays call recap" and dated February 1, 2022, as referenced at SAC ¶ 80.

32.     Attached as Exhibit EE are true and correct copies of excerpts of the transcript of the deposition of Daeun "Patty" Jeon, taken August 4, 2023, as referenced at SAC ¶¶ 67 and 67 n.12.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2023                    Respectfully submitted,

                                          /s/ *Jennifer B. Luz*

                                          Jennifer B. Luz
                                          GOODWIN PROCTER LLP
                                          100 Northern Avenue
                                          Boston, MA 02210
                                          Tel.: 617.570.1000
                                          Fax: 617.523.1231
                                          JLuz@goodwinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer B. Luz, hereby certify that a copy of the foregoing Declaration of Jennifer B. Luz in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws and accompanying documents, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 24, 2023.

Dated: August 24, 2023                                          */s/ Jennifer B. Luz*
                                                                        Jennifer B. Luz