# Exhibit B

**Alleged Misleading Statements and Omissions**

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | | |
|---|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed[3] |
| **Statements Alleged to Relate to Olo's "Financial Position"** | | | | | | | |
| 150 | Wisely Acquisition Call (Oct. 21, 2021), Ex. M | "[T]he big takeaway here is a lot of upside when you think about the 75,000 -- 74,000 restaurant locations on the platform today. Our history of success first with dispatch, subsequently with rails in being able to sell effectively and efficiently into that captive audience, we see a lot of opportunity ahead . . . ." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 152 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. O | "Quarter-over-quarter, we continue to add new locations to our platform as restaurant brands recognize our ability to partner and add value for them." | ✓ | | ✓ | | |

---

[1] This column includes the allegedly false and/or misleading statements identified in the Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws (the "SAC"). All emphases from the SAC have been omitted.

[2] For the Court's convenience, this column identifies the reasons why each alleged false and/or misleading statement is not actionable, as set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the SAC at 8-22.

[3] This column indicates the alleged false and/or misleading statements that were previously dismissed or that are substantially the same as statements that were previously dismissed and/or found to be inactionable by the Court in its Opinion, dated July 25, 2023, ECF No. 71. *See also* Exhibit C to the Declaration of Jennifer B. Luz.

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|:---:|:---:|:---:|:---:|:---:|
| 152 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. O | "[W]e're extremely proud of our financial performance this quarter . . . and we're even more excited about our position, the market opportunity ahead of us and the impact we can have . . . ." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 152 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. O | "I don't think we've ever been more excited about our sales and deployment pipeline really on 2 fronts in terms of new location adds as well as the various upsell opportunities that have continued to emerge." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 154 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 154 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "The fourth quarter was a great close to our first fiscal year as a public company. . . . Olo continued to drive momentum and beat expectations in the fourth quarter, demonstrating the mission-critical nature of our solutions . . . ." | ✓ | | ✓ | | |

2

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 154 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "So our expectation for 2022 is to add a similar amount of net new locations to the platform . . . ." | ✓ | ✓ | | ✓ | ✓ |
| 154 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "So I think from a high level, the underlying fundamentals of the business remain really strong." | ✓ | | ✓ | ✓ | |
| 155 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | FY 2022 revenue guidance of $194 and $196 million and noting a "target growth rate" of 30%. | ✓ | ✓ | | ✓ | |
| 155 | Q1 2022 Earnings Call (May 10, 2022), Ex. V | FY 2022 revenue guidance of $195 and $197 million. | ✓ | ✓ | | ✓ | |
| 155 | William Blair Growth Stock Conference (June 6, 2022), Ex. Y | FY 2022 revenue guidance of $195 and $197 million and "we anticipate a reacceleration of revenue growth as implied in our second quarter and full year guidance." | ✓ | ✓ | ✓ | ✓ | ✓ |

3

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 156 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. X | "[W]e feel pretty confident in being able to deliver high growth[, which] we define as 30% year-on-year growth." | ✓ | ✓ | ✓ | ✓ | ✓ |

| **Statements Alleged to Relate to Olo's "Enterprise Segment"** | | | | | | | |
|---|---|---|---|---|---|---|---|
| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed |
| 159 | Olo Form S-1/A (March 15, 2021), Ex. D | Total addressable market opportunity of $7 billion "based on our current product offerings and focus on enterprise restaurants primarily in the United States." | ✓ | ✓ | ✓ | | ✓ |
| 159 | Olo Form S-1/A (March 15, 2021), Ex. D | "Our enterprise brands, meaning those brands having 50 or more locations, are also highly loyal. Over the last five years, on average nearly 99% of our enterprise brand customers, which accounted for 91% of our total active locations as of December 31, 2020, have continued using our Ordering module each year." | ✓ | | ✓ | | |

4

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 160 | Q1 2021 Earnings Call (May 11, 2021), Ex. G | "And we think that long-term SaaS wins and that there's a great opportunity for brands that have built in-house to see, okay, there is some capital in the initial CapEx, but it's really the OpEx, that ongoing cost of doing this in-house that I could save money on and have better innovation, better benchmarking against other brands, a broader partner ecosystem by moving to a mature, enterprise-grade SaaS provider." | ✓ | ✓ | ✓ | ✓ | |
| 161 | Q1 2021 Earnings Call (May 11, 2021), Ex. G | "[Olo's focus is] serving the enterprise restaurants in the U.S. and Canada markets because we think there's just a great opportunity for us there and it is the fastest path for us to become a $1 billion revenue company [and] the fastest and most efficient path for us to do so. So I believe that we're developing the relationship with those large, multinational restaurant brands, most of which are domiciled here in the U.S. And we're proving out how vital Olo is to their success as a mission-critical platform . . . ." | ✓ | ✓ | ✓ | ✓ | |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 162 | Wisely Acquisition Call (Oct. 21, 2021), Ex. M | Wisely acquisition would expand the total addressable market by "approximately $1 billion by applying Wisely's existing suite of products to the approximately 300,000 U.S. enterprise restaurant locations." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 162 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "[T]hrough focusing on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 162 | William Blair Growth Stock Conference (June 6, 2022), Ex. Y | "[T]hrough focusing on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 163 | ICR Conference (Jan. 10, 2022), Ex. Q | "[I]t has been our long-held conviction at Olo that SaaS is a better alternative to homegrown solutions. We're excited to see the industry agrees with that premise.<br><br>We've proven through hundreds of instances that investing in an enterprise grade SaaS platform is a compelling alternative to all the expenses of building in-house. That means lower costs, faster time-to-market, tapping into platform best practices and leveraging a large partner and customer ecosystem. In short, SaaS wins over homegrown software." | ✓ | | ✓ | ✓ | |

| | | **Statement Alleged to Relate to the Subway Transition** | | | | | |
|---|---|---|---|---|---|---|---|
| **SAC ¶** | **Source and Date** | **Alleged False and/or Misleading Statement** | **No Facts Alleged To Support Falsity** | **Forward-Looking** | **Puffery** | **Opinion** | **Previously Dismissed** |
| 165-169 | 2021 Form 10-K (Feb. 25, 2022), Ex. T | "In addition, if our customers . . . reduce the number of locations using our platform, then our revenue may decline and our results of operations may be harmed. Customers may not renew their contracts with us or reduce their use of our platform for any number of reasons, including . . . if they decide to build their own solution internally . . . ." | ✔ | ✔ | | | ✔ |
| | | **Statements Alleged to Relate to the Olo's Active Location Counts** | | | | | |
| **SAC ¶** | **Source and Date** | **Alleged False and/or Misleading Statement** | **No Facts Alleged To Support Falsity** | **Forward-Looking** | **Puffery** | **Opinion** | **Previously Dismissed** |
| 121 | Olo Form S-1/A (March 15, 2021), Ex. D | "As of December 31, 2020, we had approximately 400 brand customers representing over 64,000 active locations using our platform." | ✔ | | | | |
| 122 | Olo Form S-1/A (March 15, 2021), Ex. D | "Unlike other enterprise software businesses, where the sales team works to add a single location or division and expand to others, we enter into relationships at the brand's corporate level and secure exclusivity across all company-owned and franchise locations." | ✔ | | ✔ | | |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward -Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 123 | Olo Form S-1/A (March 15, 2021), Ex. D | "In every one of our customer relationships, we are the exclusive provider of direct digital ordering services with 100% franchisee participation." | ✔ | | ✔ | | |
| 124 | IPO Roadshow Materials (March 2021) | 64,000 active locations and exclusivity across "all company-owned locations." | ✔ | | ✔ | | |
| 125 | Q1 2021 Press Release (May 11, 2021), Ex. F; Q1 2021 Form 10-Q (May 11, 2021), Ex. H; | "Ending active locations increased 42% year-over-year to approximately 69,000 . . . ." | ✔ | | | | |
| 126 | Q1 2021 Press Release (May 11, 2021), Ex. F; Q1 2021 Form 10-Q (May 11, 2021), Ex. H; | Olo "define[s] active locations as a unique restaurant location that is utilizing one or more modules in a given quarterly period." | ✔ | | | | |
| 127 | Q2 2021 Press Release (Aug. 10, 2021), Ex. I; Q2 2021 Form 10-Q (Aug. 10, 2021), Ex. K | "Ending active locations increased 30% year-over-year to approximately 74,000." | ✔ | | | | |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward -Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 128 | Q2 2021 Earnings Call (Aug. 10, 2021), Ex. J | "In terms of key metrics, we ended the quarter with approximately 74,000 active locations on the platform, a 30% increase year-over-year and a 7% increase sequentially." | ✓ | | | | |
| 129 | Q2 2021 Earnings Call (Aug. 10, 2021), Ex. J | "A great example of customers realizing Dispatch's value was the Q2 launch of Jack in the Box as a Dispatch-only deployment, which will enhance their existing digital ordering for takeout program. This deployment with Jack in the Box further demonstrates Olo's ability to land major enterprise brands with one product module to initiate the customer relationship. Just as Subway launched with Olo Rails, Jack in the Box is another major enterprise brand launching with Olo Dispatch and gaining familiarity with Olo's broader capabilities and overall platform security, stability and extensibility. Jack in the Box is also an exciting example of our success in the quick service restaurant, or QSR, category." | ✓ | | ✓ | | |
| 130 | Wisely Acquisition Press Release (Oct. 21, 2021), Ex. L | " . . . Olo's approximately 74,000 active locations . . . ." | ✓ | | | | |
| 131 | Wisely Acquisition Call (Oct. 21, 2021), Ex. M | "I think the big takeaway here is a lot of upside when you think about the 75,000 -- 74,000 restaurant locations on the platform today." | ✓ | ✓ | ✓ | ✓ | ✓ |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward -Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 133 | Q3 2021 Press Release (Nov. 9, 2021), Ex. N | Olo stated that its "[n]ew customers included CKE Restaurant Holdings, Inc., parent company to leading QSR brands Carl's Jr. and Hardee's," and that "[e]nding active locations increased 26% year-over-year to approximately 76,000." | ✓ | | | | |
| 134 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. O | "As we look ahead, we see a lot of opportunity for growth and a lot of different levers to pull to get there. I think in the most simplest form, continuing to add more active locations to the platform." | ✓ | ✓ | ✓ | ✓ | ✓ |
| 135 | ICR Conference (Jan. 10, 2022), Ex. Q | "Today we are a proud partner to over 500 restaurant brands representing 76,000 individual restaurant locations to enable consumers to order ahead, pay ahead and get their food faster for takeout, delivery and more." | ✓ | | ✓ | | |
| 136 | ICR Conference (Jan. 10, 2022), Ex. Q | "We also contract directly, or always contract directly, with brand headquarters to long-term exclusive contracts and secure all locations within the brand, ensuring end consumer experience is consistent, regardless of which location within a brand the end consumer interacts with." | ✓ | | ✓ | | |
| 137 | Q4 2021 Press Release (Feb. 23, 2022), Ex. R; Q4 2021 Form 10-K (Feb. 25, 2022), Ex. T | Olo's "[e]nding active locations increased 23% year-over-year to approximately 79,000." | ✓ | | | | |

10

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward-Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 138 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "We ended the year with our platform connecting approximately 79,000 active restaurant locations . . . ." | ✓ | | | | |
| 140 | Q1 2022 Press Release (May 10, 2022), Ex. U; Q1 2022 Form 10-Q (May 10, 2022), Ex. W | Olo's "[e]nding active locations increased 19% year-over-year to approximately 82,000." | ✓ | | | | |
| 141 | Q1 2022 Earnings Call (May 10, 2022), Ex. V | "Our ending active location count increased 19% year-to-year to approximately 82,000 and we surpassed more than 600 restaurant brands utilizing our platform." | ✓ | | | | |
| 142 | Q1 2022 Earnings Call (May 10, 2022), Ex. V | "[W]e always sell to the brand. And then we're adopted across the entire location base, whether those are corporate owned or franchise owned." | ✓ | | ✓ | | |
| 143 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. X | "So we sell into one brand decision maker and then we[']re adopted by all of the restaurant locations within that brand, the corporate-owned locations, the franchise locations, the mix of the 2, however[] they're set up in their organizational structure. And then brands are always going live really all at the same time to create that consistent experience everywhere. So yes, we are deployed in all locations." | ✓ | | ✓ | | |

11

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statement | No Facts Alleged To Support Falsity | Forward -Looking | Puffery | Opinion | Previously Dismissed |
|---|---|---|---|---|---|---|---|
| 144 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. X | Olo's "customer portfolio . . . represent[s] 82,000 individual restaurants . . . ." | ✓ | | | | |
| 145 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. X | "I really believe that we've demonstrated that we can start a relationship with even the largest restaurant brands out there with a single module and maybe that's a convenient way for them to fortify their internal efforts, prove ourselves out and then expand into a larger deployment." | ✓ | | ✓ | ✓ | |
| 146 | William Blair Growth Stock Conference (June 6, 2022), Ex. Y | "As of March 31, we're a proud partner to over 600 restaurant brands, representing approximately 82,000 individual restaurant locations . . . ." | ✓ | | | | |