# Exhibit C

**Comparison of Alleged Misstatements and Omissions in the SAC to Previously Dismissed Statements**

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| 134 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. O | "As we look ahead, **we see a lot of opportunity for growth and a lot of different levers to pull to get there**. I think in the most simplest form, continuing to add more active locations to the platform." | • "As we enter 2022, **we've never been more confident in our position and more excited about our opportunity ahead**. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than \$15 billion within the U.S. enterprise segment." (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "Throughout 2022, we believe the **main drivers of revenue growth will be ARPU expansion as well as increasing the number of active locations on the platform**." (FAC ¶ 94; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "[W]hen we look at all those different avenues, more locations, **more transactions per location and more revenue per transaction**, there's just a lot of levers that we can pull in order to **maintain that growth rate**." (FAC ¶ 98; JPMorgan Global Tech., Media & Comms. Conf. (May 23, 2022), Ex. X)<br><br>• "**Altogether, these three levers result in Olo's near-term 100x revenue growth opportunity in U.S. enterprise restaurants, more locations, more orders per location, and more revenue per order.**" (FAC ¶ 100; William Blair Growth Stock Conference (June 6, 2022), Ex. Y) |

---

[1] This column includes the allegedly false and/or misleading statements identified in the Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws (the "SAC"). All emphases from the SAC have been omitted and replaced with emphases from Defendants.

[2] *See* Motion to Dismiss Opinion (ECF No. 71) at 5-7. "FAC" means Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws (ECF No. 38). The referenced exhibits ("Ex.") are attached to the accompanying Declaration of Jennifer B. Luz.

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| 150 | Wisely Acquisition Call (Oct. 21, 2021), Ex. M | "[T]he big takeaway here is a lot of upside when you think about the 75,000-74,000 restaurant locations on the platform today. Our history of success first with dispatch, subsequently with rails in being able to sell effectively and efficiently into that captive audience, **we see a lot of opportunity ahead**." | • "As we enter 2022, **we've never been more confident in our position and more excited about our opportunity ahead**. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment. (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "Throughout 2022, we believe the **main drivers of revenue growth will be ARPU expansion as well as increasing the number of active locations on the platform**." (FAC ¶ 94; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "We're **confident that [the Wisely and Omnivore] investments will** unlock **future growth opportunities for Olo** in 2023 and beyond.  To summarize, we delivered another **strong quarter of operational and financial performance**." (FAC ¶ 95; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "[W]hen we look at all those different avenues, more locations, **more transactions per location and more revenue per transaction**, there's just a lot of levers that we can pull in order to **maintain that growth rate**." (FAC ¶ 98; JPMorgan Global Tech., Media & Comms. Conf. (May 23, 2022), Ex. X) |

2

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| 152 | Q3 2021 Earnings Call (Nov. 9, 2021), Ex. O | "Quarter-over-quarter, we continue to add new locations to our platform as restaurant brands recognize our ability to partner and add value for them. . . . **we're extremely proud of our financial performance this quarter** . . . and **we're even more excited about our position, the market opportunity ahead of us and the impact we can have** . . . **I don't think we've ever been more excited about our sales and deployment pipeline** really on 2 fronts in terms of **new location adds as well as the various upsell opportunities** that have continued to emerge." | • "As we enter 2022, **we've never been more confident in our position and more excited about our opportunity ahead**. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment." (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "Throughout 2022, we believe the **main drivers of revenue growth will be ARPU expansion as well as increasing the number of active locations on the platform**." (FAC ¶ 94; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "We're **confident that [the Wisely and Omnivore] investments will unlock future growth opportunities for Olo** in 2023 and beyond. To summarize, we delivered another **strong quarter of operational and financial performance**." (FAC ¶ 95; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "[W]hen we look at all those different avenues, more locations, **more transactions per location and more revenue per transaction**, there's just a lot of levers that we can pull in order to **maintain that growth rate**." (FAC ¶ 98; JPMorgan Global Tech., Media & Comms. Conf. (May 23, 2022), Ex. X) |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| 154 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "**As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment**. . . . <br><br>**The fourth quarter was a great close to our first fiscal year as a public company . . . Olo continued to drive momentum and beat expectations in the fourth quarter**, demonstrating the mission-critical nature of our solutions . . . . <br><br>**So our expectation for 2022 is to add a similar amount of net new locations to the platform** . . . . <br><br>So I think from a high level, **the underlying fundamentals of the business remain really strong**." | <ul><li>"**As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment.**" (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)</li><li>"We're confident that [the Wisely and Omnivore] investments will unlock future growth opportunities for Olo in 2023 and beyond. To summarize, **we delivered another strong quarter of operational and financial performance**." (FAC ¶ 95; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)</li><li>"**And for 2022, again, we're targeting a similar number of net adds as we achieved in 2021**." (FAC ¶ 96; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)</li><li>"To summarize, we continue to deliver revenue growth and profitability as we take meaningful strides towards driving digital hospitality. **Our position is strong as we have a long runway for growth through adding more locations, cross selling our robust and comprehensive product suite, and through expanded use cases of the Olo platform.**" (FAC ¶ 101; William Blair Growth Stock Conference (June 6, 2022), Ex. Y)</li></ul> |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| 155 | William Blair Growth Stock Conference (June 6, 2022), Ex. Y | **"[W]e anticipate a reacceleration of revenue growth as implied in our quarter and full year guidance."** | • **"Our solution set that meets the needs of a digital restaurant, robust network, and highly efficient go-to-market give us confidence that we have long runway for growth ahead of us.** We believe that we have a 100x growth opportunity in U.S. enterprise restaurants representing a total addressable market of more than $15 billion. First, through continuing to focus on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations." (FAC ¶ 99; William Blair Growth Stock Conference (June 6, 2022), Ex. Y)<br><br>• "To summarize, we continue to deliver revenue growth and profitability as we take meaningful strides towards driving digital hospitality. **Our position is strong as we have a long runway for growth through adding more locations, cross selling our robust and comprehensive product suite, and through expanded use cases of the Olo platform**." (FAC ¶ 101; William Blair Growth Stock Conference (June 6, 2022), Ex. Y) |
| 156 | JPMorgan Global Tech., Media & Communications Conference (May 23, 2022), Ex. X | **"[W]e feel pretty confident in being able to deliver high growth we define as 30% year-on-year growth."** | • "So I think what we've communicated is **we feel pretty confident in being able to deliver high growth we define as 30% year-on-year growth**. Noah articulated earlier, the 100x opportunity in front of us. And when we look at all those different avenues, more locations, more transactions per location and more revenue per transaction, there's just a lot of levers that we can pull in order to maintain that growth rate." (FAC ¶ 98; JPMorgan Global Tech., Media & Comms. Conf. (May 23, 2022), Ex. X) |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| 159 | Olo Form S-1/A (March 15, 2021), Ex. D | **Total addressable market opportunity** of $7 billion "based on our current product offerings and **focus on enterprise restaurants primarily in the United States**." | • "As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment**." (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "Our solution set that meets the needs of a digital restaurant, robust network, and highly efficient go-to-market give us confidence that we have long runway for growth ahead of us. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants representing a total addressable market of more than $15 billion. First, through continuing to focus on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations**." (FAC ¶ 99; William Blair Growth Stock Conference (June 6, 2022), Ex. Y) |
| 162 | Wisely Acquisition Call (Oct. 21, 2021), Ex. M | Wisely acquisition would expand the total addressable market by "**approximately $1 billion by applying Wisely's existing suite of products to the approximately 300,000 U.S. enterprise restaurant locations**." | • **"We're confident that [the Wisely and Omnivore] investments will unlock future growth opportunities for Olo in 2023 and beyond.** To summarize, we delivered another strong quarter of operational and financial performance." (FAC ¶ 95; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment**." (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "Our solution set that meets the needs of a digital restaurant, robust network, and highly efficient go-to-market give us confidence that we have long runway for growth ahead of us. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants representing a total addressable market of more than $15 billion. First, through** |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| | | | continuing to focus on the enterprise restaurant segment, we have a **4x opportunity to capture all 300,000 enterprise restaurant locations**." (FAC ¶ 99; William Blair Growth Stock Conference (June 6, 2022), Ex. Y) |
| 162 | Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S | "[T]hrough focusing on the **enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations**." | • "As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than \$15 billion within the U.S. enterprise segment**." (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)  •  "Our solution set that meets the needs of a digital restaurant, robust network, and highly efficient go-to-market give us confidence that we have long runway for growth ahead of us. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants representing a total addressable market of more than \$15 billion. First, through continuing to focus on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations**." (FAC ¶ 99; William Blair Growth Stock Conference (June 6, 2022), Ex. Y) |

| SAC ¶ | Source and Date | Alleged False and/or Misleading Statements in the SAC[1] | Previously Dismissed Alleged False or Misleading Statements[2] |
|---|---|---|---|
| 162 | William Blair Growth Stock Conference (June 6, 2022), Ex. Y | "[T]hrough focusing on the **enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations**." | • "As we enter 2022, we've never been more confident in our position and more excited about our opportunity ahead. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants, representing a TAM of more than $15 billion within the U.S. enterprise segment**." (FAC ¶ 93; Q4 2021 Earnings Call (Feb. 23, 2022), Ex. S)<br><br>• "Our solution set that meets the needs of a digital restaurant, robust network, and highly efficient go-to-market give us confidence that we have long runway for growth ahead of us. **We believe that we have a 100x growth opportunity in U.S. enterprise restaurants representing a total addressable market of more than $15 billion. First, through continuing to focus on the enterprise restaurant segment, we have a 4x opportunity to capture all 300,000 enterprise restaurant locations**." (FAC ¶ 99; William Blair Growth Stock Conference (June 6, 2022), Ex. Y) |

8