# Exhibit G

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO

# FQ1 2021 Earnings Call Transcripts

## Tuesday, May 11, 2021 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2021- | | | -FQ2 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.01 | 0.03 | ▲200.00 | 0.01 | 0.04 | 0.08 |
| **Revenue (mm)** | 31.70 | 36.12 | ▲11.86 | 32.76 | 135.37 | 175.81 |

Currency: USD
Consensus as of  May-08-2021 6:45 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2021** | 0.01 | 0.03 | ▲200.00 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon. My name is Alexander, and I will be your conference operator today. At this time, I would like to welcome everyone to the Olo First Quarter 2021 Earnings Conference Call. [Operator Instructions]

I would now like to turn the call over to Mr. Brian Denyeau. Please go ahead.

**Brian Denyeau**
*ICR, LLC*

Thank you. Good afternoon, everyone, and welcome to Olo's First Quarter 2021 Earnings Conference Call. Joining me today are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

During our call today, some of our discussions and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made. These forward-looking statements include, but are not limited to, statements regarding our future performance and our market opportunity, including our expected financial results for the second quarter and fiscal year 2021, expectation regarding future operating expenses, impacts and expected results from changes in our relationship with our large customers, our market opportunity and market trends, expectations regarding the impact of the COVID-19 pandemic on our business and industry, predictions on consumer ordering volumes, the growth of our customer base, customer adoption of our products and expectations for capturing market share, and our delivery of new products or product features.

We undertake no obligation to update any forward-looking statements made during this call to reflect events or circumstances after today. These statements are subject to risks, uncertainties and assumptions. Should any of these risks or uncertainties materialize or should any of these assumptions prove to be incorrect, actual company results could differ materially from these forward-looking statements. A discussion of the risks and uncertainties related to our business is contained in our final prospectus filed with the SEC on March 18, 2021, and our quarterly report on Form 10-Q for the 3 months ended March 31, 2021, that will be filed with the SEC following this earnings call. And our remarks during today's discussion should be considered to incorporate this information by reference.

Also during this call, we will present both GAAP and non-GAAP financial measures. Reconciliations to the most directly comparable GAAP financial measures are available in our earnings release, which we issued a short while ago. This earnings release is available on the Investor Relations page of our website and included as exhibit in the Form 8-K furnished with the SEC.

Finally, at times in our prepared remarks or in response to your questions, we may offer incremental metrics to provide greater insights in the dynamics of our business or quarterly or annual results. Please be advised that this additional detail may be onetime in nature and we may or may not provide an update in the future on these metrics. I encourage you to visit our Investor Relations website at investors.olo.com to access our earnings release, periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Herbert Glass**
*Founder, CEO & Director*

Hi, everyone. Thank you for spending this time with us today. I'm Noah Glass, the Founder and CEO of Olo. I'm thrilled to be with you on this call and to share my thoughts on our company, our opportunity and our Q1 performance.

Given that this is our first earnings call, I thought I'd take a moment to introduce you to Olo and what we do. Olo is a leading cloud-based, on-demand commerce platform for multi-location restaurant brands, now serving over 400 restaurant brands and approximately 69,000 individual restaurant locations and

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

136% year-over-year, primarily due to an increase in active locations coming on to the platform as well as increased ARPU, driven by higher transaction volume growth and continued multiproduct adoption.

While we are proud of our Q1 results, which show the value that Olo provides its restaurant customers, our first quarter results benefited from COVID-19 in 2 ways: first, continued strong order volume growth; and second, a relatively easy compare since Q1 2020 was the last quarter prior to the onset of COVID-19. I will get into this a bit more in a few moments when I talk through our Q2 and 2021 full year guidance.

In terms of key metrics, we saw continued positive performance for the first quarter across all 3 key metrics: active locations, ARPU, and net revenue retention. Let's spend a moment discussing each in a bit more detail.

An active location is defined as a unique restaurant location live on the platform with at least one product module. So for example, if an individual restaurant location subscribes to 3 modules, such as Ordering, Dispatch and Rails, we would count that location once as a unique active location. That said, we ended the first quarter with approximately 69,000 active locations on the platform, a 42% increase year-over-year and a 7% increase sequentially. This included some locations that we had originally expected to deploy in the second quarter, which helped to increase platform revenue.

Additionally, average revenue per unit, or ARPU, which represents the average quarterly platform revenue we earn on a per-location basis, continue to trend well. As a reminder, ARPU takes into account all modules subscribed to by a unique location as well as both subscription and transaction-based revenue streams. That said, for the first quarter, we generated an ARPU of approximately $525, a 61% increase year-over-year and an 11% increase sequentially. Growth in ARPU was the result of continued growth in multiproduct adoption as well as increased transaction volumes, which helped increase both subscription and transaction-based revenue streams.

Lastly, net revenue retention, which measures the period-over-period change in total platform revenue for brands in the current quarter that had at least one live location in the same quarter a year prior, remained strong. For the first quarter, we continue to maintain net revenue retention in excess of 120%, a result of continuing to satisfy and retain our customers, increase multiproduct adoption, growth in transaction volumes and further expansion of our partnership ecosystem.

For the remainder of the financial metrics disclosed, unless otherwise noted, I will be referencing non-GAAP financial measures. Gross profit for the first quarter was $30 million, representing a gross margin of 83%. This compares to a gross margin of 74% a year ago. Year-over-year improvements in gross margin is largely a result of increased leverage and platform revenue streams, where gross margin was 86%. This compares to a platform gross margin of 78% a year ago.

Sales and marketing expense for the first quarter was $3.4 million or 10% of revenue. This compares to $2.2 million and 14% a year ago. On a dollar basis, increases in sales and marketing spend were driven by our proactive investment in customer acquisition and expanding our sales organization and brand marketing, partially offset by reduced spending on travel and trade conferences as a result of the COVID-19 pandemic. While we have a highly efficient one-to-many sales model in which we sell at the enterprise-restaurant-brand level and secure all locations within that brand to long-term exclusive contracts, we anticipate investments in sales and marketing to increase on a dollar basis and as a percent of revenue in the short term as we continue to invest in our ability to sell new products and increase the visibility of our brand to new and existing customers.

Research and development expense for the first quarter was $11 million or 30% of total revenue. This compares to $7 million and 43% a year ago. Investing in our platform and developing new platform features and enhancements that will increase the value we can deliver to our customers is a primary strategic focus for Olo. We have made incremental investments in recent quarters to maintain strong platform performance and the uptime necessary to help our customers as they manage the sharp increase in their digital order volumes. We anticipate investments in this area to increase on a dollar basis and as a percent of revenue in the short term as we continue to invest in innovative solutions to support our customers' rapidly evolving needs.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.