# Exhibit J

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO
# FQ2 2021 Earnings Call Transcripts

## Tuesday, August 10, 2021 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.01 | 0.03 | ▲200.00 | 0.01 | 0.07 | 0.09 |
| **Revenue  (mm)** | 34.17 | 35.90 | ▲5.06 | 34.53 | 141.38 | 180.36 |

Currency: USD
Consensus as of  Aug-07-2021 12:47 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise   ▼ Negative EPS Normalized surprise   ● Neutral EPS Normalized surprise

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2021** | 0.01 | 0.03 | ▲1 200.00 % |
| **FQ2 2021** | 0.01 | 0.03 | ▲2 200.00 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon. My name is Sarah, and I'll be your conference operator today. At this time, I would like to welcome everyone to the Olo Second Quarter 2021 Earnings Conference Call. [Operator Instructions]

I would like to turn the call over to Olo's Vice President of Investor Relations, Ms. Stephanie Daukus. Please go ahead.

**Stephanie Daukus**

Thank you. Good afternoon, everyone, and welcome to Olo's second quarter 2021 earnings conference call. Joining me today are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

During our call today, some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made. These forward-looking statements include, but are not limited to, statements regarding our future performance and our market opportunity, including our expected financial results for the third quarter and fiscal year 2021. Expectations regarding future operating expenses, impacts and expected results from changes in our relationship with our customers, our market opportunity and market trends, expectations regarding the impact of the COVID-19 pandemic and seasonality on our business and industry, predictions on consumer ordering volumes, our ability to sustain our profitability, customer adoption of products and expectations for capturing market share and our delivery of new products or product features.

We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today. These statements are subject to risks, uncertainties and assumptions. Should any of these risks or uncertainties materialize or should any of these assumptions prove to be incorrect, actual company results could differ materially from these forward-looking statements. A discussion of the risks and uncertainties related to our business is contained in our quarterly report on Form 10-Q for the quarter ended March 31, 2021, filed with the SEC on May 12, 2021, and our quarterly report on Form 10-Q for the quarter ended June 30, 2021, that will be filed with the SEC following this earnings call, and our remarks during today's discussion should be considered to incorporate this information by reference.

Also during this call, we'll present both GAAP and non-GAAP financial measures. Reconciliations to the most directly comparable GAAP financial measures are available in our earnings release which we issued a short while ago. This earnings release is available on the Investor Relations page of our website and is included as an exhibit in the Form 8-K furnished to the SEC.

Finally, in terms of our prepared remarks or in response to questions, we may offer incremental metrics to provide greater insights, the dynamics of our business or quarterly or annual results. Please be advised that this additional detail may be onetime in nature, and we may or may not provide an update in the future on these measures. I encourage you to visit our Investor Relations website at investors.olo.com to access our earnings release, periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Herbert Glass**
*Founder, CEO & Director*

Thank you, Stephanie, and officially and on the record, welcome to team Olo. Q2 was another strong quarter of profitable growth for Olo, helping even more restaurant customers continue to drive digital sales while many restaurant dining rooms are reopened around the nation.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On our last earnings call, I discussed Olo's transactional SaaS business model, and our new ambition to reach digital entirety as the restaurant industry transforms to digital, touching, adding value to and deriving revenue from every restaurant transaction.

As the U.S. economy and restaurant dining rooms began to reopen in Q2, restaurant digital sales proved durable, demonstrating that the restaurant industry's digital transformation is not just about delivery, but all ordering modes and across all service models: delivery, drive-through, table service and takeout. In fact, according to data from NPD Group, there are more nondelivery digital orders than delivery digital orders. Olo's platform is enabling restaurant brands to digitize every transaction, not just delivery transactions.

During Q2, we celebrated more restaurant brands replatforming to Olo, and we're proud to welcome Potbelly Sandwich works to the Olo platform. Potbelly migrated from a legacy tech stack and like Papa Murphy's, Chili's, Maggiano's Little Italy, Outback Steakhouse, Carrabba's Italian Grill, Bonefish Grill and many others before it, Potbelly replatforming to Olo again demonstrated that leading restaurant brands can no longer simply check the box and have just any digital ordering solution. Rather, they need to best meet the needs of the on-demand consumer by utilizing what we believe is the industry's most sophisticated on-demand commerce platform, benefiting from a broad and deep set of capabilities and an open partner ecosystem of over 100 best-of-breed restaurant technology partners.

Our launch with Potbelly furthers Olo's conviction that open SaaS wins over homegrown and closed proprietary software. We also deployed new virtual brands, including Wingstop's launch of their virtual brand, Thighstop, a creative and successful solution for the chicken wing shortage that led to price inflation. The launch of Thighstop demonstrates the flexibility that the Olo platform provides to its customers, allowing restaurant brands to operate more nimbly. In this case, helping to solve business challenges and bringing Wingstop closer to realizing its long-term strategy.

Another critical business challenge Olo is helping to solve is the problem of driver availability for delivery service. Driver shortages are widespread and have led to reduced driver availability and delivery delays for restaurants and consumers. Although Dispatch, our Delivery as a Service solution provides a nationwide network of more than 2 dozen delivery service providers, or DSPs, covering 97% of our customers' U.S. store locations. Dispatch's ability to provide redundancy and increased driver availability is highly differentiated and create substantial value for our customers.

A great example of customers realizing Dispatch's value was the Q2 launch of Jack in the Box as a Dispatch-only deployment, which will enhance their existing digital ordering for takeout program. This deployment with Jack in the Box further demonstrates Olo's ability to land major enterprise brands with one product module to initiate the customer relationship. Just as Subway launched with Olo Rails, Jack in the Box is another major enterprise brand launching with Olo Dispatch and gaining familiarity with Olo's broader capabilities and overall platform security, stability and extensibility. Jack in the Box is also an exciting example of our success in the quick service restaurant, or QSR, category.

As the largest component of the restaurant industry by both locations and transactions, QSR brands represent the greenfield industry segment that we love for its high average location count, industry transaction share and cornerstone commitments to convenience. We've experienced early success in QSR with Checkers and Rallies, Culver's, Dairy Queen, Crystal and now Jack in the Box, and this segment continues to represent a promising growth opportunity for Olo.

As I mentioned in our Q1 earnings call, many QSR brands have grown through franchising, resulting in disparate technologies used throughout their fleet and the kind of heterogeneous environments that Olo has made a specialty, integrating into multiple restaurant technologies to create a unified consumer experience. We remain committed to helping the QSR segment go digital to better meet the needs of the on-demand consumer.

As we discussed at length in our Q1 earnings call, the other side of Olo's two-sided network is our partner ecosystem of over 100 restaurant technology partners. This two-sided network creates a flywheel, in which adding a new customer to our restaurant network benefits all Olo partners, and adding a new technology partner to our partner network benefits all Olo customers.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With that, let's take a look at our second quarter results.

Total revenue for the second quarter was $35.9 million, up 48% year-over-year. Platform revenue in the second quarter was $34.5 million, up 53% year-over-year, primarily due to an increase in active locations coming on to the platform as well as increased transaction volumes helping drive growth in average revenue per unit or ARPU.

Growth in active locations and transaction volumes reflect the continued digital transformation occurring within the restaurant industry. Increases in multiproduct adoption and evolving use cases of the Olo platform such as tableside ordering, virtual brands and kiosks, further highlight Olo's opportunity and ability to digitize all industry transactions. That said, I would remind everyone that this time last year, many locations were emerging from temporary closures in March and began reopening in April as shelter-in-place restrictions ease. Therefore, this quarter's performance slightly benefited from lower ordering activity in the earlier part of the second quarter of last year.

In terms of key metrics, we ended the quarter with approximately 74,000 active locations on the platform, a 30% increase year-over-year and a 7% increase sequentially. As Noah mentioned, this quarter's notable deployments included Potbelly Sandwich Works and Jack in the Box.

Average revenue per unit, or ARPU, was approximately $486 for the second quarter. This reflects a 13% increase year-over-year and a 7% decline sequentially. Fluctuations in ARPU from quarter-to-quarter can be expected due to the number of modules a brand initially deploys with as well as changes in transaction volumes. For example, this quarter, we observed a greater number of single module deployments such as Jack in the Box utilizing our dispatch module, and a continuation of Subway utilizing our Rails module.

Single module deployments inherently generate less ARPU than multimodule deployments but present a great opportunity to land and expand within a customer with additional products and services, a historically successful go-to-market motion for Olo. Additionally, as anticipated, average orders per location per day as compared to the prior quarter decreased slightly due to seasonality, increased vaccinations in the return to in-person dining and the absence of ongoing fiscal stimulus. That said, on a full year basis, we anticipate continued momentum in ARPU as seasonality is normalized and growth in multiproduct adoption and multipartner usage continues.

Lastly, net revenue retention remained strong, in excess of 120% for the quarter, a result of continuing to satisfy and retain our customers, growth in transaction volumes and continued expansion of our partnership ecosystem.

For the remainder of the financial metrics disclosed, unless otherwise noted, I will be referencing non-GAAP financial measures. Gross profit for the second quarter was $29.5 million, representing a gross margin of 82%, in line with gross margins a year ago. Platform gross margin for the second quarter was 85%. This compares to platform gross margin of 87% a year ago. The year-over-year decline in platform gross margin was driven by an increase in headcount and associated compensation cost to support the rapid growth in active locations added to the platform.

Sales and marketing expense for the second quarter was $3.2 million or 9% of total revenue. This compares to $1.7 million and 7% a year ago. On a dollar basis, increases in sales and marketing spend were driven by continued expansion of our sales organization, including compensation costs and technology spend.

As stated on last quarter's call, while we have a highly efficient one-to-many sales model in which we sell at the enterprise restaurant brand level and secure all locations within that brand to long-term exclusive contracts, we anticipate investments in sales and marketing to increase on a dollar basis and as a percent of revenue in the short term as we continue to invest in our ability to sell new products and increase the visibility of our brand to new and existing customers.

Research and development expense for the second quarter was $11.4 million or 32% of total revenue. This compares to $7.3 million and 30% a year ago. We continue to invest in initiatives that align with the core tenets of enterprise customer needs: innovation, scalability, extensibility and security. This primary strategic focus for Olo ensures we are providing our customers with a flexible and differentiated offering.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.