# Exhibit M

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO

# M&A Call

## Thursday, October 21, 2021 10:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon. My name is Han, and I will be the conference operator today. At this time, I would like to welcome everyone to the Olo-Wisely Acquisition Conference Call. [Operator Instructions]

I would now like to turn today's call over to Olo's VP of Investor Relations, Ms. Stephanie Daukus. Please go ahead.

**Stephanie Daukus**

Thank you. Good afternoon, everyone, and thank you for joining us today on such short notice. Earlier today, Olo announced our acquisition of Wisely. The details of the transaction can be found in the press release issued earlier today at approximately 4:00 p.m. Eastern Time, and a presentation related to the transaction can also be found on the Investor Relations website at investors.olo.com. Joining me today to discuss the transaction are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

Let me remind you that the purpose of today's call is to discuss the Wisely acquisition, and we will not be discussing our third quarter earnings results, which are scheduled to be reported in a few weeks.

Today's call, the accompanying presentation and some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made. We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today. These statements are subject to risks, uncertainties and assumptions. A discussion of the risks and uncertainties related to our business is contained in our SEC filings, and our remarks today during the discussion should be considered to incorporate this information by reference.

I encourage you to visit our Investor Relations website at investors.olo.com to access our joint press release, the investor presentation we will be using today, our periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Herbert Glass**
*Founder, CEO & Director*

Thank you, Stephanie, and thank you, everyone, for joining us. Today, we announced the acquisition of Wisely, a leading customer intelligence and engagement platform for restaurants. We're extremely excited about our acquisition of Wisely and believe it will create significant value for our restaurant brands and shareholders. Wisely's customer engagement platform, operations intelligence and data capabilities complement Olo's on-demand commerce platform that services more than 400 brands and 74,000 locations.

Together, Olo plus Wisely will create a differentiated and wide breadth of product offerings that will accelerate our restaurant brands' digital transformation, deepening brands' relationships with customers and accelerate Olo's ability to reach digital entirety, touching, adding value to and deriving revenue from every restaurant transaction.

Before I briefly explain Wisely's products, I want to remind you that we built Olo with the goal of being the leading open SaaS platform for the restaurant industry by aligning our solutions with the needs of restaurants. Our platform powers restaurant brands' on-demand commerce, enabling digital ordering, delivery and channel management while further strengthening and enhancing the restaurant's direct customer relationships.

Now more than ever, direct-to-customer relationships are vital for restaurants. Brands must own digital relationships with their customers. They must attract and retain loyal customers. Understanding

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

brands' marketing teams and their needs, unlocking the restaurant marketing budget for the first time for Olo. Wisely's current on-premise capabilities further enable Olo's ability to power on-premise solutions to brands and accelerates our vision of digital entirety, touching, adding value to and deriving revenue from every restaurant transaction. Wisely CDP also offers significant upside to accelerate Olo's data strategy and monetize our platform's vast customer base. And unifying data systems allows brands to win the battle for digital dollars faster in the broader restaurant industry shift.

All of these incremental opportunities expand our total addressable market and have the potential to increase ARPU in a meaningful way. I'm confident in our ability to realize Olo plus Wisely financial benefits given our historical success and demonstrable ability to grow within our restaurant base through the development of products that our restaurants value. This is a direct result of our highly efficient go-to-market strategy that enables us to deploy our modules across all new and existing brand locations without any additional sales and marketing costs and upsell new offerings to the brand itself rather than each individual location.

Finally, I'd be remiss if I didn't mention Wisely's team, which has a strong combination of product and engineering, data, customer success, sales and marketing and restaurant-specific experience. The team has built a highly capable and talented organization as the company has scale. The Olo plus Wisely teams are incredibly aligned, sharing common principles in our values and our vision. Our shared culture of empowering restaurant brands and putting a premium on continued innovation and humility was of utmost consideration.

I've long believed that Wisely is one of the strongest customer engagement platforms in our industry. I've heard it time and time again from our mutual customers. Together, we can have a much larger impact and help our restaurants and the overall industry thrive and better serve customers at the same time.

With that, I'll turn the call over to Peter to discuss the terms of the transaction.

**Peter J. Benevides**
*Chief Financial Officer*

Thank you, Noah. Under the terms of the definitive agreement, Olo will acquire Wisely for approximately $187 million subject to customary adjustments. This includes $110 million of Class A common stock and $77 million in cash, which we plan to finance through cash on hand. We anticipate the acquisition to close in the fourth quarter subject to customary closing conditions.

Similar to Olo, Wisely earns revenue monthly on a per location basis and grows revenue by adding more locations to the platform and increasing the amount earned on a per location basis through increasing multiproduct adoption. Currently, approximately 95% of Wisely's revenues are subscription-based, with contract terms typically being multiyear in length, which yields both a predictable and stable revenue stream.

The transaction will be accretive to Olo's existing revenue growth profile. From a gross margin standpoint, we anticipate minimal impact to Olo's existing profile as Wisely possesses gross margin characteristics to that of similar-stage software companies. And when coupled with Olo's economies of scale, we anticipate a continuation of Olo's strong gross margin profile. Furthermore, the addition of Wisely is expected to have minimal impact on profitability on a consolidated basis, and we expect Olo's strong operating margin profile to generally remain the same.

As Noah stated, the complementary nature of Wisely's products creates a natural upsell opportunity within our existing customer base. We believe there is a large opportunity to better meet the needs of the existing 74,000 restaurant locations on the Olo platform by adding Wisely's suite of offerings. As we've historically shown, our long-standing trusted relationships with our restaurant brands has yielded strong upsell performance, which gives us confidence that the addition of Wisely will enable us to increase ARPU in a meaningful way.

Additionally, broadening the Olo suite of offerings affords Olo additional entry points into future potential customers, which can help to further land additional restaurant locations and expand with the use of Olo's existing product suite. We estimate the acquisition will expand our total addressable market by

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

approximately $1 billion by applying Wisely's existing suite of products to the approximately 300,000 U.S. enterprise restaurant locations.

Lastly, we will provide an update on our outlook for the fourth quarter and full year 2021 during our third quarter call. We will also provide any updates to guidance on our third quarter call.
With that, I'll turn things back over to the operator to begin the Q&A.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Thanks for the question. I think we have -- despite not being prepared at this point to talk about some of those reference stories of restaurant brands that use both platforms and what they've been able to realize, we do have great conviction in the fact that enterprise restaurant brands are going to see great value, that we're at a moment where CDP and them have really product market for this industry. We're in that phase of digital transformation where brands glimpse digital entirety and realize that it's a huge unlock for them.

And I think important in understanding this is, maybe have buried in some of the prepared remarks, understanding customer lifetime value isn't just valuable for being able to better market to consumers. Understanding customer lifetime value impacts every facet of the restaurant enterprise. And that's true of enterprise restaurant brands, especially when they think about, what is the menu mix going to be? What are those products that are driving high customer lifetime value? When they think about staffing, who are my best staff members? And when -- who should I put on the best shifts driven by customer lifetime value and how it connects back?

When they think about site selection and they think about where are we going to put our next location as we expand our number of locations, customer lifetime value and understanding that as a North Star metric helps to drive all of these decisions within the restaurant enterprise. And that kind of intelligence is exactly what restaurants who are enlightened and glimpsing the future that is data rich and data informed are running towards. So we feel high conviction in our restaurant customers' excitement for these kinds of capabilities.

**Brent Alan Bracelin**
*Piper Sandler & Co., Research Division*

Very cool. I guess we'll leave the tough questions for Peter here. Shifting gears a little bit. Peter, 400 customers today. Any sense of what the Wisely overlap is today? Is it 10% overlap, 50% overlap? Any general sense of what the Wisely customer overlap would be across your current 400 customers?

**Peter J. Benevides**
*Chief Financial Officer*

It's immaterial, Brent. I think the big takeaway here is a lot of upside when you think about the 75,000 -- 74,000 restaurant locations on the platform today. Our history of success first with dispatch, subsequently with rails in being able to sell effectively and efficiently into that captive audience, we see a lot of opportunity ahead, bringing the Wisely suite of products into the broader Olo platform to help drive ARPU and revenue.

**Brent Alan Bracelin**
*Piper Sandler & Co., Research Division*

Got it. So we'll take that immaterial as less than 10% overlap. And then as we think about the uplift here, just looking at their pricing, it looks like they're getting, for the full suite, north of $500 a location. That would be about a 25% cross-sell uplift per location. Is that the right way to think about the potential here as you think about the 74,000 existing locations of $500? Or is that unlikely to get the full bundle initially and you're going to have to earn the business over time across all 5 of the applications?

**Peter J. Benevides**
*Chief Financial Officer*

Yes. Look, as listed, ARPU ranges anywhere from $200 to the $500 that you had mentioned there per month per location. It really depends on the size of the organization and the number of products utilized. So we'll see how that evolves over time. But again, we look at this as a great opportunity to expand ARPU within that 74,000 restaurant location.

**Operator**

The next question is from Stephen Sheldon with William Blair.

**Stephen Hardy Sheldon**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.