# Exhibit O

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO
# FQ3 2021 Earnings Call Transcripts

## Tuesday, November 09, 2021 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2021- | | | -FQ4 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.02 | 0.03 | ▲50.00 | 0.02 | 0.10 | 0.11 |
| **Revenue  (mm)** | 36.33 | 37.39 | ▲2.92 | 37.03 | 145.33 | 185.31 |

Currency: USD
Consensus as of  Nov-08-2021 3:17 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2021** | 0.01 | 0.03 | ▲1 200.00 % |
| **FQ2 2021** | 0.01 | 0.03 | ▲2 200.00 % |
| **FQ3 2021** | 0.02 | 0.03 | ▲3 50.00 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon. My name is Erica, and I will be your conference operator today. At this time, I would like to welcome everyone to the Olo Third Quarter 2021 Earnings Conference Call. [Operator Instructions] After the speaker remarks, there will be a question-and-answer session.

I'll now turn the call over to Olo's VP of Investor Relations, Ms. Stephanie Daukus. Please go ahead.

**Stephanie Daukus**

Thank you. Good afternoon, everyone, and welcome to Olo's Third Quarter 2021 Earnings Conference Call. Joining me today are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

During our call today, some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date statements are made. These forward-looking statements include, but are not limited to, statements regarding our expectations of our business, future financial results and guidance and strategy. Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those described in our forward-looking statements, and such risks are described in our risk factors included in our SEC filings, including our quarterly report on Form 10-Q for the quarter ended September 30, 2021, that will be filed with the SEC following this earnings call. You should not rely on forward-looking statements as predictions of future events. We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today.

Also, during this call, we'll present both GAAP and non-GAAP financial measures. Reconciliations to the most directly comparable GAAP financial measures are available in our earnings release, which we issued a short while ago. This earnings release is available on the Investor Relations page of our website and is included as exhibit in the Form 8-K furnished to the SEC.

Finally, in terms of our prepared remarks or in response to questions, we may offer incremental metrics. Please be advised that this additional detail may be onetime in nature, and we may or may not provide an update in the future on these metrics. I encourage you to visit our Investor Relations website at investors.olo.com to access our earnings release, periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Herbert Glass**
*Founder, CEO & Director*

Thank you, Stephanie. Hi, everyone. Thank you for spending time with us today. In the third quarter, Olo's strong revenue growth and profitability momentum continued as we took meaningful strides toward our revision of digital entirety, touching, adding value to and driving revenue from every restaurant transaction. We drove digital transactions across every service model, takeout, delivery, drive-thru and on-premise, while announcing new tools to enable brands to both realize the promise of digital hospitality and improve key facets of their businesses as truly customer-centric and data-informed enterprises through the recent acquisition of Wisely.

Our platform supported year-over-year growth in transaction volume. We increased our product portfolio and use cases. We added new and expanded existing restaurant relationships, and we grew our technology partner ecosystem. This quarter, our ending active location count increased 26% year-over-year to approximately 76,000 locations. Notably, we also celebrated the milestone of welcoming our 500th restaurant brand, further increasing the critical mass of Olo's exclusive restaurant network of marquee and must-have restaurants. I'm excited and honored that so many restaurant brands have selected Olo as their on-demand platform and digital transformation partner.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We also continued our mission to help restaurant brands thrive by best meeting the needs of the on-demand consumer. Meeting the needs of the on-demand consumer extends beyond deploying resources for order taking, and it extends beyond our ambitions of digital entirety. In fact, it extends beyond transactions. Meeting the needs of restaurant brands and the on-demand consumer requires a customizable technology solution with fine-grained controls, leading to operational efficiency that enables brands to focus on their guest experiences, both off-premise and now on-premise as well.

As guests increasingly return to on-premise dining, our open SaaS platform provides restaurant brands with solutions to best serve their guests and enables brands to better manage their enterprise and flexibly respond to industry developments. With the integration of live lease products, our platform will harness data from all customer interactions, including nondigital orders, enabling brands to further build direct relationships with their customers. Olo is, and always will be, the restaurant industry's true digital partner, aligned with restaurant brands' best interest in mind.

Quarter-over-quarter, we continue to add new brands to our platform as restaurant brands recognize our ability to partner and add value for them. This quarter, we were proud to welcome a number of restaurant brands, including CKE and Dave's Hot Chicken. CKE, parent to leading QSR brands Carl's Jr. and Hardee's, replatformed from a fragmented technology stack, leveraging the Olo ordering module to implement a highly customized and personalized digital program to meet the evolving needs of the customer. Ordering allows brands to forgo the cost of building, maintaining and securing their own digital ordering and delivery platforms while retaining direct relationships with their customers and maximizing profitability.

Dave's Hot Chicken, a fast casual brand, adopted the Olo ordering Dispatch, Rails and Network modules. Dave's Hot Chicken implementation of Olo as their brand's on-demand commerce solution of choice provides their customers with the convenience to order across multiple digital channels and give Dave's Hot Chicken the operational ability to prioritize the most profitable digital ordering channels. As the brand experiences rapid growth, Olo's scalable technology is able to grow with the brand and serve as a true digital partner.

In addition to launching with new restaurant brands, we further grew our engagement with existing restaurant brands. I've previously discussed Olo's historical success and demonstrable ability to grow within our restaurant base through the development of products that our restaurants value. Most recently, I discussed this on our Wisely acquisition call just a few weeks ago. Olo's collaborative approach with our restaurants and our product advisory council, specifically, yields inherent product market fit which manifests in high uptake. Our highly efficient go-to-market motion that enables us to deploy our modules across all new and existing brand locations without incremental sales and marketing costs and upsell new offerings to the brand itself rather than each individual location further drives our upsell success and related ARPU growth.

And I'm excited to provide 2 examples of the sales motion, Bojangles and Denny's. Bojangles, a leading QSR brand, previously deployed the Olo Rails module and recently launched the Olo Ordering module with a custom website and app. Bojangles' adoption of multiple Olo modules represents our ability to best meet the needs of the on-demand consumer.

Longtime partner, Denny's, a top family brand, previously implemented all 3 of Olo's core modules, Ordering, Dispatch and Rails, as tools to help unlock off-premise sales and improve the customer experience through direct channels. This quarter, Denny's expanded its adoption of Olo solutions by adding the Olo Network module. Network allows restaurant brands to take orders from nonmarketplace digital channels such as Google food ordering, which enables restaurants to fulfill orders directly through Google search results and maps pages. Network further enables digital ordering for restaurants and drives additional transactional revenues for Olo.

This quarter, we also continued our success with virtual and delivery-only concepts, enabling virtual dining concept NASCAR Refuel brand to quickly deploy their delivery-only dining experience to their large group of followers. NASCAR Refuel allows fans of the auto racing spectator sport to have the opportunity to enjoy the most iconic NASCAR dishes any time of the year at home. Olo's partnership with NASCAR Refuel and other virtual dine-in concept brands such as MrBeast Burger and Buddy V's Cake Slice gives restaurants a complete and quickly deployable technology solution in order to maximize restaurant profits.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Finally, I'm pleased to share an update in connection with our Olo for Good initiative. We launched Olo for Good earlier this year and joined the Pledge 1% movement committing to donate 1% of our time, equity and product to doing good. As part of that, we committed to donating 1% of Olo shares over 10 years to our independent donor advised fund managed by the Tides Foundation.

I'm thrilled to share that recently, the Tides Foundation has granted $4.9 million in total from our donor advised fund to the following 9 organizations: Black Girls Code, Clean Air Task Force, Emma's Torch, Feeding America, FoodCorps, Girls Who Code, Giving Kitchen, the Let's Empower Employment Initiative and Natural Resources Defense Council. These grant recipients are organizations that align with our Olo for Good pillars, advancing all aspects of diversity, equity and inclusion, providing relief and support for the restaurant industry and the frontline workers, ending childhood hunger and increasing access to food and protecting natural resources and reducing waste and emissions. We expect to have an annual grant cycle going forward, and I'm optimistic and enthusiastic about our ability to use Olo as a platform for social impact and positive change for our communities.

To summarize, I am extremely proud of our third quarter results and our ability to enable restaurants during this period. As on-premise transactions increase in the wake of restaurant reopenings and restaurants struggled to staff their dining rooms, Olo will continue to be a force multiplier for restaurants, enabling them to do more with less, allowing technology to step in where possible and supporting restaurants to thrive and benefit from the restaurant industry's digital transformation.

And now I'd like to turn things over to Peter Benevides, Olo's CFO, to share more details on Olo's third quarter performance. Peter?

**Peter J. Benevides**
*Chief Financial Officer*

Thanks, Noah. Today, I'll review our third quarter fiscal 2021 results in detail and provide guidance for the fourth quarter and full year fiscal 2021. Total revenue in the third quarter was $37.4 million, up 36% year-over-year. Platform revenue in the third quarter was $36.1 million, up 38% year-over-year, primarily due to an increase in active locations coming on to the platform and further increases in ARPU due to continued multiproduct adoption, multi-partner adoption and increased transaction volumes.

In terms of key metrics, we ended the quarter with approximately 76,000 active locations on the platform, a 26% increase year-over-year and a 3% increase sequentially. As Noah mentioned, this included deploying a number of new brands such as CKE and Dave's Hot Chicken, amongst others.

ARPU for the third quarter was approximately $484, representing an 8% increase year-over-year and roughly flat quarter-to-quarter. Year-over-year growth in ARPU was the result of further increases in multiproduct and multi-partner adoption and increased transaction volumes.

Specific to transaction volumes, we were pleased with the continued durability of digital orders in the third quarter. Despite seasonality effects we typically see in the third quarter, continued return to in-person dining and transitory labor challenges, digital order improved durable with volumes exceeding expectations.

Lastly, net revenue retention remained strong, in excess of 120% for the third quarter as we successfully upsold to existing clients, such as Bojangles and Denny's, which Noah mentioned earlier. While we have observed strong upsells throughout this year, we have also experienced new customers subscribing to more than one product from the onset of their relationship with Olo. While this drives higher ARPU, it leaves less room for net revenue retention expansion. That said, we anticipate strong gross retention, continued product development and increased transaction volumes, factors supporting strong net revenue retention over the long term.

For the remainder of the financial metrics disclosed, unless otherwise noted, I will be referencing non-GAAP financial measures. Gross profit for the third quarter was $30.2 million, representing a gross margin of 81% compared to a gross margin of 83% a year ago. Platform gross margin for the third quarter was 84%. This compares to platform gross margin of 87% a year ago. As expected, the year-over-year

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

decrease in gross margin was driven by an increase in headcount and associated compensation costs to support the rapid growth in transaction volumes and active locations added to the platform.

Sales and marketing expense for the third quarter was $4.2 million or 11% of total revenue. This compares to $1.9 million and 7% a year ago. As expected, on a dollar basis, increases in sales and marketing spend were driven by continued expansion of our sales, marketing and business development teams in an effort to continue to add more locations to the platform, increase upsell and retention efforts and expand our partnership ecosystem.

Research and development expense for the third quarter was $11.9 million or 32% of total revenue. This compares to $7.5 million and 27% a year ago. reflecting our continued commitment to investing in innovative solutions to support the rapidly evolving needs of our customers.

General and administrative expense for the third quarter was $9 million or 24% of total revenue. This compares to $4.8 million and 17% a year ago. As expected, on a dollar basis, increases were primarily tied to increased costs and headcount associated with operating as a public company.

Operating income for the third quarter was $5.1 million compared to $8.8 million a year ago. Net income in the third quarter was $5 million or $0.03 per share based on approximately 185.1 million fully diluted weighted average shares outstanding.

Turning our attention to the balance sheet and cash flow statement. Our cash, cash equivalents and marketable securities balance was $597.7 million as of September 30, 2021. This total does not reflect the $77 million of cash paid in conjunction with the acquisition of Wisely, which closed on November 4.

Regarding cash flows, operating cash flow was $10.7 million compared to $4.1 million a year ago. Free cash flow was $10.2 million compared to $3.5 million a year ago.

I'll wrap up by providing our guidance for the fourth quarter and full year 2021. For the fourth quarter, we expect revenue in the range of $38.8 million to $39.3 million and non-GAAP operating income in the range of $2.8 million to $3.2 million. For the fiscal year 2021, we expect revenue in the range of $148.2 million to $148.7 million and non-GAAP operating income in the range of $19.8 million to $20.2 million.

I would like to highlight a few things to keep in mind about our outlook. We closed our acquisition of Wisely on November 4, and therefore, have included contributions of $1 million of revenue and $800,000 of non-GAAP operating loss in our guidance numbers for the quarter. Secondly, we remain prudent in our approach to forecasting given evolving industry dynamics. Specifically, anticipated factors such as the residual impacts from COVID-19 and seasonality effects and transitory impacts due to the continued industry labor challenges. That said, the underlying fundamentals of the business, a strong sales and deployment pipeline, durability of digital ordering, growth in the partnership ecosystem and continued product innovation has us extremely excited for the path ahead.

To summarize, we're extremely proud of our financial performance this quarter, which we believe reflects our continued ability to execute on our vision and the opportunity ahead, and we're even more excited about our position, the market opportunity ahead of us and the impact we can have in helping our restaurants thrive while navigating the industry's evolving landscape.
With that said, I'll turn things back over to the operator to begin Q&A. Operator?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Brad Reback from Stifel.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. Maybe for Peter, starting off, ARPU flattened quarter-over-quarter versus being down last quarter. Should we take this as sort of a point of stability, especially with Wisely being added and the opportunity for growth to reaccelerate there?

**Peter J. Benevides**
*Chief Financial Officer*

Brad, thanks for the question. Yes, I think that's a great takeaway. We were really pleased with ARPU performance this past quarter. It was in line with our expectations and, in fact, exceeded our expectations, I think, due to the durability of digital ordering that we covered during our prepared remarks. And that obviously contributed to the outperformance on the quarter. So as we look ahead, we see more stability in growth in ARPU as a result of the durability of digital ordering as well as the Wisely suite of products that we have now to sell into our existing customer base.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

That's great. And then I'm not sure if for you, Peter or Noah. But as we think about the last 6 quarters, it's been a bit of a wild ride. As we look forward, what should we think of as the durable growth rate of the business?

**Peter J. Benevides**
*Chief Financial Officer*

Yes, I can take that one, Brad. This is Peter again. Yes. As we look ahead, we see a lot of opportunity for growth and a lot of different levers to pull to get there. I think in the most simplest form, continuing to add more active locations to the platform. We've shared over previous quarters, the momentum that we've started to gain in terms of the QSR segment. Again, that is the segment of the industry that really excites us from a location standpoint as well as the amount of transactions that are processed within that segment of the restaurant industry, which obviously bodes well for our transactional SaaS model.

In terms of ARPU, a lot of levers to pull there in terms of future multiproduct adoption, multi-partner adoption and growth in transaction volumes. To date for this past quarter, according to NPD, digital transactions accounted for about 16% of overall industry transactions. So a lot of opportunity for growth ahead in digital ordering, and we're excited about that path forward.

**Brad Robert Reback**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. Congratulations.

**Operator**

Our next question comes from Brent Bracelin from Piper Sandler.

**Clarke Jeffries**
*Piper Sandler & Co., Research Division*

This is Clarke Jeffries, on for Brent. First question is, I think discussions of supply chain issues have really permeated to areas of the economy far beyond I think most have anticipated. And I appreciate the color on the product behavior changes that restaurants are making to respond to labor shortages. I was

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

wondering if you could just level set for us what you're expecting in terms of seasonal volumes for the fourth quarter and if there's any kind of concern on inventory or, at least, you're more insulated at this point.

**Peter J. Benevides**
*Chief Financial Officer*

Yes, I can take that. This is Peter here. So in terms of order volumes, what we're seeing throughout the first few weeks of the quarter is really aligned with what we shared in our prepared remarks, which is continued durability in digital ordering. The one thing I would call out is, which is typical for November and December months, is just the seasonality impact given the holiday period. So as we think about Q4 digital ordering trends, those are all factors that have been reflected in the guidance that we shared. On your last point there in terms of some of the supply chain issues, I don't necessarily see that as a dynamic playing out or impacting our business today, but certainly something we're keeping an eye on.

**Clarke Jeffries**
*Piper Sandler & Co., Research Division*

Got it. And then a follow-up question. Sales and marketing growth continues to expand here, accelerating year-over-year. I appreciate the commentary in your prepared remarks. But could you just remind us where is the fastest growing incremental spend today? And what are the top go-to-market initiatives as we enter '22?

**Peter J. Benevides**
*Chief Financial Officer*

Yes. Similar to what we shared, I think, in previous quarters in terms of how we're thinking about scaling the sales and marketing organization, I think our focus continues to be on building out the team to address larger portions of the enterprise segment of the market. We've had a lot of success to date in what we define as the emerging enterprise segment of the market. So continuing to broaden the team there to drive more success in that segment. And then as you think about all the different ARPU-enhancing levers that we have, Virtual brands, Dispatch, Rails and now the Wisely suite of products, there's a lot of opportunity to continue to expand within our customer base. So again, growing the team to make sure that we have the right balance between team size and opportunity. That's really how we're thinking about investments in sales and marketing in the near term.

**Operator**

Our next question comes from Matt Hedberg from RBC Capital.

**Matthew George Hedberg**
*RBC Capital Markets, Research Division*

Great. Noah, you had a lot of success this year. I think you've added about 12,000 locations through the first 9 months of the year. And it looks like what's implied in your Q4 guidance is a strong pipeline as well. I guess I'm wondering, can you -- as you sit here today, can you talk about sort of the quality of the new business pipeline versus maybe were a year ago? Obviously, you've had a lot of success to over the past, really, 2 years. Do you think that your pipeline could actually see maybe the incremental benefit from the sales people maybe started to travel a bit more?

**Peter J. Benevides**
*Chief Financial Officer*

Yes, I can actually take that one, Matt, in terms of sort of location trends. I think I would start answering that question by saying from a high level, I don't think we've ever been more excited about our sales and deployment pipeline really on 2 fronts in terms of new location adds as well as the various upsell opportunities that have continued to emerge. And I think now with the addition of the Wisely suite of products, obviously, a lot of excitement there as well. So I don't think the return to in-person selling is necessarily determinant of incremental sales activity beyond our current estimate. The team has done a wonderful job selling remotely, deploying remotely and frankly, building great relationships with our

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.