# Exhibit Q

C Corrected Transcript

10-Jan-2022

# Olo, Inc. (OLO)

**ICR Conference**

FACTSET: callstreet

1-877-FACTSET   www.callstreet.com

Total Pages: 7

Copyright © 2001-2022 FactSet CallStreet, LLC

Olo, Inc. *(OLO)*
ICR Conference

Corrected Transcript
10-Jan-2022

# CORPORATE PARTICIPANTS

**Noah H. Glass**
*Founder, Chief Executive Officer & Director, Olo, Inc.*

**Peter Benevides**
*Chief Financial Officer, Olo, Inc.*

# MANAGEMENT DISCUSSION SECTION

**Noah H. Glass**
*Founder, Chief Executive Officer & Director, Olo, Inc.*

Good afternoon. I'm Noah Glass, the Founder and CEO of Olo. And today, I'm joined by Peter Benevides, our CFO. We're excited to be here at our first ICR Conference as a publicly-traded company. I look forward to diving into business trends and areas of investment today. As we are now publicly-traded, we have to include this obligatory legal statement about forward-looking statements and non-GAAP financial measures. So, please feel free to read in your spare time.

First, I'd like to take a moment to introduce the company for those of you who may be hearing our story for the first time. Olo is a leading Software-as-a-Service or SaaS platform for on-demand commerce. We help restaurant brands manage their digital programs and the customer relationships, as the industry embraces massive digital transformation which, as you'll hear about today, is still in the very early innings.

Today, we're a proud partner to over 500 restaurant brands, representing 76,000 individual restaurant locations to enable consumers to order ahead, pay ahead, and get their food faster for takeout, delivery and more. Most recently, we've added capabilities and tools to help restaurants build and deepen their digital relationships with consumers which you'll hear about more shortly. We're now processing over 2 million orders per day and we're proud to be the industry's enterprise-grade commerce platform. Our mission has always been the same: to help our restaurant customers thrive by best meeting the needs of the on-demand consumer.

Today, we're here to talk about our belief at Olo, that the industry is headed toward digital entirety, our ambition to touch, add value to and derive revenue from every restaurant transaction. Olo's role is to be a supportive partner as concepts move toward running the majority of their digital sales. Today, we are living in a world where some concepts are already at 100% of sales running through Olo, and we're poised to help every brand in every service model embrace this new reality.

Let's take a look at how all of this is possible, first, through the lens of this past year. And for those of you who joined our presentation last year or in previous ICR Conferences, you'll recall, it's become a favorite tradition of ours to reflect on industry progress as we transition to a New Year and make our predictions for the year ahead.

In 2021, the industry made significant progress toward digital entirety. I'd like to take a moment to reflect on some of the key trends that we saw, and then we'll look at how that's paving the way for 2022. First, a bit of background on Olo's journey through the last year. In March 2021, we launched our IPO, and our decision to go public was deeply rooted in the belief that our customers were reaching a tipping point in the importance of on-demand commerce in their operations.



# Olo, Inc. *(OLO)*
ICR Conference

 Corrected Transcript
10-Jan-2022

With the digital mix growing, our customers needed to know that they had chosen a partner for the long haul, with the strength and the resources to be the industry's leading Software-as-a-Service or SaaS platform. It's been our long-held conviction at Olo that SaaS is a better alternative to homegrown solutions. We're excited to see the industry agrees with that premise.

We've proven through hundreds of instances that investing in an enterprise-grade SaaS platform is a compelling alternative to all the expenses of building in-house. That means: lower costs, faster time to market, tapping into platform best practices, and leveraging a large partner and customer ecosystem. In short, SaaS wins over homegrown software.

We've helped brands make the replatforming shift for many years, but 2021 was a milestone year for brands migrating off of in-house systems and onto Olo. We were proud to help Potbelly, CKE and Bloomin' Brands replatform from their longstanding homegrown digital ordering programs to Olo.

2021 was also an important year of operational strides for digital programs across the industry. Last year, we saw contactless options expand, both on- and off-premise, for everything from delivery to takeout options including curbside, in-store pickup and other handoff modes. Contactless delivery became extremely popular with consumers during the onset of the COVID-19 crisis. But one trend to note is that we're seeing tremendous volume and demand for contactless and low-contact pickup options for on-premise as well.

We're seeing contactless options persevere through all phases of the pandemic, even through various waves of returns to on-premise dining in many areas. Olo invested heavily in curbside, dine in and other handoff modes to support both guests' safety and convenience. Our data shows that brands who implement multiple handoff modes have higher conversion. Adding these options for guests at every touch point supports our theory that digital can touch and add value to every restaurant transaction.

One way to serve consumers looking for contactless convenience is through QR code ordering. At Olo, we call this new table service model, Table Service 2.0, which prioritizes runners over servers and enables guests to place orders into the brand's online ordering system right from where they're seated. Servers are also alerted to which table to bring in order. We've long believed that by shrinking the time between a guest looking to place an order and wanting to pay, you can speed up the overall experience and increase the throughput capacity of the restaurant.

Best of all, there's no need for new technology here, as this process leverages the existing platform brands use for guests to order takeout and delivery through their own devices. Here, you can see the Tocaya Organica experience, which was one of many brands to capitalize on integrating digital options into the on-premise experience for guests who prefer that layer of convenience.

At the ICR Conference way back in 2015, seven years ago, we talked about the concept of revenue per square foot, a metric to gauge the profitability of any restaurant concept. Back then, I shared that leading restaurant brands were growing their top line with off-premise sales, while shrinking real estate costs, resulting in better revenue per square foot and profitability. We've seen that concept take on new life with the explosion of virtual restaurant brands.

Last year, we worked with our customers to launch over 50 new virtual concepts, including MrBeast Burger, which went to number one in the App Store not just for food and beverage, but overall; goop Kitchen, [ph] Five Stop

# Olo, Inc. *(OLO)*
ICR Conference

 Corrected Transcript
10-Jan-2022

And quantitatively speaking, our commitment to customer success is best reflected in the amount of investments we've made over the years and improving our platform and suite of products. Since 2018 alone, we've invested over $100 million in R&D. Our emphasis on innovation in creating a flexible open SaaS platform has resulted in a suite of products and partnerships that has created a truly differentiated platform that would be extremely difficult to replicate.

The benefits of working with Olo's open SaaS platform means that our customers have the flexibility to choose the set of partners necessary to build their personalized on-brand digital commerce engine. Additionally, our platform provides our customers with lower total cost of ownership, faster time to market, and platform innovations such as dispatch and rails which would not be possible on a standalone basis.

And our incentives are aligned with that of our customers, meaning we win when our customers win. Our transactional SaaS model, which consists of both subscription and transaction revenue streams, means that when our customers succeed, Olo succeeds. We also contract directly or always contract directly with brand headquarters to long-term exclusive contracts and secure all locations within the brand, ensuring end consumer experience is consistent regardless of which location within a brand the end consumer interacts with.

And in terms of investment highlights, Olo is a SaaS category leader in a massive industry, over $800 billion and growing. We've established a marquee customer base that has allowed us to work with some of the best minds in the industry in developing platform-level innovation to create a truly differentiated offering.

We also have a powerful business model, which combines the best of SaaS, the predictability associated with subscription fees, and the transactional revenue upside as the restaurant industry's digital transformation continues. We also have a very attractive operating model, reflecting high growth, strong gross margins, efficient revenue acquisition, and proven profitability.

Also as the first scaler in the space, Olo has established significant barriers to competition, evidenced by deep technology, customer and partnership moats, a virtuous multi-sided a network that is extremely difficult to replicate. And it's still very, very early. We have multiple vectors of growth ahead, including adding more locations to the platform, as well as increasing the amount of revenue we earn on a per location basis through further innovation, increased multiproduct adoption, and growth in transaction volumes.

With that, I'll turn things back over to Noah. Thank you.

## Noah H. Glass
*Founder, Chief Executive Officer & Director, Olo, Inc.*

Thanks, Peter. We're excited for all that is to come this year to help our customers be the winners of the digital shift. As you heard today, our team is working tirelessly to help our brands maximize highly profitable digital transactions and preserve their brand equity along the way.

On behalf of all of Team Olo, we appreciate your time today. If you have any questions, please feel free to contact us at olo.com. Thank you and stay safe.