# Exhibit V

Case 1:22-cv-08228-JSR    Document 76-22    Filed 08/24/23    Page 2 of 6

 Seeking Alpha$^{\alpha}$

Transcripts    Technology

# Olo, Inc. (OLO) CEO Noah Glass on Q1 2022 Results - Earnings Call Transcript

May 10, 2022 10:41 PM ET | **Olo Inc. (OLO)**

 **SA Transcripts**
130.83K Followers

## Q1: 2022-05-10 Earnings Summary

| Play Call | Slides | Press Release | 10-Q |

EPS of $0.01 beats by $0.01 | Revenue of $42.76M (18.36% Y/Y) beats by $1.10M

Olo, Inc. (NYSE:OLO) Q1 2022 Earnings Conference Call May 10, 2022 5:00 PM ET

**Company Participants**

Stephanie Daukus - VP, IR

Noah Glass - CEO

Peter Benevides - CFO

**Conference Call Participants**

Stephen Sheldon - William Blair

Terry Tillman - Truist

Clarke Jeffries - Piper Sandler

Case 1:22-cv-08228-JSR   Document 76-22   Filed 08/24/23   Page 3 of 6

Brad Reback - Stifel

## Operator

Good afternoon. My name is Arial and I will be your conference operator today. At this time, I would like to welcome everyone to the Olo First Quarter 2022 Earnings Conference Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer session. [Operator Instructions] As a reminder, the conference is being recorded.

I would now like to turn the conference over to your Olo's VP of Investor Relations, Ms. Stephanie Daukus. Please go ahead.

## Stephanie Daukus

Thank you. Good afternoon everyone and welcome to Olo's first quarter 2022 earnings conference call. Joining me today are Noah Glass, Olo's Founder and CEO; and Peter Benevides, Olo's CFO.

During our call today, some of our discussion and responses to your questions may contain forward-looking statements, which represent our beliefs and assumptions only as of the date such statements are made. These forward-looking statements include, but are not limited to, statements regarding our expectations of our business, future financial results, total addressable markets and growth opportunity, and guidance and strategy.

Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those described in our forward-looking statements and such risks are described in our earnings press release and our risk factors included in our SEC filings, including our annual report on Form 10-K for the year ended December 31, 2021. You should not rely on our forward-looking statements as predictions of future events. We undertake no obligation of updating any forward-looking statements made during this call to reflect events or circumstances after today.

Case 1:22-cv-08228-JSR  Document 76-22  Filed 08/24/23  Page 4 of 6

Also during this call, we'll present both GAAP and non-GAAP financial measures. Reconciliations to the most directly comparable GAAP financial measures are available in our earnings release, which we issued a short while ago. This earnings release is available on the Investor Relations page of our website and is included as an exhibit in the Form 8-K furnished to the SEC.

Finally, in terms of our prepared remarks or in response to your questions, we may offer incremental metrics. Please be advised that this additional detail may be one-time in nature, and we may or may not provide an update in the future on these metrics. I encourage you to visit our Investor Relations website at investors.olo.com to access our earnings release, investor presentation, periodic SEC reports, a webcast replay of today's call or to learn more about Olo.

With that, let me turn the call over to Noah.

**Noah Glass**

Thank you, Stephanie. Hi, everyone. Thank you for spending time with us today. In the first quarter Olo's revenue and profitability momentum continued. We grew revenue 18% year-over-year, as our platform supported continued growth in active locations coming onto the platform and transaction volumes. Our ending active location count increased 19% year-over-year to approximately 82,000 and we surpassed more than 600 restaurant brands utilizing our platform.

This quarter we had success with the adoption of our customer engagements and front-of-house solutions, which expanded our platform offerings through the Wisely acquisition.

Notably Bojangles and El Pollo Loco, both QSR ours deployed our marketing automation and customer data platform or CDP modules in a matter of weeks. Both brands will leverage the marketing automation module to provide personalized campaigns in order to increase their return on investment for marketing campaigns, as well as leverage the CDP module, which creates unified guest profiles, enabling brands to power business decisions and growth.

For the remainder of the financial metrics disclosed unless otherwise noted, I will be referencing non-GAAP financial measures. Gross profit for the first quarter was $32.4 million, compared to $30 million in the prior year period, driven by the revenue growth previously mentioned, partially offset by higher platform and professional service and other compensation costs to support the growth and transactions and active locations coming onto the platform, as well as the near term impacts due to our recent Wisely and Omnivore acquisitions.

Sales and marketing expense for the first quarter was $6.1 million, or 14% of total revenue. This compares to $3.4 million and 10% a year ago. Year-over-year increases were driven by further expansion of relevant teams to continue to drive revenue growth by securing new and expanding existing relationships, as well as increasing our partnership ecosystem.

Research and development expense for the first quarter was $12.8 million, or 30% of total revenue. This compares to a $11 million and 30% a year ago. General and administrative expense for the first quarter was $11.8 million, or 28% of total revenue. This compares to $9.5 million and 26% a year ago. As expected, increases were primarily due to increased costs associated with operating as a public company. Going forward, as we lap the initial increase in costs associated with operating as a public company, we expect G&A to decrease as a percentage of total revenue.

Operating income for the first quarter was $1.7 million, compared to $6 million a year ago. Net income in the first quarter was $1.7 million, or $0.01 per share based on approximately $183.3 million fully diluted weighted average shares outstanding.

Turning our attention to the balance sheet and cash flow statement. Our cash, cash equivalents and marketable securities balance was $463.7 million as of March 31, 2022. Regarding cash flows, net cash used in operating activities was $900,000, compared to net cash provided by operating activities of $4.2 million a year ago. Free cash flow was negative $3.4 million, compared to $4 million a year ago.

I'll wrap up by providing our guidance for the second quarter and full year 2022. For the second quarter, we expect revenue in the range of $45.5 million and $46 million and non-GAAP operating income in the range of $600,000 to $1 million. For the fiscal year 2022, we now expect revenue in the range of $195 million and $197 million and non-GAAP operating income in the range of $7.6 million and $9.2 million.

Case 1:22-cv-08228-JSR Document 76-22 Filed 08/24/23 Page 6 of 6

Appreciate it. It sounds like it's building on the integration benefits of even something like the marketing automation platform, helping the operators to have a simpler stack. A follow-up question about the expansion into convenience stores, seems like a meaningful expansion in terms of 55,000 potential locations, wondering if you could just maybe dig into how the friction points are different for those businesses compared to normal enterprise restaurant brand. How they operate? Are they owned and operated by similar franchisees, partners? And are they sort of the businesses that could adopt all of the modules available from Olo?

**Noah Glass**

So I think with C-stores, the only module I can think that does not make sense for C-stores that we offer is probably our reservations platform. It may make sense at some point, but I don't really see that. I think everything else that we offer from digital ordering, delivery, marketing, automation, et cetera. These have resonance for anyone who is doing takeout and delivery of made to order food. And that's specifically how we're working with C-store operators is on that prepared food.

To the extent that a restaurant and a C-store look similar, it's that they're taking orders, they're preparing those orders custom made fresh just in time, and then handing off that order to a guest who's coming in or to a courier who's coming in to collect the order on the guest's behalf.

From a go-to-market perspective, very similar go-to-market motion, where we're selling into the brand. And just like with enterprise restaurants, we always sell to the brand. And then we're adopted across the entire location base, whether those are corporate-owned or franchise-owned. I guess, some different point-of-sale integrations in the C-store point-of-sale space. We're no stranger to that. We've done well over two dozen, perhaps well over three dozen point-of-sale integrations. And we do have many point-of-sales that are instead of Olo integrating to them now integrating into Olo.

So I think with that exception, a very familiar setting for us just a new opportunity of we estimate to be 55,000 additional locations in our TAM, looking at the U.S. Enterprise C-store segment.

**Clarke Jeffries**