# Exhibit X

**S&P Global**
Market Intelligence

# Olo Inc. NYSE:OLO

# Company Conference Presentation

## Monday, May 23, 2022 8:10 PM GMT

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

Good afternoon, everyone. Thank you for joining us. My name is Maya Kilcullen, and I work on the software team here at JPMorgan. And this afternoon, I am joined Olo, CEO, Noah Glass; and CFO, Peter Benevides. If the 2 if you could just take a few minutes to introduce yourself and then for those who aren't familiar or maybe a brief overview of Olo.

**Noah Herbert Glass**
*Founder, CEO & Director*

Okay. I'll start. First, thanks for having us. I'm Noah Glass. I'm the Founder and CEO of Olo. Next week, I will be celebrating my 17-year anniversary having founded Olo in June of 2005. I will, I guess, introduce the company and then let Peter introduce himself. So Olo is an open SaaS platform for enterprise restaurants. And really, what we enable is for restaurant brands to harness first-party data to unlock digital hospitality. And digital hospitality, when we say that term, it really means utilizing that first-party data to provide guests with a memorable and personalized experience and to really ultimately make every guest at the restaurant feel like a regular.

And we do that across 5 different software solutions, digital ordering, delivery, customer engagement, front of house and also payments. We're now operating with 600 restaurant brands in our customer portfolio, and they represent 82,000 individual restaurants across the U.S. and Canada.

**Peter J. Benevides**
*Chief Financial Officer*
Peter Benevides, CFO, I haven't been here for 17 years, but I've been with the company for a little over 7 years, and thank you for having us.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That sort of table service model for QR code-based ordering was something that we thought was really exciting and that we heard from our restaurant brands, is going to be a meaningful differentiator for them. We thought this could accelerate our path toward really touching 100% of orders, not just those that were off-premise.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

So I want to ask just a little bit more about partnerships. But first, I just want to remind the audience that you can submit questions online, and we'll have them pop up here, but also feel free to throw your hand up at any moment, and we have microphones coming around. So can you just talk about the addition of Grubhub to the marketplace partnership and just how that impacts the business?

**Noah Herbert Glass**
*Founder, CEO & Director*

Yes. At the time of the IPO, we talked about our partnerships with various restaurant delivery marketplaces and we have a product called Rails, which enables restaurant brands to syndicate out their menu content and pricing content out to those third-party marketplaces and then take orders from those marketplaces, all in the same stream of orders, all on their point-of-sale or on a single tablet. And we did not have Grubhub on the platform at that point. So we had DoorDash, we had Uber Eats. We had over a dozen different regional and local restaurant delivery marketplaces, but we never had the Grubhub marketplace.

We're able to add Grubhub last year. I think it's really just an exciting thing for us to be able to make good on the promise of a single API for all of the different ordering channels, direct and indirect to co-mingle orders in 1 single stream, simplifying things for operators and fundamentally enabling restaurants to really fish where all the fish are biting across every meaningful demand channel in the ecosystem.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

And touching on DoorDash. So I believe at the time of the IPO, about 20% of revenue came from DoorDash. Can you just touch on the contribution from that partner as well as anything you can comment on Grubhub?

**Peter J. Benevides**
*Chief Financial Officer*

Yes, happy to. So since the IPO, even predating the IPO. Our focus is always around what can we do to add more value to our customers and increasing the number of marketplaces that are on the Olo platform as well as increasing the number of delivery service providers within our dispatch network are ways in which we can increase the value that we provide to our customers. And the reason for that is every time we add an incremental marketplace or add an incremental delivery service provider that helps to drive transaction volumes, which helps to drive value to our customers.

A byproduct of that is we're therefore able to more diversify our revenue stream across our partners. So if you look at how that has trended since the IPO, I think today, DoorDash is somewhere in the mid- to low teens as a percent which is, again, indicative of the success that we're having in diversifying the number of partners that we have on our platform and the value that we're providing to our customers.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

Great. And so just backing up a little bit more broadly, when Olo signs on a large enterprise, are all of the franchises also obligated to come on to the platform? And what does that process look like?

**Noah Herbert Glass**
*Founder, CEO & Director*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, they are. I think this is something that's really differentiated about our go-to-market model is that we sell into restaurant brands. We're never selling into individual restaurants or individual operator groups or franchisees. We're always selling into the brand. Because this is guest-facing technology. It has to be uniform across the brand. Consumers think about brands as a uniform entity. So they want to be consistent everywhere.

So we sell into one brand decision maker and then were adopted by all of the restaurant locations within that brand, the corporate-owned locations, the franchise locations, the mix of the 2, however, they're set up in their organizational structure. And then brands are always going live really all at the same time to create that consistent experience everywhere. So yes, we are deployed in all locations.

And another note is that as brands are adding new locations, expanding their ecosystem of restaurants and growing their footprint Olo is going into those locations as well without any additional sales and marketing spend. I think that's one of the reasons why we have such an efficient go-to-market and if you look at sales and marketing as a percentage of revenue, Olo is always top of the class.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

I can imagine it varies significantly depending on the size of the brand, but what is typically the time line for -- between the sale to full go live?

**Peter J. Benevides**
*Chief Financial Officer*

Yes. So in terms of deployment timing, it really depends not necessarily by size, but really the brand's willingness to move at the pace in which Olo can move. We have examples of brands that are north of 2,000 locations for a brand that have been deployed in under 90 days and then we have examples where maybe it's 50 locations per brand, where it's taken a bit longer.

So one of the benefits of having done this for so long and having created a library of POS integrations and payment integrations as we've seen it all, which means that we can move as quick as a brand wants to move, and that's generally how -- sort of how it plays out.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

Great. So talking a little bit on competition. Can you just give an overview of the competitive landscape? Who do you see as your main competitor?

**Noah Herbert Glass**
*Founder, CEO & Director*

Yes. I think that this is maybe broadly misunderstood by people who think that we might compete against some of our partners. We do not compete against the delivery marketplaces. We really don't compete meaningfully against point-of-sale systems. I'd say who we most compete with are restaurant brands choosing to build in-house, and importantly, maintain in-house. And I think that is oftentimes missed as well that maintaining a homegrown solution is oftentimes a really expensive proposition. You have brands that have hundreds of engineers on staff paying multiple tens of millions of dollars to fund that team just to keep up maintenance performance, reliability, security with their own platform.

We're of the belief that SaaS beats homegrown software, and we think we've really proven that out over the years. Just since our IPO in March of last year, we've had Carl's Jr., Hardee's, Outback Steakhouse, Carrabba's, Fleming's, Potbelly and others migrate off of homegrown platforms and onto the Olo platform, in part because of the cost savings of working with an enterprise-grade SaaS platform versus supporting in-house.

And I think more importantly, because of the platform level innovations that we've been able to bring to market now operating with a network of 82,000 restaurant locations. There are just fundamentally things that we can build that no individual restaurant brand could build themselves.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

vertical SaaS leader and typically vertical SaaS leaders have a winner-takes-most kind of opportunity, and that's the opportunity that we're pursuing.

I guess one more thing on the large restaurant brands. I really believe that we've demonstrated that we can start a relationship with even the largest restaurant brands out there with a single module and maybe that's a convenient way for them to fortify their internal efforts, prove ourselves out and then expand into a larger deployment. So this is true of brands like TGI Fridays, brands like BJ's Brewhouse, in both cases, we started with our Dispatch platform. They had built a homegrown digital ordering implementation and Dispatch helped them to offer delivery to their guests through their direct channel.

And then in both cases, they realized, we're spending a lot to maintain our homegrown platform, why don't we just do ordering with Olo as well and they migrated over to Olo for ordering. I think that is a pattern that we seek to repeat again and again with the largest restaurant brands out there and that there's a lot of logic to it, both from an economic standpoint, a data standpoint and a strategic standpoint.

**Unknown Analyst**

And just a follow-up [indiscernible], to those restaurants that shut down that development, [ they kind of ] -- I think those people let them go or [indiscernible] completely dependent [ on Olo ]. So what do they [indiscernible] [ shutdown ]?

**Noah Herbert Glass**
*Founder, CEO & Director*

Okay. I'm paraphrasing here, but the question for those on the live stream was what do restaurants then do with that engineering talent, it seems risky? I think this was a big part. I'll address the risky part first. This is a big part of our desire to become a public story. We wanted restaurants to know Olo had become mission-critical enough for them, for existing customers and certainly for prospects, it had the specter of becoming mission-critical.

They needed to know that they could have confidence that we were going to be around for the long term that we were not some start-up company that had all sorts of start-up risk attached to it. So being able to show that we were operating profitably, that we had a strong balance sheet, that we are operating at scale that was critically important. We felt like the IPO was the way to make that statement.

Restaurants are not shutting down their engineering teams. What they're doing is they're utilizing their engineering teams to do truly more differentiated work, things that are specific to their brand and maybe a little bit differentiated on the Olo platform. So I think about a company like Sweetgreen, this is an old example but still a good one. They determined that the local sourcing of ingredients was something that their guests really cared about.

And so they built, on top of the Olo platform, and they built a front-end experience where you could click on an ingredient at each of the different restaurants, and you can see for that restaurant, for that ingredient, where was that product sourced from? What was the farms name. That's not something that's broadly applicable for all Olo customers, but it was something that was very differentiated and interesting for Sweetgreen.

I think that sort of deployment of digital resources is what we're seeing brands do. And it reminds me -- we talk about Olo as a force multiplier for restaurant brands and their digital ambitions. We're also a force multiplier inside of the restaurants, redeploying from a sort of labor mindset of taking orders and swiping credit cards to really delivering on higher hospitality tasks that the staff can do in the restaurant. In both cases, we're not displacing people. We're just shifting around where they're working to really add the most value with their special sauce.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

You mentioned the 6.25x multiplier on the number of orders that you touch. Can you just unpack that a little bit? And what's the path to get to 100% orders?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

experience, that uniformity of using one payment checkout experience across all of the digital ordering transactions. So it's swapping in what today is Olo acting as a gateway into oftentimes a fragmented in-restaurant credit card payment platform to instead it being done through the Olo Pay merchant account.

So because of that, it means that it's a relatively light lift. We're selling in the same way that we do with our ordering platform into the brand on behalf of all franchisees not sending hardware or making store visits. We're doing this purely in the digital ordering realm, where everything is shifting from existing legacy credit card processor through a gateway into Olo Pay as processor.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

So as we're starting or have seen already a large return to in-person dining, can you just talk about the near-term impact of that return to in-person? And then what is some of the time line that you see -- to start to see tailwinds from more adoption of QR ordering and kiosk ordering?

**Peter J. Benevides**
*Chief Financial Officer*

Yes. So in terms of digital ordering, I think the term that we've used is durable. We've been pleased with the durability of digital ordering. And the reason for that is these aren't trends that have emerged as a result of COVID, these were trends since day 1, have been happening, which is the growth in digital ordering, the growth in same-store sales digitally.

So I think today, we've been -- last quarter, I think, the MPD stats were around 16% of transactions were digital, this is Q4 of last year. Q1 of this year, it's around 15% digital. So a slight decline, 1%, but maintaining its durability. In terms of how or timing around how we think the 15% will trend over time, I think you're starting to see some really great signs in things like QR code ordering and other forms in which consumers are ordering digitally, start to emerge.

So for the first time, I think this past quarter, we actually saw 1% of digital transactions were on-premise. This is something that I know that doesn't sound like a lot, but for years had been 0. So you're starting to see some inclination of the consumer adoption of digital on-premise, and we're pretty confident that, that's just going to continue to grow over time.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

And so what do you see as the durable growth rate for the business?

**Peter J. Benevides**
*Chief Financial Officer*

So I think what we've communicated is we feel pretty confident in being able to deliver high growth we define as 30% year-on-year growth. Noah articulated earlier, the 100x opportunity in front of us. And when we look at all those different avenues, more locations, more transactions per location and more revenue per transaction, there's just a lot of levers that we can pull in order to maintain that growth rate.

**Maya Rae Kilcullen**
*JPMorgan Chase & Co, Research Division*

Great. Last call for any questions from the audience.

**Noah Herbert Glass**
*Founder, CEO & Director*

Can I make one point while we wait for a question. I just -- I think it's really, really important if you leave here with one thing that we separate the idea of digital and delivery. I think people conflate those things all the time. And I think some of the -- what happens when there's a return to in-restaurant dining questions are maybe part of that.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.