# Exhibit Z

**Exhibit 99.1**

**Olo Announces Second Quarter 2022 Financial Results**

*Second Quarter Revenue Grew 27% Year-over-Year on Continued Growth in New Brands, Increased Module Adoption, and Increased Transaction Volume*

New York, New York - August 11, 2022 - Olo Inc. (NYSE:OLO), a leading open SaaS platform for restaurants that enables hospitality at every touchpoint, today announced financial results for the second quarter ended June 30, 2022.

"We delivered solid second quarter results. We generated $45.6 million in total revenue, a 27% increase year-over-year, as our platform supported continued growth in new brands, increased module adoption within our existing customer base, and increased transaction volume," said Noah Glass, Olo's Founder and CEO.

"We're encouraged by the underlying trends in our business in support of Olo's 100x revenue opportunity as we remain highly focused on helping our brands to thrive and gain share through the industry's digital transformation," concluded Mr. Glass.

*Second Quarter Financial and Other Highlights*

- Total revenue increased 27% year-over-year to $45.6 million.
- Platform revenue increased 29% year-over-year to $44.5 million.
- Gross profit increased 10% year-over-year to $31.4 million, and was 69% of total revenue.
- Non-GAAP gross profit increased 15% year-over-year to $34.0 million, and was 75% of total revenue.
- Operating loss was $11.9 million.
- Non-GAAP operating income was $2.0 million.
- Net loss was $11.7 million or $0.07 per share, compared to a net loss of $2.4 million or $0.02 per share a year ago.
- Non-GAAP net income was $2.2 million or $0.01 per share, compared to non-GAAP net income of $6.5 million or $0.04 per share a year ago.
- Cash, cash equivalents and short- and long-term investments totaled $464.7 million as of June 30, 2022.
- Average revenue per unit (ARPU) increased 12% year-over-year, and increased 5% sequentially to approximately $544.
- Ending active locations increased 11% year-over-year to approximately 82,000.
- Dollar-based net revenue retention (NRR) was approximately 106%.

A reconciliation of GAAP to non-GAAP financial measures is provided at the end of this press release. An explanation of these measures is also included below under the heading "Non-GAAP Financial Measures and Other Metrics."

*Second Quarter and Recent Business Highlights*

- Olo deployed a number of leading brands onto the platform across all service-models, including quick service, fast-casual, fine dining, virtual brands, as well as welcomed a number of convenience stores. Notably, Freddy's Frozen Custard & Steakburgers, a fast casual restaurant with hundreds of locations, deployed Olo's full stack of digital ordering solutions, including Ordering, Dispatch, Rails, Network, and Olo Pay. Freddy's represents one of Olo's newest and largest customers to adopt Olo Pay.

- Olo expanded relationships within its existing customer base, increasing product adoption across several Olo product suites. Brands such as California Fish Grill, CiCis Pizza, and Duck Donuts expanded their usage of Ordering solutions, Twin Peaks and Whataburger expanded their usage of Delivery Enablement solutions, O'Charley's Restaurant + Bar and Sprinkles adopted Guest Engagement solutions, and On the Border and Smokey Bones adopted Front-of-House solutions.

- Olo hosted its first Quarterly Release Event, showcasing features that empower brands to grow by delivering the best hospitality to their guests. The release included highlights related to Borderless Olo Pay, Sync listings management, scheduled menu changes and more, which may be viewed at https://www.olo.com/quarterly-release.

- Olo earned Best Feature Set and Best Relationship from the TrustRadius Best of Summer Awards. Olo is honored to support restaurant brands and looks forward to delivering on the high expectations brands set for the Company.

•Olo furthered its commitment to being an open platform by growing its diverse technology partner network through completion of its first Ordering module integration with QSR Automations, a market leader in Kitchen Display Systems, or KDS. KDS integrations enable Olo customers to see and optimize all orders, whether on- or off-premise, providing a 360-degree view of all orders in production. This information will allow Olo to provide brands with operational decision-making abilities by including capacity management features that quote and throttle orders based on the real-time kitchen activity levels, ultimately creating a more integrated technology solution for restaurants, and expanding the Company's vertical offerings throughout the restaurant value chain.

•Olo is committed to building a diverse and inclusive culture that promotes growth and equity for underrepresented groups while supporting and celebrating all voices and perspectives. Olo has updated its DEI website with gender and ethnicity metrics as of June 30, 2022, and remains on track to have its team be composed of 42% women and 18% underrepresented ethnicities by 2024. Olo also furthered its commitment to equity through adoption of a new Equitable Access to Healthcare policy and other actions aimed at supporting its LGBTQ+ employee population.

*Financial Outlook*

As of August 11, 2022, Olo is issuing the following outlook for the third quarter of 2022 and fiscal year 2022:

For the third quarter of 2022, Olo expects to report:

•Revenue in the range of $46.5 million to $47.0 million; and
•Non-GAAP operating income in the range of $1.8 million to $2.2 million.

For the fiscal year 2022, Olo expects to report:

•Revenue in the range of $183.0 million to $184.0 million; and
•Non-GAAP operating income in the range of $7.6 million to $8.4 million.

The outlook provided above constitutes forward-looking information within the meaning of applicable securities laws and is based on a number of assumptions and subject to a number of risks. Actual results could vary materially as a result of numerous factors, including certain risk factors, many of which are beyond Olo's control. See the cautionary note regarding "Forward-Looking Statements" below. Fluctuations in Olo's operating results may be particularly pronounced in the current macroeconomic environment, which has been characterized by rising inflation and interest rates, lower consumer confidence, uncertainty caused by the ongoing COVID-19 pandemic, volatility in part due to the war in Ukraine, and the risk of a global recession, the severity, duration, and ultimate impact of which is difficult to predict at this time. While Olo has benefited from the acceleration of demand for off-premise dining during the COVID-19 pandemic, Olo's business and financial results could be materially adversely affected in the future if off-premise dining declines.

**Webcast and Conference Call Information**

Olo will host a conference call today, August 11, 2022, at 5:00 p.m. Eastern Time to discuss the Company's financial results and financial outlook. A live webcast of this conference call will be available on the "Investor Relations" page of the Company's website (investors.olo.com), and a replay will be available on the website as well.

**Available Information**

Olo announces material information to the public about the Company, its products and services, and other matters through a variety of means, including filings with the SEC, press releases, public conference calls, webcasts, the "Investor Relations" page of the Company's website (investors.olo.com), and the Company's Twitter account @Olo, in order to achieve broad, non-exclusionary distribution of information to the public and for complying with its disclosure obligations under Regulation FD.

_Key Performance Indicators_

In addition, we also use the following key performance indicators to help us evaluate our business, identify trends affecting the business, formulate business plans, and make strategic decisions.

_Active Locations_: We define an active location as a unique restaurant location that is utilizing one or more of our modules at the end of a quarterly period. We believe that active location count is an important metric that demonstrates the growth and scale of our overall business and reflects our ability to attract, engage, and monetize our customers and thereby drive revenue, as well as provides a base to expand usage of our modules.

_Average revenue per unit (ARPU)_: We calculate ARPU by dividing the total platform revenue in a given period by the average active locations in that same period. We believe ARPU is an important metric that measures monetization of our platform and demonstrates our ability to grow within our customer base through the development of products that our customers value.

_Dollar-based net revenue retention (NRR)_: We calculate NRR as of a period-end by starting with the revenue, defined as platform revenue, from the cohort of all active customers as of 12 months prior to such period-end, or the prior period revenue. We then calculate the platform revenue from these same customers as of the current period-end, or the current period revenue. Current period revenue includes any expansion and is net of contraction or attrition over the last 12 months, but excludes platform revenue from new customers in the current period. We then divide the total current period revenue by the total prior period revenue to arrive at the point-in-time dollar-based NRR. We believe that NRR is an important metric demonstrating our ability to retain our customers and expand their use of our modules over time, proving the stability of our revenue base and the long-term value of our customer relationships.

**Forward-Looking Statements**

Statements we make in this press release include statements that are considered forward-looking within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act, which may be identified by the use of words such as "anticipates," "believes," "continue," "estimates," "expects," "intends," "may," "plans," "projects," "outlook," "seeks," "should," "will," and similar terms or the negative of such terms. All statements other than statements of historical fact are forward-looking statements for purposes of this release.

We intend these forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act and Section 21E of the Securities Exchange Act and are making this statement for purposes of complying with those safe harbor provisions. These statements include, but are not limited to, our financial guidance for the third quarter of 2022 and the full year 2022, our future performance and growth and market opportunities, including new products and continued module adoption (such as with respect to Olo Pay and Sync), our business strategy, our ability to sustain our profitability, customer adoption of our products and expectations for capturing market share and our delivery of new products or product features, and expectations regarding the impact of macroeconomic conditions and the ongoing COVID-19 pandemic on our business and industry. Accordingly, actual results could differ materially or such uncertainties could cause adverse effects on our results.

Forward-looking statements are based upon various estimates and assumptions, as well as information known to us as of the date of this press release, and are subject to risks and uncertainties, including but not limited to: the impact and duration of the ongoing COVID-19 pandemic on our business; the business of our customers and economic conditions, including rising
inflation, labor shortages, increasing interest rates, and any reductions in consumer spending on dining due to the general economic climate; our focus on the long-term and our investments in sustainable, profitable growth; our ability to acquire new customers and successfully retain existing customers; impact of competitors, price competition, or the ability of our customers to replace some of our products with their own internal platforms; our ability to develop and release new products and services, and develop and release successful enhancements, features, and modifications to our existing products and services; the impact of new and existing laws and regulations on our business; changes to our strategic relationships with third parties; our reliance on a limited number of delivery service providers and aggregators; our ability to generate revenue from our product offerings and the effects of fluctuations in our level of client spend retention; competition; changes in the amount and mix of transactions facilitated through our platform; changes in our level of investment in sales and marketing, research and development, and general and administrative expenses, and our hiring plans; future changes to our pricing model; changes in management; and other general market, political, economic, and business conditions. Actual results could differ materially from those predicted or implied, and reported results should not be considered an indication of future performance. Additionally, these forward-looking statements, particularly our guidance, involve risks, uncertainties, and assumptions, including those related to our customers' spending decisions and consumer ordering behavior particularly as COVID-19 associated restrictions continue to abate.

Significant variations from the assumptions underlying our forward-looking statements could cause our actual results to vary, and the impact could be significant.

Additional risks and uncertainties that could affect our financial results and forward-looking statements are included under the caption "Risk Factors" in our Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2022 that will be filed following this earnings release, our Annual Report on Form 10-K for the year ended December 31, 2021, and our other SEC filings, which are available on the "Investor Relations" page of our website at investors.olo.com and on the SEC website at www.sec.gov. Undue reliance should not be placed on the forward-looking statements in this press release. All forward-looking statements contained herein are based on information available to us as of the date hereof, and we do not assume any obligation to update these statements as a result of new information or future events.