# Exhibit AA

Case 1:22-cv-08228-JSR Document 76-27 Filed 08/24/23 Page 2 of 3



# Seeking Alpha

Transcripts    Technology

# Olo Inc. (OLO) CEO Noah Glass on Q2 2022 Results - Earnings Call Transcript

Aug. 11, 2022 10:22 PM ET | **Olo Inc. (OLO)**



**SA Transcripts**
130.83K Followers

## Q2: 2022-08-11 Earnings Summary

| Play Call | Press Release | 10-Q |
|---|---|---|

EPS of $0.01 beats by $0.01 | Revenue of $45.60M (27.04% Y/Y) misses by $230.80K

Olo Inc. (NYSE:OLO) Q2 2022 Earnings Conference Call August 11, 2022 5:00 PM ET

**Company Participants**

Stephanie Daukus - Vice President, Investor Relations

Noah Glass - Founder, Chief Executive Officer and Director

Peter Benevides - Chief Financial Officer

**Conference Call Participants**

Terry Tillman - Truist

Matthew Hedberg - RBC Capital Markets

Brent Bracelin - Piper Sandler

Case 1:22-cv-08228-JSR   Document 76-27   Filed 08/24/23   Page 3 of 3

Got it, okay. Thanks. And then can you just give us an update on how the cross-sell of Wisely has been since you plug that in? And what the reception has been like there?

**Noah Glass**

Yes, this is Noah, so this has been a really successful cross-sell motion. We're excited about how brands are seeing the next logical step in getting great at being around guests engagement, and specifically, having a first rate guest data platform where they can really measure guest lifetime value of all of their guests. So we announced a couple of the new brands to come on to the guests-- event suite. We also have all of the brands that are coming on to the host suite, which is managing table wait, and waitlist and reservation. I think across the board, we're really pleased with the fit that we're seeing between Wisely brought to our solution set and what our restaurant customers are looking for. They're seeking to really engage with their guests in a direct manner, and increase the hospitality they can offer and doing increase guest lifetime value.

**Operator**

[Operator Instructions]

Our next question comes from Brad Reback with Stifel.

**Brad Reback**

Great, thanks very much. Peter, can you give us some sense on active locations or active ending locations for 3Q in the year just to try to level set. So we're all on the same page.

**Peter Benevides**

Yes, so what's implied in the guide, Brad is adding an incremental 2,000 locations per quarter between now and the balance of the year. As we noted on the call, we anticipate Subway to fully roll off in the fourth quarter and into the first quarter of next year. Now the nuance there is with respect to Subway or in general, we count a location active in the quarter if they've had an order in the quarter. So to the extent subway starts to roll off in the Q4 but generates an order at some point in the quarter we'll count those active locations. And then in the first quarter is where you'll see the full impact of Subway rolling off the platform.