# Exhibit BB

**Exhibit 99.1**

**Olo Announces Fourth-Quarter and Full-Year 2022 Financial Results**

*Full-Year 2022 Revenue of $185.4 million, up 24% Year-over-Year*
*Fourth-Quarter Revenue of $49.8 million, up 25% Year-over-Year Driven by Continued Module Adoption and Active Location Growth*

New York, New York - February 22, 2023 - Olo Inc. (NYSE:OLO), a leading open SaaS platform for restaurants, today announced financial results for the fourth-quarter and full-year ended December 31, 2022.

"In 2022, Olo increasingly became the platform that restaurant brands rely on to make their digital priorities a reality." said Noah Glass, Olo's Founder and CEO. "Now, more than ever, restaurants recognize the need to invest in technology as a means to better serve their guests and operate their businesses more effectively. Our hard work in 2022, our network of brands, partners, and guests, and our comprehensive product suite all enable Olo to meet the needs of our customers, and we believe have set the table for great things to come in 2023 and beyond," continued Mr. Glass.

"We have always been focused on balanced growth and efficient investment in the business. We believe this has served the business well over time and it is how we are approaching 2023. Our investment plan this year takes into account the rising cost of capital and the macro environment, which is reflected in the operating expense leverage we expect to gain in 2023," said Peter Benevides, Olo's CFO.

*Fourth-Quarter Financial and Other Highlights*

- Total revenue increased 25% year-over-year to $49.8 million.
- Gross profit increased 10% year-over-year to $34.5 million, and was 69% of total revenue.
- Non-GAAP gross profit increased 14% year-over-year to $37.3 million, and was 75% of total revenue.
- Operating loss was $10.9 million.
- Non-GAAP operating income was $3.1 million.
- Net loss was $8.2 million or $(0.05) per share, compared to net loss of $2.1 million or $(0.01) per share a year ago.
- Non-GAAP net income was $5.6 million or $0.03 per diluted share, compared to non-GAAP net income of $5.1 million or $0.03 per diluted share a year ago.
- Cash, cash equivalents, and short- and long-term investments totaled $451.2 million as of December 31, 2022.
- Total shares repurchased were approximately 2.7 million for approximately $20.1 million.
- Average revenue per unit (ARPU) increased 13% year-over-year to approximately $571.
- Ending active locations increased 10% year-over-year to approximately 87,000.
- Dollar-based net revenue retention (NRR) was approximately 108%.

A reconciliation of GAAP to non-GAAP financial measures is provided at the end of this press release. An explanation of these measures is also included below under the heading "Non-GAAP Financial Measures and Other Metrics."

*Fourth-Quarter and Recent Business Highlights*

- Olo expanded relationships with existing customers, including TGI Fridays and Virtual Dining Concepts deploying Olo Pay. TGI Fridays, a casual dining restaurant with more than 300 locations, deployed Olo Pay to improve guest satisfaction and online ordering outcomes, such as increased basket conversion and decreased fraud rates. Virtual Dining Concepts, the parent of MrBeast Burger and other delivery-only brands, also adopted Olo Pay at all of their virtual brands, which include more than 3,000 virtual restaurants in more than 2,000 restaurants.

- Olo added new customers such as Captain D's, a fast-casual enterprise seafood restaurant with more than 550 locations, to the platform. Captain D's deployed Olo's Ordering, Dispatch, Rails, Network, and Olo Pay modules.

- Olo continued to service and expand the presence of virtual brands on the platform, including Tender Shack, a Bloomin' Brands virtual brand with more than 800 locations, and LankyBox Kitchen, a family-focused virtual brand launched by Virtual Dining Concepts, available at more than 450 Chuck E. Cheese locations. Virtual brands have

become an important part of restaurant kitchens, allowing Olo customers to leverage their operations to maximize revenue per square foot.

- Olo showcased the extensibility of the platform through expanding into grocery stores. Kroger, an American retail company that operates supermarkets and multi-department stores throughout the United States, deployed Olo's Rails module, bringing sushi and floral delivery to customers nationwide. Multi-unit grocery stores represent an emerging vertical for Olo, expanding Olo's total addressable location count by almost 30,000 locations, representing almost $37 billion in annual food service sales.

- Olo implemented product enhancements to better serve its customers, many of which will be showcased in Olo's 2022 Winter Product Release event. New features such as expanded Borderless functionality for all Olo Pay customers, enhanced QR code ordering, expanded geolocation partner notification, amongst others may be viewed at olo.com/quarterly-release. These new key innovations are designed to address operational challenges and improve the guest experience at scale.

- Olo's Executive Vice President of Technology, Priya Thinagar, was honored by Insider as a Restaurant Power Player, as Priya and her team have been key in expanding Olo's platform, fostering innovation, and scaling new products, such as Olo Pay. Additionally, Olo earned Best Customer Data Platform from Digiday, in recognition of the Olo platform's ability to deliver personalized marketing messages, better customer experience across channels - in-restaurant and digital - and better understand customer preferences.

*Financial Outlook*

As of February 22, 2023, Olo is issuing the following outlook for the first-quarter of 2023 and fiscal-year 2023:

For the first-quarter of 2023, Olo expects to report:

- Revenue in the range of $50.5 million to $51.0 million; and
- Non-GAAP operating income in the range of $0.6 million to $1.0 million.

For the fiscal-year 2023, Olo expects to report:

- Revenue in the range of $213.0 million to $215.0 million; and
- Non-GAAP operating income in the range of $11.4 million to $13.0 million.

The outlook provided above constitutes forward-looking information within the meaning of applicable securities laws and is based on a number of assumptions and subject to a number of risks. Actual results could vary materially as a result of numerous factors, including certain risk factors, many of which are beyond Olo's control. We assume no obligation to update these forward-looking statements. See the cautionary note regarding "Forward-Looking Statements" below.