**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STEAMSHIP TRADE ASSOCIATION OF
BALTIMORE – INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION PENSION
FUND, Individually and on Behalf of All Others
Similarly Situated,

                Plaintiff,

        v.

OLO INC., NOAH GLASS, and PETER
BENEVIDES,

                Defendants.

Case No. 1:22-cv-08228-JSR

---

**REPLY DECLARATION OF JENNIFER B. LUZ**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**
<u>**FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**</u>

I, Jennifer B. Luz, declare as follows:

1. I am a partner of the law firm of Goodwin Procter LLP, counsel to Defendants Olo Inc. ("Olo"), Noah Glass, and Peter J. Benevides (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws ("SAC").

2. Attached as Exhibit FF for the Court's convenience is a chart that summarizes the analyst reports attached as Exhibits GG to MM.

3. Attached as Exhibit GG is a true and correct copy of excerpts of an RBC Capital Markets analyst report titled "Olo Inc. Delivering the goods; Initiate with an Outperform rating and $32 PT," dated April 11, 2021.

4.      Attached as Exhibit HH is a true and correct copy of excerpts of a J.P. Morgan analyst report titled "Olo Inc. Cloud-Based Commerce Platform for Restaurants - Initiating with OW Rating," dated April 12, 2021.

5.      Attached as Exhibit II is a true and correct copy of excerpts of a J.P. Morgan analyst report titled "Olo Inc. J.P. Morgan Conference Takeaways," dated May 26, 2021.

6.      Attached as Exhibit JJ is a true and correct copy of excerpts of a Stifel analyst report titled "Olo Inc. Feasting On Digital Transformation; Upgrade to Buy and Target Price to $41," dated August 10, 2021.

7.      Attached as Exhibit KK is a true and correct copy of excerpts of a William Blair analyst report titled "Olo Inc. Broad-Based Outperformance in Second Quarter, and Increases Full-Year Revenue and Profit Guidance," dated August 11, 2021.

8.      Attached as Exhibit LL is a true and correct copy of excerpts of a Piper Sandler analyst report titled "Olo Inc. (OLO) It's Bo Time; Digital Orders Troughed in Q2; Q3 Marks a Return to Q/Q Growth," dated November 9, 2021.

9.      Attached as Exhibit MM is a true and correct copy of excerpts of a Truist analyst report titled "Olo Inc. (OLO) Solid 4Q21; Many Growth Levers Added to the Mix; Digital Transformation in Restaurant Rolls On," dated February 23, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2023                 Respectfully submitted,

                                          /s/ *Jennifer B. Luz*

                                          GOODWIN PROCTER LLP
                                          100 Northern Avenue
                                          Boston, MA 02210
                                          Tel.: 617.570.1000
                                          Fax: 617.523.1231
                                          JLuz@goodwinlaw.com