# Exhibit FF

**Analyst Discussion of Olo Business Model and Growth Potential**[1]

| Report | Analyst Commentary[2] |
|---|---|
| RBC Analyst Report, April 11, 2021, Ex. GG at 2, 13, 39, 41, 60. | **What is the bull case scenario?**<br><br>In addition to expanding ARPU with existing customers, we think Olo has a large opportunity for additional greenfield share, both in the US and internationally. **While they have had the most success with US large enterprise restaurants outside the top 15**, with increased functionality and eventually international capabilities, we think their new customer pipeline and gross retention capabilities could remain elevated. Additionally, **we think that growth could be supported by expansion into new verticals, the SMB market and additional product offerings.** Specifically, we are bullish on the ability for Olo Pay to open up new opportunities and likely provide a revenue boost in 2022 and beyond. We believe that adding a first-party loyalty offering to the platform (most likely via M&A) could also make a lot of sense. Finally, we believe Olo could do more with ghost kitchens and expand into new verticals including grocery store meal prep, convenience stores, catering and more.<br><br>**What is the biggest competitive concern?**<br><br>Although this hasn't been a recent trend, **we think the biggest competitive risk could come from Olo's larger customers opting for a DIY solution as a strategic measure to retain data ownership or for TCO reasons. This happened in 2019 when Chipotle took their platform in-house, causing a ~3,300 restaurant churn-out**. We believe there are several things Olo can do to limit the risk of churn, including expansion through new products like Olo Pay, adding loyalty, international expansion and entering |

---

[1] For the Court's convenience, this exhibit compiles examples of equity analyst commentary from during the Class Period regarding the known risks to Olo's business model and its growth prospects. The Court may take judicial notice "of the fact that there was such coverage and reports by investment analysts." *Colbert v. Rio Tinto PLC*, 824 F. App'x 5, 10 n.5 (2d Cir. 2020); *see also Arkansas Pub. Emps. Ret. Sys. v. Bristol-Myers Squibb Co.*, 28 F.4th 343, 352 (2d Cir. 2022) ("district court properly took judicial notice of investment analyst reports").

[2] Unless otherwise noted, text that is underlined and bolded represents emphasis added. Text that is only bolded represents emphasis in the original. All exhibits ("Ex.") are attached to the Reply Declaration of Jennifer B. Luz In Support of Defendant's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws, filed contemporaneously herewith.

| Report | Analyst Commentary[2] |
|---|---|
| | additional verticals. And to that point, we question if the larger restaurants should even consider a DIY solution vs. leveraging best-of-breed technology like Olo.<br><br>. . . .<br><br>**Although this hasn't been a recent trend, we think the biggest competitive risk could come from DIY:** As noted on a prior slide, this is likely only an issue for the largest restaurants that have the capability to opt for a DIY solution as a strategic measure to retain data ownership or for TCO reasons. This happened in 2019 when Chipotle took their platform in-house, causing a ~3,300 restaurant churn-out. We believe there are several things Olo can do to limit the risk of churn, even as restaurants grow and gain the ability to DIY. And to that point, we question if the larger restaurants should even consider a DIY solution vs. leveraging best of breed technology like Olo. We don't see large companies building their own CRM system, so why should this be different? As a point of reference, we believe some of Olo's biggest customers include Subway, Applebee's, Dairy Queen, Chili's, Denny's, Cracker Barrel, The Cheesecake Factory, Jimmy John's, and Five Guys among others.<br><br>. . . .<br><br>**Risks to rating and price target**<br><br>▪ Olo has seen both headwinds and tailwinds resulting from the COVID-19 environment, which could materially impact operations due to its impact on the hospitality industry.<br><br>▪ Specifically COVID positively impacted Olo's transactional revenue in 2020; although we believe our model is appropriately conservative, there is a risk to lower transactional fees. Our model assumes roughly flattish y/y same store sales, with transactions decreasing on a relative basis, but with reductions due to tough COVID compares being offset by additional Dispatch, Rails and Network deployments, as well as growth in ecosystem partners (additional Dispatch, Rails and Network providers), helping fuel additional demand and fulfillment.<br><br>. . . .<br><br>**Competitive Landscape**<br><br>▪ **Management believes Olo is the clear leading online food ordering platform for multi-location restaurants, but faces competition from multiple sources.** |

| Report | Analyst Commentary[2] |
|---|---|
| | <ul><li>Other white-label digital ordering solutions.</li><li>Traditional on-prem hardware point-of-sale providers.</li><li>Digital ordering marketplaces.</li><li>**<u>Custom software, developed internally, or by consultancies, or by large enterprise software providers.</u>**</li></ul> **Primary competitors.** <ul><li>**Legacy or homegrown:** Often developed by Deloitte, Accenture, SAP, or Sitecore Corporation. These solutions are generally more customized, but often not as feature-rich or easy to keep up-to-date.</li><li>**NCR:** A very common choice for POS (that Olo integrates into), its Aloha ordering system can be used for online ordering as well.</li><li>**Aggregators/marketplaces:** Primarily Grubhub, DoorDash, and UberEats. These offer an easy way to add online/mobile ordering, but disintermediate the restaurant and its brand by owning the direct customer relationship.</li><li>**ChowNow:** ChowNow is more oriented towards smaller restaurants, with modest overlap with Olo at this time (and the companies have a good relationship), but they could come into more direct competition.</li><li>**NovaDine:** A more customizable solution than Olo, Novadine is not as easy to implement and use (channel contacts told us that it's "appealing, but overwhelming").</li><li>**Other white-label digital ordering solution providers:** Most notably Tillster and Onosys.</li></ul> . . . . <br><br>**Risks to rating and price target** <ul><li>**<u>The risk a customer chooses to DIY vs leveraging Olo.</u>**</li><li>Ongoing litigation with DoorDash, seeking damages of + $7M.</li><li>**<u>Impact from COVID-19, given the impact on the restaurants.</u>**</li></ul> |

| Report | Analyst Commentary[2] |
|---|---|
|  | <ul><li>Reliance on partnerships with aggregators and DSPs, which could become competitive.</li><li>Lower transaction fees, as in-person dining returns.</li><li>**Loss of large customer (one customer ~21% of revenues).**</li><li>**Business is dependent on the ability to land new customers and retain and expand within the base.**</li></ul> |
| J.P. Morgan Analyst Report, April 12, 2021, Ex. HH at 4-6, 18-20, 24. | **Total addressable market accounts for 300,000 franchise locations and potentially $7B in spend**<br><br>Right now Olo has 400 brand restaurant customers and over 64,000 franchise locations active on its platform. But within its target market there are roughly 300,000 franchise locations, suggesting **Olo is approximately 21% penetrated into the location opportunity. Given that Olo is the leading vertical software provider in its space, we believe 50%+ is an achievable penetration number over time.**<br><br>**Opening of the economy could put pressure on transaction revenue**<br><br>Transaction revenue made up 43% of the total platform revenue in 2020 and grew 364% as Olo brought on nearly 22,000 new franchise locations looking to do digital ordering and delivery during the pandemic. **We expect a growing level of vaccinations will help open up the U.S. economy and that will cause a certain amount of shift back to in-store ordering and dining.** That will likely put pressure on ARPU, which we are expecting to grow 5.2% in 2021. That growth is predicated on 12,456 new franchise locations coming online during 2021. **We believe Olo has more locations than that already contractually committed, but a shift back to in-store ordering does open up the possibility of timing changes to when some of these franchises go live.**<br><br>. . . .<br><br>**Three levers of additional future growth: SMB, international, and payments**<br><br>Looking ahead, we believe there are three major opportunities for Olo to grow beyond what it is doing currently. First is an expansion down-market into the SMB segment for restaurants that have just begun the franchise or multi-location journey, and perhaps expansion into the more one-off restaurant locations. Olo estimates that there are approximately 400,000 additional locations in this segment. The second lever would be to expand internationally, with the most likely first step being expansion into other English-speaking regions where the restaurant industry most closely mirrors that in the U.S. Third is the payments |

| Report | Analyst Commentary[2] |
|---|---|
|  | opportunity with Olo Pay. The work here has begun, but it is still not clear what the final strategy and approach will look like in terms of being an ISO (Independent Sales Organization) or PayFac (Payment Facilitator), and ultimately what the payment economics can be for Olo.<br><br>**Risks to Rating and Price Target**<br><br>. . . .<br><br>**Long-term competitive threats include consolidation in delivery/marketplace partners, a shift to in-house solutions, or POS expansion**<br><br>The position that Olo occupies is made attractive by the complexity faced by restaurant brands and franchises. The increasing number of delivery and marketplace partners that need to be integrated and managed by franchises makes the digital commerce platform from Olo attractive. **<u>Consolidation in the delivery and marketplace segment would allow franchises to more easily integrate and directly disintermediate Olo. If the amount being paid to Olo gets high enough, it could motivate restaurant brands to once again explore developing in-house digital ordering platforms.</u>** Lastly, POS providers like Toast want to expand up the stack and offer the ordering and delivery solutions, too. All of these are potential competitive threats.<br><br>. . . .<br><br>**Largely Unpenetrated into the Top 35 Restaurant Chains**<br><br>According to the customers listed in Olo's S-1, the company currently counts seven of the largest 35 restaurant chains in the United States as customers, namely Subway, Panda Express, IHOP, Denny's, Red Lobster, Cracker Barrel, and Jimmy John's. **<u>Certain of these top 35 brands ranked by U.S. sales have allocated significant investment towards building out their own internal software solutions for ordering and delivery, such as McDonald's, Starbucks, and Chipotle, and, as a result, it is unlikely that Olo could obtain these chains as customers. Other top brands that view themselves as technology companies, like Domino's, Arby's, and Papa John's, are also unlikely to become customers of Olo.</u>**<br><br>. . . .<br><br>**Not uncommon for dominant vertical SaaS vendor to reach 50%+ market share** |

| Report | Analyst Commentary[2] |
|---|---|
| | Olo currently has 64,292 locations out of an addressable 300,000 enterprise restaurant locations, meaning that the company is about 21% penetrated into the U.S. core enterprise restaurant base. Based on what we have seen in our coverage universe and beyond, it is not uncommon for vertical SaaS companies to have market shares north of 50%, particularly when the company is dominant within its industry. For example, pharmaceutical and Life Sciences Company Veeva Systems was a very early mover within CRM and now has about ~75% share of the market. Given that Olo was one of the first movers in its space and has a significant head start with 400 enterprise brands currently on its platform, we believe the company can realistically reach 50%+ market share over time.<br><br>. . . .<br><br>**Large source of competition is in-house creation of ordering/delivery software**<br><br>The Olo software stack includes capabilities for online ordering, delivery coordination, and marketplace order aggregation, and while many vendors offer one or even two of these capabilities, it is difficult to find an all-in-one solution whose scalability is comparable to Olo's. **For that reason, we believe that the biggest source of competition is in-house development of these capabilities. Massive enterprise restaurant brands such as McDonald's and Starbucks have already developed this technology in-house, and while building out these functionalities requires significant time and investment, it could be a possibility for many large-scale brands.** This competitive threat can even be seen in Olo's historical numbers, particularly when the number of ending active locations declined by ~3,300 in the third quarter of 2019. This decline was attributed to two customers, one catering company and one cake ordering company, leaving Olo's platform to create their own in-house technology. |
| J.P. Morgan Analyst Report, May 26, 2021, Ex. II at 2. | **Three cohorts of competition. The primary source of competition for Olo is in-house solutions**, but building this software in-house often involves high operating expenses and significant investment to create and maintain. The second cohort of competition is marketplaces that are B2C in nature but might offer a lightweight mobile ordering capability. Since marketplaces ultimately want to drive more business through their marketplaces and restaurants want to maximize their visibility, it is unlikely that a restaurant would choose a singular marketplace to power its mobile ordering software. The third cohort of competition is pure-play digital ordering competitors, where Olo is an order of magnitude larger than its competitors. Powering over 400 enterprise restaurant brands has allowed Olo to achieve scale and industry expertise that is unmatched by most competitors. |

| Report | Analyst Commentary[2] |
|---|---|
| Stifel Analyst Report, August 10, 2021, Ex. JJ at 3 | **Target Price Methodology/Risks**<br><br>Our target price of $41 is based on a ~28x EV/Revenue multiple, based on our CY23 revenue estimate of $253.3mn. **Risks to our target price include a failure of franchisees to embrace Olo's platform for their ordering and fulfillment needs**, an encroachment on the company's opportunity in the enterprise restaurant space by aggregators and consumer marketplaces, and **the decision to attempt to build certain Olo capabilities in-house at large restaurant groups**. |
| William Blair Analyst Report, August 11, 2021, Ex. KK at 1. | **Stock Thoughts and Risks.** Shares of Olo currently trade at 35 times our 2022 revenue estimate, which compares with about 18 times for the fast-growth SaaS comp group and 23 times for the portion that is most relevant for Olo. While its valuation is at a premium to the fast-growth SaaS group, we believe Olo is well positioned to drive durable revenue growth over at least the next three to five years, especially considering its opportunity in areas like payments (Olo Pay), catering solutions, and international expansion. Given Olo's large TAM, along with some potential multiyear tailwinds that could drive higher demand for the platform, we believe it is highly likely that Olo's revenue growth will exceed the fast-growth SaaS peer group. In our view, this should allow the company to support an above-average multiple for at least the next few years. **Risks to consider include**: 1) high expectations included in the valuation, 2) **execution on growth efforts**, 3) some customer concentration, and 4) **tough comparisons in 2021 from the strong uptick in digital ordering during the COVID-19 pandemic**. |
| Piper Sandler Analyst Report, November 9, 2021, Ex. LL at 1. | **Tough compares feeding into growth moderation, est. trough in 1Q22.** Despite seeing the number of enterprise brands rise ~25% since the IPO, the growth profile of the business continues along its anticipated path of y/y moderation on the lapping of post-COVID tailwinds that drove platform growth of 106% y/y last year. After considering the $1M estimated contribution from the Wisely acquisition, mid-point of Q4 guidance implies revenue growth of 25% (up from our prior estimate of 21%). We estimate y/y growth rates will trough in 1Q22 and begin to accelerate growth headwinds abate.<br><br>. . . .<br><br>**RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION**: **Competition**, management turnover, **churn**, **digital order volatility**. |

7

| Report | Analyst Commentary[2] |
|---|---|
| Truist Analyst Report, February 23, 2022, Ex. MM at 7. | **Valuation and Risks**<br><br>We maintain our Buy rating, although we are lowering our PT to $25 based solely on multiple compression across the entire software industry. We remain confident that the company continues to exude an attractive secular growth story associated with on-demand commerce and digital transformation among enterprise restaurant brands, and we believe that it represents an attractive name at the current depressed multiple levels. Our price target of $25 is based on our DCF assumptions consisting of long-term revenue growth CAGR of 34%, 33% terminal FCF margin, 15x terminal FCF multiple and 10.7% WACC.<br><br>**Catalysts:** existing customer revenue expansion, winning new enterprise deals and emerging opportunities (Olo Pay, c-stores, move down market, international and data products).<br><br>**Risks**: **Restaurant industry exposure**, **volatility related to transaction revenue**, material weakness identified in internal control over financial reporting process, **increased competition** and concentrated shareholder voting power. |

8