# Exhibit GG

**EQUITY RESEARCH** INITIATION



RBC Capital Markets, LLC
**Matthew Hedberg** (Analyst)
(612) 313-1293, matthew.hedberg@rbccm.com
**Dan Bergstrom** (Analyst)
(612) 313-1254, dan.bergstrom@rbccm.com
**Matthew Swanson** (AVP)
(612) 313-1237, matthew.swanson@rbccm.com
**Robert Simmons** (AVP)
(212) 905-5973, robert.simmons@rbccm.com
**Anushtha Mittal** (Associate)
(347) 637-0003, anushtha.mittal@rbccm.com

April 11, 2021

# Olo Inc.

## Delivering the goods; Initiate with an Outperform rating and $32 PT

**Our view:** We are bullish on Olo's opportunity to consolidate spend in the global on-demand restaurant commerce market that could be a $40B opportunity. In addition to expanding ARPU with existing customers, we think Olo has a large opportunity for additional greenfield share, both in the US and internationally that could also get a boost from future product launches. Initiate with an Outperform rating and $32 PT.

### Key points:

**A growing global opportunity:** Management believes there are ~300K large enterprise restaurant opportunities in the US, implying they have ~21% (~64.3K) of the locations under management. Add to that the US SMB market, which could be another ~400K restaurants, as well as the global market, and we believe Olo's TAM could approach $40B.

**COVID accelerated trends already in place:** Even before COVID, off-premise consumption accounted for 60% of restaurant orders and was expected to contribute 70-80% of restaurant industry growth in the next 5 years. COVID accelerated these trends, which accelerated Olo's revenue growth to 94% in 2020 vs 59% in 2019. While in-person dining trends have improved from 2020 levels, according to a recent survey by the National Restaurant Association, ~70% of restaurants plan to keep the changes made after COVID has subsided. Q1/21 has an easier comp, but they become more challenging from there as our estimates, which could have upside, call for 39.2% growth in 2021 and 29.7% in 2022.

**Expanding the usage of existing offerings:** Olo has three primary offerings: Ordering, Dispatch and Rails as 71% of customers use all three. We believe there is room for increased product cross-selling, as well as an opportunity to benefit from additional transactions. Initially this would primarily benefit Dispatch and Rails, but also Ordering over time.

**New growth opportunities:** We are bullish on the ability for Olo Pay to open up new opportunities, which isn't in our model, but likely provides a revenue boost in 2022 and beyond as Olo could go even further into POS functionality. Additionally, while Olo currently partners with several loyalty vendors, we think adding a first-party loyalty offering could make a lot of sense. Not only would it reduce the handoffs a restaurant needs to make, but we believe restaurants want a better loyalty offering, which could become extremely sticky and also help expand wallet share. Finally, we believe Olo could do more with ghost kitchens and expand into new verticals including grocery store meal prep, convenience stores, catering and more.

**Premium valuation:** Olo trades at 26.4x/20.3x CY/22E and CY/23E EV/S; a slight premium to close peers and +30% CY/21E SaaS revenue growth peers but a slight discount to +40% growth peers. Our $32 PT is based on 30.0x CY/22E and 23.4x CY/23E EV/S; warranted, in our view, by a large and expanding opportunity as upside to our published estimates seems likely.

## Outperform

NYSE: OLO; USD 28.20

**Price Target USD 32.00**

### Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 18.00 ↓ 36% | 28.20 | 32.00 ↑ 13% | 39.00 ↑ 38% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 186.0 | Market Cap (MM): | 5,245 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | NA |

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| Revenue | 98.4 | 137.0 | 177.8 | 230.4 |
| EPS, Adj Diluted | 0.14 | 0.05 | 0.08 | 0.12 |
| P/AEPS | NM | NM | NM | NM |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020 | 16.1A | 24.3A | 27.5A | 30.5A |
| 2021 | 32.1E | 33.1E | 34.7E | 37.2E |
| 2022 | 39.8E | 42.7E | 45.9E | 49.3E |
| EPS, Adj Diluted | | | | |
| 2020 | (0.01)A | 0.05A | 0.06A | 0.05A |
| 2021 | 0.01E | 0.01E | 0.01E | 0.02E |
| 2022 | 0.01E | 0.02E | 0.02E | 0.03E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

# Key fundamental questions

**Our view**

**What is the bull case scenario?**

In addition to expanding ARPU with existing customers, we think Olo has a large opportunity for additional greenfield share, both in the US and internationally. While they have had the most success with US large enterprise restaurants outside the top 15, with increased functionality and eventually international capabilities, we think their new customer pipeline and gross retention capabilities could remain elevated. Additionally, we think that growth could be supported by expansion into new verticals, the SMB market and additional product offerings. Specifically, we are bullish on the ability for Olo Pay to open up new opportunities and likely provide a revenue boost in 2022 and beyond. We believe that adding a first-party loyalty offering to the platform (most likely via M&A) could also make a lot of sense. Finally, we believe Olo could do more with ghost kitchens and expand into new verticals including grocery store meal prep, convenience stores, catering and more.

**What is the biggest competitive concern?**

Although this hasn't been a recent trend, we think the biggest competitive risk could come from Olo's larger customers opting for a DIY solution as a strategic measure to retain data ownership or for TCO reasons. This happened in 2019 when Chipotle took their platform in-house, causing a ~3,300 restaurant churn-out. We believe there are several things Olo can do to limit the risk of churn, including expansion through new products like Olo Pay, adding loyalty, international expansion and entering additional verticals. And to that point, we question if the larger restaurants should even consider a DIY solution vs. leveraging best-of-breed technology like Olo.

**What are our thoughts on the ongoing DoorDash litigation?**

On October 21, 2020, DoorDash, filed a lawsuit against Olo alleging a breach of contract related to fees charged to DoorDash and sought damages of ~$7M. Olo management believes this lawsuit is without merit, and they plan to vigorously defend against it. In response to Olo's attempt to dismiss the claim, DoorDash has accused Olo of fraud and concealment. In 2020, Rails module transaction revenue from their largest digital ordering aggregator, DoorDash, accounted for an aggregate of 19.3% of their total revenue. Our take on this is that Olo and DoorDash want to work together, but the issue is related to fees charged to DoorDash as a result of increased volume driven by COVID in 2020. Despite the ongoing litigation, DoorDash renewed for another year, and we'd like to assume they come to a resolution within a reasonable time frame. In case DoorDash does not renew again, while it wouldn't be good for Olo, we believe these orders are likely to go through other aggregators as DoorDash would lose out on the potential to service Olo customers.

**What are the headwinds and tailwinds from COVID-19?**

While the total spend at restaurants took a hit during COVID, restaurants accelerated digital transformation to accommodate changing consumer behavior towards off-premise dining. We think that Olo is well positioned to benefit longer term as tailwinds should remain. The primary short-term risk is lower transactions vs 2020, but we think higher restaurant adds could help offset this risk.

## Theme 5: The competitive landscape

- **Although this hasn't been a recent trend, we think the biggest competitive risk could come from DIY:** As noted on a prior slide, this is likely only an issue for the largest restaurants that have the capability to opt for a DIY solution as a strategic measure to retain data ownership or for TCO reasons. This happened in 2019 when Chipotle took their platform in-house, causing a ~3,300 restaurant churn-out. We believe there are several things Olo can do to limit the risk of churn, even as restaurants grow and gain the ability to DIY. And to that point, we question if the larger restaurants should even consider a DIY solution vs. leveraging best of breed technology like Olo. We don't see large companies building their own CRM system, so why should this be different? As a point of reference, we believe some of Olo's biggest customers include Subway, Applebee's, Dairy Queen, Chili's, Denny's, Cracker Barrel, The Cheesecake Factory, Jimmy John's, and Five Guys among others.

- **Point of sale (POS) providers:** While NCR has an enterprise-grade on-line ordering platform called Aloha and is in the process of trying to move customers to Aloha Essentials, we think Olo has strong win rates. Further, we believe Oracle/MICROS is considered a share donor and Square, Lightspeed and Toast are currently better SMB solutions. That said, if an enterprise-grade cloud-based POS system emerged, that could not only enable the POS vendor to potentially compete with an on-line ordering platform, but for vendors like Shopify or Salesforce to potentially build a front-end ordering system on the POS back-end. We note that former Shopify CFO, Russ Jones, is on the Olo board.

- **Aggregators:** While platforms like UberEats, Grubhub and DoorDash have the potential to drive more ordering through their platform, we don't think it represents a significant threat to consolidate the on-line market, primarily because of a lack of integration with other aggregators and/or delivery service providers (DSPs). Ultimately, we believe it pays to be a neutral partner to both restaurants and the aggregators.

- **White label digital ordering platforms:** Primary vendors include Tillster, Onosys, and NovaDine. Overall, our due diligence indicated they either lack scale and functionality, are too complicated, or too expensive. Additionally, SMB options like ChowNow lacks scale and functionality.

## Risk to rating and price target

- Olo has seen both headwinds and tailwinds resulting from the COVID-19 environment, which could materially impact operations due to its impact on the hospitality industry.

- Specifically COVID positively impacted Olo's transactional revenue in 2020; although we believe our model is appropriately conservative, there is a risk to lower transactional fees. Our model assumes roughly flattish y/y same store sales, with transactions decreasing on a relative basis, but with reductions due to tough COVID compares being offset by additional Dispatch, Rails and Network deployments, as well as growth in ecosystem partners (additional Dispatch, Rails and Network providers), helping fuel additional demand and fulfillment.

- Olo's RAIL and Dispatch relies on partnerships with aggregators and DSPs, which could also become competitive in the future.

- There is ongoing litigation with DoorDash, which is seeking damages of more than $7 million. DoorDash accounted for an aggregate of 2.6%, 10.2% and 19.3% of total revenue, respectively, and this digital ordering aggregator accounted for a substantial majority of transaction revenue from the Rails module during the years ended December 31, 2018, 2019 and 2020. Despite the ongoing litigation, DoorDash renewed for another year at the end of 2020. Additionally, management de-risked the model specific to DoorDash by using a rate per transaction that aligns with their volume and is common across all major marketplace partners.

- For the years ended December 31, 2019 and 2020, one customer accounted for 11% and 21% of revenue, respectively. Outside of DoorDash, we think Denny's is the largest customer, at less than 7% of revenue.

## Competitive landscape

- **Management believes Olo is the clear leading online food ordering platform for multi-location restaurants, but faces competition from multiple sources.**

  - Other white-label digital ordering solutions.

  - Traditional on-prem hardware point-of-sale providers.

  - Digital ordering marketplaces.

  - Custom software, developed internally, or by consultancies, or by large enterprise software providers.

- **Primary competitors.**

  - **Legacy or homegrown:** Often developed by Deloitte, Accenture, SAP, or Sitecore Corporation. These solutions are generally more customized, but often not as feature-rich or easy to keep up-to-date.

  - **NCR**: A very common choice for POS (that Olo integrates into), its Aloha ordering system can be used for online ordering as well.

  - **Aggregators/marketplaces:** Primarily Grubhub, DoorDash, and UberEats. These offer an easy way to add online/mobile ordering, but disintermediate the restaurant and its brand by owning the direct customer relationship.

  - **ChowNow:** ChowNow is more oriented towards smaller restaurants, with modest overlap with Olo at this time (and the companies have a good relationship), but they could come into more direct competition.

  - **NovaDine:** A more customizable solution than Olo, Novadine is not as easy to implement and use (channel contacts told us that it's "appealing, but overwhelming").

  - **Other white-label digital ordering solution providers:** Most notably Tillster and Onosys.

Olo Inc.

![RBC Capital Markets logo]

## Target/Upside/Downside Scenarios

Olo Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

## Valuation

We calculate our base-case price target of $32 by applying a 30.0x multiple to our CY/22E revenue estimate. Our target multiple is a premium to +30% growing (based on CY/21E) SaaS peers at 23.1x CY/22E EV/S, in our view warranted due to the potential for upside to estimates, better profitability and a large and expanding TAM. Our price target supports our Outperform rating.

## Upside scenario

Our upside scenario of $39 is based on revenue growth of 45% in CY/21E and 38% in CY/22E. To reach this level of growth, we believe there would need to be some combination of higher cross-selling, better new customer additions, and a stable to better macro environment. We believe upside to revenue and margins could point to 34.0x CY/22E EV/S, or a more significant premium to +30% peers.

## Downside scenario

Our downside scenario of $18 is based on revenue growth of 34% in CY/21E and 25% in CY/22E. To reach this level of growth, we believe there would need to be a fall-off in tech spending, less success expanding into new customers, and lower renewal and expansion rates. Additionally, with a less-attractive growth and margin profile, we believe the stock could receive a lower multiple. We believe downside to revenue and margins could point to 17.0x CY/22E EV/S, or a discount to +30% peers.

## Investment summary

**We believe Olo is well positioned to capitalize on a post-COVID push for off-premise dining and multi-channel ordering in a TAM that could be +$40B.**

We believe Olo's SaaS restaurant e-commerce platform is well positioned to benefit from a changing restaurant landscape, as more customers utilize online ordering and off-premise dining options like delivery, take-out and drive-up, which accelerated during COVID. We believe Olo has a unique opportunity to help restaurants: 1) drive efficiencies and simplify restaurant operations through integrations with marketplaces, POS and legacy systems; 2) utilize data to perform analytics on customers' buying patterns and customize offerings; and 3) reduce the reliance on third-party marketplaces (like UberEats, Doordash, etc.) for delivery and online ordering and improve margins by eliminating/reducing large commissions paid to these marketplaces. While there remains a large underpenetrated restaurant opportunity domestically, we believe that longer term, expansion into other verticals like grocery chains and convenience stores as well as international markets could further expand their TAM.

## Potential growth catalysts

- Popularity of off-premise dining options accelerated by COVID.
- Increase in the complexity of restaurant operations, given the backdrop of multi-channel ordering including online, phone, mobile apps, in-person or through kiosks.
- Heavy reliance on marketplaces for delivery/ordering, which could drive the restaurants to consider other options.
- Increasing utilization of technology in the restaurant industry to drive efficiencies and stay competitive.
- International expansion, expansion into SMB restaurants and expansion through new products around payment (Olo Pay), on-premise dining and data analytics.

## Risks to rating and price target

- The risk a customer chooses to DIY vs leveraging Olo.
- Ongoing litigation with DoorDash, seeking damages of + $7M.
- Impact from COVID-19, given the impact on the restaurants.
- Reliance on partnerships with aggregators and DSPs, which could become competitive.
- Lower transaction fees, as in-person dining returns.
- Loss of large customer (one customer ~21% of revenues).
- Business is dependent on the ability to land new customers and retain and expand within the base.