# Exhibit HH

# J.P.Morgan

**North America Equity Research**
12 April 2021



# Olo Inc.

## Cloud-Based Commerce Platform for Restaurants - Initiating with OW Rating

Initiation
### Overweight

**OLO, OLO US**
Price (09 Apr 21): $28.20

**Price Target (Dec-21): $36.00**

**Software - Large Cap / Mid & Small Cap**

**Sterling Auty, CFA** [AC]
(1-212) 622-6389
sterling.auty@jpmorgan.com
**Bloomberg** JPMA AUTY <GO>
J.P. Morgan Securities LLC

**Drew E Glaeser**
(1-212) 622-8020
drew.e.glaeser@jpmchase.com
J.P. Morgan Securities LLC

**Jackson E Ader, CFA**
(1-212) 622-4863
jackson.e.ader@jpmorgan.com
J.P. Morgan Securities LLC

**Matthew Parron**
(1-212) 622-0155
matthew.parron@jpmorgan.com
J.P. Morgan Securities LLC

**Maya R Kilcullen**
(1-212) 622-1696
maya.r.kilcullen@jpmorgan.com
J.P. Morgan Securities LLC

**Rachit Agrawal**
(91-22) 6157 3092
rachit.x.agrawal@jpmchase.com
J.P. Morgan India Private Limited

We are initiating coverage of Olo with an OW rating and a December 2021 price target of $36. The COVID-19 pandemic dramatically accelerated the shift to digital ordering and delivery. Olo has penetrated roughly 21% of the ~300,000 targetable franchises in the restaurant industry, but we believe 50%+ is an achievable penetration number over time given that Olo is the leading vertical software provider in its space. In 2021, we expect total revenue growth of at least 36%, even as the economy is set to reopen up on the back of increases in vaccination. For 2021, we see three major additional growth drivers, namely expansion down-market into SMB, international expansion, and establishment of Olo Pay.

- **Large addressable market.** Food services and in particular restaurants represent one of the largest vertical industries in our economy at roughly $863 billion in 2019. Olo is ~21% penetrated into its portion of the addressable market. Currently, Olo is active in just over 64,000 franchise locations, while there are ~300,000 in the target market, leaving ample runway for additional growth.

- **Leading digital commerce platform for restaurants**. Scalability, reliability, integration into existing systems, and configurability are four of the most important features in a digital platform for ordering and delivery. Olo checks all of those boxes, and this has helped it win the leading share in the digital ordering market.

- **Two-way network.** Olo has become the digital ordering platform and software integration/management solution of delivery and marketplace partners for over 400 different enterprise brands in the restaurant industry. That places them between the restaurant brands like Five Guys and the delivery/marketplace vendors like DoorDash, Postmates, and Uber Eats. In addition, over the years the point-of-sale (POS) technology has been fragmented even within each brand, and that makes Olo's software layer that sits above, but integrates into, the POS attractive to the restaurant brands as a unifying technology. We believe this is an enviable position to be in, offering Olo the potential to increase the value it brings to restaurant brands through expanded offerings and increased efficiency of operations.

- **Establishing Dec-21 PT of $36.** Our Dec-21 price target of $36 is based on our 10-year DCF analysis using a terminal multiple of ~25x EV/FCFF and a discount rate of 11.6%.

### Quarterly Forecasts (FYE Dec)

Adj. EPS ($)

| | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | (0.09) | 0.01 | 0.01 |
| Q2 | 0.05 | 0.00 | 0.02 |
| Q3 | 0.06 | 0.01 | 0.02 |
| Q4 | 0.05 | 0.02 | 0.03 |
| FY | 0.18 | 0.04 | 0.08 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | | | | | |
| Growth | | | | | |
| Momentum | | | | | |
| Quality | 100 | 100 | 100 | 99 | 98 |
| Low Vol | | | | | |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 37 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
12 April 2021

J.P.Morgan

# Investment Thesis

**Olo (OLO)**

**Overweight**

**The restaurant industry is in a secular shift to digital**

The first generation of restaurant evolution was the move to electronic cash registers, and the second generation was the move to smart cash registers that incorporated inventory management capabilities. That is when people began referring to these solutions as point-of-sale (POS) systems. However, over the past few years, we have seen a growing number of restaurant brands shift to digital ordering, either through webpages, mobile applications, or even in-store digital kiosks. Incisiv Research estimates that by 2025 roughly 54% of restaurant industry sales will be conducted digitally, up from just 19% in 2019. This is a trend that began prior to the pandemic, but was greatly accelerated because of the pandemic.

**Total addressable market accounts for ~300,000 franchise locations and potentially $7B in spend**

Right now Olo has 400 brand restaurant customers and over 64,000 franchise locations active on its platform. But within its target market there are roughly 300,000 franchise locations, suggesting Olo is approximately 21% penetrated into the location opportunity. Given that Olo is the leading vertical software provider in its space, we believe 50%+ is an achievable penetration number over time.

**Opening of the economy could put pressure on transaction revenue**

Transaction revenue made up 43% of the total platform revenue in 2020 and grew 364% as Olo brought on nearly 22,000 new franchise locations looking to do digital ordering and delivery during the pandemic. We expect a growing level of vaccinations will help open up the U.S. economy and that will cause a certain amount of shift back to in-store ordering and dining. That will likely put pressure on ARPU, which we are expecting to grow 5.2% in 2021. That growth is predicated on 12,456 new franchise locations coming online during 2021. We believe Olo has more locations than that already contractually committed, but a shift back to in-store ordering does open up the possibility of timing changes to when some of these franchises go live.

**Leading provider of cloud-based on-demand commerce for restaurants**

The Olo platform provides restaurant brands with a configurable digital ordering solution that can be used via the brand website, a mobile app, or even an in-store digital kiosk. In addition to digital ordering, the Olo platform provides Dispatch, a portal to coordinate delivery either through in-restaurant delivery personnel or through third-party delivery service providers (DSPs) like DoorDash and Postmates. Lastly, the Rails solution unifies orders and communication coming in from all marketplaces like Uber Eats and DoorDash into a common system that is integrated into a restaurant's POS. Olo is the market leader with over 64,000 franchise locations on its platform as compared to the most direct competitors having less than 10,000 locations.

**The two-sided network**

Marketplaces like DoorDash and Uber Eats have millions of customers looking for choice in restaurants, while restaurants are looking for a growing number of customers that they can efficiently serve. Olo is positioned to be the hub that brings both sides together in a structure that makes it convenient and efficient for both sides.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
12 April 2021

J.P.Morgan

Now that Olo has over 400 brands and over 64,000 franchises, it comes to market from a position of strength when working with marketplaces. On the restaurant side, the over 600 million orders processed in 2020 shows an unprecedented scale that leaves restaurants feeling comfortable knowing that it can handle their needs across the entire U.S. geographic market.

**Three levers of additional future growth: SMB, international, and payments**
Looking ahead, we believe there are three major opportunities for Olo to grow beyond what it is doing currently. First is an expansion down-market into the SMB segment for restaurants that have just begun the franchise or multi-location journey, and perhaps expansion into the more one-off restaurant locations. Olo estimates that there are approximately 400,000 additional locations in this segment. The second lever would be to expand internationally, with the most likely first step being expansion into other English-speaking regions where the restaurant industry most closely mirrors that in the U.S. Third is the payments opportunity with Olo Pay. The work here has begun, but it is still not clear what the final strategy and approach will look like in terms of being an ISO (Independent Sales Organization) or PayFac (Payment Facilitator), and ultimately what the payment economics can be for Olo.

# Risks to Rating and Price Target

**DoorDash lawsuit, pricing, and risk that DoorDash would leave Olo partnership**
DoorDash represented 19.3% of total revenue in FY20, paying Olo $19M for activity with franchises that used Olo's Dispatch and Rails offerings. On October 21, 2020, DoorDash filed a lawsuit against Olo in what appears to be a move to lower its cost through the vendor. If the lawsuit or any subsequent negotiations are successful in significantly changing the economics for DoorDash, and perhaps other third-party delivery/marketplace partners, it could have a material impact on revenue and growth.

**Transaction volumes under pressure as the economy opens up with vaccinations**
2020 showed tremendous growth for Olo as restaurants of all types and sizes moved quickly to digital ordering and delivery to survive the pandemic. In fact, 43% of 2020 platform revenue was transactional, and even higher if you include the impact of transaction volumes on the subscription level chosen by franchises in the Ordering module. The expectation is that increased vaccinations will begin to open up the economy and that phenomenon could have an adverse impact on digital ordering as customers shift back to in-store ordering and dining. The question will be what the magnitude of that shift will be and whether additional new franchise locations are enough to offset the change in transaction volumes for existing franchises.

**Long-term competitive threats include consolidation in delivery/marketplace partners, a shift to in-house solutions, or POS expansion**
The position that Olo occupies is made attractive by the complexity faced by restaurant brands and franchises. The increasing number of delivery and marketplace partners that need to be integrated and managed by franchises makes the digital commerce platform from Olo attractive. Consolidation in the delivery and marketplace segment would allow franchises to more easily integrate and directly disintermediate Olo. If the amount being paid to Olo gets high enough, it could motivate restaurant brands to once again explore developing in-house digital ordering

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
12 April 2021

J.P.Morgan

platforms. Lastly, POS providers like Toast want to expand up the stack and offer the ordering and delivery solutions, too. All of these are potential competitive threats.

## Company Description

Olo was founded in 2005 and is led by founder and CEO Noah Glass. Olo provides a cloud-based, on-demand commerce platform for multi-location restaurant brands that enables online ordering, food delivery coordination, and marketplace order aggregation. Olo, whose name stands for "online ordering," powers 1.8 million orders each day and counts enterprise restaurant brands like Denny's, Shake Shack, Five Guys, Wingstop, and Jimmy John's as customers. Olo is not a marketplace for consumers, but rather an online ordering platform for over 400 brands across a variety of restaurant types, including fast casual, casual dining, family dining, coffee and snack, and quick service. The company is headquartered in New York, NY and generates nearly all of its revenue in the United States. Olo priced its IPO on March 17, 2021 and J.P. Morgan acted as a lead underwriter in the transaction. The transaction is subject to a lock-up period of 175 days following the prospectus dated March 16, 2021, with carve-out for 20% of equity held by current and former employees which can be sold on the first trading day through March 31, 2021.

# Financial Outlook

Food ordering is increasingly occurring off-premise via mobile applications or online webpages, and we believe this shift is the overarching driver to Olo's financial outlook. The NPD Group estimates that off-premise ordering represented 63% of industrywide transactions in 2019, 39% of which was attributed to take-out, 21% to drive-through, and just 3% to delivery. Prior to the COVID-19 pandemic, the National Restaurant Association estimated that off-premise dining would contribute 70% to 80% of total restaurant industry growth over the next five years. COVID-19 greatly accelerated that trend of off-site ordering, as global shutdowns and social distancing required most restaurants to close their doors to the public and turn on digital ordering alternatives. This rapidly accelerated demand for Olo's digital ordering capabilities and the cumulative number of orders placed on the Olo platform surpassed 1B. Olo executed 600M transactions in 2020 alone, representing a significant increase over the 400M orders that occurred between 2005 and 2019.

Olo's revenue grew 94% in FY20 as a result of these trends, and although the post-COVID environment calls for a more prudent outlook given that in-person dining may revert to pre-COVID levels once vaccines are widely distributed, we believe that heightened levels of online ordering should persist and continue to benefit Olo. The company plans to heavily reinvest in the business in FY21, and that, in addition to certain public market costs, should prompt operating and free cash flow margins to respectively decrease to 5.7% and -5.6% in FY21 before showing expansion in FY22. Long term, we believe Olo has a clear path to 30%+ total revenue growth through FY23, along with sustained profitability and long-term operating margins north of 25%.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
12 April 2021

J.P.Morgan

opportunity across 300,000 locations. Combining the transaction and subscription opportunities points to a $3.6B TAM based on current pricing estimates, as shown in Figure 4 below. Given Olo's differentiated technology and significant head start with 400+ enterprise restaurant customers, we believe the company is well-positioned to capitalize on this sizable opportunity over the coming years.

**Figure 4: Bottom-Up TAM Based on Pricing Estimates**



Source: Company filings, J.P. Morgan estimates.

## Largely Unpenetrated into the Top 35 Restaurant Chains

According to the customers listed in Olo's S-1, the company currently counts seven of the largest 35 restaurant chains in the United States as customers, namely Subway, Panda Express, IHOP, Denny's, Red Lobster, Cracker Barrel, and Jimmy John's. Certain of these top 35 brands ranked by U.S. sales have allocated significant investment towards building out their own internal software solutions for ordering and delivery, such as McDonald's, Starbucks, and Chipotle, and, as a result, it is unlikely that Olo could obtain these chains as customers. Other top brands that view themselves as technology companies, like Domino's, Arby's, and Papa John's, are also unlikely to become customers of Olo.

**Many more restaurants to penetrate within Inspire Brands and Darden**
Excluding the aforementioned brands, there is still significant white space within the top 35 restaurant base that Olo could penetrate. Included in this group are several restaurants that belong to the same parent brand as current Olo customers, specifically Inspire Brands and Darden Restaurant Brands. Though Olo currently counts Jimmy John's as a customer, the company has not yet forged customer relationships with other top 35 Inspire Brand restaurants like Buffalo Wild Wings and Sonic Drive-In. Darden Restaurant Brands previously owned Reb Lobster, one of Olo's customers, and also owns Olive Garden, which is ranked fifteenth in U.S. sales. Already having customers within these over-arching restaurant brands should aid Olo in penetrating the remaining potential customers going forward.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
12 April 2021

J.P.Morgan

**Table 8: Top 35 Restaurant Chains Ranked by U.S. Sales in 2019**

|  | Brand | 2019 U.S. Sales | 2019 U.S. Units | Segment | Menu Category |
|---|---|---|---|---|---|
| 1 | McDonald's | $40,412 | 13,846 | Quick Service | Burger |
| 2 | Starbucks | $21,380 | 15,049 | Quick Service | Coffee Cafe |
| 3 | Chick-fil-A | $11,320 | 2,470 | Quick Service | Chicken |
| 4 | Taco Bell | $11,293 | 6,766 | Quick Service | Mexican |
| 5 | Burger King | $10,204 | 7,346 | Quick Service | Burger |
| 6 | Subway | $10,200 | 23,801 | Quick Service | Sandwich |
| 7 | Wendy's | $9,762 | 5,852 | Quick Service | Burger |
| 8 | Dunkin' | $9,228 | 9,630 | Quick Service | Coffee Cafe |
| 9 | Domino's | $7,044 | 6,126 | Quick Service | Pizza |
| 10 | Panera Bread | $5,890 | 2,160 | Fast Casual | Bakery Cafe |
| 11 | Pizza Hut | $5,558 | 7,306 | Quick Service | Pizza |
| 12 | Chipotle Mexican Grill | $5,509 | 2,584 | Fast Casual | Mexican |
| 13 | Sonic Drive-In | $4,687 | 3,526 | Quick Service | Burger |
| 14 | KFC | $4,546 | 4,065 | Quick Service | Chicken |
| 15 | Olive Garden | $4,287 | 866 | Casual Dining | Italian/Pizza |
| 16 | Applebee's | $4,085 | 1,665 | Casual Dining | Varied Menu |
| 17 | Panda Express | $3,946 | 2,209 | Fast Casual | Asian/Noodle |
| 18 | Arby's | $3,884 | 3,359 | Quick Service | Sandwich |
| 19 | Popeye's Louisiana Kitchen | $3,812 | 2,476 | Quick Service | Chicken |
| 20 | Little Caesars | $3,811 | 4,237 | Quick Service | Pizza |
| 21 | Dairy Queen | $3,760 | 4,381 | Quick Service | Frozen Desserts |
| 22 | Buffalo Wild Wings | $3,669 | 1,206 | Casual Dining | Sports Bar |
| 23 | Chili's Grill & Bar | $3,563 | 1,242 | Casual Dining | Varied Menu |
| 24 | Jack in the Box | $3,504 | 2,243 | Quick Service | Burger |
| 25 | IHOP | $3,266 | 1,710 | Family Dining | Family Style |
| 26 | Texas Roadhouse | $3,016 | 553 | Casual Dining | Steak |
| 27 | Denny's | $2,691 | 1,558 | Family Dining | Family Style |
| 28 | Papa John's | $2,638 | 3,142 | Quick Service | Pizza |
| 29 | Outback Steakhouse | $2,635 | 724 | Casual Dining | Steak |
| 30 | Whataburger | $2,556 | 830 | Quick Service | Burger |
| 31 | Red Lobster | $2,490 | 679 | Casual Dining | Seafood |
| 32 | Cracker Barrel | $2,482 | 660 | Family Dining | Family Style |
| 33 | The Cheesecake Factory | $2,180 | 206 | Casual Dining | Varied Menu |
| 34 | Jimmy John's Gourmet Sandwiches | $2,105 | 2,787 | Fast Casual | Sandwich |
| 35 | Hardee's | $2,020 | 1,820 | Quick Service | Burger |
| **Total** |  | $223,433 | 149,080 |  |  |

Source: Restaurant Business Online.

**Not uncommon for dominant vertical SaaS vendor to reach 50%+ market share**

Olo currently has 64,292 locations out of an addressable 300,000 enterprise restaurant locations, meaning that the company is about 21% penetrated into the U.S. core enterprise restaurant base. Based on what we have seen in our coverage universe and beyond, it is not uncommon for vertical SaaS companies to have market shares north of 50%, particularly when the company is dominant within its industry. For example, pharmaceutical and Life Sciences Company Veeva Systems was a very early mover within CRM and now has about ~75% share of the market. Given that

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
12 April 2021

J.P.Morgan

Olo was one of the first movers in its space and has a significant head start with 400 enterprise brands currently on its platform, we believe the company can realistically reach 50%+ market share over time.

## Olo's Two-Way Platform Sits Between the Restaurant and Marketplace

The Olo platform has evolved tremendously since its founding in 2005. In its first decade, the company launched mobile ordering via text messaging, digital commerce for multi-location restaurant brands, and white-label web and mobile app ordering. In the 2015-2020 period, Olo launched several key functionalities, including delivery capabilities and marketplace enablement, QSR capabilities, and menu export services, rounding out the offerings that differentiate Olo's platform today.

Olo's digital ordering and delivery platform is divided into three main modules, namely Ordering, Dispatch, and Rails. Ordering is Olo's flagship product that provides the on-demand commerce software that allows customers to initiate an off-premise order directly from a restaurant. While Dispatch is a delivery fulfillment solution for orders that are initiated directly through a restaurant, orders that engage the Rails solution are initiated through a third-party marketplace like DoorDash or Uber Eats. An initial high-level overview of this workflow is shown in Figure 5 below.

**Figure 5: Olo Product Workflow**



Source: J.P. Morgan Research, Company filings.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
12 April 2021

J.P.Morgan

solution would drive economics to the company in the form of owning the payments product for an increasing number of transactions and benefitting from a more optimal cost structure.

Today, many enterprise restaurant brands employ disparate payment solutions across their hundreds or thousands of franchisees. Since Olo is well-positioned to capture information across all of these franchisees, the Olo Pay solution could remove the fragmented POS structure that exists today and replace it with a unifying technology that integrates both data and functionality.

# Fragmented Competition Across POS Vendors and Consumer Marketplaces

**Olo can provide unifying technology across hundreds of franchisees**
Since Olo's enterprise customers oftentimes have hundreds or even thousands of franchisees, it is common for smaller cohorts of 'master franchisees' to arise. Master franchisees control all of the franchising activities for a specified territory, such as recruiting and hiring, training, and onboarding internal systems. Since master franchisees are tasked with managing as many as several hundred singular franchises, it becomes necessary for them to streamline the technological workflow across locations. The key value proposition of Olo is that it can seamlessly provide this unifying technology. Rather than having to employ disparate systems for off-premise ordering, delivery, and marketplace aggregation, master franchisees to whom we have spoken indicated that Olo is the preferred one-stop-shop solution for the headquarters and individual franchise locations to use.

**Large source of competition is in-house creation of ordering/delivery software**
The Olo software stack includes capabilities for online ordering, delivery coordination, and marketplace order aggregation, and while many vendors offer one or even two of these capabilities, it is difficult to find an all-in-one solution whose scalability is comparable to Olo's. For that reason, we believe that the biggest source of competition is in-house development of these capabilities. Massive enterprise restaurant brands such as McDonald's and Starbucks have already developed this technology in-house, and while building out these functionalities requires significant time and investment, it could be a possibility for many large-scale brands. This competitive threat can even be seen in Olo's historical numbers, particularly when the number of ending active locations declined by ~3,300 in the third quarter of 2019. This decline was attributed to two customers, one catering company and one cake ordering company, leaving Olo's platform to create their own in-house technology.

Aside from competition related to in-house development of ordering and delivery software, Olo competes with certain companies whose technologies are comparable to certain parts of the Olo platform. An overview of these vendors is shown below.

24