# Exhibit II

## J.P.Morgan

North America Equity Research
26 May 2021

# Olo Inc.

## J.P. Morgan Conference Takeaways

# Overweight

**OLO, OLO US**
Price: $31.15
**25 May 2021**



2021 I.I. All-America Research Poll
Click here for JPM's Sector & Analyst Roster

Today we hosted Olo Inc. CEO Noah Glass at the 49th annual J.P. Morgan Technology, Media and Communications virtual conference. Olo has a unique vertical SaaS positioning that is not enjoyed by many of its peers. Even coming out of the pandemic, it is apparent to us that the growth opportunity is extremely large and multi-faceted in terms of catalysts. The session is a must-watch for those trying to understand the opportunity as we dive deep into the structural set-up that gives Olo its growth potential.

- **Olo gains all restaurant locations by signing a contract at the enterprise level.** When Olo signs a contract with a restaurant brand at the enterprise level, its solution becomes adopted across all corporate-owned or franchisee locations. Since consumers view restaurant brands as a singular entity, it is important for brands to maintain consistency across their restaurant locations. Olo's go-to-market motion is entirely direct and given that the contract is signed at the enterprise level, the contracts are 3+ years at the onset. The ~$800B restaurant industry is expected to grow to $1.1T by 2024, and of the 600,000 restaurants in the United States, Olo views its target opportunity as the 300,000 enterprise-level restaurant brands.

- **In-house, down-market, and Olo Pay are the growth drivers of the future.** At the unit level, Olo touches around 11,000 transactions per location per year, which is roughly 8% of the total transactions occurring in the industry. As a non-direct competitor of POS solutions, Olo is easily able to become the key technology at the middle of the two-way network between marketplaces and restaurants. Aside from the core enterprise opportunity, Olo sees an opportunity to eventually power in-house transactions, including kiosk and QR-code ordering, and increasingly target the emerging enterprise cohort of smaller brands. Lastly, Olo Pay could be a significant opportunity down the line as Olo could streamline the fragmented credit card processing landscape and provide the sole ordering and payments solution for customers.

**Software - Large Cap / Mid & Small Cap**

**Sterling Auty, CFA** [AC]
(1-212) 622-6389
sterling.auty@jpmorgan.com
**Bloomberg** JPMA AUTY <GO>
J.P. Morgan Securities LLC

**Drew E Glaeser**
(1-212) 622-8020
drew.e.glaeser@jpmchase.com
J.P. Morgan Securities LLC

**Jackson E Ader, CFA**
(1-212) 622-4863
jackson.e.ader@jpmorgan.com
J.P. Morgan Securities LLC

**Maya R Kilcullen**
(1-212) 622-1696
maya.r.kilcullen@jpmorgan.com
J.P. Morgan Securities LLC

**Rachit Agrawal**
(91-22) 6157 3092
rachit.x.agrawal@jpmchase.com
J.P. Morgan India Private Limited



SMid Cap Research
THINK BIG, BUY SMALL

**See page 3 for analyst certification and important disclosures, including non-US analyst disclosures.**
J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
26 May 2021

J.P.Morgan

- **Three cohorts of competition.** The primary source of competition for Olo is in-house solutions, but building this software in-house often involves high operating expenses and significant investment to create and maintain. The second cohort of competition is marketplaces that are B2C in nature but might offer a lightweight mobile ordering capability. Since marketplaces ultimately want to drive more business through their marketplaces and restaurants want to maximize their visibility, it is unlikely that a restaurant would choose a singular marketplace to power its mobile ordering software. The third cohort of competition is pure-play digital ordering competitors, where Olo is an order of magnitude larger than its competitors. Powering over 400 enterprise restaurant brands has allowed Olo to achieve scale and industry expertise that is unmatched by most competitors.

2