# Exhibit JJ

# STIFEL

**Olo Inc.**
**OLO – NYSE**

**August 10, 2021**

Enterprise Software

**BUY**
**ANALYSIS OF SALES/EARNINGS**

| Financial Summary | | |
|---|---|---|
| **Changes** | **Previous** | **Current** |
| Rating | Hold | Buy |
| Target Price | $27.00 | $41.00 |
| FY21E EPS | $0.07 | $0.10 |
| FY22E EPS | — | $0.09 |

| | |
|---|---|
| Price ( 08/10/21 ): | $37.40 |
| 52-Week Range: | $45 - $23 |
| Market Cap.(mm): | $7,014.7 |
| Shr.O/S-Diluted (mm): | 187.6 |
| Enterprise Val. (mm): | $7,131.7 |
| Avg Daily Vol (3 Mo): | 487,376 |

52 week range since shares began trading 3/17/2021

| EPS | 2020A | 2021E | 2022E |
|---|---|---|---|
| **Q1** | $(0.01) | $0.03A | $0.02 |
| **Q2** | $0.05 | $0.03A | $0.02 |
| **Q3** | $0.06 | $0.02 | $0.02 |
| **Q4** | $0.05 | $0.02 | $0.03 |
| **FY (Dec)** | $0.15A | $0.10 | $0.09 |
| **P/E** | NM | NM | NM |
| **Sales (CUR)** | **2020A** | **2021E** | **2022E** |
| **Q1** | $16.1 | $36.1A | $46.6 |
| **Q2** | $24.3 | $35.9A | $46.8 |
| **Q3** | $27.5 | $36.4 | $47.9 |
| **Q4** | $30.5 | $37.2 | $49.8 |
| **Sales (CUR)** | $98.4A | $145.6 | $191.1 |
| **EV/Sales** | 72.5x | 49.0x | 37.3x |

**Price Performance**



# Feasting On Digital Transformation; Upgrade to Buy and Target Price to $41

## Summary

We are upgrading our rating on Olo to Buy and raising our Target Price to $41 on the heels of strong 2Q results against the first difficult Covid comp, the company's just announced partnership with GrubHub that meaningful expands Olo's Rails product opportunity (especially among existing common customers as well as GrubHub's longer-tail emerging brand clientele, as well as continued strength in winning replatforming business — as enterprise brands, particularly in the QSR segment, move to replace legacy, home-grown solutions, with Olo's deep product offering).

Net/net, given the above factors, coupled with ongoing secular shifts in how we digitally engage with restaurants as mobile ordering extends well beyond delivery, in addition to upcoming product releases and the likely general availability of a payment solution in 2022, we have higher conviction in the company's ability to sustain 30%+ growth for several years to come. Hence our upgrade to Buy.

## Key Points

| OLO Actuals Vs. Street | | | 2Q21A |
|---|---|---|---|
| **Income Statement** | **Actual** | **Street** | **Variance** |
| **Total Revenue** | **$35.9** | **$34.2** | **$1.7** |
| Gross Margin (Non-GAAP) | 82.3% | 79.0% | 330 bps |
| EBITDA Margin (Non-GAAP) | 17.1% | 8.1% | 897.9 bps |
| Op. Margin (Non-GAAP) | 16.4% | 7.2% | 919.1 bps |
| **EPS (Non-GAAP)** | **$0.03** | **$0.01** | **$0.02** |
| **Cash Flow** | **Actual** | **Street** | **Variance** |
| CFFO | $11.3 | ($1.9) | $13.2 |
| **FCF** | **$10.8** | **($4.0)** | **$14.8** |

Source: FactSet; all in USD millions, except for EPS

**A quick look at F2Q21:** Olo reported an all-around F2Q21 beat, with revenue and operating income exceeding both the consensus and guidance. The top-line revenue beat, on a difficult comp, was driven by an increase in active locations (+31.0% y/y) as well as an increase in transaction volumes. While ARPU decreased sequentially to $486 due to an increase in new QSR locations with single-product adoption, we have confidence in management's ability to cross-sell additional modules to these locations over time, eventually contributing to ARPU growth.

**Brad R. Reback**, CFA | (404) 869-8051 | rebackb@stifel.com
**J. Parker Lane** | (312) 564-8705 | lanep@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 8 - 10 of this report.**

# Olo Inc.

Analysis of Sales/Earnings

**August 10, 2021**

**OLO – NYSE**

Enterprise Software

## *Investment Thesis*

*For more than fifteen years, Olo has been building a comprehensive on-demand commerce platform for the restaurant vertical. After achieving solid traction in the space with its Ordering module, Olo has introduced new modules like Dispatch and Rails that extend the value proposition of the platform for existing restaurant customers and open the door to new revenue streams. As we look to the future, we think Olo's ability serve as a trusted partner to large-scale restaurants has provided a set of proof points that can be applied to adjacent markets like Convenience Stores and Catering. The continued penetration of its core markets, along with the emergence of new products and go-to-market areas, presents numerous opportunities for growth in the on-demand commerce space.*

### Additional Items of Note:

- Total active locations increased to 74,000, representing growth of 31.0% y/y and 7.3% q/q.

- Average revenue per unit increased 13.0% y/y but decreased -7.4% q/q to $486. Management notes that the sequential decrease in ARPU was driven by an increase in the number of locations with single module, adoption. We expect this to rebound over time, especially as the new single-product locations move to embrace other Olo offerings.

- Dollar-based net retention remained over 120%.

**Valuation:** Shares are trading at ~25.5x our CY23E EV/total revenue estimate of $253.3mn, in-line with other software companies with similar CY23E growth profiles. On the heels of OLO's impressive Q2 print on a difficult comp, incremental partnerships, and increased replatforming from enterprises looking to replace legacy solutions, we have higher conviction in the company's ability to sustain 30%+ growth for several years to come, and believe shares should trade at a premium to the group. Our new $41 target price is based on a ~28x CY23E EV/total revenue multiple.

## Management's Outlook

**F3Q21:**

- Management expects F3Q21 revenue to be in the range of $36.0mn-$36.5mn and non-GAAP operating income to be in the range of $3.4mn-$3.8mn.

**FY21:**

- Management increased FY21 guidance and now expects revenue to be in the range of $144.7mn-$145.7mn and non-GAAP operating income to be in the range of $18.8mn-$19.6mn.

## Changes to Our Model

We now expect FY21E EPS/revenue of $0.10/$145.6M vs. $0.07/$141.5M, previously, FY22E EPS/revenue of $0.09/$191.1M vs. $0.09/$182.0M, previously, and FY23E EPS/revenue of $0.13/$253.3M vs. $0.12/$236.0M, previously. See the chart below for a closer look at our changes.

Olo Estimate Revisions

| ($ in millions, except EPS) | 2Q21A Actual | 2Q21A Previous | 2Q21A Variance¹ | 3Q21E New | 3Q21E Previous | 3Q21E Variance¹ | FY21E New | FY21E Previous | FY21E Variance¹ | FY22E New | FY22E Previous | FY22E Variance¹ | FY23E New | FY23E Previous | FY23E Variance¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue and EPS** | | | | | | | | | | | | | | | |
| Total Revenue | $35.9 | $34.2 | $1.7 | $36.4 | $34.5 | $1.9 | $145.6 | $141.5 | $4.1 | $191.1 | $182.0 | $9.1 | $253.3 | $236.0 | $17.3 |
| Y/Y Growth | 47.7% | 40.7% | 4.7% | 32.2% | 25.4% | 5.1% | 47.9% | 43.8% | 2.8% | 31.3% | 28.6% | 4.8% | 32.5% | 29.6% | 6.8% |
| Adjusted EBITDA | $6.1 | $2.7 | $3.4 | $4.0 | $2.5 | $1.5 | $20.5 | $14.9 | $5.6 | $18.8 | $17.8 | $1.0 | $26.4 | $24.4 | $2.0 |
| Y/Y Growth | (13.4%) | (61.3%) | 55.3% | (55.3%) | (72.2%) | 37.9% | (8.6%) | (33.6%) | 27.3% | (8.4%) | 19.1% | 5.5% | 40.6% | 37.3% | 7.7% |
| Non-GAAP EPS | $0.03 | $0.01 | $0.0 | $0.02 | $0.01 | $0.0 | $0.10 | $0.07 | $0.0 | $0.09 | $0.09 | $0.0 | $0.13 | $0.12 | $0.0 |
| Y/Y Growth | 400.0% | 200.0% | 66.7% | (60.0%) | (80.0%) | 50.0% | (33.3%) | (53.3%) | 30.0% | (10.0%) | 28.6% | 0.0% | 333.3% | 300.0% | 7.7% |
| | | | | | | | | | | | | | | | |
| **Cash Flow and Other** | | | | | | | | | | | | | | | |
| Cash from Operations | $11.3 | ($19.1) | $30.3 | $7.1 | $2.6 | $4.5 | $26.1 | ($9.0) | $35.0 | $4.0 | $5.4 | ($1.4) | $10.7 | $9.7 | $1.0 |
| Y/Y Growth | 299.1% | (776.0%) | 269.4% | 287.0% | 167.7% | 63.8% | 25.4% | (143.3%) | 134.5% | (84.6%) | 160.2% | (34.9%) | 267.0% | 194.8% | 9.8% |
| CFFO Per Share | $0.06 | ($0.10) | $0.2 | $0.04 | $0.01 | $0.0 | $0.14 | ($0.05) | $0.2 | $0.02 | $0.03 | ($0.0) | $0.06 | $0.05 | $0.0 |
| Y/Y Growth | 200.0% | (600.0%) | 266.7% | 233.3% | 133.3% | 75.0% | 0.0% | (135.7%) | 135.7% | (85.7%) | 160.0% | (50.0%) | 200.0% | 150.0% | 16.7% |
| Free Cash Flow | $10.8 | ($20) | $31 | $6.4 | $1.9 | $5 | $23.9 | ($11) | $35 | $0.7 | $2.3 | ($2) | $7.2 | $6.4 | $1 |
| Y/Y Growth | 361.1% | (380.3%) | 284.0% | 67.9% | (51.0%) | 70.8% | 22.6% | (158.4%) | 147.6% | (96.9%) | 120.2% | (209.9%) | 871.4% | 178.3% | 11.2% |
| FCF Per Share | $0.06 | ($0.11) | $0.2 | $0.03 | $0.01 | $0.0 | $0.12 | ($0.07) | $0.2 | $0.01 | $0.02 | ($0.0) | $0.04 | $0.04 | $0.0 |
| Y/Y Growth | 200.0% | (650.0%) | 283.3% | 200.0% | 133.3% | 66.7% | 0.0% | (158.3%) | 158.3% | (91.7%) | 128.6% | (100.0%) | 300.0% | 300.0% | 0.0% |
| | | | | | | | | | | | | | | | |
| **Margins** | | | | | | | | | | | | | | | |
| Total Gross Margin (Non-GAAP) | 82.3% | 78.7% | 3.6% | 81.8% | 79.4% | 2.4% | 82.2% | 80.3% | 1.9% | 80.7% | 80.7% | 0.1% | 81.1% | 81.0% | 0.1% |
| Adjusted EBITDA Margin (Non-GAAP) | 17.1% | 8.0% | 9.1% | 11.0% | 7.2% | 3.8% | 14.1% | 10.5% | 3.6% | 9.8% | 9.8% | 0.1% | 10.4% | 10.3% | 0.1% |
| Operating Margin (Non-GAAP) | 16.4% | 7.3% | 9.1% | 10.3% | 6.5% | 3.8% | 13.4% | 9.8% | 3.6% | 9.0% | 8.9% | 0.1% | 9.6% | 9.5% | 0.1% |

Source: Company reports and Stifel estimates

¹ variance column figures do not refer to y/y growth but variance %.

### Target Price Methodology/Risks

Our target price of $41 is based on a ~28x EV/Revenue multiple, based on our CY23 revenue estimate of $253.3mn. Risks to our target price include a failure of franchisees to embrace Olo's platform for their ordering and fulfillment needs, an encroachment on the company's opportunity in the enterprise restaurant space by aggregators and consumer marketplaces, and the decision to attempt to build certain Olo capabilities in-house at large restaurant groups.

