# Exhibit KK

Equity Research
**Technology, Media, and Communications | Restaurant and Hospitality Technology**

*William Blair*

August 11, 2021

# Olo Inc.

## Broad-Based Outperformance in Second Quarter, and Increases Full-Year Revenue and Profit Guidance

**Bhavan Suri**  +1 312 364 5341
bsuri@williamblair.com

**Stephen Sheldon, CFA, CPA**  +1 312 364 5167
ssheldon@williamblair.com

**Patrick McIlwee**  +1 312 364 8655
pmcIlwee@williamblair.com

**Summary.** Olo reported strong second-quarter results that surpassed expectations across metrics. It also made some positive announcements on the customer side (added Potbelly [PBPB $7.19; Market Perform] as a new customer, won Jack in the Box as a Dispatch-only customer, etc.) and on the partner/product side (added Grubhub to Rails, and completed development of its white-labeled mobile app). Second-quarter revenue of $36 million (48% growth) was 5% above our estimate. The company also exhibited strong free cash flow margins of about 30%, which results in a rule of 40 metric of just under 80% in the quarter. Olo's top-line outperformance was split between higher active locations and higher-than-expected ARPU (up 13% year-over-year). Adjusted operating income of $5.9 million was more than double our estimate of $2.5 million.

**Increases 2021 Guidance.** Olo's management increased its revenue and profit guidance for the full year, and increased it more than the second-quarter outperformance. The revenue guidance now assumes revenue growth of 47%-48% (up about 4% relative to the prior guidance). We believe this would assume year-over-year growth of about 26% in the second half of the year (we had previously assumed 23%). We also believe this guidance likely assumes relatively flat or another slight sequential step down in transactional platform revenue ($18.2 million in the second quarter, down from $20.4 million in the first quarter), which could prove conservative. The company also increased its 2021 guidance for adjusted operating income to $18.8 million-$19.6 million, the midpoint of which is up over $5 million (or 38%) from the prior guidance. Therefore, the stronger-than-expected revenue growth is appearing to flow through nicely to the bottom line. We believe that Olo's management takes a conservative approach to guidance, so we continue to see upside potential to revenue and profit estimates over the remainder of 2021 and into 2022.

**Stock Thoughts and Risks.** Shares of Olo currently trade at 35 times our 2022 revenue estimate, which compares with about 18 times for the fast-growth SaaS comp group and 23 times for the portion that is most relevant for Olo. While its valuation is at a premium to the fast-growth SaaS group, we believe Olo is well positioned to drive durable revenue growth over at least the next three to five years, especially considering its opportunity in areas like payments (Olo Pay), catering solutions, and international expansion. Given Olo's large TAM, along with some potential multiyear tailwinds that could drive higher demand for the platform, we believe it is highly likely that Olo's revenue growth will exceed the fast-growth SaaS peer group. In our view, this should allow the company to support an above-average multiple for at least the next few years. Risks to consider include: 1) high expectations included in the valuation, 2) execution on growth efforts, 3) some customer concentration, and 4) tough comparisons in 2021 from the strong uptick in digital ordering during the COVID-19 pandemic.

| | | Stock Rating: | **Outperform** |
|---|---|---|---|

| Symbol: | OLO (NYSE) |
|---|---|
| Price: | $37.40 (52-Wk.: $23-$45) |
| Market Value (M): | $5,517 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | **2021E** | **2022E** |
|---|---|---|---|
| **Estimates** | | | |
| EPS | Q1 | $0.03 | $0.02 |
| | Q2 | $0.03 | $0.04 |
| | Q3 | $0.02 | $0.03 |
| | Q4 | $0.02 | $0.03 |
| | FY | $0.10 | $0.12 |
| Sales (M) | Q1 | $36.1 | $41.7 |
| | Q2 | $35.9 | $45.2 |
| | Q3 | $36.3 | $46.9 |
| | Q4 | $37.0 | $48.0 |
| | FY | $145.3 | $181.8 |

**Trading Data (FactSet)**

| Shares Outstanding (M): | 147.5 |
|---|---|
| Float (M): | 26.2 |
| Avg. Daily Volume (90-day): | 465,869 |

**Financial Data (FactSet)**

| Book Value Per Share (MRQ): | $3.85 |
|---|---|
| Enterprise Value (M): | $4,911 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

*Olo provides cloud-based technology helping enterprise restaurants with digital ordering and delivery solutions.*

**Please refer to important disclosures on pages 7 – 9. Analyst certification is on page 7.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**