# Exhibit LL

# PIPER | SANDLER

COMPANY NOTE
November 9, 2021

## Olo, Inc. (OLO)                                          Overweight

### It's Bo Time; Digital Orders Troughed in Q2; Q3 Marks a Return to Q/Q Growth

## CONCLUSION

While the lapping of post-COVID digital ordering volumes that drove platform growth of 106% y/y during 2020 continues to drive a y/y moderation in revenue growth, improving sequential trends in transactional revenue during Q3 (+$0.9M Q/Q vs. -$2.2M last Q) could indicate the trough for Olo's digital ordering volumes is in the rearview mirror. With 500+ Olo brands on the platform and opportunity for transaction growth to continue to improve Q/Q on higher rails/dispatch attach-rates and expanded partnerships with Uber, Grubhub, and Waitr, we view Olo as a core digital asset to own ahead of a broader growth acceleration. We are raising estimates by $3M and $7M this year and next year respectively and reiterate Overweight.

- **3Q results ahead of expectations on ARPU stabilization.** Total revenue increased 36% y/y to $37.4M with $1.1M upside driven by better than expected transaction volumes across Olo's and Dispatch products coupled with an expanding footprint across 500 brands stretching over 76,000 locations. Platform revenue growth, excluding professional services, rose 38% y/y to $36.1M. Operating profitability remained in the mid-teens at 13.6% in the third quarter, reaffirming the company's efficient go-to-market model with 80%+ gross margins.

- **Tough compares feeding into growth moderation, est. trough in 1Q22.** Despite seeing the number of enterprise brands rise ~25% since the IPO, the growth profile of the business continues along its anticipated path of y/y moderation on the lapping of post-COVID tailwinds that drove platform growth of 106% y/y last year. After considering the $1M estimated contribution from the Wisely acquisition, mid-point of Q4 guidance implies revenue growth of 25% (up from our prior estimate of 21%). We estimate y/y growth rates will trough in 1Q22 and begin to accelerate growth headwinds abate.

- **Maintain at Overweight with $39 PT.** We are raising our 2021 revenue estimates by $3M and our 2022 estimates by $7M primarily driven by the contribution from recently acquired Wisely. However, improving sequential trends in transactional revenue during Q3 (+$0.9M Q/Q vs. -$2.2M last Q) has us optimistic that digital ordering volumes troughed in Q2. We reiterate Overweight with a $39 PT, as Olo continues to build an impressive roster of enterprise brands; now powering 500+ marquee customers with plans to aggressively target emerging enterprise brands across the trillion dollar restaurant and food industry.

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION
Competition, management turnover, churn, digital order volatility.

## COMPANY DESCRIPTION
Vertical cloud platform with plans to digitize the trillion dollar food industry.

---

**PRICE: US$29.95**
**TARGET: US$39.00**
Based on 55x EV/CY26E FCF discounted back by 12% for 3.5 years (188M shares, $670M net cash). This implies an EV/CY23E Sales multiple of 28x.

**Brent A. Bracelin**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8316, brent.bracelin@psc.com

**Clarke Jeffries**
Research Analyst, Piper Sandler & Co.
503 275-8318, clarke.jeffries@psc.com

**Hannah Rudoff**
Research Analyst, Piper Sandler & Co.
503 275-8313, hannah.rudoff@psc.com

**Mauro Molina**
Research Analyst, Piper Sandler & Co.
503 275-8330, mauro.molina@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | — | US$39.00 |
| FY21E Rev (mil) | US$145.1 | US$148.5 |
| FY22E Rev (mil) | US$179.0 | US$186.2 |
| FY21E EPS | US$0.10 | US$0.11 |
| FY22E EPS | US$0.10 | US$0.11 |
| 52-Week High / Low | US$49.00 / US$22.88 | |
| Shares Out (mil) | | 185.1 |
| Market Cap. (mil) | | US$5,543.3 |
| Avg Daily Vol (000) | | 1,147 |
| Div Yield | | 0.00% |
| Fiscal Year End | | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

---

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2020A | 16.1 | 24.3 | 27.5 | 30.5 | 98.4 | 56.3x | (0.01) | 0.05 | 0.06 | 0.05 | 0.14 | NM |
| 2021E | 36.1A | 35.9A | 37.4A | 39.1 | 148.5 | 37.3x | 0.03A | 0.03A | 0.03A | 0.02 | 0.11 | NM |
| 2022E | 41.6 | 45.3 | 48.1 | 51.3 | 186.2 | 29.8x | 0.02 | 0.03 | 0.03 | 0.03 | 0.11 | NM |

---

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 6 - 7 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.