# Exhibit MM

 **Truist Securities**

---

Equity Research
February 23, 2022

**TMT: Application Software**

**Terry Tillman**
404-926-5362
Terry.Tillman@truist.com

**Joe Meares, CFA**
212-303-4135
Joseph.Meares@truist.com

Connor Passarella
212-326-6153
Connor.Passarella@truist.com

Robert Dee
404-836-4746
Robert.Dee@truist.com

| Stock Rating | **BUY** |
|---|---|
| | *Unchanged* |
| Price Target | **$25.00** |
| | ↓ *from $45.00* |

| | |
|---|---|
| TR to Target | 83.8% |
| Price (Feb. 23, 2022) | $13.60 |
| 52-Wk Range | $46.56-$13.60 |
| Market Cap ($M) | $2,523 |
| ADTV | 962,754 |
| Shares Out (M) | 186 |
| Short Interest Ratio/% Of Float | 12.4% |
| Enterprise Value ($M) | $2,008 |
| Cash & Equivalents ($M) | $514 |
| Total Debt ($M) | $0 |

9 Page Document

## Reasons for this report

✓ EPS Recap Report
✓ Estimates Update
✓ PT Update

# Olo Inc. (OLO)

### Solid 4Q21; Many Growth Levers Added to the Mix; Digital Transformation in Restaurants Rolls On

4Q21 results were solid as the company posted 31% y/y total revenue growth despite difficult comps. The company mentioned several key highlights in the quarter, including ARPU growth of 7% y/y driven by module expansion and strength in order volumes, the commercial launch of Olo Pay, and the acquisition of POS integration platform Omnivore. Although we remain confident in the fundamentals of the business, we are lowering our PT from $45 to $25 based solely on multiple compression across the software industry as a whole.

**Solid 4Q21 Results.** Platform revenue increased 33% y/y to $38.9 million, higher than our estimate of $37.8 million. The company mentioned platform revenue saw strength from a solid increase in active locations, as well as more multi-product adoption. Service revenue came in at $1.05 million representing a decline of 20% y/y and slightly lower than our estimate of $1.3 million. Total revenue grew 31% y/y to $40 million, beating our estimate of $39.1 million. Non-GAAP gross margin was 81.6% compared to our estimate of 79.8% and non-GAAP operating margin was 10.7% versus our estimate of 8.2%. Non-GAAP net income was $4.2 million versus our estimate of $3.1 million. Operating cash flow was ($10) million versus our estimate of ($2.3) million and free cash flow was ($10.6) million versus our estimate of ($3) million. Cash, cash equivalents, and marketable securities at the end of the quarter was $514.4 million.

**TRUIST** 🏦
**Truist Securities**

**Figure 1 - Financial Highlights**
*($000s, except per share data)*
**4Q21**

| | Reported | Estimate | Last Qtr. | Yr. Ago |
|---|---|---|---|---|
| **Platform Revenue** | $38,913 | $37,801 | $36,084 | $29,240 |
| *Y/Y % Growth* | 33.1% | 29.3% | 37.7% | 131.5% |
| *Q/Q % Growth* | 7.8% | 4.8% | 4.5% | 11.6% |
| **Service Revenue** | 1,046 | $1,293 | 1,306 | 1,307 |
| *Y/Y % Growth* | -20.0% | -1.1% | -0.1% | -7.0% |
| *Q/Q % Growth* | -19.9% | -1.0% | -4.7% | 0.0% |
| **Total Revenue** | $39,959 | $39,094 | $37,390 | $30,547 |
| *Y/Y % Growth* | 30.8% | 28.0% | 35.9% | 117.6% |
| *Q/Q % Growth* | 6.9% | 4.6% | 4.2% | 11.1% |
| **Gross Margin** | 81.6% | 79.8% | 80.9% | 83.9% |
| **Non-GAAP Operating Margin** | 10.7% | 8.2% | 13.6% | 24.8% |
| **Non-GAAP Net Income** | $4,153 | $3,139 | $5,022 | $7,549 |
| **Operating Cash Flow** | ($9,956) | ($2,317) | $10,738 | $17,377 |
| **Free Cash Flow** | ($10,606) | ($3,027) | $10,203 | $16,994 |

Source: Company reports, Truist Securities estimates

| Revenue ($M) | 2021E | | 2022E | | | 2023E | |
|---|---|---|---|---|---|---|---|
| **FYE Dec** | **New** | **Old** | **New** | **Cons** | **Old** | **New** | **Cons** |
| Q1 | $36A | -- | $42 | -- | *$44* | $59 | -- |
| Q2 | $36A | -- | $46 | -- | *$47* | $61 | -- |
| Q3 | $37A | -- | $51 | -- | *$50* | $64 | -- |
| Q4 | $40A | *$39E* | $56 | -- | *$54* | $66 | -- |
| Year | $149A | -- | $195 | -- | *$194* | $250 | -- |
| EV/Sales | 13.4x | | 10.3x | | | 8.0x | |

SEE PAGE 7 FOR REQUIRED DISCLOSURE INFORMATION

# Truist Securities

## Company Description

Olo Inc. (OLO) was founded in 2005 and is headquartered in New York City. Olo is a leading provider of on-demand commerce solutions focused on large restaurant brands. The company is predominately focused in the U.S. and it's customers include a broad swath of leading fast casual, casual dining, family dining, coffee & snack and quick service restaurant operators. The company currently has three major product modules that have seen widespread adoption, including Ordering, Dispatch and Rails. Importantly the company sells directly to brands in order to enhance commerce, fulfillment and overall digital experiences for their customers and is not a marketplace for consumers. The company has achieved significant growth at scale, including managing unprecedented online order volumes amid the pandemic. Olo reports working with 400 brands, powering on-demand commerce across 64,000 restaurant sites and managing 1.8 million orders per day with $14.6 billion in gross merchandise value (GMV) managed through its platform in 2020. Olo highlights its independence from many different back/middle/front-office restaurant technology solutions, including POS, and benefits from broad and deep levels of integration with well over 100-plus technology partners.

## Investment Thesis

We believe Olo represents an attractive vertical SaaS company helping transform the $659 billion U.S. restaurant industry with a differentiated enterprise-scale on-demand commerce platform. We believe Olo is well positioned to gain significant share over time with both large as well as growth-oriented, enterprise restaurant brands. The company often becomes a strategic partner to restaurants, helping them better develop and maximize direct digital relationships with their customers. We believe the company can continue achieving strong growth at scale while benefiting from a highly efficient customer acquisition model that leads to above average long-term margins and cash flow. Olo, in our opinion, represents a sustained growth compounder with transactional SaaS benefits and numerous emerging catalysts that could significantly expand its TAM over time. We rate the shares Buy.

## Valuation and Risks

We maintain our Buy rating, although we are lowering our PT to $25 based solely on multiple compression across the entire software industry. We remain confident that the company continues to exude an attractive secular growth story associated with on-demand commerce and digital transformation among enterprise restaurant brands, and we believe that it represents an attractive name at the current depressed multiple levels. Our price target of $25 is based on our DCF assumptions consisting of long-term revenue growth CAGR of 34%, 33% terminal FCF margin, 15x terminal FCF multiple and 10.7% WACC.

**Catalysts:** existing customer revenue expansion, winning new enterprise deals and emerging opportunities (Olo Pay, c-stores, move down market, international and data products).

**Risks:** Restaurant industry exposure, volatility related to transaction revenue, material weakness identified in internal control over financial reporting process, increased competition and concentrated shareholder voting power.

## Companies Mentioned in This Note

Omnivore (Private)

## Analyst Certification

I, Terry Tillman , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: OLO-US

The following company is a client of Truist Securities, Inc. for investment banking services within the last 12 months: OLO-US

Truist Securities, Inc. or an affiliate has received compensation for investment banking services within the last 12 months: OLO-US

Truist Securities, Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from the following company in the next three months: OLO-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.