UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>     v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>                                  Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

**AMENDED NOTICE OF LEAD PLAINTIFF STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund ("Lead Plaintiff") hereby amends its prior motion pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(g), for an order: (i) certifying this case as a class action; (ii) appointing Lead Plaintiff as Class Representative; and (iii) appointing Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Class Counsel.

In support of this amended Motion, Lead Plaintiff submits the accompanying Amended Memorandum of Law and the Supplemental Declaration of Amanda F. Lawrence, attached to which is: Exhibit F, the [Redlined] Amended Memorandum of Law; Exhibit G, the Supplemental Expert Report of Micah S. Officer, Ph.D.; Exhibit H, a Supplemental Declaration from Lead

Plaintiff; and Exhibit I, a [Proposed] Order Certifying the Class, Appointing Class Representative, and Appointing Class Counsel.

Pursuant to the Civil Case Management Plan entered by the Court on September 29, 2023 (ECF No. 87), Defendants shall file their Opposition to the Motion by October 13, 2023; Lead Plaintiff shall file its Reply in further support of the Motion by October 20, 2023; and the Court will hear oral argument on the Motion on October 27, 2023 at 3:00 P.M.

DATED:  October 6, 2023                Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 s/ Amanda F. Lawrence
Amanda F. Lawrence
Patrick J. Coughlin
Donald A. Broggi
Jeffrey P. Jacobson
Mandeep S. Minhas
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
alawrence@scott-scott.com
pcoughlin@scott-scott.com
dbroggi@scott-scott.com
jjacobson@scott-scott.com
mminhas@scott-scott.com

*Counsel for Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 6, 2023, on all counsel or parties of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Amanda F. Lawrence*
Amanda F. Lawrence