# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>                Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

## SUPPLEMENTAL DECLARATION OF AMANDA F. LAWRENCE IN FURTHER SUPPORT OF LEAD PLAINTIFF STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND'S MOTION FOR CLASS CERTIFICATION

I, Amanda F. Lawrence, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am a partner of the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund ("Lead Plaintiff") in the above-captioned action. I make this supplemental declaration in further support of Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

    Exhibit F:    [Redlined] Amended Memorandum of Law in Support of Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund's Motion for Class Certification and Appointment of Class Representative and Class Counsel;

    Exhibit G:    Supplemental Expert Report of Micah S. Officer, Ph.D.;

2

Exhibit H:   Supplemental Declaration of Richard P. Krueger, III in Further Support of Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund's Motion for Class Certification; and

Exhibit I:   [Proposed] Order Certifying the Class, Appointing Class Representative, and Appointing Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of October, 2023.

*/s/ Amanda F. Lawrence*
AMANDA F. LAWRENCE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 6, 2023, on all counsel or parties of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Amanda F. Lawrence*
Amanda F. Lawrence