# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF RICHARD P. KRUEGER, III**
**IN FURTHER SUPPORT OF LEAD PLAINTIFF STEAMSHIP TRADE**
**ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S**
**ASSOCIATION PENSION FUND'S MOTION FOR CLASS CERTIFICATION**

I, Richard P. Krueger, III, being duly sworn, declare as follows:

1. I am the Co-Administrator of Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund ("STA-ILA" or "Lead Plaintiff"). I make this supplemental declaration in further support of Lead Plaintiff's Motion for Class Certification, am authorized to do so on behalf of STA-ILA, and have personal knowledge of the matters stated herein.

2. On June 5, 2023, Lead Plaintiff filed a motion to (i) certify the putative class, (ii) appoint STA-ILA as Class Representative, and (iii) appoint Scott+Scott Attorneys at Law LLP ("Lead Counsel" or "Scott+Scott") as Class Counsel. ECF Nos. 57, 58. In support of that motion, I submitted a declaration discussing the vigorous efforts I, along with my colleagues at STA-ILA and STA-ILA's "Fund Counsel," had performed to date, committed to continuing those efforts on behalf of STA-ILA and the Class, as well as committed to continuing to closely monitor Lead

1

Counsel and work to recover the maximum possible return for STA-ILA and the Class.  ECF No. 59-3 at ¶¶3-6.

3.      Since the filing of the opening motion in support of class certification, STA-ILA has more than fulfilled its responsibilities to the Class, including by:

(a)      responding to Defendants' requests for production of documents and interrogatories;

(b)      searching for and producing 110 documents (totaling 4,817 pages and images) from two document productions;

(c)      reviewing Defendants' documents produced pursuant to STA-ILA's discovery requests;

(d)      preparing for and then sitting for two class representative depositions;

(e)      attending five depositions of Defendants' current and former employees;

(f)      attending the deposition of STA-ILA's market efficiency expert;

(g)      conferring with Lead Counsel concerning mediation;

(h)      reviewing the expert reports filed in the action;

(i)      communicating regularly with Scott+Scott and STA-ILA's Fund Counsel telephonically and via email regarding the status of the action, as well as receiving and reviewing status reports provided to STA-ILA by Scott+Scott; and

(j)      reviewing, editing, and approving pleadings and filings, including the Second Amended Class Action Complaint ("SAC") and the Opposition to Defendants' Motion to Dismiss the SAC.

4.      In sum, I estimate that employees of STA-ILA, including myself, and Fund Counsel, have spent approximately 300 hours on this action since the date I filed my original

declaration in support of the opening class certification motion.  And STA-ILA is committed to continuing those efforts until this action reaches a satisfactory conclusion for STA-ILA and the Class.

5.    Further, on behalf of STA-ILA, I have reviewed and approved the amended motion for class certification and for the reasons stated therein – as well as for the reasons stated in the original motion – continue to support the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of October, 2023, in Baltimore, Maryland.

RICHARD P. KRUEGER, III

3