UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>　　　　　Defendants. | 22-cv-8228 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

　　On October 6, 2023, plaintiff moved to certify a class of shareholders that purchased Olo's Class A common stock between March 17, 2021 and August 11, 2022. Upon consideration of the parties' written submissions and oral argument, the Court hereby orders that plaintiff's expert must enter a supplemental expert report by November 13, 2023, addressing in detail how damages would be calculated if the Subway Transition claim is eliminated. Defendants can then file a supplemental brief of 10 double-spaced pages addressing the sole issue of whether this supplemental expert report is adequate for certification, with defendants' brief due November 20, 2023. Plaintiff can then respond to defendants' brief with a supplemental brief of similar length, due by November 27, 2023. The Court will then issue a "bottom-line" order on the overall certification motion by December 11, 2023.

SO ORDERED.

New York, NY
October 30, 2023

_____
JED S. RAKOFF, U.S.D.J.