**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

**SECOND SUPPLEMENTAL DECLARATION OF AMANDA F. LAWRENCE IN FURTHER SUPPORT OF LEAD PLAINTIFF STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND'S MOTION FOR CLASS CERTIFICATION**

I, Amanda F. Lawrence, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney duly licensed to practice before this Court.  I am a partner of the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund ("Lead Plaintiff") in the above-captioned action.

2.      I make this second supplemental declaration pursuant to the Court's October 30, 2023 Order (ECF No. 98) that Plaintiff file a supplemental expert report addressing how damages would be calculated if Plaintiff's Subway Transition claim is eliminated.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit J:    Second Supplemental Expert Report of Micah S. Officer, Ph.D.

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 13th day of November 2023.

_/s/ Amanda F. Lawrence_
AMANDA F. LAWRENCE

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 13, 2023, on all counsel or parties of record.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Amanda F. Lawrence
Amanda F. Lawrence