*Steamship Trade Association of Baltimore - International Longshoreman's Association Pension Fund v. OLO INC., et al.*
1:22-cv-0822-JSR

# Second Supplemental Expert Report

# EXHIBIT J

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

<br><br>

## SECOND SUPPLEMENTAL EXPERT REPORT

## OF

## MICAH S. OFFICER, Ph.D.

**November 13, 2023**

**TABLE OF CONTENTS**

I. INTRODUCTION ...................................................................................................... 1

II. SUMMARY OF OPINIONS...................................................................................... 3

III. PROGRESSION OF THE LITIGATION ............................................................... 3

IV. CALCULATING DAMAGES ON A CLASSWIDE BASIS ................................... 3

## I. INTRODUCTION

1.      I am a Professor of Finance at Loyola Marymount University in Los Angeles, California, and I have been retained by Plaintiff in this litigation to opine on damages due to the Plaintiff (and other similarly situated investors) under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") as a result of their purchases of Olo Inc. ("Olo" or the "Company") common stock from March 17, 2021 through August 11, 2022, inclusive (the "Class Period").[1]

2.      I previously submitted four expert reports in this matter.  My first two expert reports were based on a class period from August 10, 2021 through August 11, 2022, inclusive (the "Original Class Period"), and the claims contained in Plaintiff's class action complaint filed on January 13, 2023.[2]  Specifically, I submitted an expert report in support of Class Certification on June 5, 2023 (the "Original Class Certification Report"),[3] and an expert report regarding damages due to the Plaintiff (and other similarly situated investors) on July 25, 2023 (the "Original Damages Report").

3.      On August 9, 2023, the Plaintiff filed its SAC and on October 6, 2023, I submitted a supplemental expert report in support of certification of the class defined in the SAC (the "Supplemental Class Certification Report"). On October 27, 2023, I submitted a report regarding damages due to the Plaintiff (and other similarly situated investors) for the revised Class Period defined in the SAC (the "Damages Report").

---

[1]      *See* Lead Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws, August 9, 2023 ("SAC"), ¶1.

[2]      *See* Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws, January 13, 2023 ("FAC").

[3]      I was also deposed in this matter on June 14, 2023 ("Officer Deposition").

1

4.      Plaintiff has now asked me to submit this Report (the "Second Supplemental Class Certification Report" or "Report") in response to the following Order from Judge Rakoff on October 30, 2023:

> Upon consideration of the parties' written submissions and oral argument, the Court hereby orders that plaintiff's expert must enter a supplemental expert report by November 13, 2023, addressing in detail how damages would be calculated if the Subway Transition claim is eliminated.[4]

5.      My qualifications and remuneration for this case are set forth in the Original Class Certification Report.[5]  In particular, my CV (Exhibit 1 of the Original Class Certification Report) contains a list of my relevant past testimony.

6.      In the course of my assignment for this Report, I have reviewed additional documents that are not listed in Exhibit 2 of the Original Class Certification Report or Exhibit 8 of the Supplemental Class Certification Report or Exhibit 14 of the Damages Report.  Specific documents and information relied upon in reaching my opinions are cited throughout this Report and listed in Exhibit 18 to this report, which includes all materials cited in Exhibit 2 of the Original Class Certification Report, all materials cited in Exhibit 8 of the Supplemental Class Certification Report, and all material cited in Exhibit 14 of the Damages Report.[6]

---

[4]      Order issued October 30, 2023, ECF No. 98.  I will also use the phrase "Subway Transition" to describe the general process by which all Subway locations, that previously were active Olo locations, integrate directly with online ordering marketplaces and, therefore, cease to be Olo's clients.  In the earnings conference call after the stock market closed on August 11, 2022, Defendant Glass stated that: "We expect Subway's direct marketplace integration to continue with the balance of their locations being removed from our total active location count in the fourth quarter of this year or the first quarter of 2023." (August 11, 2022, Conference Call Transcript, p.3).

[5]      *See* Original Class Certification Report, Section II.  *See also* footnote 8 in the Damages Report.

[6]      Exhibits to this Report are numbered starting at Exhibit 18 as a continuation of the Exhibits in the Original Class Certification Report, the Supplemental Class Certification Report, and the Damages Report.

## II.  SUMMARY OF OPINIONS

7.      A class-wide damages methodology that accounts for the confounding news of the Subway Transition is possible in this case.  It would account for the fraction of the stock price decline on August 12, 2022, that is related to the loss of Subway as an Olo customer by examining Subway's expected contribution to Olo's expected future revenue.  This methodology could be applied across the Class.

8.      I reserve the right to amend this Report to reflect new information available to me from information provided by other experts in this litigation, documents provided by Counsel, future rulings from the Court in this Action, or trial proceedings.

## III.  PROGRESSION OF THE LITIGATION

9.      Following rulings by the Court, allegations directly related to the Subway Transition are no longer a part of this case.

10.     In particular, allegations that Defendants misled the public by failing to disclose that Subway would be ending its relationship with Olo are no longer actionable in this case.[7]

## IV.  CALCULATING DAMAGES ON A CLASS-WIDE BASIS

11.     As noted above, the Court ordered that I submit this Report "addressing in detail how damages would be calculated if the Subway Transition claim is eliminated"[8] as a part of the Court's analysis of the class certification motion before it.

12.     Given the elimination of the Subway Transition claim, some of the Subway-related news released on August 11, 2022 would now need to be treated as confounding information in the process of calculating damages for Class members if Plaintiff succeeds in proving its liability claims. As shown below, it is possible to estimate a class-wide damages methodology that would

---

[7]      *See* n.2, ¶15.

[8]      *See* ¶4 above.

3

account for the portion of the Subway-related news that is now considered confounding in this case.

13.      Analysts covering Olo's common stock (and therefore the market more generally) learned on August 11, 2022, that Subway locations had already begun to "roll off"[9] Olo's ordering platform in the second quarter of 2022 and that this process was expected to be completed by the fourth quarter of 2022 or the first quarter of 2023.  While there was some ambiguity about when the exit of Subway from the platform would be completed (*i.e.*, in the fourth quarter of 2022 or the first quarter of 2023), what was abundantly clear was that for most (if not all) of the 2023 fiscal year, and every fiscal year thereafter, Olo would receive no revenue from Subway locations of any type (franchised or corporate).[10]

14.      In all of my reports to date in this case, I have (either explicitly or implicitly) argued that the correct way to estimate the damage to Olo's shareholders (of which Plaintiff is one) from the Defendants' alleged misstatements and omissions would be to use the (excess[11]) decline in the price of Olo's common stock in the stock market on August 12, 2022.[12]

15.      Based on the Court's ruling discussed above, however, any part of the decline in Olo's stock price on August 12, 2022, attributable to the loss of Subway as a customer is not recoverable as damages in this case.[13]

16.      In my opinion, the fraction of the stock price decline on August 12, 2022, related to the loss of Subway as an Olo customer can be determined based on Subway's expected

---

[9]      August 11, 2022, Conference Call Transcript, pp.8-9.

[10]      *See* n.1, ¶171.

[11]      *See* paragraphs ¶¶168-173 of the Original Class Certification Report.

[12]      As discussed in the Damages Report, Olo's pertinent announcements were made after the stock market closed on August 11, 2022. Therefore, the market reaction to any information contained in those announcements would be observed on August 12, 2022.  *See* Damages Report ¶4.

[13]      Court Order, ECF no. 84 and *see* n.4.

contribution to Olo's future revenue. Under some benign assumptions,[14] the share of Olo's future revenue from Subway would provide an estimate of the share of market value of that client to Olo and can be used to calculate the share of the stock price decline on August 12, 2022, that was related to the loss of Subway as an Olo customer.

17.    Importantly, the August 11, 2022, disclosure was the ***first time*** that analysts following Olo's stock learned about the Subway Transition. Therefore, the loss of Subway as a client ***cannot*** have been incorporated into analysts' forecasts or estimates provided prior to August 11, 2022, because they simply did not know this information earlier than that time.

18.    Following the August 11, 2022 corrective disclosure, analysts covering Olo reduced their estimates for 2023 full year revenue by $28.49 million.[15] The loss of expected revenue from Subway would have been a component of the decline in analysts' revenue expectations (of $28.49 million), and the ratio of the loss of expected revenue from Subway divided by the total decline in analysts' expected revenue following the August 11, 2022 disclosures would be a reasonable and appropriate ratio to use to parse out the fraction of the stock price decline on August 12, 2022 that was directly related to the loss of Subway as an Olo customer.

19.    Defendants made clear in their August 11, 2022 discussion with analysts about Olo's financial results and projections that Subway was not a substantial client for Olo. For example, CFO Benevides stated on the conference call with analysts that "[. . .] Subway contributed about a few million dollars of revenue on a full year basis."[16]

---

[14]    Such as that every dollar of revenue is assessed by the market as having the same value to Olo, an assumption that is built into the common use of Price / Sales ratios in the practice of finance.

[15]    $28.49 million = $249.312 million - $220.826 million. Source: Refinitiv analyst consensus revenue estimate for the 2023 fiscal year as of August 11, 2022 ($249.312 million), and August 12, 2022 ($220.826 million), obtained via S&P Capital IQ.

[16]    *See* n.9, p.7.

20.    Analysts confirmed that Olo's revenue from Subway was modest, estimated at approximately $3 million on an annual basis.  For example:

> Management already eliminated Subway from their revenue forecast at the start of the year so there is no incremental revenue downtick to Subway (i.e. the full $12.5M reduction was due to macro pressures), which historically contributed just under $3M in annual revenue and had an ARPU one-third the corporate average.[17]

> Despite its location count with Olo, Subway only contributed around $3 million in revenue annually (the loss of which was already baked into full-year guidance) given that it is a one-module customer (ARPU was roughly one-third of Olo's platform average). Management stressed that this was a one-off decision by an enterprise with a unique tech stack and a historically internal-focused tech strategy, and we see little risk that other enterprises follow suit.[18]

21.    The SAC, however, mentions multiple times that Subway provided about $6 million in annual revenue.  For example:

> In an August 2021 internal slideshow discussing "Top 15" brands, it states that the Company only had 6.8% TAM penetration based on its then-current $8.5 million in total annual recurring revenue ("ARR"). Worth nothing is that, at that point in time, Subway was $6 million of this $8.5 million in ARR.[19]

> Subway, by utilizing the Rails module to integrate with DoorDash and Uber Eats, became Olo's largest brand partner and a source of at least $6 million in annual recurring revenue.[20]

> [. . .] when he [Benevides] realized Subway's loss amounted to more than $6 million in annual recurring revenue, and later testified in his deposition that "I was unaware of [Subway's] revenue contribution [. . .]"[21]

---

[17]    *See Difficult macros negatively impact guidance; Q2/22 review*, RBC Capital Markets analyst report, August 12, 2022.

[18]    *See Location Growth Impacted by Subway Loss and Elongating Sales and Deployment Timelines; No Major Changes to Thesis*, William Blair analyst report, August 12, 2022.

[19]    *See* n.1, ¶85.

[20]    *See* n.1, ¶88.

[21]    *Id.*, ¶99.

22.      As noted above, analysts surmised that the annual revenue from Subway was approximately $3 million per year, while the SAC alleges that Subway was responsible for approximately $6 million per year in revenue for Olo.  In parsing the portion of the stock price decline on August 12, 2022 that is attributable to the loss of Subway as a customer, I would utilize the more conservative estimate, also cited by Plaintiff, of $6 million per year of Olo's revenue being attributable to Subway.[22]

23.      Therefore, a fair and reasonable comparison of the impact of the loss of Subway on Olo's revenue would be to utilize the estimate of the *loss* of $6 million annual revenue from Subway and compare this to the *decline* in the consensus analyst revenue for 2023 following the August 12, 2022 corrective disclosure. This calculation would still be viable if it is proven that the complete runoff of Subway from Olo's platforms was not fully complete until the end of the first quarter of 2023.[23]

24.      The portion of the excess price decline attributable to the loss of Subway using 2023 analyst consensus revenue estimates would be 21.1%, which is equal to $6 million divided by $28.49 million.  The remaining 78.9% can be applied to the excess price change of $5.06 (or an excess return change of 38.92%)[24] to estimate the portion of Olo's price decline on August 12, 2022= attributable to the corrective information with respect to Olo's active locations and growth

---

[22]      The parsing adjustment can be adjusted if the trier of fact determines that a different estimate of Subway's annual revenue contribution should be utilized.

[23]      This class-wide methodology for parsing the direct effect of the Subway Transition would also hold if the trier of fact determines that the Subway Transition was not completed until a date in the first quarter of 2023.  For example, if the trier of fact determines that the Subway Transition was not completed until March 31, 2023, then the loss of Subway revenue for 2023 would be multiplied by three-quarters, but so would the relevant decline in analyst estimates for Olo's fiscal year 2023 revenue.  Since both elements of the "revenue share" ratio would be multiplied by three-quarters in this example, the "revenue share ratio" itself would be unaffected.

[24]      *See* Damages Report, ¶31.

rate, which translates to $3.99 per share (or an excess return of 30.7%) attributable to news about Olo but *not* concerning the Subway Transition.

25.    This methodology (using the portion of the excess price decline attributable to the loss of Subway using 2023 analyst consensus revenue estimates and then applying it to the excess price change) could then be applied on a class-wide basis and, in my opinion, is a viable way to estimate a class-wide damages model that parses out the Subway-related news.

I certify that, to the best of my knowledge and belief:

– the statements of fact contained in this Report are true and correct;

– the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions;

– I have no present or prospective interest in the parties to this case, and I have no personal interest or bias with respect to the parties involved; and

– my compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this Report.

I declare, under penalty of perjury, that the foregoing is true and correct.

November 13, 2023
        Date

Micah S. Officer

8

# Exhibit 18
# Materials Relied Upon

**Olo Inc. News, Disclosures and Analyst Reports**
Olo Inc. filings with the U.S. Securities and Exchange Commission (SEC).
Analyst reports on Olo Inc. during the Class Period provided by Counsel.
Count of news articles of Olo Inc. during the Class Period, searched through Bloomberg and Factiva.
List of analyst reports on Olo Inc. during the Class Period, available through S&P Capital IQ and
      Refinitiv Eikon Databases.

"Olo Announces Pricing of Initial Public Offering," Business Wire, March 16, 2021.
"Olo Announces Second Quarter 2022 Financial Results," Business Wire, August 11, 2022, 4:05 pm.
"Olo Announces First Quarter 2021 Financial Results," Business Wire, May 11, 2021, 4:15 pm.
"Olo Announces Second Quarter 2021 Financial Results," Business Wire, August 10, 2021, 4:06 pm.
"Olo Announces Third Quarter 2021 Financial Results," Business Wire, November 9, 2021, 4:05 pm.
"Olo Announces Fourth Quarter and Full Year 2021 Financial Results," Business Wire, February 23, 2022, 4:05 pm.
"Olo Announces First Quarter 2022 Financial Results," Business Wire, May 10, 2022, 4:05 pm.
"Q2 2022 Olo Inc Earnings Call – Final," VIQ FD Disclosure, August 11, 2022.
"Subway(R) Restaurants Partner with Olo to Integrate Digital Ordering Ecosystem and Drive Guest
      Convenience in U.S. Restaurants," Business Wire, February 12, 2020, 8:30 am.
"Q1 2021 Olo Inc Earnings Call – Final," VIQ FD Disclosure, May 11, 2021.
"MW Olo stock plunges toward record low after disappointing results, outlook trigger analyst
      downgrade," MarketWatch, August 12, 2022, 8:47 am.

"Cloud-Based Commerce Platform for Restaurants - Initiating with OW Rating," J.P. Morgan analyst
      report, April 12, 2021.
"1Q21: 125% Growth on Upside in Locations," J.P. Morgan analyst report, May 12, 2021.
"2Q21: Grubhub Deal Takes Spotlight," J.P. Morgan analyst report, August 11, 2021.
"Vertical Cloud Platform Digitizing the Food Industry; Initiating at Overweight," Piper Sandler analyst
      report, April 12, 2021.
"Fun, Fresh, Flavorful; Rails and Dispatch Adoption Drove Upside on 125% Growth," Piper Sandler
      analyst report, May 12, 2021.
"Robust New Location Adds Offset Volume Declines; Raising Estimates, PT to $39," Piper Sandler
      analyst report, August 11, 2021.
"Digital Entirety Vision Unfolding with the Wisely Acquisition; 'I'm Lovin It'," Piper Sandler analyst
      report, October 21, 2021.
"It's Bo Time; Digital Orders Troughed in Q2; Q3 Marks a Return to Q/Q Growth," Piper Sandler
      analyst report, November 9, 2021.
"Growth and Profit Streak Continues; Acquisitions to Help Sustain 30%+ in 2022," Piper Sandler
      analyst report, February 23, 2022.
"Undervalued at 3.9x EV/S for a Profitable Grower; Q2 Growth to Reaccelerate," Piper Sandler analyst
      report, May 10, 2022.
"Lowering to Neutral as Growth Headwinds Intensify; 2H Growth Could Fall to 15%," Piper Sandler
      analyst report, August 11, 2022.
"Delivering the goods; Initiate with an Outperform rating and $32 PT," RBC Capital Markets analyst
      report, April 11, 2021.
"Order away; Q1/21 preview," RBC Capital Markets analyst report, May 7, 2021.

**Exhibit 18**
**Materials Relied Upon**

"Ordering up strong quarter; Q1/21 review," RBC Capital Markets analyst report, May 12, 2021.

"Your order is ready for pickup; Q2/21 preview," RBC Capital Markets analyst report, August 6, 2021.

"Ready for digital ordering; Q2/21 review," RBC Capital Markets analyst report, August 11, 2021.

"Ordering up durability; Q3/21 review," RBC Capital Markets analyst report, November 9, 2021.

"Olo (NYSE: OLO) - Highlights from the RBC Global TIMT Virtual Conference," RBC Capital Markets analyst report, November 16, 2021.

"Q1/22 First Glance: Good quarter as CY/22 guidance moves slightly higher," RBC Capital Markets analyst report, May 10, 2022.

"Ordering up durability; Q1/22 review," RBC Capital Markets analyst report, May 11, 2022.

"Difficult macros negatively impact guidance; Q2/22 review," RBC Capital Markets analyst report, August 12, 2022.

"Vertical SaaS, Digital Commerce, Transactional SaaS All in One; Initiate with Buy/$34 PT," Truist Securities analyst report, April 12, 2021.

"Strong 1Q; On-Demand Commerce for Restaurants a Secular Growth Oppty; Reiterate Buy," Truist Securities analyst report, May 11, 2021.

"Strong Profitable Growth in 2Q; Raising Estimates; Reiterate Buy; Increasing PT to $44 on Higher Revenue Ests. in DCF," Truist Securities analyst report, August 10, 2021.

"Solid 4Q21; Many Growth Levers Added to the Mix; Digital Transformation in Restaurants Rolls On," Truist Securities analyst report, February 23, 2022.

"1Q Rev and Profit Upside; New Product Cycle Optimism; Raising Rev Ests," Truist Securities analyst report, May 10, 2022.

"Leading E-commerce Platform for Enterprise Restaurants; Initiating Coverage With Outperform Rating," William Blair analyst report, April 12, 2021.

"Revenue Growth Accelerates in First Quarter Out of the Gate; Estimates Moving Higher," William Blair analyst report, May 12, 2021.

"Announces Acquisition of Wisely to Expand Into Customer Intelligence and Engagement," William Blair analyst report, October 22, 2021.

"High-Level Execution and Favorable Digital Ordering Trends Drive Another Beat-and-Raise Quarter," William Blair analyst report, November 10, 2021.

"No Signs of a Slowdown, and Guiding to Roughly 30% Revenue Growth in 2022; Announces Launch of Olo Pay," William Blair analyst report, February 23, 2022.

"Slight Beat-and-Raise in the First Quarter; Seeing Many Growth Avenues and Heavy Interest in Olo Pay," William Blair analyst report, May 11, 2022.

"Location Growth Impacted by Subway Loss and Elongated Sales and Deployment Timelines; No Major Changes to Thesis," William Blair analyst report, August 12, 2022.

**Court Documents**

Plaintiff's Amended Class Action Complaint for Violations of Federal Securities Laws, January 13, 2023.

Lead Plaintiff's Second Amended Class Action Complaint for Violations of Federal Securities Laws, August 9, 2023.

Videotaped Deposition of Dr. Micah S. Officer, June 14, 2023.

Order by the Hon. Jed S. Rakoff dated September 26, 2023, ECF No. 84.

Order issued October 30, 2023, ECF No. 98.

Brief of Financial Economists as Amici Curiae in Support of Respondent for the Supreme Court of the United States, *Amgen, Inc., et al. v. Connecticut Retirement Plans and Trust Funds*.

# Exhibit 18
# Materials Relied Upon

Brief of Financial Economists as Amici Curiae in Support of Respondents for the Supreme Court of the United States, *Halliburton Co. v. Erica P. John Fund, Inc.*, February 5, 2014.

*Basic Inc. v. Levinson*, 485 U.S. 224 (1988).

*Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).

*DCD Programs v. Michael W. Leighton, et al.*, 90 F.3d 1442 (9th Cir. 1996.

*Dura Pharmaceuticals, Inc. v. Broudo*, 125 S. Ct. 1627.

*Garnatz v. Stifel, Nicolaus & Co.*, 559 F.2d 1357 (8th Cir. 1977).

*Halliburton Co. v. Erica P. John Fund, Inc.* 134 S. Ct. 2398 (U.S. Supreme Court 2014).

*In re Groupon, Inc. Sec. Litig.*, 2015 WL 1043321 (N.D. Ill. 2015).

*In re: Petrobras Sec. Litig.*, 312 F.R.D. 354 (S.D.N.Y. 2016).

*In re PolyMedica Corp. Sec. Litig.*, 432 F.3d 1 (1st Cir. 2005).

*In Re Polymedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260.

*In Re Winstar Comm. Sec. Litig.*, 290 F.R.D. 437 (S.D.N.Y. 2013).

*In re Xcelera.com Securities Litigation*, 430 F.3d 503 (1st Cir. 2005).

*Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. TX. 2001).

*Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491 (S.D. TX. 2004).

*The Ambassador Hotel Company, Ltd. v. Wei-Chuan Investment, et al.*, 189 F. 3d 1017 (9th Cir. 1999).

*Waggoner v. Barclays PLC*, 875 F.3d, 79 (2nd Cir. 2017).

## Research Articles and Books

Nihat Aktas, Eric de Bodt, & Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance* 13, 2007, 129-145.

David R. Anderson, Dennis J. Sweeney, and Thomas A. Williams, Statistics For Business and Economics, Ninth Edition, South-Western, 2005.

Brad M. Barber, Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law* 19, Winter 1994, 285-312.

Bharat Bhole, Sunita Surana, and Frank Torchio, "Benchmarking Market Efficiency Indicators for Securities Litigation," *University of Illinois Law Review Online* 96, 2020.

Ekkehart Boehmer, Jim Musumeci, & Annette B. Poulsen, "Event-study Methodology under Conditions of Event-Induced Variance," *Journal of Financial Economics* 30, 1991, 253-272.

G. E. P. Box & G. C. Tiao, "Intervention Analysis with Applications to Economic and Environmental Problems," *Journal of the American Statistical Association* 70, 1975, 70-79.

John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, The Econometrics of Financial Markets, Princeton University Press, 1997.

Lucy Chang, "The Truth-on-the-Market Defense and its Relevance in SEC Enforcement Actions," *Law and Contemporary Problems* 76(3/4), 2013, 341-365.

Bradford Cornell and James Rutten, "Collateral Damage and Securities Litigation," *Utah Law Review* 3, 2009, 717-747.

Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review* 37, June 1990, 883-924.

Nicholas I. Crew, Kevin L. Gold, and Marnie A. Moore, "Federal Securities Acts and Areas of Expert Analysis," chapter 18 in Litigation Services Handbook: The Role of the Financial Expert, 4th edition, edited by Roman L. Weil, Peter B. Frank, Christian W. Hughes, and Michael J. Wagner, John Wiley & Sons (2007).

Sudipto Dasgupta, Jie Gan, and Ning Gao, "Transparency, Price Informativeness, and Stock Return Synchronicity: Theory and Evidence," *Journal of Financial and Quantitative Analysis*, 45(5), Oct. 2010, 1189-1220.

3

**Exhibit 18**
**Materials Relied Upon**

Frederick Dunbar and Arun Sen, "Counterfactual Keys to Causation and Damages in Shareholder Class Actions," *Wisconsin Law Review*, 2009, 199-242.

Edwin J. Elton, Martin J. Gruber, Stephen J. Brown, and William N. Goetzmann, Modern Portfolio Theory and Investment Analysis, 6th ed., John Wiley & Sons, Inc., 2003.

Richard B. Evans, Christopher C. Geczy, David K. Musto, and Adam V. Reed, "Failure Is an Option: Impediments to Short Selling and Options Prices," *The Review of Financial Studies* 22, May 2009, 1955-1980.

Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5), December 1991, 1575-1617.

Eugene F. Fama, Lawrence Fisher, Michael C. Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10(1), 1969, 1-21.

Daniel Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer* 38, November 1982.

William H. Green, Econometric Analysis, 7th Edition, International Edition, Pearson Education Limited, 2012.

Lawrence Harris, "A Transaction Data Study of Weekly and Intradaily Patterns in Stock Returns," *Journal of Financial Economics* 16, 1986, 99-117.

John C. Hull, Options, Futures, and Other Derivatives, Sixth Edition, Prentice Hall, 2006.

Robert Jennings and Laura Starks, "Information Content and the Speed of Stock Price Adjustments," *Journal of Accounting Research* 23(1), Spring 1985, 336- 350.

Joshi, Madrid, Mulholland, "Causation Issues and Expert Testimony, The Fundamentals of Causation," Litigation Services Handbook: The Role of the Financial Expert, 5th Ed., ed. by Roman L. Weil, Daniel G. Lentz, and David P. Hoffman.

Jonathan M. Karpoff, "The Relation Between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis* 22(1), 1987, 109-126.

S.P. Kothari & Charles Wasley, "Commemorating the 50-Year Anniversary of Ball and Brown (1968): The Evolution of Capital Market Research over the Past 50 Years," *Journal of Accounting Research* 57(5), 2019, 1119-1123.

David F. Larcker, Lawrence A. Gordon & George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis* 15, 1980, 267-287.

Paul H. Malatesta, "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," *Journal of Financial and Quantitative Analysis* 21, 1986, 27-38.

Burton G. Malkiel, "Efficient Market Hypothesis," in The New Palgrave: A Dictionary of Economics, Volume 2, E to J, ed. by John Eatwell, Murray Milgate and Peter Newman, The Macmillan Press Limited, 1998.

Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49(2), February 1994, 545-590.

David S. Moore and George P. McCabe, Introduction to the Practice of Statistics, Fourth Edition, W. H. Freeman and Company, 2003.

Richard J. Rogalski, "New Findings Regarding Day-of-the-Week Returns over Trading and Non-Trading Periods: A Note," *Journal of Finance* 39(5), 1984, 1603-1614.

G. William Schwert, "Using Financial Data to Measure Effects of Regulation," *The Journal of Law and Economics* 24(1), 1981, 121-158.

David Tabak, "Inflation and Damages in a Post-*Dura* World," NERA Economic Consulting White Paper, September 25, 2007.

4

## Exhibit 18
## Materials Relied Upon

David Tabak, "Loss Causation And Damages in Shareholder Class Actions: When It Takes Two Steps To Tango," NERA White Paper, May 2004.

David Tabak and Chudozie Okongwu, "Inflation Methodologies in Securities Fraud Cases: Theory and Practice," NERA White Paper, July 2002.

David Tabak and Fredrick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by Roman L. Weil, Michael J. Wagner and Peter B. Frank, Wiley, USA, 2001.

Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems* 63(3), Summer 2000, 105-122.

Frank Torchio, "Proper Event Study Analysis in Securities Litigation," *The Journal of Corporation Law* 35(1), 2009, 159-168.

Narinder Walia and Micah Officer, "Evaluating Market Efficiency Arguments in Class Certification," *Law360 Expert Analysis - Corporate*, April 4, 2022.

### Data

Price and volume data for Olo Inc. common stock, March 2021 – December 2022.  Source: Bloomberg.

Miscellaneous stock return index data, March 2021 – December 2022, (Bloomberg identifiers in parentheses): the S&P 500 Total Return Index (SPTR), the S&P 500 Information Technology Sector Total Return Index (SPTRINFT), the S&P 500 Index (SPX), the S&P 500 Information Technology Sector Index (S5INFT).  Source: Bloomberg.

Short interest in Olo Inc. common stock, March 2021 – August 2022.  Source: Bloomberg.

Bid and ask quotes for Olo Inc. common stock, March 2021 – August 2022.  Source: Bloomberg.

Total analyst recommendations for Olo Inc., March 2021 – August 2022.  Source: Bloomberg.

Number of analysts providing consensus I/B/E/S estimates for Olo Inc., March 2021 – August 2022.  Source: S&P Capital IQ.

Quarterly institutional holdings in Olo Inc. common stock, March 2021 – September 2022.  Source: Refinitiv Eikon.

Daily option data for Olo Inc., April 2021 – August 2022.  Source: Ivolatility.

Interest rate data is obtained from the Federal Reserve Board database available at https://www.federalreserve.gov/datadownload/Download.aspx?rel=H15&series=bf17364827e38 702b42a58cf8eaa3f78&filetype=csv&label=include&layout=seriescolumn&from=01/01/1999&to=06/01/2023.

Date and time stamps of press releases for earnings for Olo Inc., March 2021 – August 2022, from *Business Newswire* on Factiva.

Daily Refinitiv consensus estimates of FY2022 and FY2023 revenue and Olo enterprise value, April 2021 – August 2022.  Source: S&P Capital IQ.

Daily Refinitiv consensus estimates of Q3 2022 and FY2022 revenue and operating income in August 2022.  Source: S&P Capital IQ.

### Miscellaneous

https://www.spglobal.com/spdji/en/indices/equity/sp-500-information-technology-sector/#overview.

https://web.archive.org/web/20220101000000*/https://investors.olo.com/stock-information/default.aspx.

https://www.nyse.com/market-model.

https://www.sec.gov/edgar/searchedgar/companysearch.html.

Miscellaneous information regarding Olo Inc., certain market and industry indexes from Bloomberg.

**Exhibit 18**
**Materials Relied Upon**

S&P U.S. Indices Methodology, April 2023
      (https://www.spglobal.com/spdji/en/documents/methodologies/methodology-sp-us-indices.pdf).
S&P Capital IQ definition for institutional investor holdings data.
SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933," General Instructions,
      updated January 2022.
15 U.S.C. § 78u-4(e) (1).
15 U.S.C. § 78u-4(e) (2).
OLO_00094360.
OLO_00094361.
OLO_00107285.
OLO_00112210.


All other specific materials and information otherwise described in the Report and Exhibits.