UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEAMSHIP TRADE ASSOCIATION OF BALTIMORE-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

-v-

OLO INC., NOAH GLASS, and PETER J. BENEVIDES,

    Defendants.

22-cv-8228 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

On October 6, 2023, plaintiff moved to certify a class of shareholders that purchased Olo's Class A common stock between March 17, 2021 and August 11, 2022. Upon consideration of the parties' written submissions and oral argument, the Court hereby grants plaintiff's motion and certifies the class. An opinion explaining the reasoning behind this ruling will follow in due course.

The Court is respectfully directed to close entry numbers 57 and 90 on the docket of this case.

SO ORDERED.

New York, NY
December 1, 2023

JED S. RAKOFF, U.S.D.J.