UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  -v-<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>    Defendants. | 22-cv-8228 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On December 18, 2023, the parties informed the Court that a settlement in principle has been reached. Accordingly, all case deadlines are stayed, provided that the parties file a stipulation of settlement and move for preliminary approval of such settlement no later than Tuesday, January 16, 2024. In light of the parties' settlement, it would be improvident for the Court to issue a written opinion on class certification. The Court's bottom-line ruling of December 1, 2023, certifying the class will stand. See 12/01/23 Order, ECF No. 106.

    SO ORDERED.

New York, NY
December 18, 2023

                                            JED S. RAKOFF, U.S.D.J.