# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION<br><br>**NOTICE OF CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Court-appointed Class Representative, Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund, on behalf of itself and all other members of the proposed Settlement Class, through Court-appointed Class Counsel, Scott+Scott Attorneys at Law LLP, hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 23 for the entry of an Order: (i) preliminarily approving the proposed Settlement of this securities fraud class action; (ii) approving the form and manner of providing notice of the proposed Settlement to the Settlement Class, including the procedures and deadlines for objecting, seeking exclusion from the Settlement Class, and submitting Claim Forms; (iii) scheduling a date for the Settlement Fairness Hearing; (iv) appointing Kroll Settlement Administration as the Claims Administrator to administer the Settlement; and (v) granting such other and further relief as the Court may deem fair and proper.  Defendants do not oppose the relief requested in this motion.

This motion is based on the accompanying Memorandum of Law in Support of Class Representative's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and the Declaration of Jeffrey P. Jacobson in Support of Class Representative's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, dated January 16, 2024, all exhibits attached herewith, and all pleadings records and papers on file herein.

DATED: January 16, 2024                    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                                      *s/ Amanda F. Lawrence*
Amanda F. Lawrence
Donald A. Broggi
Jeffrey P. Jacobson
Mandeep S. Minhas
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
alawrence@scott-scott.com
dbroggi@scott-scott.com
jjacobson@scott-scott.com
mminhas@scott-scott.com

*Counsel for Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 16, 2024, on all counsel or parties of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                *s/ Amanda F. Lawrence*
                                                Amanda F. Lawrence