# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>                      Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION<br><br>**DECLARATION OF JEFFREY P. JACOBSON IN SUPPORT OF CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

I, Jeffrey P. Jacobson, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney at the law firm of Scott+Scott Attorneys at Law LLP, the Court-appointed Class Counsel for the Court-appointed Class Representative, Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund, and the proposed Settlement Class. I am duly licensed to practice before this Court. I respectfully submit this declaration in support of Class Representative's Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2. Attached hereto are true and correct copies of the following exhibits:

    Exhibit 1:    Stipulation and Agreement of Settlement and Release, dated January 16, 2024, with annexed exhibits.

    Exhibit 2:    Resume of Kroll Settlement Administration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of January, 2024.

                                                                      *s/ Jeffrey P. Jacobson*
                                                                      Jeffrey P. Jacobson