# EXHIBIT 2

**KROLL**



# Settlement Administration Services

**Kroll provides innovative technology and consulting services for class action, mass tort, regulatory remediation and government claims administration.**

We are raising the bar in class action, mass tort, regulatory and government claims administration. With our proprietary technology, security, and global resources, coupled with our team's 50+ years of legal administration expertise, we offer unmatched solutions and capacity for even the most complex settlements anywhere in the world.

## Time-tested leader in our field



**Managed more than 4,000 settlements**



**Processed over 100 million claims**



**$30 billion+ in distributions**



**Designed and managed 1,000+ court-approved multi-media campaigns**

## Why partner with Kroll for your settlement administration needs?

- **Unrivaled Data Security and Technology.** Our cutting-edge proprietary technology platforms are built to handle any case, no matter the size or complexity. Through our innovative technology and our unrivaled data security measures, we create custom solutions, including a real-time case statistics dashboard, while providing clients with unlimited scalability in our secure, certified environment. Nothing is more important than protecting the confidentiality and integrity of customer data while meeting or exceeding regulatory requirements. Our clients can have the utmost confidence when working with Kroll on their most complex and sensitive matters.

- **Industry Leading Claims Administration Team.** With decades of experience across all types of settlements, our team is well-versed in every aspect of the administration process and has worked on some of the most historic and complex cases of all time. We work closely with all parties involved, often assisting clients before

**KROLL**

settlement agreements are finalized, to ensure a value-maximizing, reliable and effective administration.

- **Most Experienced Notice Media Team Globally.** Through our in-house media team, we offer superior outreach programs that are rooted in analytics, validated by third parties and highly defensible in court. Our notice media team, led by one of the industry's most distinguished legal notice and communications experts,has successfully planned and implemented thousands of court-approved notice programs, including government enforcement actions and product recalls.

- **Best-in-Class Claims Administration Processes.** With our best-in-class claims processing procedures and focus on quality, we guarantee more accurate claims handling, speed, and responsiveness. We also provide a fully digital solution from start to finish for any engagement. Our electronic administration service offering encompasses noticing, claim filing, receipt of supporting documentation, corresponding with class members, clearing deficiencies and/or rejections and digital disbursements.

- **Global Footprint with Resources and Expertise to Scale.** With 5,000 experts around the world, we provide our clients with unlimited capacity to handle any settlement administration.

## Representative class action experience

With over 50 years of experience in class action settlement administration, our team has successfully handled some of the largest and most complex settlements in history. Our cutting-edge administration solutions address matters in the evolving global regulatory framework.

For a more detailed look at our class action settlement experience, please visit kroll.com/settlement-administration.

**Yahoo! Inc. Customer Data Security Breach Litigation,** **Case No. 5:16md02752, United States District Court Northern District of California**

- $117.5 million settlement

- Over 1.3 million claims filed
- Over 924 million notices sent
- Over 194 million class members globally

**In Re: Currency Conversion Fee Antitrust Litigation,** **MDL No. 1409, United States District Court for the Southern District of New York**

- $336 million settlement
- 10.2 million claims filed
- Over 38 million notices mailed

**Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.,** **Case No. 90cv00181, United States District Court for the District of Colorado**

- $375 million settlement
- Over 250,000 payments made
- Over 58,000 notices mailed

**Columbia Gas Cases,** **Civil Action No. 1877cv01343G, Superior Court of Massachusetts**

- $143 million settlement
- Approx. 16,000 claims filed
- Approx. 92,000 notices mailed

**In Re: Schering-Plough Corporation Securities Litigation,** **Case No. 01cv0829, United States District Court for the Southern District of New Jersey**

- $165 million settlement
- Over 71,000 claims filed

**Brian Warner et al. v. Toyota Motor Sales, USA,** **Case No. 2:15cv02171, United States District Court for the Central District of California**

- $3.4 billion settlement
- Over 2 million notices mailed
- 1.5 million vehicles affected

## Contact

**Website: kroll.com/settlement-administration**
**Phone:** +1 844 777 8055

**About Kroll**

As the leading independent provider of risk and financial advisory solutions, Kroll leverages our unique insights, data and technology to help clients stay ahead of complex demands. Kroll's global team continues the firm's nearly 100-year history of trusted expertise spanning risk, governance, transactions and valuation. Our advanced solutions and intelligence provide clients the foresight they need to create an enduring competitive advantage. At Kroll, our values define who we are and how we partner with clients and communities. Learn more at Kroll.com.

© 2023 Kroll, LLC. All rights reserved. KR21035108_Y0222