**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>       Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION<br><br>Judge: Hon. Jed S. Rakoff<br>Date: June 10, 2024<br>Time: 4:00 PM |

**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND AWARD TO CLASS REPRESENTATIVE FOR ITS COSTS AND EXPENSES**

TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on June 10, 2024, at 4:00 p.m., or at such other time as may be set, in Courtroom 14B of the U.S. District Court for the Southern District of New York, located at 500 Pearl St. New York, New York 10007-1312, Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund ("STA-ILA" or "Class Representative") and its counsel, Scott+Scott Attorneys at Law LLP ("Scott+Scott" or Class Counsel), will respectfully move the Court for entry of an Order which: (1) awards attorneys' fees; (2) pays litigation expenses incurred in prosecuting the Action; and (3) approves Class Representative's request for an award for the time and expenses it incurred prosecuting the Action, as authorized by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(4), *et seq*.

This motion is based on the accompanying Memorandum of Points and Authorities in support hereof; the Declarations of Amanda F. Lawrence, Daryl F. Scott, and Richard P. Krueger, III; the Court's order granting preliminary approval of the settlement; all of the prior pleadings in this Action; and such additional evidence or argument as may be presented to or required by the Court.

Proposed orders will be submitted with Class Representative's reply submission on or before June 3, 2024.

Dated: May 6, 2024                 **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Amanda F. Lawrence*
Amanda F. Lawrence
Donald A. Broggi
Jeffrey P. Jacobson
Mandeep S. Minhas
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
alawrence@scott-scott.com
dbroggi@scott-scott.com
jjacobson@scott-scott.com
mminhas@scott-scott.com

*Counsel for Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

*s/ Amanda F. Lawrence*
Amanda F. Lawrence
