# EXHIBIT 4

**RECENT SECURITIES SETTLEMENTS**

| Case Name | Final Approval Judge & Year | Act | Settlement Amount | Per Share Recovery *Before* Fees & Expenses | Per Share Recovery *After* Fees & Expenses | Attorneys' Fees Granted |
|---|---|---|---|---|---|---|
| *Gong v. Neptune Wellness Sols. Inc.*, No. 2:21-cv-01386 (E.D.N.Y.) | Eric Vitaliano (2023) | §10(b) | $4 million (all cash) or $4.25 million (cash + equity) | $0.039 or $0.041 | $0.025 or $0.027 | 33 and 1/3% |
| *Rosi v. Aclaris Therapeutics, Inc.*, No. 1:19-cv-07118 (S.D.N.Y.) | Lewis Liman (2021) | §10(b) | $2.65 million | $0.086 | $0.052 | 30% |
| *Okla. Police Pension Fund & Ret. Sys. v. Teligent, Inc.*, No. 1:19-cv-03354 (S.D.N.Y.) | Victor Marrero (2021) | §10(b) | $6 million | $0.39 | $0.23 | 33 and 1/3% |
| *Guevoura Fund Ltd. v. Sillerman*, No. 1:15-cv-07192 (S.D.N.Y.) | Colleen McMahon (2019) | §10(b) | $7.5 million | $0.41 | $0.26 | 33 and 1/3% |
| *In re Facebook, Inc., IPO Sec. & Derivative Litig.*, No. MDL No. 12-2389 (S.D.N.Y.) | Robert Sweet (2018) | §11 & Derivative | $35 million | $0.11 | $0.04 | 25% |
| *In re Fuqi Int'l, Inc. Sec. Litig.*, No. 1:10-cv- 02515 (S.D.N.Y.) | Deborah Batts (2014) | §§10(b), 11 | $7.5 million | $0.30 (traceable to offering) or $0.12 (not traceable to offering) | $0.19 (traceable to offering) or $0.08 (not traceable to offering) | 33% |
| *City of Providence v. Aeropostale, Inc.*, No. 1:11-cv-07132 (S.D.N.Y.) | Colleen McMahon (2014) | §10(b) | $15 million | $0.50 | $0.19 | 33% |
| *In re Giant Interactive Grp., Inc. Sec. Litig.*, No. 1:07-cv-10588 (S.D.N.Y.) | Paul Engelmayer (2011) | §11 | $13 million | $0.39 | $0.14 | 33% |