# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OLO INC., NOAH GLASS, and PETER BENEVIDES, <br><br> Defendants. | Case No. 1:22-cv-08228-JSR <br><br> CLASS ACTION <br><br> Judge: Hon. Jed S. Rakoff <br> Date: June 10, 2024 <br> Time: 4:00 PM |

**SUPPLEMENTAL DECLARATION OF ROBERT CORMIO REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, ROBERT CORMIO, declare and state as follows:

1.      I am employed as a Senior Director by Kroll Settlement Administration ("Kroll"),[1] located at 2000 Market St., Suite 2700, Philadelphia, PA 19103.  The following statements are based on my personal knowledge and information provided to me by other Kroll employees and, if called to testify, I could and would do so competently.  This declaration is submitted to provide updated information to the Court concerning Notice dissemination  and publication, as well as the receipt of Proofs of Claim and requests for exclusion and objections received to date, and supplements the initial Declaration of Robert Cormio Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date, filed May 6, 2024 (ECF No. 123-1)

---

[1]      Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement and Release (the "Stipulation"), dated January 16, 2024 (ECF No. 115-1).

(the "Initial Cormio Declaration"). The Initial Declaration is incorporated herein by reference in its entirety.

2. Pursuant to this Court's February 20, 2024 Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order"), Kroll was appointed as the Claims Administrator to supervise and administer the notice procedure, as well as the processing of claims in connection with the proposed Settlement of the above-captioned action (the "Action"). I oversaw the notice services that Kroll provided in accordance with the Preliminary Approval Order.

**MAILING OF THE NOTICE AND PROOF OF CLAIM**

3. As set forth in greater detail in the Initial Cormio Declaration, in accordance with the Preliminary Approval Order, on March 7, 2024, Kroll commenced mailing and emailing the "Claim Package," which is comprised of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release Form (the "Proof of Claim"), to potential Settlement Class Members and "Nominee Holders." As of June 3, 2024, a total of 25,569 Claim Packages have been disseminated to potential Settlement Class Members and Nominee Holders by mail or email.

4. As of June 3, 2024, 1,081 Claim Packages have been returned by the United States Postal Service to Kroll as undeliverable as addressed, without a forwarding address. Kroll performed an advanced address search on these undeliverable records, which produced 437 updated addresses. Kroll has re-mailed Claim Packages to these updated addresses.

2

**CALL CENTER SERVICES**

5.      Kroll continues to maintain the toll-free phone number for the Settlement, 1-833-462-3513, which became operational on March 7, 2024.  Kroll has promptly responded to each telephone inquiry and will continue to do so.

**SETTLEMENT WEBSITE**

6.      Kroll continues to maintain the dedicated Settlement Website www.OloSecuritiesLitigation.com, to assist Settlement Class Members.  The website became operational on March 7, 2024, and is accessible 24 hours a day, 7 days a week.  Copies of the Notice, Proof of Claim, Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for downloading.  Kroll will continue operating, maintaining and, as appropriate, updating the Settlement website until the conclusion of this administration.

**CLAIM ACTIVITY**

7.      The deadline to submit a Proof of Claim is July 9, 2024.

8.      As of June 3, 2024, Kroll has received approximately 595 claims.  This includes approximately 89 "bulk" claims, which are submitted on behalf of a multitude of underlying Settlement Class Members, including institutions, which often submit such group claims as well. Kroll is reviewing and processing each of these claims and will continue to do so as it receives additional claims.  In our experience, most claims are not filed until close to the claim filing deadline, and many claims continue to be filed and accepted even thereafter.

**EXCLUSIONS AND OBJECTIONS**

9.      The deadline for submitting a request for exclusion was May 20, 2024.  The Notice, Summary Notice, and Settlement Website informed Class Members that requests for exclusion

from the Class had to have been postmarked no later than May 20, 2024. The Notice directed Class Members who wished to request exclusion to mail their request to *Olo Securities Settlement,* Claims Administrator, c/o Kroll Settlement Administration, Attn: EXCLUSIONS, P.O. Box 5324, New York, New York 10150-5324. Initial Cormio Declaration, Ex. A at 2, 10. The Notice also sets forth the information that needed to be included in each request for exclusion. Kroll monitors all mail delivered to this post office box. To date, Kroll has received 32 timely, valid requests for exclusion, 3 late, but otherwise valid requests for exclusion, and one (1) timely request for exclusion via email. Therefore, in sum, through June 3, 2024, Kroll has received 36 requests for exclusion and recommends that the Court accept all of these requests for exclusion. Attached hereto as Exhibit A are the requests for exclusions from the proposed Settlement Class.

10.     The deadline for objecting to the Settlement, the Plan of Allocation, Class Counsel's request for fee and reimbursement of litigation expenses requests, or Class Representative's request for an award for its costs and expenses was May 20, 2024. The Notice informed Settlement Class Members that objections needed to be in writing and filed with the Court and delivered to representatives of Class Counsel and Defendants' Counsel by that deadline. Initial Cormio Declaration, Ex. A at 2, 10-11. Settlement Class Members were not instructed to submit objections to Kroll, nor has Kroll received any objections to date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Northport, New York on June 3, 2024.

_____
Robert Cormio

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

*s/ Amanda F. Lawrence*
Amanda F. Lawrence

# EXHIBIT A

May 13, 2024

Joshua K. Benn



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Joshua Benn's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Joshua Benn is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 130,890 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 39,360 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Joshua K. Benn

Joshua K. Benn

WESTCHESTER NY  105

14 MAY 2024  PM 1  L

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: Exclusions

PO Boxx 5324
New York, NY, 10150-5324

10150-532424

COR0000008



COR0000008

May 13, 2024

Jason Mozingo
Managing Principal
Passkey Investors, LLC



Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: EXCLUSIONS
PO Box 5324
New York, NY 10150-5324

**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

Passkey Investors, LLC (a single member LLC controlled by me) would like to be <u>excluded</u> and "opt out" from the class action lawsuit brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.

Passkey Investors, LLC was a shareholder of Wisely Inc. (owned 130,890 Wisely shares) and as part of the Company's sale to OLO Inc. that was completed on November 4, 2021, received consideration that included 39,360 shares of OLO common stock at Reference Price of $29.85 per OLO share.

Please confirm receipt of this letter and my exclusion from the above defined class action.

Sincerely,

Jason Mozingo
Passkey Investors, LLC

WESTCHESTER NY  105

13 MAY 2024  PM 4  L

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: EXCLUSIONS
PO Box 5324
NEW YORK, NY  10150-5324



May 13, 2024

[YOUR Name   SCOTT LAWTON



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges SCOTT LAWTON's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*. For the avoidance of doubt, Scott Lauhn is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 174,520 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 174,520 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

WESTCHESTER NY   105

15 MAY 2024  PM 4  L

OIO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR, C/O Kroll Settlement Administration

ATTN: EXCLUSIONS

PO BOX 5324

NEW YORK, NEW YORK  10150-5324

10150-532424

↩ Reply    ↩ Reply All    → Forward    ⋯

SL  Scott Lawton ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
To  ● Olo, Inc. Securities Litigation

Tue 5/28/2024 3:51 PM

# I believe it was 52,480 OlO shares

Scott Lawton

▇▇▇▇▇▇▇▇▇▇▇▇

Confidentiality: The information contained in this e-mail message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution, or copy of this communication other than to the individual or entity named above is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

On Tue, May 28, 2024 at 3:32 PM Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com> wrote:

> Hello Mr. Lawton – We received the attached request for exclusion. In the letter, you reference owning 174,520 shares of Wisely, Inc. which were converted into an equivalent number of Olo shares as a result of the merger agreement.
>
> Note that the share conversion from Wisely to Olo did not take place on a one-for-one basis, and we have therefore been asked by counsel to reach out and obtain clarification on the actual number of shares of Olo, Inc. that you owned upon completion of the merger. Our goal is to ensure that your request reflects the actual number of Olo, Inc. shares owned at the time.
>
> Can you please confirm if this number was 174,520 or a lesser number?
>
> Thank you,
>
> Claims Administrator
>
> Olo, Inc. Securities Settlement

83007          COR0000011



COR0000011

May 13, 2024

Andrew C. Peskoe for
RIS Capital Company LLC



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund
v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Andrew C. Peskoe's exclusion from the existing class
proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's
Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-
08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, Andrew C. Peskoeis "opting out" from the above class
action litigation.

I was a shareholder of Wisely Inc. and as part of the Company's sale to Olo Inc. that was completed on
November 5, 2021, I received consideration that included 13,120 shares of Olo common stock at $29.85
per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and
included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average
sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price
per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined
without regard to after-hours trading or any other trading outside the regular trading session trading
hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd)
trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the
foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation
Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a
Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger
Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company
("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware
corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's
securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of

Andrew C. Peskoe for
RIS Capital Company LLC
Page 2


Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

RIS Capital Company LLC
By Andrew C. Peskoe, Managing Partner

NEW YORK NY 100

17 MAY 2024PM 13 L

US POSTAGE PITNEY BOWES

ZIP 10017
02 7H
0006089723    MAY 16 2024

$ 000.64⁰

Olo Securities Settlement,
Claims Administrator, c/o Kroll
Settlement Administration
Attn: EXCLUSIONS
P.O. Box 5324,
New York, New York 10150-5324

10150-532424



AP   **Andrew Peskoe** ⋅ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
To ▇▇▇▇▇▇▇
Cc   ● Olo, Inc. Securities Litigation

↩ Reply    ↩ Reply All    → Forward    ⋯

Fri 5/24/2024 3:53 PM

🛡 External

Confirmed and thank you.

Andrew C Peskoe

---

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Friday, May 24, 2024 3:50:51 PM
**To:** Andrew Peskoe ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:** Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com>
**Subject:** Request for Exclusion - Olo Securities Settlement

Hello Andrew – It was a pleasure speaking with you today. As a recap to our conversation, could you please confirm that the following points are correct?

- You submitted the attached request for exclusion from the Olo Securities Settlement, listing your own name as the party requesting exclusion.
- Prior to the Olo merger, all shares you owned in Wisely, Inc. were transferred to an entity under your control named Trace L5 Capital LLC.
- Trace L5 Capital LLC received consideration which included 13,120 shares of Olo common stock as a result of the merger agreement.
- You wish to modify your exclusion request in order to exclude Trace L5 Capital LLC, rather than yourself (Andrew C. Peskoe) from the settlement.

Thank you,



83007          COR0000013



COR0000013

May 13, 2024

Jeffrey Steinberg



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges **_Jeffrey Steinberg's_** exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, **_Jeffrey Steinberg_** is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned **_$100,000 of Convertible Notes_** shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included **_3,115_**_____ shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021,** Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21,

2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Jeffrey Steinberg

- 5/13/24

Steinberg

PHOE__ __AZ

15 MA__ 2024

FOREVER  USA

FOREVER  USA

Olo Securities Settlement,

Claims Administrator, C/o Kroll Settlement Administration

Attn. Exclusions

New York, New York 10150-5324

10150-532424

83007    COR0000014



COR0000014

May 13, 2024

Scott Beck



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Scott Beck's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Scott Beck is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 13,120 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 13,120 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Scott Beck



Scott Beck



**Retail**

16 May 2024

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE PAID
FCM LETTER
WESTPORT, CT 06880
MAY 16, 2024

$8.73

10190

**RDC 99**

R2305K137543-03



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 2019 4180 64

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR c/o KROLL SETTLEMENT ADMIN
ATTN: EXCLUSIONS
PO BOX 5324
NEW YORK, NY
          10150-5324

RETURN RECEIPT
REQUESTED

10150-532424

83007        COR0000012



COR0000012

May 13, 2024

Tyler Felous

█████████████████████████████

**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Tyler Felous's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, Tyler Felous is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 802,107 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 321,452 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Tyler Febus

CAPITAL DISTRICT 208

16 MAY 2024 PM 1 L



WOMEN VOTE
19th AMENDMENT
FOREVER USA

Olo Securities Settlement
Claims Administrator, c/o Kroll Settlement Administration
Attn: EXCLUSIONS,
P.O. Box 5324
New York, New York 10150-5324

10150-532424

TF    Tyler Felous
      To ● Olo, Inc. Securities Litigation

↩ Reply    ↩ Reply All    → Forward    ⋯

Wed 5/29/2024 8:39 AM

Hi there, yes, I had approx 80k shares come to me via Wisely Executive LLC.

I added them to my count which explains the discrepancy.

Thanks,
Tyler


Tyler M. Felous
███████████


On Tue, May 28, 2024 at 9:50 PM Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com> wrote:

> Good afternoon Tyler,
>
> We received the attached opt-out request from you. In the letter, you reference receiving consideration of 321,452 shares of Olo, Inc. as a result of the Wisely, Inc. merger agreement. Olo has informed us that they only have a record of you receiving 241,202 shares as a result of the merger.
>
> We are seeking to reconcile this conflicting information. It may be possible that you received the remaining ~80k Olo shares via another entity. Can you please any clarification on this matter?
>
> Thank you,
>
> Claims Administrator
>
> Olo, Inc. Securities Settlement

83007    COR0000015



COR0000015

May 14, 2024

Heather M. Cull



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Heather M. Cull's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Heather M. Cull is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 200,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 60,142 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

*Heather Cull*

Heather Cull (May 15, 2024 12:37 CDT)

**Heather M. Cull**






CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024
10150
$6.99
RDC 99
R2304M113208-33

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
C/O KROLL SETTLEMENT ADMINISTRATION
ATTN: EXCLUSIONS
P.O. BOX 5324
NEW YORK, NEW YORK
10150-5324



COR0000016

May 14, 2024

Michelle Lozier



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Michelle Lozier's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, Michelle Lozier is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 200,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 60,142 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Michelle Lozier (May 15, 2024 13:35 EDT)

Michelle Lozier






CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324

NEW YORK, NEW YORK

10150-5324

COR0000017



COR0000017

May 14, 2024

Jordan Ashdown



### RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Jordan Ashdown's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*. For the avoidance of doubt, Jordan Ashdown is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 200,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 60,142 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

### Please confirm receipt of this letter and my exclusion from the above defined class action.

"Reference Price" means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

On November 4, 2021, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

_Jordan Ashdown_
Jordan Ashdown (May 15, 2024 11:59 EDT)

**Jordan Ashdown**






CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

$6.99

R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324

NEW YORK, NEW YORK

10150-5324



May 14, 2024

Blake Ashdown
Blake Ashdown, Self Directed IRA



## RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Blake Ashdown and Blake Ashdown, Self Directed IRA's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*. For the avoidance of doubt, Blake Ashdown as well as Blake Ashdown, Self Directed IRA is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 1,094,410 shares individually and 81,045 shares in my Self Directed IRA) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 329,101 shares of Olo common stock individually and 24,371 shares of Olo common stock in my self-directed IRA at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

## Please confirm receipt of this letter and my exclusion from the above defined class action.

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of

Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

_Blake Ashdown_
Blake Ashdown (May 15, 2024 13:25 EDT)

Blake Ashdown
Blake Ashdown on behalf of the Blake Ashdown, Self Directed IRA



CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150

$6.99

R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324

NEW YORK, NEW YORK
10150-5324


COR0000019

May 14, 2024

Kenneth J. Foote



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Kenneth J. Foote's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.    For the avoidance of doubt, Kenneth J. Foote is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 981,059 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 295,015 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21,

2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Kenneth J. Foote






CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
C/o KROLL SETTLEMENT ADMINISTRATION
ATTN: EXCLUSIONS

P. O. BOX 5324
NEW YORK, NEW YORK
10150-5324

May 14, 2024

Iris Rochelle Foote



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Iris Rochelle Foote's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, Iris Rochelle Foote is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Iris Rochelle Foote



CERTIFIED MAIL

9589 0710 5270 1525 6169 26



Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
C/o KROLL SETTLEMENT ADMINISTRATION
ATTN: EXCLUSIONS
P.O. BOX 5324
NEW YORK, NEW YORK
                    10150-5324

83007                                    COR0000021

COR0000021

May 14, 2024

Donkersloot-Foote Family Trust u/a dated 5/30/17
Darci C. Foote, Trustee



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund
v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges the Donkersloot-Foote Family Trust u/a dated
5/30/17's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of
Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah
Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, the
Donkersloot-Foote Family Trust u/a dated 5/30/17 is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc.
that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo
common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on
November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average
sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price
per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined
without regard to after-hours trading or any other trading outside the regular trading session trading
hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd)
trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the
foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation
Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a
Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger
Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company
("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware
corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's
securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of
Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21,
2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged
with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Darci Foote (May 14, 2024 18:33 EDT)

Donkersloot-Foote Family Trust u/a dated 5/30/17
By:  Darci C. Foote, Trustee






CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324

NEW YORK, NEW YORK
　　　　　　　　10150-5324

83007    COR0000022



COR0000022

May 14, 2024

Charlotte Lynne Fitzpatrick



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Charlotte Lynne Fitzpatrick's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, Charlotte Lynne Fitzpatrick is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Charlotte Fitzpatrick (May 14, 2024 18:04 EDT)

Charlotte Lynne Fitzpatrick

   

CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150    $6.99

RDC 99    R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324

NEW YORK, NEW YORK

10150-5324

83007    COR0000023



COR0000023

May 14, 2024

Alexander Kirby Foote



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Alexander Kirby Foote's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*. For the avoidance of doubt, Alexander Kirby Foote is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021,** Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Alexander Kirby Foote





CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
C/o KROLL SETTLEMENT ADMINISTRATION
ATTN: EXCLUSIONS
P.O. BOX 5324
NEW YORK, NEW YORK
10150-5324

83007    COR0000024



COR0000024

May 14, 2024

Benjamin Aaron Foote



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Benjamin Aaron Foote's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).*   For the avoidance of doubt, Benjamin Aaron Foote is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021,** Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Benjamin Foote (May 14, 2024 15:48 CDT)

Benjamin Aaron Foote






CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 15, 2024

10150

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324

NEW YORK, NEW YORK

10150-5324

83007    COR0000025



COR0000025

May 14, 2024

Lark Allison Foote



## RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Lark Allison Foote's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Lark Allison Foote is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

## Please confirm receipt of this letter and my exclusion from the above defined class action.

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

*Lark A. Foote (May 14, 2024 22:17 GMT+1)*

**Lark Allison Foote**



CERTIFIED MAIL

9589 0710 5270 1525 6169 26




Retail

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

$6.99

R2304M113208-33

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
C/O KROLL SETTLEMENT ADMINISTRATION
ATTN: EXCLUSIONS
P.O. BOX 5324
NEW YORK, NEW YORK
10150-5324



83007    COR0000026

May 14, 2024

Blythe Esther Foote



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Blythe Esther Foote's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).*   For the avoidance of doubt, Blythe Esther Foote is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Blythe Foote (May 14, 2024 22:12 GMT+1)

Blythe Esther Foote






CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/O KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P. O. BOX 5324

NEW YORK, NEW YORK

10150-5324

COR0000027



COR0000027

May 14, 2024


Juliet Ann Foote



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Juliet Ann Foote's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Juliet Ann Foote is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 125,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 37,588 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021,** Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged

with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,



Juliet Foote (May 14, 2024 22:20 GMT+1)

Juliet Ann Foote



 

CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

10150    $6.99

RDC 99    R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P. O. BOX 5324

NEW YORK, NEW YORK
10150-5324



COR0000028

May 14, 2024

Wisely Executive Holdings, LLC
Kenneth J. Foote, Manager



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Wisely Executive Holdings, LLC's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Wisely Executive Holdings, LLC is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 1,253,196 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 376,850 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged

with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Wisely Executive Holdings, LLC
By:  Kenneth J. Foote, Manager





CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024
$6.99

10150

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
C/o KROLL SETTLEMENT ADMINISTRATION
ATTN: EXCLUSIONS
P.O. BOX 5324
NEW YORK, NEW YORK
10150-5324



May 14, 2024

Amy E. Soltis



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Amy E. Soltis' exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Amy E. Soltis is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 200,000 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 60,142 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Amy Soltis (May 15, 2024 19:40 EDT)

Amy E. Soltis

CERTIFIED MAIL

9589 0710 5270 1525 6169 26

Retail

U.S. POSTAGE PAID
FCM LG ENV
EAST LANSING, MI 48823
MAY 16, 2024

UNITED STATES
POSTAL SERVICE®

10150

$6.99

RDC 99

R2304M113208-33

OLO SECURITIES SETTLEMENT

CLAIMS ADMINISTRATOR

C/O KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324

NEW YORK, NEW YORK
10150-5324

May 13, 2024

From:

Carl A. Pforzheimer, General Partner
Pforzheimer Family Limited Partnership



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Pforzheimer Family Limited Partnership's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, the Pforzheimer Family Limited Partnership is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 126,527 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 41,334 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of

Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Carl A. Pforzheimer, General Partner

Pforzheimer Family Limited Partnership

OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
c/o KROLL SETTLEMENT ADMINISTRATION

ATTN: EXCLUSIONS

P.O. BOX 5324
NEW YORK, NY 10150-5324

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

 

MAY 16, 2024

10150    **$9.85**

RDC 03    0 Lb 3.10 Oz    R2304N116724-16



**UNITED STATES POSTAL SERVICE** ® | **PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply). *
- USPS Tracking® service included for domestic and many intern
- Limited international insurance.**
- When used internationally, a customs declaration form is requir

*Insurance does not cover certain items. For details regarding claims exclusions s
Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitatic

EXPECTED DELIVERY DAY: 05/18/24

USPS TRACKING® #

9505 5106 9171 4137 6649 14

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To sche

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE** ® | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

PFORZHEIMER

[redacted]

TO:    OLO SECURITIES SETTLEMENT
CLAIMS ADMINISTRATOR
C/O KROLL SETTLEMENT
                ADMINISTRATION
ATTN: EXCLUSIONS
P.O. BOX 5324
NEW YORK, NY 10150-5324

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.