**From:**          Tammy K. Billings <tammy.billings@gmail.com>
**Sent:**          Monday, May 20, 2024 9:54 AM
**To:**            Olo, Inc. Securities Litigation
**Cc:**            InvestorRelations@olo.com
**Subject:**       [EXTERNAL] Exclusion from Olo Class Settlement RE Steamship Trade Association of

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed


In receiving this notification OLO acknowledges Tammy Billings' exclusion from the existing class.

Please confirm receipt.

Tammy K Billings
213.447.4499

| | |
|---|---|
| **From:** | Tammy K. Billings <tammy.billings@gmail.com> |
| **Sent:** | Monday, May 20, 2024 7:50 PM |
| **To:** | Olo, Inc. Securities Litigation |
| **Cc:** | InvestorRelations@olo.com |
| **Subject:** | Re: [EXTERNAL] Exclusion from Olo Class Settlement RE Steamship Trade Associatior |
| **Attachments:** | 1099 Composite and Year-End Summary - 2023_2024-01-26_947.PDF; 1099Composi |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Greetings! Thank you to whomever tried to reach me via phone. I am traveling for business today and was unfamiliar with the ph deadline as the July date that was referenced - a miss on my part for sure, but I am doing my best to correct it.

I have a hard time understanding why if I do not want to receive money or participate in a class action lawsuit that I am being for

Please find attached the Schwab statements that reflect my Olo transactions. My address is included on the documents however

Hopefully this will suffice until I can print all of this out at home and mail on 5/22/24. It seems clear the intent was to NOT partici

Thank you for your help in this matter.

Tammy K. Billings
213.447.4499 cell


On Mon, May 20, 2024 at 1:54 PM Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com> wrote:

Hello Ms. Billings,


Thank you for your email. Please note that per the terms described in the Notice, you cannot exclude yourself by phone or emai

To exclude yourself from the Class, you must send a letter by mail saying that you want to be excluded from the Class in the follo sure to include your name, **address**, e-mail address, telephone number, and sign the letter. Exclusion requests must also **state th** requested to submit them at a later date.) Your exclusion request must be postmarked no later than May 20, 2024 and sent to t

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: EXCLUSIONS
PO Box 5324
New York, NY 10150-5324


—

We encourage you to revise and re-submit your request by mail as soon as possible.  If, for any reason, you are unable to send a



**Schwab One® Account of**
**TAMMY K BILLINGS**


Account Number

**TAX YEAR 2021**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  February 11, 2022**

## Recipient's Name and Address

02/11-00000-YEIP1824 *1
TAMMY K BILLINGS

## Items for Attention

- Schwab provides your Form 1099 tax information as early and as accurately as possible. However, some issuers may provide new information about their securities after the IRS Form 1099 mailing deadline. If Schwab receives updated information from issuers of securities you hold, we are required by the IRS to send you a CORRECTED Form 1099 with changes clearly highlighted. Please plan your tax preparation accordingly.

- Please refer to the enclosed insert(s) for additional information.

## Important Official IRS Form(s) 1099 Enclosed

The report in this package contains your income tax return documents and year-end summary. Please retain this package for tax preparation purposes.

For tax advice, please consult with a qualified tax advisor, CPA, or financial planner.

### To contact Schwab:

If you have any questions or need additional information about your Form(s) 1099 or your year-end summary, please call 1-800-435-4000, 24 hours a day, 7 days a week. We're always here for you.

### To contact the IRS:

Tax questions for individuals: 1-800-829-1040
Tax questions for businesses: 1-800-829-4933
To order tax forms or publications: 1-800-829-3676
To pay taxes by credit card: 1-888-272-9829
For additional information and to print forms and publications, visit www.irs.gov.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



**Schwab One® Account of**
**TAMMY K BILLINGS**



Account Number

**TAX YEAR 2021**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  February 11, 2022**

**Your Form 1099 Composite may include the following Internal Revenue Service (IRS) forms: 1099-DIV, 1099-INT, 1099-MISC, 1099-B and 1099-OID. You'll only receive the form(s) that apply to your particular financial situation and please keep for your records. Please note that information in the Year-End Summary is not provided to the IRS. It is provided to you as additional tax reporting information you may need to complete your tax return.**

| Table of Contents | Page |
|---|---|
| **FORM 1099 COMPOSITE** | **3** |
| **Form 1099-B** | **3** |
| Notes for your Form 1099-B | 6 |
| **YEAR-END SUMMARY** | **7** |
| **Realized Gain or (Loss)** | **7** |
| Short-Term Realized Gain or (Loss) | 7 |
| Realized Gain or (Loss) Summary | 8 |
| Notes for Your Realized Gain or (Loss) | 9 |
| **Cost Basis Disclosure** | **10** |
| **Terms and Conditions** | **12** |

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



**Schwab One® Account of**
**TAMMY K BILLINGS**

**Account Number**


**TAX YEAR 2021**
**FORM 1099 COMPOSITE**

**Date Prepared: February 11, 2022**

## Recipient's Name and Address

TAMMY K BILLINGS

## Payer's Name and Address

CHARLES SCHWAB & CO., INC.
211 MAIN STREET
SAN FRANCISCO, CA 94105

Telephone Number:  (800) 435-4000
Federal ID Number:  94-1737782

---

**Proceeds from Broker Transactions — 2021**                                                              **Form 1099-B**

Department of the Treasury-Internal Revenue Service                                    Copy B for Recipient (OMB No. 1545-0715)

---

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part I, with **Box A** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 1 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>12/14/21 | $ 22.42 | $ 2.32 | --<br>-- | $ 20.10 | $ 0.00 |
| 33 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>12/14/21 | $ 739.86 | $ 76.56 | --<br>-- | $ 663.30 | $ 0.00 |
| 70 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>12/14/21 | $ 1,569.39 | $ 162.40 | --<br>-- | $ 1,406.99 | $ 0.00 |
| 100 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>12/14/21 | $ 2,241.99 | $ 232.00 | --<br>-- | $ 2,009.99 | $ 0.00 |

FATCA Filing Requirement ☐
**Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.**

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**FORM 1099 COMPOSITE**

## INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
## 1099-B: Proceeds from Broker Transactions

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to

reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D (Form 1040), or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund(QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup  withholding. Include this amount on your income tax return as tax  withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040) instructions. The broker should advise you of any losses on a separate statement.

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked.  If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040).  If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Boxes 14-16.** Show state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to*www.irs.gov/Form1099B*.

**Free File**. Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**FORM 1099 COMPOSITE**

**Taxpayer ID Number:** ***-**-0541

**Date Prepared: February 11, 2022**

## Proceeds from Broker Transactions — 2021 (continued)

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part I, with **Box A** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | *Realized Gain or (Loss)* | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 570 OLO INC 68134L109 / OLO | S | 12/14/21 12/14/21 | $ 12,779.33 | $ 1,322.40 | -- -- | $ 11,456.93 | $ 0.00 |
| **Security Subtotal** | | | $ 17,352.99 | $ 1,795.68 | -- -- | $ 15,557.31 | $ 0.00 |
| **Total Short-Term (Cost basis is reported to the IRS)** | | | $ 17,352.99 | $ 1,795.68 | -- -- | $ 15,557.31 | $ 0.00 |
| **Total Short-Term Sales Price of Stocks, Bonds, etc.** | | | $ 17,352.99 | $ 1,795.68 | -- -- | $ 15,557.31 | $ 0.00 |
| **Total Sales Price of Stocks, Bonds, etc.** | | | $ 17,352.99 | | | | |
| **Total Federal Income Tax Withheld** | | | $ 0.00 | | | | |

FATCA Filing Requirement ☐
**Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.**

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**FORM 1099 COMPOSITE**

**Date Prepared:  February 11, 2022**

## Notes for Your Form 1099-B

**Box 1b-Date acquired:** If there is more than one lot in a sell transaction, the acquisition date for the individual lot in the transaction can be found in the Realized
Gain or (Loss) section of the Year-End Summary.
  (1) If **Box 1b-Date acquired** displays as VARIOUS, your sell transaction included multiple tax lots purchased on different acquisition dates within
    the same holding period and covered/non-covered status. The lots in the transaction are rolled up into a single sell transaction.
  (2) If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term.

**Box 1d-Proceeds/Box 6-Reported to IRS: Gross proceeds (except where indicated):**
  (1) Gross proceeds from each of your security transactions are reported individually to the IRS.
  (2) Gross proceeds in aggregate are not reported to the IRS and should not be reported on your tax return.
  (3) Net proceeds will only be displayed if the proceeds on a trade have been adjusted for an option premium.

**Box 1e-Cost or other basis:** Schwab has provided cost basis information whenever possible for most investments.  Cost basis data may be incomplete or
unavailable for some of your holdings.  When value for the report is unavailable, it is noted as follows:

    **Not**      Schwab is not providing Cost Basis on this security type.
   **Provided**

   **Missing**    (1) Cost Basis data may not be available for a number of reasons (for example, the security was purchased outside of Schwab and we did not
         receive cost basis from the transferring firm).
        (2) The security was purchased more than 10 years ago.

**Realized Gain or (Loss):** Realized Gain or (Loss) is not reported to the IRS.

**Box 2-Short-term gain or loss, Long-term gain or loss, or Ordinary:** Only if you have both long-term and short-term transactions will you receive both long-term and short-term sections of the
1099-B:
  **Long-term gain or loss** has a holding period greater than one year.
  **Short-term gain or loss** has a holding period of one year or less.

**Other Cost Basis Notes:**
  (1) The cost basis and basis adjustments for covered securities are reported to the IRS.
  (2) If "BASIS IS REPORTED TO THE IRS" appears in the section heading, this indicates **Box 12-If checked,  basis reported to IRS** is checked. If "BASIS IS AVAILABLE BUT NOT REPORTED"
    or  "BASIS IS MISSING AND NOT REPORTED" appears, this indicates **Box 5-If checked, noncovered security** is checked. These boxes are not displayed on the 1099-B but the boxes are
    reported to the IRS and included in the download for TurboTax and H&R Block.
  (3) For non-covered securities appearing in sections of the 1099-B which include the headings "BASIS IS AVAILABLE BUT NOT REPORTED TO THE IRS" or
    "BASIS IS MISSING AND NOT REPORTED TO THE IRS", **Box 1b-Date acquired,  1e-Cost or other basis, 1f-Accrued Market Discount** and  **1g-Wash Sale Loss**
    **Disallowed** are not reported to the IRS.

**\*\*Activity Codes** (Not reported to the IRS)

| **C** = Cash in Lieu | **E** = Exchange | **P** = Principal | **S** = Sale | **T** = Tender | **BC** = Buy to Close | **X** = Expiration |
|---|---|---|---|---|---|---|
| **CV** = Conversion | **M** = Cash Merger | **MT** = Maturity | **R** = Redemption | **SS** = Short Sale | **SC** = Sell to Close | |

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed
on you if this income is taxable and the IRS determines that it has not been reported.**

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)        



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**

**Date Prepared:  February 11, 2022**

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

## REALIZED GAIN OR (LOSS)

The information in the following sections include all your realized gain or (loss) transactions during the tax year. They may be helpful for, but not limited to, Schedule D. Please consult with your tax advisor or financial advisor regarding specific questions.

### Short-Term Realized Gain or (Loss)

This section is for covered securities and corresponds to transactions reported on your 1099-B as **"cost basis is reported to the IRS."**  Report on Form 8949, Part I, with Box A checked.

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| OLO INC | 68134L109 | 1.00 | 12/14/21 | 12/14/21 | $ 22.42 | $ 22.15 | -- | $ 0.27 |
| OLO INC | 68134L109 | 33.00 | 12/14/21 | 12/14/21 | $ 739.86 | $ 730.95 | -- | $ 8.91 |
| OLO INC | 68134L109 | 70.00 | 12/14/21 | 12/14/21 | $ 1,569.39 | $ 1,550.50 | -- | $ 18.89 |
| OLO INC | 68134L109 | 100.00 | 12/14/21 | 12/14/21 | $ 2,241.99 | $ 2,215.00 | -- | $ 26.99 |
| OLO INC | 68134L109 | 570.00 | 12/14/21 | 12/14/21 | $ 12,779.33 | $ 12,625.50 | -- | $ 153.83 |
| **Security Subtotal** | | | | | $ **17,352.99** | $ **17,144.10** | -- | $ **208.89** |
| **Total Short-Term** *(Cost basis is reported to the IRS)* | | | | | $ **17,352.99** | $ **17,144.10** | -- | $ **208.89** |
| **Total Short-Term** | | | | | $ **17,352.99** | $ **17,144.10** | -- | $ **208.89** |

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)





**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**
The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

**Date Prepared:  February 11, 2022**

## Realized Gain or (Loss) Summary

### Total Realized Gain or (Loss)

| Description | | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| **Total Short-Term Realized Gain or (Loss)** *(Cost basis is reported to the IRS. Report on Form 8949, Part I, with Box A checked.)* | $ | 17,352.99 | $ 17,144.10 | -- | $ | 208.89 |
| **Total Short-Term Realized Gain or (Loss)** | $ | 17,352.99 | $ 17,144.10 | -- | $ | 208.89 |
| **TOTAL REALIZED GAIN OR (LOSS)** | $ | 17,352.99 | $ 17,144.10 | -- | $ | 208.89 |

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**YEAR-END SUMMARY**

## YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.

**Date Prepared:  February 11, 2022**

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

## Notes for Your Realized Gain or (Loss)

Schwab has provided realized gain and loss information whenever possible for most investments.  Cost basis data may be incomplete or unavailable for some of your holdings.  See Terms and Conditions.

When value for the report is unavailable, it is noted as follows: "Missing" or "Not Provided"

| | |
|---|---|
| **Not Provided** | Schwab is not providing Cost Basis on this security type. |
| **Missing** | Cost Basis may be missing due to one of the following reasons:<br>• Cost basis data may not be available for a number of reasons (for example, the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm).<br>• The security was purchased more than 10 years ago. |
| **Date Acquired** | If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term. |
| **Total Proceeds** | The amount displayed in this column has been adjusted for option premiums, if applicable. |
| **Cost Basis** | The amount displayed in this column may differ from your original cost basis as adjustments may have been made to reflect applicable option premiums, corporate actions and/or wash sales. |
| **Wash Sale Loss Disallowed** | The disallowed amount displayed in this column has been added to the cost basis of other share lots with the same CUSIP owned in the same account at the time the loss was disallowed. |
| **Realized Gain or (Loss)** | The calculation for gain or (loss) displayed in this column is Total Proceeds - Cost Basis + Wash Sale Loss Disallowed - Market Discount =Realized Gain or (Loss) |

For sales of short-term debt issued after January 1, 2014, talk to your tax advisor as to how to report the income.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  February 11, 2022**

# COST BASIS DISCLOSURE

**Changes to Cost Basis Reporting Requirements**

Starting with the 2011 tax year, Charles Schwab & Co. began reporting adjusted cost basis to you and the IRS on your Form 1099-B for covered securities in your taxable brokerage accounts that you sell and are covered by the Emergency Stabilization Act regulations.
In the event of transfers of securities, we are also required to report adjusted cost basis information to other custodians for covered securities transferred to them.

Schwab will treat securities as covered when they are acquired on or after the following effective dates:
· January 1, 2011 for stocks and other equities
· January 1, 2012 for mutual funds, ETFs, and Dividend Reinvestment Plan ("DRIP") shares
· January 1, 2014 for less complex fixed income and options, rights and warrants
· January 1, 2016 for more complex fixed income

Because these new reporting requirements could impact the cost basis used to compute your taxable gains and losses, it's important to understand when and how they will apply to you. The information in this document is intended as informational only and is not individualized tax advice. Schwab does not provide tax advice and  encourages you to consult with your tax professional to understand how the new reporting requirements will affect you and your tax situation.

**What Does This Mean for You**

1. When you sell covered securities, as described above, Schwab will be required to report details about your cost basis to you and the IRS on Form 1099-B. You will continue to be responsible for reporting all cost basis information for both covered  and uncovered securities to the IRS on your tax returns.
2. Unless you've indicated otherwise, Schwab will calculate your gains and losses using the IRS default cost basis method of Average Cost for mutual funds and FIFO (First In, First Out) for all other securities. It is your responsibility to choose the cost basis method appropriate to your tax situation. See "Cost Basis Methods" for the methods offered by Schwab.
3. When you sell a security, the cost basis method used to calculate your gain or loss cannot be changed after your trade settles. So it's important to consider the tax implications at the time of trade.

**What is Cost Basis?**

Cost basis is the original purchase price you paid for a security plus commissions and any fees. Adjusted cost basis includes any other adjustments to the price. Adjusted cost basis also includes any adjustments due to wash sales, amortization, accretion and corporate actions.

Your realized gain/loss on a security is determined by subtracting the adjusted cost basis from the sale proceeds in an account less commissions and fees.

For covered securities that were not both purchased and sold at Schwab, Schwab calculates cost basis using data that you have provided to us or that we have obtained from third-party sources

such as your prior custodian or another third-party source. Because the accuracy of cost basis data depends upon these third-party inputs, we are not able to guarantee the availability, accuracy, or completeness of such cost basis data on transactions that did not occur at Schwab. If we are not provided with adequate information to report cost basis data for covered securities that were not both purchased and sold at Schwab, those securities will be considered uncovered and the cost basis will not be reported to the IRS even if acquired after the effective date.

**Cost Basis Methods**

It is your responsibility to choose the cost basis method appropriate for your tax situation. Failure to select the proper cost basis method may cause you to pay more tax than necessary. Schwab does not provide tax advice and encourages you to consult with your tax professional regarding this decision.

To view and change your default cost basis method on your brokerage account, go to the Service tab on schwab.com, then the Cost Basis Method page in Account Settings. You can also make a change by calling 800-435-4000. If your account is managed by an investment advisor, please call your advisor to make a change.

**Default Cost Basis Methods**

We apply the IRS default method of Average Cost for your mutual funds and the default method of FIFO (First In, First Out) to all other securities unless you inform us of a preferred method.

| | |
|---|---|
| FIFO | Shares you acquired first are sold first |
| Average Cost | Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date. Shares are removed in FIFO order. |

**Cost Basis Methods Offered by Schwab:**

You may select a different cost basis method for your brokerage account other than the default methods described above. The following cost basis methods are offered by Schwab:

| | |
|---|---|
| **FIFO (First In, First Out)** | Shares you acquired first are sold first |
| **LIFO (Last In, First Out)** | Shares you acquired last are sold first |
| **HCOST (High Cost)** | Shares with the highest cost are sold first |
| **LCOST (Low Cost)** | Shares with lowest cost are sold first |
| **Average Cost (mutual funds only)** | Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date. Shares are removed in FIFO order. |
| **Specific Identification** | The IRS allows taxpayers to identify specific lots to be sold. Such identification must be made with the broker at the time of trade and no later than close of business on the day the trade settles. |

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  February 11, 2022**

## COST BASIS DISCLOSURE (continued)

**Tax Lot Optimizer**$^{TM}$: Lots are selected and sold with the objective of taking losses first (short-term then long-term) and gains last (long-term then short-term). Lots are sold in this order:

| | |
|---|---|
| Short Term Losses | Lots that reflect a short term loss are sold first, beginning with lots that generate the greatest short term loss down to the least short term loss |
| Long Term Losses | Lots that reflect a long term loss are sold, beginning with lots that generate the greatest long term loss down to the least long term loss |
| Short Term No Gains or Losses | Short term lots that reflect no gain or loss |
| Long Term No Gains or Losses | Long term lots that reflect no gain or loss |
| Long Term Gains | Lots that reflect a long term gain, beginning with lots that generate the least long term gain up to the greatest long term gain |
| Short Term Gains | Lots that reflect a short term gain, beginning with lots that generate the least short term gain up to the greatest short term gain |

The cost basis method used to determine the gain/loss of a trade cannot be changed after the trade settles. If Schwab does not receive a specific instruction by the end of settlement date, we will use the current cost basis method you have selected for your account or the default cost basis method if you have made no alternate selection to calculate the gain/loss that is reported to you and the IRS at the end of year.

The Internal Revenue Service does not recognize LIFO, HCOST, LCOST and Tax Lot Optimizer as accounting methods, but it does recognize standing instructions to sell lots as adequate identification for reporting gains/losses.

### Cost Basis Adjustments
Cost basis is generally based on your purchase price plus commissions and any fees; however the original cost basis may be subject to adjustments that increase or decrease your basis.

Schwab will adjust the cost basis of securities in your brokerage account in the following circumstances.

**Wash Sales**: If you sell shares at a loss and buy additional shares in the same security 30 days before or after that date (61-day range), you may not claim the loss on your tax return until you sell the new shares.  If a wash sale occurs, the loss is disallowed for federal income tax purposes but may be added to the cost basis of the purchased shares. Schwab will adjust the cost basis and holding period of shares when a wash sale occurs within an account as a result of a purchase of an identical security with the same CUSIP. Schwab will not take into account the impact of options purchases or sales in determining disallowed losses on sales of  the underlying securities. It's important to note that the wash reporting requirements for you as a taxpayer are different and broader than the reporting requirements for Schwab. For more details on your wash sale reporting requirements, please see IRS publication 550 or speak with your tax professional.

**Corporate Actions**: In some instances corporate actions can affect cost basis of your securities. Regulations require issuers to provide statements describing the effects of a corporate action on the cost basis of a security. Schwab will adjust cost basis for corporate actions based on the information provided in the issuer statement.

**Return of Capital Payments:** Cost basis will be reduced for any return of capital (principal) distributions.

**Option Adjustments:** Schwab will adjust the cost basis or realized gain/loss (proceeds) of the underlying security for option assignments and exercises (by factoring the premium paid or received).

**Inheritance:**  Schwab will adjust the cost basis of securities that have been inherited based on the fair market value on the date of death unless alternate instructions are received from an authorized representative of the estate.

**Gifts:**  Shares will be gifted based on your default cost basis method unless otherwise specified with a given purchase date and cost prior to the gift transfer. Schwab will track the fair market value and gift date in addition to the donor's adjusted cost basis and will apply IRS gift rules at the time of sale to determine gain or loss.

You will still be required to track and make adjustments to your securities as it is possible that you could have other situations that require cost basis adjustments that Schwab is not required to report.

**Restricted Stock Awards:** If you filed an election pursuant to IRC Section 83(b) on a Restricted Stock Award issued by your employer, a different cost basis may apply to shares vested from that award than the cost basis reported on this statement. Please consult with your personal tax advisor to understand the tax implications.

**Acquisition date:** If cost basis is missing or not provided, a short-term holding period may have applied for position that may have been held long term.

Please Note: This information is not intended to be a substitute for specific individualized tax, legal or investment planning advice. Where specific advice is necessary or appropriate, Schwab recommends consulting with a qualified tax advisor, CPA, financial planner or investment manager. Except as noted in the Terms and Conditions, your Investment Advisors are not affiliated with, or supervised by Schwab.

Foreign Investors should note that the information provided is from a U.S. tax perspective. The information provided may or may not have relevance in other jurisdictions.

### Contact Us
If you have any questions or need more information about the cost basis methods or terminology in this Disclosure Statement, please call us at 1-800-435-4000. If your account is managed by an investment advisor,  please call Schwab Alliance at 1-800-515-2157.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  February 11, 2022**

# TERMS AND CONDITIONS

## GENERAL INFORMATION

### Form 1099-Composite

For U.S. taxpayers, the information reported to you on Form 1099 is given to the Internal Revenue Service (IRS). Form 1099-Composite is comprised of the following substitute forms: 1099-DIV, 1099-INT, 1099-MISC, 1099-OID, and 1099-B. The form(s) you receive in Form 1099 Composite depends on the income reportable to the IRS.

### Year-End Summary

The information in the Year-End Summary is provided to you as a courtesy, should you need additional information when completing your tax return. When relevant, IRS box numbers are referenced to indicate individual items that make up the totals appearing on your Form(s) 1099. With the exception of the totals reported in the IRS box numbers referenced, Charles Schwab does not provide the details of the Year-End Summary to the IRS.

We recommend that all customers consult their investment and tax advisors prior to using this information.

### Corrected Form 1099 and Year-End Summary

We are required to send you a corrected form with the revisions clearly marked when we receive updates or revisions to information contained in the form. This generally occurs if one or more of the issuers of the securities in your account reallocated certain income distribution (e.g., dividends or capital gains) after we mailed your original Form 1099. As a result, the supplemental information in Year-End Summary may be updated.

Upon receiving a corrected form, you may want to consider filing an amended return based on the changes in your taxable income as reported on your corrected Form 1099. We suggest that you consult with a qualified tax advisor, CPA, financial planner, or investment manager before you proceed.

### Duplicate Form 1099 and Year-End Summary

If you request a duplicate Form 1099, please be aware that Schwab uses the most up-to-date information available at the time of the production. Thus, your duplicate Form 1099 and Year-End Summary may have more up-to-date information than the original Form 1099.

### Realized Gain or (Loss) in Year-End Summary

The Realized Gain or (Loss) section provides information for all your realized gain or (loss) transactions during the tax year. It contains all transactions included in the Form 1099-B as well as transactions that are not reported on Form 1099-B (for example; sales and expirations of noncovered option activities, cash in lieu under $20, bankruptcy, and worthless securities). This supplemental information is believed to be accurate as of the date the data was compiled but they may not be updated for any corrections after the data was initially compiled.

 **IN CASE OF QUESTIONS:**If you have questions about this report or about specific Schwab accounts or Schwab One transactions (other than wire transfers or check transactions), contact Schwab at 1-800-435-4000. If you have a complaint regarding your Schwab statement or our products and services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105. Outside of the U.S., call +1-415-667-5009.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)





**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  January 26, 2024**

## Recipient's Name and Address

01/26-00000-YEIP1804 *1
TAMMY K BILLINGS

## Items for Attention

- Visit schwab.com/1099dashboard to access additional information that may be helpful when filing your tax return.

## Important Official IRS Form(s) 1099 Enclosed

The report in this package contains your income tax return documents and year-end summary. Please retain this package for tax preparation purposes.

For tax advice, please consult with a qualified tax advisor, CPA, or financial planner.

**To contact Schwab:**
If you have any questions or need additional information about your Form(s) 1099 or your year-end summary, please call 1-800-435-4000, 24 hours a day, 7 days a week. We're always here for you.

**To contact the IRS:**
Tax questions for individuals: 1-800-829-1040
Tax questions for businesses: 1-800-829-4933
To order tax forms or publications: 1-800-829-3676
To pay taxes by credit card: 1-888-272-9829
For additional information and to print forms and publications, visit www.irs.gov.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  January 26, 2024**

Your Form 1099 Composite may include the following Internal Revenue Service (IRS) forms: 1099-DIV, 1099-INT, 1099-MISC, 1099-B and 1099-OID. You'll only receive the form(s) that apply to your particular financial situation and please keep for your records. Please note that information in the Year-End Summary is not provided to the IRS. It is provided to you as additional tax reporting information you may need to complete your tax return.

| Table of Contents | Page |
| --- | --- |
| **FORM 1099 COMPOSITE** | **3** |
| **Form 1099-INT** | **3** |
| **Form 1099-B** | **5** |
| Notes for your Form 1099-B | 8 |
| **YEAR-END SUMMARY** | **9** |
| **Interest & Dividends** | **9** |
| Detail Information of Interest Income | 9 |
| **Realized Gain or (Loss)** | **9** |
| Long-Term Realized Gain or (Loss) | 9 |
| Realized Gain or (Loss) Summary | 11 |
| Notes for Your Realized Gain or (Loss) | 12 |
| **Cost Basis Disclosure** | **13** |
| **Terms and Conditions** | **15** |

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

**Date Prepared:  January 26, 2024**

## Recipient's Name and Address

TAMMY K BILLINGS

## Payer's Name and Address

CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE, TX 76262

**Telephone Number:**  (800) 435-4000
**Federal ID Number:**  94-1737782

## Interest Income — 2023                                    Form 1099-INT

Department of the Treasury-Internal Revenue Service    Copy B for Recipient (OMB No. 1545-0112)

| Box | Description | | Total |
|---|---|---|---|
| 1 | Interest Income | $ | 0.23 |
| 3 | Interest on U.S. Savings Bonds and Treasury Obligations | $ | 0.00 |
| **4** | **Federal Income Tax Withheld** | **$** | **0.00** |
| 5 | Investment Expenses | $ | 0.00 |
| 6 | Foreign Tax Paid | $ | 0.00 |
| 7 | Foreign Country or U.S. Possession | | |
| 8 | Tax-Exempt Interest | $ | 0.00 |
| 9 | Specified Private Activity Bond Interest | $ | 0.00 |
| 10 | Market Discount | $ | 0.00 |
| 11 | Bond Premium | $ | 0.00 |
| 12 | Bond Premium on Treasury Obligations | $ | 0.00 |
| 13 | Bond Premium on Tax-Exempt Bond | $ | 0.00 |
| 14 | Tax-Exempt and Tax Credit Bond CUSIP No. | | |
| 15 | State | | |
| 16 | State Identification No. | | |
| 17 | State Tax Withheld | $ | 0.00 |
| | FATCA Filing Requirement ☐ | | |

Amount in Box 9 Specified Private Activity Bond Interest subject to Alternative Minimum Tax is already included in Box 8 Tax-Exempt Interest. Both market discount and bond premium reported for covered taxable and tax-exempt bonds. Market discount is only reported if you submitted a written election to include in income currently.

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

# INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
## 1099-INT: Interest Income

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired at a premium, unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize the premium under section 171, or for a tax-exempt covered security acquired at a premium, your payer generally must report either (1) a net amount of interest that reflects the offset of the amount of interest paid to you by the amount of premium amortization allocable to the payment(s), or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s). If you did notify your payer that you did not want to amortize the premium on a taxable covered security, then your payer will only report the gross amount of interest paid to you. For a noncovered security acquired at a premium, your payer is only required to report the gross amount of interest paid to you.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. May also show the total  amount of the credits from clean renewable energy bonds, new clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during the calendar year on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912. See the instructions above for a taxable covered security acquired at a  premium.

**Box 3.** Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not all be taxable. See Pub. 550. This interest is exempt from state and local income taxes. This interest is not included in box 1. See the instructions above for a taxable covered security acquired at a premium.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9. Include this amount on your income tax return as tax withheld.

**Box 5.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 1. Note: This amount is not deductible.

**Box 6.** Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040-SR. See your tax return instructions.

**Box 7.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 8.** Shows tax-exempt interest paid to you during the calendar year by the payer. See how to report this amount in the Instructions for Form 1040. This amount may be subject to backup withholding. See Box 4 above. See the instructions above for a tax-exempt covered security acquired at a premium.

**Box 9.** Shows tax-exempt interest subject to the alternative minimum tax. This amount is included in box 8. See the Instructions for Form 6251. See the instructions above for a tax-exempt covered security acquired at a premium.

**Box 10.** For a taxable or tax-exempt covered security, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you, unless it was reported on Form 1099-OID. For a taxable or tax-exempt covered security acquired on or after January 1, 2015, accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.

**Box 11.** For a taxable covered security (other than a U.S. Treasury obligation), shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the security. If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 1. If the amount in box 11 is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4).

**Box 12.** For a U.S. Treasury obligation that is a covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the U.S. Treasury obligation. If an amount is not reported in this box for a U.S. Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 3. If the amount in box 12 is greater than the amount of interest paid on the U.S. Treasury obligation, see Regulations section 1.171-2(a)(4).

**Box 13.** For a tax-exempt covered security, shows the amount of premium amortization allocable to the interest payment(s). If an amount is reported in this box, see Pub. 550 to determine the net amount of tax-exempt interest reportable on Form 1040 or 1040-SR. If an amount is not reported in this box for a tax-exempt covered security acquired at a premium, the payer has reported a net amount  of interest in box 8 or 9, whichever is applicable. If the amount in box 13 is greater than the amount of interest paid on the tax-exempt covered security, the excess is a nondeductible loss. See Regulations section 1.171-2(a)(4)(ii).

**Box 14.** Shows CUSIP number(s) for tax-exempt bond(s) on which tax-exempt interest was paid, or tax credit bond(s) on which  taxable interest was paid or tax credit was allowed, to you during the calendar year. If blank, no CUSIP number was issued for the bond(s).

**Boxes 15-17.** State tax withheld reporting boxes.

**Nominees.** If this form includes amounts belonging to another person(s), you are considered a nominee recipient. Complete a Form 1099-INT for each of the other owners showing the income allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner(s) as the "recipient." File Form(s) 1099-INT with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other  spouse.

**Future developments.** For the latest information about developments related to Form 1099-INT and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099INT*.

**Free File Program.** Go to  *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

**Date Prepared:  January 26, 2024**

## Recipient's Name and Address

TAMMY K BILLINGS

## Payer's Name and Address

CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE, TX 76262

**Telephone Number:**  (800) 435-4000
**Federal ID Number:**  94-1737782

## Proceeds from Broker Transactions — 2023                                    Form 1099-B

Department of the Treasury-Internal Revenue Service                        Copy B for Recipient (OMB No. 1545-0715)

**LONG-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part II, with **Box D** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 1,639 OLO INC 68134L109 / OLO | S | 12/14/21 01/03/23 | $ 10,860.09 | $ 3,802.48 | -- -- | $ 7,057.61 | $ 0.00 |
| 250 OLO INC 68134L109 / OLO | S | 12/14/21 01/26/23 | $ 1,999.95 | $ 580.00 | -- -- | $ 1,419.95 | $ 0.00 |
| 500 OLO INC 68134L109 / OLO | S | 12/14/21 01/26/23 | $ 3,999.91 | $ 1,160.00 | -- -- | $ 2,839.91 | $ 0.00 |
| 1 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ 7.60 | $ 2.32 | -- -- | $ 5.28 | $ 0.00 |
| 1 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ 7.60 | $ 2.32 | -- -- | $ 5.28 | $ 0.00 |
| 15 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ 114.00 | $ 34.80 | -- -- | $ 79.20 | $ 0.00 |
| 76 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ 577.60 | $ 176.32 | -- -- | $ 401.28 | $ 0.00 |

FATCA Filing Requirement ☐
**Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.**

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

# INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
## 1099-B: Proceeds from Broker Transactions

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code. You may also have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to

reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D (Form 1040), or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund(QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means (a) stock purchased before 2011, (b) stock in most mutual funds purchased before 2012, (c) stock purchased in or transferred to a dividend reinvestment plan before 2012, (d) debt acquired before 2014, (e) options granted or acquired before 2014, and (f)securities futures contracts executed before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040) instructions. The broker should advise you of any losses on a separate statement.

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040). If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Boxes 14-16.** Show state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to*www.irs.gov/Form1099B*.

**Free File Program**. Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)





**TAX YEAR 2023
FORM 1099 COMPOSITE**

Date Prepared:  **January 26, 2024**

## Proceeds from Broker Transactions — 2023 (continued)

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**LONG-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part II, with **Box D** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 157 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ 1,193.19 | $ 364.24 | -- -- | $ 828.95 | $ 0.00 |
| 500 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ 3,799.97 | $ 1,160.00 | -- -- | $ 2,639.97 | $ 0.00 |
| 1,500 OLO INC 68134L109 / OLO | S | 12/14/21 06/05/23 | $ 10,535.44 | $ 3,480.00 | -- -- | $ 7,055.44 | $ 0.00 |
| 2,000 OLO INC 68134L109 / OLO | S | 12/14/21 06/06/23 | $ 14,500.79 | $ 4,640.00 | -- -- | $ 9,860.79 | $ 0.00 |
| **Security Subtotal** | | | $ 47,596.14 | $ 15,402.48 | -- -- | $ 32,193.66 | $ 0.00 |
| **Total Long-Term (Cost basis is reported to the IRS)** | | | $ 47,596.14 | $ 15,402.48 | -- -- | $ 32,193.66 | $ 0.00 |
| **Total Long-Term Sales Price of Stocks, Bonds, etc.** | | | $ 47,596.14 | $ 15,402.48 | -- -- | $ 32,193.66 | $ 0.00 |

| | | |
|---|---|---|
| **Total Sales Price of Stocks, Bonds, etc.** | $ | 47,596.14 |
| **Total Federal Income Tax Withheld** | $ | 0.00 |

FATCA Filing Requirement ☐
**Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.**

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

**Date Prepared: January 26, 2024**

## Notes for Your Form 1099-B

**Box 1b-Date acquired:** If there is more than one lot in a sell transaction, the acquisition date for the individual lot in the transaction can be found in the Realized Gain or (Loss) section of the Year-End Summary.

(1) If **Box 1b-Date acquired** displays as VARIOUS, your sell transaction included multiple tax lots purchased on different acquisition dates within the same holding period and covered/non-covered status. The lots in the transaction are rolled up into a single sell transaction.
(2) If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term.

**Box 1d-Proceeds/Box 6-Reported to IRS: Gross proceeds (except where indicated):**
(1) Gross proceeds from each of your security transactions are reported individually to the IRS.
(2) Gross proceeds in aggregate are not reported to the IRS and should not be reported on your tax return.
(3) Net proceeds will only be displayed if the proceeds on a trade have been adjusted for an option premium.

**Box 1e-Cost or other basis:** Schwab has provided cost basis information whenever possible for most investments.  Cost basis data may be incomplete or unavailable for some of your holdings.  When value for the report is unavailable, it is noted as follows:

**Not Provided**   Schwab is not providing Cost Basis on this security type.

**Missing**   (1) Cost Basis data may not be available for a number of reasons (for example, the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm).
(2) The security was purchased more than 10 years ago.

**Realized Gain or (Loss):** Realized Gain or (Loss) is not reported to the IRS.

**Box 2-Short-term gain or loss, Long-term gain or loss, or Ordinary:** Only if you have both long-term and short-term transactions will you receive both long-term and short-term sections of the 1099-B:
**Long-term gain or loss** has a holding period greater than one year.
**Short-term gain or loss** has a holding period of one year or less.

**Other Cost Basis Notes:**
(1) The cost basis and basis adjustments for covered securities are reported to the IRS.
(2) If "BASIS IS REPORTED TO THE IRS" appears in the section heading, this indicates **Box 12-If checked,  basis reported to IRS** is checked. If "BASIS IS AVAILABLE BUT NOT REPORTED" or  "BASIS IS MISSING AND NOT REPORTED" appears, this indicates **Box 5-If checked, noncovered security** is checked. These boxes are not displayed on the 1099-B but the boxes are reported to the IRS and included in the download for TurboTax and H&R Block.
(3) For non-covered securities appearing in sections of the 1099-B which include the headings "BASIS IS AVAILABLE BUT NOT REPORTED TO THE IRS" or "BASIS IS MISSING AND NOT REPORTED TO THE IRS", **Box 1b-Date acquired,  1e-Cost or other basis, 1f-Accrued Market Discount** and **1g-Wash Sale Loss Disallowed** are not reported to the IRS.

**\*\*Activity Codes** (Not reported to the IRS)

| | | | | | |
|---|---|---|---|---|---|
| **C** = Cash in Lieu | **E** = Exchange | **P** = Principal | **S** = Sale | **T** = Tender | **BC** = Buy to Close   **X** = Expiration |
| **CV** = Conversion | **M** = Cash Merger | **MT** = Maturity | **R** = Redemption | **SS** = Short Sale | **SC** = Sell to Close |

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**

**Date Prepared:  January 26, 2024**

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

## INTEREST & DIVIDENDS

The information in the following sections may be helpful for, but not limited to, Schedule B.  Please consult with your tax advisor or financial advisor regarding specific questions.

### Detail Information of Interest Income

| Description | CUSIP Number | Paid in 2023 | Paid/Adjusted in 2024 for 2023 | Amount |
|---|---|---|---|---|
| **Interest Income** | | | | |
| DEPOSIT INTEREST | | $ 0.23 | $ 0.00 | $ 0.23 |
| **Total Interest Income (Included in Box 1)** | | **$ 0.23** | **$ 0.00** | **$ 0.23** |
| **Total Interest Income (Box 1)** | | **$ 0.23** | **$ 0.00** | **$ 0.23** |

## REALIZED GAIN OR (LOSS)

The information in the following sections include all your realized gain or (loss) transactions during the tax year. They may be helpful for, but not limited to, Schedule D. Please consult with your tax advisor or financial advisor regarding specific questions.

### Long-Term Realized Gain or (Loss)

This section is for covered securities and corresponds to transactions reported on your 1099-B as **"cost basis is reported to the IRS."**  Report on Form 8949, Part II, with Box D checked.

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| OLO INC | 68134L109 | 1,639.00 | 12/14/21 | 01/03/23 | $ 10,860.09 | $ 3,802.48 | -- | $ 7,057.61 |
| OLO INC | 68134L109 | 250.00 | 12/14/21 | 01/26/23 | $ 1,999.95 | $ 580.00 | -- | $ 1,419.95 |
| OLO INC | 68134L109 | 500.00 | 12/14/21 | 01/26/23 | $ 3,999.91 | $ 1,160.00 | -- | $ 2,839.91 |
| OLO INC | 68134L109 | 1.00 | 12/14/21 | 03/10/23 | $ 7.60 | $ 2.32 | -- | $ 5.28 |

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)





**TAX YEAR 2023
YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**

**Date Prepared:  January 26, 2024**

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

## Long-Term Realized Gain or (Loss) (continued)

This section is for covered securities and corresponds to transactions reported on your 1099-B as   **"cost basis is reported to the IRS."**   Report on Form 8949, Part II, with Box D checked.

| Description OR Option Symbol | CUSIP Number | Quantity/Par | Date Acquired | Date Sold | Total Proceeds | (-)Cost Basis | (+)Wash Sale Loss Disallowed | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| OLO INC | 68134L109 | 1.00 | 12/14/21 | 03/10/23 | $ 7.60 | $ 2.32 | -- | $ 5.28 |
| OLO INC | 68134L109 | 15.00 | 12/14/21 | 03/10/23 | $ 114.00 | $ 34.80 | -- | $ 79.20 |
| OLO INC | 68134L109 | 76.00 | 12/14/21 | 03/10/23 | $ 577.60 | $ 176.32 | -- | $ 401.28 |
| OLO INC | 68134L109 | 157.00 | 12/14/21 | 03/10/23 | $ 1,193.19 | $ 364.24 | -- | $ 828.95 |
| OLO INC | 68134L109 | 500.00 | 12/14/21 | 03/10/23 | $ 3,799.97 | $ 1,160.00 | -- | $ 2,639.97 |
| OLO INC | 68134L109 | 1,500.00 | 12/14/21 | 06/05/23 | $ 10,535.44 | $ 3,480.00 | -- | $ 7,055.44 |
| OLO INC | 68134L109 | 2,000.00 | 12/14/21 | 06/06/23 | $ 14,500.79 | $ 4,640.00 | -- | $ 9,860.79 |
| **Security Subtotal** | | | | | $ **47,596.14** | $ **15,402.48** | -- | $ **32,193.66** |
| **Total Long-Term** *(Cost basis is reported to the IRS)* | | | | | $ **47,596.14** | $ **15,402.48** | -- | $ **32,193.66** |
| **Total Long-Term** | | | | | $ **47,596.14** | $ **15,402.48** | -- | $ **32,193.66** |

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**

The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

**Date Prepared:  January 26, 2024**

## Realized Gain or (Loss) Summary

## Total Realized Gain or (Loss)

| Description | | Total Proceeds | | (-)Cost Basis | (+)Wash Sale Loss Disallowed | | (=)Realized Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| **Total Long-Term Realized Gain or (Loss)** *(Cost basis is reported to the IRS. Report on Form 8949, Part II, with Box D checked.)* | $ | 47,596.14 | $ | 15,402.48 | -- | $ | 32,193.66 |
| **Total Long-Term Realized Gain or (Loss)** | $ | 47,596.14 | $ | 15,402.48 | -- | $ | 32,193.66 |
| **TOTAL REALIZED GAIN OR (LOSS)** | $ | 47,596.14 | $ | 15,402.48 | -- | $ | 32,193.66 |

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**YEAR-END SUMMARY**

**YEAR-END SUMMARY INFORMATION IS NOT PROVIDED TO THE IRS.**
The information in this and all subsequent sections is not provided to the IRS by Charles Schwab.  It is provided to you as additional tax reporting information you may need to complete your tax return.

**Date Prepared:  January 26, 2024**

## Notes for Your Realized Gain or (Loss)

Schwab has provided realized gain and loss information whenever possible for most investments.  Cost basis data may be incomplete or unavailable for some of your holdings.  See Terms and Conditions.

When value for the report is unavailable, it is noted as follows: "Missing" or "Not Provided"

| | |
|---|---|
| **Not Provided** | Schwab is not providing Cost Basis on this security type. |
| **Missing** | Cost Basis may be missing due to one of the following reasons:<br>• Cost basis data may not be available for a number of reasons (for example, the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm).<br>• The security was purchased more than 10 years ago. |
| **Date Acquired** | If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term. |
| **Total Proceeds** | The amount displayed in this column has been adjusted for option premiums, if applicable. |
| **Cost Basis** | The amount displayed in this column may differ from your original cost basis as adjustments may have been made to reflect applicable option premiums, corporate actions and/or wash sales. |
| **Wash Sale Loss Disallowed** | The disallowed amount displayed in this column has been added to the cost basis of other share lots with the same CUSIP owned in the same account at the time the loss was disallowed. |
| **Realized Gain or (Loss)** | The calculation for gain or (loss) displayed in this column is Total Proceeds - Cost Basis + Wash Sale Loss Disallowed - Market Discount =Realized Gain or (Loss) |

For sales of short-term debt issued after January 1, 2014, talk to your tax advisor as to how to report the income.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  January 26, 2024**

# COST BASIS DISCLOSURE

**Changes to Cost Basis Reporting Requirements**

Starting with the 2011 tax year, Charles Schwab & Co. began reporting adjusted cost basis to you and the IRS on your Form 1099-B for covered securities in your taxable brokerage accounts that you sell and are covered by the Emergency Stabilization Act regulations.
In the event of transfers of securities, we are also required to report adjusted cost basis information to other custodians for covered securities transferred to them.

Schwab will treat securities as covered when they are acquired on or after the following effective dates:
· January 1, 2011 for stocks and other equities
· January 1, 2012 for mutual funds, ETFs, and Dividend Reinvestment Plan ("DRIP") shares
· January 1, 2014 for less complex fixed income and options, rights and warrants
· January 1, 2016 for more complex fixed income

Because these new reporting requirements could impact the cost basis used to compute your taxable gains and losses, it's important to understand when and how they will apply to you. The information in this document is intended as informational only and is not individualized tax advice. Schwab does not provide tax advice and  encourages you to consult with your tax professional to understand how the new reporting requirements will affect you and your tax situation.

**What Does This Mean for You**

1. When you sell covered securities, as described above, Schwab will be required to report details about your cost basis to you and the IRS on Form 1099-B. You will continue to be responsible for reporting all cost basis information for both covered  and uncovered securities to the IRS on your tax returns.
2. Unless you've indicated otherwise, Schwab will calculate your gains and losses using the IRS default cost basis method of Average Cost for mutual funds and FIFO (First In, First Out) for all other securities. It is your responsibility to choose the cost basis method appropriate to your tax situation. See "Cost Basis Methods" for the methods offered by Schwab.
3. When you sell a security, the cost basis method used to calculate your gain or loss cannot be changed after your trade settles. So it's important to consider the tax implications at the time of trade.

**What is Cost Basis?**

Cost basis is the original purchase price you paid for a security plus commissions and any fees. Adjusted cost basis includes any other adjustments to the price. Adjusted cost basis also includes any adjustments due to wash sales, amortization, accretion and corporate actions.

Your realized gain/loss on a security is determined by subtracting the adjusted cost basis from the sale proceeds in an account less commissions and fees.

For covered securities that were not both purchased and sold at Schwab, Schwab calculates cost basis using data that you have provided to us or that we have obtained from third-party sources such as your prior custodian or another third-party source. Because the accuracy of cost basis data depends upon these third-party inputs, we are not able to guarantee the availability, accuracy, or completeness of such cost basis data on transactions that did not occur at Schwab. If we are not provided with adequate information to report cost basis data for covered securities that were not both purchased and sold at Schwab, those securities will be considered uncovered and the cost basis will not be reported to the IRS even if acquired after the effective date.

**Cost Basis Methods**

It is your responsibility to choose the cost basis method appropriate for your tax situation. Failure to select the proper cost basis method may cause you to pay more tax than necessary. Schwab does not provide tax advice and encourages you to consult with your tax professional regarding this decision.

To view and change your default cost basis method on your brokerage account, go to the Service tab on schwab.com, then the Cost Basis Method page in Account Settings. You can also make a change by calling 800-435-4000. If your account is managed by an investment advisor, please call your advisor to make a change.

**Default Cost Basis Methods**

We apply the IRS default method of Average Cost for your mutual funds and the default method of FIFO (First In, First Out) to all other securities unless you inform us of a preferred method.

| | |
|---|---|
| FIFO | Shares you acquired first are sold first |
| Average Cost | Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date. Shares are removed in FIFO order. |

**Cost Basis Methods Offered by Schwab:**

You may select a different cost basis method for your brokerage account other than the default methods described above. The following cost basis methods are offered by Schwab:

| | |
|---|---|
| **FIFO (First In, First Out)** | Shares you acquired first are sold first |
| **LIFO (Last In, First Out)** | Shares you acquired last are sold first |
| **HCOST (High Cost)** | Shares with the highest cost are sold first |
| **LCOST (Low Cost)** | Shares with lowest cost are sold first |
| **Average Cost (mutual funds only)** | Cost is derived by dividing the total dollar amount invested in a particular fund position by the number of shares held prior to the trade date. Shares are removed in FIFO order. |
| **Specific Identification** | The IRS allows taxpayers to identify specific lots to be sold. Such identification must be made with the broker at the time of trade and no later than close of business on the day the trade settles. |

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



**Schwab One® Account of**
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  January 26, 2024**

## COST BASIS DISCLOSURE (continued)

**Tax Lot Optimizer**$^{TM}$**:** Lots are selected and sold with the objective of taking losses first (short-term then long-term) and gains last (long-term then short-term). Lots are sold in this order:

| | |
|---|---|
| Short Term Losses | Lots that reflect a short term loss are sold first, beginning with lots that generate the greatest short term loss down to the least short term loss |
| Long Term Losses | Lots that reflect a long term loss are sold, beginning with lots that generate the greatest long term loss down to the least long term loss |
| Short Term No Gains or Losses | Short term lots that reflect no gain or loss |
| Long Term No Gains or Losses | Long term lots that reflect no gain or loss |
| Long Term Gains | Lots that reflect a long term gain, beginning with lots that generate the least long term gain up to the greatest long term gain |
| Short Term Gains | Lots that reflect a short term gain, beginning with lots that generate the least short term gain up to the greatest short term gain |

The cost basis method used to determine the gain/loss of a trade cannot be changed after the trade settles. If Schwab does not receive a specific instruction by the end of settlement date, we will use the current cost basis method you have selected for your account or the default cost basis method if you have made no alternate selection to calculate the gain/loss that is reported to you and the IRS at the end of year.

The Internal Revenue Service does not recognize LIFO, HCOST, LCOST and Tax Lot Optimizer as accounting methods, but it does recognize standing instructions to sell lots as adequate identification for reporting gains/losses.

**Cost Basis Adjustments**
Cost basis is generally based on your purchase price plus commissions and any fees; however the original cost basis may be subject to adjustments that increase or decrease your basis.

Schwab will adjust the cost basis of securities in your brokerage account in the following circumstances.

**Wash Sales:** If you sell shares at a loss and buy additional shares in the same security 30 days before or after that date (61-day range), you may not claim the loss on your tax return until you sell the new shares.  If a wash sale occurs, the loss is disallowed for federal income tax purposes but may be added to the cost basis of the purchased shares. Schwab will adjust the cost basis and holding period of shares when a wash sale occurs within an account as a result of a purchase of an identical security with the same CUSIP. Schwab will not take into account the impact of options purchases or sales in determining disallowed losses on sales of  the underlying securities. It's important to note that the wash reporting requirements for you as a taxpayer are different and broader than the reporting requirements for Schwab. For more details on your wash sale reporting requirements, please see IRS publication 550 or speak with your tax professional.

**Corporate Actions:** In some instances corporate actions can affect cost basis of your securities. Regulations require issuers to provide statements describing the effects of a corporate action on the cost basis of a security. Schwab will adjust cost basis for corporate actions based on the information provided in the issuer statement.

**Return of Capital Payments:** Cost basis will be reduced for any return of capital (principal) distributions.

**Option Adjustments:** Schwab will adjust the cost basis or realized gain/loss (proceeds) of the underlying security for option assignments and exercises (by factoring the premium paid or received).

**Inheritance:**  Schwab will adjust the cost basis of securities that have been inherited based on the fair market value on the date of death unless alternate instructions are received from an authorized representative of the estate.

**Gifts:**  Shares will be gifted based on your default cost basis method unless otherwise specified with a given purchase date and cost prior to the gift transfer. Schwab will track the fair market value and gift date in addition to the donor's adjusted cost basis and will apply IRS gift rules at the time of sale to determine gain or loss.

You will still be required to track and make adjustments to your securities as it is possible that you could have other situations that require cost basis adjustments that Schwab is not required to report.

**Restricted Stock Awards:** If you filed an election pursuant to IRC Section 83(b) on a Restricted Stock Award issued by your employer, a different cost basis may apply to shares vested from that award than the cost basis reported on this statement. Please consult with your personal tax advisor to understand the tax implications.

**Acquisition date:** If cost basis is missing or not provided, a short-term holding period may have applied for position that may have been held long term.

Please Note: This information is not intended to be a substitute for specific individualized tax, legal or investment planning advice. Where specific advice is necessary or appropriate, Schwab recommends consulting with a qualified tax advisor, CPA, financial planner or investment manager. Except as noted in the Terms and Conditions, your Investment Advisors are not affiliated with, or supervised by Schwab.

Foreign Investors should note that the information provided is from a U.S. tax perspective. The information provided may or may not have relevance in other jurisdictions.

**Contact Us**
If you have any questions or need more information about the cost basis methods or terminology in this Disclosure Statement, please call us at 1-800-435-4000. If your account is managed by an investment advisor,  please call Schwab Alliance at 1-800-515-2157.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)





**TAX YEAR 2023**
**FORM 1099 COMPOSITE**
**& YEAR-END SUMMARY**

**Date Prepared:  January 26, 2024**

# TERMS AND CONDITIONS

## GENERAL INFORMATION

### Form 1099-Composite

For U.S. taxpayers, the information reported to you on Form 1099 is given to the Internal Revenue Service (IRS). Form 1099-Composite is comprised of the following substitute forms: 1099-DIV, 1099-INT, 1099-MISC, 1099-OID, and 1099-B. The form(s) you receive in Form 1099 Composite depends on the income reportable to the IRS.

### Year-End Summary

The information in the Year-End Summary is provided to you as a courtesy, should you need additional information when completing your tax return. When relevant, IRS box numbers are referenced to indicate individual items that make up the totals appearing on your Form(s) 1099. With the exception of the totals reported in the IRS box numbers referenced, Charles Schwab does not provide the details of the Year-End Summary to the IRS.

We recommend that all customers consult their investment and tax advisors prior to using this information.

### Corrected Form 1099 and Year-End Summary

We are required to send you a corrected form with the revisions clearly marked when we receive updates or revisions to information contained in the form. This generally occurs if one or more of the issuers of the securities in your account reallocated certain income distribution (e.g., dividends or capital gains) after we mailed your original Form 1099. As a result, the supplemental information in Year-End Summary may be updated.

Upon receiving a corrected form, you may want to consider filing an amended return based on the changes in your taxable income as reported on your corrected Form 1099. We suggest that you consult with a qualified tax advisor, CPA, financial planner, or investment manager before you proceed.

### Duplicate Form 1099 and Year-End Summary

If you request a duplicate Form 1099, please be aware that Schwab uses the most up-to-date information available at the time of the production. Thus, your duplicate Form 1099 and Year-End Summary may have more up-to-date information than the original Form 1099.

### Realized Gain or (Loss) in Year-End Summary

The Realized Gain or (Loss) section provides information for all your realized gain or (loss) transactions during the tax year. It contains all transactions included in the Form 1099-B as well as transactions that are not reported on Form 1099-B (for example; sales and expirations of noncovered option activities, cash in lieu under $20, bankruptcy, and worthless securities). This supplemental information is believed to be accurate as of the date the data was compiled but they may not be updated for any corrections after the data was initially compiled.

**IN CASE OF QUESTIONS:**If you have questions about this report or about specific Schwab accounts or Schwab One transactions (other than wire transfers or check transactions), contact Schwab at 1-800-435-4000. If you have a complaint regarding your Schwab statement or our products and services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105. Outside of the U.S., call +1-415-667-5009.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



83007          LEX0000001

LEX0000001

DATE:   May 22, 2024

TO:     Olo Securities Settlement Claims Adminstrator
        c/o Kroll Settlement Administration
        ATTN: EXCLUSIONS
        P.O. Box 5324, New York, NY 10150-524

FROM:   Tammy K. Billings



RE:     **Steamship Trade Association of Baltimore –**
        **International Longshoremen's Association Pension Fund v. Olo Inc., et al., Case No. 1:22-cv-**
        **08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

I attempted to opt-out of the class action lawsuit named above on May 20, 2024, while on business travel, unaware the deadline was looming. I reached out via email (enclosed copy) and was told that I needed to submit by mail and explained that I was unable to have anything post-marked by that date and time.

The transaction records of my Olo stock ownership and sale are attached for reference.

Again, I ask that I be excluded from this settlement.

Please reach out with any questions or concerns to the address, phone or email listed above.

Tammy K. Billings



**charles SCHWAB**

Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2021
FORM 1099 COMPOSITE**

Date Prepared: **February 11, 2022**

### Recipient's Name and Address

TAMMY K BILLINGS

### Payer's Name and Address

CHARLES SCHWAB & CO., INC.
211 MAIN STREET
SAN FRANCISCO, CA 94105

Telephone Number: (800) 435-4000
Federal ID Number: 94-1737782

## Proceeds from Broker Transactions — 2021

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part I, with **Box A** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 1 OLO INC 68134L109 / OLO | S | 12/14/21 12/14/21 | $ 22.42 | $ 2.32 | -- -- | $ 20.10 | $ 0.00 |
| 33 OLO INC 68134L109 / OLO | S | 12/14/21 12/14/21 | $ 739.86 | $ 76.56 | -- -- | $ 663.30 | $ 0.00 |
| 70 OLO INC 68134L109 / OLO | S | 12/14/21 12/14/21 | $ 1,569.39 | $ 162.40 | -- -- | $ 1,406.99 | $ 0.00 |
| 100 OLO INC 68134L109 / OLO | S | 12/14/21 12/14/21 | $ 2,241.99 | $ 232.00 | -- -- | $ 2,009.99 | $ 0.00 |

FATCA Filing Requirement ☐
Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2021**
**FORM 1099 COMPOSITE**

# INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
## 1099-B: Proceeds from Broker Transactions

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to

reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D (Form 1040), or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund(QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040) instructions. The broker should advise you of any losses on a separate statement.

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040). If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Boxes 14-16.** Show state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099B.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**TAMMY K BILLINGS**

**TAX YEAR 2021
FORM 1099 COMPOSITE**

Date Prepared: February 11, 2022

## Proceeds from Broker Transactions — 2021 (continued)

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**SHORT-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part I, with **Box A** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| 570 OLO INC 68134L109 / OLO | S | 12/14/21 12/14/21 | $ | 12,779.33 | $ | 1,322.40 | -- -- | $ | 11,456.93 $ | 0.00 |
| **Security Subtotal** | | | $ | 17,352.99 | $ | 1,795.68 | -- -- | $ | 15,557.31 $ | 0.00 |
| **Total Short-Term (Cost basis is reported to the IRS)** | | | $ | 17,352.99 | $ | 1,795.68 | -- -- | $ | 15,557.31 $ | 0.00 |
| **Total Short-Term Sales Price of Stocks, Bonds, etc.** | | | $ | 17,352.99 | $ | 1,795.68 | -- -- | $ | 15,557.31 $ | 0.00 |
| **Total Sales Price of Stocks, Bonds, etc.** | | | $ | 17,352.99 | | | | | | |
| **Total Federal Income Tax Withheld** | | | $ | 0.00 | | | | | | |

FATCA Filing Requirement ☐
Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)





Schwab One® Account of
**TAMMY K BILLINGS**

**TAX YEAR 2021**
**FORM 1099 COMPOSITE**

Date Prepared: **February 11, 2022**

## Notes for Your Form 1099-B

**Box 1b-Date acquired:** If there is more than one lot in a sell transaction, the acquisition date for the individual lot in the transaction can be found in the Realized Gain or (Loss) section of the Year-End Summary.

(1) If **Box 1b-Date acquired** displays as VARIOUS, your sell transaction included multiple tax lots purchased on different acquisition dates within the same holding period and covered/non-covered status. The lots in the transaction are rolled up into a single sell transaction.

(2) If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term.

**Box 1d-Proceeds/Box 6-Reported to IRS: Gross proceeds (except where indicated):**

(1) Gross proceeds from each of your security transactions are reported individually to the IRS.

(2) Gross proceeds in aggregate are not reported to the IRS and should not be reported on your tax return.

(3) Net proceeds will only be displayed if the proceeds on a trade have been adjusted for an option premium.

**Box 1e-Cost or other basis:** Schwab has provided cost basis information whenever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. When value for the report is unavailable, it is noted as follows:

**Not Provided**   Schwab is not providing Cost Basis on this security type.

**Missing**   (1) Cost Basis data may not be available for a number of reasons (for example, the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm).

(2) The security was purchased more than 10 years ago.

**Realized Gain or (Loss):** Realized Gain or (Loss) is not reported to the IRS.

**Box 2-Short-term gain or loss, Long-term gain or loss, or Ordinary:** Only if you have both long-term and short-term transactions will you receive both long-term and short-term sections of the 1099-B:

**Long-term gain or loss** has a holding period greater than one year.

**Short-term gain or loss** has a holding period of one year or less.

**Other Cost Basis Notes:**

(1) The cost basis and basis adjustments for covered securities are reported to the IRS.

(2) If "BASIS IS REPORTED TO THE IRS" appears in the section heading, this indicates **Box 12-If checked, basis reported to IRS** is checked. If "BASIS IS AVAILABLE BUT NOT REPORTED" or "BASIS IS MISSING AND NOT REPORTED" appears, this indicates **Box 5-If checked, noncovered security** is checked. These boxes are not displayed on the 1099-B but the boxes are reported to the IRS and included in the download for TurboTax and H&R Block.

(3) For non-covered securities appearing in sections of the 1099-B which include the headings "BASIS IS AVAILABLE BUT NOT REPORTED TO THE IRS" or "BASIS IS MISSING AND NOT REPORTED TO THE IRS", **Box 1b-Date acquired, 1e-Cost or other basis, 1f-Accrued Market Discount** and **1g-Wash Sale Loss Disallowed** are not reported to the IRS.

## **Activity Codes** (Not reported to the IRS)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **C** | = Cash in Lieu | **E** | = Exchange | **P** | = Principal | **S** | = Sale | **T** | = Tender | **BC** = Buy to Close **X** = Expiration |
| **CV** | = Conversion | **M** | = Cash Merger | **MT** | = Maturity | **R** | = Redemption | **SS** | = Short Sale | **SC** = Sell to Close |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

© 2022 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0122-1YY3)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

Date Prepared: **January 26, 2024**

**Recipient's Name and Address**

TAMMY K BILLINGS

**Payer's Name and Address**

CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE, TX 76262

Telephone Number: (800) 435-4000
Federal ID Number: 94-1737782

---

## Proceeds from Broker Transactions — 2023

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**LONG-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part II, with **Box D** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired / 1c-Date sold or disposed | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | 1e-Cost or other basis | 1f-Accrued Market Discount / 1g-Wash Sale Loss Disallowed | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|
| 1,639 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>01/03/23 | $ 10,860.09 | $ 3,802.48 | -- <br>-- | $ 7,057.61 S | 0.00 |
| 250 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>01/26/23 | $ 1,999.95 | $ 580.00 | -- <br>-- | $ 1,419.95 S | 0.00 |
| 500 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>01/26/23 | $ 3,999.91 | $ 1,160.00 | -- <br>-- | $ 2,839.91 S | 0.00 |
| 1 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>03/10/23 | $ 7.60 | $ 2.32 | -- <br>-- | $ 5.28 S | 0.00 |
| 1 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>03/10/23 | $ 7.60 | $ 2.32 | -- <br>-- | $ 5.28 S | 0.00 |
| 15 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>03/10/23 | $ 114.00 | $ 34.80 | -- <br>-- | $ 79.20 S | 0.00 |
| 76 OLO INC<br>68134L109 / OLO | S | 12/14/21<br>03/10/23 | $ 577.60 | $ 176.32 | -- <br>-- | $ 401.28 S | 0.00 |

FATCA Filing Requirement ☐
Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



charles
SCHWAB

Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

## INSTRUCTIONS FOR RECIPIENTS OF FORM 1099
## 1099-B: Proceeds from Broker Transactions

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code. You may also have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May also show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to

reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D (Form 1040), or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund(QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means (a) stock purchased before 2011, (b) stock in most mutual funds purchased before 2012, (c) stock purchased in or transferred to a dividend reinvestment plan before 2012, (d) debt acquired before 2014, (e) options granted or acquired before 2014, and (f)securities futures contracts executed before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040) instructions. The broker should advise you of any losses on a separate statement.

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040). If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Boxes 14-16.** Show state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099B.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

Date Prepared: **January 26, 2024**

## Proceeds from Broker Transactions — 2023 (continued)

**Form 1099-B**

Department of the Treasury-Internal Revenue Service

Copy B for Recipient (OMB No. 1545-0715)

**LONG-TERM TRANSACTIONS FOR WHICH BASIS IS REPORTED TO THE IRS** - Report on Form 8949, Part II, with **Box D** checked.

| 1a-Description of property (Example 100 sh. XYZ Co.) CUSIP Number / Symbol | ** | 1b-Date acquired 1c-Date sold or disposed | | 1d-Proceeds 6-Reported to IRS: Gross Proceeds (except where indicated) | | 1e-Cost or other basis | 1f-Accrued Market Discount 1g-Wash Sale Loss Disallowed | | Realized Gain or (Loss) | 4-Federal Income tax withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| 157 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ | 1,193.19 | $ | 364.24 | -- -- | $ | 828.95 S | 0.00 |
| 500 OLO INC 68134L109 / OLO | S | 12/14/21 03/10/23 | $ | 3,799.97 | $ | 1,160.00 | -- -- | $ | 2,639.97 S | 0.00 |
| 1,500 OLO INC 68134L109 / OLO | S | 12/14/21 06/05/23 | $ | 10,535.44 | $ | 3,480.00 | -- -- | $ | 7,055.44 S | 0.00 |
| 2,000 OLO INC 68134L109 / OLO | S | 12/14/21 06/06/23 | $ | 14,500.79 | $ | 4,640.00 | -- -- | $ | 9,860.79 S | 0.00 |
| **Security Subtotal** | | | $ | 47,596.14 | $ | 15,402.48 | -- -- | $ | 32,193.66 S | 0.00 |
| **Total Long-Term (Cost basis is reported to the IRS)** | | | $ | 47,596.14 | $ | 15,402.48 | -- -- | $ | 32,193.66 S | 0.00 |
| **Total Long-Term Sales Price of Stocks, Bonds, etc.** | | | $ | 47,596.14 | $ | 15,402.48 | -- -- | $ | 32,193.66 S | 0.00 |

| | | |
|---|---|---|
| **Total Sales Price of Stocks, Bonds, etc.** | $ | 47,596.14 |
| **Total Federal Income Tax Withheld** | $ | 0.00 |

FATCA Filing Requirement ☐
Please see the "Notes for Your Form 1099-B" section for additional explanation of this Form 1099-B report.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)



Schwab One® Account of
**TAMMY K BILLINGS**



**TAX YEAR 2023**
**FORM 1099 COMPOSITE**

Date Prepared: **January 26, 2024**

## Notes for Your Form 1099-B

**Box 1b-Date acquired:** If there is more than one lot in a sell transaction, the acquisition date for the individual lot in the transaction can be found in the Realized Gain or (Loss) section of the Year-End Summary.
  (1) If **Box 1b-Date acquired** displays as VARIOUS, your sell transaction included multiple tax lots purchased on different acquisition dates within the same holding period and covered/non-covered status. The lots in the transaction are rolled up into a single sell transaction.
  (2) If the cost basis is missing or not provided, a short-term holding period may have been applied for a position that may have been held long term.

**Box 1d-Proceeds/Box 6-Reported to IRS: Gross proceeds (except where indicated):**
  (1) Gross proceeds from each of your security transactions are reported individually to the IRS.
  (2) Gross proceeds in aggregate are not reported to the IRS and should not be reported on your tax return.
  (3) Net proceeds will only be displayed if the proceeds on a trade have been adjusted for an option premium.

**Box 1e-Cost or other basis:** Schwab has provided cost basis information whenever possible for most investments.  Cost basis data may be incomplete or unavailable for some of your holdings.  When value for the report is unavailable, it is noted as follows:

**Not Provided**   Schwab is not providing Cost Basis on this security type.

**Missing**   (1) Cost Basis data may not be available for a number of reasons (for example, the security was purchased outside of Schwab and we did not receive cost basis from the transferring firm).
  (2) The security was purchased more than 10 years ago.

**Realized Gain or (Loss):** Realized Gain or (Loss) is not reported to the IRS.

**Box 2-Short-term gain or loss, Long-term gain or loss, or Ordinary:** Only if you have both long-term and short-term transactions will you receive both long-term and short-term sections of the 1099-B:
  **Long-term gain or loss** has a holding period greater than one year.
  **Short-term gain or loss** has a holding period of one year or less.

**Other Cost Basis Notes:**
  (1) The cost basis and basis adjustments for covered securities are reported to the IRS.
  (2) If "BASIS IS REPORTED TO THE IRS" appears in the section heading, this indicates **Box 12-If checked, basis reported to IRS** is checked. If "BASIS IS AVAILABLE BUT NOT REPORTED" or "BASIS IS MISSING AND NOT REPORTED" appears, this indicates **Box 5-If checked, noncovered security** is checked. These boxes are not displayed on the 1099-B but the boxes are reported to the IRS and included in the download for TurboTax and H&R Block.
  (3) For non-covered securities appearing in sections of the 1099-B which include the headings "BASIS IS AVAILABLE BUT NOT REPORTED TO THE IRS" or "BASIS IS MISSING AND NOT REPORTED TO THE IRS", **Box 1b-Date acquired, 1e-Cost or other basis, 1f-Accrued Market Discount** and **1g-Wash Sale Loss Disallowed** are not reported to the IRS.

**\*\*Activity Codes** (Not reported to the IRS)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **C** | = Cash in Lieu | **E** | = Exchange | **P** | = Principal | **S** | = Sale | **T** | = Tender | **BC** = Buy to Close **X** = Expiration |
| **CV** | = Conversion | **M** | = Cash Merger | **MT** | = Maturity | **R** | = Redemption | **SS** | = Short Sale | **SC** = Sell to Close |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0124-3VLY)

 Gmail

# Exclusion from Olo Class Settlement RE Steamship Trade Association of Baltimore - International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #I:22-cv-08228-JSR (S.D.N.Y.)

**Olo, Inc. Securities Litigation** <info@olosecuritieslitigation.com>                    Wed, May 22, 2024 at 12:35 PM
To: "Tammy K. Billings" ████████████████    "Olo, Inc. Securities Litigation" <info@olosecuritieslitigation.com>
Cc: "InvestorRelations@olo.com" <InvestorRelations@olo.com>

Good afternoon, Ms. Billings –

Thank you for your email. We recommend that you still provide us with your exclusion through postal mail to ensure it complies with the instructions.

Regards,

Claims Administrator

Olo, Inc. Securities Settlement

**From:** Tammy K. Billings ███████████████████
**Sent:** Wednesday, May 22, 2024 2:30 PM
**To:** Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com>
**Cc:** InvestorRelations@olo.com
**Subject:** Re: [EXTERNAL] Exclusion from Olo Class Settlement RE Steamship Trade Association of Baltimore - International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #I:22-cv-08228-JSR (S.D.N.Y.)

Thank you. So to confirm, I do not need to mail you everything?

Tammy

On Wed, May 22, 2024 at 12:24 PM Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com> wrote:

> Dear Ms. Billings –
>
> We confirm receipt of your request for exclusion for the Olo Securities Settlement and have forwarded it to Class Counsel. If anything further is needed, you will be contacted.
>
> Regards,

Claims Administrator

Olo, Inc. Securities Settlement

**From:** Tammy K. Billings ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, May 20, 2024 6:50 PM
**To:** Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com>
**Cc:** InvestorRelations@olo.com
**Subject:** Re: [EXTERNAL] Exclusion from Olo Class Settlement RE Steamship Trade Association of Baltimore - International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #I:22-cv-08228-JSR (S.D.N.Y.)

Greetings! Thank you to whomever tried to reach me via phone. I am traveling for business today and was unfamiliar with the phone number and did not answer. I will provide the missing information here but cannot mail any items until tomorrow or even Wednesday. Unfortunately, I misinterpreted the deadline as the July date that was referenced - a miss on my part for sure, but I am doing my best to correct it.

I have a hard time understanding why if I do not want to receive money or participate in a class action lawsuit that I am being forced to -- doesn't my exclusion help others capture a bigger share for themselves?

Please find attached the Schwab statements that reflect my Olo transactions. My address is included on the documents however you can also find it here: 6364 Riviera Cir, Long Beach, CA 90815.

Hopefully this will suffice until I can print all of this out at home and mail on 5/22/24. It seems clear the intent was to NOT participate.

Thank you for your help in this matter.

Tammy K. Billings

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

On Mon, May 20, 2024 at 1:54 PM Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com> wrote:

> Hello Ms. Billings,
>
> Thank you for your email. Please note that per the terms described in the Notice, you cannot exclude yourself by phone or email. Your message also is missing certain information which is required for a proper exclusion request. For reference, please see the relevant section from the Notice below:
>
> To exclude yourself from the Class, you must send a letter by mail saying that you want to be excluded from the Class in the following action: Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund v. Olo Inc., et al., Case No. 1:22-cv[1]08228-JSR (S.D.N.Y.). Be sure to include your name, **address**, e-mail address, telephone number, and sign the letter. Exclusion requests must also **state the date, price, and number of**

**shares of Olo's Class A common stock purchased or otherwise acquired.** (You must also maintain your transaction records as you may be requested to submit them at a later date.) Your exclusion request must be postmarked no later than May 20, 2024 and sent to the Claims Administrator at:

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: EXCLUSIONS
PO Box 5324
New York, NY 10150-5324

—

We encourage you to revise and re-submit your request by mail as soon as possible. If, for any reason, you are unable to send a letter via physical mail, please provide a revised request in response to this email, and we will forward it to the appropriate parties for consideration.

If you have any questions, please let us know.

Regards,

Claims Administrator

Olo, Inc. Securities Litigation

-----Original Message-----
From: Tammy K. Billings ████████████████████
Sent: Monday, May 20, 2024 9:54 AM
To: Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com>
Cc: InvestorRelations@olo.com
Subject: [EXTERNAL] Exclusion from Olo Class Settlement RE Steamship Trade Association of Baltimore - International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #I:22-cv-08228-JSR (S.D.N.Y.)

In receiving this notification OLO acknowledges Tammy Billings' exclusion from the existing class.

Please confirm receipt.

Tammy K Billings

████████████████████

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.



SN BERNARDINO CA   923

28 MAY 2024 PM 5 . L

OrOSecurities Settlement
Claims Administrator
C/o Kroll Settlement Admin
Attn: Exclusions
P.O. box 5324
NY, NY   10150-5324

10150-532424

83007    COR0000031



COR0000031

May 13, 2024

Jacob Organek



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Jacob Organek's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*. For the avoidance of doubt, Jacob Organek is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 43,630 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 13,120 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Jacob Organek

d. Organh

CERTIFIED MAIL

Retail

RDC 99

9589 0710 5270 0341 5716 79

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY 10025
$8.05
R2304P119262-36

$8.05

MAY 17 2024

FOREVER / USA

OLO Securities Settlement

Claims Administrator, c/o Kroll Settlement Admin

Attn: EXCLUSIONS

P.O. Box 5324

NY, NY  10150 - 5324

83007    COR0000032



COR0000032

May 19, 2024

Jacob Hyde



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Jacob Hyde's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, Jacob Hyde is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 130,890 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 39,360 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

"Reference Price" means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Jacob Hyde

Jacob Hyde

NEW YORK NY  100

20 MAY 2024  PM 13 L

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: Exclusions

PO Boxx 5324
New York, NY, 10150-5324

10150-532424

83007    COR0000033



COR0000033

May 18, 2024

Eric Ralphs Bellquist Separate Property Trust
Eric Ralphs Bellquist, Trustee



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund
v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Eric Ralphs Bellquist Separate Property Trust's
exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore
– International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and
Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, the Eric Ralphs
Bellquist Separate Property Trust is "opting out" from the above class action litigation.
I was a shareholder of Wisely Inc. (owned 130,890 shares) and as part of the Company's sale to Olo Inc.
that was completed on November 5, 2021, I received consideration that included 39,360 shares of Olo
common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on
November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action**.

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average
sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price
per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined
without regard to after-hours trading or any other trading outside the regular trading session trading
hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd)
trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the
foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation
Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a
Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger
Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company
("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware
corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's
securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of
Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21,
2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged

with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Eric Ralphs Bellquist Separate Property Trust
Eric Ralphs Bellquist, Trustee



Mr. Eric Bellquist



**Retail**



US POSTAGE PAID

**$13.45**

Origin: 92260
05/20/24
0557910260-15

**PRIORITY MAIL®**

0 Lb 0.90 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   05/22/24

**B028**

SHIP
TO:

 PO BOX 5324
NEW YORK NY 10150-5324

**USPS TRACKING® #**



9505 5162 5046 4141 8925 73



Olo Securities Settlement,
Claims Administrator, c/o Kroll Settlement Administration,
Attn: EXCLUSIONS,
P.O. Box 5324,
New York, New York 10150-5324

83007     COR0000034



COR0000034

May 13, 2024

Rishi Narayan
Chibor Wisely, LLC

█████████████████

**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Chibor Wisely's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Chibor Wisely, LLC is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 85,278 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 25,644 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly

owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Rishi Narayan

Managing Member

Chibor Wisely, LLC

Chibor Wisely

METROPLEX MI 480
21 MAY 2024 PM
FIRST CLASS

US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 48197
02 7H
0006153709   MAY 20 2024
$ 000.64⁰

Olo Securities Settlement
Claims Administrator, c/o Kroll Settlement Administration
Attn: Exclusions
P.O. Box 5324
New York, NY  10150 - 5324

10150-532424

83007    COR0000035



May 13, 2024

[YOUR Name
Address,
Email,
Phone]

**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges _Project Zingermans_ *a Series of Lamplighter Syndicate Master Fund LLC* exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, _Project Zingermans_ *a Series of Lamplighter Syndicate Master Fund LLC* is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned __42,339__ shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included __42,339__ shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021,** Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

RALEIGH NC 275
Research Triangle Region
20 MAY 2024 PM 3

MAY 20 20

RALEIGH

FOREVER

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: EXCCUSIONS
PO Box 5324
New York, NC 10150-5324

10150-532424

COR0000036

May 15, 2024

Christopher Bradley

RE: **Steamship Trade Associate of Baltimore – International Longshoremen's Association** Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Christopher Bradley's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt. Christopher Bradley is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned $10,000 of notes dated May 27, 2021) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 935 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4. 2021 and included below)

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021,** Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely. with Wisely as the surviving corporation (the "Surviving Corporation") (the "First

Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Christopher Bradley

NEW YORK NY 100

21 MAY 2024 PM 7 L

USA

c/o Securities Settlement
claims administrator
c/o Kroll Settlement Administration
Attn: EXCLUSIONS
Po BoX 5324
NewYork, NY 10150-5324

10150-532424


COR0000037

COR0000037

May 20, 2024

Michael Vichich



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Michael Vichich's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).*   For the avoidance of doubt, Michael Vichich is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 1,553,627 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 434,539 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021,** Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly

owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Vichich



METROPLEX MI 480

20 MAY 2024 PM 2

Olo Securities Settlement

Claims Administrator, c/o Kroll Settlement Administrator

Attn: Exclusions

PO Box 5324

New York, NY  10150-5324

10150-532424



Vichich, Mike

To ● Olo, Inc. Securities Litigation
Cc ● info@oloincsecuritieslitigation.com
Retention Policy  Email (11 years)

Expires  5/27/2035

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.

↩ Reply   ↩ Reply All   → Forward

Wed 5/29/2024 11:20 AM

Hello,

Thank you for clarifying, and you are correct. 148,234 shares were from the Wisely Executive Holdings entity.

Thank you,
Mike


--


Mike Vichich


On Wed, May 29, 2024 at 8:07 AM, Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com> wrote:

> Good afternoon Michael,
>
>
> We received the attached opt-out request from you. In the letter, you reference receiving consideration of 434,539 shares of Olo, Inc. as a result of the Wisely, Inc. merger agreement. Olo has informed us that they only have a record of you directly receiving 286,305 shares as a result of the merger.
>
>
> We are seeking to reconcile this conflicting information. It may be possible that you received the remaining 148,234 Olo shares indirectly via another entity. Can you please any clarification on this matter?
>
>
> Thank you,
>
>
> Claims Administrator
>
> Olo, Inc. Securities Settlement



**LORI J. WARE**



May 18, 2024

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: EXCLUSIONS
PO Box 5324
New York, NY 10150-5324

      RE:    Steamship Trade Association of Baltimore – International Longshoremen's
               Association Pension Fund v. Olo Inc., Et al
               Case No. 1:22-cv-08228-JSR (S.D.N.Y.)

To Whom It May Concern:

    Please be advised I would like to exclude myself from the above-referenced lawsuit. I

purchased the 100 shares of Olo Inc. Class A common stock on June 14, 2021 at $41.58 per

share. I have enclosed the Trade Details for your use.

    If additional information is needed, please let me know.

Sincerely,

Lori J. Ware

Enclosure

## Trade Details

OLO - OLO INC

| Transactions | Trade Details |
|---|---|
| Trade Date | 06/14/2021 |
| Settle Date | 06/16/2021 |
| Security # | 2843805 |
| CUSIP # | 68134L109 |
| Action | **Buy** |
| Quantity | **100** |
| Price | **$41.58** |
| Principal | -$4,158.00 |
| Commission | $0.00 |
| **Total** | **-$4,158.00** |

LORI WARE

PITTSBURGH PA   150

20 MAY 2024 PM 8  L

Olo Securities Settlement
Claims Administrator
c/o Knoll Settlement Administration
Attn: EXCLUSIONS
PO Box 5324
New York, NY 10150-5324

10150-532424

May 13, 2024

Fred LeFranc

██████████████████████████████

**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Fred LeFranc's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Fred LeFranc is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 6,560 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 6,560 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Fred LeFranc

Fred LeFranc

CHARLOTTE NC  280

20 MAY 2024  PM 4  L

Olo Securities Settlement
Claims Administrator, C/o Kroll Settlement Admin
Attn: EXCLUSIONS
PO Box 5324
New York, NY 10150-5324

10150-532424

**BB**

To ● Olo, Inc. Securities Litigation
Cc ● Fred LeFranc

Retention Policy  Email (11 years)                    Expires  5/29/2035

Reply    Reply All    → Forward

Fri 5/31/2024 11:35 AM

Good Morning,

These are most likely associated with his entity LeFranc Consulting Group.

Fred is CC'd on this email.  Please use this at confirmation of his wish for the entity to be excluded.

Thank you,



http://www.resultsthrustrategy.com/

**RESULTS THRU STRATEGY**

On Wed, May 29, 2024 at 11:25 AM Fred LeFranc ██████████████████ wrote:
> I think these repay to LCG. Can you confirm and send them that information thank you
>
> Fred LeFranc

**From:** Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com>
**Sent:** Wednesday, May 29, 2024 11:15:41 AM
**To:** ██████████████████████
**Cc:** Olo, Inc. Securities Litigation <info@olosecuritieslitigation.com>
**Subject:** Request for Exclusion - Olo Securities Settlement

Good afternoon Fred,

We received the attached opt-out request from you. In the letter, you reference receiving consideration of 6,560 shares of Olo, Inc. as a result of the Wisely, Inc. merger agreement. Olo has informed us that they have no record of you receiving these shares directly, and it is possible that an entity associated with your name received these shares instead.

Could you please any clarification on this matter? If another entity received the shares, please let us know, and also please confirm if you wish to exclude that entity from this litigation rather than yourself personally.



COR0000040

May 13, 2024

Daniel Fleischmann



**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Daniel Fleischmann's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Daniel Fleischmann is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 936 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Daniel Fleischmann

Daniel Fleischmann



NEW YORK NY  100

21 MAY 2024  PM 14 L

Olo Securities Settlement
Claims Administrator, c/o kroll Settlement
Administration,
Attn: EXCLUSIONS
P. O. Box 5324
New York, New York 10150-5324

10150-532424

83007        COR0000041



COR0000041

May 13, 2024

[YOUR Name
Address,
Email,
Phone]

**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges _DAVID CANTU_'s exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.)*.   For the avoidance of doubt, _____ is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned _87,260_ shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included _26,240_ shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

MAY 20, 2024



AUSTIN TX  786
RIO GRANDE DISTRICT
23 MAY 2024  PM 4  L

Olo Securities Settlement
Claims Administrator, c/o Kroll Settlement Admin.
ATTN: Exclusions
New York, New York 10150-5324

10150-532424

83007                    COR0000042

May 8, 2024

The Little F
Adam Burg
Managing Member

COR0000042

*Olo Securities Settlement*
Claims Administrator
c/o Kroll Settlement Administration
Att: Exclusions
PO Box 5324
New York, NY 10150-5324

RE: Request for exclusion from the Settlement Agreement in *Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund v. Olo Inc., et al., Case No. 1:22-cv-08228-JSR (S.D.N.Y.)* (or "The Settlement Agreement").

Dear Olo Securities Settlement Claims Administrator:

The Little Red Bird, LLC hereby formally requests to be excluded from the Settlement Agreement. The below affidavit sets for the name, address, email address, telephone number, and signature from the authorized signatory of The Little Red Bird, LLC.  It also memorializes certain requested details regarding the shares owned by The Little Red Bird, LLC, including the date acquired, price per share, and number of shares.

Name: The Little Red Bird, LLC
Address: The Little Red Bird, LLC, c/o Adam Burgoon, 11 Parrott Street, Cold Spring, NY 10516
Email: aburgoon@sas.upenn.edu
Phone: 917 647 8306

Details regarding Olo Securities owned by The Little Red Bird, LLC:
Date acquired: November 4, 2021 in connection with the stock consideration included in Olo's acquisition of Wisely.  Ownership of the underlying Wisely shares that were exchanged for Olo shares on November 4, 2021 dates back to 2019 and would have included the negotiation and diligence period immediately prior to the closing of Olo's acquisition of Wisely.
Price per share: $29.81, the Reference Price in the Merger Agreement between Olo and Wisely.
Shares owned: The Little Red Bird LLC owns 78,720 shares of Olo.

If you have any questions, please contact me, The Little Red Bird's managing member at the above listed contact information.

Adam Burgoon
On behalf of The Little Red Bird, LLC
As its Managing Member

Burgoon



CERTIFIED MAIL



Retail



UNITED STATES
POSTAL SERVICE

7021 2720 0000 9686 8921

RDC 99

10150

U.S. POSTAGE PAID
FCM LETTER
COLD SPRING, NY 10516
MAY 10, 2024

**$8.73**

R2305K137214-04

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administration
Attn: Exclusions
P.O. Box 5324
New York, NY 10150-5324

Name
1st Notice
2nd Notice    5/23
Return

10 MAY 2024PM 3 L

WESTCHESTER NY 105