# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION<br><br>Judge: Hon. Jed S. Rakoff<br>Date: June 10, 2024<br>Time: 4:00 PM |

**[PROPOSED]  JUDGMENT AND ORDER**
**APPROVING PLAN OF ALLOCATION**

THIS ACTION having come before the Court for hearing on the motion of Class Representative Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund, on behalf of itself and the Class, for final approval of the proposed class action Settlement and approval of the proposed Plan of Allocation for proceeds of the Settlement; the Court, having considered all papers filed and proceedings held herein and otherwise being fully informed;[1]

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Eligible Persons

---

[1]      This Order operates by reference to the definitions in the Stipulation and Agreement of Settlement and Release (the "Stipulation"), dated January 16, 2024 (ECF No. 115-1), and all capitalized terms used, but not defined, herein shall have the same meanings as those set forth in the Stipulation.

who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and their right to object thereto (ECF No. 117-1), and a full and fair opportunity was accorded to Eligible Persons who are Class Members to be heard with respect to the Plan of Allocation.  There were no objections to the Plan of Allocation.

2.    The Court hereby finds and concludes that the Plan of Allocation, set forth in the Notice of Pendency and Proposed Settlement of Class Action, provides a fair, reasonable, and equitable basis upon which to allocate the proceeds of the Net Settlement Fund among eligible Class Members.

3.    The Court finds that the Plan of Allocation is, in all respects, fair and reasonable to the Class, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.


DATED: _____          _____
                                       JED S. RAKOFF, U.S.D.J.
                                       SOUTHERN DISTRICT OF NEW YORK

2