

AMANDA+LAWRENCE

+ Via ECF +

June 14, 2024

Hon. Jed S. Rakoff, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1340
New York, New York 10007

Re:   *Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund. v. Olo, Inc. et al.*, No. 1:22-08228-JSR

Dear Judge Rakoff:

We are Class Counsel in the above-captioned class action and write to request a modification of the recently entered Final Order and Judgment Granting Final Approval of Class Action Settlement (the "Final Approval Order," ECF No. 126).

The deadline for Settlement Class Members to request exclusion from the Settlement Class was May 20, 2024. In the Supplemental Declaration of Robert Cormio Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (ECF No. 125-1) ("Cormio Decl."), ¶9, the Claims Administrator reported receiving 36 requests for exclusion. Of the 36 requests, all but two involved Settlement Class Members who are former shareholders of Wisely, Inc. ("Wisely"), and received their shares of Olo Inc. in the November 2021 merger between Olo Inc. and Wisely.

On June 12, 2024, the Claims Administrator alerted Class Counsel that it had received one additional Request for Exclusion, attached hereto. This request is from another former Wisely shareholder. Even though the additional Request for Exclusion was postmarked on May 15, 2024, the Claims Administrator did not receive the request until June 12, 2024. Class Counsel therefore respectfully submit that the attached request be included in the list of Settlement Class Members excluded from the Settlement.

To that end, please see attached a proposed Amended Final Order and Judgment Granting Final Approval of Class Action Settlement, attached to which is an Amended Exhibit A listing all requests for exclusion. Defendants are aware of the additional Request for Exclusion and do not oppose this amendment.

We thank the Court for its attention to this matter.

Respectfully yours,
SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ Amanda Lawrence*

Amanda Lawrence

83007   COR0000043

COR0000043

May 14, 2024

Greg Golkin


**RE: Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund v. Olo, Inc. CASE #1:22-cv-08228-JSR (S.D.N.Y.)**

To Whom It May Concern:

In receiving this notification Olo Inc. acknowledges Greg Golkin's exclusion from the existing class proceedings brought by plaintiff *Steamship Trade Associate of Baltimore – International Longshoremen's Association Pension Fund against defendants Olo, Inc., Noah Glass and Peter Benevides - CASE #1:22-cv-08228-JSR (S.D.N.Y.).* For the avoidance of doubt, Greg Golkin is "opting out" from the above class action litigation.

I was a shareholder of Wisely Inc. (owned 87,260 shares) and as part of the Company's sale to Olo Inc. that was completed on November 5, 2021, I received consideration that included 26,240 shares of Olo common stock at $29.85 per Olo share ("Reference Price" in merger agreement as filed in 8-K filed on November 4, 2021 and included below).

**Please confirm receipt of this letter and my exclusion from the above defined class action.**

**"Reference Price"** means $29.85, which represents the average of the daily volume-weighted average sales price per share of Parent Shares on the NYSE, as such daily volume-weighted average sales price per share is reported by Bloomberg Finance L.P., calculated to two decimal places and determined without regard to after-hours trading or any other trading outside the regular trading session trading hours, for each of the twenty (20) consecutive trading days ending on and including the third (3rd) trading day immediately preceding the Agreement Date. The parties acknowledge and agree that the foregoing method to calculate the Reference Price is intended to qualify as a "Safe Harbor Valuation Method" under Rev. Proc. 2018-12.

**On November 4, 2021**, Olo Inc., a Delaware corporation (the "Company"), Sparty Merger Sub I, Inc., a Delaware corporation and a wholly owned subsidiary of the Company ("Merger Sub I"), Sparty Merger Sub II, LLC, a Delaware limited liability company and a wholly owned subsidiary of the Company ("Merger Sub II" and, together with Merger Sub I, the "Merger Subs"), Wisely Inc., a Delaware corporation ("Wisely") and Fortis Advisors LLC, solely in its capacity as the representative of Wisely's securityholders ("Fortis"), completed the transaction contemplated by the Agreement and Plan of Reorganization by and among the Company, the Merger Subs, Wisely and Fortis, dated as of October 21, 2021 (the "Merger Agreement"). Pursuant to the terms of the Merger Agreement, Merger Sub I merged with and into Wisely, with Wisely as the surviving corporation (the "Surviving Corporation") (the "First Merger"). Promptly following the First Merger, and as part of the same overall transaction, the Surviving

Corporation merged with and into Merger Sub II, with Merger Sub II as the surviving entity and a wholly owned subsidiary of the Company (the "Second Merger", and together with the First Merger, the "Wisely Merger"). On November 5, 2021, the Company issued a press release announcing the closing of the Wisely Merger.

Sincerely,

Greg Golkin

Greg Golkin

NEW YORK NY 100

15 MAY 2024 PM 14 L

Olo Securities Settlement
Claims Administrator
c/o Kroll Settlement Administrator
ATTN: Exclusions
PO Box 5324
New York, NY 10150-5324

10087-532727