**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

**AMENDED FINAL ORDER AND JUDGMENT GRANTING**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Class Representative Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund previously moved for entry of an order authorizing final approval of class action settlement in the above-captioned action. ECF No. 119. On June 11, 2024, this Court issued a Final Order and Judgment Granting Final Approval of Class Action Settlement (the "Final Approval Order"). ECF No. 126. Now, having reviewed the June 14, 2024 letter of Amanda F. Lawrence requesting modification of the Final Approval Order,

THE COURT ORDERS AS FOLLOWS:

This Order modifies the Court's Final Approval Order (ECF No. 126) by substituting Exhibit A originally incorporated in the Final Approval Order with the Exhibit A, attached hereto.

2

IT IS SO ORDERED.

DATED: _____      _____
                                    JED S. RAKOFF, U.S.D.J.
                                    SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT A

**Requests for Exclusion**

| Name | Location | Exclusion ID# | Signed | Postmarked |
|---|---|---|---|---|
| Joshua K Benn | Greenwich, CT | Exclusion 1 | Yes | 5/14/2024 |
| Passkey Investors | Darien, CT | Exclusion 2 | Yes | 5/13/2024 |
| Scott Lawton | Trumbull, CT | Exclusion 3 | Yes | 5/15/2024 |
| Trace L5 Capital LLC | Briarcliff Manor, NY | Exclusion 4 | Yes | 5/17/2024 |
| Jeffrey Steinberg | Paradise Valley, AZ | Exclusion 5 | Yes | 5/15/2024 |
| Scott Beck | Westport, CT | Exclusion 6 | Yes | 5/16/2024 |
| Tyler Felous | Washington, DC | Exclusion 7 | Yes | 5/16/2024 |
| Heather M Cull | Chicago, IL | Exclusion 8 | Yes | 5/16/2024 |
| Michelle Lozier | Tampa, FL | Exclusion 9 | Yes | 5/16/2024 |
| Jordan Ashdown | Grand Rapids, MI | Exclusion 10 | Yes | 5/16/2024 |
| Blake Ashdown | East Lansing, MI | Exclusion 11 | Yes | 5/16/2024 |
| Kenneth J Foote | Brighton, MI | Exclusion 12 | Yes | 5/16/2024 |
| Iris Rochelle Foote | Howell, MI | Exclusion 13 | Yes | 5/16/2024 |
| Donkersloot-Foote Family Trust | Baltimore, MD | Exclusion 14 | Yes | 5/16/2024 |
| Charlotte Lynne Fitzpatrick | Souderton, PA | Exclusion 15 | Yes | 5/16/2024 |
| Alexander Kirby Foote | Atlanta, GA | Exclusion 16 | Yes | 5/16/2024 |
| Benjamin Aaron Foote | Chicago, IL | Exclusion 17 | Yes | 5/16/2024 |
| Lark Allison Foote | Exton, PA | Exclusion 18 | Yes | 5/16/2024 |
| Blythe Esther Foote | East Lansing, MI | Exclusion 19 | Yes | 5/16/2024 |
| Juliet Ann Foote | Sunnyvale, CA | Exclusion 20 | Yes | 5/16/2024 |
| Wisely Executive Holdings LLC | East Lansing, MI | Exclusion 21 | Yes | 5/16/2024 |
| Amy E. Soltis | Lansing, MI | Exclusion 22 | Yes | 5/16/2024 |
| Pforzheimer Family Limited Partnership | Wilton, CT | Exclusion 23 | Yes | 5/16/2024 |
| Tammy K Billings | Long Beach, CA | Exclusion 24 | Yes | 5/20/2024 (email) |
| Jacob Organek | New York, NY | Exclusion 25 | Yes | 5/17/2024 |
| Jacob Hyde | Darien, CT | Exclusion 26 | Yes | 5/20/2024 |
| Eric Ralphs Bellquist Separate Property Trust | Indian Wells, CA | Exclusion 27 | Yes | 5/20/2024 |
| Chibor Wisely, LLC | Ann Arbor, MI | Exclusion 28 | Yes | 5/20/2024 |
| Project Zingerman - a series of Lamplighter Syndicate Amster Fund LLC | Raleigh, NC | Exclusion 29 | Yes | 5/20/2024 |
| Christopher Bradley | New York, NY | Exclusion 30 | Yes | 5/21/2024 |
| Michael Vichich | Ann Arbor, MI | Exclusion 31 | Yes | 5/20/2024 |
| Lori Ware | Greenburg, PA | Exclusion 32 | Yes | 5/20/2024 |
| LeFranc Consulting Group | Weddington, NC | Exclusion 33 | Yes | 5/20/2024 |
| Daniel Fleischmann | New York, NY | Exclusion 34 | Yes | 5/21/2024 |
| David Cantu | Austin, TX | Exclusion 35 | Yes | 5/23/2024 |
| The Little Red Bird, LLC | ColdSpring, NY | Exclusion 36 | Yes | 5/10/2024 |
| Greg Golkin | New York, NY | Exclusion 37 | Yes | 5/15/2024 |