UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>    v.<br><br>OLO INC., NOAH GLASS, and PETER BENEVIDES,<br><br>                            Defendants. | Case No. 1:22-cv-08228-JSR<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF MOTION FOR**
**CLASS DISTRIBUTION ORDER**

**TO: ALL PARITES AND COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund ("STA-ILA" or "Class Representative"), by and through their undersigned Counsel, respectfully move this Court for an Order approving distribution of the Net Settlement Fund to Authorized Claimants identified in Exhibits A and B of the accompanying Declaration of Robert Cormio in Support of Motion for Class Distribution Order (the "Cormio Declaration"), accepting the Claims set forth in Exhibits B-1 (timely eligible claims) and B-2 (late but otherwise eligible claims) and rejecting the Claims set out in Exhibit B-3 (rejected claims). An accompanying [Proposed] Distribution Order, which authorizes Kroll to implement the Distribution Plan, as set forth fully in the Cormio Declaration, is respectfully submitted herewith.

| | |
|---|---|
| DATED: March 12, 2025 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br><br> *s/* Amanda F. Lawrence<br>Amanda F. Lawrence<br>Patrick Coughlin<br>Donald A. Broggi<br>Jeffrey P. Jacobson<br>Mandeep S. Minhas<br>The Helmsley Building<br>230 Park Avenue, 24th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile:  (212) 223-6334<br>alawrence@scott-scott.com<br>pcoughlin@scott-scott.com<br>dbroggi@scott-scott.com<br>jjacobson@scott-scott.com<br>mminhas@scott-scott.com<br><br>*Counsel for Lead Plaintiff Steamship Trade Association of Baltimore – International Longshoremen's Association Pension Fund* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/* Amanda F. Lawrence
Amanda F. Lawrence
